# EXHIBIT N





[Taxable Entity Search Results](#)

# Franchise Tax Certification of Account Status

**This Certification Not Sufficient for Filings with Secretary of State**

Do **not** include a certificate from this Web site as part of a filing with the Secretary of State for dissolution, merger, withdrawal, or conversion. The Secretary of State will reject a filing that uses the certification from this site.

To obtain a certificate that is sufficient for dissolution, merger, or conversion, see Publication 98-336d, [Requirements to Dissolve, Merge or Convert a Texas Entity](#).

| Certification of Account Status | Officers And Directors Information |
|---|---|

| | |
|---|---|
| Entity Information: | **PERSONAL AUDIO, LLC**<br>**5919 GREENVILLE AVE # 307**<br>**DALLAS, TX 75206-1906** |
| Status: | **IN GOOD STANDING NOT FOR DISSOLUTION OR WITHDRAWAL through July 12, 2010** |
| Registered Agent: | AMY DUNCAN<br>5919 GREENVILLE #307<br>DALLAS, TX 75206 |
| Registered Agent Resignation Date: | |
| State of Formation: | TX |
| File Number: | 0801109499 |
| SOS Registration Date: | April 13, 2009 |
| Taxpayer Number: | 32039294692 |

Texas Online | Statewide Search from the Texas State Library | State Link Policy | Texas Homeland Security

**Susan Combs**, Texas Comptroller • Window on State Government • Contact Us
Privacy and Security Policy | Accessibility Policy | Link Policy | Public Information Act | Compact with Texans