UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | |
|---|---|
| Personal Audio, LLC,<br><br>       Plaintiff,<br><br>v.<br><br>Apple, Inc.,<br><br>Sirius XM Radio, Inc.,<br><br>Coby Electronics, Corp.,<br><br>Archos, Inc.,<br><br>       Defendants. | Case 9:09-cv-00111-RC<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF FILING

Plaintiff, Personal Audio, LLC ("Personal Audio") in the above-styled and numbered case, hereby gives notice that Personal Audio is filing a letter regarding *Inter Partes* reexamination petition filed by Apple pursuant to request by the Court at the Case Management Conference.

Dated: February 8, 2010

Respectively submitted,

**GERMER GERTZ, L.L.P.**

By: /s/ Charles W. Goehringer, Jr.
Charles W. Goehringer, Jr. (TX Bar # 00793817)
Lawrence Louis Germer   (TX Bar # 07824000)
550 Fannin, Suite 400
P.O. Box 4915
Beaumont, Texas 77701
Telephone: (409) 654-6700
Telecopier: (409) 835-2115
E-Mail:    llgermer@germer.com
               cwgoehringer@germer.com

#745879

**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
Ronald J. Schutz   (MN Bar No. 130849)
(Eastern District of Texas Member) (Lead Counsel)
Jake M. Holdreith   (MN Bar No. 211011)
(Eastern District of Texas Member)
Kimberly G Miller  (MN Bar No. 032209X)
(Eastern District of Texas Member)
Patrick M. Arenz   (MN Bar No. 0386537)
(Eastern District of Texas Member)

**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
800 LaSalle Avenue, Suite 2800
Minneapolis, Minnesota 55402
Telephone:  (612) 349-8500
Facsimile:  (612) 339-4181
E-mail:     RJSchutz@rkmc.com
            JMHoldreith@rkmc.com
            KGMiller@rkmc.com
            PMArenz@rkmc.com


**Attorneys for Plaintiff**
**Personal Audio, LLC**


## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of February, 2010, a true and correct copy of the above document was filed with the Eastern District's CM/ECF system.

/s/ *Charles W. Goehringer, Jr.*
Charles W. Goehringer, Jr.

#745879