## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## LUFKIN DIVISION

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| | |
|---|---|
| PERSONAL AUDIO, LLC,<br>    Plaintiff,<br><br>v.<br><br>APPLE, INC., *et al.*,<br>    Defendants. | §<br>§<br>§    Civil Action No. 9:09-cv-00111-RC<br>§<br>§    JURY TRIAL DEMANDED<br>§<br>§<br>§ |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - §

### DEFENDANT SIRIUS XM INC.'S NOTICE OF INTENT TO REQUEST REDACTION

Notice is hereby given that a motion will be submitted to the Court and a request will be submitted to the Court Reporter within 21 days from the filing of the transcript with the Clerk of Court.  The proceeding occurred on January 25, 2010, and was reported by Chris Bickham, the court reporter.  The notice of filing of official transcript was filed on January 29, 2010. Sirius XM Inc. will comply with the directions from the Court regarding the procedures for requesting redaction.

Dated: February 9, 2010

Respectfully submitted,

By: /s/ Elizabeth L. DeRieux
S. Calvin Capshaw
State Bar No. 03783900
Elizabeth L. DeRieux
State Bar No. 05770585
D. Jeffrey Rambin
State Bar No. 00791478
Capshaw DeRieux, LLP
The Energy Centre
1127 Judson Road, Suite 220
Longview, Texas 75601-5157
Tel.:903-236-9800
Fax: 903-236-8787
ccapshaw@capshawlaw.com
ederieux@capshawlaw.com
jrambin@capshawlaw.com
**Attorneys for Defendant**
**Sirius XM Radio Inc.**

KL3 2750606.1

OF COUNSEL:

**Kramer, Levin, Naftalis & Frankel, LLP**
Jonathan S. Caplan
Mark A. Baghdassarian
Marcus A. Colucci
1177 Avenue of the Americas
New York, New York  10036
Tel.: 212- 715-9100
Fax: 212-715-8000

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this 9th day of February, 2010, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).  Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

/s/ Elizabeth L. DeRieux
Elizabeth L. DeRieux

2