IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| PERSONAL AUDIO, LLC, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | Civil Action No. 9:09-CV-111 |
| v. | § | |
| | § | |
| APPLE, INC. *et al.*, | § | JUDGE RON CLARK |
| | § | |
| *Defendants*. | § | |

### ORDER

Before the court is Plaintiff Personal Audio LLC's Unopposed Motion to Amend the Scheduling Order. Personal Audio requests that the court extend certain deadlines by two weeks, to permit it sufficient time to review Defendants' source code before supplementing its infringement contentions. The court is of the opinion that the motion should be granted.

IT IS THEREFORE ORDERED that Plaintiff Personal Audio LLC's Unopposed Motion to Amend the Scheduling Order [Doc. # 77] is GRANTED. The Scheduling Order deadlines are modified as follows:

| | |
|---|---|
| **March 15, 2010** | Defendants will make source code available for inspection by Plaintiff by this date. **[Previous deadline: March 15, 2010].** |
| **April 15, 2010** | Plaintiff will supplement its infringement contentions by this date. **[Previous deadline: April 2, 2010]**. |
| **April 8, 2010** | Parties to exchange proposed terms for construction and identify any claim element governed by 35 U.S.C. § 112, ¶ 6 (P.R. 4-1). **[Previous deadline: March 25, 2010]**. |

| | |
|---|---|
| **May 3, 2010** | Parties to exchange preliminary proposed claim construction and extrinsic evidence supporting same (P.R. 4-2). **[Previous deadline: April 14, 2010].** |
| **May 28, 2010** | Joint Claim Construction and Prehearing Statement to be filed (P.R. 4-3). Provide an estimate of how many pages are needed to brief the disputed claims. **[Previous deadline: May 14, 2010]**. |

This Order shall not serve as the basis for extension of any other deadline, including those relating to claim construction briefing, the claim construction hearing date, and the trial date.

So **ORDERED** and **SIGNED** this 3 day of **March, 2010.**

_____
Ron Clark, United States District Judge