**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION**

| | |
|---|---|
| **PERSONAL AUDIO, LLC,**<br><br>　　　　**Plaintiff,**<br><br>v.<br><br>**APPLE INC.; SIRIUS XM RADIO INC.; COBY ELECTRONICS, CORP.; ARCHOS, INC.,**<br><br>　　　　**Defendants.** | **Civil Action No. 9:09CV-111-RC**<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF APPEARANCE OF COUNSEL

Defendant Apple Inc. files this its Notice of Appearance of Counsel to notify the Court that Jerry T. Yen of the law firm Fish & Richardson P.C., located at 500 Arguello Street, Suite 500, Redwood City, California 94063, is appearing as counsel for Apple Inc. in the above-referenced matter. All pleadings, discovery, correspondence, and other material may be served upon counsel at the below –referenced physical address or at yen@fr.com for the purposes of Local Rule CV-5.

/ / /

- 2 -

Dated:  March 16, 2010　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　FISH & RICHARDSON P.C.


　　　　　　　　　　　　　　　　　　　　　　By:　*/s/ Jerry T. Yen*　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　　　　　　Jerry T. Yen
　　　　　　　　　　　　　　　　　　　　　　　　　(CA State Bar No. 247988 / yen@fr.com)
　　　　　　　　　　　　　　　　　　　　　　　　　FISH & RICHARDSON P.C.
　　　　　　　　　　　　　　　　　　　　　　　　　500 Arguello Street, Suite 500
　　　　　　　　　　　　　　　　　　　　　　　　　Redwood City, CA 94063
　　　　　　　　　　　　　　　　　　　　　　　　　Telephone:  (650) 839-5070
　　　　　　　　　　　　　　　　　　　　　　　　　Facsimile:  (650) 839-5071

　　　　　　　　　　　　　　　　　　　　　　Counsel for Defendant
　　　　　　　　　　　　　　　　　　　　　　APPLE INC.

## CERTIFICATE OF SERVICE

　　　　The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on March 16, 2010, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).


　　　　　　　　　　　　　　　　　　　　　　*/s/ Jerry T. Yen*　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　　　Jerry T. Yen

50703816