**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION**

| | |
|---|---|
| PERSONAL AUDIO, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>APPLE INC.,<br>SIRIUS XM RADIO, INC.,<br>COBY ELECTRONICS, CORP.,<br>ARCHOS, INC.,<br><br>    Defendants. | <br><br><br><br><br>CASE NO.  9:09-CV-00111-RC<br><br><u>JURY TRIAL DEMANDED</u> |

**<u>NOTICE OF APPEARANCE OF COUNSEL</u>**

Defendant Apple Inc. files this Notice of Appearance of Counsel to notify the Court that Wasif H. Qureshi of the law firm Fish & Richardson P.C., located at 1 Houston Center, 1221 McKinney, Suite 2800, Houston, TX 77010, is appearing as counsel for Apple Inc. in the above-referenced matter. All pleadings, discovery, correspondence, and other materials may be served upon counsel at the above-referenced physical address or at qureshi@fr.com for the purposes of Local Rule CV-5.

Dated:  March 18, 2010

                                                      Respectfully Submitted,

                                                      By: <u>  /s/ Wasif H. Qureshi</u>
                                                      Wasif H. Qureshi (24048155)
                                                      **FISH & RICHARDSON PC**
                                                      1221 McKinney Street, Ste 2800
                                                      Houston, TX 77010
                                                      Tel: 713-652-5300
                                                      Fax: 713-652-0109
                                                      qureshi@fr.com

                                                      *Attorney  for Defendant Apple Inc.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3), on this 18th day of March, 2010.

                                                                            /s/ Khoa Nguyen