IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| PERSONAL AUDIO, LLC, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | Civil Action No. 9:09-CV-111 |
| v. | § | |
| | § | |
| APPLE, INC. *et al*, | § | JUDGE RON CLARK |
| | § | |
| *Defendants*. | § | |

**ORDER**

Before the court is Plaintiff Personal Audio, LLC's Unopposed Motion for Leave to Amend its Infringement Contentions to add a new product, Defendant Apple, Inc.'s iPad. The court is of the opinion that the motion should be granted.

IT IS THEREFORE ORDERED that Plaintiff Personal Audio, LLC's Unopposed Motion for Leave to Amend its Infringement Contentions [Doc. # 123] is GRANTED. Personal Audio shall serve infringement contentions for the iPad on Defendant Apple, Inc. on or before May 19, 2010. If Personal Audio identifies any software limitations in its infringement contentions, Apple will make the iPad source code available within thirty (30) days after Personal Audio serves its infringement contentions. Personal Audio shall supplement its infringement contentions with respect to the software limitations identified in the initial infringement contentions within thirty (30) days after Apple makes the source code available.

So **ORDERED** and **SIGNED** this **11** day of **May, 2010.**



_____
Ron Clark, United States District Judge