**APPENDIX B**

This appendix provides Personal Audio's proposed grouping of means-plus-function terms that raise overlapping claim construction issues. Where possible, claims from the '178 patent for which the applicability of § 112(6) has been disputed have been added to the appropriate groups.

All claim numbers correspond to the '076 patent unless marked with an asterisk. Claim numbers with an asterisk correspond to the '178 patent.

\* - denotes a term from the '178 patent that does not contain the word "means" that is alleged by Defendants to be in means-plus-function format. This grouping is only necessary if this Court finds that 35 U.S.C. § 112(6) applies to these terms.

| Ref. | Claim | Term to be Construed |
|---|---|---|
| **Accepting/Inputting and Outputting Means** | | |
| A6 | 1(c) | "means for accepting control commands, from a user of said player" |
| A17 | 14(b) | "input means for accepting control commands from a user" |
| A18 | 14(c) | "output means for producing audible sounds in response to analog audio signals" |
| **Means for Continuously Reproducing** | | |
| A7 | 1(d) | "means for continuously reproducing said program segments in the order established by said sequence in the absence of a control command" |
| A19 | 14(d) | "processing means for translating said digitally recorded audio program segments into analog audio signals delivered to said output means for reproducing said recorded program segments in a form audible to said user" |
| B6* | 1* | "a processor for continuously delivering a succession of said audio program files in said collection to said audio output unit in said ordered sequence specified by said sequencing file in the absence of a program selection command from said listener, and for discontinuing reproduction of the currently playing audio program file and instead continuing the reproduction at the beginning of a listener-selected one of said audio program files in said collection in response to a program selection command from said listener" |
| **Means for Detecting a Control Command** | | |
| A8 | 1(e) | "means for detecting a first command indicative of a request to skip forward" |
| A10 | 2(a) | "means for detecting a second command indicative of a request to skip backward" |
| **Means for Responding to a Control Command** | | |
| A9 | 1(f) | "means responsive to said first command for discontinuing the reproduction of the currently playing program segment and instead continuing the reproduction at the beginning of a program segment which follows said currently playing program in said sequence" |
| A11 | 2(b) | "means responsive to a single one of said second commands for discontinuing the reproduction of the currently playing program segment and instead continuing the reproduction at the beginning of said currently playing program" |

**APPENDIX B**

| Ref. | Claim | Term to be Construed |
|---|---|---|
| A12 | 3(a) | "means responsive to the detection of two consecutive ones of said second commands for discontinuing the reproduction of the currently playing program segment and instead continuing the reproduction at the beginning of a program segment which precedes the currently playing program segment" |
| A20 | 14(e) | "processing means responsive to a first one of said control commands for discontinuing the translation of the currently playing program segment and instead continuing the translation at the beginning of the next program segment in said sequence" |
| A21 | 14(f) | "processing means responsive to a second one of said control command for discontinuing the translation of the currently playing program and instead continuing the translation at the beginning of said currently playing program" |
| A22 | 15(a) | "means responsive to two consecutive ones of said second control commands for discontinuing the translation of the currently playing program and instead continuing the translation at the beginning of a program segment which precedes said currently playing program in said sequence" |
| B7* | 4* | "wherein said processor responds to a skip forward program selection command accepted from said listener by discontinuing the reproduction of said currently playing audio program file and instead continuing the reproduction at the beginning of that audio program file which follows said currently [sic] audio program file in said ordered sequence specified by said sequencing file" |
| B8* | 5* | "wherein said processor responds to a skip backward program selection command accepted from said listener at a time when said currently playing audio program file has played for at least a predetermined amount of time by discontinuing the reproduction of said currently playing audio program file and instead continuing the reproduction at the beginning of said currently playing audio program file" |
| B9* | 6* | "wherein said processor responds to a skip backward program selection command accepted from said listener at a time when said currently playing audio program file has not yet played for said predetermined amount of time for discontinuing the reproduction of the currently playing program segment and instead continuing the reproduction at the beginning of a program segment which precedes the currently playing program segment in said ordered sequence specified by said sequencing file" |
| B11* | 14* | This term comprises everything following "a processor for" in claim 14 of the '178 patent |
| **Means for Receiving and Storing** | | |
| A3 | 1(a) | "means for storing a plurality of program segments, each of said program segments having a beginning and an end" |
| A5 | 1(b) | "means for receiving and storing a file of data establishing a sequence in which said program segments are scheduled to be reproduced by said player" |

81564593.1