**\*\*NOT FOR PRINTED PUBLICATION\*\***

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| PERSONAL AUDIO, LLC, | § § § | |
| *Plaintiff*, | § § | CIVIL ACTION No. 9:09CV111 |
| v. | § § | |
| APPLE, INC.; SIRIUS XM RADIO, INC.; COBY ELECTRONICS CORP.; and ARCHOS, INC., | § § § § § | JUDGE RON CLARK |
| *Defendants*. | § § | |

## ORDER GRANTING MOTION TO EXTEND DEADLINE TO FILE RESPONSE

Before the court is Defendant Apple, Inc.'s ("Apple") unopposed motion to extend the deadline to file a response in opposition to Plaintiff Personal Audio, LLC's motion to compel a deposition concerning willful infringement and injunctive relief [Doc. #234]. The court is of the opinion that this motion should be granted. Accordingly, Apple Inc.'s Unopposed Motion to Extend the Deadline to File Its Response Brief to Personal Audio, LLC's Motion to Compel a Deposition of Apple Concerning Willful Infringement and Injunctive Relief [Doc. #234] is hereby **GRANTED**. It is **ORDERED** that the deadline for Apple to file its response is extended to December 13, 2010.

So **ORDERED** and **SIGNED** this 7 day of **December, 2010.**

_____
Ron Clark, United States District Judge