IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | |
|---|---|
| PERSONAL AUDIO, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>APPLE INC.,<br>SIRIUS XM RADIO, INC.,<br>COBY ELECTRONICS, CORP.,<br>ARCHOS, INC.,<br><br>    Defendants. | CASE NO. 9:09-CV-00111-RC<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF APPEARANCE OF COUNSEL

Defendant Apple Inc. files this Notice of Appearance of Counsel to notify the Court that Ruffin Cordell of the law firm Fish & Richardson P.C., located at 1425 K Street, NW, 11th Floor, Washington, DC 20005, is appearing as counsel for Apple Inc. in the above-referenced matter. All pleadings, discovery, correspondence, and other materials may be served upon counsel at the above-referenced physical address or at RBC@fr.com for the purposes of Local Rule CV-5.

Dated: December 23, 2010          Respectfully submitted,

                                                 **FISH & RICHARDSON P.C.**

                                                 By:/  */s/ Ruffin Cordell*
                                                 Ruffin Cordell (04820550)
                                                 Fish & Richardson PC
                                                 1425 K Street, NW
                                                 11th Floor
                                                 Washington, DC 20005
                                                 Tel: 202-783-5070
                                                 Fax: 202-783-2331
                                                 RBC@fr.com

                                               *Attorney for Defendant Apple Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on December 23, 2010, the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record who are deemed to have consented to electronic service per Local Rule CV-5(a)(3).

        */s/ Jason Bonilla*
        Jason Bonilla