Appendix K                                                                                         Revised: 4/19/10

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
Lufkin  DIVISION
### APPLICATION TO APPEAR PRO HAC VICE

*FILED U.S. DISTRICT COURT EASTERN DISTRICT OF TEXAS JAN 0 5 2011 BY DAVID J. MALAND, CLERK DEPUTY*

1. This application is being made for the following: Case # 9:09-cv-00111-RC
Style: Personal Audio, LLC v. Apple Inc.
2. Applicant is representing the following party/ies: Apple Inc.
3. Applicant was admitted to practice in CA (state) on 12/14/93 (date).
4. Applicant is in good standing and is otherwise eligible to practice law before this court.
5. Applicant is not currently suspended or disbarred in any other court.
6. Applicant has/<u>has not</u> had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page.
7. Applicant has/<u>has not</u> ever had the privilege to practice before another court suspended (please circle). If so, give complete information on a separate page.
8. Applicant has/<u>has not</u> been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle). If so, give complete information on a separate page.
9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses.
10. There are no pending grievances or criminal matters pending against the applicant.
11. Applicant has been admitted to practice in the following courts:
USDC/NDCA; USDC/CDCA; USDC/EDCA; USDC/SDCA; USCA/9th Cir.; USCA/Fed. Cir.
12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."
13. Applicant has included the requisite $100 fee (see Local Rule AT-1(d)).
14. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**

I, Kelly C. Hunsaker do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date 12/28/10                Signature  *Kelly Hunsaker*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
## APPLICATION TO APPEAR PRO HAC VICE (Continued)

Name (please print) Kelly C. Hunsaker

State Bar Number 168307

Firm Name: Fish & Richardson P.C.

Address/P.O. Box: 500 Arguello Street, Suite 500

City/State/Zip: Redwood City, CA 94063

Telephone #: (650) 839-5070

Fax #: (650) 839-5071

E-mail Address: hunsaker@fr.com

Secondary E-Mail Address: lopez@fr.com

Applicant is authorized to enter an appearance as counsel for the party/parties listed above. This application has been approved for the court on: 1-5-11

David J. Maland, Clerk
U.S. District Court, Eastern District of Texas

By L. Williams
Deputy Clerk

```
Court Name: District Court
Division: 9
Receipt Number: TXE900000032
Cashier ID: lw
Transaction Date: 01/05/2011
Payer Name: Fish and Richardson PC
-----------------------------------
PRO HOC VICE
 For: Fish and Richardson PC
 Case/Party: D-TXE-6-11-CV-999999-001
 Amount:       $100.00
-----------------------------------
CHECK
 Check/Money Order Num: 509591
 Amt Tendered:   $100.00
-----------------------------------
Total Due:     $100.00
Total Tendered: $100.00
Change Amt:    $0.00

PHV fee for Kelly Hunsaker

9:09cv111

ORIGINAL MUST BE RETAINED FOR
RETURN OF CRIMINAL BOND
```