## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS

| | | | |
|---|---|---|---|
| DIVISION: Beaumont | § | DATE: | 1/20/11 |
| | § | | |
| JUDGE: RON CLARK | § | REPORTER: CHRIS BICKHAM | |
| | § | | |
| Personal Audio LLC | § | CIVIL NO.: | 9:09CV111 |
| *PLAINTIFF* | § | | |
| | § | | |
| Apple, Inc., et al | § | | |
| *DEFENDANT* | § | C/R DEPUTY: Faith Ann Laurents | |

Attorneys for Plaintiff: Aaron Rubin, Charlie Goehringer, Ron Shutz, Jake Holdreith, David Prang, Patrick Arenz, Cy Morton, Daniel Burgess, Larry Germer

Attorneys for Defendant: Garland Stephens, Ben Elacqua, Darren Dacus, Ruffin Cordell

THIS DAY CAME THE PARTIES BY THEIR ATTORNEYS AND THE FOLLOWING PROCEEDINGS WERE HAD: 11:05 am Status Conference began. Counsel made announcements. Court addressed counsel regarding trial in Beaumont. Court and counsel discussed letters and need for continuance. Court and counsel discussed contentions of infringement. Court made the following rulings on the record: Motion for Reconsideration (Doc#244) - Granted; Motion to Expedite (Doc#255) - Moot; Motion to Exclude (Doc#212) - Denied; Motion to Expedite (Doc#213) - Moot. Court and counsel discussed trial scheduling and various deadlines including the filing and/or notification of claims and contentions. 12:10 pm Court recessed.

DAVID J. MALAND, CLERK

/s/ Faith Ann Laurents
Deputy Clerk

TOTAL TIME:  1  hrs.  5  mins.            ❑ See Addt'l. Proceedings