# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| DIVISION: Beaumont | DATE: 2/7/11 |
| JUDGE: RON CLARK | REPORTER: CHRIS BICKHAM |
| Personal Audio LLC<br>*PLAINTIFF* | CIVIL NO.: 9:09CV111 |
| Apple, Inc., et al<br>*DEFENDANT* | C/R DEPUTY: Faith Ann Laurents |

Attorneys for Plaintiff: Charlie Goehringer, Cy Morton, Jake Holdreith, Patrick Arenz, Ron Shutz
Attorneys for Defendant: Garland Stephens, Ben Elacqua, Ruffin Cordell

THIS DAY CAME THE PARTIES BY THEIR ATTORNEYS AND THE FOLLOWING

PROCEEDINGS WERE HAD: 3:00 pm Motion hearing began. Counsel made announcements. Court questioned counsel regarding deadlines and structure. Court and counsel discussed Plt's Motion To Amend Scheduling Order. Court granted an extension of specific deadlines but denied request for additional depositions. An Amended Scheduling Order will be entered. 3:25 pm Court recessed.

DAVID J. MALAND, CLERK

/s/ Faith Ann Laurents
Deputy Clerk

TOTAL TIME: ___ hrs. 25 mins.   ❏ See Addt'l. Proceedings