660

1              UNITED STATES DISTRICT COURT
               EASTERN DISTRICT OF TEXAS
2                   LUFKIN DIVISION

3   PERSONAL AUDIO, LLC          |  DOCKET 9:09CV111
                                 |
4                                |  JUNE 27, 2011
    VS.                          |
5                                |  1:00 P.M.
                                 |
6   APPLE, INC., ET AL           |  BEAUMONT, TEXAS

7   ------------------------------------------------------------

8          VOLUME 3 OF __, PAGES 660 THROUGH 888

9           REPORTER'S TRANSCRIPT OF JURY TRIAL

10          BEFORE THE HONORABLE RON CLARK
       UNITED STATES DISTRICT JUDGE, AND A JURY

11  ------------------------------------------------------------

12

13

14  APPEARANCES:

15  FOR THE PLAINTIFF:     RONALD J. SCHUTZ
                           JACOB M. HOLDREITH
16                         CYRUS A. MORTON
                           ROBINS KAPLAN MILLER & CIRESI - MN
17                         800 LASALLE AVENUE
                           SUITE 2800
18                         MINNEAPOLIS, MINNESOTA  55402

19                         ANNIE HUANG
                           ROBINS KAPLAN MILLER & CIRESI - NY
20                         601 LEXINGTON AVENUE
                           SUITE 3400
21                         NEW YORK, NEW YORK  10022

22                         LAWRENCE LOUIS GERMER
                           GERMER GERTZ
23                         550 FANNIN
                           SUITE 400
24                         BEAUMONT, TEXAS  77701

25

661

```
 1  FOR THE DEFENDANTS:     RUFFIN B. CORDELL
                            FISH & RICHARDSON - WASHINGTON DC
 2                          1425 K STREET NW
                            SUITE 1100
 3                          WASHINGTON, DC  20005

 4                          GARLAND T. STEPHENS
                            BENJAMIN C. ELACQUA
 5                          FISH & RICHARDSON
                            1221 MCKINNEY
 6                          28TH FLOOR
                            HOUSTON, TEXAS  77010
 7
                            KELLY C. HUNSAKER
 8                          FISH & RICHARDSON
                            500 ARGUELLO STREET
 9                          SUITE 500
                            REDWOOD CITY, CALIFORNIA  94063
10
                            JUSTIN BARNES
11                          FISH & RICHARDSON
                            12390 EL CAMINO REAL
12                          SAN DIEGO, CALIFORNIA  92130

13                          J. THAD HEARTFIELD
                            THE HEARTFIELD LAW FIRM
14                          2195 DOWLEN ROAD
                            BEAUMONT, TEXAS  77706
15

16
    COURT REPORTER:         CHRISTINA L. BICKHAM, CRR, RMR
17                          FEDERAL OFFICIAL REPORTER
                            300 WILLOW, SUITE 221
18                          BEAUMONT, TEXAS  77701

19

20
       PROCEEDINGS REPORTED USING COMPUTERIZED STENOTYPE;
21    TRANSCRIPT PRODUCED VIA COMPUTER-AIDED TRANSCRIPTION.

22

23

24

25
```

1                              INDEX

2

3                                                    PAGE

4   CONTINUED DIRECT EXAM OF KEVIN C. ALMEROTH        671

5

6   CONCORDANCE INDEX                                 863

7

8

9                       INDEX OF EXHIBITS

10  Plaintiff's Exhibit 748A                          675

11  Exhibit 748                                       675

12  Exhibit 744                                       676

13  PX-187                                            677

14  Exhibit 748A                                      677

15  PX-108                                            677

16  112                                               678

17  Exhibit 108                                       678

18  Plaintiff's Exhibit 108                           678

19  Exhibit 748                                       679

20  Exhibit 305                                       679

21  Plaintiff's Exhibit 305                           682

22  Plaintiff's Exhibit 304                           682

23  Plaintiff's Exhibit 329                           683

24  Plaintiff's Exhibit 71                            683

25  PX-108, PX-305, PX-304, PX-329, and PX-325        684

663

| | | |
|---|---|---|
| 1 | Plaintiff's Exhibit 325 | 684 |
| 2 | Plaintiff's Exhibit 89 | 685 |
| 3 | Plaintiff's Exhibit 161 | 687 |
| 4 | Plaintiff's Exhibit 625 | 689 |
| 5 | Plaintiff's Exhibit 748A | 694 |
| 6 | Plaintiff's Exhibit 713 | 694 |
| 7 | Plaintiff's Exhibit 713 | 695 |
| 8 | Plaintiff's Exhibit 745 | 703 |
| 9 | Plaintiff's Exhibit 745 | 703 |
| 10 | Plaintiff's Exhibit 108 | 705 |
| 11 | Plaintiff's Exhibit 108 | 705 |
| 12 | Plaintiff's Exhibit 304 | 715 |
| 13 | Plaintiff's Exhibit 325 | 716 |
| 14 | Plaintiff's Exhibit 325 | 716 |
| 15 | Plaintiff's Exhibit 325 | 722 |
| 16 | Plaintiff's Exhibit 108 | 731 |
| 17 | Plaintiff's Exhibit 108 | 731 |
| 18 | Plaintiff's Exhibit 759 | 735 |
| 19 | Plaintiff's Exhibit 745 | 735 |
| 20 | Plaintiff's Exhibit 759 | 736 |
| 21 | Plaintiff's Exhibit 759 | 737 |
| 22 | Plaintiff's Exhibit 760 | 740 |
| 23 | Plaintiff's Exhibit 745 | 741 |
| 24 | Plaintiff's Exhibit 760 | 741 |
| 25 | Plaintiff's Exhibit 325 | 748 |

664

| 1 | Plaintiff's Exhibit 304 | 748 |
| 2 | Plaintiff's Exhibit 767 | 751 |
| 3 | Plaintiff's Exhibit 767 | 751 |
| 4 | Plaintiff's Exhibit 1 | 754 |
| 5 | Plaintiff's Exhibit 325 | 759 |
| 6 | Plaintiff's Exhibit 89 | 760 |
| 7 | Plaintiff's Exhibit 89 | 760 |
| 8 | Plaintiff's Exhibit 108 | 762 |
| 9 | Plaintiff's Exhibit 108 | 762 |
| 10 | Plaintiff's Exhibit 108 | 769 |
| 11 | Exhibit 771 | 773 |
| 12 | 771A | 773 |
| 13 | Plaintiff's Exhibit 771A | 774 |
| 14 | Exhibit 771A | 777 |
| 15 | Plaintiff's Exhibit 713 | 782 |
| 16 | Plaintiff's Exhibit 713 | 789 |
| 17 | Plaintiff's Exhibit 713 | 808 |
| 18 | Plaintiff's Exhibit 713 | 813 |
| 19 | Plaintiff's Exhibit 713 | 813 |
| 20 | Plaintiff's Exhibit 713 | 816 |
| 21 | Plaintiff's Exhibit 713 | 816 |
| 22 | Plaintiff's Exhibit 713 | 816 |
| 23 | Plaintiff's Exhibit 713 | 817 |
| 24 | Exhibit 187 | 821 |
| 25 | Plaintiff's Exhibit 748A | 833 |

665

1   Plaintiff's Exhibit 748A                            835

2   Plaintiff's Exhibit 748A                            835

3   Plaintiff's Exhibit 748A                            836

4   Plaintiff's Exhibit 748A                            836

5   771                                                 837

6   Plaintiff's Exhibit 748A                            837

7   Plaintiff's Exhibit 771                             838

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

666

1          (REPORTER'S NOTES PERSONAL AUDIO V. APPLE,

2  JURY TRIAL, VOLUME 3, 1:00 P.M., MONDAY, JUNE 27, 2011,

3  BEAUMONT, TEXAS, HON. RON CLARK PRESIDING.)

4          (OPEN COURT, ALL PARTIES PRESENT, JURY NOT

5  PRESENT.)

6          THE COURT:  Let's go ahead, then, and -- I

7  hope everybody had a good weekend.

8          MR. HOLDREITH:  Judge, can I just mention

9  there are a couple demonstratives in my set that

10  Mr. Stephens advised me he still has an objection to?  I

11  don't know if the court's rulings on Friday cover those

12  or not.  I won't get to those until later this afternoon;

13  so, they will not come up in the first hour of testimony.

14          THE COURT:  Okay.  You're talking about

15  Demonstratives 1059 and 1060?

16          MR. HOLDREITH:  Yes, sir.

17          THE COURT:  And I guess 1062?

18          MR. STEPHENS:  That's correct, your Honor.

19  1059, 1060, 1062 --

20          THE COURT:  And the concern with 1059 is?

21          MR. STEPHENS:  They improperly characterize

22  claim limitations by using an abbreviated word or two to

23  represent an entire limitation.  If they wanted to say,

24  you know, "limitation 1B" or something like that, we

25  don't have a problem with the rest of it.  It's just if

1  you say, for example, infrared is a shorthand for the

2  structure that corresponds to the means for language,

3  that's going to be misleading.

4           THE COURT:  Might possibly make it easier for

5  the jury to understand if you had the 1B.  I'm going to

6  overrule as far as the shorthand because this is a

7  demonstrative.  But Mr. Stephens is correct it might be a

8  little easier if you put the claim number or sub-number

9  next to the shorthand so people would know, yeah, that's

10 the 1B thing.  We've got a shorthand here for them.

11          MR. HOLDREITH:  That's an excellent

12 suggestion, your Honor.  I'll try to write that in.

13          THE COURT:  I will sustain in that it would be

14 more clear than it was.  Since it's a chart like this and

15 a demonstrative, I'm not going to require them to try to

16 put the entire claim term there.

17          Okay.  What about -- is that the same for 1060

18 then?

19          MR. STEPHENS:  Yeah.  It was the same

20 objection for all of those, your Honor.

21          THE COURT:  All right.  Well, the ruling will

22 be the same on all of them.

23          MR. STEPHENS:  There were a couple of other

24 issues.  I don't know if your Honor was --

25          THE COURT:  Okay.

1      MR. STEPHENS:  So, there are some exhibits

2  that refer to *iTunes* and the *iTunes* Web site --

3      THE COURT:  Okay.

4      MR. STEPHENS:  -- they attempt to use, and we

5  think it's inappropriate for Dr. Almeroth to testify

6  about *iTunes* and *iTunes* Web site while he's talking about

7  infringement.

8      THE COURT:  All right.  And as stated on my

9  ruling on the motion *in limine*, it will stand on that.

10     MR. STEPHENS:  Okay.

11     THE COURT:  Same basis.

12     Go ahead and bring in the jury.

13     (The jury enters the courtroom, 1:00 p.m.)

14     THE COURT:  Good afternoon, ladies and

15  gentlemen.  Welcome back.  Last night, about 7:00, we

16  were over at a friend's house, my wife and I; and she

17  suddenly collapsed, passed out.  We thought at first it

18  might be a heart attack or stroke.  We took her down to

19  the emergency room.  They did a bunch of tests.  They now

20  think it was probably some kind of atypical migraine

21  attack.  She's had migraines in the past but never

22  anything like this.  All of the tests came back not being

23  heart attack or stroke.  I apologize for the delay.  I

24  was used to hurricanes causing delays, which is why we

25  wanted your phone number.  Hopefully you all got your

1  calls so you didn't have to come down here this morning.

2          Also, fortunately we had enough time built

3  into the schedule that if we keep moving right along, I

4  still think the evidence will be wrapped up -- it will be

5  a little later in the day but on the same as we talked

6  about before.

7          Let me mention two things.  We're going into

8  this infringement analysis.  Remember that in the end

9  you're going to be looking at the claims that you're

10  given -- and I'll give those to you in the

11  instructions -- and you will compare those against the

12  accused products, in this case these various versions of

13  the iPod.

14          Now, you're going to hear evidence about other

15  things, for example, *iTunes* and some of the other things

16  will be talked about because they're related to it; but

17  those aren't related products.  So, that's not part of

18  the infringement.

19          And you're also going to see some charts

20  showing some shorthand in the chart of what the claim is,

21  for example, like claim 1B -- or 1B of a claim.  Keep in

22  mind that you won't be looking at the shorthand; you'll

23  be looking at the claim language itself to see whether

24  that's contained in the iPod you're looking at, for

25  example.

1          But on the other hand, if you had to read out

2    all of this language every single time someone mentioned

3    it, this would go on forever.

4          The other thing is you've heard and you'll

5    probably continue to hear that, for example, the people

6    at Personal Audio had a lot of different patents.  The

7    people at Apple have a lot of different patents.  Whether

8    or not somebody has a patent in the past doesn't make

9    this patent or these two patents or the claims in these

10   two patents good or bad.  Apple can have a patented

11   product if other elements are patented and it can still

12   infringe.  Mr. Logan can have patents and they were good

13   patents and you could find that these particular patents

14   or a claim -- any one or all of the claims were invalid.

15   So, don't get too carried away about the idea that people

16   have patents in the past or people have patents now.

17          Now, there is going to be some argument about

18   the fact that if something is patented it can't be what's

19   called "equivalent."  And they'll get into that later.

20   But don't focus in on, "Oh, gee, they're patented" or "He

21   has patents" or count up "Well, this expert has 32

22   patents and that expert only has 28 patents."  That's not

23   how this goes.  You're looking at the claim language.

24   You compare that with the accused products.  And when

25   they get to what's called "invalidity," when Apple is

671

1  saying the patent is not valid, you're going to be

2  looking at the claim language and you're going to see if

3  it was not new or if it was obvious or if it didn't meet

4  a written description.

5          I'll give you some clear instructions on that.

6  I'm just giving you a little warning about don't get

7  caught up in what the lawyers and judges use as shorthand

8  or an easy way, well, let's just count up how many

9  patents there are on each side and they win.  That's not

10  how it works.

11          Go ahead, counsel.

12          MR. HOLDREITH:  Thank you, your Honor.

13          <u>CONTINUED DIRECT EXAMINATION OF</u>

14          <u>KEVIN C. ALMEROTH</u>

15  BY MR. HOLDREITH:

16  Q.    Dr. Almeroth, as we left off on Friday and as the

17  judge was just instructing, your job is to analyze the

18  iPods sitting in front of you like the claims that are on

19  this Demonstrative Exhibit 1011.  And is that what you

20  did?

21  A.    Yes, sir.

22  Q.    Now, Dr. Almeroth, when you looked to see if those

23  iPods had everything listed in this claim, for example,

24  did you notice that they have other things as well that

25  aren't on this list?

672

1  A.     Yes, sir, I did.

2  Q.     For example?

3  A.     The iPods have some additional functions, a clock

4  and a calendar, notes that you can take and contacts you

5  can have.  There are even some games on some of the

6  iPods.  So, there are other things on the iPod that

7  aren't related to this claim.

8  Q.     And how does it factor into your analysis of

9  infringement that iPods have some other things that are

10 not in this claim?

11 A.     It doesn't factor into my analysis.  My job was to

12 find these limitations in the iPod.  If there was other

13 things, that doesn't make a difference with respect to

14 matching up these claims and these limitations with

15 what's in the device.

16 Q.     So, Dr. Almeroth, if one iPod could store ten

17 songs or a hundred songs or a thousand songs, does that

18 make a difference to your infringement analysis?

19 A.     No.

20 Q.     Why is that?

21 A.     Because a requirement to store a certain number of

22 songs is not listed up there on the board and is not part

23 of the judge's construction.  That's not a test for

24 whether or not this device infringes or not.

25         What color the device is, what size it is,

673

1  those are not things with respect to claim 1 that have to

2  be evaluated and have to be present to infringe this

3  claim.  It really is just those specific things on the

4  board.

5  Q.    And does it have to be able to store some songs?

6  A.    Yes.  There will be limitations.  We've talked

7  about that in the context of the patent.  But there are

8  the things on the board -- it does have to store songs,

9  yes.

10  Q.    So, is it the number of songs that's not required?

11  A.    That's correct.

12  Q.    Okay.  And what if an iPod can download songs

13  really, really fast?  How does that factor into your

14  analysis?

15  A.    The fact that it's fast or really fast or

16  superfast or kind of slow, those aspects don't matter

17  when it comes to determining infringement.  It just has

18  to be able to -- for some of the claims to be able to

19  download and transfer those songs onto the device.

20  Q.    And how about -- there was some testimony about

21  this wheel or scroll -- Clickwheel on the iPods.  How

22  does that factor into your analysis?

23  A.    The same way.  There has to be -- for example, on

24  the board with 1C, there has to be a means for accepting

25  control commands.  The court has identified a couple of

674

1  ways that you can do that, but whether it's a Clickwheel

2  or some other kind of method doesn't matter.

3  Q.     All right.  There was some testimony during

4  Mr. Call's examination about bells and whistles.  Were

5  you present for that?

6  A.     Yes, sir.

7  Q.     Does this have anything to do with bells and

8  whistles?

9  A.     It's related to bells and whistles.  The patent

10  describes a number of different inventions, and it

11  describes some extra features that can be considered as

12  part of other claims.  But when it comes to this claim,

13  this claim will be the boundary for defining what

14  infringement is and it's really about this claim, these

15  limitations and then these devices.

16  Q.     All right.  Dr. Almeroth, I'd like to turn now to

17  how you did your analysis.  And that includes what types

18  of information you had available to examine and some of

19  the things that you studied to try to figure out if the

20  iPods have the limitations in the claim.  All right?

21  A.     Yes.

22  Q.     Let's start by asking:  Did you prepare an index

23  showing some of the technical documents that you looked

24  at?

25  A.     Yes, I did.

1  Q.     And just very generally, where did you get these

2  technical documents?

3  A.     These technical documents were produced by Apple.

4  As part of this case they have to prove documents that

5  are relevant; and, so, many of these documents on this

6  list came from Apple directly.

7  Q.     All right.  Dr. Almeroth, I'm now showing you

8  Plaintiff's Exhibit 748A.  What is this?

9  A.     This is a list of that summary of technical

10 documents.

11 Q.     And who prepared this?

12 A.     I did.

13 Q.     This document has a title.  It's a little hard to

14 read.  Can you explain what the title is?

15 A.     Yes.  There are a number of pages to this

16 document, and on each page there is documents provided

17 for each of the 13 devices.  There are some groupings as

18 we've discussed before.  But all of the documents broken

19 down by the generations are on this and subsequent pages.

20 Q.     So, page 1 is the classic Generation 1; and, for

21 example, page 2 is?

22 A.     Classic Generation 2.  The next one, classic

23 Generation 3, then 4, then 5, et cetera.

24 Q.     Okay.  And within Exhibit 748, do you have a list

25 of technical documents that describe each of the iPods

1 that you analyzed?

2 A.     Yes, sir.

3 Q.     All right.  Let's walk a little bit through what

4 some of those documents are.  We'll use the classic 3 as

5 an example.  And we'll get into some of these documents

6 in detail as we go.  Right now I'd just like you to

7 introduce them.

8           Let me ask you, first of all, about the

9 physical devices.  Did you also look at all the physical

10 devices?

11 A.     Yes, sir.  Those are up here on the railing, and

12 then I can also demonstrate some of them later.

13 Q.     And I'm showing you now Exhibit 744.  Is this an

14 index you prepared of the iPods that you examined by

15 number?

16 A.     Yes, sir, it is.

17 Q.     And there are some numbers along the column there,

18 like PX-50 and PX-186.  Can you explain what that is?

19 A.     Yes.  Those are the exhibit numbers.  And I think

20 there is a typo in there.  The first column should be DX.

21 Those represent these 13 devices, and they all became a

22 defendant's exhibit.  So, you have -- actually, no, I'm

23 sorry.  Right.  So, that's correct.

24           So, for some of these I had access to multiple

25 devices.

677

1 Q.    Okay.  So, for example, do you have one of the

2 devices that's on this list right there in front of you?

3 A.    Yes.  For example, the iPod classic third

4 generation, this is one (indicating); and on the back

5 it's PX-187.

6 Q.    And, so, does this list help you figure out which

7 of the iPods you looked at and what trial exhibit number

8 they are?

9 A.    Yes, sir.

10 Q.    All right.  Let's look at the documents now.  And

11 I'm showing you again Exhibit 748A, page 3 for the

12 classic 3.  Does this use exhibit numbers the same way?

13 A.    Yes, it does.

14 Q.    Okay.  And what is listed next to each of the

15 exhibit numbers?  For example, PX-108 says it's the iPod

16 classic third generation user guide.  What are you

17 indicating there?

18 A.    That's the title of the document.  So, the first

19 one on the list, the 108, is the user guide that comes

20 with this classic 3.

21 Q.    And did you have user guides like this for all of

22 the devices that you looked at?

23 A.    Yes, I did.

24 Q.    So, for example, if we look at the previous page

25 of Exhibit 748, page 2, this is for which device?

1  A.     This is for the classic Generation 2.

2  Q.     And did you list a user guide for this one?

3  A.     No.  I didn't for this one because it's basically

4  the same as a classic Generation 1.

5  Q.     And if we look at the classic Generation 1, the

6  first page of Exhibit 748, did you list a user guide

7  here?

8  A.     Yes, I did.

9  Q.     And is that the same user guide as for the

10 classic 3?

11 A.     It's similar, but there are separate documents

12 because they apply to the different devices.  So, I

13 listed both of them.

14 Q.     Just to make that clear, the user guide for

15 classic 1 is what exhibit number?

16 A.     112.

17 Q.     112.  And if we go to the classic 3, the user

18 guide is what exhibit number?

19 A.     Exhibit 108.

20 Q.     All right.  Let's look at that user guide,

21 Exhibit 108.  I'm now showing you the first page of

22 Plaintiff's Exhibit 108.  Can you explain what this is?

23 A.     This is the user guide -- it's a little hard to

24 show up.  Thank you for blowing it up.

25         It's the user's guide.  It comes with a

1  device.  It comes with a little booklet, and it has a

2  bunch of pages that relate to teaching a user how to use

3  an iPod.

4  Q.     Is this information that Apple provides to the

5  public somehow?

6  A.     Yes, it does.

7  Q.     How do they do that?

8  A.     In the case of this user guide, it was packaged

9  with the iPod.

10  Q.     What kind of information is contained in the user

11  guide?

12  A.     It tells you, for example, getting started, what

13  you need to connect the communication port on this device

14  to receive songs and playlists.  It tells you about the

15  buttons.  It tells you about charging the device,

16  troubleshooting, all the things that a user has to know

17  to take advantage of the functions of this device.

18  Q.     All right.  Now turning back to Exhibit 748, the

19  index for the classic 3, the next line talks about an

20  iPod classic 3 online technical specification, which is

21  Exhibit 305.

22  A.     Yes.

23  Q.     I'm going to show you that.  Can you explain what

24  kind of information is contained in a technical

25  specification?

680

1  A.     This has specifications, details about some of the

2  components in the device, from the kinds of storage it

3  has to the kinds of power that it has; and it's about

4  three pages long and lists some of the details that --

5  the more technical aspects of the device.

6  Q.     Now, this says "$N_3$" up here.  What does that mean?

7  A.     That's the third generation of the iPod classic.

8  Q.     Is this a public document that Apple provides to

9  the public?

10 A.     No.  This is available internal only to Apple.

11 Q.     And is this a confidential document?

12 A.     Yes, it is.  It says so in the lower left corner,

13 "confidential."

14 Q.     That's down here (indicating).

15 A.     Yes.

16 Q.     And we'll get into this in a little bit more

17 detail; but just as a quick tour, you mentioned this

18 describes storage?

19 A.     That's right.

20 Q.     Is that something that will be important to your

21 analysis?

22 A.     Yes, it will.

23 Q.     And what under the "storage" line are the kinds of

24 things we'll be looking at?

25 A.     It talks about the kind of storage, the fact that

1  it has RAM.

2          It talks about the type of persistent mass

3  storage it has here.  In this case it's a hard disk

4  drive.

5          The first line is about the capacity.  It

6  talks about the size in gigabytes, which roughly

7  translates to a number of songs that the device can

8  store.

9  Q.    And is this indication of connectivity something

10 we'll be talking about?

11 A.    Yes.  It also talks about the kind of

12 communication port that's on the bottom of this device

13 and the kind of protocol that you can use to communicate

14 and receive information.

15 Q.    Did you have technical specifications like this

16 for all 13 of the iPods that you examined?

17 A.    Yes, I did.

18 Q.    Notice this document also has a reference to a

19 headphone port.  Is that something that's also going to

20 be important to your analysis?

21 A.    Yes.  A document like this and others on the list

22 help build a picture for the kinds of things that I need

23 to reach a conclusion about whether it infringes or not.

24 Q.    All right.  Returning now to your index, just

25 under the document we just looked at, the technical

682

1  specification that's Plaintiff's Exhibit 305, there is a

2  Plaintiff's Exhibit 304, a product specification?

3  A.    Yes.

4  Q.    Let's look at that.  It looks very similar.  What

5  is this?

6  A.    It does.  It's a product specification.  This one

7  is a little bit longer.  It's about four pages.  But much

8  of the information is the same, again more specific

9  details -- clearly more specific details than what are in

10 a user guide about kinds of components and what their

11 capabilities are on the device.

12 Q.    This indicates that there are some things in the

13 box.  Is that something you considered?

14 A.    Yes, it is.

15 Q.    And what does that mean?

16 A.    Some of those things that are in the box -- for

17 example, the earbuds, those are headphones.  And it also

18 talks about the kind of cables that there are that will

19 attach to the bottom of this device.  That's all

20 information that's relevant in my opinion.

21 Q.    And did you find that all of the iPods come with

22 earbuds and with a cable for connecting?

23 A.    Yes, sir.

24 Q.    Let's go now back to your index.  The next kind of

25 document on the list is a hardware specification, and

683

1 there are two lines for the hardware specification.

2 They're Plaintiff's Exhibit 329 and Plaintiff's

3 Exhibit 71.  What kind of information is in those?  I'll

4 pull up 329.

5 A.    Those are documents that provide even more

6 lower-layer detail about the device.  They go into some

7 of the specific components that are in the device.

8        This first one is about the Q14 Buster.

9 Q14 -- each of the devices has an internal code name for

10 it.  In the case of the classic 3, it's Q14.  They

11 usually use a letter and then a two-digit number.  So,

12 each of these 13 devices has one of these code names.

13        And then this describes then the hardware

14 specification.  If you advance forward a couple of pages,

15 for example, there will be details on the types of

16 components.  Here is a table, for example, summarizing

17 some of the hardware components that are in this device.

18        When you blow it up -- so, for example, the

19 hard drive is from a company called "Toshiba."  Now we're

20 starting to look at additional details about the device.

21 It talks about the battery, and that's from a company

22 called "LG."  Then there's also NEC.  And then there's

23 also -- for example, you get to the level of detail where

24 you have this battery pack insulating tape, and I'm not

25 even going to try and pronounce the company that that's

684

1  from.

2          But this hardware guide will start to lay out

3  some of the specific details of the things that are in

4  this device.

5          THE COURT:  Counsel, just to remind you, when

6  you're going through the index, you're saying that it's

7  plaintiff's exhibit.  When you're talking about what's on

8  the screen, you're just using a number.  But just for

9  record purposes, so far everything you've shown up on the

10 screen so far this afternoon has been a plaintiff's

11 exhibit?

12         MR. HOLDREITH:  Yes, sir.

13         THE COURT:  Okay.  If you'll remember -- and

14 I'll try to remind you -- when you're talking about the

15 ones that are up, as you show the exhibit, plaintiff's or

16 defendant's exhibits.  We've got hundreds of each.

17         MR. HOLDREITH:  I apologize for that; and just

18 for the record, I'll read them right now.  The ones we've

19 discussed so far are PX-108, PX-305, PX-304, PX-329, and

20 PX-325.

21 BY MR. HOLDREITH:

22 Q.    All right.  Dr. Almeroth, returning to your index,

23 underneath the hardware specification there is

24 Plaintiff's Exhibit 325, a bill of materials report.

25 What is a bill of materials report?

685

1  A.    The hardware specification guides were one level

2  of detail, and now we're going even further.  This is

3  about a 34-page document that lists, in very careful

4  detail, all of the specific parts that are in there, down

5  to some of the smallest components in the device.

6            This kind of document is useful because it

7  tells you manufacturer, part number, component

8  information, size, shape, a lot of different details

9  about everything that's in one of these devices.

10 Q.    And did you have bills of materials reports for

11 all of the devices you examined?

12 A.    Yes, sir, I did.

13 Q.    Did you study them to find information in them to

14 help inform you as to whether those devices have parts

15 that correspond to the claim?

16 A.    Absolutely.

17 Q.    All right.  Dr. Almeroth, the next type of

18 document in your guide is a chip schematic, Plaintiff's

19 Exhibit 89.  What is a chip schematic?

20 A.    I don't think we're going to go into lower than a

21 chip schematic.  That has all of the specific chips, how

22 they are laid out on the boards, how those things are

23 connected together.  If you've ever seen a circuit board,

24 it has the square and rectangular chips; and then you can

25 sometimes see the wires that connect all those chips

1  together.  This is a kind of hardware specification that

2  does the exact same thing.

3          With this kind of detail, you can tell how

4  each of the parts of the chip connects to other parts of

5  other chips.  There are references on these chips to

6  their manufacturer number.  You can cross-reference that

7  with a bill of materials, build that back up into the

8  hardware specification, and eventually back up into the

9  user guide to see how these devices work top to bottom

10 and outside to in.

11 Q.     Dr. Almeroth, are you able to look at a diagram

12 like this and to read and understand what it's saying?

13 A.     Yes, sir.

14 Q.     Did you have chip schematics for all of the iPod

15 devices that you examined?

16 A.     I did.

17 Q.     I just want to return to the first page that's got

18 some text on it.  What is this?

19 A.     This is a table of contents for the pages, the 13

20 pages that are in this chip schematic.  And you can see

21 from some of the items on here it talks about the memory.

22 It talks about the hard disk drive.  It talks about

23 FireWire and USB, the audio -- digital audio converter,

24 then the headphones, the dock connector which will be the

25 controller on the bottom there.  There are pages -- I'm

687

1  sorry, and I missed at the top the CPU.  There are pages

2  in this that talk about the chips and the connections

3  that all of these devices have that are internal to the

4  device.

5  Q.    All right.  And, Dr. Almeroth, is the -- what is

6  this component, "audio DAC"?

7  A.    That's the digital audio converter.  What that

8  tells you is -- or what it provides is the ability to

9  take the songs that are stored on the disk digitally and

10 then convert them into analog and be able to play them

11 out, and that's why it's on the same page as the

12 headphone amp.  There has to be a small amplifier so that

13 you can plug in an earbud or headphones and hear the

14 music come out.

15 Q.    Is that something we'll be coming back to?

16 A.    Yes, sir.

17 Q.    There is something here that says "CPU."  Is that

18 related to the processor?

19 A.    That's right.  The "CPU" stands for "central

20 processing unit," and the P5002 is the model number of

21 the CPU that's inside this classic 3.

22 Q.    All right.  Dr. Almeroth, returning now to your

23 index, Plaintiff's Exhibit 161 is something about *iTunes*,

24 as is Exhibit 334.  Why were you looking at *iTunes*

25 documents?

688

1  A.     *iTunes* documents tells me about the kinds of

2  things that can happen in *iTunes*.  Now, as it relates to

3  an iPod, you have to receive songs and playlists from

4  somewhere.  And what's important about this device is

5  that it has the capability and that it's specifically

6  programmed to get those things from outside into the

7  device.

8          Now, it doesn't necessarily matter where they

9  come from; but *iTunes* is evidence that this device has

10 the capabilities that are listed on this panel.

11 Q.     Let's be clear.  Is *iTunes* or the *iTunes* store

12 something that you're accusing of infringement here?

13 A.     No, sir, I'm not.

14 Q.     Dr. Almeroth, the next thing on this list is

15 something called "Defendant Apple's Sixth Amended

16 Objections and Responses to Plaintiff Personal Audio,

17 LLC's, Interrogatory Number 11."

18          And there is another one that is an answer to

19 Interrogatory Number 10.  What does that mean?

20 A.     These are documents that contain answers to

21 questions.  Personal Audio, as part of this case, was

22 able to ask Apple questions in writing; and Apple

23 provided responses to those.  Those are called

24 "interrogatories."  And these plaintiff's exhibits are

25 references to those interrogatories, and those contain

1 particular questions and answers that were relevant to my

2 analysis.

3 Q.     And did you review those interrogatories,

4 Numbers 11 and 10, and the responses; and did they

5 provide information that informed your opinion?

6 A.     Yes, they did.

7 Q.     Okay.  Let's just look quickly at Plaintiff's

8 Exhibit 625.  Is this one of those two documents?

9 A.     Yes, it is.

10 Q.     And turning to page 14 of Plaintiff's Exhibit 625,

11 could you just explain -- did you get the information for

12 all of the devices that you examined?

13 A.     Yes.  Generally the answers provided by Apple were

14 broken down into different devices, into these different

15 generations and families.

16 Q.     If we look at that answer for a minute -- is it on

17 the next page?

18 A.     Yes, sir.

19 Q.     What is the question that was being answered in

20 this interrogatory?

21 A.     It talks about -- this is a document relating to

22 the source code, to the software algorithm.  And this

23 says, "For versions of the iPod application on the iPod

24 classic Generation 3, source code implementing the

25 corresponding software or algorithm that allows a user to

1  navigate forward in a playlist of songs is described as

2  follows."

3       So, that was in response to a question that

4  was asked by Personal Audio.  That's the first paragraph,

5  and the rest of this page has information about the

6  algorithm that Apple uses.  And I used this page for this

7  device and this page -- or similar pages for the other

8  devices as part of forming my opinion with regard to

9  infringement.

10 Q.    Does this answer describe how source code works in

11 the iPod?  Is that what it is?

12 A.    That's correct, how the source code works; and it

13 points to particular source code functions and particular

14 files and how the source code works.

15 Q.    Now, Dr. Almeroth, in addition to answering the

16 question about an algorithm that allows a user to

17 navigate forward, does this interrogatory provide

18 information about another algorithm?

19 A.    Yes, it does.  It also talks about the "back"

20 command, to skip backwards.  And that's -- it's very

21 similar language until you get to the end of the second

22 line, "allows a user to navigate backward in a playlist

23 of songs."

24 Q.    All right.  Dr. Almeroth, notwithstanding that you

25 had these answers from Apple, did you also look in the

1  source code for yourself to understand what the

2  algorithms are that the iPod uses?

3  A.    Yes, I did.   There is a source code computer that

4  has all of the source code related to these devices.   I

5  looked at all of that source code as well.

6           What these documents do is provide information

7  and backups to that information and source code and

8  documents that allow me in multiple different places to

9  find each of the elements on this chart.

10          MR. HOLDREITH:   Now, your Honor, we're about

11 to introduce an exhibit which reproduces a portion of

12 Apple's source code, as does this answer.   I understand

13 that the exhibits will be sealed but Apple has not asked

14 for the courtroom to be cleared and the parties will work

15 out sealing the exhibits after court.

16          THE COURT:   Is that correct?

17          MR. STEPHENS:   That's correct.

18          THE COURT:   All right.   These exhibits, as

19 we've discussed before, will, in fact, be sealed.

20          MR. HOLDREITH:   Thank you, your Honor.

21 BY MR. HOLDREITH:

22 Q.    Dr. Almeroth, can you just explain -- when you

23 looked at source code, what did you have to do to be able

24 to look at it?   Just physically where did you go, and how

25 did you get access to it?

1  A.    The source code that was provided by Apple is

2  quite secret; and in order to look at the source code for

3  these devices, I had to go to Houston, to the offices of

4  Fish & Richardson.  And in a room they had a box that

5  contained all of this source code, and it was in that

6  room that I had to look at the source code.  I couldn't

7  bring in any electronic devices or anything.  I just had

8  to use the one computer that was in that room.

9  Q.    Is that -- in your experience as a computer

10  scientist, is that a normal kind of practice?

11  A.    It's a normal practice to protect source code, but

12  the degree to which the source code in this case was

13  protected was much stronger than what I've seen in other

14  cases.

15  Q.    And why is it that companies take these steps to

16  protect their source code?

17  A.    If this source code got out, then somebody would

18  be able to take that source code, see exactly how these

19  devices work, and quickly and easily reproduce an almost

20  identical copy.

21  Q.    And is that something they can't do just by buying

22  an iPod and looking at it?

23  A.    That's correct.  When you buy the iPod, it has the

24  source code on the device but it's as software and it's

25  not readable.  So, even if you were able to pull that

1  software out, a person couldn't just look at that

2  software and understand what was happening.

3         This is the raw version of that source code

4  that can be read by somebody who is trained to look at

5  source code.

6  Q.    And just to be clear, isn't there some way, as a

7  computer scientist, that you can just extract that source

8  code from an iPod?

9  A.    Not the source code.  There is a process that the

10  source code goes through where it's turned from -- I'll

11  say "human readable format," but it's really a person

12  trained in computer science -- from that format and text

13  into a representation of 1s and 0s that the processor

14  understands but that a computer scientist couldn't

15  understand.  You go through that process to make it

16  easier for the device to understand what the source code

17  does, but that's not available to somebody who owns an

18  iPod or is smart enough to pull that software off.

19         THE COURT:  Excuse me, counsel.

20         Ladies and gentlemen, we happen to have a

21  number of these kind of cases here in the Eastern

22  District.  We're not trying to hide anything from

23  anybody, but this source code is confidential.  So, I

24  order it to be protected.  These measures are taken so

25  that the companies can be here, they can present it, but

694

1  at the same time their secrets aren't given out.  There

2  is nothing wrong with that.  And, so, we make every

3  effort, and you'll hear my instructions about you can

4  look at this stuff in the jury room but you can't take it

5  with you, don't be making copies of it.  Because, I mean,

6  the companies are entitled -- and that's part of the

7  whole idea of intellectual property.  They're entitled to

8  protect things like source code.

9  BY MR. HOLDREITH:

10 Q.    Dr. Almeroth, were you able to print some portions

11 of Apple's source code for purposes of your study?

12 A.    Yes, I did.  There were limits on how much I could

13 print.  But as part of my analysis, when I identified

14 relevant source code, for at least some of the devices, I

15 printed a binder that contained that information.  Just

16 the smallest number of pages I could print that I could

17 use as part of my infringement analysis.

18 Q.    And turning back to your index of things you

19 considered, Plaintiff's Exhibit 748A, is there a

20 reference to the source code that you were able to print

21 out on this list?

22 A.    Yes.  That's the second from the bottom.  It's

23 Plaintiff's Exhibit 713.  It's the classic 3 source code

24 excerpts.

25 Q.    Will we be getting into that in some detail later?

1  A.     Yes, sir.

2  Q.     Let me just ask you to just give us an

3  introduction to what source code looks like.  This is

4  Plaintiff's Exhibit 713.  Is this something you printed

5  out?

6  A.     Yes, it is.  It's the first -- there are about 300

7  pages of printed source code.  That was the minimum set I

8  could use to -- as part of my analysis.  Maybe -- if you

9  want to blow up a little bit so that I can just briefly

10 explain it.

11        What you see here on the left side is a series

12 of line numbers, and then it's human readable.  You can

13 see what's actually here.  But the source code

14 instructions are -- unless you're familiar with the

15 syntax and how source code is written, it probably won't

16 make that much sense.

17        But you can see some of the names of the

18 things in here, for example, around line 2714, a

19 TrackField, PlayDate.  You can imagine that that relates

20 to a field about a track on a date that it was played.

21 So, a person reading this code can see some of the

22 information just by looking at the words.

23        And then I understand, for example, what

24 "case" means and what "break" means.  Those are

25 programming language conventions that tell me what the

1  source code is doing.

2  Q.     You referred to a Line Number 2714.  Can you just

3  explain what you're doing when you reference a line

4  number?

5  A.     Certainly.  There are a large number of files that

6  contain source code that's all combined together.  It's

7  broken into different files just to keep functions

8  separate.  And a function is a set of lines of code.  So,

9  generally the way that -- in my analysis that I reference

10 the source code, it will be a particular file name; and

11 then in that file name a function name, and then there

12 will be line numbers that cover all of the code related

13 to that function.

14 Q.     So, when you say a line number for some code we're

15 looking at, can we just look over here to the right to

16 understand what you're referring to?

17 A.     Yes, sir.

18 Q.     Okay.  Now, Dr. Almeroth --

19 A.     I'm sorry.  At the top of the page, if you show

20 the top, at the very top, it will have the file name.

21 So, in this case this is the "DulcimerDatabase.c" source

22 code file for classic 3; and these are some of the lines

23 from that file.

24 Q.     Now, is there one file or is there more than one

25 file of source code that makes an iPod go?

1  A.     There are many files, many, many, many files.

2  Q.     Approximately how many files did you look at in

3  this case?

4  A.     For these 13 devices, there are about 23,000

5  files.

6  Q.     And how many lines of code, more or less?

7  A.     More or less, it was between 15 and 16 million

8  lines of code.

9  Q.     And how long did it take you to analyze all of

10 that?

11 A.     A very long time.  On the clock, probably about

12 170 to 200 hours.

13 Q.     That was just for looking at the source code?

14 A.     Yes.  And a good deal of that time was spent in

15 Houston in this office with the source code computer.

16 Q.     Now, in addition to the documents that you just

17 identified with reference to the index, 748, did you also

18 look at other documents in the case?

19 A.     Yes, I did.

20 Q.     And did you also have access to any testimony of

21 Apple employees?

22 A.     Yes, I did.

23 Q.     Please explain that.

24 A.     Certainly.  We talked about the interrogatories.

25 In addition to interrogatories, there were Apple

698

1  engineers who were deposed.  And a deposition is where

2  lawyers from both sides can ask in this case the Apple

3  engineers questions.  It's under oath; so, it's just like

4  it was in the courtroom.  It's videotaped, and the

5  transcript is taken just like at the trial here.  And I

6  was either present at the depositions to see what the

7  Apple engineers said in response to questions about all

8  manner of things, from source code to the devices; and I

9  also had the written transcription that I could use later

10  to analyze and include in part of my analysis.

11  Q.    How long does a deposition take like that?  Is

12  that a few hours?

13  A.    No.  It's all day.  Generally you go about seven

14  hours on the record.  In some of these cases the

15  depositions spilled over into a second day.

16  Q.    Now, Dr. Almeroth, did you produce a report of

17  your conclusions and the basis for the conclusions in

18  this case?

19  A.    Yes, I did.

20  Q.    And about how long was that report?

21  A.    That report was about 25,000 pages.

22  Q.    Dr. Almeroth, I want to turn to what it costs to

23  do this kind of an analysis.  Now, how many total

24  hours -- you told us there were one or 200 hours to

25  analyze source code, but how many total hours did you

 1  spend producing this report?

 2  A.    Since about September, 2009, when I started on

 3  this case, I've spent about 900 hours total.

 4  Q.    900 hours is a long time.

 5  A.    That's a lot of weekends and holidays, sir.

 6  Q.    Did you look for ways to do this as efficiently as

 7  you could?

 8  A.    I did.  Certainly the groupings can help; but to

 9  the extent that I had all of these documents to go

10  through, I did it as quickly and as efficiently as I

11  could.

12  Q.    Did you have to make more than one trip to Houston

13  to go look at source code?

14  A.    Yes, sir, I did, several trips.

15  Q.    Dr. Almeroth, do you charge for your time to do

16  this kind of work?

17  A.    I do.

18  Q.    And is there a going rate for PhDs in computer

19  science to do this kind of work?

20  A.    There is.

21  Q.    And do you know whether the expert that Apple

22  hired, Dr. Wicker -- did he also charge for his work?

23  A.    He did.

24  Q.    And do you know what his rate is?

25  A.    I do.  It's published in our reports.  As part of

1  this document, we have to explain that we charge a

2  certain rate.

3  Q.     And what are your rates in this case?

4  A.     My rate in this case is $500 an hour.

5  Q.     And what is his?

6  A.     It's $550 an hour.

7  Q.     All right.  Dr. Almeroth, I want to now go through

8  an example of one device, one claim in some detail so

9  that we can see how you find that each element -- or how

10  you determine that each element is present in an iPod.

11  Okay?

12  A.     Yes, sir.

13  Q.     And can we use this claim board to help us with

14  that?

15  A.     Yes.

16  Q.     Just remind us of what the process is.

17  A.     The process is I've taken this one claim, divided

18  it up into the limitations that are required by that

19  claim so that it's easier to go through and talk about

20  each one individually.  There will be a corresponding set

21  of documents.  I'll try and show some of those documents

22  that were the basis for my conclusion to go through,

23  identify the parts.  And as we go through each of these

24  limitations, I'm going to ask that those boxes be checked

25  off so that we can explain that I found that limitation,

1   that I reached the conclusion that that limitation was

2   present based on the documents.  And then when we get

3   done, I expect all of those limitations will be checked

4   off.

5          And it's upon that basis that all of the

6   limitations have been checked off, that I've found

7   evidence for each one of these limitations, that I would

8   opine that claim 1 is infringed by this particular

9   device.

10  Q.     Dr. Almeroth, as a reminder, are we going to be

11  using this claim limitation numbering, 1, 1A, 1B?

12  A.     Yes, we will.

13  Q.     And is that the same numbering that's found in the

14  juror notebooks in the Patent Claims Asserted by

15  Plaintiff document?

16  A.     Yes.  That's correct.

17  Q.     Okay.  Dr. Almeroth, let's start with the first

18  part of this claim.  Can you explain what the very first

19  part is?

20  A.     Certainly.  It says, "a player for reproducing

21  selected audio program segments comprising."  It's fairly

22  short; and what it says is you have a player that can

23  play programs, or songs.

24  Q.     What does that word "comprising" mean?

25  A.     "Comprising" in claim terminology means

702

1  "including."  And what that means is that this player has

2  to at least have the things that are listed here.  It

3  could have other things, but those things are -- if

4  they're unrelated to these limitations don't matter for

5  infringement.

6  Q.    So, is "comprising" sort of like "including"?

7  A.    Yes.

8  Q.    Now, Dr. Almeroth, this might seem simple for the

9  audio player part.  But just to demonstrate your method,

10 when you examined the iPod classic 3, did you conclude

11 that it is an audio player for playing program segments?

12 A.    Yes, I did.

13 Q.    How did you do that?

14 A.    Through a couple of ways.  The first was to pick

15 up the device and look at it, to use it, to get it to

16 play songs.  It's a player.  It will play songs.

17       Based on that, I could pretty much check off

18 the box for Number 1.  But I also wanted to find that it

19 was a player as described, for example, in the user guide

20 or in other Apple documents that described the iPod

21 classic 3 as a player.

22 Q.    And again this might seem simple; but for

23 demonstration purposes, did you find information in

24 Apple's documents that confirmed your analysis that it's

25 an audio player?

1  A.      Yes, I did.

2  Q.      I'm showing you now Plaintiff's Exhibit 745.  It's

3  entitled "Dulcimer, Apple's opportunity in the MP3 player

4  market."  Is this one of the documents that you looked

5  at?

6  A.      Yes, it is.

7  Q.      What is this document?

8  A.      This document is a presentation given by Tony

9  Fadell and by Stan Ng.  The date on the document is

10 April 3rd, 2001.  And I understand that this document was

11 a presentation given to Steve Jobs.

12          The importance about the date is this was a

13 document that was proposing the iPod, basically the

14 genesis document that said to Apple, to the CEO, "Let's

15 do a player."  That's this document.

16 Q.      And was there an iPod that existed?  I mean, did

17 Apple have an iPod product that existed at this time?

18 A.      No.  This was the first document -- the first

19 presentation to Steve Jobs proposing that the iPod be

20 developed.

21 Q.      All right.  I'd like to turn, then, to page 9 of

22 Plaintiff's Exhibit 745.  Is this one of the documents

23 that was relevant to confirm your analysis that iPods

24 are, in fact, a player?

25 A.      Yes, it is.

1  Q.    And how does it do that?

2  A.    The title -- and in a fairly large font -- says

3  "Audio Player."  And it's an audio player -- if you look

4  then in the right column, about the second bullet down,

5  "Audio Player with playlist editing and effects."  That's

6  an important piece of evidence for my opinion.

7  Q.    Now, just while we're on this document -- we'll

8  come back to this later.  But can you explain this other

9  bullet point on the left side that says "Processor" and

10 then it has "Cirrus Logic" and "Portal Player"?

11 A.    Yes.  The processor is the CPU.  And in this

12 initial presentation, Mr. Fadell was proposing that they

13 use a Cirrus Logic 7409 chip plus some other hardware

14 pieces, or a Portal Player 5002 chip.  Part of this

15 proposal was to say, "We've done some thinking about

16 this.  Here are the kinds of things that we might put

17 into this audio player."

18 Q.    And just briefly, what is a Cirrus Logic 7409

19 processor chip?

20 A.    Cirrus Logic is a company that makes chips.  Their

21 7409 was a particular type of processor.

22        Same thing with Portal Player.  That was a

23 different company, different number.  Mr. Fadell was

24 considering -- or at least on this -- this slide shows

25 that there were two options in the running at this point.

705

1  Q.     And are those CPU chips that you can go out and

2  buy on the open market?

3  A.     Yes.

4  Q.     As of 2001?

5  A.     That's correct.

6  Q.     All right.  Dr. Almeroth, did you find any other

7  documents that confirmed your analysis that the iPod is

8  an audio player for playing programs?

9  A.     Yes, I did.

10 Q.     And I'm showing you now Plaintiff's Exhibit 108,

11 the user's guide.  Is this one of the documents you

12 considered?

13 A.     Yes, it is.

14 Q.     And how was this useful to your analysis?

15 A.     This document, like the other one -- but this one

16 for the user that comes with the device says that it's a

17 player, that it plays songs.

18 Q.     I'm showing you now page 6 of Plaintiff's

19 Exhibit 108.  Is this one of the pages you're speaking

20 of?

21 A.     Yes, it is.

22 Q.     And what on this page are you referring to?

23 A.     "iPod is a music player and much more."  You

24 can -- there are a couple of other bullet points.  You

25 can listen to audio books.  You can store thousands of

1  songs.  Those are the features of an audio player that

2  can play programs.

3  Q.     All right.  Dr. Almeroth, this claim limitation,

4  Number 1, says "selected audio player segments."  Do you

5  understand that means they must be chosen by or for a

6  user?

7  A.     Yes.  The word "selected" is a term that the court

8  has construed.  And what that means is the court was

9  asked to go through and for some of the words in this

10 claim provide a definition.  And that definition helped

11 describe the bounds of what the claim covers.

12         And what we do is we call that a "claim

13 construction," a claim term that the court has construed;

14 and there is a definition that, in doing my analysis, I

15 had to consider as part of this.

16 Q.     Did you conclude that the iPod is a player that

17 allows a user to play program segments selected by or for

18 the user?

19 A.     Yes.  That's correct.

20 Q.     Could you explain that?

21 A.     Certainly.  The fact that on this device you could

22 have playlists and songs -- and this is an example where

23 *iTunes* is useful because it shows evidence that the

24 things that you can play on this, the playlists and

25 songs, can come from somewhere else and that inside of

1  that thing, that's somewhere else you can create

2  playlists, you can create songs.  You can populate the

3  playlist with whatever songs you want and then you can go

4  through the process of putting those playlists and songs

5  on this device.  Therefore, it's a player and it

6  reproduces those songs and those songs were selected on

7  the behalf of the user.

8  Q.     Dr. Almeroth, have you now pointed out everything

9  required to find that the first element, the audio

10 player, is present in the iPod?

11 A.     Yes.

12 Q.     So, we could check that off?

13 A.     Yes, please.

14 Q.     All right.  That seemed pretty straightforward.

15 Are they all going to be that straightforward?

16 A.     I hope so.

17 Q.     We're going to have to take a little more time on

18 some of them.

19 A.     There will be a little bit more detail.

20 Absolutely.

21 Q.     Okay.  Let's look at the second element now, which

22 is 1A, the "means for storing a plurality of program

23 segments."  What is this from the user's point of view?

24 A.     This is the storage capacity on this device to

25 hold the -- in this case to hold the program segments, to

1  hold the programs, to hold the songs.

2        In the first day, on Friday, I talked about

3  how one of the benefits of this device was to be able to

4  take the songs and playlists and take them with you.

5  That's a feature that's described in the patent.  In

6  order to do that, this device needs some kind of storage;

7  and that's what's required by limitation 1A.

8  Q.    Now, this has some unusual words.  It says "means

9  for."  Does that mean anything special for your analysis?

10 A.    It does.  When patents use "means for," it's a

11 special kind of language called "means-plus-function."

12 And I was here for the first couple of days of the trial,

13 and this means-plus-function language was described in

14 some detail as it relates to the patent.

15        Because this is in means-plus-function

16 language and because the court has offered a definition

17 of this, I used that definition in the analysis for

18 means-plus-function limitations here to reach my

19 conclusions.

20 Q.    Dr. Almeroth, I'm showing you a statute from the

21 United States Code.  This is Demonstrative Exhibit 1003.

22 Is this a statute that you followed when you did your

23 analysis of means-plus-function?

24 A.    Yes, it is.

25 Q.    And it says that you can -- it says something

1  about equivalents here.

2  A.     Yes.

3  Q.     Can you just explain how that affected your

4  analysis?

5  A.     Certainly.

6          In the means-plus-function you have two parts.

7  There is this function here (indicating), and then there

8  is also a structure that corresponds to that function.

9  And what you have to do is --

10         MR. STEPHENS:  Objection, your Honor.  This is

11  opinion testimony about the law.  This is not within his

12  competence or in his report.

13         THE COURT:  Well, I'll let him cover the

14  basics as how this is to apply to his analysis.

15         Ladies and gentlemen, I'll instruct you on the

16  means-plus-function; and, in fact, in your jury book

17  you've already been given my definitions of what

18  "functions" are and what "structure" has been identified.

19  But I think it is appropriate for the expert to go

20  over -- or the witness to go over the framework in which

21  he conducted his analysis.  But in the end, you're going

22  to follow my instructions on this.

23         Go ahead.

24         MR. STEPHENS:  Thank you.

25  A.     So, there is a function; and then there is a

1  corresponding structure.  And what this also allows for

2  is this idea of equivalents.  We saw some of that in the

3  context of the patent when it talked about, for example,

4  all of the different ways that you could communicate with

5  this device.  There were some that were satellite or a

6  modem or an infrared link or you could use a telephone

7  line.  It could be wireless; it could be wired.

8           Anything that's equivalent to one of the

9  structures that's identified in the patent would be

10  sufficient to meet the limitation that's here.

11  BY MR. HOLDREITH:

12  Q.    Dr. Almeroth, when you did your analysis, did you

13  have some definitions from the court of what the

14  functions and what the corresponding structure is?

15  A.    Yes, I did.

16  Q.    And did you do the steps of first finding the

17  function and then finding whether there was the

18  corresponding structure or the equivalent in the iPod?

19  A.    Yes.  That's correct.

20  Q.    All right.  Now, for this --

21           THE COURT:  Excuse me, counsel.

22           MR. HOLDREITH:  Yes, sir.

23           THE COURT:  Just to be sure, ladies and

24  gentlemen -- you'll be instructed on this later -- these

25  equivalent structures had to exist at that time.  This is

711

1  going to get confusing.  But when you're talking about a

2  structure that is equivalent, it can't be some new,

3  later-invented structure.  It has to be a structure that

4  was available at the time the patent was issued.  And,

5  so, you'll get some more instruction on that later; and

6  I'm sure the witnesses will keep this all very clear, as

7  clear as they can in their testimony.  But this is one of

8  the very reasons I've told you early on do not make up

9  your mind until you hear my final instructions so you

10  know what the questions are and what the law is that you

11  have to base your answers on.

12          Go ahead.

13  BY MR. HOLDREITH:

14  Q.    Dr. Almeroth, did you, when you considered

15  equivalents for the '076 patent, consider whether the

16  structure was equivalent as of the issue date of the

17  patent, 2001?

18  A.    That's correct.

19  Q.    To be clear, did you use the date right underneath

20  the patent number here, which is the issue date, March 6,

21  2001?

22  A.    Yes, sir.  That's correct.

23  Q.    And is that different from the filing date when

24  the inventors filed their application?

25  A.    That's correct.  The inventors filed in 1996; and

712

1  then when the patent comes out five years later, what I

2  consider is what a person of ordinary skill in the art,

3  this person looking at the patent, would understand to

4  have been equivalent in 2001.

5            So, when it comes to, for example, "means for

6  storing a plurality of program segments," any of the

7  structures that are defined there, if this device has the

8  equivalent of that structure as of 2001, then this

9  limitation is still infringed.

10 Q.    All right.  Let's apply that, Dr. Almeroth.  Did

11 you have a definition of the limitation 1A, means for

12 storing?

13 A.    Yes, I did.

14            MR. HOLDREITH:  Your Honor, may I put up a

15 board in the well?

16            THE COURT:  I'm sorry?

17            MR. HOLDREITH:  May I come forward to --

18            THE COURT:  Yes, you may.

19            MR. HOLDREITH:  Thank you.

20 BY MR. HOLDREITH:

21 Q.    Dr. Almeroth, this is Demonstrative Exhibit 1033.

22 Is that the definition?

23 A.    Yes, it is.

24 Q.    Dr. Almeroth, could you explain, please, how the

25 definition on Demonstrative 1033 relates to the claim

713

1 and, in particular, claim element 15?

2 A.    Certainly.  The limitation for 1A is in the left

3 side of the board of Plaintiff's Demonstrative 1033.

4 That's the function and the part of the language that

5 comes from 1A.

6         And then on the right side there is a function

7 attributed to that language, and here the function is

8 "storing a plurality of program segments."  You'll see

9 that the function in the right column, the right column,

10 the function --

11         JUROR:  Other right.

12         MR. HOLDREITH:  I'm sorry.  I'm facing the

13 wrong way, folks.  Excuse me.

14 A.    That function mimics some of the language that's

15 in the left.  In this case it's fairly straightforward to

16 understand that the function is storing a plurality of

17 program segments.

18         And then there is a corresponding piece that

19 talks then about the structure.  The structure

20 corresponding to the storing function can be the

21 following structures and equivalents thereof.

22         And there are two that are identified here.

23 Only one has to be present in the device, and it's either

24 one or two or the equivalent of one or two.

25                              *

1  BY MR. HOLDREITH:

2  Q.    All right.  Dr. Almeroth, did you find that in the

3  iPod, when you examined the classic 3, for the function

4  of "storing a plurality of program segments," it does the

5  identical function?

6  A.    Yes, it does.

7  Q.    And did you find structure which is either

8  identical or equivalent to the data storage system

9  consisting of a high-speed RAM and a persistent mass

10  storage device?

11  A.    Yes, I did.

12  Q.    Please explain.

13  A.    Certainly.  Using the documents, I identified that

14  the function was present and that one of 1 and 2 was

15  present.  In this case it was Number 1.

16          I went through the documents to determine that

17  there was both high-speed RAM and that there was a

18  persistent mass storage device inside of this iPod

19  classic 3.

20  Q.    And how did you find -- or how did you determine

21  that the iPod classic 3 has a high-speed RAM and a

22  persistent mass storage?

23  A.    In this case I looked at the online technical

24  specification which we reviewed.  I also looked at some

25  other documents, a bill of materials and the chip

715

1  schematics as well.

2  Q.     Okay.  I'm going to show you Plaintiff's

3  Exhibit 304, which is one of the specifications for the

4  iPod classic 3.  Did this document provide any

5  information about the RAM and the persistent mass

6  storage?

7  A.     Yes, it did.

8  Q.     How did it do that?

9  A.     The last table at the bottom talks about storage

10 and memory and it identifies a capacity of 10 gigabytes

11 and that's for the hard disk drive.  That's the

12 persistent mass storage that's inside of this device.

13 So, that capacity is for storing the audio segments.

14         It also identifies RAM, which here is 32

15 megabytes.  And then also related to the capacity of

16 10 gigabytes, it talks about a hard drive type, a hard

17 drive speed, and then an access speed, some of the

18 additional details about the persistent mass storage

19 that's used inside of this device.

20 Q.     And how do you know that this storage is for

21 songs -- or for program segments?  Excuse me.

22 A.     In part of this exhibit it identifies 2500 songs.

23 That shows that the hard disk drive is used to store the

24 songs.

25 Q.     Did you look at any other documents to determine

1 that the iPod classic 3 has RAM and a hard drive?

2 A.     Yes, I did.  For example, the bill of materials I

3 also looked at as well.

4 Q.     Okay.  I'm now showing you Plaintiff's

5 Exhibit 325.  Is this the bill of materials for the

6 classic 3?

7 A.     Yes, it is.

8 Q.     And what in here gave you information?

9 A.     There is a page in this document that lists the

10 RAM, the random access memory, the high-speed RAM that's

11 used inside of a classic 3.

12 Q.     I'm showing you page 19 of Plaintiff's

13 Exhibit 325, and I'm sure it's very difficult to read.

14 So, I'm going to blow it up.

15          Is this the page that you were referring to?

16 A.     Yes, it is.

17 Q.     And how does this tell you about RAM or persistent

18 storage?

19 A.     It's a little hard to read, but you can see here

20 (indicating) it talks about Samsung semiconductor.  They

21 are a company that makes RAM.

22          And then you can look over here in this column

23 (indicating).  It talks about SDRAM.  There are some

24 additional details about that RAM that are provided.

25          So, that tells me, based on the bill of

1   materials, that I know one of the components inside of

2   this device is the high-speed RAM that's identified.

3               THE COURT:  All right.  Counsel, we're going

4   to take a break.

5               Ladies and gentlemen, I'll ask you to be back

6   at quarter past.

7               (The jury exits the courtroom, 2:00 p.m.)

8               THE COURT:  Counsel, to deal with the

9   ever-present problem in one of these cases of

10  instructing -- you can step down, sir -- of instructing

11  the jury on the structural equivalents and the doctrine

12  of equivalents -- which is obviously so easy for judges

13  and lawyers to understand, but perhaps not for jurors --

14  and looking at the *Al-Site Corporation versus VSI*

15  *International, Inc.*, case, 174 F.3d 1308, which is Fed

16  Circuit 1999, I am considering telling them that

17  structural equivalents refers to an available substitute

18  or then-available substitute, so that they don't get it

19  confused when fairly soon in that set of instructions

20  we're talking about the doctrine of equivalents.

21              It seems that that case does a pretty good job

22  of focusing on the available substitute.  Obviously your

23  experts may have to use both words.

24              Let me first hear from Apple.  What are your

25  thoughts on that?

1          MR. STEPHENS:  Well, your Honor, I think I

2  want to take a look at the case to be sure; but it seems

3  like it might be slightly overly broad because the

4  difference, as you know, has to be insubstantial, your

5  Honor, and a substitute that costs a whole lot more money

6  is not insubstantially different, for example.

7          THE COURT:  Well, now, are you talking about

8  the doctrine of equivalents or available structures --

9  the equivalent structures?

10          MR. STEPHENS:  In terms of whether it is an

11  equivalent structure, I don't think it matters.  The real

12  difference is whether the function is met between those

13  two, as you know.

14          THE COURT:  Well, see, already we're confused.

15          We have and we will be giving to the jury a --

16  and there will be a lot of discussion among the experts

17  on equivalent structures.  But there is also this

18  doctrine of equivalents.  They aren't even spelled

19  differently.  It isn't equivalence with a C on one and

20  equivalents with a T.  No, no.  We had to give the jury

21  this exact same word twice and I'm trying to think of a

22  way to explain it and reading this case -- and I really

23  was hoping we wouldn't get into this before we had this

24  discussion -- is figure out a way to focus them on the

25  then-available substitutes for structural equivalents so

1  that they're not picking out something that somebody came

2  up with years and years later for structure.  And then

3  the doctrine of equivalents, of course, has its own

4  limitation -- "limitations" is a bad word, isn't it --

5  has its own requirements.

6         And that's what I'm trying to -- I'm bringing

7  that up so that if your experts -- I'm trying to come up

8  with some language and tell you in advance so maybe the

9  experts use the same language.  If we can't agree, then

10  I'll just have to make up my decision; but I'm just

11  letting both sides know -- and there are other opinions

12  that came out around the same time and earlier that talk

13  about that.  But you might take a look at that because --

14         MR. STEPHENS:  Absolutely, your Honor.

15         THE COURT:  It does seem to be -- it would be

16  helpful if we could come up with a way of getting on the

17  same sheet of music in terms of letting the jury know

18  what the difference is, especially given some of the

19  defenses that, based on the papers, I think you're going

20  to try to come up with.  It's going to start getting real

21  confusing.

22         I think I heard in your opening you were

23  talking about this Clickwheel that you patented later on

24  and invented later on.  Well, is it really fair that

25  that's kind of an equivalent when it's really not a

1  structural equivalent if it wasn't then available?  But

2  if you insist on always using the equivalent term, it's a

3  little bit hard for you to explain later on that, gee,

4  these poor dumb jurors didn't understand, when we can't

5  come up with a way to explain it to them.

6        MR. STEPHENS:  I certainly agree some sort of

7  instruction is appropriate, your Honor.

8        THE COURT:  Okay.  Then let's take a look at

9  that one because I may actually tell them that earlier so

10  they can understand and it would also make it easier for

11  the experts if they can both be talking about, "Well,

12  that wasn't available then" -- that would be your point

13  if that's what your point is.  And their point would be,

14  "Oh, yes, it was available then because."  And at least

15  they would be fighting on the same thing rather than

16  blindfolded and trying to guess what was coming up later.

17  So, I need counsel to look at that over the break.  My

18  guess is is it would be helpful to come to a resolution

19  on that or at least an idea on that pretty quick.

20        I came up with -- there are some other words

21  that could be used.  I mean, "available substitute" seems

22  to be one that is used by the judges in that case action;

23  and it seems to be one of the clearer -- that case is one

24  of the clearer discussions of that dichotomy, which

25  causes a lot of problems to very learned judges and

721

1    lawyers, from what I can see.

2              All right.  We're going to be in recess then

3    until quarter past.

4              (Recess, 2:06 p.m. to 2:16 p.m.)

5              (Open court, all parties present, jury

6    present.)

7              THE COURT:  Go ahead, counsel.

8              MR. HOLDREITH:  Thank you, your Honor.

9    BY MR. HOLDREITH:

10   Q.    Dr. Almeroth, have you now explained where you

11   found in the bill of materials for the classic 3 that

12   there is a RAM?

13   A.    Yes, sir.

14   Q.    Is that a high-speed RAM?

15   A.    Yes, it is.

16   Q.    Did you also find evidence that there is

17   persistent storage?

18   A.    Yes, I did.

19   Q.    Where did you find that?

20   A.    That was also in the bill of materials on a later

21   page.

22   Q.    Again, I know this page is very small type; so,

23   I'm going to blow it up.  Well, you can't see that, can

24   you?  Let's try again.

25              Did I get the right part there?

1  A.     Yes, you did.

2  Q.     Okay.  Now, how is this relevant to your opinion?

3  A.     This is relevant to my opinion because it

4  describes as part of the bill of materials that this is a

5  Toshiba and then it talks about that it's a hard drive

6  here (indicating).  Some of those numbers are hard to

7  see.  But I've looked at -- more closely at a version of

8  this, and it's "HDD" for hard disk drive.  It mentions

9  some of the other characteristics that were in the online

10  technical specification, and it mentions "Q14" here as

11  well.

12  Q.     And if you look just over to the next column over,

13  on page 25 of Plaintiff's Exhibit 325, is that a little

14  more readable over there?

15  A.     Yes.  These are additional details about this

16  particular device.  It mentions "Toshiba" again.  In this

17  case the 1.8-inch is the size of the hard drive; so,

18  that's maybe the size to your first knuckle.  And it's a

19  hard disk drive.  And it also includes a size there for

20  15 gigabytes.

21  Q.     All right.  Dr. Almeroth, after considering the

22  iPod itself and the documents that you looked at,

23  including the ones you've explained, did you conclude

24  that everything required by claim element 1A of the

25  '076 patent is found in the iPod classic 3?

723

1  A.     Yes, it is.

2  Q.     Should I check that off?

3  A.     Yes, please.

4  Q.     All right.  Dr. Almeroth, let's go to claim

5  limitation 1B of the '076 patent.  That recites something

6  about a "means for receiving and storing a file of data

7  establishing a sequence."  What is that from the user's

8  point of view?

9  A.     That is the means for receiving and storing the

10 playlists that come across.  And it's in that playlist as

11 part of the sequence that it describes; it's the order in

12 which they're scheduled to be reproduced.

13        This is specifically the means for receiving

14 and storing; so, there are two different functions there,

15 first of all receiving the playlist and then also storing

16 the playlist.

17 Q.     Is there a definition of this term that identifies

18 the function and the structure?

19 A.     Yes, there is.

20 Q.     Dr. Almeroth, I'm now showing Demonstrative

21 Number 1027.  Is that the definition that's relevant to

22 limitation 1B?

23 A.     Yes, it is.

24 Q.     Could you please explain a little bit more about

25 what the function and the structure are here?

724

1  A.    Certainly.  There's two functions and two separate

2  structures, and they are broken apart.  The top function

3  is -- the function is "receiving and storing," and then

4  there are two separate structures.  There is a structure

5  defined for receiving; and then towards the bottom, after

6  the numbered list 1 through 6, there is a structure for

7  storing as well.  So, I have to identify that the

8  structure is there and that one from the list of six and

9  one from the list of two are present in the device.

10 Q.    Before we get to the structure, let's just focus

11 on the function.  Did you find for the iPod classic 3

12 that it performs the identical function of receiving and

13 storing a file of data establishing a sequence?

14 A.    Yes, I did.

15 Q.    Now, let me pause for a moment.  Why is it

16 important to the user to have a separate file of data

17 establishing a sequence of playback?

18 A.    The importance here is if you've got a library of

19 lots of songs and they're all stored on the hard drive,

20 the more songs that you have, you need some ability to

21 try and organize those.  And if the songs all sort of

22 exist as separate files, you'd like some way to organize

23 them, to be able to build a playlist.  And you'd like to

24 be able to build a playlist without changing the songs

25 themselves.  You can create Playlist Number 1, and it has

1  a set of songs on it.  A Playlist Number 2, you know, may

2  be for party music or working-out music or drinking wine

3  and listening to jazz music.  You could have separate

4  playlists, and those index all of the different songs.

5  And by creating separate playlists, you can not have to

6  change the audio content.

7  Q.    What do you mean by "not have to change the audio

8  content"?

9  A.    The songs stay the same, and the playlist is

10  really just an index into all of those different songs

11  that will pull out a set in an ordered sequence.

12  Q.    Does that mean you can change what you listen to

13  and in what order you listen to without re-recording the

14  songs onto your player?

15  A.    That's correct, either by creating a new list or

16  changing the playlist that you have.

17  Q.    Now, is the iPod programmed specifically to

18  receive and store a file of data establishing a sequence?

19  A.    Yes, it is.

20  Q.    And how did you determine that?

21  A.    Well, I determined that again by using the device

22  and looking at what it did but then also diving deeper

23  into the user guide and the bill of materials, looking at

24  the same kind of structures for what's defined here and

25  required on the page and what exists in the iPod.

Q.     Did you find source code in the iPod that told you

that it's specifically programmed to receive and store

playlists?

A.     Yes, that's correct.  The source code told me the

structure of the data, of the playlists as they were

stored on the disk.  And then that would be separate from

the songs themselves; so, that's an important

requirement.

Q.     Now, let me pause to ask you an important point.

Does the iPod have to actually have a playlist stored on

it to be infringing this claim?

A.     No.

Q.     Why is that?

A.     What's important in this claim is to be

specifically programmed to have the capability to store

these playlists.  It doesn't have to actually have

playlists on the device to infringe; but it has to

perform these functions, to be capable of performing

these functions based on the software that's in there and

also using the hardware components that were built into

the device.  Those have to be for storing the songs in

the playlists that can be transferred onto the device.

Q.     So, are you looking to see whether the iPod is

able to store playlists rather than looking to see if

there is actually a playlist on there?

1  A.      That's correct.

2  Q.      All right.  Now, Dr. Almeroth, did you, in fact,

3  find a means for receiving that is identical or

4  equivalent to one of the structures listed for the means

5  for receiving?

6  A.      Yes, I did.

7  Q.      Can you explain that, please?

8  A.      Certainly.  The structures that are identified

9  here are the six that are on the list.  And the exercise

10 that I had to go through was to find one of the six or

11 its equivalent.

12 Q.      Did you focus on one of those six in particular?

13 A.      Yes, I did.  Number 4, the "radio or infrared link

14 for connecting to a local communications server computer

15 linked to the Internet."

16 Q.      Can you explain what that means?

17 A.      What that means is what we're looking for is the

18 structure on this device -- this claim is about this

19 player, and it's the structure that's on this device that

20 can be used for receiving.  And then the characteristic

21 that's required by the structure or an equivalent to this

22 structure is a "radio or infrared link for connecting to

23 a local communications server computer linked to the

24 Internet."  The key here is this has to be the thing on

25 the device for the receiving.  That's the thing that's

728

1    required.  But it has to be capable of being able to

2    receive from a local communications server computer

3    that's connected to the Internet.

4    Q.    Now, focusing on the iPod, can you explain what

5    the structure is that's for connecting?

6    A.    Certainly.  That's the local communication --

7    sorry -- that's the customized communication port that's

8    on the bottom of the device.

9    Q.    And if someone is looking on the bottom of an

10    iPod, can you just describe in a little more detail?

11    Physically what are you looking at there?

12    A.    Right.  It's a 30-pin connector and you can plug

13    in a cable to it and it will be, for example, running the

14    USB protocol or FireWire.

15    Q.    What's the USB protocol?

16    A.    Those are two examples of protocols that you can

17    run over this physical connection, that you can then use

18    to exchange data.

19    Q.    And you mentioned "FireWire."  What's that?

20    A.    FireWire is another example.  It's a type of cable

21    and connection that was used in the classic 1 and 2, for

22    example.

23    Q.    And did the classic 3 use USB?

24    A.    Yes.  It's capable of supporting USB, and it does

25    use USB.

729

1   Q.      So, did the iPod start using FireWire?

2   A.      It did.  The original design was to use the

3   FireWire protocol.

4   Q.      And then -- we've heard a lot about FireWire in

5   Apple's patents, that they say they have them FireWired.

6   What happened with FireWire?

7   A.      Well, they stopped using FireWire for data

8   transfer; and they switched over to using the USB

9   protocol for data transfer.

10  Q.      Do later iPods use FireWire for data transfer?

11  A.      They do not.

12  Q.      Now, which models of the iPod can use FireWire for

13  data transfer?

14  A.      The classic 1 and the classic 2 certainly.  I

15  believe also the classic 3.  And I think that that's it,

16  just those three for data transfer.

17  Q.      After that?

18  A.      They switched to USB.

19  Q.      Okay.  Now, let me just quickly show you a

20  timeline.  It's Demonstrative Exhibit 1004.

21          Can you explain what this chart is and just

22  explain what you just told us with reference to the

23  chart?

24  A.      Certainly.  The date is at the top and at the

25  bottom here.  There's three important dates related to

1  the patents here.  You have the patent application date

2  in October, '96.  And then you have the '076 patent issue

3  date in 2001, and then the '178 patent is issued in 2009.

4          The rest of this chart, the middle, is divided

5  up into three regions for each family.  The G.1 through 6

6  relate to the iPod classic, and that's starting out in

7  almost white and going to darker green.

8          And then you have the mini for Versions 1 and

9  2 and then the nano for Generations 1 through 5.

10         And what you see here are when these devices

11 first became available.  And then when the next device

12 became available, Apple will stop selling from the

13 generation previous.

14         So, in the case of Generation 1 and 2, a

15 generation came out first.  That was in 2001.

16 Generation 2 briefly came out at the same time, but they

17 both stopped being for sale in 2003 when Generation 3

18 came out.  And then before Generation 3 was taken off the

19 market to be replaced by 4, the classic 1 *[sic]* came out.

20 And you can see just based on the time how these

21 different devices line up.

22 Q.   So, the FireWire for data transfer, which ones is

23 that?

24 A.   That's back here (indicating), in 2001, 2002, and

25 part of 2003.

1  Q.    And the remainder?

2  A.    That's all using the USB protocol.

3  Q.    And not a FireWire for data transfer anymore?

4  A.    That's correct.

5  Q.    Dr. Almeroth, did you find anything in Apple's

6  documents about whether the port or the connector on the

7  iPod is for connecting to a local communications server?

8  A.    Yes, I did.

9  Q.    What did you find?

10  A.    For example, in the user guide there is a picture

11  and some text describing how this port is then connected

12  to something else.

13  Q.    I'm showing you Plaintiff's Exhibit 108, the

14  cover.  And now if we go to page 12 of Plaintiff's

15  Exhibit 108, is this the figure you were describing?

16  A.    Yes, sir.

17  Q.    And can you explain your opinion with reference to

18  this figure?

19  A.    Certainly.  This talks about the iPod having the

20  capability to connect to and transfer music.  And it does

21  that through -- here it talks about FireWire capable, or

22  it can use USB as well.

23        And then the sentence at the bottom of the

24  page says, "When you connect iPod to your computer" --

25        MR. STEPHENS:  Objection, your Honor.  I think

1  he's about to talk about a nonaccused product.

2         THE COURT:  Overruled.

3  A.    It says, "When you connect iPod to your computer,

4  *iTunes* opens automatically and transfers the songs and

5  playlists in your music library to iPod."

6         Now, again, the importance here is this means

7  for receiving at the bottom, the communication port

8  that's shown on this figure that's connected then to that

9  wire.  And it has to have the capability to connect to a

10  local communications server computer that's then

11  connected to the Internet.

12         As evidence that this communications port has

13  that capability is this figure.  And this figure shows

14  that when you connect it to *iTunes*, that's evidence that

15  *iTunes* will then transfer over, for example with this

16  limitation, playlists.  And this is evidence then that

17  this device and its communication port has the capability

18  to receive the playlists.

19  Q.    Okay.  And you're relating that to, on the

20  Demonstrative Exhibit 1027, Structure Number 4 for

21  receiving; is that right?

22  A.    Yes, sir.  And I mentioned the words "the local

23  communications server computer linked to the Internet."

24  That's part of Number 4.  And it's all with respect to

25  the function then at the top, "receiving and storing a

1  file of data establishing a sequence."

2  Q.    Now, can you just explain what an infrared port

3  is, Dr. Almeroth?

4  A.    An infrared port -- it's a port similar to this,

5  and it's used for transferring data as well.  There are a

6  lot of similarities between the infrared port and the

7  port that the Apple iPod uses.

8  Q.    All right.  Dr. Almeroth, is an infrared link

9  something that uses a wire like is shown in this figure

10 from the iPod user guide?

11 A.    No.  An infrared link is wireless.  And then the

12 iPod uses a wired link.

13 Q.    Now, why is it that you say a wired link is an

14 equivalent to a wireless link?

15 A.    The important question here is whether it's

16 equivalent.  And the way of determining equivalents is

17 whether there are insubstantial differences with respect

18 to using the wireless versus the wired link as it relates

19 to receiving the data establishing a -- sorry -- the file

20 of data establishing a sequence.

21       It doesn't matter to that function whether the

22 data comes across as wireless or whether or not it comes

23 across as wired.  It's an insubstantial difference with

24 respect to performing that exact function.

25 Q.    So, I want to ask you now, Dr. Almeroth, from the

734

1  perspective of someone skilled in the art, in 2001, are

2  USB and FireWire and an infrared link equivalent links

3  for connecting to a local computer and receiving a

4  sequencing file?

5  A.      Yes.  I was a person of skill in the art.  I

6  thought about what I knew at that time, and it's my

7  opinion that they were equivalent.

8  Q.      Now, did you do anything to determine whether

9  other people in 2001 had the same view?

10  A.      Yes, I did.  I wanted just more than my opinion.

11  I wanted some evidence that I could point to that other

12  people, people of ordinary skill in the art at the time

13  in 2001, would think that these two things were

14  equivalent, that there would be insubstantial

15  differences.

16  Q.      And did you find anything?

17  A.      Yes, sir, I did.

18  Q.      What did you find?

19  A.      I found a number of documents that describe both

20  USB and infrared links being used interchangeably for the

21  transfer of a file of data establishing a sequence.

22  Q.      Can you give us an example?

23  A.      Sure.  In one example I looked at documents that

24  Apple had.  I figured the Apple engineers would be people

25  of ordinary skill in the art and documents that they had

735

1  available to them would be good evidence that they and

2  other people who wrote those documents thought that there

3  would be an equivalent between infrared and USB.

4  Q.      And what did you find?

5  A.      I found that there was support for that kind of

6  opinion.

7  Q.      I'd like to show you now Plaintiff's Exhibit 759.

8  Is this one of the documents you found?

9  A.      Yes, it is.

10 Q.      Is this an Apple company document that was printed

11 by Apple?

12 A.      No.  This is from the company Cirrus Logic.  It's

13 at the top.  But this was a document that was available

14 to Apple.  In fact, I received this document from Apple

15 as part of the documents that it produced.

16         What's also important about this document is

17 the Cirrus Logic chip was one of the things that

18 Mr. Fadell considered that could go into the original

19 iPod.

20 Q.      Let's just go back to that Plaintiff's

21 Exhibit 745.  Is this the document where you were

22 explaining earlier that Mr. Fadell was considering the

23 Cirrus chip?

24 A.      Yes, it is.

25 Q.      And if we look at page 9, is this the page you're

1 referring to?

2 A.     Yes, it is.

3 Q.     Can you point that out for us?

4 A.     That's under the "Processor," the Cirrus Logic

5 7409 (indicating).

6 Q.     Returning now to Plaintiff's Exhibit 759, the

7 Cirrus Logic chip.  We see this one is 7209 rather than

8 7409.  What's the explanation for that?

9 A.     It's a slightly different chip, a different model

10 number.  But this was a document that Cirrus Logic had

11 given to Apple and that Apple had produced as something

12 that they knew about.  So, the chips between the 7209 and

13 the 7409 were very similar.

14          That doesn't matter because the point is

15 really to demonstrate that Apple engineers plus the

16 people at Cirrus Logic thought that the use of an

17 infrared link was substantially the same as the use of a

18 wired USB connection.

19 Q.     Dr. Almeroth, can you just orient us here a little

20 bit?  The title here says this is an "Ultra-Low-Power

21 Audio Decoder System-on-Chip."  What is the thing that

22 this document is talking about?

23 A.     This is talking about a CPU, the brains of a

24 device -- for example, like the iPod, that could play

25 songs, organize -- sorry -- mainly play songs and

737

 1  implement the functions of playing songs.

 2  Q.    And is this a processor you could buy off the

 3  shelf in 2001?

 4  A.    That's right.  This is a document from Cirrus

 5  Logic that they wrote describing, in a significant amount

 6  of detail -- I think this is about a 150-page document --

 7  that describes in detail all of the components and what

 8  this Cirrus Logic chip does.  So, they were trying to

 9  sell this chip that people could use in portable players.

10  Q.    And turning now to page 3 of Plaintiff's

11  Exhibit 759, does this tell you what this Cirrus Logic

12  processor was designed for?

13  A.    Yes, it does.  If you can blow that up, it says,

14  (reading) as shown in the system block diagram, simply

15  adding flash memory, an LCD -- which is a kind of

16  display -- an audio digital audio converter, and some

17  discrete components, a complete low power digital audio

18  player system can be made.

19              And it refers to an illustration on the next

20  page.

21  Q.    What does that mean?

22  A.    It means that with this chip you could get some

23  additional components -- like flash memory, a display,

24  and a digital converter -- and you could build an audio

25  player.

738

1  Q.     And are the components listed here under "System

2  Design" in Exhibit 759 components that were readily

3  available in 2001?

4  A.     Yes, they were.  I don't think we had talked about

5  the date of this document, but this chip and the

6  components that it's talking about was even available

7  earlier.  The date on this document on the front page is

8  December, 1999.

9  Q.     Now, we're talking about 2001, around the time the

10  patent issued right now, right?

11  A.     Yes.

12  Q.     Was this kind of chip available in 1996 when the

13  patent was filed?

14  A.     No, it was not.

15  Q.     Okay.  And we're talking about 2001 because this

16  is an assessment of equivalents around the time the

17  patent issued?

18  A.     Yes, that's correct.  It's all about the question

19  of evaluating whether Number 4 that's been identified by

20  the court is equivalent to what the iPod has.

21  Q.     Dr. Almeroth, I'd like to ask you now:  What is it

22  here that is relevant to whether an infrared link and a

23  USB link are equivalent for receiving data?

24  A.     Certainly.  It's with respect to the function.

25  And the function here is "receiving and storing a file of

739

1  data establishing a sequence."  It's for transferring

2  data.  That is the key.

3          And if you look at this document, in the first

4  column at the bottom, it says "Data Download."  And there

5  what this chip is talking about is the ability to do data

6  download.  So, if you continue on and read through that

7  column -- in fact, the most relevant paragraphs of that

8  column are the last two before the "Digital Audio

9  Interface."

10 Q.    These two (indicating)?

11 A.    Yes, sir.

12 Q.    And what these say is?

13 A.    (Reading) this chip can be connected through an

14 industry standard USB slave device through an external

15 interface.

16         The next sentence, that it has power.  It has

17 a data bus.

18         And then it says that (reading) the EP7209,

19 through its USB interface, can support a rapid transfer

20 of compressed audio data over a USB interface.

21         Okay.  That's Point Number 1.

22         Point Number 2 is the next paragraph.

23 (Reading) The EP7209 also includes a built-in 115.2

24 kilobyte-per-second IrDA SIR protocol encoder/decoder --

25 Q.    Let me stop you right there.  What is that?

740

1  A.    IrDA is the infrared data association.  They

2  developed the standard for sending data over an infrared

3  link.  Okay?

4            The SIR is the serial interface.

5            And the protocol encoder/decoder is the

6  ability to change the bits and the light signals and then

7  to receive bits that are light signals and then divert

8  them back into the sequencing file.  Okay?

9  Q.    Is this an IR link?

10  A.    Yes.  Sorry.  It's an IR link.

11            These two paragraphs show that on this chip,

12  this Cirrus Logic 7209, it had both a USB and an infrared

13  link for exchanging data.  That is very good evidence

14  that these two are considered to be equivalent, that they

15  could be used to do the same thing.

16  Q.    And how do you know the IR link on this Cirrus

17  Logic chip could be used for downloading data?

18  A.    The part you haven't highlighted yet, "to drive an

19  infrared communication interface to download the data."

20  Q.    Dr. Almeroth, did you find any other documents

21  from Apple's files that are relevant to whether an IR

22  link is equivalent to an USB link?

23  A.    Yes, I did.

24  Q.    I'm showing you now Plaintiff's Exhibit 760.  Is

25  that one of those documents?

1  A.     Yes, it is.

2  Q.     And what is this?

3  A.     This is a presentation that's given by Portal

4  Player.  So, that's another manufacturer of chips.  This

5  is -- the date on this is 2001.  This was a presentation

6  given to Mr. Fadell describing the capabilities of the

7  Portal Player chip.

8            Again, the idea is in the other -- maybe you

9  could also show Exhibit 745 on page 9 again.

10 Q.     Okay.  I'm now showing you the cover of

11 Plaintiff's Exhibit 745.

12 A.     This was the presentation that Mr. Fadell had

13 given to Mr. Jobs.  And on page 9 these are the two

14 processors -- the first one was the Cirrus Logic, and

15 then the next one was Portal Player.  Mr. Fadell had

16 considered the two of those as alternatives and

17 possibilities to put into the original iPod.

18            So, if you could go back to Exhibit 760.  Part

19 of that is using the information that's contained in this

20 Portal Player presentation that we'll go through and

21 describe the capabilities of this chip as an alternative.

22 Q.     I'm now showing you page 7 of Plaintiff's

23 Exhibit 760.  Is this part of this presentation to

24 Mr. Fadell by Portal Player?

25 A.     Yes, it is.

742

1  Q.      What do you see here?

2  A.      The title is "Networked Audio Vision."  There is a

3  personal computer here (indicating).  There is a home

4  entertainment system, wireless speakers, a faceplate from

5  a car, memory.  There's a PalmPilot here (indicating).

6  There's a whole variety of devices.  And what this is

7  about is synchronizing content on PCs, cell phones, and

8  PDAs at home and at work.

9           And it describes two kinds of networks.  There

10 is a network here (indicating) where the solid line is a

11 hardwired connection.  It's an actual wire.

12          And then the dashed lines are for wireless.

13 So, there's wireless over here (indicating) that can go

14 to the home audio, to the car faceplate or the speakers;

15 and there's also wireless over here (indicating) that can

16 be used to sync or transfer a stream of data.

17          And what this figure is describing is in some

18 instances you can use a hardwired connection or you can

19 use a wireless connection to synchronize content.

20 Q.      Does synchronizing content include -- in an audio

21 environment, does that include moving songs around?

22 A.      Moving songs and moving playlists, yes.

23 Q.      And does this figure show using a USB connection

24 to move that data?

25 A.      Yes, it does.  One of the wired connections here

1 is USB.

2 Q.    And what does this figure show that's relevant to

3 whether an IR connection is equivalent to a USB

4 connection?

5 A.    In the PalmPilot that existed in 2001, the ability

6 to transfer data was done using infrared.

7 Q.    And what do you conclude from this drawing, then?

8 A.    This is another piece of evidence that

9 demonstrates that people of skill in the art, including

10 the engineers at Apple, understood that using USB to

11 transfer data and songs was equivalent to using IrDA to

12 transfer songs.  The only real difference between these

13 with respect to the wireless versus the wired was an

14 insubstantial difference as it relates to the function of

15 receiving and storing a file of data establishing a

16 sequence.

17 Q.    All right.  Dr. Almeroth, now I want to ask you

18 one more thing about this structure.  It says something

19 about a local communications server connected to the

20 Internet.  What's the significance of that to your

21 conclusion?

22 A.    Right.  The structure here -- and the structure

23 we're talking about is this communications port on the

24 device -- has to have the capability to communicate to a

25 local communications server that's connected to the

744

1    Internet.

2              Again, the focus here is on what this

3    device -- what this -- the capability this communications

4    port has.  So, one of the things that I can look at for

5    support is back in the user guide where it describes how

6    one of the things that you connect to this is an *iTunes*

7    computer and then that *iTunes* --

8              MR. STEPHENS:  Objection, your Honor.  This is

9    not an accused product.

10             THE COURT:  Has anyone said this was an

11   accused product?

12             MR. STEPHENS:  No.  They've admitted it's not.

13             THE COURT:  Okay.  And, so, your objection is?

14             MR. STEPHENS:  My objection is he's using a

15   product that's not accused to demonstrate infringement to

16   satisfy an element of the claim, and that is this port

17   for connecting to a communications server for connection

18   to the Internet.

19             THE COURT:  Okay.  Again, counsel, I don't

20   think anyone has accused the *iTunes* or the computer; and

21   on the other hand, the accused devices do have to be able

22   to accept communications from them.  If you're

23   complaining that he's showing where it's coming from, I

24   don't see where that's an objection; so, overruled.

25                            *

1  BY MR. HOLDREITH:

2  Q.     Please continue, Dr. Almeroth.

3  A.     Certainly.  And I want to make it clear that we're

4  talking about the player and this communications port.

5         But as evidence that this communications port

6  has that capability, you can look at this figure and see

7  that it's capable of connecting to an *iTunes* computer and

8  then that *iTunes* computer can then be connected to the

9  Internet.

10         The *iTunes* computer and its connection to the

11  Internet and the fact that you can do that is evidence

12  that this device has that capability.

13  Q.     And can the port in the iPod be used, in fact, for

14  connecting to a local communications server connected to

15  the Internet?

16  A.     Yes, it can.

17  Q.     And is the iPod programmed specifically to be able

18  to connect to a computer that's acting as a local

19  communications server?

20  A.     Yes.  The software in this device when it's

21  connected to an *iTunes* computer is specifically

22  programmed to connect to the *iTunes* computer which then

23  might be connected to the Internet.

24         THE COURT:  Okay.  Just for record purposes,

25  you keep talking about an *iTunes* computer.  Do you mean a

1  computer with *iTunes* loaded on it?

2          THE WITNESS:  Yes, sir.

3          THE COURT:  So, it could be a Toshiba computer

4  or --

5          THE WITNESS:  It could be a laptop or a

6  desktop.  This figure shows a laptop; but yes, any

7  computer --

8          THE COURT:  Or perhaps any Apple computer?

9          THE WITNESS:  Yes.

10          THE COURT:  All right.

11  BY MR. HOLDREITH:

12  Q.    All right.  Dr. Almeroth, have you now explained

13  how it is that the iPod classic 3 that you examined meets

14  limitation 1B of claim 1 of the '076 patent?

15  A.    Yes, I have.

16  Q.    And upon examining the iPod and the documents you

17  examined and the source code and the testimony of

18  witnesses, did you conclude that everything required for

19  the receiving structure in claim 1 is found in the iPod

20  classic 3?

21  A.    Yes, I did.

22  Q.    Now, have we done the storing structure yet?

23  A.    We haven't done the storing structure as it

24  relates to the playlist, the data establishing a

25  sequence.

747

1  Q.      Okay.  And did you find that there is storing

2  structure as it relates to the playlist in the iPod

3  classic 3?

4  A.      Yes, I did.

5  Q.      And how does that relate to this definition?

6  A.      That relates to this definition because you need

7  the ability to store the playlists as well and you have

8  to have -- with respect to performing the function using

9  one of the two structures that are on the page.  So, at

10 the bottom you have 1 and 2; and the one that's in black,

11 the data storage system consisting of both high-speed RAM

12 and the persistent mass storage device, those were the

13 things that I found in the iPod for storing a file of

14 data establishing a sequence.

15 Q.      Now, you explained the structure for storing the

16 songs before, right?  That was the RAM and the hard

17 drive?

18 A.      Yes.

19 Q.      How does that relate to this structure?

20 A.      It's the same structure.  But in addition to

21 storing the program segments, it's able to separately

22 store the playlists as well.

23 Q.      And is there anything we need to go over about the

24 RAM or the hard drive again, or is that the same

25 structure as we just went through?

748

1  A.      It's the same structures.  The two pages in the

2  bill of materials, the online technical specification

3  shows that you have those structures.

4  Q.      And the bill of materials is Plaintiff's

5  Exhibit 325?

6  A.      That's correct.

7  Q.      And the specification is Plaintiff's Exhibit 304?

8  A.      Yes.

9  Q.      All right.  Dr. Almeroth, have we now found

10 everything required by element 1B of claim 1 of the

11 '076 patent in the iPod classic 3?

12 A.      Yes, we have.

13 Q.      Should we check that off?

14 A.      Yes, please.

15 Q.      All right, Dr. Almeroth, let's turn to element 1C,

16 a "means for receiving control commands from a user of

17 said player."  What is this from a user's point of view?

18 A.      This is the part of the iPod that allows you to

19 input user commands, to press the buttons, whatever you

20 need on the device to think about, "Okay.  I want to skip

21 forward or go back or select a song or play a song."

22 That's the interface for accepting commands.

23 Q.      And is there a claim definition that tells you

24 what the function and the structure are for this?

25 A.      Yes, there is.

1  Q.    I'm putting up on the screen now Demonstrative

2  Exhibit 1035.  Is that the definition for element 1C?

3  A.    Yes.

4  Q.    Could you please explain it?

5  A.    Certainly.  This is also means-plus-function.

6  There's a function, and that's -- it mimics the claim

7  language.

8          And then there is also a structure.  And it

9  says, "The structure corresponding to the 'accepting'

10 function can be the following structures and

11 equivalents."

12         So, just like before, there is now a list of

13 Items 1 through 4; and you have to find one of those -- I

14 have to find one of those that is the same or equivalent

15 to what's on the iPod.

16 Q.    Focusing now just on the function, Dr. Almeroth,

17 did you find in the iPod classic 3 that there is

18 structure that performs this identical function of

19 accepting control commands from a user?

20 A.    I did.

21 Q.    And where did you find that?

22 A.    That is the buttons on the device itself.  And

23 that's also supported by what's, for example, in the user

24 guide that describes the buttons you have to press to

25 make it operate.  That's what I found.

750

1  Q.      Now, turning to the structure, what is the

2  structure that is described in the claim, according to

3  this definition, for that function?

4  A.      The structure that I've identified is "a

5  keyboard."

6  Q.      Now, does an iPod -- I mean, it doesn't have a

7  keyboard like on this computer here where you could write

8  a letter, right?

9  A.      No, not that kind of keyboard.

10  Q.      Why do you say there is a keyboard on the iPod or

11  the equivalent?

12  A.      Well, the keyboard is a broader term than just the

13  kind of keyboard you have on a desktop computer or that

14  you have on a laptop.  I mean, the word literally comes

15  from a board of keys.  And, so, the structure that the

16  iPod has is exactly that, a set of keys that you have on

17  the device itself.

18  Q.      So, in your opinion, in 2001 to somebody skilled

19  in this art, are the four buttons on the iPod a structure

20  which is identical or equivalent to a keyboard as defined

21  here?

22  A.      Yes.

23  Q.      And did you do anything to confirm that view?

24  A.      Yes, I did.  One of the sources of information --

25  again, I believed it to be so; but then I went to find

751

1  additional information that would corroborate my opinion,

2  something that existed in the literature that would allow

3  me to reach this conclusion.

4  Q.    What did you find?

5  A.    I used an IEEE dictionary -- it's a technical

6  dictionary used by people of skill in the art -- to look

7  up, for example, what a choice device was, a way of

8  entering in choices.

9  Q.    I'm showing you now Plaintiff's Exhibit 767.  This

10 is the cover.  I realize it's very hard to read.  Can you

11 just tell us what this is?

12 A.    Sure.  It says, "The IEEE Standard Dictionary of

13 Electrical and Electronics Terms, Sixth Edition."

14 Q.    And is that a standard reference in your field?

15 A.    Yes, sir, it is.

16 Q.    And the Sixth Edition relates to what time period?

17        I'll blow this up for you.  I'm sorry.

18 A.    This is the time period from 1996.

19 Q.    Okay.  Now, drawing your attention to page 11 of

20 Plaintiff's Exhibit 767, I think you were talking about

21 the choice device; is that right?

22 A.    That's correct.

23 Q.    How did this affect your opinion?

24 A.    So, if you look at the definition of a choice

25 device, what it says is "A logical input device used to

1  make a selection from a set of predefined menu options in

2  a graphical system.  A typical physical device is a

3  function keyboard or a set of function keys."

4         So, what's important here is that last part,

5  "A typical physical device is a function keyboard or a

6  set of function keys."  And that's describing the

7  function keyboard or a set of function keys as being

8  what's on this device.

9         We may think about a keyboard as being lots of

10  keys, but what this is saying is it doesn't have to have

11  lots of keys.  It can have a few keys and it still be a

12  keyboard.

13  Q.    Now, if Apple were to come in and say this is

14  actually not literally a keyboard, what's your response

15  to that?

16  A.    Well, first of all, I would disagree.  I think

17  that this is literally a keyboard, that these buttons on

18  here are literally a keyboard.

19         But even if it's not literally a keyboard,

20  it's equivalent to a keyboard because the differences

21  between a full desktop keyboard and the buttons on here

22  are insubstantially different for performing this

23  function.

24  Q.    The function is?

25  A.    It's not this function; it was the function from

1   1035.

2   Q.      Let me put that back up on the screen.

3   A.      Right.  This function, for "accepting control

4   commands from a user."

5   Q.      So, how --

6   A.      The difference --

7   Q.      Sorry.  Go ahead.

8   A.      The difference with respect to a keyboard versus

9   the keys on here is insubstantially different.  It's

10  equivalent, because they're both accepting control

11  commands from a user.

12  Q.      How do you, with a big full-size alphabetic

13  keyboard -- what does the computer do to accept control

14  commands?

15  A.      What actually happens is you physically press the

16  key and it makes an electrical connection and that

17  electrical connection goes to the processor and the

18  processor says, "Oh, the H key was hit."  And then it

19  goes and starts trying to process that.

20          The same thing here.  When one of these

21  buttons is pressed, a signal is --

22  Q.      Sorry.  You're referring now to an iPod?

23  A.      Yes, sir.  It is the iPod classic 3.  When one of

24  these buttons is pressed, it sends a signal to the

25  processor so that the processor can handle that command.

754

1  Q.     Did you find anything in the patent that informed

2  your view of whether it's important that this keyboard

3  have a lot of keys or a few keys?

4  A.     I did.  The patent specification talks about one

5  of the ways of accepting control commands or something

6  that could be one of the ways of accepting control

7  commands.  I believe it's in about column 36.

8  Q.     Okay.  I'll take you to column 36.  This is

9  Plaintiff's Exhibit 1, at page 27.  And is this the right

10 portion of the patent?

11 A.     Yes, it is.  I think it's about line 14.

12 Q.     I'm going to draw your attention to the paragraph

13 starting about line 32.  Is that where you were directing

14 me?

15 A.     That's right.  "Allows the player to be more

16 interactive" -- oh, here it is, "The ability to navigate

17 the program using only audio prompts and/or small number

18 of buttons for a user interface make the playback system

19 which utilizes these features of the invention

20 particularly attractive."

21 Q.     And how did that inform your opinion?

22 A.     That's another piece of evidence that comes

23 directly from the patent that says if somebody were to

24 argue that the keys on this iPod classic 3 aren't

25 literally a keyboard, that it would at least be

755

1  equivalent.

2  Q.     Dr. Almeroth, have we now -- have you now

3  explained some of the evidence for why the iPod classic 3

4  meets all of the limitations required in limitation 1C of

5  the '076 patent?

6  A.     Yes, that's correct.

7  Q.     And should we now check that element off?

8  A.     Yes, please.

9  Q.     All right, Dr. Almeroth.  Turning to element 1D

10  now, the "means for continuously reproducing said program

11  segments in the order established by said sequence."  Can

12  you explain what that is from the user's point of view?

13  A.     Sure.  From a user's perspective, if you have

14  songs on the device and you're playing a playlist, you

15  need the ability to continuously reproduce, continually

16  play the song so there's no hiccups in the song, play the

17  song and then when the song ends, to be able to go to the

18  next song on the playlist, to be able to play all of the

19  songs in a playlist in the order that's specified by the

20  playlist.

21  Q.     Is there a definition of the means and the

22  structure for this claim?

23  A.     Yes, there is.

24  Q.     I'm showing you now Demonstrative 1037.  Is that

25  the definition?

756

1    A.    Yes, it is.

2    Q.    This one looks a little longer.

3    A.    It is a little bit longer.

4    Q.    Is it going to take a little more effort to get

5    through this one?

6    A.    A slight amount.

7    Q.    All right.  Let's go to work.

8          What can you tell us about the function

9    identified for element 1D?

10   A.    The function is very similar to the claim

11   language.  "Continuously reproducing said program

12   segments in the order established by the sequence in the

13   absence of a control command."

14   Q.    Now, just focusing on the function, did you find

15   that the classic 3 performs the identical function as

16   element 1D?

17   A.    Yes, it does.

18   Q.    Let's take the structure one part at a time.  All

19   right?

20   A.    Yes, sir.

21   Q.    So, could you start with the first part of the

22   structure and explain what this is?

23   A.    Yes.  The structure here -- again it uses the word

24   "equivalents."  But the structure here has two parts.

25   There is a hardware -- set of hardware components, and

757

1   then there is a software algorithm.  So, the first part

2   that I want to talk about is the hardware components that

3   are required.

4           It says there "A sound card that includes a

5   digital-to-analog converter, headphones or one or more

6   speakers, and a general purpose computer programmed to

7   perform the algorithm" that's described in Figure 3 --

8   which I showed previously a couple of items in figure --

9   or including specifically the following steps.  That's

10  what the court has laid out for the function and

11  structure for this limitation.

12  Q.     All right.  Let's take it one bite at a time.

13  What's a sound card?

14  A.     A sound card is a part of a device that can

15  convert songs stored on a disk that are digital and

16  represented as 1s and 0s and convert that into analog.

17  And the analog is the stuff that will come out of the

18  device that goes into your ear.  It's the air vibrations.

19  That's the analog signal.  And it can do that through

20  headphones or speakers.

21  Q.     In plain terms, is the digital the 1s and 0s that

22  might be stored on the hard drive?

23  A.     Yes, sir.

24  Q.     And is the analog the electricity in the wire

25  going to the speaker?

1  A.     Yes.

2  Q.     I realize that might be an oversimplification; but

3  for our purposes, is that a high-level description?

4  A.     Yes, it is.  You can think about getting from the

5  disk and how it's stored into your ear.

6  Q.     This definition refers to a sound card with a

7  digital-to-audio converter.  Is that what that is?

8  A.     That's exactly what it does.

9  Q.     What is a sound card?  Is that hardware or

10 software?

11 A.     It's hardware.

12 Q.     Now, what did you find in the iPod classic 3 that

13 is either a sound card with a digital-to-analog converter

14 or the equivalent?

15 A.     There is a -- the structure that provides the

16 digital-to-analog converter -- the sound card -- is a

17 chip by a company called "Wolfson."  It's a digital

18 signal processor that does the digital-to-analog

19 conversion.

20 Q.     Is the chip a piece of computer hardware?

21 A.     Yes.  It's one of the components that goes onto a

22 circuit board.

23 Q.     How did you determine that the iPod has a Wolfson

24 chip?

25 A.     Through the bill of materials and also through the

1   chip schematics.

2   Q.    Okay.  I'm showing you now Exhibit 325 --

3   Plaintiff's Exhibit 325.  Is that the bill of materials?

4   A.    Yes.  We've seen this once or twice before.

5         Listed in here is the digital-to-audio

6   conversion DSP that's used as part of the iPod classic 3.

7   Q.    This is really tiny; so, I'll try to blow up the

8   right part.  You tell me if I've done that.

9         Is that it?

10  A.    Yes, it is.  It's right here (indicating), Wolfson

11  Microelectronics.  There is a number there that's pretty

12  hard to read.  It's WM8731LEFL.

13  Q.    WM1783LEFL, is that it?

14  A.    No.  WM8731LEFL.

15  Q.    All right.  What's the significance of that?

16  A.    That is the number of the chip -- the one that's

17  actually used in the classic 3.  And it talks here about

18  a codec that's used for doing the decoding from the

19  digital into the analog.

20  Q.    What does a codec have to do with a sound card?

21  A.    That is the chip that is the sound card.

22  Q.    Now, were you able to look at any other documents

23  that gave you information about using a Wolfson CODEC in

24  the iPod classic 3?

25  A.    Yes.  Now we can go a layer deeper and look at the

1  hardware schematics.

2  Q.    Okay.  I'm now showing you Plaintiff's Exhibit 89.

3  Is that the chip schematic for the iPod classic 3?

4  A.    Yes.  And the part that we're interested in here

5  is what's going to be on page 7 for the audio

6  digital-to-analog converter that I mentioned previously.

7  Q.    Let's just get oriented.  Again, this is using

8  this code name iPod Q14?

9  A.    Classic 3.  Q14 is classic 3.

10 Q.    And what is this page of the chip schematic?

11 A.    This is the table of contents that lists the

12 different components with different diagrams that are

13 related to the different structures that are on this

14 page.

15 Q.    So, we're looking here for the audio DAC at which

16 page?

17 A.    That's at page 7.

18 Q.    And what are we going to find on page 7?

19 A.    What we'll find is a chip.  It will be represented

20 as a rectangle; and that chip will have a number of

21 inputs and outputs, very small wires or parts of the

22 circuit board that will connect that digital audio

23 converter to other parts of the device.

24 Q.    All right.  Let's look at page 7 of Plaintiff's

25 Exhibit 89.  Is this it?

761

1  A.     Yes, it is.

2  Q.     I realize it's hard to see.  I'll blow up the

3  relevant part of the drawing.

4  A.     Right.  That's about right here (indicating).

5  Q.     Okay.  If we blow that up, what do we see?

6  A.     I understand it's a little bit hard to see.  But

7  if you look at the number that's on this rectangle right

8  here (indicating), that's the WM8731LEFL that is the

9  Wolfson digital-analog converter.

10  Q.     And just to be clear, this is a drawing that shows

11  what with respect to an iPod?  What parts are we looking

12  at?

13  A.     This is the part here -- this is the chip

14  (indicating), and then these (indicating) are the lines

15  coming into and out of that chip that connect to other

16  places on the circuit board and other parts of the

17  circuit board.  For example, the headphones amplifier is

18  on here as well.

19  Q.     And if you'd just point to one of the devices,

20  where is the chip inside the iPod?

21  A.     It's on the inside.  You'd have to open it up to

22  see the circuit board that sits behind -- inside this

23  case.

24  Q.     All right.  Now, Dr. Almeroth, in your opinion, as

25  one of skill in the art -- or looking from the

1  perspective of one of skill in the art, as of 2001 was

2  the Wolfson CODEC, or DSP, identical or equivalent to a

3  sound card that is stated in this claim for the

4  digital-to-analog converter?

5  A.    Yes, it is.

6  Q.    All right.  Dr. Almeroth, just taking this one

7  bite at a time again, after the sound card, the next

8  piece of structure is headphones?

9  A.    Yes, it is -- or one or more speakers.  That's

10  correct.

11  Q.    Did you find that the iPod classic 3 has either

12  speakers or a headphone?

13  A.    It does.  It comes with a set of headphones.  They

14  were called "earbuds."

15  Q.    And if we look at Plaintiff's Exhibit 108, the

16  user guide, did you find some evidence in the user guide

17  that's relevant to this question?

18  A.    Yes.  There's a picture that describes the things

19  that come with the device; and one of the things that

20  comes with the device here then is the headphones, the

21  Apple headphones that come with it.

22  Q.    I'm showing you now page 44 of the user guide,

23  Plaintiff's Exhibit 108.  Is this what you were referring

24  to?

25  A.    Yes, sir, that's correct.

763

1  Q.     And what does the user guide tell you about the

2  headphones?

3  A.     It tells you to plug them into the headphones port

4  and then place them in your ear.  Sometimes they're

5  straightforward like this and --

6            MR. STEPHENS:  Objection, your Honor.  I don't

7  believe this is in his expert report.

8            THE COURT:  Does he have this exhibit in the

9  report or --

10            MR. HOLDREITH:  Yes, sir.

11            THE COURT:  Where?

12            MR. HOLDREITH:  It's in the summary which is

13  one of the appendices to the report that --

14            THE COURT:  Do you have that -- all right.

15  We'll look at that at the break.

16            MR. HOLDREITH:  Yes, sir.

17            THE COURT:  Overruled for now.  Go ahead.

18            MR. HOLDREITH:  Yes, sir.

19  BY MR. HOLDREITH:

20  Q.     Dr. Almeroth, the third bite in this physical

21  structure is a general purpose computer programmed to

22  perform an algorithm.

23  A.     Yes.

24  Q.     Did you find that in the iPod?

25  A.     Yes, I did.

1  Q.     Can you explain that?

2  A.     Certainly.  A general purpose computer is the

3  basic components of a computer.  It has a processor, it

4  has RAM, it has a power source, all of the things that

5  make up a general purpose computer or a device like one

6  of these.  And I looked in the bill of materials and the

7  hardware schematics and confirmed that this device is, in

8  fact, a general purpose computer and that it has a

9  processor and it has the ability to execute computer

10  software code that corresponds then to that algorithm

11  that's on the page.

12  Q.     Dr. Almeroth, have we now found all of the

13  physical structures that are listed on the definition

14  that relates to this claim element?

15  A.     Yes, we have.

16  Q.     All right.  Let's now talk about the algorithm.

17           THE COURT:  Okay.  Ladies and gentlemen, we're

18  going to take a break.  I'll ask you to be back at half

19  past.

20           (The jury exits the courtroom, 3:13 p.m.)

21           MR. HOLDREITH:  Your Honor, I'm reading from

22  page 50 of Dr. Almeroth's second amended report

23  concerning infringement, dated February 28th of 2011.  On

24  page 50 --

25           THE COURT:  Wait, wait, wait, wait.  The

1  second one dated what?

2          MR. HOLDREITH:  February 28th of 2011, sir.

3          I can give you a cite from the third.  I'm

4  sorry.  I have the second one up.  It's still page 50 in

5  the third, paragraph 88.

6          THE COURT:  Okay.  Tell me the page again.

7          MR. HOLDREITH:  Yes, sir.  Page 50.

8          THE COURT:  Okay.  Mr. Stephens, why is it

9  you're thinking that he didn't mention earbuds and so

10  forth in the report?

11          MR. STEPHENS:  That's not the point, your

12  Honor.  The point is he was saying specifically that

13  Apple tells people to plug them together.  That's not

14  what this says.  This says that there is a headphone jack

15  there to allow for the output of sound on connected

16  headphones.  It's the difference between proving

17  inducement and a mere capability.

18          THE COURT:  And the reference in the

19  exhibit -- in other words, you were using an exhibit

20  there.  I took it it was from one of the manuals.  Where

21  is that referenced in the report?

22          MR. HOLDREITH:  Yes, sir.  I've been handed a

23  note.  It's Exhibit 3 to the report at page 46.  The

24  image is reproduced.  And that's Dr. Almeroth's summary

25  of his supporting evidence.

1          MR. STEPHENS:  That's the exhibit, your Honor,

2 but not the statement that Apple tells people to plug the

3 headphones into --

4          THE COURT:  Okay.  Just a minute,

5 Mr. Stephens.  Again, counsel, where in your report --

6 you ought to have this memorized.  I don't.  So, you're

7 going to have to tell me what page it's on.

8          MR. HOLDREITH:  Yes, sir.  Exhibit 3 to the

9 report.

10          THE COURT:  Okay.  Now, keep in mind the

11 report you gave me -- all right.  Here is an Exhibit 3.

12          MR. HOLDREITH:  Page --

13          THE COURT:  And that is Personal Audio's

14 responsive chart to Apple's invalidity expert; so, that's

15 what I've got as Exhibit 3 in what you handed me.

16          MR. HOLDREITH:  That's correct, sir.

17          THE COURT:  Okay.

18          MR. HOLDREITH:  Page 46.

19          THE COURT:  And that Exhibit 3 doesn't have 46

20 pages.  It has 6 pages, the one that you gave me.

21          MR. HOLDREITH:  There is a summary that's

22 quite thick.  It's about 300 pages, which is his

23 Exhibit 3.  I can hand up a copy of it, your Honor, if

24 that would be helpful.

25          (Off-the-record discussion between the court

1  and law clerk.)

2          MR. STEPHENS:  Your Honor, I've got it here.

3  I can hand it up if you'd like.

4          MR. CORDELL:  Your Honor, may I?

5          THE COURT:  Yes, please.

6          MR. STEPHENS:  That's about putting it in your

7  ear, not putting it in the iPod.

8          THE COURT:  I'm not sure which report you're

9  talking about because it isn't the copy -- I mean, I've

10 mentioned before that I actually review these things and

11 for some reason you're talking about pages and exhibits

12 and so forth that we didn't get or maybe are labeled

13 differently or something.  So, if you've got another copy

14 or a couple copies of reports out there that were

15 exchanged, please see Ms. Mullendore so I can take a look

16 at them.

17         MR. HOLDREITH:  I apologize for the confusion,

18 your Honor.

19         THE COURT:  I'm not sure -- I'm not finding

20 any 300-page Exhibit 3 listing anything.

21         MR. HOLDREITH:  Your Honor, if I may --

22         THE COURT:  There are some exhibits by

23 letters; and there are some little small exhibits by 1,

24 2, 3.  What we're going to do is we're going to go ahead

25 and take the recess.  If you can come up with this, it

 1 would be helpful to look at.

 2          MR. HOLDREITH:  If I can explain, your Honor.

 3 There are 25,000 pages of exhibits of which this is one.

 4 So, I can certainly provide the court with that box.

 5 They're also in binders behind Dr. Almeroth.

 6          THE COURT:  Well, again, he's made the

 7 objection.  You need to show where it is.

 8          MR. HOLDREITH:  Yes, sir.

 9          THE COURT:  It's not really his job to show

10 it; and, as I said before, if I have the reports, I can

11 go through them.  But without them, I can't.  So, why

12 don't you figure out where it is in this report, if it

13 is, and then let Ms. Mullendore know.  Okay?

14          MR. HOLDREITH:  Yes, sir.

15          THE COURT:  We'll be in recess.

16          (Recess, 3:19 p.m. to 3:29 p.m.)

17          (Open court, all parties present, jury not

18 present.)

19          THE COURT:  All right.  Let me be sure I

20 understand the objection, Mr. Stephens.  You're saying

21 that the Apple user manuals or instructions, whatever

22 that comes when you buy the thing, don't tell the user to

23 plug it in or you're saying his report didn't say that

24 Apple says to plug it in?

25          MR. STEPHENS:  So, your Honor, they explicitly

 1  have dropped all claims of indirect infringement

 2  including inducement and contributory infringement.

 3  So --

 4              THE COURT:  Okay.  But answer my question.

 5              MR. STEPHENS:  I was about to.  I apologize.

 6              So, his report does not say that.

 7              THE COURT:  Okay.  The instructions do say

 8  plug it in and they come with the little earphones, but

 9  you're saying his report doesn't say somewhere that they

10  say -- you say that he doesn't say that you say the

11  earbuds are supposed to be put in.  Is that what you're

12  saying?

13              MR. STEPHENS:  That's correct, your Honor.

14              THE COURT:  Okay.  Overruled.

15              (The jury enters the courtroom, 3:30 p.m.)

16              THE COURT:  And just for record purposes,

17  based on the diagram and what's there in the report, I'll

18  overrule that.

19              Go ahead, counsel.

20              MR. HOLDREITH:  Thank you, your Honor.

21  BY MR. HOLDREITH:

22  Q.    Dr. Almeroth, I just want to go back for a second

23  because there was a little discussion about this page of

24  the user manual which is Plaintiff's Exhibit 108 at page

25  44.  What was it you were about to point out on that

1  document?

2  A.     This is the "Plug them into the headphones port,

3  then place the earbud in your ear as shown."  That comes

4  from the Apple user guide for classic 3.

5  Q.     And did you conclude that the earphones are

6  designed and intended to be plugged into that ear port

7  and used to listen to music?

8  A.     Yes.  That's correct.

9  Q.     All right.  Let's go ahead and move to the

10 algorithm now in element 1D that we're looking at that

11 comes under the structure.

12 A.     Yes, sir.

13 Q.     Is that set forth in these three steps at the

14 bottom of the definition?

15 A.     Yes, it is.

16 Q.     Dr. Almeroth, can you just remind us what an

17 algorithm is?

18 A.     An algorithm is a set of software instructions

19 that are part of the device.  Those instructions are

20 executed by the processor, and they perform as the steps

21 indicate.

22 Q.     Just so you can relate this to your description of

23 the patent, I'm going to put up a board.  I'm now showing

24 you Demonstrative Number 1010.  Is the set of steps for

25 element 1D -- is that related to these algorithms that

1  are shown on the board somehow?

2  A.    Yes, it is.

3  Q.    And can you explain that a little bit?

4  A.    Certainly.  The algorithm says before it gets to

5  the three steps -- it says (reading) the algorithm that

6  is illustrated in the flow chart at Figure 3 at

7  Items 233, 235, 237, 239, and 261 -- that's correct.

8  Q.    And is that one of these algorithms listed on the

9  board?

10  A.    Yes, it is.  It's continuous play, and then there

11  are two further citations to the patent at -- the '076

12  patent at column 12, lines 10 through 13 and lines 21

13  through 25.

14  Q.    Okay.  So, for these three steps in element 1D

15  shown on this board, 1037, are we talking about the

16  continuous play algorithm generally?

17  A.    Yes, we are.

18  Q.    All right.  Dr. Almeroth, let me start by asking:

19  Did you find this algorithm for 1D or its equivalent in

20  the iPod?

21  A.    Yes, I did.

22  Q.    And how do you go about finding out if this

23  algorithm is in the iPod?

24  A.    There are a couple parts.  The main part is to

25  look at the source code and find the steps of the

1 algorithm in the source code itself.

2 Q.    So, is this one where you have to actually go in

3 and read the computer code?

4 A.    Yes, sir.  This was one of the reasons that I had

5 to go to Houston and look at the source code on the Apple

6 black box.

7 Q.    Are you able to determine if this algorithm is

8 present just by pushing the buttons on the iPod and

9 seeing if it plays continuously?

10 A.    No.  That would have been insufficient.  It might

11 have helped me show that the function is present.  But

12 with respect to the structure and the algorithm and the

13 steps in the algorithm, that, I would have had to look

14 much deeper to look at the source code to find that

15 algorithm.

16 Q.    Now, at a very high level, can you tell us just

17 what's going on with these three steps?  What's happening

18 inside the computer?

19 A.    Certainly.  The easiest way to understand what the

20 algorithm does at a high level is to look at the first

21 couple of words.  What you're doing is for continuous

22 play, the first step is to begin playback.  Once you've

23 begun playback, you play until that song completes; and

24 then you transition to the next step.  When playing that

25 song finishes, you then now have to determine what the

1  next segment is by looking at the playlist and saying,

2  "What's now the next song?"

3           Once you look at that next song and figure out

4  what it is and where it's stored on the device, you then

5  play that song.  And then Step 3 says to repeat that

6  Step 2 to keep working through the songs on the playlist

7  until you get to the end.

8  Q.    All right.  Now, is this in the printed source

9  code in the part that you were able to print out?

10 A.    Yes, it is.  There is an exhibit with about 300

11 pages of source code that I printed, and I printed the

12 parts of the source code that were relevant to the steps

13 of this algorithm.

14 Q.    Dr. Almeroth, do you have a thin binder there

15 which refers to Exhibit 771?  Yes?

16 A.    Yes, sir, I do.

17 Q.    Okay.  And I'm not going to put it up on the

18 screen; but looking at 771A, is that one of the tabs in

19 your notebook?

20 A.    It is.

21 Q.    And without disclosing the contents, can you

22 explain what 771A is?

23 A.    At a high level, what 711A *[sic]* -- plaintiff's

24 exhibit -- is, it's a description of the functions, which

25 files those functions are found in, and the line numbers

774

1  in that file.

2           THE COURT:  Okay.  Excuse me.  We went from

3  771A to 711A.  Let's get the numbers correct, please.

4           MR. HOLDREITH:  Yes, your Honor.  It should be

5  771A.

6           THE WITNESS:  I'm sorry.

7  BY MR. HOLDREITH:

8  Q.    Do I have it wrong?

9  A.    No.

10 Q.    All right.

11 A.    I have it wrong.  It's Plaintiff's Exhibit 771A.

12          MR. STEPHENS:  Your Honor, we object to this

13 exhibit.  This is one of the Rule 1006 summaries that

14 your Honor has already ruled --

15          THE COURT:  Okay.  I'm trying to find my copy

16 of it.

17          MR. HOLDREITH:  Your Honor, for convenience, I

18 bound it separately in a small binder.  I'm now asking

19 about the A tab, which is a thinner document after the

20 first large document.

21          THE COURT:  All right.  Why don't you, if

22 you're going to use it and talk about it, first establish

23 how it was prepared.

24          MR. HOLDREITH:  Yes, sir.  I was --

25          THE COURT:  It doesn't do any good to go

1  through all of this and then have him object.  I mean,

2  let's see if you can lay a predicate, let him make his

3  objection, and then we'll decide whether or not he can

4  talk about it.

5           MR. HOLDREITH:  Yes, sir.  That's exactly

6  where I was going.

7  BY MR. HOLDREITH:

8  Q.    Dr. Almeroth, as I said, without disclosing the

9  substance, can you explain what this document is?

10 A.    Yes.  It is the functions that I've identified

11 that relate to specific claim limitations.  Those

12 functions are found in a particular file.  So, for each

13 function I've included a file name; and then I've also

14 included the line numbers that correspond to where that

15 function is found in the file name.

16           This summary contains the description of the

17 source code for each of the limitations that has an

18 algorithm or relates to the source code for -- in this

19 case for the iPod classic Generation 3.

20           THE COURT:  Okay.  Let's not get too basic.

21 But if you read this record, maybe you should start off

22 with which patent he's speaking about and then which

23 claim he's speaking about and then what we have there or

24 you have no identification.

25           MR. HOLDREITH:  Yes, sir.  He got a little

776

1  ahead of me.  I'll step through it piece by piece.

2  BY MR. HOLDREITH:

3  Q.    I'm going to ask little questions, Dr. Almeroth --

4  A.    Yes, sir.

5  Q.    -- just to get the basics; and then you can

6  describe them more general.

7        Is this a summary of the source code that you

8  printed out where you prepared your narrative summary of

9  how that source code operates?

10 A.    Yes, it is.

11 Q.    And did you take your summary directly from the

12 source code that's printed out as Exhibit 713?

13 A.    Yes, I did.

14 Q.    In your summary are you translating the computer

15 language into more human readable language?

16 A.    That's correct.  I am.

17 Q.    Did you fairly and accurately summarize those

18 parts of the code that you found to be important to this

19 algorithm?

20 A.    Yes.

21 Q.    Did you organize your summary by claim

22 limitations?  1D, for example?

23 A.    Yes, I did.

24 Q.    Okay.  And is the source code that you summarized

25 in this document voluminous?

1  A.     Very much so.

2  Q.     Is the source code available here in the courtroom

3  for inspection by Apple's lawyers?

4  A.     Yes, it is.

5              MR. HOLDREITH:  Your Honor, I offer

6  Exhibit 771A under Rule 1006 as a summary of voluminous

7  documents to aid the court and the jury to understand

8  voluminous documents that can't be conveniently examined.

9              THE COURT:  And my guess is every lawyer in

10  the room knows exactly which patent and which claim

11  you're talking about, but you still haven't stated that

12  for the record.

13              MR. HOLDREITH:  I apologize, your Honor.  It

14  is '076 claim 1.

15  BY MR. HOLDREITH:

16  Q.     Is that right, Dr. Almeroth?

17  A.     It includes more than claim 1.  It includes more

18  than claim 1.  It's claim 1 of the '076, claim 2,

19  claim 3, claim 14, and claim 15.

20              MR. HOLDREITH:  I now offer Exhibit 771A under

21  Rule 1006.

22              THE COURT:  Okay.  State your objection.

23              MR. STEPHENS:  Your Honor, we object.  This is

24  not the summary of writings, recordings, or photographs

25  under Rule 1006.  This is Dr. Almeroth's opinions about

1  infringement.  If this were just a compilation of source

2  code, it might be different; but he is expressing

3  opinions here about how the source code works and what

4  claim elements they relate to.  This is really nothing

5  more than moving a rewritten expert report into evidence,

6  your Honor.

7         There is no underlying writing, recording, or

8  photograph that this summarizes because there is no

9  underlying writing, recording, or photograph that maps

10 the claim elements onto source code.

11        THE COURT:  All right.  Given the complexity

12 of the case and the complexity of trying to in some way

13 put it in a method or a structure that a jury can look

14 at, I'm going to allow this in as a summary of what the

15 doctor's opinion is as to what the source code says as to

16 each of these.

17        Now, ladies and gentlemen, just because he

18 says it's his opinion as to what the underlying source

19 code says doesn't mean you have to take that.  You're

20 going to be instructed that you will evaluate every

21 witness, including all of those who are allowed to give

22 opinions, based on whether you believe them or not and

23 whether you believe all or any part of their work.

24        Given the nature of this case and the

25 complexity of it, I am going to allow him to admit this

779

1   as basically a summary of his opinion as to what the

2   underlying source code is stating as to these various

3   elements.

4            MR. STEPHENS:  May I say one more --

5            THE COURT:  It is not -- and I will grant you

6   it is -- go ahead.

7            MR. STEPHENS:  He hasn't even testified to any

8   of this yet, your Honor.

9            THE COURT:  Well, I'm going to let him go

10  through that.  He's going to have to go through it and

11  explain what he said.  But as of yet, if that's your

12  objection to allow him to talk about it, to try to

13  testify about it, I'm going to overrule that.

14           MR. STEPHENS:  I understand.

15           THE COURT:  I mean, he hasn't offered it yet

16  because -- counsel is right.  He hasn't -- your witness

17  hasn't explained it.  But I'm going to allow him to go

18  through it, and in the end I'll decide whether the whole

19  exhibit actually comes in as an exhibit or whether you've

20  been able to use it as a demonstrative.

21           MR. HOLDREITH:  Thank you, your Honor.

22           THE COURT:  Okay.  But I'm going to allow him

23  to testify about it.  Otherwise, he could never get to

24  show whether he has actually testified about it or not.

25           MR. STEPHENS:  Well, your Honor, he has his

1  report, of course, which --

2          THE COURT:  I understand that.  I mean, I do

3  understand -- given the size of the reports in this case

4  and the problems there, I understand that.  But on the

5  other hand, there are -- I'm going to give the witness

6  some leeway to try to condense down his testimony and put

7  it in a form that's understandable to the jury.

8          MR. STEPHENS:  But, your Honor, he should have

9  done that in his report instead of giving us a document

10  done with 25,000 pages.  Now they've slimmed it down and

11  made it much more palatable and understandable.  We

12  didn't have the benefit of that in this case until they

13  produced this or gave this to us in the last day or so.

14          THE COURT:  Okay.  That objection is

15  overruled.

16          MR. STEPHENS:  Thank you.

17          THE COURT:  Go ahead.

18  BY MR. HOLDREITH:

19  Q.     Dr. Almeroth, let me start with this.  Was this

20  summary in your original report that you provided months

21  ago?

22  A.     Yes, it was.

23  Q.     And is that something that was provided to Apple

24  months ago?

25  A.     Months ago, yes, sir.

781

1  Q.     Okay.  Dr. Almeroth, using that summary, can you

2  now explain to us how you found the algorithm that's

3  shown for element 1D in the source code for the Apple

4  iPod classic 3?

5  A.     Yes.  The way that I found it was to search

6  through the source code files and to find the steps of

7  the algorithm inside of that source code.

8  Q.     Can you walk us through that summary at a high

9  level?

10 A.     Certainly.  At a high level, what is happening and

11 what's described in this summary is in the source code

12 you select a song to begin playback.  And once you've

13 selected that song and begun playback of that song, that

14 song will continue, as long as the user doesn't enter any

15 commands, until that song ends.  And when that song is

16 over, other code will be called to say, "The song is

17 over.  I now have to figure out what the next song on the

18 playlist is."  And once that song is determined, then

19 that song will be played.  And then you repeat that step

20 until the end of the playlist.

21 Q.     Now, without going into deep detail, can you show

22 us, using the code, your method for finding these

23 algorithms?

24 A.     Yes, I can.

25 Q.     Okay.  Where should we start?

782

A.      In Plaintiff's Exhibit 713.  That is the excerpt

of code that I printed for the iPod classic 3.  It's

about 300 pages.  It represents all of the functions and

line numbers and files that were cited in this

Exhibit 771A.

        Within this source code then, I would like to

go to page 120.

Q.      All right.  Here we go.  120, did you say, or 121?

A.      120.

Q.      Okay.  120.  Is this the page (indicating)?

A.      It looks -- yes, it is.  And if you could blow up

the source code from about here (indicating) down through

this function.

Q.      This part here (indicating)?

A.      Yes, sir.  Okay.

Q.      What is this?

A.      Source code.  And this is source code for a

function called "SelectSong."  These initial three --

four lines are what are called "comments."  All of the

comments start with a "//."  There is another comment

here (indicating), another comment here (indicating).

Those are instructions not to the processor, but they're

written by the programmer so somebody reading this code

would understand what's happening in this code.

        Otherwise, what you see here (indicating) is a

1  computer language called the "C programming language,"

2  just the letter C is the name of the language.  And you

3  see that there is a function here (indicating), and this

4  is the identifier.  This is the title of the function,

5  and it's called "SelectSong."

6  Q.    Let me stop you there, Dr. Almeroth, just to

7  understand.  So, does the computer ignore these lines

8  that start with two slashes?

9  A.    Yes.  They're just for a human reading the source

10 code.

11 Q.    Why would you put comments for a human in source

12 code?

13 A.    Because the word "SelectSong" is easier and more

14 quickly to understand than looking through all of the

15 details in here.  So, it's basically a signpost that says

16 this is the function called "SelectSong."

17 Q.    You called this a function.  What does a function

18 mean?

19 A.    A function is a collection of specific source code

20 statements that performs a slightly higher function.  All

21 right?  So, the higher-level function here is the

22 selection of a song.  And now we have to break that down

23 into a bunch of specific program instructions.

24 Q.    All right.  Continue.

25 A.    Part of the function is what's called a

784

1  "variable."  And a variable is a part of the memory that

2  stores some information.  The variable name that I want

3  to point to here is "index."  And what "index" is is it's

4  a number that represents where in the playlist you've

5  selected the song.

6  Q.    Is that like the --

7         MR. STEPHENS:  Objection, your Honor.  Again

8  this is not in his report.  His report doesn't go into

9  anywhere near this level of detail.

10        THE COURT:  Overruled.

11  A.    The index is the place in the playlist that you're

12  currently at.

13        And the way that this function is called is

14  either with selecting on a playlist or selecting --

15  scrolling through the playlist and selecting on a

16  particular song.  Then this function is called that says,

17  aha, I either want to play the first song on the list; or

18  if the user has scrolled down and wants to play the

19  seventh song on the playlist, then that will be

20  represented by this information that's passed into the

21  program.

22  BY MR. HOLDREITH:

23  Q.    Let me stop you for a second.  Is the index a

24  number, like 1, 2, 3, 4, 5?

25  A.    Yes, it is.

1  Q.    And does it have to do with something to do with

2  are we in the first or second or third or fourth place in

3  the playlist?

4  A.    That's correct.  This is the index number into the

5  playlist that tells you where it's at.  It's recorded as

6  a variable, and it's given a name so that the processor

7  knows, ah, I have to go and use this number to do

8  something.

9          Now what happens is there are some other

10 English language words here that are "if" statements.

11 And what happens in these "if" statements is you'll check

12 a condition.  And, for example, the one that

13 Mr. Holdreith has highlighted at 843 says if this index

14 value that you passed in -- and the "!" and "=" means if

15 it doesn't equal.  If it doesn't equal an invalid song

16 index -- this is why this takes so long.  It's a double

17 negative.  It's saying if it doesn't equal an invalid

18 song index.  So, it's a valid song index --

19 Q.    Wait a minute.  Slow down.  So, if it doesn't

20 equal an invalid --

21 A.    Then it must be valid.

22 Q.    Okay.  So, you're looking for a valid index here?

23 A.    And then -- well, you have a valid index.  Okay?

24 It's just a check to make sure that however you got to

25 this part of the code, that you got there with a valid

1  index number.  All right?

2          Now what you have to do is

3  "GetIndexedSongPlayState."  And just in the interest of

4  time, let me speed up a little bit.  And what's most

5  important here is that you do a couple of checks and you

6  eventually get down and it says status equals

7  PlayCurrentSelection.  And then again you have this index

8  value.

9          PlayCurrentSelection is another function

10 somewhere off in the code.  So, then we have to go and

11 look at that source code.  But what I can tell you is

12 I've looked at this source code, and what it does is uses

13 this index number to play the current selection that's

14 identified by that index.

15 Q.    Let me stop you for a second, Dr. Almeroth.  Do

16 these -- does the PlayCurrentSelection function -- is

17 that just printed as the next thing in this code?  Can

18 you just follow it and read it like a book, one page to

19 the next?

20 A.    No.  Sometimes source code is called a "bowl full

21 of spaghetti."  You sort of have to seize on one end of

22 the noodle and follow it all of the way through.  This

23 PlayCurrentSelection will potentially be in a different

24 file, certainly in someplace else in the code.

25 Q.    So, you have to jump to some completely other page

1  to find out what that does?

2  A.     You'll have to remember what was happening here,

3  and then you'll have to go to that source code and make

4  sure that that source code does actually play the current

5  selection.

6  Q.     Could you just explain this index that's used to

7  play the current selection?  Does that index represent

8  something about the playlist?

9  A.     That's right.  This index is the same index that

10 was given to this function.  There were some checks to

11 make sure that the index was a valid number.  Okay.  It's

12 a valid number.  Okay.  Go off and play that current

13 selection.

14          And the idea of PlayCurrentSelection also is

15 that it will return a status, so a status after you try

16 and execute the function.  Well, if everything is okay,

17 then no error comes back.  If something bad happens, then

18 you get an error that comes back and something has to

19 happen depending on whether there is an error or not.

20          But the one thing I wanted to point out is

21 here is another line that says (reading) if status equals

22 no error.  Then what you're going to do is, for example,

23 update the current track and you'll send a message.  What

24 this part of the code does right here (indicating) is

25 just update the display.

788

1  Q.    Dr. Almeroth, you're talking about roughly lines

2  857 to 866 now?

3  A.    That's correct.

4  Q.    Okay.

5  A.    And what the user will see then is if they hit a

6  button that plays a playlist or selects a song, this will

7  then play that first song and then update the display.

8  Q.    Okay.  Have you finished displaying this part of

9  the code?

10  A.    Yes, I have.

11  Q.    And is there another part of the code that's

12  relevant to your explanation?

13  A.    There is.  As part of this algorithm, now what you

14  have to do is wait for the song to end.  And part of the

15  code that's executed when the song ends is another

16  function called "PlayerDone."  Okay?  And I've printed

17  out the relative code for PlayerDone, and that's on page

18  200.  This was on page 120.

19         If you go to page 200, there will be a

20  function called "PlayerDone."

21  Q.    Okay.  Am I in the right place?

22  A.    Yes.  In the middle of the page is another one of

23  these comments that says that this is the function

24  PlayerDone.

25         And if you expand from here (indicating) to

 1  about the bottom of the screen, I'll try and explain

 2  what's in this source code briefly.

 3  Q.      About like that?

 4  A.      Yes, sir.

 5          Okay.  PlayerDone --

 6  Q.      We're now looking at -- I'm sorry, doctor --

 7  Plaintiff's Exhibit 713 at page 200?

 8  A.      Yes.

 9  Q.      Go ahead.

10  A.      What happens here is -- let me just skip some of

11  this.  Again there are some checks here, some "if"

12  statements that will check some conditions in the code.

13  One of the things that you want to make sure is that the

14  player has stopped so that you're truly at the end of the

15  song, just to make sure that that's correct.

16          You will then continue down; and here is a

17  useful comment, at line 4443 that says "Go to the next

18  track if appropriate."

19          Here it will check some conditions.  If you're

20  only playing one song, it will stop.  If you have

21  something else going on, it might have to stop.  But if

22  you're in a playlist and there's a next song, there is a

23  command on the next page that will call another function.

24          So, you've got some checks to make sure the

25  player is done with the current song and then now you

1  have to go to the next song.

2  Q.    Should we go to the next page?

3  A.    Yes.  And if you could just blow up this part

4  (indicating) right at the top.

5  Q.    About here (indicating)?

6  A.    Yes, sir.

7           And this is the line, 4459, that I wanted to

8  point out to.  That calls yet another function called

9  "PlayerNext."  But remember the algorithm required once

10 you got done with a song, you had to find the next song

11 and then go off and play that song.

12          So, this is the part of the source code that

13 then calls "PlayerNext."  And I believe this will be one

14 of the last ones we have to look at for this code.  But

15 let's briefly look at PlayerNext, and that's on page 196.

16 We have to jump to a different part of the code.

17          PlayerNext starts up here at the top

18 (indicating).

19 Q.    About there (indicating)?

20 A.    Yes, sir, and probably down a little further.

21 Let's try that, yes, to see if that's --

22 Q.    It's a little hard to read.  Should I make a

23 smaller box and we'll move it if we need to?

24 A.    We will.  That sounds good.

25          Okay.  So, this is the PlayerNext function.

1    Again, it will do some checks here (indicating).  For

2    example, it will make sure that the player is stopped.

3    It will check some other things and move down to the next

4    part of the code.  What this "PlaylistItem" is is it's

5    the information about the track.  We can go off and look

6    at the file that has playlist information.  It will then

7    have track information, and that track information will

8    include the artist and the title and the album and that

9    kind of information about the song.

10              It will also include -- there is a unique

11   number about that song that's called the "Persistent ID,"

12   or the "PID," that uniquely identifies that song; and

13   then it's referenced here based on the PlaylistItem here.

14   Q.     Let me stop you right there.  Why does the

15   computer use a number to identify a song?

16   A.     It's one of several ways of distinguishing that

17   song from all of the other songs.  That way when this

18   source code says, "I've found the next song.  I want to

19   play that song," it will be able to use the information

20   about the PlaylistItem to figure out where that song is

21   stored, to access that song, and then to play it so it

22   comes out of the speakers.

23   Q.     Now, is the number that identifies the song the

24   same thing as the index that says we're now at the first

25   spot in the playlist or the fourth spot or the sixth

1  spot?

2  A.    No.   That's different.   The playlist index is --

3  let me describe it as a more simple number.   It just

4  points to where you are on the playlist.

5          That part of the playlist -- here is the

6  playlist -- I'm sort of doing this imaginary playlist top

7  to bottom.   And let's say you're on the third song.

8  There will be a corresponding track record information to

9  that song that's stored in the memory somewhere.   And

10  when you go from the third song to the fourth song, that

11  will then point to a different part of the memory that

12  has information about the new song.

13          So, you can think about this almost as an

14  index, which is why it's called an "index," that ticks

15  through the playlist; and there is a corresponding part

16  of the memory that points to information about that track

17  as you move through that playlist.

18  Q.    All right.   What's next?

19  A.    Let's see.   Let's get rid of this window, and

20  let's focus on the code starting about here (indicating)

21  through the rest of the page.

22  Q.    About there (indicating)?   A little further down?

23  A.    Little further down, little further, little

24  further.

25          Right there, that's good.

793

1    So, then if you move this box back down so we

2 can see the beginning of it.

3    Okay.  Mr. Holdreith, I'm sorry to ask; but if

4 you could resize this box so we can see the rest of the

5 line.

6 Q.    Yes.  I'll do my best.

7    MR. STEPHENS:  Could you also include the line

8 numbers that you're referencing?

9 A.    Perfect.

10 BY MR. HOLDREITH:

11 Q.    All right.  Dr. Almeroth, what line numbers are we

12 looking at here?

13 A.    We're starting at line 4123.  And just to be

14 accurate, this is on page 196.  Let's just talk about

15 this.  We'll come back and talk about the file in a

16 second.

17    There is a statement here that says "while

18 (true)."  What "while (true)" means is to loop through

19 this code forever.  While (true).  Okay?  The only time

20 that you stop looping through the code is when true

21 becomes false, but true never becomes false.  So, you

22 have to have some way in the code to get out of that

23 loop; and there is a couple of different ways called

24 "breaks."  So, if the code runs through and it runs into

25 a situation, it will pop out of the code.

1        So, now let's see what this "while" loop does.

2   What it says is -- here's a comment "find the next song

3   in the playlist that actually plays or is selected."

4   What the processor will do is it will loop through this

5   set of instructions, looking through the playlist to find

6   something that actually plays or is selected.

7        Now, one of the instructions it does is it

8   figures out what the nextTrackItem is.  And the

9   nextTrackItem calls the function

10  PlayerGetNextPlaylistTrack.  That function will look at

11  the index value and increment the index value to get you

12  to the next playlist item.  And then this loop here will

13  check to make sure that it's something that can be

14  played.  If not, it will loop through again.  But if it

15  is something that can be played, now you have the next

16  song that can be played.

17  Q.     So, to put it in more simple terms, is this

18  function just looking at the playlist to say, "Okay.

19  Where is the next song I can play?"

20  A.     That's correct.

21  Q.     Is there any more of this code we need to walk

22  through right now?

23  A.     I believe I want to go a little bit further in

24  this code.

25  Q.     All right.

1  A.     To about line 4139.  That's right.  Okay.  So,

2  what you have here is you'll check another couple of

3  conditions; and as long as you have a song that can be

4  played, you'll call either PlayerPlay or you'll call

5  PlayerSelectInternal.  And both of these functions relate

6  to actually playing the song that you come up with next.

7          Now, the way this code will operate is you'll

8  start with SelectSong.  It will either be selecting the

9  playlist so it will be the first index item or you can

10 scroll through the playlist and say select Item 6.  And

11 then the user will hit "play."  It will call the function

12 "SelectSong."  That will queue up and play that song.

13 Then when it's done, PlayerDone is called.  And

14 PlayerDone says as long as there's other songs on the

15 playlist, I'll call PlayerNext.  That will queue up the

16 next song, and then that song will be played.

17 Q.     Any more of this code we need to walk through

18 right now?

19 A.     No, sir.

20 Q.     What you just summarized and showed in

21 Exhibit 713, is that what is summarized in Exhibit 771A

22 for claim 1 of the '076 patent, element 1 -- are we on D?

23 A.     Yes.

24          It is.

25 Q.     And, Dr. Almeroth, what does that have to do with

796

1  this algorithm for element 1D which is beginning with the

2  program segment identified by a ProgramID contained in a

3  Selection_Record and so on?

4  A.    The source code that I've shown you is the source

5  code that implements these three steps of the algorithm

6  as required by the court's construction.

7  Q.    Can you just --

8          MR. STEPHENS:  Objection, your Honor.  So, I

9  specifically asked Dr. Almeroth in his deposition to

10 identify, for example, the CurrentPlay variable; and he

11 told me he could not do that.  What we've had instead now

12 is detailed description using stuff that's not reproduced

13 in his report at all to have that same effect.

14         THE COURT:  All right.  Can you show me where

15 in the deposition that was?

16         MR. STEPHENS:  Yes, I can.

17         It's page 256 of his deposition, starting at

18 line 7.  There is a question.  I say --

19         MR. HOLDREITH:  Could you give me just a

20 second to catch up, counsel?

21         MR. STEPHENS:  Yeah, sure.

22         MR. HOLDREITH:  I may have an objection to

23 what you're about to read.

24         MR. STEPHENS:  256, the question is at line 7.

25 And then near the bottom of the page starting at line 22,

1  he says he hasn't identified in this text what we're

2  talking about.

3          MR. HOLDREITH:  Well -- I'm going to object to

4  the argument, your Honor.

5          THE COURT:  Wait, wait.  Let me...

6          Okay.  I'm looking at the deposition -- and

7  this would be Dr. Almeroth's deposition of May 11, 2011,

8  Volume 1, page 256 to 257.

9          MR. STEPHENS:  That's right.

10          THE COURT:  It appears to the court that the

11  question was asked.  The answer is slightly more

12  extensive -- actually quite a bit more extensive -- than

13  he hasn't identified that one thing.  He was pointing out

14  various codes.

15          Keep in mind that the disclosure rules on

16  reports under the Federal Rules and the deposition and

17  this district are not intended as a trap.  The disclosure

18  rules -- federal disclosure rules are intended to allow a

19  party to understand what the testimony is going to be

20  about so as to prepare for cross-examination and

21  determine whether or not a deposition is needed.

22  Depositions are then intended to find out what they are

23  going to talk about.  It was fairly clear from this that

24  this is what he's going to discuss; namely, the code.

25  The fact that he hasn't recited verbatim every word in

798

1  his testimony is, in this context, not a valid objection;

2  and I'm going to overrule that.

3          Go ahead, counsel.

4          MR. HOLDREITH:  Thank you, your Honor.

5  BY MR. HOLDREITH:

6  Q.    Dr. Almeroth, I think we were discussing how the

7  code that you just summarized relates to the algorithm;

8  and I'm not sure if you had a chance to answer that

9  question.  Will you just begin to explain that?

10  A.    Could you restate the question?

11  Q.    Yeah.  The code in Exhibit 713 and the functions

12  that you just summarized, can you explain how that

13  relates to the algorithm for element 1D?

14  A.    Sure.  The code -- the source code that I've cited

15  is the source code inside the iPod classic 3 that

16  executes the algorithm that's described in the court's

17  claim construction for 1D.

18  Q.    Now, when you look at the algorithm in the iPod,

19  do you have to find exactly these three steps?  Is that

20  how you do the analysis?

21  A.    No.  It's these steps or the equivalent of these

22  steps.  Again, the concept of equivalents can be applied

23  here as well.

24  Q.    And for programmers, can you do an algorithm in

25  two different ways that are equivalent that use a

1 different number of steps?

2 A.     Yes, certainly.

3 Q.     And do you have to find variables that have the

4 exact same names as the variables in this claim

5 construction, like "CurrentPlay" or "Selection_Record"?

6 A.     No.  They could be different variable names.  The

7 information could be stored in a different way inside of

8 the program.  It's really about the algorithm as it

9 relates to performing the function.

10 Q.     Let me ask you a general question.  This source

11 code in the iPod that we just looked at is written in

12 which computer language?

13 A.     It's written in C.

14 Q.     And was the C computer language written and

15 specified and well-known by 2001?

16 A.     Yes, it was.

17 Q.     Were all of the instruction -- the functions or

18 commands in C that are used in the code that you

19 summarized, were those all known and parts of C that were

20 available to use in 2001?

21 A.     Yes, they were.  A computer language has a certain

22 syntax which is how you organize these statements on the

23 page.  It has types of statements, like "while" loops,

24 "if" statements, "case" statements.  Those are all part

25 of a specification for the programming language.  In

1  fact, when I went to school, the way that you would learn

2  a computer language would be to learn what all of these

3  statements meant and what the curly brackets meant.

4  That's what it really means to understand how to learn a

5  language, and then we practiced how to write algorithms.

6  Q.    All right, Dr. Almeroth.  What is your conclusion

7  with respect to whether the algorithm set forth in the

8  definition of element 1D of the '076 patent is present

9  literally or equivalently in the iPod classic 3 source

10 code?

11 A.    It is present.

12 Q.    Should I check that one off?

13 A.    Yes, please.

14 Q.    All right, Dr. Almeroth.  We now go to 1E?

15 A.    Yes, sir.

16 Q.    What is element 1E of the '076 patent?

17 A.    It is a "means for detecting a first command

18 indicative of a request to skip forward."

19 Q.    And for the user, what does that mean?

20 A.    What that means is that the command has been

21 entered and accepted -- that's 1C.  And now what you have

22 to do is determine what the character of that command is,

23 meaning determine that in this case it's a request to

24 skip forward.  You have to translate a keypress into a

25 request to skip forward.

1  Q.    Is this something that happens after the user

2  presses the button?

3  A.    Yes, it is.  It's a process of translating that

4  button press into, ah, now I have to do something else.

5  And in this case it's skip forward.

6  Q.    And is that the computer that's figuring that out,

7  what did that button press mean?

8  A.    Yes.

9  Q.    Now, I think this one may be one of the few that

10  is not disputed; but I'm not sure.  So, I'm going to just

11  have you walk through it quickly.  As to the function --

12  and the function, is that recited here in the claim

13  itself?

14  A.    Yes, it is.

15  Q.    And what's the function?

16  A.    It's the "means for detecting a first command

17  indicative of a request to skip forward."  That's the

18  function.

19  Q.    Does the iPod perform the identical function?

20  A.    Yes, it does.

21  Q.    And did you review the source code for the iPod to

22  determine if it uses the same algorithm or the equivalent

23  algorithm to the one set forth in the definition for this

24  element?

25  A.    Yes, I did.

1 Q.     I'm not going to pause on what that definition is,

2 but are you prepared to fully explain that if you're

3 asked about it?

4 A.     Yes, I am.

5 Q.     Okay.  What is your conclusion about whether

6 element 1E is present in the iPod classic 3?

7 A.     That it is present and that this limitation is

8 infringed by the classic 3.

9 Q.     Should we check that one off?

10 A.     Yes.

11 Q.     That was easy.

12 A.     I agree.

13 Q.     This last one, 1F, is this going to be longer or

14 short?

15 A.     This actually might be short.

16 Q.     All right.  Well, let's start with what element 1F

17 relates to, this "means responsive to a first command."

18 What does it mean for the user?

19 A.     What that means for the user in the earlier

20 limitations you've accepted -- by "you" I mean the iPod.

21 It's accepted the input.  It's determined that it's a

22 skip to go forward.  And now what you have to do is you

23 have to make that happen.  You have to make the skip

24 forward command happen.  The song that's currently

25 playing has to stop, and you have to determine what the

1  next song is and then play that next song.

2  Q.    Is this a software algorithm again?

3  A.    It is.

4  Q.    And is there a definition that relates to this

5  one?

6  A.    Yes, there is.

7  Q.    Dr. Almeroth, I'm now showing you Demonstrative

8  Exhibit 1040.  Is that the relevant definition that

9  relates to element 1F of the '076 patent?

10  A.    Yes, it is.

11  Q.    Now, let me pause at the function again.  Is the

12  function identified at the top of Exhibit 1040 here?

13  A.    Yes, it is.

14  Q.    And can you just explain briefly what the function

15  is?

16  A.    The function is, briefly, to stop playing the

17  currently playing song -- that's discontinuing the

18  reproduction of the currently playing program segment --

19  and instead play the next song in the playlist.  That's

20  briefly what that limitation is about.

21  Q.    Let me ask you:  With respect to the function, did

22  you find that the iPod classic 3 has code that performs

23  the identical function to the one shown on demonstrative

24  1040 which is the definition for element 1F?

25  A.    Yes.

1  Q.     All right.  Let's then look at the algorithm

2  portion.  Is that the three numbered steps near the

3  bottom of the board?

4  A.     Yes, it is.

5  Q.     With a high level of generality, can you explain

6  what this algorithm is?

7  A.     Certainly.  This algorithm has the steps of

8  figuring out what the next song in the playlist is that's

9  playable and then resetting the CurrentPlay value to the

10 record number indicated by the Selection_Record.  Okay?

11 And then you fetch and play that item.

12         What that means at a high level is you've got

13 the playlist.  You have to scan through it, find the next

14 playable item; and then you have to make sure that you

15 have the Selection_Record which is the index value, the

16 number that's unique for that particular song, so that

17 you can use that information to then play that song.

18 Q.     Now I want to pause on the "segment of the

19 appropriate LocType."

20 A.     Yes.

21 Q.     At a high-level generality, what does that mean?

22 A.     The "segment of the appropriate LocType" is that

23 within the playlist you have to find the item in the

24 playlist that's of the appropriate LocType.

25 Q.     And there was some discussion with Mr. Call about

1  LocTypes.  Were you in the courtroom for that?

2  A.     Yes, I was.

3  Q.     He talked about subject announcements, like you're

4  about to hear music.

5  A.     Yes.

6  Q.     Is that something that could be one LocType?

7  A.     Yes.  There were subject announcements that were

8  "S."  There were "T" for topic announcements.  There were

9  program segments which were "P."  It was one example from

10 the patent that described different kinds of LocTypes.

11 Q.     He also did talk about a music program, a song.

12 A.     Right.  That's a type.

13 Q.     And could that be a LocType of like a program

14 LocType?

15 A.     That's right.  It would be like a "P," a "P" type.

16 Q.     Okay.  Now, for this patent claim, did you have to

17 find that the playlist had to have different LocTypes in

18 the same playlist?  Did you have to be able to have both

19 announcements and songs?

20 A.     No.  That's not a requirement of this claim.  If

21 you look through what the court has said is the

22 construction for this claim, it doesn't say that you have

23 to have multiple different kinds of LocTypes in a

24 sequencing file, in a playlist.

25 Q.     Okay.  So, although Figure 5 that Mr. Call

1 testified about shows different LocTypes in one file,

2 announcements and music, does this claim permit you to

3 have all the same LocType, all songs or something?

4 A.     Yes, in fact, it does.  There is not a restriction

5 in this claim about having subjects or topic

6 announcements or having any requirements about having

7 multiple LocTypes within the playlist.

8 Q.     Okay.  Now, which one does iPod do?  Does it do

9 all programs, or does it do programs mixed with other

10 types?

11 A.     The playlists in the iPod all use the same type of

12 content.  They're all program files.

13 Q.     And, so, does the iPod classic 3 have the ability

14 to store a playlist that's ProgramIDs that just

15 identifies songs and the order that you want to play them

16 back?

17 A.     Yes.  That's exactly right.

18 Q.     And is it insubstantially different --

19          MR. STEPHENS:  Objection, your Honor.  I've

20 been holding off, but this is a lot of leading going on.

21          THE COURT:  I think on questions like this

22 I'll sustain that.

23          MR. HOLDREITH:  All right, your Honor.  I'll

24 proceed in a more inquisitive fashion.

25                              *

1  BY MR. HOLDREITH:

2  Q.    Dr. Almeroth, are there substantial differences

3  for the function in this claim between using an ordered

4  list which is just the same type, all programs, or using

5  a list which is different types?

6  A.    There are not substantial differences in the

7  function.  Again, focusing on the function, it's

8  specifically with respect to the skip command.  And the

9  function doesn't require that there be multiple LocTypes

10 or different types of content or subject announcements or

11 any of those requirements as part of the function.

12 Q.    So, when you -- does the iPod scan through a list

13 of items in the playlist?

14 A.    Yes, it does.

15 Q.    And in an iPod, how do you know that the next one

16 is going to be of the appropriate LocType?

17 A.    The way that the iPod is specifically programmed

18 is all of the items on the playlist are of the program

19 type.  For example, they might all be songs; and the

20 device is specifically programmed to work through the

21 list of programs and determine which is the next one on

22 the list and to be able to play the ones that are

23 playable.

24 Q.    Now, if all the members on the iPod playlist are

25 of the same type, if you already know that, do you need

1  to put an extra character into the record identifying

2  that song to tell you what type it is?

3  A.     No.  You can almost imagine a Figure 5 where all

4  of the types are P and all of the ProgramIDs for the

5  Selection_Records that point to the files are present.

6  When you program that, because all of the Ps are there,

7  you don't actually need to include the P values.  I mean,

8  the code is complex enough that you don't have to look at

9  a LocType to determine that the next type of record is

10 program.

11         You know that all of the programs are of that

12 type; and, therefore, when you scan through the file to

13 find the next one, you can just find the next item that's

14 playable.

15 Q.     Now, does a code for the iPod classic 3 have a

16 scanning algorithm that looks for the next segment?

17 A.     Yes, it does.

18 Q.     And is that something you can explain to us with

19 reference to the code?

20 A.     Yes, I can.

21 Q.     All right.  Let's do that.  Where should we look?

22 A.     This is Plaintiff's Exhibit 713, and this again is

23 the code for the classic 3.  This is the 300 pages of

24 excerpt that --

25         MR. STEPHENS:  Objection, your Honor.  This is

 1  inconsistent with his report.

 2          THE COURT:  In what way?

 3          MR. STEPHENS:  So, in the report he says

 4  that --

 5          THE COURT:  And what part of the report are

 6  you looking at?

 7          MR. STEPHENS:  I'm looking at Exhibit 3, which

 8  is the '076 patent classic 3 product.

 9          THE COURT:  Okay.

10          MR. STEPHENS:  This is page 13.

11          THE COURT:  The chart?

12          MR. STEPHENS:  Yes, the chart.

13          THE COURT:  Okay.

14          MR. STEPHENS:  And in the right column, the

15  first paragraph, it says, "The iPod classic performs all

16  of the steps of the algorithm but essentially combines

17  Steps 1 and 2 instead of scanning forward in the

18  sequence" --

19          THE COURT:  Okay.  I've got a different page

20  13 and a different chart.

21          MR. STEPHENS:  Let me make sure I've got the

22  same version, your Honor.  I thought it was.

23          I'm sorry, your Honor.  I realize the mistake.

24  It's actually Appendix A to Exhibit 3.  It's organized in

25  an unusual way.

1          THE COURT:  Do you have a copy of that?

2          MR. STEPHENS:  I do.

3          THE COURT:  Why don't you hand it to

4  Ms. Laurents.

5          MR. STEPHENS:  Sure.  So, page 13 --

6          THE COURT:  Okay.  Ms. Mullendore has found

7  it.  Okay.

8          MR. STEPHENS:  The first --

9          THE COURT:  All right.  This is part of the

10 infringement contentions, then, right?

11         MR. STEPHENS:  Well, this is one of the

12 exhibits, one of the 25,000 pages of exhibits.

13         THE COURT:  Okay.  But it's part of the -- I

14 mean, it's entitled "Personal Audio Infringement

15 Contentions," if you look on page 1.

16         MR. STEPHENS:  Yeah, but it's an appendix to

17 his expert report.  It does --

18         THE COURT:  Right.  It's Appendix A to

19 Exhibit 3, but the title then is "Personal Audio

20 Infringement Contentions."  Isn't that on page 1?

21         MR. STEPHENS:  Yes, your Honor.

22         THE COURT:  Okay.  We're on the same deal

23 then.

24         Okay.  So, I'm on page 13.  What's the

25 problem?

1        MR. STEPHENS:  Okay.  So, it says -- in the

2  first full paragraph in the right column, it says

3  (reading) the iPod classic performs all three steps of

4  the algorithm but essentially combines Steps 1 and 2.

5  Instead of scanning forward in the sequencing file to

6  locate the next record and then incrementing the

7  CurrentPlay variable, instead, the device increments the

8  CurrentPlay variable to fetch the next record.

9        So, he's saying, in effect, there is no

10  scanning; but he is about to explain a scanning

11  algorithm.

12        THE COURT:  Okay.  I think the way to handle

13  that is point out what you see to be an inconsistency on

14  cross-examination.  I think you're entitled to do that

15  but --

16        MR. STEPHENS:  I guess my point is, your

17  Honor, there is no algorithm described in the report; so,

18  why should he be permitted to testify about such an

19  algorithm, for scanning.

20        THE COURT:  Okay.  And as I said, I think

21  that's an inconsistency that you can point out in

22  cross-examination.

23        What this is about, ladies and gentlemen, is,

24  as you can imagine with the complexity of this, I've

25  ordered the people who are going to be testifying to

812

1  provide complete reports.  And one of the ways that you

2  may use to evaluate their credibility is if it's pointed

3  out that they have come up with something brand-new all

4  of a sudden without having put it in the report before,

5  you can evaluate that.  On the other hand, given the

6  complexity, both sides have -- Dr. Almeroth and the

7  doctor working on the other side will have a chance to

8  explain that, and it will be up to you to evaluate that.

9  So, I'm going to overrule the objection; but I will point

10  out that the jury -- that one of the ways you can

11  evaluate somebody is if they're suddenly coming up with

12  something brand-new, that they've never thought of

13  before, why didn't they think of it before rather than

14  just before you.

15          I'll overrule the objection.  Go ahead,

16  counsel.

17          MR. HOLDREITH:  Yes, sir.

18          And for the record, your Honor, the next line

19  Mr. Stephens did not read says, "This implicitly" --

20          THE COURT:  Well, you've got a chance to go

21  over whatever you want with him.  You don't need to be

22  testifying.

23          MR. HOLDREITH:  Fair enough, your Honor.  I'll

24  ask the witness.

25                              *

1  BY MR. HOLDREITH:

2  Q.    Dr. Almeroth, did you explain -- well, let's start

3  with the answer you were about to give.  Can you explain

4  in this code where you found this?

5  A.    Yes.  This was inside of Plaintiff's Exhibit 713

6  on page 196.

7  Q.    Okay.  So, I've now gone to page 196 of

8  Plaintiff's Exhibit 713.  Is this the right page?

9  A.    Yes, sir.  And if you expand PlayerNext probably

10  about down (indicating) -- that would be good.

11  Q.    Right there (indicating)?

12  A.    Yes.

13        Now, what this function is is it's the

14  PlayerNext that we saw before, that I had described

15  previously.  The reason why we're at this function now is

16  because the user has pressed the "skip" button.  So,

17  instead of waiting for the song to end normally and then

18  finding the next song using this same algorithm, now the

19  user has pressed the "skip" button and prematurely you

20  have to now end that song and then go to the next song.

21  It turns out that different places in the code will

22  trickle down to the same function for PlayerNext here.

23        So, this is the PlayerNext function we saw

24  before.  Now this function PlayerStopInternal makes sense

25  in the context of, well, you're in the middle of playing

1   a song or somewhere in playing that song so you have to

2   stop that song.

3           And then if you scroll down below, you'll see

4   the other parts of the algorithm that we saw before, that

5   I've already described, the "while" loop --

6   Q.    Should we go down there now?

7   A.    Yes.

8           So, this is the "while" loop; and this is --

9   Q.    I'm sorry.  Which line?

10  A.    At 4123.

11  Q.    Okay.

12  A.    And this is "Find the next song in the playlist

13  that actually plays or is selected."  And this is the

14  part of the algorithm that determines what the next song

15  is that needs to be found and played.

16  Q.    Now, Dr. Almeroth, this algorithm talks about

17  "fetching and playing the program segment identified by

18  the ProgramID contained in the new Selection_Record."

19  What's that talking about?

20  A.    What that's talking about is just like before, as

21  the index value is incremented to go to the next song,

22  you then have to figure out what that song points to that

23  has the information about that song.  And that's what's

24  called the "PlaylistItem" and it includes track data and

25  that track data is the album and the artist, the genre,

1  lots of other information and also includes what's called

2  a "Persistent ID," a "PID."  And that PID is the

3  information that's used to find that song on the mass

4  storage device.

5  Q.    Now, could you just briefly describe what it's

6  talking about when it says "resetting the current

7  Number 2" in this definition, "resetting the CurrentPlay

8  variable to the record number of that Selection_Record"?

9  What's happening there?

10 A.    Certainly.  As you find the new index value, the

11 index value is going to change because it moves to a

12 different song.  Once the index value changes -- for

13 example, from the sixth song to the seventh song -- now

14 what you have to do is figure out what the new track

15 information is, and that's what's referred to as the

16 "Selection_Record."  That's the thing that includes

17 information about the song.

18         So, when 6 goes to 7, the song information is

19 going to go from song information about the sixth song to

20 song information about the seventh song.  And that second

21 step is about resetting the CurrentPlay variable to the

22 record number of that Selection_Record.

23 Q.    Does Apple's source code for the iPod classic 3 do

24 something like that?

25 A.    Yes, it does.

1  Q.     What does it do?

2  A.     Through this part of the algorithm it will add a

3  value to the CurrentPlay so that it goes to the next

4  index value.  And that's part of a function called

5  "PlayerGetNextPlaylistTrack."

6          And since you've asked specifically about this

7  part of the algorithm, we probably want to go to that

8  page.

9  Q.     Okay.  How do we do that?

10  A.     That is in -- it's the same exhibit, Plaintiff's

11  Exhibit 713 and now it's on page 194.

12  Q.     Okay.  We're now looking at Plaintiff's

13  Exhibit 713, page 194.  What do we need to see here?

14  A.     On this page -- it's down here (indicating).  And

15  this is called "PlayerGetNextPlaylistTrack."  And we'll

16  see on this code and the next page there is another

17  function that gets called.

18          If you could go to the next page.

19  Q.     Okay.  And just for the record,

20  PlayerGetNextPlaylistTrack is on which line?

21  A.     Line 3975.

22  Q.     Okay.  Now going to the next page, this is

23  Plaintiff's Exhibit 713 at page 195.  What do we see

24  here?

25  A.     What we want to blow up is about line 4039.  There

1  is a similar "while" loop that's here, but now you call

2  GetNextPlaylistTrack.  And I just wanted to show you that

3  this function calls another function calls another

4  function.  What I really wanted to get to was this

5  function called "GetNextPlaylistTrack."

6  Q.    Okay.

7  A.    And that's on page 235.

8  Q.    Okay.

9  A.    And I promise this will be the last part that we

10  have to show for these steps of the algorithm.

11  Q.    Page 235, did you say?

12  A.    Yes.

13  Q.    All right.  About there (indicating)?

14  A.    Yes, sir.  GetNextPlaylistTrack and then -- that's

15  the name of the function.  And if you scroll down a

16  little bit, I'd like to see what's from here (indicating)

17  down.

18  Q.    Okay.  Just for the record, your

19  GetNextPlaylistTrack is at which line?

20  A.    At line 1112.

21  Q.    And that's on Plaintiff's Exhibit 713, page 235?

22  A.    Yes.

23  Q.    All right.  So, we need to go down a little bit?

24  A.    That's correct.

25          And what this code starts to demonstrate is

1   where you can increment the track index.  So, the track

2   index -- they changed the name of the variable from

3   "index" to "track index," but it points to the same

4   information.

5           And now what you're doing is you're using a

6   convention that's part of the code that has "++."

7   "++" is shorthand in this computer code for adding one to

8   that index value.  And there's a couple of different

9   situations that it will check here.  For example, if you

10  have "repeat" off, what will happen.  If you have repeat

11  one track, that's an option that you can select, or

12  repeat all tracks.

13          And what this source code will go through and

14  do is increment that value of trackIndex.  And then you

15  would go back to PlayerNext, and then you would go

16  through the PlayerPlay to play the song at this new

17  trackIndex.

18  Q.    All right, Dr. Almeroth.  Can you now explain how

19  the algorithms you just walked through in the iPod source

20  code relate to the three steps shown for element 1F in

21  the '076 patent?

22  A.    The source code that I've shown, starting with

23  PlayerNext and walking through some of those other

24  algorithms, performs the equivalent steps that are

25  described on this board, Plaintiff's Exhibit 1040, that

1  represents the court's claim construction with respect to

2  element 1F.

3  Q.     Did you summarize the code that you just explained

4  in Exhibit 771A under element 1F?

5  A.     Yes, I did.

6  Q.     All right, Dr. Almeroth.  With respect to

7  element 1F after analyzing the source code, what is your

8  conclusion about whether the iPod classic 3 meets

9  limitation 1F of the '076 patent?

10 A.     It meets the limitation 1F.

11 Q.     Can we check that off?

12 A.     Yes, sir.

13 Q.     Dr. Almeroth, have we now gone through your

14 opinion whether all of the elements of the '076 claim 1

15 are met by the classic 3?

16 A.     Yes, sir, we have.

17 Q.     And after looking at all of the material that you

18 looked at, including Apple's technical documents,

19 considering the testimony, reviewing the source code, did

20 you reach a conclusion about whether the iPod classic 3

21 infringes claim 1 of the '076 patent?

22 A.     I did.

23 Q.     What's your conclusion?

24 A.     My conclusion is that claim 1 of the '076 patent

25 is infringed by the classic 3.

820

1 Q.    There's a couple questions the law encourages me

2 to ask you now.  Did you follow the court's claim

3 construction for each element when you did your analysis?

4 A.    Yes, I did.

5 Q.    For the means element, all of the means elements,

6 did you find that the iPod classic 3 performs the

7 identical functions to the ones in the claims?

8 A.    Yes, I did.

9 Q.    And for the means elements, did you find that the

10 iPod classic 3 has identical or equivalent structure to

11 the structure set forth in the court's claim

12 constructions viewed from the view of a person of skill

13 in the art in 2001?

14 A.    Yes, sir, I did.

15 Q.    All right.  Dr. Almeroth, I'd like to switch to

16 something completely different for a few minutes.  Do you

17 have a classic 3 there that you can just demonstrate what

18 happens on the classic 3 when you do some of these

19 algorithms?

20 A.    Yes, I do.

21 Q.    And, Dr. Almeroth, is there a camera there that

22 you can use to project that demonstration onto the screen

23 here?

24 A.    There is.

25 Q.    All right.  Now, we just set this up to see if we

1 could get a little better view of the iPod; so, we'll

2 hope that it shows clearly.

3 A.      I'm also going to hook up some speakers.

4 Q.      All right.  What is it that you are showing on the

5 big screen right now?

6 A.      What I'm showing on the big screen is a classic

7 Generation 3.

8 Q.      And can you just tell us what exhibit number that

9 is?

10 A.      This is Exhibit 187.

11 Q.      And that's a plaintiff's exhibit?

12 A.      Plaintiff's exhibit.

13 Q.      All right.  So, what do we see when we look at the

14 front of this thing?

15 A.      Not a whole lot.  It's a little washed out.  Let

16 me see if I can -- oh, wow.  That works.

17          What you can see is a number of buttons at the

18 top; and it's a "back" button, a "menu" button, a "play"

19 button, and a "skip forward" button.  In fact, let me

20 turn them on and there will be some color to it.

21          And then you see this wheel at the bottom, and

22 it has a "select" button in the middle of that device.

23 Q.      That's the circle, little circle in the middle of

24 the great big circle on the bottom half of this thing?

25 A.      Yes, sir.  That's the "select" button.

1 Q. And what just happened on the screen?

2 A. When I pressed the "play/pause" button, the device

3 came on. And what you see is that this is an iPod.

4 That's what's described here at the top (indicating).

5 And then you have a number of menus. There's a music

6 menu, a playlists menu, an extras, a segments, and a

7 backlight menu.

8 Q. All right. Dr. Almeroth, can you now demonstrate

9 how you go to a playlist on this iPod?

10 A. Sure. You use the Clickwheel to go to playlists

11 and then press the middle button to select it.

12 And now what you see is three menu items, "PA

13 Playlist 1," "PA Playlist 2," and then an "On-The-Go"

14 selection.

15 Q. What are those PA playlists?

16 A. The "PA" stands for "Personal Audio." Those are

17 playlists that I prepared and loaded onto this device.

18 Q. And how did you get them on there?

19 A. I used an *iTunes* computer to create the playlists

20 and put them on the device.

21 Q. And what kind of connection did you use?

22 A. I used a USB connection.

23 Q. All right. Did you observe what happened when you

24 plugged the USB plug into the player?

25 A. Yes, I did.

823

 1  Q.      What happened?

 2              MR. STEPHENS:  Objection, your Honor.  Again

 3  he's talking about a product that's not accused.

 4              THE COURT:  All right.  And by that you mean

 5  the computer loaded with the *iTunes* program?

 6              MR. STEPHENS:  That's correct.

 7              THE COURT:  Okay.  And for the same reasons,

 8  I'll overrule that.

 9              MR. STEPHENS:  Thank you.

10  BY MR. HOLDREITH:

11  Q.      And, Dr. Almeroth, my question is specific to the

12  iPod.

13  A.      Yes, sir.

14  Q.      What did you observe happening when you plugged

15  the iPod in?

16  A.      When I plugged the cable into the bottom of the

17  iPod, it caused a synchronization with the *iTunes*

18  computer; and then this device received the playlists and

19  songs that were --

20              THE COURT:  Wait, wait, wait.  I want to hear

21  what you saw.  I mean, unless you can tell me you saw the

22  synchronization inside the computer, that's --

23              THE WITNESS:  I was --

24              THE COURT:  Let's be very clear what you saw.

25              THE WITNESS:  Okay.

1  BY MR. HOLDREITH:

2  Q.    Dr. Almeroth, let's stick to what you could

3  observe externally.  We'll get to what you know about

4  what happens inside later.

5  A.    Okay.  What I saw was on the *iTunes* computer that

6  application start up and cause a synchronization to take

7  place.

8  Q.    And what do you mean by "synchronization"?

9  A.    The synchronization process is the process of

10 downloading songs and playlists onto the iPod.

11 Q.    Were those two playlists, PA Playlist 1 and PA

12 Playlist 2, were they on there before you plugged it in?

13 A.    No, they were not.

14 Q.    And after you plugged it in, did they show up?

15 A.    Yes, they did.

16 Q.    Okay.  Why don't you go ahead and demonstrate how

17 to play a playlist using the continuous play mode.

18 A.    Certainly.  One of the things that I can do is

19 just press the "play" button and it will start playing

20 the first song of the playlist.

21 Q.    How do you know this is the first song in the

22 playlist?

23 A.    Because up here in the corner (indicating) it says

24 "1 of 4."  That's the first song of the four on the

25 playlist.

825

1  Q.    All right.  And we can't quite hear it here, but

2  that's okay.  Can you hear it coming out of the speakers

3  there?

4  A.    Not yet.  I haven't turned up the volume.

5  Q.    Okay.  Now, can you demonstrate for us -- looks

6  like this song is some four or five minutes long?

7  A.    Yes.

8  Q.    Is there a way to speed up the process of seeing

9  what happens when this song ends?

10  A.    Yes.  I can -- now there are about ten seconds

11  left in the song; and what we'll see is when the song

12  ends, it will go to the next song.

13  Q.    What just happened?

14  A.    That song ended.  Song 1 of 4 ended, and then Song

15  2 of 4 started.

16  Q.    And did you touch any buttons or do anything to

17  make Song 2 start playing after Song 1 ended?

18  A.    I did not.

19  Q.    All right.  Can you now -- have you observed

20  whether the iPod will continue to do that through the

21  playlist as each song ends?

22  A.    Yes, I have.  This song is a long song.  It's

23  eight minutes and -- almost nine minutes.  I don't think

24  we want to wait that long.  But if we go to the end of

25  this song, it would automatically go to 3 of 4 on this

playlist.

Q.     All right.  Now, Dr. Almeroth, could you

demonstrate what happens when you push the "skip forward"

button, please?

A.     Certainly.  This is the button on the right

(indicating), skip forward.  Now we just went to Song 3

of 4.

Q.     And how can you tell that that's 3 of 4?

A.     In the upper left-hand corner, the number changed

from "2 of 4" to now it says "3 of 4."

Q.     All right.  And can you demonstrate one more

time -- so we know what to expect this time -- what

happens when you press the "skip" button forward?

A.     Now it's gone to the last song, a Frank Sinatra

song; and it shows "4 of 4."  And I have the volume on

the speaker set so that I think a couple people can hear

but not so that it overwhelms your questions.

Q.     All right.  Now, we haven't gotten to this yet;

but will we be talking about the "skip backward" button

later?

A.     Yes, we will.

Q.     Can you demonstrate for us what happens when you

press the "skip backward" button?  And first tell us

what's going to happen, and then show us.

A.     Certainly.  If I press the "skip back" button now,

1  it will go back to the beginning of the song.  It's 35

2  seconds into the song.  So, if I press "skip back," it

3  will just go back to the beginning of the song

4  (demonstrating).

5  Q.     How can you tell it went back to the beginning of

6  the song?

7  A.     A couple of ways.  It's still Song 4 of 4.  It's

8  still the Frank Sinatra song.  And this number here

9  (indicating) that indicates how much time has elapsed

10  went from about 35 seconds back to zero.  And I can

11  demonstrate it again.  It's now on about 18 seconds.

12  We'll turn it up a little bit.  (Demonstrating).

13          So, now we're about 25 seconds in.  If I press

14  the "back" button, the same song back to the beginning.

15  Q.     Is zero the beginning of the song?

16  A.     Yes.

17  Q.     All right.  Now, Dr. Almeroth, does something

18  different happen when you hit that same "back" button if

19  you do it at a different time interval?

20  A.     Yes.  Less than three seconds into the song, if I

21  press the "back" button, it will go from the fourth song

22  to the third song.  It uses a three-second threshold.  If

23  more than three seconds has elapsed, it goes to the

24  beginning of the song.  If less than three seconds has

25  elapsed, it goes to the beginning of the previous song in

1  the playlist.

2  Q.     Can you show us that?

3  A.     Sure.

4  Q.     Tell us what you're going to do and then show us.

5  A.     I'm going to hit the "back" button twice.  Once to

6  send it back to the beginning of the song.  It will be

7  less than three seconds, and then I'll hit the "back"

8  button again.  So, back once, back twice (demonstrating).

9  And now we're to the third song on the list, Song 3 of 4;

10  and this is Bruce Springsteen.

11  Q.     Okay.  Finally -- we haven't talked about this yet

12  either, but we'll get to it.  Is there a way that you can

13  look at this playlist, pick any song you want, and go to

14  that song?

15  A.     Yes, sir.

16  Q.     Can you show that, please?

17  A.     If we go back to the menu and we can select "PA

18  Playlist 1," it shows that there are four songs on this

19  playlist and Number 3 is the one that's currently

20  playing.  It has a little speaker icon with sound coming

21  out of it (indicating).

22          And we can use the wheel to move down on any

23  one of these songs, and we can select it.  So, for

24  example, I'll select the song "Pinch Me" and then press

25  the "select" button, the circle inside the larger circle;

1  and it will go and play the first song on the list.

2  Q.    Now, Dr. Almeroth, now that you've selected the

3  first song, could you also have gone to the second song

4  or the third song or any one you wanted to?

5  A.    Yes, that's correct.

6  Q.    Now that we're on the first song, what happens if

7  you push the "back" button two songs when you're on the

8  very first song in the playlist?

9  A.    If I press the "back" button twice, because I'm in

10 repeat mode -- and there's a little icon that represents

11 that I'm in repeat mode -- I'll go back to the beginning

12 of the fourth song.  I'll go from the first song back to

13 the fourth song.  (Demonstrating).

14        So, this is back to the first Sinatra song.

15 Q.    So, when you skip backwards from the beginning in

16 repeat mode, where do you go?

17 A.    To the last song on the playlist.

18 Q.    Okay.  And how about if you skip forwards from the

19 last song?  So, we're at Song 4 of 4.  What's going to

20 happen if you skip forward to the next song now?

21 A.    If I press the "skip" button now, you wrap back

22 around and go to the first song on the playlist.

23 (Demonstrating).  And that's the "Pinch Me" song again,

24 and it says Song "1 of 4."

25 Q.    Is there anything else you wanted to demonstrate

1  right now with that?

2  A.     Those are the functions that I wanted to

3  demonstrate.

4  Q.     Okay.  Dr. Almeroth, did you also perform that

5  same kind of analysis with respect to other versions of

6  the iPod that are laid out there in front of you?

7  A.     Yes, I did.

8  Q.     And that included members of the mini family?

9  A.     Yes.

10  Q.     Did it include members of the nano family?

11  A.     It did as well.

12  Q.     Do they behave in a similar way?

13  A.     Yes, they do.

14  Q.     Dr. Almeroth, I wanted to ask you just quickly

15  about that repeat.  Can you turn the repeat mode off if

16  you want to so it doesn't loop around?

17  A.     Yes, I can.

18  Q.     What happens if you press -- if you're at the end

19  of the playlist, Song 4 of 4, and you're not on repeat

20  mode and you skip -- try to skip forward?

21  A.     The playlist will stop.  And I can demonstrate

22  that if you'd like.

23  Q.     Okay.

24  A.     (Demonstrating).  We'll go back to the menu, to

25  the menu, to the menu.  And now we'll go down to

831

1 "settings," select on "settings," go down to "repeat,"

2 currently set to "all."  And I will change it to "off."

3           Go back to the menu, go back up to playlist,

4 press "select."  Go to "PA Playlist 1" and press

5 "select."  And then we'll go ahead and play the first

6 song; and then we'll skip to the second, skip to the

7 third, skip to the fourth.

8           Okay.  So, now we're on the last song of the

9 playlist.  And if we press the "skip" button again, we'll

10 go back to the top level menu.  That playlist will have

11 completed and playout will stop.

12 Q.     All right.  Now, Dr. Almeroth, I was just curious.

13 You had a second playlist on there, PA 2?

14 A.     Yes.

15 Q.     What's that?

16 A.     It's a second playlist.  What's interesting about

17 this playlist, just to show you, now you have four songs

18 but the first three songs are the same and the last one

19 is different.  It shows you the kind of flexibility where

20 you can have similar playlists even though this iPod only

21 has five songs stored on it.  You have the first three

22 that are common to the two playlists and then a fourth

23 one that's the fourth song on the first playlist and then

24 the fifth song is the fourth song on the second playlist,

25 if you can follow that.

832

1  Q.    All right.  But the point is that you can take the

2  same five songs and arrange them different ways with

3  different playlists?

4  A.    Yes.  That's correct.

5  Q.    All right.  Why don't you go ahead and put that

6  demonstration away, and we'll continue.

7          All right.  Dr. Almeroth, in addition to

8  analyzing the classic 3 the way you just demonstrated,

9  element by element for claim 1 of the '076 patent, did

10 you also do that same kind of analysis, line by line and

11 document by document, for the other 13 iPods -- or other

12 12, I should say?

13 A.    Yes, the other 12.  I did.

14 Q.    And did you look at source code from the other 12

15 iPods?

16 A.    Yes, I did.

17 Q.    Did you do that same kind of analysis you just

18 showed us for those other 12 iPods with respect to the

19 source code?

20 A.    I did.

21 Q.    I show you again Plaintiff's Exhibit 1058 and --

22 which you showed on Friday.  Just remind us.  What does

23 this chart show?

24 A.    This chart shows eight groupings of devices, and

25 they range from classic 3 to nano 5.  Groups 2 and 6 have

1  multiple members to the group.  And then below each of

2  the groupings there is a version number, and that

3  represents the latest version of the source code that

4  runs on those devices.

5  Q.    All right.  Which of these groups -- just to

6  orient us -- is the one that we just went through?

7  A.    That was Group 1.  That was the classic 3.

8  Q.    All right.  Now, for all of the other seven

9  groups, 2 through 8, did you have a similar set of

10 documents that you were able to reference that described

11 the technical features of the members of those groups?

12 A.    Yes, I did.

13 Q.    And referring back to Plaintiff's Exhibit 748A,

14 does that chart list the set of documents for each group?

15 A.    Yes, it does.

16 Q.    I'm showing page 4 now.  At the top of page 4,

17 there is a title.  Can you explain that title, please?

18 And I'll blow it up.

19 A.    This title is for the second group.  This is the

20 group with the three devices.  It had the classic 4 and

21 then the mini Generations 1 and 2.

22        Now, in that grouping, the mini 2 was selected

23 as the representative device.  I could have performed an

24 analysis on the mini Generation 2 and the conclusions

25 that I drew about that device with regard to infringement

834

1  would also apply to the classic Generation 4 and the mini

2  Generation 1.

3  Q.      And who decided that it would be that way?

4  A.      The groupings were done by Apple.

5  Q.      And who decided that the mini 2 was the

6  representative device?

7  A.      That was Apple.

8  Q.      Okay.  I see here under the documents you've

9  listed for that Group 2, there is a listing of classic

10 Generation 4, which looks like it's a member of the

11 group.  Why is that?

12 A.      I did a separate analysis just to make sure that I

13 analyzed all of the devices separately.  So, even though

14 I had the representative Group 2, I also had documents

15 with respect to the classic 4; and then on the next page

16 is also the mini 1.  So, I made sure to look at all of

17 the documents just to make sure that they were consistent

18 and that my opinions with regard to infringement applied

19 to all of the members of the group.

20 Q.      Okay.  So, which group or groups does page 4 of

21 your index, Exhibit 748A for plaintiffs -- which group

22 does that relate to?

23 A.      It relates to Group 2.

24 Q.      All of this page?

25 A.      Yes, sir.  And then all of the next page as well.

835

1  Q.    And when you said "all of the next page as well,"

2  is that mini 1 as another member of that group?

3  A.    Yes, it is.

4  Q.    Okay.  And then for page 6, classic Generation 5,

5  is that one of the groups that you studied?

6  A.    It is.

7  Q.    And does page 6 of Plaintiff's Exhibit 748A list

8  the documents that describe technical features of the

9  classic Generation 5?

10  A.    Yes, it does.

11  Q.    Okay.  Let's remember.  It's classic Generation 5.

12  Which group is that?

13  A.    That's Group 3.

14  Q.    Now, just to make a record -- and let's try to do

15  this quickly -- returning to page 7 of Plaintiff's

16  Exhibit 748A, is this a listing of documents you relied

17  on that provide a technical description for the nano

18  Generation 1?

19  A.    Yes.

20  Q.    And is that Group 4?

21  A.    4, yes, sir.

22  Q.    Similarly, page 8, is that -- of 748A for

23  plaintiffs, does that provide a list of technical

24  documents that describe the nano Generation 2 that you

25  relied on?

836

1   A.     Yes.

2   Q.     And nano Generation 2 is group --

3   A.     5.

4   Q.     Okay.  Pages 9 and 10 of Plaintiff's Exhibit 748A

5   relate to which group?

6   A.     That is Group 6; and it includes the two items,

7   the nano Generation 3 and it also includes the classic

8   Generation 6.

9   Q.     Page 11 of Exhibit 748A, which group is this?

10  A.     This is nano Generation 4, and that's the one item

11  in the seventh group.

12  Q.     Finally, page 12 of Exhibit 748A for plaintiffs,

13  what's shown here?

14  A.     This is the nano Generation 5, and this is the

15  eighth group.

16  Q.     All right.  Now, Dr. Almeroth, when you explained

17  the documents you relied on for the classic Generation 3

18  here at page 3 of Plaintiff's Exhibit 748A, did you do

19  anything to create a summary of the portions of those

20  documents that you relied on to find the elements of the

21  '076 patent?

22  A.     Yes, I did.

23  Q.     And how did you go about doing that?

24  A.     What I looked at was -- for each of the groups,

25  what I tried to do was understand where there were common

1  features that related to the limitations of, for example,

2  the '076 patent and I prepared a chart where for the

3  columns I would identify each of the groups and then for

4  rows I would identify features and characteristics of the

5  devices as they related to the limitations of the claims

6  of the '076 patent.

7  Q.    Could you look now -- I'm not going to put it on

8  the screen; but could you look at Exhibit 771, please?

9  That's in the little skinny extra book where we looked at

10  771A earlier.

11  A.    Yes, sir.

12  Q.    Looking at 771A, is that a document that you had

13  prepared?

14  A.    Yes, sir, it is.

15  Q.    And does 771 for plaintiffs show quotations from

16  the technical documents that you reviewed that are listed

17  on Plaintiff's Exhibit 748A?

18  A.    It does.

19  Q.    Is there anything in that document other than

20  quotations from the technical documents you relied on and

21  quotations from the patent?

22  A.    It does not.

23  Q.    And is Exhibit 771 a summary of the technical

24  documents you reviewed along with Apple's interrogatory

25  answers and the information in those documents that you

1  found helpful to determining whether the claim

2  limitations of the '076 patent were met?

3  A.    Yes.   That's what this document contains.

4          MR. HOLDREITH:   Your Honor, I offer

5  Plaintiff's Exhibit 771 as a summary, under Rule 1006, of

6  voluminous documents.

7          MR. STEPHENS:   Objection, your Honor.

8          THE COURT:   Is it 771 or 771A?

9          MR. HOLDREITH:   Your Honor, I had offered 771A

10 previously, which was source code.   This is 771, which is

11 a summary of the technical documents that we went through

12 at the beginning of the analysis.

13         THE COURT:   Okay.   Ladies and gentlemen, it is

14 5:00, which comes at a handy time.   So, we're going to

15 break for the evening.   We'll start again tomorrow

16 morning on the schedule we've been on before.   We'll

17 start at 8:30 and your lunch will be brought in at noon

18 as before and we'll break sometime probably right at 5:00

19 or shortly thereafter.

20         Again, please remember my instructions.   Don't

21 discuss the case with anybody.   Definitely do not let

22 anybody discuss the case with you in any way, shape, or

23 form.   If somebody should try to do that -- and, of

24 course, I'm not talking about, as I said before, someone

25 saying, "What were you doing today?"   But if someone is

839

1  trying to find out what happened or talk to you about it,

2  get their name and report it to the court security

3  officer.  And, again, please don't try to do any outside

4  research.  I'll see you tomorrow at 8:30.

5           (The jury exits the courtroom, 5:01 p.m.)

6           THE COURT:  You can step down, sir.

7           THE WITNESS:  Thank you, sir.

8           THE COURT:  All right.  Let me understand,

9  because 771A wasn't admitted.  I said I would allow him

10  to talk about it because it was covering a lot of claims

11  that we haven't reached and then I would decide on 771A.

12           But now you're wanting to bring in 771 as a

13  summary under 1006?

14           MR. HOLDREITH:  Yes, sir.

15           THE COURT:  And this is basically I think the

16  one that I had ruled on before, and I think I had

17  sustained the objection pointing specifically to the

18  deposition extracts, right?

19           MR. HOLDREITH:  That's right, your Honor; and

20  this is the same document with the deposition extracts

21  removed.

22           THE COURT:  Okay.  Mr. Stephens, state your

23  objection.

24           MR. STEPHENS:  Sure.  This is not a proper

25  summary of evidence under Rule 1006.  It's really their

1  infringement contentions.  It's essentially the same

2  thing as what was attached to Dr. Almeroth's report with

3  the deposition portions taken out.

4          If this is a summary of evidence, your Honor,

5  1006 has no real meaning because you can put any evidence

6  you want into a document and then move it into evidence

7  under 1006.  This is a compilation of a lot of things

8  that Dr. Almeroth did not testify about and some things

9  that he did put together into a claim chart to support

10 their allegations of infringement.  It's just their

11 infringement contentions.

12         THE COURT:  Okay.  Point to me the items about

13 which he did not talk about, about which he did not

14 speak.

15         MR. STEPHENS:  So, for example -- well, your

16 Honor, it's kind of hard with 130 pages of material here

17 to go through; but I believe --

18         THE COURT:  Well, let me -- counsel -- and

19 this is to both sides.  The rules on summaries are

20 somewhat restrictive.  Now, the Fifth Circuit cases give

21 me some leeway.  And, for example, many courts will allow

22 an attorney to go through with a witness, say, a

23 timeline, on April 1 you did thus-and-so and April 2 you

24 did thus-and-so, and I've even seen it where the next

25 witness comes in and more points are put in and at the

1  end you have a timeline and that can be allowed, without

2  reversible error, in as an exhibit basically constructed

3  almost on the spot as a timeline.

4          Now, technically it's not a summary of

5  underlying documents; and there are cases, especially

6  financial document kinds of cases, where summaries will

7  be put together.  I'm concerned -- well, in patent cases

8  I think some leeway has to be given to attorneys in an

9  attempt to provide something to juries because --

10 especially a case like this.  I mean, this isn't a nuts

11 and bolts or a little piece on a motorcycle case or a

12 tractor.  This is much more complicated.

13         So, on one hand I am inclined to allow some

14 leeway in allowing development of the evidence.  And you

15 take a look at the rules of evidence and how they're to

16 be interpreted.  But on the other hand, to put into a

17 summary things that were not discussed --

18         MR. STEPHENS:  And I can give you specific --

19         THE COURT:  -- is not appropriate and then

20 also things that are not -- for example, the pictures

21 of -- I mean, if, for example, the page -- on page 1 --

22 in other words, it has a page that shows the iPod and it

23 says, "iPod Classic Third Generation User Guide, page" --

24 and it gives a page number.  If that is, in fact, a page

25 of the user guide, that would seem to me to be the kind

842

1  of thing you might be able to include in a summary.

2          But then if we take a look at pages 2 and 3, 2

3  says it's from the specification; but I can't tell if

4  that's a picture with something -- or if that's what's

5  actually on that specification page.

6          And then on page 3 of the exhibit, those seem

7  to just be a couple of pictures.

8          So, those aren't really summaries of

9  underlying documents.  That's just a couple of

10 photographs which you could have in -- you don't really

11 need that in a summary.

12         So, that, in effect, in my mind covers some of

13 the problems -- you know, some would appear to be within

14 the kind of leeway I would see possible in this kind of

15 case.

16         Now, pages that simply weren't discussed,

17 that's a little much because -- it's what I've discussed

18 before.  To just simply dump on the jury, let's say, a

19 book of source code wouldn't do them much good.

20         So, what I'd like is for counsel to

21 discuss and let's see if we can get together on or if you

22 can get together on what pages flat weren't discussed.

23         Do you have an example?

24         MR. STEPHENS:  I have several examples, your

25 Honor.

 1            THE COURT:  All right.  Give me the first one.

 2            MR. STEPHENS:  Okay.

 3            THE COURT:  Page --

 4            MR. STEPHENS:  Well, there's one on page 4.

 5            THE COURT:  Okay.  Page 4.

 6            MR. STEPHENS:  Element 1A, there is a

 7  discussion of audio file formats supported by the iPod.

 8  There is no discussion of that --

 9            THE COURT:  Okay.  Well, this chart, is this a

10  page from -- what is it?

11            MR. STEPHENS:  Your Honor, I was referring to

12  the chart.

13            MR. HOLDREITH:  What it is, it's an excerpt

14  from the third generation user guide that was -- the user

15  guide was discussed by Dr. Almeroth.  We haven't gotten

16  to this page yet.  We will.  And this is just a quotation

17  straight out of that user guide --

18            THE COURT:  Okay.  You say this is a

19  quotation.  Because you've shown some exhibits that look

20  very similar to this.  So, you're saying that what's in

21  that large box to the right of 1A and to the right of the

22  claim under the heading "infringement evidence" on page

23  4, that's just simply a copy of what's in the user

24  guide --

25            MR. HOLDREITH:  Yes, sir.

1          THE COURT:  -- as referenced?

2          MR. HOLDREITH:  Yes, sir.

3          THE COURT:  Okay.  All right.  So, that's a

4   user guide reference; and here we have that.

5          Okay.  Now, Mr. Stephens, why shouldn't they

6   be allowed to use -- are you saying that whole page just

7   simply wasn't discussed?

8          MR. STEPHENS:  Well, what I'm saying is that

9   they've put in lots of pieces of evidence that there has

10  been no discussion about.  That's one example.

11         Another good example is on page 60 where they

12  talk about whole software packages that are not

13  discussed --

14         THE COURT:  Okay.  Well, let me -- let's get

15  to it.

16         MR. STEPHENS:  It's one thing for him to

17  testify about a document and another thing to say that he

18  could just go through very large documents and pull out

19  pieces here and there and put them all into a 130-page

20  document.

21         One other point I'd like to make, too, your

22  Honor, these summaries fill an entire bankers box.  I

23  don't know what a jury is going to do with that.  We're

24  talking about maybe a thousand pages.  This is not a

25  summary that's going to be usable in any meaningful way

845

1  by the jury.  This is about protecting the record by

2  moving into evidence things there has been no testimony

3  about.

4          MR. HOLDREITH:  Your Honor, if I may be heard,

5  I have a comment on that.

6          THE COURT:  Well, for example -- and maybe

7  it's -- well, it would seem that any particular page of

8  an Apple document could come in.  I mean, if you've got,

9  say, an Apple user manual for the iPod classic, I mean,

10  what kind of objection could you have if a witness was to

11  bring that in and introduce that as this is page 52 of

12  the iPod manual?

13          I suppose you could introduce some other pages

14  if you thought that wasn't complete but --

15          MR. STEPHENS:  Let me explain.

16          THE COURT:  -- could you argue that he could

17  not get in, say, page 52 of the user manual?

18          MR. STEPHENS:  That's not the issue.

19          THE COURT:  Okay.

20          MR. STEPHENS:  He could certainly get in page

21  52.

22          THE COURT:  All right.

23          MR. STEPHENS:  What he could not get in is his

24  unexpressed opinion that that particular page maps onto

25  element 1E, for example.  I'm making that up, of course.

 1  And that's what this is for.  It's not to get in that

 2  page of the document.  Those are already in evidence, or

 3  they certainly could be admitted.  We have no objection

 4  to that at all.

 5         THE COURT:  Okay.  So, your concern, then, is

 6  really more the use of the summary when he hasn't stated

 7  the opinions on that.

 8         MR. STEPHENS:  Exactly.  The use of things he

 9  has not testified as actually supporting his opinion to

10  bolster his opinion through a very voluminous collection

11  of documents, thousands of pages, that are clearly

12  intended just for purposes of appeal, without any actual

13  testimony in the courtroom on --

14         THE COURT:  Well, let's be fair.  Most of what

15  you're going to put in is for purposes of appeal, too.  I

16  mean, in this kind of a case, learned counsel -- I mean,

17  skilled counsel on both sides are keeping a close eye on

18  that.  I assume you've probably got appellate lawyers on

19  both sides.  So, let's not throw stones on the fact that

20  it's for appeal.

21         The concern I have -- and this is directed to

22  Personal Audio -- is almost exactly what Mr. Stephens is

23  saying.  The Fifth Circuit cases say I can allow in a

24  summary and I think actually in a case like this

25  summaries and even almost demonstratives could be

1   admissible with the proper instruction -- and this is

2   what the cases also say -- that, you know, "Ladies and

3   gentlemen, this is not in and of itself evidence.  This

4   is what the witness says are the pieces of evidence that

5   apply.  You, of course, will have to examine the

6   underlying pieces of evidence and you must determine" --

7   I mean, it's -- the instruction is along that line as

8   indicated by the cases.  And they also -- those cases

9   teach that I need to be very careful about that.

10          Now, the ones that he went through on claim 1,

11  I think that I would allow a chart with those pages that

12  he actually talked about up against the claims as, in

13  effect, a summary or demonstrative that they could have

14  with them to aid them in their deliberations so that when

15  they're saying, "All right.  What was said about 1A,"

16  they would know what to look at and they could look at

17  the piece of evidence that it refers to.

18          I can see counsel making an objection to that,

19  but I think it's going to be hard enough for the jury to

20  figure out what's going on.  And, so, I think if the

21  experts wanted to do that to kind of give them a map,

22  here is the claim piece or here is the invalidity

23  contention and here is the piece of evidence you should

24  go look at, with the proper instruction from me,

25  something like that might be -- I might consider doing

1  that.

2          But right now I think Mr. Stephens is correct

3  that a lot of this he has not discussed in connection

4  with anything.  I mean, some of these are similar; and I

5  guess the analysis that he went through on claim 1 with

6  the classic is probably similar to what he's going to do

7  with the same claims on the other versions of the iPod.

8  But then what are you left with on appeal with -- you've

9  got your evidence in the record and then you've got what

10 I'm going to allow in with a summary and technically

11 that's not going to be evidence.  That's going to be kind

12 of a road map to evidence that needs to be introduced.

13         MR. HOLDREITH:  Yeah.  So, your Honor, our

14 intention is precisely to first help the jury get through

15 this very large volume of evidence which I think is

16 exactly what Rule 1006 is for; and we certainly are

17 trying to find an efficient way for the court and for the

18 jury to get through a huge volume of documents.

19         The documents which are quoted in this chart

20 are all on the admitted list without objection.

21         THE COURT:  Admissible.

22         MR. HOLDREITH:  Admissible.  Excuse me.

23 Admissible list without objection.

24         So, there is no objection to the underlying

25 evidence.  We're walking through it as much as we can and

1  we'll be going through more of it and Dr. Almeroth will

2  be providing opinions.  For example, he says, "Look,

3  there is a user guide for each one of these 13 devices

4  and it has similar information to what I've presented to

5  you here."  We do have a chart like this, just to tell

6  the court where we're going.  You know, there is a 772

7  and '73 and all of the way up to, I believe, '91 maybe.

8  So, I think we have -- I think we have 13 of these

9  things, 12 or 13.

10          THE COURT:  Yeah, but you've asked me to admit

11  this chart before you even -- I mean, you're already up

12  to claim 14; and it hasn't even been discussed.  All

13  you've talked about so far is claim 1.

14          MR. HOLDREITH:  Certainly happy to go through

15  all of the claims first.  We are going to do that.  I

16  won't do it quite this way.  We'll point out differences

17  and be a lot more efficient.  And after I have the

18  witness talk about the evidence for all those other

19  claims, reoffer this exhibit.

20          But it is simply excerpts of admissible

21  evidence.

22          THE COURT:  Okay.  Then when you have gone

23  through the evidence that you say is -- I'm going to

24  sustain the objection for now.  When you have gone

25  through all of that evidence that you say is in there, go

1  ahead and offer it again.  I'll allow Mr. Stephens to

2  object.  And what I'm going to want is very -- I mean, if

3  it's a page from an Apple manual, user guide, whatever

4  that's on the admissible list and the witness has talked

5  about it, then that's one thing.  If it's things that

6  aren't there at all, that's another.  And I'm going to --

7  and I've got in my mind what the instruction would be.

8  I've used it in the past, and I'll just have to -- but

9  it's basically going to be an instruction to the jury

10 that they're going to look at this basically for purposes

11 of a -- basically a summary but not as evidence and

12 telling them that they need to look at the underlying

13 evidence and documents.  This is just barely where it --

14 I mean, that's a -- like I say, that kind of instruction

15 I'm going to draft out so I can read it very clearly to

16 them.

17        I will consider that at that time if you've

18 gone through all of this, but I think Mr. Stephens is

19 correct at this point.  To just let this in and all these

20 things come in -- I think you would be cutting your own

21 throat actually because the higher court would look at

22 that and say, "No, that's just too much.  The trial court

23 gets some discretion, not that much."  Okay?

24        And then, of course, when they get to that

25 point, you'll be in a position then to see what

1  they've -- how they have set this up.  And you may be

2  considering this for your expert also.

3         It is confusing, and we all know that.  You

4  have a claim.  You have a bunch of elements.  How do you

5  put it to a jury so that when they're looking at, say,

6  claim element 1A, what are the pieces of evidence you

7  want them to look at and what are the pieces of evidence

8  you want them to look at, either for infringement or

9  invalidity.

10        I can see this as a legitimate way under the

11 rules to be done, as long as the jury is clearly

12 instructed.  Now, I don't think these charts or summaries

13 should have somebody else's interpretation of what the

14 manual says.  If this is an actual copy of a page or half

15 a page from the manual, that's one thing.  But to have an

16 expert say, "Well, on page" -- or "In such-and-such a

17 manual, they admitted" -- that's not proper either.

18        And then just to have -- I'm not sure what the

19 benefit is of having the photographs, unless it was a

20 photograph contained in the manual.

21        MR. HOLDREITH:  There are three kinds of

22 photographs in there.  I can explain if the court would

23 like.

24        THE COURT:  Okay.  Well, I'm just telling you.

25 Just a flat photograph of like this one on page 3 on the

852

1 top, that looks like something that probably you or the

2 doctor took on a table.

3          MR. HOLDREITH:  It's one of the physical

4 exhibits --

5          THE COURT:  Sure.

6          MR. HOLDREITH:  -- that he's talked about.

7          THE COURT:  Well, that doesn't need to be in

8 the summary.  I mean, you can argue and hold those up to

9 the jury and so forth.

10          Now, the diagram that was in somebody's

11 manual, that's a little different.  If that was actually

12 a page out of the manual, fine.

13          MR. HOLDREITH:  It is.

14          THE COURT:  Okay.  But I think you need to go

15 through this with some care, just -- well, like here

16 there is a -- it looks like pages 3 and 4 are almost

17 exactly -- they are the same.  It's kind of duplicative

18 when they're just photographs.

19          So, I'm going to sustain the objection at this

20 time.  I'm not saying at the end you won't be able to get

21 in some kind of a demonstrative that the jury will be

22 able to use as an aid to looking at the evidence, but

23 they're going to be instructed that that in and of

24 itself -- his summary or his opinion is not the evidence.

25 They've got to remember what he testified and then look

853

1  at the piece of evidence.

2          MR. HOLDREITH:  I think an instruction is

3  entirely appropriate, your Honor.

4          MR. STEPHENS:  Thank you, your Honor.

5          THE COURT:  Okay.  All right.  Anything else

6  that needs to be taken up outside the presence of the

7  jury at this time?

8          MR. CORDELL:  Your Honor, I do have a

9  housekeeping issue.

10          THE COURT:  All right.

11          MR. CORDELL:  We have a witness that we were

12  going to call a little later and we just hoped we were a

13  little further along by this time and he's working for a

14  different company now and he's got commitments on

15  Wednesday morning back in California.  We were hoping to

16  take him out of order tomorrow at some point.  And we'll

17  leave to the plaintiff when they would like to hear from

18  him.

19          THE COURT:  Who is it?

20          MR. CORDELL:  It's Tony Fadell.  It's someone

21  they had on their list and they want to talk to as well.

22          THE COURT:  About how long do you think you're

23  going to have him on?

24          MR. CORDELL:  I think it's maybe 45 minutes or

25  so.  Is that --

854

1              MR. STEPHENS:  Maybe an hour.

2              MR. CORDELL:  Maybe an hour, 45 minutes to an

3    hour.

4              THE COURT:  All right.  And let me hear from

5    Personal Audio.

6              MR. SCHUTZ:  Your Honor, Mr. Fadell is one of

7    the witnesses whose documents were produced late.  We had

8    an additional deposition that the court ordered on him,

9    just for the context of who Mr. Fadell is.

10             He's under contract to Apple at $10,000 a

11   month.  I understand he's got some scheduling thing.  We

12   would object to him being inserted into our case.  I'm

13   not sure what steps they've taken to see if he can stay

14   over.

15             If he is inserted into our case, we'd like to

16   call him then adverse so that I can cross-examine him

17   first.  I think it's unfair for them just to start their

18   case with their first witness on direct in the middle of

19   our case.

20             THE COURT:  And you had him on your witness

21   list anyway?

22             MR. SCHUTZ:  I think -- I'm not sure we had

23   him on our witness list.

24             Yeah.  I mean, one of the agreements we had

25   come to, your Honor, was that any witnesses that we

1  designated and they counter-designate -- well, the

2  agreement we reached was we would not be deemed to have

3  rested until these witnesses that we were going to call

4  adverse in our case testified in their case.  And, so,

5  the plan would have been Mr. Fadell would testify in

6  their case; we would be able to cross-examine him with no

7  limitations on scope as if we had called him adverse in

8  our case; but that was going to happen in their case.

9              THE COURT:  Slow down a minute.  Let me look

10  at the pretrial order here.

11             MR. SCHUTZ:  Your Honor, the --

12             THE COURT:  Okay.  Originally -- let me ask

13  Mr. Cordell.  Originally Apple agreed that they wouldn't

14  pull him out of order but you would make some

15  arrangements on the JMOL and so forth.  If you're wanting

16  him out of order, why shouldn't they just go ahead and

17  question him first?

18             MR. CORDELL:  The way it unfolded, your Honor,

19  is that we put our list in; they put theirs in.  I don't

20  recall -- and I can't verify -- whether or not they

21  originally meant to call Mr. Fadell.  But the court's

22  order, I believe, made clear that we were to call each

23  witness once and only once.

24             THE COURT:  Right.

25             MR. CORDELL:  And that was the genesis of our

856

1  agreement that they could then just call them in our

2  case.

3        The alternative that Mr. Schutz was facing at

4  the time was to actually put them on by deposition.  He

5  was going to play their deposition testimony in his case;

6  and then we would have them live later in our case, I

7  believe is the way -- the situation --

8        MR. SCHUTZ:  That's not --

9        THE COURT:  Well, wait, wait, wait.  All I'm

10 asking is that you're wanting him out of order.  You had

11 agreed that actually you'd take him and they wouldn't

12 call him or they wouldn't bring him by either deposition

13 or whatever.  What is the problem, if you want to bring

14 him in during the middle of their case, that they just go

15 ahead and bring him as an adverse witness and you put on

16 whatever you want to put on with him?

17       MR. CORDELL:  Obviously, your Honor, we'd like

18 to present him to the jury on direct.  I mean, that's --

19 we feel like the jury ought to meet the witness and

20 understand what he's all about before we get into the

21 issues that I'm sure Mr. Schutz wants to explore with

22 him.

23       He is under a consulting agreement with Apple,

24 and I'm sure Mr. Schutz is going to play that out in

25 front of the jury.  I'd like them to get to know him a

 1  little bit before Mr. Schutz begins to barb at him a

 2  little bit.

 3          THE COURT:  Well, I think under these

 4  circumstances, because you're in the middle of his expert

 5  witness, if you want him to come -- it will have to be

 6  tomorrow, right?

 7          MR. CORDELL:  It will be tomorrow, yes.

 8          THE COURT:  If you want him tomorrow, then --

 9  how long do you think you're going to have him, on

10  Personal Audio's side?

11          MR. SCHUTZ:  On adverse cross?

12          THE COURT:  Yeah.

13          MR. SCHUTZ:  Half-hour to 45 minutes, I

14  suspect.

15          THE COURT:  Okay.  So, we're talking about two

16  hours.

17          If you want to do that, since this is still

18  Apple's [sic] case-in-chief, let them call him -- or let

19  them talk to him first.  It's always a danger to get

20  somebody else's witness in the middle of your case, even

21  if you wanted to call him.  And then you can go ahead and

22  let him have the last good word about what a great guy he

23  is and you're telling them all the good stuff and then --

24  hopefully from your point of view, hopefully that's the

25  impression the jury will have of him as he walks out the

858

1  door is he's a good guy rather than after Mr. Schutz has

2  torn him to pieces.

3          MR. CORDELL:  Well, let's hope, your Honor.

4  Can we have an understanding, then, that he'll follow

5  Dr. Almeroth?

6          THE COURT:  Do you think he's going to be over

7  tomorrow?

8          MR. HOLDREITH:  Definitely.

9          MR. SCHUTZ:  The plan is to have him over

10  tomorrow.  What we would like to have is Dr. Almeroth to

11  finish and then have him come before we call

12  Mr. Nawrocki.  I think that will make more sense,

13  provided the time works out.

14          MR. CORDELL:  I take the court's concern to

15  heart.  However, I mean, if Dr. Almeroth is still on the

16  stand at noon tomorrow, perhaps we should --

17          THE COURT:  Yeah.  I would think that if

18  Dr. Almeroth is not through by noon, then -- or at least

19  if his direct is not through by noon -- say at 1:00 why

20  don't we have this gentleman -- and Personal Audio can

21  direct him or adverse direct him and then you can direct

22  him or cross-direct him and then he'll be allowed to

23  leave and then you can either finish up with Dr. Almeroth

24  or then we'll go into cross on Dr. Almeroth.

25          MR. CORDELL:  That sounds fine, your Honor.

1  Thank you.

2          THE COURT:  But I just -- I'd be stunned if

3  you can get through all of the other claims and the --

4  you've only gotten through one claim so far, right?

5          MR. SCHUTZ:  That's right, your Honor, and

6  there are going to be some additional -- I'm speaking for

7  Mr. Holdreith; but in light of the issue on the 1006

8  summaries, I think we're going to be left with having

9  Dr. Almeroth at least touch upon the 150 or so exhibits

10 that support his opinion.  I don't think we have any

11 choice but to at least at some level have him discuss

12 each of those exhibits because we had attempted to bypass

13 that by introducing the 1006 summaries as actual evidence

14 which --

15         THE COURT:  Well, I think he's got to mention

16 the other claims.

17         MR. SCHUTZ:  And he's got to mention the other

18 claims as well, yes.  Yes.  But we have a procedure for

19 trying to short-circuit the analysis on the other claims

20 because there's a lot of overlap in some of the other --

21         THE COURT:  Well, and I've seen witnesses do

22 that, too; but I'd be just very careful about a record

23 that didn't relate evidence to claims and opinions to

24 claims.  I think your record -- in fact, if I was looking

25 at an appeal from Apple's point of view, I might just let

860

 1  them do that and see if --

 2          MR. CORDELL:  In retrospect, your Honor, I'm

 3  wondering --

 4          THE COURT:  I don't know what they would do

 5  honestly.  I mean, I really don't.  I'm concerned about

 6  letting it go forward that way.  I'm not --

 7          MR. SCHUTZ:  Well, I didn't mean to

 8  short-circuit it, your Honor.  What will happen is the

 9  witness will walk through the other claims and the

10  elements and he will spend more time on touching each of

11  these exhibits than he might otherwise have if --

12          THE COURT:  I mean, it's one thing to say, "Is

13  this the page of the nano that's similar to the page that

14  we talked about for that," "Do they say basically the

15  same thing," and then move along.

16          I mean, however you want to do it.  But to

17  just not mention it at all or to say, "Yeah, there's a

18  bunch of similar stuff here.  Let's move," I think that's

19  a little touchy.

20          MR. SCHUTZ:  We understand that, your Honor.

21          THE COURT:  Okay.

22          MR. SCHUTZ:  We have a plan for dealing with

23  that.

24          THE COURT:  Okay.  So, at 1:00 we'll plan on

25  this witness; and that actually may be a welcome break

1  for the jury, too.

2          MR. SCHUTZ:  And then just one clarification

3  on Mr. Fadell, your Honor, just so there is no

4  misunderstanding.  Of course I will be cross-examining

5  him; and they will be directing him --

6          THE COURT:  Uh-huh.

7          MR. SCHUTZ:  -- under our normal procedure

8  which I think should apply in this case.  At 7:00 they

9  need to disclose the documents they're going to use to

10 examine him.  I don't have to disclose what I'm going to

11 use to cross-examine him, just as we've done with all of

12 the other witnesses.  I don't see why that procedure

13 should be changed.

14         I get advanced notice of what they're going to

15 do on direct in this case.

16         MR. CORDELL:  Your Honor, couldn't that be the

17 price that Mr. Schutz pays for going first?  I mean,

18 that --

19         THE COURT:  Well, you're asking the guy to

20 come in.  I mean, it's presumably something that you want

21 for your case.

22         MR. CORDELL:  We do.

23         THE COURT:  And you're establishing something

24 either on invalidity or noninfringement or something

25 along that line.  So, I mean, he is your witness.  Go

1  ahead and disclose what's going on, and then we'll just

2  take it from there.

3          MR. SCHUTZ:  Thank you, your Honor.

4          MR. CORDELL:  We'll do it.  Thank you, your

5  Honor.

6          THE COURT:  Okay.  Anything else, then, from

7  Personal Audio's point of view?

8          MR. SCHUTZ:  Nothing else, your Honor.  Thank

9  you.

10          THE COURT:  What about from Apple's point of

11  view?

12          MR. CORDELL:  No, your Honor.  Thank you.

13          THE COURT:  All right.  In that case we are

14  through for the evening.  We're in recess.  I'll see you

15  tomorrow morning.

16          (Proceedings adjourned, 5:35 p.m.)

17  COURT REPORTER'S CERTIFICATION

18          I HEREBY CERTIFY THAT ON THIS DATE, JUNE 27,

19  2011, THE FOREGOING IS A CORRECT TRANSCRIPT FROM THE

20  RECORD OF PROCEEDINGS.

21          *Christina Bickham*

22  CHRISTINA L. BICKHAM,    CRR,    RMR

23

24

25

863

## $

**$10,000** [1] - 854:10
**$500** [1] - 700:4
**$550** [1] - 700:6

## '

**'076** [25] - 711:15, 722:25, 723:5, 730:2, 746:14, 748:11, 755:5, 771:11, 777:14, 777:18, 795:22, 800:8, 800:16, 803:9, 809:8, 818:21, 819:9, 819:14, 819:21, 819:24, 832:9, 836:21, 837:2, 837:6, 838:2
**'178** [1] - 730:3
**'73** [1] - 849:7
**'91** [1] - 849:7
**'96** [1] - 730:2
**'accepting'** [1] - 749:9

## /

**//** [1] - 782:20

## 0

**0s** [3] - 693:13, 757:16, 757:21

## 1

**1** [64] - 664:4, 673:1, 675:20, 678:4, 678:5, 678:15, 701:8, 701:11, 702:18, 706:4, 714:14, 714:15, 724:6, 724:25, 728:21, 729:14, 730:8, 730:9, 730:14, 730:19, 739:21, 746:14, 746:19, 747:10, 748:10, 749:13, 754:9, 767:23, 777:14, 777:17, 777:18, 784:24, 795:22, 797:8, 809:17, 810:15, 810:20, 811:4, 819:14, 819:21, 819:24, 822:13, 824:11, 824:24, 825:14, 825:17, 828:18, 829:24, 831:4, 832:9, 833:7, 833:21, 834:2, 834:16, 835:2, 835:18, 840:23, 841:21, 847:10, 848:5, 849:13
**1.8-inch** [1] - 722:17
**10** [6] - 688:19, 689:4, 715:10, 715:16, 771:12, 836:4
**1003** [1] - 708:21
**1004** [1] - 729:20
**1006** [2] - 774:13, 777:6, 777:21, 777:25, 838:5, 839:13, 839:25, 840:5, 840:7, 848:16, 859:7, 859:13
**1010** [1] - 770:24
**1011** [1] - 671:19
**1027** [2] - 723:21, 732:20
**1033** [3] - 712:21, 712:25, 713:3
**1035** [2] - 749:2, 753:1
**1037** [2] - 755:24, 771:15

**1040** [4] - 803:8, 803:12, 803:24, 818:25
**1058** [1] - 832:21
**1059** [3] - 666:15, 666:19, 666:20
**1060** [3] - 666:15, 666:19, 667:17
**1062** [2] - 666:17, 666:19
**108** [10] - 663:10, 663:11, 663:16, 663:17, 664:8, 664:9, 664:10, 677:19, 678:19, 678:21, 678:22, 705:10, 705:19, 731:13, 731:15, 762:15, 762:23, 769:24
**11** [5] - 688:17, 689:4, 751:19, 797:7, 836:9
**1112** [1] - 817:20
**112** [2] - 678:16, 678:17
**115.2** [1] - 739:23
**12** [8] - 731:14, 771:12, 832:12, 832:13, 832:14, 832:18, 836:12, 849:9
**120** [5] - 782:7, 782:8, 782:9, 782:10, 788:18
**121** [1] - 782:8
**13** [15] - 675:17, 676:21, 681:16, 683:12, 686:19, 694:7, 771:12, 809:10, 809:20, 810:5, 810:24, 832:11, 849:3, 849:8, 849:9
**130** [1] - 840:16
**130-page** [1] - 844:19
**1308** [1] - 717:15
**14** [4] - 689:10, 754:11, 777:19, 849:12
**15** [2] - 697:7, 713:1, 722:20, 777:19
**150** [1] - 859:9
**150-page** [1] - 737:6
**16** [1] - 697:7
**161** [2] - 663:3, 687:23
**170** [1] - 697:12
**174** [1] - 717:15
**18** [1] - 827:11
**187** [2] - 664:24, 821:10
**19** [1] - 716:12
**194** [2] - 816:11, 816:13
**195** [1] - 816:23
**196** [4] - 790:15, 793:14, 813:6, 813:7
**1996** [3] - 711:25, 738:12, 751:18
**1999** [2] - 717:16, 738:8
**1:00** [4] - 666:2, 668:13, 858:19, 860:24
**1A** [11] - 701:11, 707:22, 708:7, 712:11, 713:2, 713:5, 722:24, 843:6, 843:21, 847:15, 851:6
**1B** [10] - 666:24, 667:5, 667:10, 669:21, 701:11, 723:5, 723:22, 746:14, 748:10
**1C** [5] - 673:24, 748:15, 749:2, 755:4, 800:21
**1D** [13] - 755:9, 756:9, 756:16, 770:10, 770:25, 771:14, 771:19, 776:22, 781:3, 796:1, 798:13, 798:17, 800:8
**1E** [4] - 800:14, 800:16, 802:6, 845:25
**1F** [10] - 802:13, 802:16, 803:9, 803:24, 818:20, 819:2, 819:4, 819:7, 819:9, 819:10
**1s** [3] - 693:13, 757:16, 757:21

## 2

**2** [40] - 675:21, 675:22, 677:25, 678:1, 714:14, 725:1, 728:21, 729:14, 730:9, 730:14, 730:16, 739:22, 747:10, 767:24, 773:6, 777:18, 784:24, 809:17, 811:4, 815:7, 822:13, 824:12, 825:15, 825:17, 826:10, 831:13, 832:25, 833:9, 833:21, 833:22, 833:24, 834:9, 834:14, 834:23, 835:24, 836:2, 840:23, 842:2
**200** [5] - 697:12, 698:24, 788:18, 788:19, 789:7
**2001** [23] - 703:10, 705:4, 711:17, 711:21, 712:4, 712:8, 730:3, 730:15, 730:24, 734:1, 734:9, 734:13, 737:3, 738:3, 738:9, 738:15, 741:5, 743:5, 750:18, 762:1, 799:15, 799:20, 820:13
**2002** [1] - 730:24
**2003** [2] - 730:17, 730:25
**2009** [2] - 699:2, 730:3
**2011** [5] - 666:2, 764:23, 765:2, 797:7, 862:19
**21** [1] - 771:12
**22** [1] - 796:25
**23,000** [1] - 697:4
**233** [1] - 771:7
**235** [4] - 771:7, 817:7, 817:11, 817:21
**237** [1] - 771:7
**239** [1] - 771:7
**25** [3] - 722:13, 771:13, 827:13
**25,000** [4] - 698:21, 768:3, 780:10, 810:12
**2500** [1] - 715:22
**256** [3] - 796:17, 796:24, 797:8
**257** [1] - 797:8
**261** [1] - 771:7
**27** [3] - 666:2, 754:9, 862:18
**2714** [2] - 695:18, 696:2
**28** [1] - 670:22
**28th** [2] - 764:23, 765:2
**2:00** [1] - 717:7
**2:06** [1] - 721:4
**2:16** [1] - 721:4

## 3

**3** [105] - 666:2, 675:23, 676:4, 677:11, 677:12, 677:20, 678:10, 678:17, 679:19, 679:20, 683:10, 687:21, 689:24, 694:23, 696:22, 702:10, 702:21, 714:3, 714:19, 714:21, 715:4, 716:1, 716:6, 716:11, 721:11, 722:25, 724:11, 728:23, 729:15, 730:17, 730:18, 737:10, 746:13, 746:20, 747:3, 748:11, 749:17, 753:23, 754:24, 755:3, 756:15, 757:7, 758:12, 759:6, 759:17, 759:24, 760:3, 760:9, 762:11, 765:23, 766:8, 766:11, 766:15, 766:19, 766:23, 767:20, 767:24, 770:4, 771:6, 773:5, 775:19, 777:19, 781:4, 782:2,

784:24, 798:15, 800:9, 802:6, 802:8, 803:22, 806:13, 808:15, 808:23, 809:7, 809:8, 809:24, 810:19, 815:23, 819:8, 819:15, 819:20, 819:25, 820:6, 820:10, 820:17, 820:18, 821:7, 825:25, 826:6, 826:8, 826:10, 828:9, 828:19, 832:8, 832:25, 833:7, 835:13, 836:7, 836:17, 836:18, 842:2, 842:6, 851:25, 852:16
**30-pin** [1] - 728:12
**300** [5] - 695:6, 766:22, 773:10, 782:3, 808:23
**300-page** [1] - 767:20
**304** [5] - 663:12, 664:1, 682:2, 715:3, 748:7
**305** [2] - 679:21, 682:1
**32** [3] - 670:21, 715:14, 754:13
**325** [13] - 663:1, 663:13, 663:14, 663:15, 663:25, 664:5, 684:24, 716:5, 716:13, 722:13, 748:5, 759:2, 759:3
**329** [2] - 683:2, 683:4
**334** [1] - 687:24
**34-page** [1] - 685:3
**35** [2] - 827:1, 827:10
**36** [2] - 754:7, 754:8
**3975** [1] - 816:21
**3:13** [1] - 764:20
**3:19** [1] - 768:16
**3:29** [1] - 768:16
**3:30** [1] - 769:15
**3rd** [1] - 703:10

**4**

**4** [40] - 675:23, 727:13, 730:19, 732:20, 732:24, 738:19, 749:13, 784:24, 824:24, 825:14, 825:15, 825:25, 826:7, 826:8, 826:10, 826:15, 827:7, 828:9, 829:19, 829:24, 830:19, 833:16, 833:20, 834:1, 834:10, 834:15, 834:20, 835:20, 835:21, 836:10, 843:4, 843:5, 843:23, 852:16
**4039** [1] - 816:25
**4123** [2] - 793:13, 814:10
**4139** [1] - 795:1
**44** [2] - 762:22, 769:25
**4443** [1] - 789:17
**4459** [1] - 790:7
**45** [3] - 853:24, 854:2, 857:13
**46** [3] - 765:23, 766:18, 766:19

**5**

**5** [11] - 675:23, 730:9, 784:24, 805:25, 808:3, 832:25, 835:4, 835:9, 835:11, 836:3, 836:14
**50** [4] - 764:22, 764:24, 765:4, 765:7
**5002** [1] - 704:14
**52** [3] - 845:11, 845:17, 845:21
**5:00** [2] - 838:14, 838:18
**5:01** [1] - 839:5

**5:35** [1] - 862:16

**6**

**6** [12] - 705:18, 711:20, 724:6, 730:5, 766:20, 795:10, 815:18, 832:25, 835:4, 835:7, 836:6, 836:8
**60** [1] - 844:11
**625** [3] - 663:4, 689:8, 689:10
**684** [1] - 663:1
**685** [1] - 663:2
**687** [1] - 663:3
**689** [1] - 663:4
**694** [2] - 663:5, 663:6
**695** [1] - 663:7

**7**

**7** [9] - 741:22, 760:5, 760:17, 760:18, 760:24, 796:18, 796:24, 815:18, 835:15
**703** [2] - 663:8, 663:9
**705** [2] - 663:10, 663:11
**71** [1] - 683:3
**711A** [2] - 773:23, 774:3
**713** [25] - 663:6, 663:7, 664:15, 664:16, 664:17, 664:18, 664:19, 664:20, 664:21, 664:22, 664:23, 694:23, 695:4, 776:12, 782:1, 789:7, 795:21, 798:11, 808:22, 813:5, 813:8, 816:11, 816:13, 816:23, 817:21
**715** [1] - 663:12
**716** [2] - 663:13, 663:14
**7209** [3] - 736:7, 736:12, 740:12
**722** [1] - 663:15
**731** [2] - 663:16, 663:17
**735** [2] - 663:18, 663:19
**736** [1] - 663:20
**737** [1] - 663:21
**740** [1] - 663:22
**7409** [6] - 704:13, 704:18, 704:21, 736:5, 736:8, 736:13
**741** [2] - 663:23, 663:24
**744** [1] - 676:13
**745** [9] - 663:8, 663:9, 663:19, 663:23, 703:2, 703:22, 735:21, 741:9, 741:11
**748** [7] - 663:25, 664:1, 675:24, 677:25, 678:6, 679:18, 697:17
**748A** [20] - 663:5, 664:25, 665:1, 665:2, 665:3, 665:4, 665:6, 675:8, 677:11, 694:19, 833:13, 834:21, 835:7, 835:16, 835:22, 836:4, 836:9, 836:12, 836:18, 837:17
**751** [2] - 664:2, 664:3
**754** [1] - 664:3
**759** [8] - 663:18, 663:20, 663:21, 664:5, 735:7, 736:6, 737:11, 738:2
**760** [7] - 663:22, 663:24, 664:6, 664:7, 740:24, 741:18, 741:23
**762** [2] - 664:8, 664:9

**767** [4] - 664:2, 664:3, 751:9, 751:20
**769** [1] - 664:10
**771** [11] - 664:11, 665:5, 665:7, 773:15, 837:8, 837:15, 837:23, 838:5, 838:8, 838:10, 839:12
**771A** [19] - 664:12, 664:13, 664:14, 773:18, 773:22, 774:3, 774:5, 774:11, 777:6, 777:20, 782:5, 795:21, 819:4, 837:10, 837:12, 838:8, 838:9, 839:9, 839:11
**772** [1] - 849:6
**773** [2] - 664:11, 664:12
**774** [1] - 664:13
**777** [1] - 664:14
**782** [1] - 664:15
**789** [1] - 664:16
**7:00** [2] - 668:15, 861:8

**8**

**8** [2] - 833:9, 835:22
**808** [1] - 664:17
**813** [2] - 664:18, 664:19
**816** [3] - 664:20, 664:21, 664:22
**817** [1] - 664:23
**821** [1] - 664:24
**833** [1] - 664:25
**835** [2] - 665:1, 665:2
**836** [2] - 665:3, 665:4
**837** [2] - 665:5, 665:6
**838** [1] - 665:7
**843** [1] - 785:13
**857** [1] - 788:2
**866** [1] - 788:2
**88** [1] - 765:5
**89** [6] - 663:2, 664:6, 664:7, 685:19, 760:2, 760:25
**8:30** [2] - 838:17, 839:4

**9**

**9** [5] - 703:21, 735:25, 741:9, 741:13, 836:4
**900** [2] - 699:3, 699:4

**A**

**abbreviated** [1] - 666:22
**ability** [10] - 687:8, 724:20, 739:5, 740:6, 743:5, 747:7, 754:16, 755:15, 764:9, 806:13
**able** [33] - 673:5, 673:18, 686:11, 687:10, 688:22, 691:23, 692:18, 692:25, 694:10, 694:20, 708:3, 724:23, 724:24, 726:24, 728:1, 744:21, 745:17, 747:21, 755:17, 755:18, 759:22, 772:7, 773:9, 779:20, 791:19, 805:18, 807:22, 833:10, 842:1, 852:20, 852:22, 855:6

**absence** [1] - 756:13
**absolutely** [3] - 685:16, 707:20, 719:14
**accept** [2] - 744:22, 753:13
**accepted** [3] - 800:21, 802:20, 802:21
**accepting** [7] - 673:24, 748:22, 749:19, 753:3, 753:10, 754:5, 754:6
**access** [6] - 676:24, 691:25, 697:20, 715:17, 716:10, 791:21
**according** [1] - 750:2
**accurate** [1] - 793:14
**accurately** [1] - 776:17
**accused** [8] - 669:12, 670:24, 744:9, 744:11, 744:15, 744:20, 744:21, 823:3
**accusing** [1] - 688:12
**acting** [1] - 745:18
**action** [1] - 720:22
**actual** [4] - 742:11, 846:12, 851:14, 859:13
**add** [1] - 816:2
**adding** [2] - 737:15, 818:7
**addition** [5] - 690:15, 697:16, 697:25, 747:20, 832:7
**additional** [9] - 672:3, 683:20, 715:18, 716:24, 722:15, 737:23, 751:1, 854:8, 859:6
**adjourned** [1] - 862:16
**admissible** [6] - 847:1, 848:21, 848:22, 848:23, 849:20, 850:4
**admit** [2] - 778:25, 849:10
**admitted** [5] - 744:12, 839:9, 846:3, 848:20, 851:17
**advance** [2] - 683:14, 719:8
**advanced** [1] - 861:14
**advantage** [1] - 679:17
**adverse** [6] - 854:16, 855:4, 855:7, 856:15, 857:11, 858:21
**advised** [1] - 666:10
**affect** [1] - 751:23
**affected** [1] - 709:3
**afternoon** [3] - 666:12, 668:14, 684:10
**ago** [3] - 780:21, 780:24, 780:25
**agree** [3] - 719:9, 720:6, 802:12
**agreed** [2] - 855:13, 856:11
**agreement** [3] - 855:2, 856:1, 856:23
**agreements** [1] - 854:24
**aha** [1] - 784:17
**ahead** [25] - 666:6, 668:12, 671:11, 709:23, 711:12, 721:7, 753:7, 763:17, 767:24, 769:19, 770:9, 776:1, 779:6, 780:17, 789:9, 798:3, 812:15, 824:16, 831:5, 832:5, 850:1, 855:16, 856:15, 857:21, 862:1
**aid** [3] - 777:7, 847:14, 852:22
**air** [1] - 757:18
**Al** [1] - 717:14
**Al-Site** [1] - 717:14
**album** [2] - 791:8, 814:25
**algorithm** [59] - 689:22, 689:25, 690:6, 690:16, 690:18, 757:1, 757:7, 763:22, 764:10, 764:16, 770:10, 770:17, 770:18,

**algorithms** [8] - 691:2, 770:25, 771:8, 781:23, 800:5, 818:19, 818:24, 820:19
**ALL** [1] - 666:4
**allegations** [1] - 840:10
**allow** [16] - 691:8, 751:2, 765:15, 778:14, 778:25, 779:12, 779:17, 779:22, 797:18, 839:9, 840:21, 841:13, 846:23, 847:11, 848:10, 850:1
**allowed** [4] - 778:21, 841:1, 844:6, 858:22
**allowing** [1] - 841:14
**allows** [5] - 689:25, 690:16, 690:22, 706:17, 710:1, 748:18, 754:15
**ALMEROTH** [1] - 671:14
**Almeroth** [108] - 668:5, 671:16, 671:22, 672:16, 674:16, 675:7, 684:22, 685:17, 686:11, 687:5, 687:22, 688:14, 690:15, 690:24, 691:22, 694:10, 696:18, 698:16, 698:22, 699:15, 700:7, 701:10, 701:17, 702:8, 705:6, 706:3, 707:8, 708:20, 710:12, 711:14, 712:10, 712:21, 712:24, 714:2, 721:10, 722:21, 723:4, 723:20, 727:2, 731:5, 733:3, 733:8, 733:25, 736:19, 738:21, 740:20, 743:17, 745:2, 746:12, 748:9, 748:15, 749:16, 755:2, 755:9, 761:24, 762:6, 763:20, 764:12, 768:5, 769:22, 770:16, 771:18, 773:14, 775:8, 776:3, 777:16, 780:19, 781:1, 783:6, 786:15, 788:1, 793:11, 795:25, 796:9, 798:6, 800:6, 800:14, 803:7, 807:2, 812:6, 813:2, 814:16, 818:18, 819:6, 819:13, 820:15, 820:21, 822:8, 823:11, 824:2, 826:2, 827:17, 829:2, 830:4, 830:14, 831:12, 832:7, 836:16, 840:8, 843:15, 849:1, 858:5, 858:10, 858:15, 858:18, 858:23, 858:24, 859:9
**Almeroth's** [5] - 764:22, 765:24, 777:25, 797:7, 840:2
**almost** [9] - 692:19, 730:7, 792:13, 808:3, 825:23, 841:3, 846:22, 846:25, 852:16
**alphabetic** [1] - 753:12
**alternative** [2] - 741:21, 856:3
**alternatives** [1] - 741:16
**Amended** [1] - 688:15
**amended** [1] - 764:22
**amount** [2] - 737:5, 756:6
**amp** [1] - 687:12
**amplifier** [2] - 687:12, 761:17
**analog** [13] - 687:10, 757:5, 757:16, 757:17, 757:19, 757:24, 758:13, 758:16,

771:4, 771:5, 771:16, 771:19, 771:23, 772:1, 772:7, 772:12, 772:13, 772:15, 772:20, 773:13, 775:18, 776:19, 781:2, 781:7, 788:13, 790:9, 796:1, 796:5, 798:7, 798:13, 798:16, 798:18, 798:24, 799:8, 800:7, 801:22, 801:23, 803:2, 804:1, 804:6, 804:7, 808:16, 809:16, 811:4, 811:11, 811:17, 811:19, 813:18, 814:4, 814:14, 814:16, 816:2, 816:7, 817:10

**analysis** [38] - 669:8, 672:8, 672:11, 672:18, 673:14, 673:22, 674:17, 680:21, 681:20, 689:2, 694:13, 694:17, 695:8, 696:9, 698:10, 698:23, 702:24, 703:23, 705:7, 705:14, 706:14, 708:9, 708:17, 708:23, 709:4, 709:14, 709:21, 710:12, 798:20, 820:3, 830:5, 832:10, 832:17, 833:24, 834:12, 838:12, 848:5, 859:19
**analyze** [4] - 671:17, 697:9, 698:10, 698:25
**analyzed** [2] - 676:1, 834:13
**analyzing** [2] - 819:7, 832:8
**announcements** [7] - 805:3, 805:7, 805:8, 805:19, 806:2, 806:6, 807:10
**answer** [8] - 688:18, 689:16, 690:10, 691:12, 769:4, 797:11, 798:8, 813:3
**answered** [1] - 689:19
**answering** [1] - 690:15
**answers** [6] - 688:20, 689:1, 689:13, 690:25, 711:11, 837:25
**anyway** [1] - 854:21
**apart** [1] - 724:2
**apologize** [5] - 668:23, 684:17, 767:17, 769:5, 777:13
**appeal** [5] - 846:12, 846:15, 846:20, 848:8, 859:25
**appear** [1] - 842:13
**appellate** [1] - 846:18
**appendices** [1] - 763:13
**Appendix** [2] - 809:24, 810:18
**appendix** [1] - 810:16
**APPLE** [1] - 666:1
**Apple** [55] - 670:7, 670:10, 670:25, 675:3, 675:6, 679:4, 680:8, 680:10, 688:22, 689:13, 690:6, 690:25, 691:13, 692:1, 697:21, 697:25, 698:2, 698:7, 699:21, 702:20, 703:14, 703:17, 717:24, 730:12, 733:7, 734:24, 735:10, 735:11, 735:14, 736:11, 736:15, 743:10, 746:8, 752:13, 762:21, 765:13, 766:2, 768:21, 768:24, 770:4, 772:5, 780:23, 781:3, 834:4, 834:7, 845:8, 845:9, 850:3, 854:10, 855:13, 856:23
**Apple's** [16] - 688:15, 691:12, 694:11, 702:24, 703:3, 729:5, 731:5, 740:21, 766:14, 777:3, 815:23, 819:18, 837:24, 857:18, 859:25, 862:10
**application** [4] - 689:23, 711:24, 730:1, 824:6
**applied** [2] - 798:22, 834:18
**apply** [6] - 678:12, 709:14, 712:10, 834:1, 847:5, 861:8
**appropriate** [9] - 709:19, 720:7, 789:18, 804:19, 804:22, 804:24, 807:16, 841:19, 853:3
**April** [3] - 703:10, 840:23
**argue** [3] - 754:24, 845:16, 852:8
**argument** [2] - 670:17, 797:4
**arrange** [1] - 832:2

**arrangements** [1] - 855:15
**art** [11] - 712:2, 734:1, 734:5, 734:12, 734:25, 743:9, 750:19, 751:6, 761:25, 762:1, 820:13
**artist** [2] - 791:8, 814:25
**aspects** [2] - 673:16, 680:5
**Asserted** [1] - 701:14
**assessment** [1] - 738:16
**association** [1] - 740:1
**assume** [1] - 846:18
**attach** [1] - 682:19
**attached** [1] - 840:2
**attack** [3] - 668:18, 668:21, 668:23
**attempt** [1] - 668:4, 841:9
**attempted** [1] - 859:12
**attention** [2] - 751:19, 754:12
**attorney** [1] - 840:22
**attorneys** [1] - 841:8
**attractive** [1] - 754:20
**attributed** [1] - 713:7
**atypical** [1] - 668:20
**audio** [32] - 686:23, 687:6, 687:7, 701:21, 702:9, 702:11, 702:25, 704:3, 704:17, 705:8, 705:25, 706:1, 706:4, 707:9, 715:13, 725:6, 725:7, 737:16, 737:17, 737:24, 739:20, 742:14, 742:20, 754:17, 758:7, 759:5, 760:5, 760:15, 760:22, 843:7
**AUDIO** [1] - 666:1
**Audio** [15] - 670:6, 688:16, 688:21, 690:4, 704:3, 704:5, 736:21, 739:8, 742:2, 810:14, 810:19, 822:16, 846:22, 854:5, 858:20
**Audio's** [3] - 766:13, 857:10, 862:7
**automatically** [2] - 732:4, 825:25
**available** [22] - 674:18, 680:10, 693:17, 711:4, 717:17, 717:18, 717:22, 718:8, 718:25, 720:1, 720:12, 720:14, 720:21, 730:11, 730:12, 735:1, 735:13, 738:3, 738:6, 738:12, 777:2, 799:20

**B**

**backlight** [1] - 822:7
**backups** [1] - 691:7
**backward** [3] - 690:22, 826:19, 826:23
**backwards** [2] - 690:20, 829:15
**bad** [3] - 670:10, 719:4, 787:17
**bankers** [1] - 844:22
**barb** [1] - 857:1
**barely** [1] - 850:13
**base** [1] - 711:11
**based** [5] - 701:2, 702:17, 716:25, 719:19, 726:19, 730:20, 769:17, 778:22, 791:13
**basic** [2] - 764:3, 775:20
**basics** [2] - 709:14, 776:5
**basis** [4] - 668:11, 698:17, 700:22, 701:5
**battery** [2] - 683:21, 683:24

**BEAUMONT** [1] - 666:3
**became** [3] - 676:21, 730:11, 730:12
**becomes** [2] - 793:21
**begin** [3] - 772:22, 781:12, 798:9
**beginning** [13] - 793:2, 796:1, 827:1, 827:3, 827:5, 827:14, 827:15, 827:24, 827:25, 828:6, 829:11, 829:15, 838:12
**begins** [1] - 857:1
**begun** [2] - 772:23, 781:13
**behalf** [1] - 707:7
**behave** [1] - 830:12
**behind** [2] - 761:22, 768:5
**bells** [3] - 674:4, 674:7, 674:9
**below** [2] - 814:3, 833:1
**benefit** [2] - 780:12, 851:19
**benefits** [1] - 708:3
**best** [1] - 793:6
**better** [1] - 821:1
**between** [10] - 697:7, 718:12, 733:6, 735:3, 736:12, 743:12, 752:21, 765:16, 766:25, 807:3
**big** [4] - 753:12, 821:5, 821:6, 821:24
**bill** [16] - 684:24, 684:25, 686:7, 714:25, 716:2, 716:5, 716:25, 721:11, 721:20, 722:4, 725:23, 748:2, 748:4, 758:25, 759:3, 764:6
**bills** [1] - 685:10
**binder** [3] - 694:15, 773:14, 774:18
**binders** [1] - 768:5
**bit** [10] - 676:3, 680:16, 682:7, 695:9, 707:19, 720:3, 723:24, 736:20, 756:3, 761:6, 771:3, 786:4, 794:23, 797:12, 817:16, 817:23, 827:12, 857:1, 857:2
**bite** [3] - 757:12, 762:7, 763:20
**bits** [2] - 740:6, 740:7
**black** [2] - 747:10, 772:6
**blindfolded** [1] - 720:16
**block** [1] - 737:14
**blow** [13] - 683:18, 695:9, 716:14, 721:23, 737:13, 751:17, 759:7, 761:2, 761:5, 782:11, 790:3, 816:25, 833:18
**blowing** [1] - 678:24
**board** [20] - 672:22, 673:4, 673:8, 673:24, 685:23, 700:13, 712:15, 713:3, 750:15, 758:22, 760:22, 761:16, 761:17, 761:22, 770:23, 771:1, 771:9, 771:15, 804:3, 818:25
**boards** [1] - 685:22
**bolster** [1] - 846:10
**bolts** [1] - 841:11
**book** [4] - 709:16, 786:18, 837:9, 842:19
**booklet** [1] - 679:1
**books** [1] - 705:25
**bottom** [22] - 681:12, 682:19, 686:9, 686:25, 694:22, 715:9, 724:5, 728:8, 728:9, 729:25, 731:23, 732:7, 739:4, 747:10, 770:14, 789:1, 792:7, 796:25, 804:3, 821:21, 821:24, 823:16
**bound** [1] - 774:18

**boundary** [1] - 674:13
**bounds** [1] - 706:11
**bowl** [1] - 786:20
**box** [11] - 682:13, 682:16, 692:4, 702:18, 768:4, 772:6, 790:23, 793:1, 793:4, 843:21, 844:22
**boxes** [1] - 700:24
**brackets** [1] - 800:3
**brains** [1] - 736:23
**brand** [2] - 812:3, 812:12
**brand-new** [2] - 812:3, 812:12
**break** [9] - 695:24, 717:4, 720:17, 763:15, 764:18, 783:22, 838:15, 838:18, 860:25
**breaks** [1] - 793:24
**briefly** [9] - 695:9, 704:18, 730:16, 789:2, 790:15, 803:14, 803:16, 803:20, 815:5
**bring** [7] - 668:12, 692:7, 839:12, 845:11, 856:12, 856:13, 856:15
**bringing** [1] - 719:6
**broad** [1] - 718:3
**broader** [1] - 750:12
**broken** [4] - 675:18, 689:14, 696:7, 724:2
**brought** [1] - 838:17
**Bruce** [1] - 828:10
**build** [5] - 681:22, 686:7, 724:23, 724:24, 737:24
**built** [2] - 669:2, 726:20, 739:23
**built-in** [1] - 739:23
**bullet** [3] - 704:4, 704:9, 705:24
**bunch** [5] - 668:19, 679:2, 783:23, 851:4, 860:18
**bus** [1] - 739:17
**Buster** [1] - 683:8
**button** [31] - 788:6, 801:2, 801:4, 801:7, 813:16, 813:19, 821:18, 821:19, 821:22, 821:25, 822:2, 822:11, 824:19, 826:4, 826:5, 826:13, 826:19, 826:23, 826:25, 827:14, 827:18, 827:21, 828:5, 828:8, 828:25, 829:7, 829:9, 829:21, 831:9
**buttons** [13] - 679:15, 748:19, 749:22, 749:24, 750:19, 752:17, 752:21, 753:21, 753:24, 754:18, 772:8, 821:17, 825:16
**buy** [4] - 692:23, 705:2, 737:2, 768:22
**buying** [1] - 692:21
**BY** [25] - 671:15, 684:21, 691:21, 694:9, 710:11, 711:13, 712:20, 714:1, 721:9, 745:1, 746:11, 763:19, 769:21, 774:7, 775:7, 776:2, 777:15, 780:18, 784:22, 793:10, 798:5, 807:1, 813:1, 823:10, 824:1
**bypass** [1] - 859:12

**C**

**cable** [4] - 682:22, 728:13, 728:20, 823:16

cables [1] - 682:18
calendar [1] - 672:4
California [1] - 853:15
call's [1] - 674:4
camera [1] - 820:21
capabilities [4] - 682:11, 688:10, 741:6, 741:21
capability [11] - 688:5, 726:15, 731:20, 732:9, 732:13, 732:17, 743:24, 744:3, 745:6, 745:12, 765:17
capable [5] - 726:18, 728:1, 728:24, 731:21, 745:7
capacity [5] - 681:5, 707:24, 715:10, 715:13, 715:15
car [2] - 742:5, 742:14
card [11] - 757:4, 757:13, 757:14, 758:6, 758:9, 758:13, 758:16, 759:20, 759:21, 762:3, 762:7
care [1] - 852:15
careful [3] - 685:3, 847:9, 859:22
carried [1] - 670:15
case [63] - 669:12, 675:4, 679:8, 681:3, 683:10, 688:21, 692:12, 695:24, 696:21, 697:3, 697:18, 698:2, 698:18, 699:3, 700:3, 700:4, 707:25, 713:15, 714:15, 714:23, 717:15, 717:21, 718:2, 718:22, 720:22, 720:23, 722:17, 730:14, 761:23, 775:19, 778:12, 778:24, 780:3, 780:12, 799:24, 800:23, 801:5, 838:21, 838:22, 841:10, 841:11, 842:15, 846:16, 846:24, 854:12, 854:15, 854:18, 854:19, 855:4, 855:6, 855:8, 856:2, 856:5, 856:6, 856:14, 857:18, 857:20, 861:8, 861:15, 861:21, 862:13
case-in-chief [1] - 857:18
cases [12] - 692:14, 693:21, 698:14, 717:9, 840:20, 841:5, 841:6, 841:7, 846:23, 847:2, 847:8
catch [1] - 796:20
caught [1] - 671:7
caused [1] - 823:17
causes [1] - 720:25
causing [1] - 668:24
cell [1] - 742:7
central [1] - 687:19
CEO [1] - 703:14
certain [3] - 672:21, 700:2, 799:21
certainly [34] - 696:5, 697:24, 699:8, 701:20, 706:21, 709:5, 713:2, 714:13, 720:6, 724:1, 727:8, 728:6, 729:14, 729:24, 731:19, 738:24, 745:3, 749:5, 764:2, 768:4, 771:4, 772:19, 781:10, 786:24, 799:2, 804:7, 815:10, 824:18, 826:5, 826:25, 845:20, 846:3, 848:16, 849:14
CERTIFICATION [1] - 862:17
CERTIFY [1] - 862:18
cetera [1] - 675:23
chance [3] - 798:8, 812:7, 812:20
change [6] - 725:6, 725:7, 725:12,

740:6, 815:11, 831:2
changed [3] - 818:2, 826:9, 861:13
changes [1] - 815:12
changing [2] - 724:24, 725:16
character [2] - 800:22, 808:1
characteristic [1] - 727:20
characteristics [2] - 722:9, 837:4
characterize [1] - 666:21
charge [3] - 699:15, 699:22, 700:1
charging [1] - 679:15
chart [22] - 667:14, 669:20, 691:9, 729:21, 729:23, 730:4, 766:14, 771:6, 809:11, 809:12, 809:20, 832:23, 832:24, 833:14, 837:2, 840:9, 843:9, 843:12, 847:11, 848:19, 849:5, 849:11
charts [2] - 669:19, 851:12
check [16] - 702:17, 707:12, 723:2, 748:13, 755:7, 785:11, 785:24, 789:12, 789:19, 791:3, 794:13, 795:2, 800:12, 802:9, 818:9, 819:11
checked [3] - 700:24, 701:3, 701:6
checks [5] - 786:5, 787:10, 789:11, 789:24, 791:1
chief [1] - 857:18
chip [38] - 685:18, 685:19, 685:21, 686:4, 686:14, 686:20, 704:13, 704:14, 704:19, 714:25, 735:17, 735:23, 736:7, 736:9, 737:8, 737:9, 737:22, 738:5, 738:12, 739:5, 739:13, 740:11, 740:17, 741:7, 741:21, 758:17, 758:20, 758:24, 759:1, 759:16, 759:21, 760:3, 760:10, 760:19, 760:20, 761:13, 761:15, 761:20
Chip [1] - 736:21
chips [10] - 685:21, 685:24, 685:25, 686:5, 687:2, 704:20, 705:1, 736:12, 741:4
choice [4] - 751:7, 751:21, 751:24, 859:11
choices [1] - 751:8
chosen [1] - 706:5
circle [5] - 821:23, 821:24, 828:25
Circuit [3] - 717:16, 840:20, 846:23
circuit [8] - 685:23, 758:22, 760:22, 761:16, 761:17, 761:22, 859:19, 860:8
circumstances [1] - 857:4
Cirrus [17] - 704:10, 704:13, 704:18, 704:20, 735:12, 735:17, 735:23, 736:4, 736:7, 736:10, 736:16, 737:4, 737:8, 737:11, 740:12, 740:16, 741:14
citations [1] - 771:11
cite [1] - 765:3
cited [2] - 782:4, 798:14
claim [93] - 666:22, 667:8, 667:16, 669:20, 669:21, 669:23, 670:14, 670:23, 671:2, 671:23, 672:7, 672:10, 673:1, 673:3, 674:12, 674:13, 674:14, 674:20, 685:15, 700:8, 700:13, 700:17, 700:19, 701:8, 701:11, 701:18, 701:25, 706:3, 706:10, 706:11, 706:12, 706:13, 712:25, 713:1, 722:24, 723:4, 726:11, 726:14,

727:18, 744:16, 746:14, 746:19, 748:10, 748:23, 749:6, 750:2, 755:22, 756:10, 762:3, 764:14, 775:11, 775:23, 776:21, 777:10, 777:14, 777:17, 777:18, 777:19, 778:4, 778:10, 795:22, 798:17, 799:4, 801:12, 805:16, 805:20, 805:22, 806:2, 806:5, 807:3, 819:1, 819:14, 819:21, 819:24, 820:2, 820:11, 832:9, 838:1, 840:9, 843:22, 847:10, 847:22, 848:5, 849:12, 849:13, 851:4, 851:6, 859:4
claims [22] - 669:9, 670:9, 670:14, 671:18, 672:14, 673:18, 674:12, 769:1, 820:7, 837:5, 839:10, 847:12, 848:7, 849:15, 849:19, 859:3, 859:16, 859:18, 859:19, 859:23, 859:24, 860:9
Claims [1] - 701:14
clarification [1] - 861:2
CLARK [1] - 666:3
Classic [1] - 841:23
classic [97] - 675:20, 675:22, 676:4, 677:3, 677:12, 677:16, 677:20, 678:1, 678:4, 678:5, 678:10, 678:15, 678:17, 679:19, 679:20, 680:7, 683:10, 687:21, 689:24, 694:23, 696:22, 702:10, 702:21, 714:3, 714:19, 714:21, 715:4, 716:1, 716:6, 716:11, 721:11, 722:25, 724:11, 728:21, 728:23, 729:14, 729:15, 730:6, 730:19, 746:13, 746:20, 747:3, 748:11, 749:17, 753:23, 754:24, 755:3, 756:15, 758:12, 759:6, 759:17, 759:24, 760:3, 760:9, 762:11, 770:4, 775:19, 781:4, 782:2, 798:15, 800:9, 802:6, 802:8, 803:22, 806:13, 808:15, 808:23, 809:8, 809:15, 811:3, 815:23, 819:8, 819:15, 819:20, 819:25, 820:6, 820:10, 820:17, 820:18, 821:6, 832:8, 832:25, 833:7, 833:20, 834:1, 834:9, 834:15, 835:4, 835:9, 835:11, 836:7, 836:17, 845:9, 848:6
clear [13] - 667:14, 671:5, 678:14, 688:11, 693:6, 711:6, 711:7, 711:19, 745:3, 761:10, 797:23, 823:24, 855:22
cleared [1] - 691:14
clearer [2] - 720:23, 720:24
clearly [5] - 682:9, 821:2, 846:11, 850:15, 851:11
clerk [1] - 767:1
Clickwheel [4] - 673:21, 674:1, 719:23, 822:10
clock [2] - 672:3, 697:11
close [1] - 846:17
closely [1] - 722:7
code [166] - 683:9, 683:12, 689:22, 689:24, 690:10, 690:12, 690:13, 690:14, 691:1, 691:3, 691:4, 691:5, 691:7, 691:12, 691:23, 692:1, 692:2, 692:5, 692:6, 692:11, 692:12, 692:16, 692:17, 692:18, 692:24, 693:3, 693:5, 693:8, 693:9, 693:10, 693:16, 693:23, 694:8, 694:11, 694:14, 694:20, 694:23, 695:3, 695:7, 695:13, 695:15, 695:21, 696:1,

696:6, 696:8, 696:10, 696:12, 696:14, 696:22, 696:25, 697:6, 697:8, 697:13, 697:15, 698:8, 698:25, 699:13, 726:1, 726:4, 746:17, 760:8, 764:10, 771:25, 772:1, 772:3, 772:5, 772:14, 773:9, 773:11, 773:12, 775:17, 775:18, 776:7, 776:9, 776:12, 776:18, 776:24, 777:2, 778:2, 778:3, 778:10, 778:15, 778:19, 779:2, 781:3, 781:6, 781:7, 781:11, 781:16, 781:22, 782:2, 782:6, 782:12, 782:17, 782:23, 782:24, 783:10, 783:12, 783:19, 785:25, 786:10, 786:11, 786:12, 786:17, 786:20, 786:24, 787:3, 787:4, 787:24, 788:9, 788:11, 788:15, 788:17, 789:2, 789:12, 790:12, 790:14, 790:16, 791:4, 791:18, 792:20, 793:19, 793:20, 793:22, 793:24, 793:25, 794:21, 794:24, 795:7, 795:17, 796:4, 796:5, 797:24, 798:7, 798:11, 798:14, 798:15, 799:11, 799:18, 800:10, 801:21, 803:22, 808:8, 808:15, 808:19, 808:23, 813:4, 813:21, 815:23, 816:16, 817:25, 818:6, 818:7, 818:13, 818:20, 818:22, 819:3, 819:7, 819:19, 832:14, 832:19, 833:3, 838:10, 842:19

**Code** [1] - 708:21
**codec** [2] - 759:18, 759:20
**CODEC** [2] - 759:23, 762:2
**codes** [1] - 797:14
**collapsed** [1] - 668:17
**collection** [2] - 783:19, 846:10
**color** [2] - 672:25, 821:20
**column** [15] - 676:17, 676:20, 704:4, 713:9, 716:22, 722:12, 739:4, 739:7, 739:8, 754:7, 754:8, 771:12, 809:14, 811:2
**columns** [1] - 837:3
**combined** [1] - 696:6
**combines** [2] - 809:16, 811:4
**coming** [7] - 687:15, 720:16, 744:23, 761:15, 812:11, 825:2, 828:20
**command** [1] - 690:20, 753:25, 756:13, 789:23, 800:17, 800:20, 800:22, 801:16, 802:17, 802:24, 807:8
**commands** [12] - 673:25, 748:16, 748:19, 748:22, 749:19, 753:4, 753:11, 753:14, 754:5, 754:7, 781:15, 799:18
**comment** [5] - 782:20, 782:21, 789:17, 794:2, 845:5
**comments** [4] - 782:19, 782:20, 783:11, 788:23
**commitments** [1] - 853:14
**common** [2] - 831:22, 836:25
**communicate** [3] - 681:13, 710:4, 743:24
**communication** [7] - 679:13, 681:12, 728:6, 728:7, 732:7, 732:17, 740:19
**communications** [17] - 727:14, 727:23, 728:2, 731:7, 732:10, 732:12, 732:23, 743:19, 743:23, 743:25, 744:3, 744:17, 744:22, 745:4, 745:5, 745:14, 745:19

**companies** [3] - 692:15, 693:25, 694:6
**company** [10] - 683:19, 683:21, 683:25, 704:20, 704:23, 716:21, 735:10, 735:12, 758:17, 853:14
**compare** [2] - 669:11, 670:24
**competence** [1] - 709:12
**compilation** [2] - 778:1, 840:7
**complaining** [1] - 744:23
**complete** [3] - 737:17, 812:1, 845:14
**completed** [1] - 831:11
**completely** [2] - 786:25, 820:16
**completes** [1] - 772:23
**complex** [1] - 808:8
**complexity** [5] - 778:11, 778:12, 778:25, 811:24, 812:6
**complicated** [1] - 841:12
**component** [2] - 685:7, 687:6
**components** [19] - 680:2, 682:10, 683:7, 683:16, 683:17, 685:5, 717:1, 726:20, 737:7, 737:17, 737:23, 738:1, 738:2, 738:6, 756:25, 757:2, 758:21, 760:12, 764:3
**compressed** [1] - 739:20
**comprising** [4] - 701:21, 701:24, 701:25, 702:6
**computer** [58] - 691:3, 692:8, 692:9, 693:7, 693:12, 693:14, 697:15, 699:18, 727:14, 727:23, 728:2, 731:24, 732:3, 732:10, 732:23, 734:3, 742:3, 744:7, 744:20, 745:7, 745:8, 745:10, 745:18, 745:21, 745:22, 745:25, 746:1, 746:3, 746:7, 746:8, 750:7, 750:13, 753:13, 757:6, 758:20, 763:21, 764:2, 764:3, 764:5, 764:8, 764:9, 772:3, 772:18, 776:14, 783:1, 783:7, 791:15, 799:12, 799:14, 799:21, 800:2, 801:6, 818:7, 822:19, 823:5, 823:18, 823:22, 824:5
**concept** [1] - 798:22
**concern** [4] - 666:20, 846:5, 846:21, 858:14
**concerned** [2] - 841:7, 860:5
**concerning** [1] - 764:23
**conclude** [6] - 702:10, 706:16, 722:23, 743:7, 746:18, 770:5
**conclusion** [11] - 681:23, 700:22, 701:1, 743:21, 751:3, 800:6, 802:5, 819:8, 819:20, 819:23, 819:24
**conclusions** [4] - 698:17, 708:19, 833:24
**condense** [1] - 780:6
**condition** [1] - 785:12
**conditions** [3] - 789:12, 789:19, 795:3
**conducted** [1] - 709:21
**confidential** [3] - 680:11, 680:13, 693:23
**confirm** [2] - 703:23, 750:23
**confirmed** [3] - 702:24, 705:7, 764:7
**confused** [2] - 717:19, 718:14
**confusing** [3] - 711:1, 719:21, 851:3
**confusion** [1] - 767:17

**connect** [12] - 679:13, 685:25, 731:20, 731:24, 732:3, 732:9, 732:14, 744:6, 745:18, 745:22, 760:22, 761:15
**connected** [13] - 685:23, 728:3, 731:11, 732:8, 732:11, 739:13, 743:19, 743:25, 745:8, 745:14, 745:21, 745:23, 765:15
**connecting** [2] - 682:22, 727:14, 727:22, 728:5, 731:7, 734:3, 744:17, 745:7, 745:14
**connection** [16] - 728:17, 728:21, 736:18, 742:11, 742:18, 742:19, 742:23, 743:3, 743:4, 744:17, 745:10, 753:16, 753:17, 822:21, 822:22, 848:3
**connections** [2] - 687:2, 742:25
**connectivity** [1] - 681:9
**connector** [3] - 686:24, 728:12, 731:6
**connects** [1] - 686:4
**consider** [5] - 706:15, 711:15, 712:2, 847:25, 850:17
**considered** [8] - 674:11, 682:13, 694:19, 705:12, 711:14, 735:18, 740:14, 741:16
**considering** [6] - 704:24, 717:16, 722:21, 735:22, 819:19, 851:2
**consistent** [1] - 834:17
**consisting** [2] - 714:9, 747:11
**constructed** [1] - 841:2
**construction** [8] - 672:23, 706:13, 796:6, 798:17, 799:5, 805:22, 819:1, 820:3
**constructions** [1] - 820:12
**construed** [2] - 706:8, 706:13
**consulting** [1] - 856:23
**contacts** [1] - 672:4
**contain** [3] - 688:20, 688:25, 696:6
**contained** [9] - 669:24, 679:10, 679:24, 692:5, 694:15, 741:19, 796:2, 814:18, 851:20
**contains** [2] - 775:16, 838:3
**content** [7] - 725:6, 725:8, 742:7, 742:19, 742:20, 806:12, 807:10
**contention** [1] - 847:23
**contentions** [3] - 810:10, 840:1, 840:11
**Contentions** [2] - 810:15, 810:20
**contents** [3] - 686:19, 760:11, 773:21
**context** [5] - 673:7, 710:3, 798:1, 813:25, 854:9
**continually** [1] - 755:15
**continue** [8] - 670:5, 739:6, 745:2, 781:14, 783:24, 789:16, 825:20, 832:6
**CONTINUED** [1] - 671:13
**continuous** [4] - 771:10, 771:16, 772:21, 824:17
**continuously** [4] - 755:10, 755:15, 756:11, 772:9
**contract** [1] - 854:10
**contributory** [1] - 769:2
**control** [9] - 673:25, 748:16, 749:19, 753:3, 753:10, 753:13, 754:5, 754:6, 756:13

**controller** [1] - 686:25
**convenience** [1] - 774:17
**conveniently** [1] - 777:8
**convention** [1] - 818:6
**conventions** [1] - 695:25
**conversion** [2] - 758:19, 759:6
**convert** [3] - 687:10, 757:15, 757:16
**converter** [12] - 686:23, 687:7, 737:16, 737:24, 757:5, 758:7, 758:13, 758:16, 760:6, 760:23, 761:9, 762:4
**copies** [2] - 694:5, 767:14
**copy** [8] - 692:20, 766:23, 767:9, 767:13, 774:15, 810:1, 843:23, 851:14
**CORDELL** [18] - 767:4, 853:8, 853:11, 853:20, 853:24, 854:2, 855:18, 855:25, 856:17, 857:7, 858:3, 858:14, 858:25, 860:2, 861:16, 861:22, 862:4, 862:12
**Cordell** [1] - 855:13
**corner** [3] - 680:12, 824:23, 826:9
**Corporation** [1] - 717:14
**CORRECT** [1] - 862:19
**correct** [41] - 666:18, 667:7, 673:11, 676:23, 690:12, 691:16, 691:17, 692:23, 701:16, 705:5, 706:19, 710:19, 711:18, 711:22, 711:25, 725:15, 726:4, 727:1, 731:4, 738:18, 748:6, 751:22, 755:6, 762:10, 762:25, 766:16, 769:13, 770:8, 771:7, 774:3, 776:16, 785:4, 788:3, 789:15, 794:20, 817:24, 823:6, 829:5, 832:4, 848:2, 850:19
**correspond** [2] - 685:15, 775:14
**corresponding** [6] - 689:25, 700:20, 710:1, 710:14, 710:18, 713:18, 713:20, 749:9, 792:8, 792:15
**corresponds** [3] - 667:2, 709:8, 764:10
**corroborate** [1] - 751:1
**costs** [2] - 698:22, 718:5
**counsel** [20] - 671:11, 684:5, 693:19, 710:21, 717:3, 717:8, 720:17, 721:7, 744:19, 766:5, 769:19, 779:16, 796:20, 798:3, 812:16, 840:18, 842:20, 846:16, 846:17, 847:18
**count** [2] - 670:21, 671:8
**counter** [1] - 855:1
**counter-designate** [1] - 855:1
**couple** [20] - 666:9, 667:23, 673:25, 683:14, 702:14, 705:24, 708:12, 757:8, 767:14, 771:24, 772:21, 786:5, 793:23, 795:2, 818:8, 820:1, 826:16, 827:7, 842:7, 842:9
**course** [7] - 719:3, 780:1, 838:24, 845:25, 847:5, 850:24, 861:4
**court** [23] - 673:25, 691:15, 706:7, 706:8, 706:13, 708:16, 710:13, 721:5, 738:20, 757:10, 766:25, 768:4, 768:17, 777:7, 797:10, 805:21, 839:2, 848:17, 849:6, 850:21, 850:22, 851:22, 854:8
**COURT** [164] - 666:4, 666:6, 666:14, 666:17, 666:20, 667:4, 667:13, 667:21, 667:25, 668:3, 668:8, 668:11, 668:14,

684:5, 684:13, 691:16, 691:18, 693:19, 709:13, 710:21, 710:23, 712:16, 712:18, 717:3, 717:8, 718:7, 718:14, 719:15, 720:8, 721:7, 732:2, 744:10, 744:13, 744:19, 745:24, 746:3, 746:8, 746:10, 763:8, 763:11, 763:14, 763:17, 764:17, 764:25, 765:6, 765:8, 765:18, 766:4, 766:10, 766:13, 766:17, 766:19, 767:5, 767:8, 767:19, 767:22, 768:6, 768:9, 768:15, 768:19, 769:4, 769:7, 769:14, 769:16, 774:2, 774:15, 774:21, 774:25, 775:20, 777:9, 777:22, 778:11, 779:5, 779:9, 779:15, 779:22, 780:2, 780:14, 780:17, 784:10, 796:14, 797:5, 797:10, 806:21, 809:2, 809:5, 809:9, 809:11, 809:13, 809:19, 810:1, 810:3, 810:6, 810:9, 810:13, 810:18, 810:22, 811:12, 811:20, 812:20, 823:4, 823:7, 823:20, 823:24, 838:8, 838:13, 839:6, 839:8, 839:15, 839:22, 840:12, 840:18, 841:19, 843:1, 843:3, 843:5, 843:9, 843:18, 844:1, 844:3, 844:14, 845:6, 845:16, 845:19, 845:22, 846:5, 846:14, 848:21, 849:10, 849:22, 851:24, 852:5, 852:7, 852:14, 853:5, 853:10, 853:19, 853:22, 854:4, 854:20, 855:9, 855:12, 855:24, 856:9, 857:3, 857:8, 857:12, 857:15, 858:6, 858:17, 859:2, 859:15, 859:21, 860:4, 860:12, 860:21, 860:24, 861:6, 861:19, 861:23, 862:6, 862:10, 862:13, 862:17
**court's** [8] - 666:11, 796:6, 798:16, 819:1, 820:2, 820:11, 855:21, 858:14
**courtroom** [10] - 668:13, 691:14, 698:4, 717:7, 764:20, 769:15, 777:2, 805:1, 839:5, 846:13
**courts** [1] - 840:21
**cover** [6] - 666:11, 696:12, 709:13, 731:14, 741:10, 751:10
**covering** [1] - 839:10
**covers** [2] - 706:11, 842:12
**CPU** [7] - 687:1, 687:17, 687:19, 687:21, 704:11, 705:1, 736:23
**create** [5] - 707:1, 707:2, 724:25, 822:19, 836:19
**creating** [2] - 725:5, 725:15
**credibility** [1] - 812:2
**cross** [1] - 686:6, 797:20, 811:14, 811:22, 854:16, 855:6, 857:11, 858:22, 858:24, 861:4, 861:11
**cross-direct** [1] - 858:22
**cross-examination** [3] - 797:20, 811:14, 811:22
**cross-examine** [3] - 854:16, 855:6, 861:11
**cross-examining** [1] - 861:4
**cross-reference** [1] - 686:6
**curious** [1] - 831:12
**curly** [1] - 800:3
**current** [7] - 786:13, 787:4, 787:7, 787:12, 787:23, 789:25, 815:6

**CurrentPlay** [8] - 796:10, 799:5, 804:9, 811:7, 811:8, 815:7, 815:21, 816:3
**customized** [1] - 728:7
**cutting** [1] - 850:20

# D

**DAC** [2] - 687:6, 760:15
**danger** [1] - 857:19
**darker** [1] - 730:7
**dashed** [1] - 742:12
**Data** [1] - 739:4
**data** [41] - 714:8, 723:6, 724:13, 724:16, 725:18, 726:5, 728:18, 729:7, 729:9, 729:10, 729:13, 729:16, 730:22, 731:3, 733:1, 733:5, 733:19, 733:20, 733:22, 734:21, 738:23, 739:1, 739:2, 739:5, 739:17, 739:20, 740:1, 740:2, 740:13, 740:17, 740:19, 742:16, 742:24, 743:6, 743:11, 743:15, 746:24, 747:11, 747:14, 814:24, 814:25
**date** [13] - 695:20, 703:9, 703:12, 711:16, 711:19, 711:20, 711:23, 729:24, 730:1, 730:3, 738:5, 738:7, 741:5
**DATE** [1] - 862:18
**dated** [2] - 764:23, 765:1
**dates** [1] - 729:25
**days** [1] - 708:12
**deal** [3] - 697:14, 717:8, 810:22
**dealing** [1] - 860:22
**December** [1] - 738:8
**decide** [3] - 775:3, 779:18, 839:11
**decided** [2] - 834:3, 834:5
**decision** [1] - 719:10
**Decoder** [1] - 736:21
**decoding** [1] - 759:18
**deemed** [1] - 855:2
**deep** [1] - 781:21
**deeper** [3] - 725:22, 759:25, 772:14
**Defendant** [1] - 688:15
**defendant's** [2] - 676:22, 684:16
**defenses** [1] - 719:19
**defined** [4] - 712:7, 724:5, 725:24, 750:20
**defining** [1] - 674:13
**definitely** [2] - 838:21, 858:8
**definition** [28] - 706:10, 706:14, 708:16, 708:17, 712:11, 712:22, 712:25, 723:17, 723:21, 747:5, 747:6, 748:23, 749:2, 750:3, 751:24, 755:21, 755:25, 758:6, 764:13, 770:14, 800:8, 801:23, 802:1, 803:4, 803:8, 803:24, 815:7
**definitions** [2] - 709:17, 710:13
**degree** [1] - 692:12
**delay** [1] - 668:23
**delays** [1] - 668:24
**deliberations** [1] - 847:14
**demonstrate** [1] - 676:12, 702:9, 736:15, 744:15, 817:25, 820:17, 822:8, 824:16, 825:5, 826:3, 826:11, 826:22,

demonstrated [1] - 832:8
demonstrates [1] - 743:9
demonstrating) [6] - 827:4, 827:12, 828:8, 829:13, 829:23, 830:24
demonstration [3] - 702:23, 820:22, 832:6
demonstrative [6] - 667:7, 667:15, 779:20, 803:23, 847:13, 852:21
Demonstrative [12] - 671:19, 708:21, 712:21, 712:25, 713:3, 723:20, 729:20, 732:20, 749:1, 755:24, 770:24, 803:7
demonstratives [2] - 666:9, 846:25
Demonstratives [1] - 666:15
deposed [1] - 698:1
deposition [16] - 698:1, 698:11, 796:9, 796:15, 796:17, 797:6, 797:7, 797:16, 797:21, 839:18, 839:20, 840:3, 854:8, 856:4, 856:5, 856:12
depositions [3] - 698:6, 698:15, 797:22
describe [11] - 675:25, 690:10, 706:11, 728:10, 734:19, 741:21, 776:6, 792:3, 815:5, 835:8, 835:24
described [16] - 690:1, 702:19, 702:20, 708:5, 708:13, 750:2, 757:7, 781:11, 798:16, 805:10, 811:17, 813:14, 814:5, 818:25, 822:4, 833:10
describes [11] - 674:10, 674:11, 680:18, 683:13, 722:4, 723:11, 737:7, 742:9, 744:5, 749:24, 762:18
describing [6] - 731:11, 731:15, 737:5, 741:6, 742:17, 752:6
description [7] - 671:4, 758:3, 770:22, 773:24, 775:16, 796:12, 835:17
design [1] - 729:2
Design [1] - 738:2
designate [1] - 855:1
designated [1] - 855:1
designed [2] - 737:12, 770:6
desktop [3] - 746:6, 750:13, 752:21
detail [16] - 676:6, 680:17, 683:6, 683:23, 685:2, 685:4, 686:3, 694:25, 700:8, 707:19, 708:14, 728:10, 737:6, 737:7, 781:21, 784:9
detailed [1] - 796:12
details [12] - 680:1, 680:4, 682:9, 683:15, 683:20, 684:3, 685:8, 715:18, 716:24, 722:15, 783:15
detecting [2] - 800:17, 801:16
determine [17] - 700:10, 714:16, 714:20, 715:25, 725:20, 734:8, 758:23, 772:7, 772:25, 797:21, 800:22, 800:23, 801:22, 802:25, 807:21, 808:9, 847:6
determined [3] - 725:21, 781:18, 802:21
determines [1] - 814:14
determining [3] - 673:17, 733:16, 838:1
developed [2] - 703:20, 740:2
development [1] - 841:14

device [95] - 672:15, 672:24, 672:25, 673:19, 677:25, 679:1, 679:13, 679:15, 679:17, 680:2, 680:5, 681:7, 681:12, 682:11, 682:19, 683:6, 683:7, 683:17, 683:20, 684:4, 685:5, 687:4, 688:4, 688:7, 688:9, 690:7, 692:24, 693:16, 700:8, 701:9, 702:15, 705:16, 706:21, 707:5, 707:24, 708:3, 708:6, 710:5, 712:7, 713:23, 714:10, 714:18, 715:12, 715:19, 717:2, 722:16, 724:9, 725:21, 726:17, 726:21, 726:22, 727:18, 727:19, 727:25, 728:8, 730:11, 732:17, 736:24, 739:14, 743:24, 744:3, 745:12, 745:20, 747:12, 748:20, 749:22, 750:17, 751:7, 751:21, 751:25, 752:2, 752:5, 752:8, 755:14, 757:14, 757:18, 760:23, 762:19, 762:20, 764:5, 764:7, 770:19, 773:4, 807:20, 811:7, 815:4, 821:22, 822:2, 822:17, 822:20, 823:18, 833:23, 833:25, 834:6
devices [38] - 674:15, 675:17, 676:9, 676:10, 676:21, 676:25, 677:2, 677:22, 678:12, 683:9, 683:12, 685:9, 685:11, 685:14, 686:9, 686:15, 687:3, 689:12, 689:14, 690:8, 691:4, 692:3, 692:7, 692:19, 694:14, 697:4, 698:8, 730:10, 730:21, 742:6, 744:21, 761:19, 832:24, 833:4, 833:20, 834:13, 837:5, 849:3
diagram [4] - 686:11, 737:14, 769:17, 852:10
diagrams [1] - 760:12
dichotomy [1] - 720:24
dictionary [2] - 751:5, 751:6
Dictionary [1] - 751:12
difference [11] - 672:13, 672:18, 718:4, 718:12, 719:18, 733:23, 743:12, 743:14, 753:6, 753:8, 765:16
differences [6] - 733:17, 734:15, 752:20, 807:2, 807:6, 849:16
different [55] - 670:6, 670:7, 674:10, 678:12, 685:8, 689:14, 691:8, 696:7, 704:23, 710:4, 711:23, 718:6, 723:14, 725:4, 725:10, 730:21, 736:9, 752:22, 753:9, 760:12, 760:13, 778:2, 786:23, 790:16, 792:2, 792:11, 793:23, 798:25, 799:1, 799:6, 799:7, 805:10, 805:17, 805:23, 806:1, 806:18, 807:5, 807:10, 809:19, 809:20, 813:21, 815:12, 818:8, 820:16, 827:18, 827:19, 831:19, 832:2, 832:3, 852:11, 853:14
differently [2] - 718:19, 767:13
difficult [1] - 716:13
digit [1] - 683:11
digital [19] - 686:23, 687:7, 737:16, 737:17, 737:24, 757:5, 757:15, 757:21, 758:7, 758:13, 758:16, 758:17, 758:18, 759:5, 759:19, 760:6, 760:22, 761:9, 762:4
Digital [1] - 739:8
digital-analog [1] - 761:9
digital-to-analog [6] - 757:5, 758:13,

758:16, 758:18, 760:6, 762:4
digital-to-audio [2] - 758:7, 759:5
digitally [1] - 687:9
DIRECT [1] - 671:13
direct [8] - 854:18, 856:18, 858:19, 858:21, 858:22, 861:15
directed [1] - 846:21
directing [2] - 754:13, 861:5
directly [3] - 675:6, 754:23, 776:11
disagree [1] - 752:16
disclose [3] - 861:9, 861:10, 862:1
disclosing [2] - 773:21, 775:8
disclosure [3] - 797:15, 797:17, 797:18
discontinuing [1] - 803:17
discrete [1] - 737:17
discretion [1] - 850:23
discuss [5] - 797:24, 838:21, 838:22, 842:21, 859:11
discussed [12] - 675:18, 684:19, 691:19, 841:17, 842:16, 842:17, 842:22, 843:15, 844:7, 844:13, 848:3, 849:12
discussing [1] - 798:6
discussion [8] - 718:16, 718:24, 766:25, 769:23, 804:25, 843:7, 843:8, 844:10
discussions [1] - 720:24
disk [10] - 681:3, 686:22, 687:9, 715:11, 715:23, 722:8, 722:19, 726:6, 757:15, 758:5
display [1] - 737:16, 737:23, 787:25, 788:7
displaying [1] - 788:8
disputed [1] - 801:10
distinguishing [1] - 791:16
District [1] - 693:22
district [1] - 797:17
divert [1] - 740:7
divided [2] - 700:17, 730:4
diving [1] - 725:22
dock [1] - 686:24
doctor [3] - 789:6, 812:7, 852:2
doctor's [1] - 778:15
doctrine [5] - 717:11, 717:20, 718:8, 718:18, 719:3
document [57] - 675:13, 675:16, 677:18, 680:8, 680:11, 681:18, 681:21, 681:25, 682:25, 685:3, 685:6, 685:18, 689:21, 700:1, 701:15, 703:7, 703:8, 703:9, 703:10, 703:13, 703:14, 703:15, 703:18, 704:7, 705:15, 715:4, 716:9, 735:10, 735:13, 735:14, 735:16, 735:21, 736:10, 736:22, 737:4, 737:6, 738:5, 738:7, 739:3, 770:1, 774:19, 774:20, 775:9, 776:25, 780:9, 832:11, 837:12, 837:19, 838:3, 839:20, 840:6, 841:6, 844:17, 844:20, 845:8, 846:2
documents [76] - 674:23, 675:2, 675:3, 675:4, 675:5, 675:10, 675:16, 675:18, 675:25, 676:4, 676:5, 677:10, 678:11, 683:5, 687:25, 688:1, 688:20, 689:8,

691:6, 691:8, 697:16, 697:18, 699:9, 700:21, 701:2, 702:20, 702:24, 703:4, 703:22, 705:7, 705:11, 714:13, 714:16, 714:25, 715:25, 722:22, 731:6, 734:19, 734:23, 734:25, 735:2, 735:8, 735:15, 740:20, 740:25, 746:16, 759:22, 777:7, 777:8, 819:18, 833:10, 833:14, 834:8, 834:14, 834:17, 835:8, 835:16, 835:24, 836:17, 836:20, 837:16, 837:20, 837:24, 837:25, 838:6, 838:11, 841:5, 842:9, 844:18, 846:11, 848:18, 848:19, 850:13, 854:7, 861:9

**done** [14] - 701:3, 704:15, 743:6, 746:22, 746:23, 759:8, 780:9, 780:10, 789:25, 790:10, 795:13, 834:4, 851:11, 861:11

**door** [1] - 858:1
**double** [1] - 785:16
**down** [34] - 668:18, 669:1, 675:19, 680:14, 685:4, 689:14, 704:4, 717:10, 780:6, 780:10, 782:12, 783:22, 784:18, 785:19, 786:6, 789:16, 790:20, 791:3, 792:22, 792:23, 793:1, 813:10, 813:22, 814:3, 814:6, 816:14, 817:15, 817:17, 817:23, 828:22, 830:25, 831:1, 839:6, 855:9

**Download** [1] - 739:4
**download** [4] - 673:12, 673:19, 739:6, 740:19
**downloading** [2] - 740:17, 824:10
**Dr** [114] - 668:5, 671:16, 671:22, 672:16, 674:16, 675:7, 684:22, 685:17, 686:11, 687:5, 687:22, 688:14, 690:15, 690:24, 691:22, 694:10, 696:18, 698:16, 698:22, 699:15, 699:22, 700:7, 701:10, 701:17, 702:8, 705:6, 706:3, 707:8, 708:20, 710:12, 711:14, 712:10, 712:21, 712:24, 714:2, 721:10, 722:21, 723:4, 723:20, 727:2, 731:5, 733:3, 733:8, 733:25, 736:19, 738:21, 740:20, 743:17, 745:2, 746:12, 748:9, 748:15, 749:16, 755:2, 755:9, 761:24, 762:6, 763:20, 764:12, 764:22, 765:24, 768:5, 769:22, 770:16, 771:18, 773:14, 775:8, 776:3, 777:16, 777:25, 780:19, 781:1, 783:6, 786:15, 788:1, 793:11, 795:25, 796:9, 797:7, 798:6, 800:6, 800:14, 803:7, 807:2, 812:6, 813:2, 814:16, 818:18, 819:6, 819:13, 820:15, 820:21, 822:8, 823:11, 824:2, 826:2, 827:17, 829:2, 830:4, 830:14, 831:12, 832:7, 836:16, 840:2, 840:8, 843:15, 849:1, 858:5, 858:10, 858:15, 858:18, 858:23, 858:24, 859:9

**draft** [1] - 850:15
**draw** [1] - 754:12
**drawing** [4] - 743:7, 751:19, 761:3, 761:10
**drew** [1] - 833:25
**drinking** [1] - 725:2
**drive** [17] - 681:4, 683:19, 686:22,

715:11, 715:16, 715:17, 715:23, 716:1, 722:5, 722:8, 722:17, 722:19, 724:19, 740:18, 747:17, 747:24, 757:22

**dropped** [1] - 769:1
**DSP** [2] - 759:6, 762:2
**Dulcimer** [1] - 703:3
**DulcimerDatabase.c** [1] - 696:21
**dumb** [1] - 720:4
**dump** [1] - 842:18
**duplicative** [1] - 852:17
**during** [2] - 674:3, 856:14
**DX** [1] - 676:20

# E

**ear** [6] - 757:18, 758:5, 763:4, 767:7, 770:3, 770:6
**earbud** [2] - 687:13, 770:3
**earbuds** [5] - 682:17, 682:22, 762:14, 765:9, 769:11
**early** [1] - 711:8
**earphones** [2] - 769:8, 770:5
**easier** [4] - 667:4, 667:8, 693:16, 700:19, 720:10, 783:13
**easiest** [1] - 772:19
**easily** [1] - 692:19
**Eastern** [1] - 693:21
**easy** [3] - 671:8, 717:12, 802:11
**editing** [1] - 704:5
**Edition** [2] - 751:13, 751:16
**effect** [4] - 796:13, 811:9, 842:12, 847:13
**effects** [1] - 704:5
**efficient** [2] - 848:17, 849:17
**efficiently** [2] - 699:6, 699:10
**effort** [2] - 694:3, 756:4
**eight** [2] - 825:23, 832:24
**eighth** [1] - 836:15
**either** [16] - 698:6, 713:23, 714:7, 725:15, 758:13, 762:11, 784:14, 784:17, 795:4, 795:8, 828:12, 851:8, 851:17, 856:12, 858:23, 861:24
**elapsed** [3] - 827:9, 827:23, 827:25
**Electrical** [1] - 751:13
**electrical** [2] - 753:16, 753:17
**electricity** [1] - 757:24
**electronic** [1] - 692:7
**Electronics** [1] - 751:13
**element** [40] - 700:9, 700:10, 707:9, 707:21, 713:1, 722:24, 744:16, 748:10, 748:15, 749:2, 755:7, 755:9, 756:9, 756:16, 764:14, 770:10, 770:25, 771:14, 781:3, 795:22, 796:1, 798:13, 800:8, 800:16, 801:24, 802:6, 802:16, 803:9, 803:24, 818:20, 819:2, 819:4, 819:7, 820:3, 820:5, 832:9, 843:6, 845:25, 851:6
**elements** [11] - 670:11, 691:9, 778:4, 778:10, 779:3, 819:14, 820:5, 820:9, 836:20, 851:4, 860:10

**emergency** [1] - 668:19
**employees** [1] - 697:21
**encoder/decoder** [2] - 739:24, 740:5
**encourages** [1] - 820:1
**end** [15] - 669:8, 690:21, 709:21, 773:7, 779:18, 781:20, 786:21, 788:14, 789:14, 813:17, 813:20, 825:24, 830:18, 841:1, 852:20
**ended** [3] - 825:14, 825:17
**ends** [6] - 755:17, 781:15, 788:15, 825:9, 825:12, 825:21
**engineers** [4] - 698:1, 698:3, 698:7, 734:24, 736:15, 743:10
**English** [1] - 785:10
**enter** [1] - 781:14
**entered** [1] - 800:21
**entering** [1] - 751:8
**enters** [2] - 668:13, 769:15
**entertainment** [1] - 742:4
**entire** [3] - 666:23, 667:16, 844:22
**entirely** [1] - 853:3
**entitled** [5] - 694:6, 694:7, 703:3, 810:14, 811:14
**environment** [1] - 742:21
**EP7209** [2] - 739:18, 739:23
**equal** [4] - 785:15, 785:17, 785:20
**equals** [2] - 786:6, 787:21
**equivalence** [1] - 718:19
**equivalent** [45] - 670:19, 710:8, 710:18, 710:25, 711:2, 711:16, 712:4, 712:8, 713:24, 714:8, 718:9, 718:11, 718:17, 719:25, 720:1, 720:2, 727:4, 727:11, 727:21, 733:14, 733:16, 734:2, 734:7, 734:14, 735:3, 738:20, 738:23, 740:14, 740:22, 743:3, 743:11, 749:14, 750:11, 750:20, 752:20, 753:10, 755:1, 758:14, 762:2, 771:19, 798:21, 798:25, 801:22, 818:24, 820:10
**equivalently** [1] - 800:9
**equivalents** [19] - 709:1, 710:2, 711:15, 713:21, 717:11, 717:12, 717:17, 717:20, 718:8, 718:18, 718:20, 718:25, 719:3, 733:16, 738:16, 749:11, 756:24, 798:22
**error** [5] - 787:17, 787:18, 787:19, 787:22, 841:2
**especially** [3] - 719:18, 841:5, 841:10
**essentially** [3] - 809:16, 811:4, 840:1
**establish** [1] - 774:22
**established** [2] - 755:11, 756:12
**establishing** [3] - 723:7, 724:13, 724:17, 725:18, 733:1, 733:19, 733:20, 734:21, 739:1, 743:15, 746:24, 747:14, 861:23
**et** [1] - 675:23
**evaluate** [5] - 778:20, 812:2, 812:5, 812:8, 812:11
**evaluated** [1] - 673:2
**evaluating** [1] - 738:19
**evening** [2] - 838:15, 862:14
**eventually** [2] - 686:8, 786:6

**ever-present** [1] - 717:9
**evidence** [54] - 669:4, 669:14, 688:9, 701:7, 704:6, 706:23, 721:16, 732:12, 732:14, 732:16, 734:11, 735:1, 740:13, 743:8, 745:5, 745:11, 754:22, 755:3, 762:16, 765:25, 778:5, 839:25, 840:4, 840:5, 840:6, 841:14, 841:15, 843:22, 844:9, 845:2, 846:2, 847:3, 847:4, 847:6, 847:17, 847:23, 848:9, 848:11, 848:12, 848:15, 848:25, 849:18, 849:21, 849:23, 849:25, 850:11, 850:13, 851:6, 851:7, 852:22, 852:24, 853:1, 859:13, 859:23
  **exact** [4] - 686:2, 718:21, 733:24, 799:4
  **exactly** [11] - 692:18, 750:16, 758:8, 775:5, 777:10, 798:19, 806:17, 846:8, 846:22, 848:16, 852:17
  **examination** [4] - 674:4, 797:20, 811:14, 811:22
  **EXAMINATION** [1] - 671:13
  **examine** [6] - 674:18, 847:5, 854:16, 855:6, 861:10, 861:11
  **examined** [10] - 676:14, 681:16, 685:11, 686:15, 689:12, 702:10, 714:3, 746:13, 746:17, 777:8
  **examining** [2] - 746:16, 861:4
  **example** [61] - 667:1, 669:15, 669:21, 669:25, 670:5, 671:23, 672:2, 673:23, 675:21, 676:5, 677:1, 677:3, 677:15, 677:24, 679:12, 682:17, 683:15, 683:16, 683:18, 683:23, 695:18, 695:23, 700:8, 702:19, 706:22, 710:3, 712:5, 716:2, 718:6, 728:13, 728:20, 728:22, 731:10, 732:15, 734:22, 734:23, 736:24, 749:23, 751:7, 761:17, 776:22, 785:12, 787:22, 791:2, 796:10, 805:9, 807:19, 815:13, 818:9, 828:24, 837:1, 840:15, 840:21, 841:20, 841:21, 842:23, 844:10, 844:11, 845:6, 845:25, 849:2
  **examples** [2] - 728:16, 842:24
  **excellent** [1] - 667:11
  **excerpt** [3] - 782:1, 808:24, 843:13
  **excerpts** [2] - 694:24, 849:20
  **exchange** [1] - 728:18
  **exchanged** [1] - 767:15
  **exchanging** [1] - 740:13
  **excuse** [6] - 693:19, 710:21, 713:13, 715:21, 774:2, 848:22
  **execute** [2] - 764:9, 787:16
  **executed** [2] - 770:20, 788:15
  **executes** [1] - 798:16
  **exercise** [1] - 727:9
  **exhibit** [28] - 676:19, 676:22, 677:7, 677:12, 677:15, 678:15, 678:18, 684:7, 684:11, 684:15, 691:11, 715:22, 763:8, 765:19, 766:1, 773:10, 773:24, 774:13, 779:19, 816:10, 821:8, 821:11, 821:12, 841:2, 842:6, 849:19
  **Exhibit** [163] - 663:1, 663:2, 663:3, 663:4, 663:5, 663:6, 663:7, 663:8, 663:9, 663:10, 663:11, 663:12, 663:13,

663:14, 663:15, 663:16, 663:17, 663:18, 663:19, 663:20, 663:21, 663:22, 663:23, 663:24, 663:25, 664:1, 664:2, 664:3, 664:4, 664:5, 664:6, 664:7, 664:8, 664:9, 664:10, 664:11, 664:13, 664:14, 664:15, 664:16, 664:17, 664:18, 664:19, 664:20, 664:21, 664:22, 664:23, 664:24, 664:25, 665:1, 665:2, 665:3, 665:4, 665:6, 665:7, 671:19, 675:8, 675:24, 676:13, 677:11, 677:25, 678:6, 678:19, 678:21, 678:22, 679:18, 679:21, 682:1, 682:2, 683:2, 683:3, 684:24, 685:19, 687:23, 687:24, 689:8, 689:10, 694:19, 694:23, 695:4, 703:2, 703:22, 705:10, 705:19, 708:21, 712:21, 715:3, 716:5, 716:13, 722:13, 729:20, 731:13, 731:15, 732:20, 735:7, 735:21, 736:6, 737:11, 738:2, 740:24, 741:9, 741:11, 741:18, 741:23, 748:5, 748:7, 749:2, 751:9, 751:20, 754:9, 759:2, 759:3, 760:2, 760:25, 762:15, 762:23, 765:23, 766:8, 766:11, 766:15, 766:19, 766:23, 767:20, 769:24, 773:15, 774:11, 776:12, 777:6, 777:20, 782:1, 782:5, 789:7, 795:21, 798:11, 803:8, 803:12, 808:22, 809:7, 809:24, 810:19, 813:5, 813:8, 816:11, 816:13, 816:23, 817:21, 818:25, 819:4, 821:10, 832:21, 833:13, 834:21, 835:7, 835:16, 836:4, 836:9, 836:12, 836:18, 837:8, 837:17, 837:23, 838:5
  **exhibits** [17] - 668:1, 684:16, 688:24, 691:13, 691:15, 691:18, 767:11, 767:22, 767:23, 768:3, 810:12, 843:19, 852:4, 859:9, 859:12, 860:11
  **exist** [2] - 710:25, 724:22
  **existed** [4] - 703:16, 703:17, 743:5, 751:2
  **exists** [2] - 725:25
  **exits** [3] - 717:7, 764:20, 839:5
  **expand** [2] - 788:25, 813:9
  **expect** [2] - 701:3, 826:12
  **experience** [1] - 692:9
  **expert** [11] - 670:21, 670:22, 699:21, 709:19, 763:7, 766:14, 778:5, 810:17, 851:2, 851:16, 851:16, 857:4
  **experts** [6] - 717:23, 718:16, 719:7, 719:9, 720:11, 847:21
  **explain** [54] - 675:14, 676:18, 678:22, 679:23, 689:11, 691:22, 695:10, 696:3, 697:23, 700:1, 700:25, 701:18, 704:8, 706:20, 709:3, 712:24, 714:12, 718:22, 720:3, 720:5, 723:24, 727:7, 727:16, 728:4, 729:21, 729:22, 731:17, 733:2, 749:4, 755:12, 756:22, 764:1, 768:2, 771:3, 773:22, 775:9, 779:11, 781:2, 787:6, 789:1, 798:9, 798:12, 802:2, 803:14, 804:5, 808:18, 811:10, 812:8, 813:2, 813:3, 818:18, 833:17, 845:15, 851:22
  **explained** [8] - 721:10, 722:23, 746:12, 747:15, 755:3, 779:17, 819:3, 836:16

**explaining** [1] - 735:22
**explanation** [2] - 736:8, 788:12
**explicitly** [1] - 768:25
**explore** [1] - 856:21
**expressing** [1] - 778:2
**extensive** [2] - 797:12
**extent** [1] - 699:9
**external** [1] - 739:14
**externally** [1] - 824:3
**extra** [3] - 674:11, 808:1, 837:9
**extract** [1] - 693:7
**extracts** [2] - 839:18, 839:20
**extras** [1] - 822:6
**eye** [1] - 846:17

---

**F**

**F.3d** [1] - 717:15
**faceplate** [2] - 742:4, 742:14
**facing** [2] - 713:12, 856:3
**fact** [20] - 670:18, 673:15, 680:25, 691:19, 703:24, 706:21, 709:16, 727:2, 735:14, 739:7, 745:11, 745:13, 764:8, 797:25, 800:1, 806:4, 821:19, 841:24, 846:19, 859:24
**factor** [4] - 672:8, 672:11, 673:13, 673:22
**Fadell** [15] - 703:9, 704:12, 704:23, 735:18, 735:22, 741:6, 741:12, 741:15, 741:24, 853:20, 854:6, 854:9, 855:5, 855:21, 861:3
**fair** [3] - 719:24, 812:23, 846:14
**fairly** [6] - 701:21, 704:2, 713:15, 717:19, 776:17, 797:23
**false** [2] - 793:21
**familiar** [1] - 695:14
**families** [1] - 689:15
**family** [3] - 730:5, 830:8, 830:10
**far** [6] - 667:6, 684:9, 684:10, 684:19, 849:13, 859:4
**fashion** [1] - 806:24
**fast** [3] - 673:13, 673:15
**feature** [1] - 708:5
**features** [7] - 674:11, 706:1, 754:19, 833:11, 835:8, 837:1, 837:4
**February** [2] - 764:23, 765:2
**Fed** [1] - 717:15
**Federal** [1] - 797:16
**federal** [1] - 797:18
**fetch** [2] - 804:11, 811:8
**fetching** [1] - 814:17
**few** [5] - 698:12, 752:11, 754:3, 801:9, 820:16
**field** [2] - 695:20, 751:14
**fifth** [1] - 831:24
**Fifth** [2] - 840:20, 846:23
**fighting** [1] - 720:15
**Figure** [4] - 757:7, 771:6, 805:25, 808:3
**figure** [22] - 674:19, 677:6, 718:24,

731:15, 731:18, 732:8, 732:13, 733:9, 742:17, 742:23, 743:2, 745:6, 746:6, 757:8, 768:12, 773:3, 781:17, 791:20, 814:22, 815:14, 847:20

**figured** [1] - 734:24

**figures** [1] - 794:8

**figuring** [2] - 801:6, 804:8

**file** [31] - 696:10, 696:11, 696:20, 696:22, 696:23, 696:24, 696:25, 723:6, 724:13, 724:16, 725:18, 733:1, 733:19, 734:4, 734:21, 738:25, 740:8, 743:15, 747:13, 774:1, 775:12, 775:13, 775:15, 786:24, 791:6, 793:15, 805:24, 806:1, 808:12, 811:5, 843:7

**filed** [3] - 711:24, 711:25, 738:13

**files** [14] - 690:14, 696:5, 696:7, 697:1, 697:2, 697:5, 724:22, 740:21, 773:25, 781:6, 782:4, 806:12, 808:5

**filing** [1] - 711:23

**fill** [1] - 844:22

**final** [1] - 711:9

**finally** [2] - 828:11, 836:12

**financial** [1] - 841:6

**fine** [2] - 852:12, 858:25

**finish** [2] - 858:11, 858:23

**finished** [1] - 788:8

**finishes** [1] - 772:25

**FireWire** [15] - 686:23, 728:14, 728:19, 728:20, 729:1, 729:3, 729:4, 729:6, 729:7, 729:10, 729:12, 730:22, 731:3, 731:21, 734:2

**FireWired** [1] - 729:5

**first** [69] - 666:13, 668:17, 676:8, 676:20, 677:18, 678:6, 678:21, 681:5, 683:8, 686:17, 690:4, 695:6, 701:17, 701:18, 702:14, 703:18, 707:9, 708:2, 708:12, 710:16, 717:24, 722:18, 723:15, 730:11, 730:15, 739:3, 741:14, 752:16, 756:21, 757:1, 772:20, 772:22, 774:20, 774:22, 784:17, 785:2, 788:7, 791:24, 795:9, 800:17, 801:16, 802:17, 809:15, 810:8, 811:2, 824:20, 824:21, 824:24, 826:23, 829:1, 829:3, 829:6, 829:8, 829:12, 829:14, 829:22, 831:5, 831:18, 831:21, 831:23, 843:1, 848:14, 849:15, 854:17, 854:18, 855:17, 857:19, 861:17

**Fish** [1] - 692:4

**five** [4] - 712:1, 825:6, 831:21, 832:2

**flash** [2] - 737:15, 737:23

**flat** [2] - 842:22, 851:25

**flexibility** [1] - 831:19

**flow** [1] - 771:6

**focus** [5] - 670:20, 718:24, 724:10, 727:12, 744:2, 792:20

**focusing** [5] - 717:22, 728:4, 749:16, 756:14, 807:7

**folks** [1] - 713:13

**follow** [6] - 709:22, 786:18, 786:22, 820:2, 831:25, 858:4

**followed** [1] - 708:22

**following** [3] - 713:21, 749:10, 757:9

**follows** [1] - 690:2

**font** [1] - 704:2

**FOREGOING** [1] - 862:19

**forever** [2] - 670:3, 793:19

**form** [2] - 780:7, 838:23

**format** [2] - 693:11, 693:12

**formats** [1] - 843:7

**forming** [1] - 690:8

**forth** [8] - 765:10, 767:12, 770:13, 800:7, 801:23, 820:11, 852:9, 855:15

**fortunately** [1] - 669:2

**forward** [21] - 683:14, 690:1, 690:17, 712:17, 748:21, 800:18, 800:24, 800:25, 801:5, 801:17, 802:22, 802:24, 809:17, 811:5, 821:19, 826:3, 826:6, 826:13, 829:20, 830:20, 860:6

**forwards** [2] - 829:18

**four** [7] - 682:7, 750:19, 782:19, 824:24, 825:6, 828:18, 831:17

**fourth** [10] - 785:2, 791:25, 792:10, 827:21, 829:12, 829:13, 831:7, 831:22, 831:23, 831:24

**framework** [1] - 709:20

**Frank** [2] - 826:14, 827:8

**Friday** [4] - 666:11, 671:16, 708:2, 832:22

**friend's** [1] - 668:16

**FROM** [1] - 862:19

**front** [6] - 671:18, 677:2, 738:7, 821:14, 830:6, 856:25

**full** [4] - 752:21, 753:12, 786:20, 811:2

**full-size** [1] - 753:12

**fully** [1] - 802:2

**function** [121] - 696:8, 696:11, 696:13, 708:11, 708:13, 708:15, 708:18, 708:23, 709:6, 709:7, 709:8, 709:16, 709:25, 710:17, 713:4, 713:6, 713:7, 713:9, 713:10, 713:14, 713:16, 713:20, 714:3, 714:5, 714:14, 718:12, 723:18, 723:25, 724:2, 724:3, 724:11, 724:12, 732:25, 733:21, 733:24, 738:24, 738:25, 743:14, 747:8, 748:24, 749:5, 749:6, 749:10, 749:16, 749:18, 750:3, 752:3, 752:5, 752:6, 752:7, 752:23, 752:24, 752:25, 753:3, 756:8, 756:10, 756:14, 756:15, 757:10, 772:11, 775:13, 775:15, 782:13, 782:18, 783:3, 783:4, 783:16, 783:17, 783:19, 783:20, 783:21, 783:25, 784:13, 784:16, 786:9, 786:16, 787:10, 787:16, 788:16, 788:20, 788:23, 789:23, 790:8, 790:25, 794:9, 794:10, 794:18, 795:11, 799:9, 801:11, 801:12, 801:15, 801:18, 801:19, 803:11, 803:12, 803:14, 803:16, 803:21, 803:23, 807:3, 807:7, 807:9, 807:11, 813:13, 813:15, 813:22, 813:23, 813:24, 816:4, 816:17, 817:3, 817:4, 817:5, 817:15

**functions** [21] - 672:3, 677:19, 690:13, 696:7, 709:18, 710:14, 723:14, 724:1, 726:18, 726:19, 737:1, 773:24, 773:25,

775:10, 775:12, 782:3, 795:5, 798:11, 799:17, 820:7, 830:2

# G

**G.1** [1] - 730:5

**games** [1] - 672:5

**gee** [2] - 670:20, 720:3

**general** [7] - 757:6, 763:21, 764:2, 764:5, 764:8, 776:6, 799:10

**generality** [2] - 804:5, 804:21

**generally** [5] - 675:1, 689:13, 696:9, 698:13, 771:16

**Generation** [29] - 675:20, 675:22, 675:23, 678:1, 678:4, 678:5, 689:24, 730:14, 730:16, 730:17, 730:18, 775:19, 821:7, 833:24, 834:1, 834:2, 834:10, 835:4, 835:9, 835:11, 835:18, 835:24, 836:2, 836:7, 836:8, 836:10, 836:14, 836:17, 841:23

**generation** [6] - 677:4, 677:16, 680:7, 730:13, 730:15, 843:14

**Generations** [2] - 730:9, 833:21

**generations** [2] - 675:19, 689:15

**genesis** [2] - 703:14, 855:25

**genre** [1] - 814:25

**gentleman** [1] - 858:20

**gentlemen** [10] - 668:15, 693:20, 709:15, 710:24, 717:5, 764:17, 778:17, 811:23, 838:13, 847:3

**GetIndexedSongPlayState** [1] - 786:3

**GetNextPlaylistTrack** [3] - 817:2, 817:5, 817:19

**getNextPlaylistTrack** [1] - 817:14

**gigabytes** [4] - 681:6, 715:10, 715:16, 722:20

**given** [17] - 669:10, 694:1, 703:8, 703:11, 709:17, 719:18, 736:11, 741:3, 741:6, 741:13, 778:11, 778:24, 780:3, 785:6, 787:10, 812:5, 841:8

**grant** [1] - 779:5

**graphical** [1] - 752:2

**great** [2] - 821:24, 857:22

**green** [1] - 730:7

**group** [15] - 833:1, 833:14, 833:19, 833:20, 834:11, 834:19, 834:20, 834:21, 835:2, 835:12, 836:2, 836:5, 836:9, 836:11, 836:15

**Group** [7] - 833:7, 834:9, 834:14, 834:23, 835:13, 835:20, 836:6

**grouping** [1] - 833:22

**groupings** [5] - 675:17, 699:8, 832:24, 833:2, 834:4

**groups** [8] - 832:25, 833:5, 833:9, 833:11, 834:20, 835:5, 836:24, 837:3

**guess** [4] - 666:17, 720:16, 720:18, 777:9, 811:16, 848:5

**guide** [36] - 677:16, 677:19, 678:2, 678:6, 678:9, 678:14, 678:18, 678:20, 678:23, 678:25, 679:8, 679:11, 682:10,

684:2, 685:18, 686:9, 702:19, 705:11, 725:23, 731:10, 733:10, 744:5, 749:24, 762:16, 762:22, 763:1, 770:4, 841:25, 843:14, 843:15, 843:17, 843:24, 844:4, 849:3, 850:3
**Guide** [1] - 841:23
**guides** [2] - 677:21, 685:1
**guy** [3] - 857:22, 858:1, 861:19

## H

**half** [4] - 764:18, 821:24, 851:14, 857:13
**half-hour** [1] - 857:13
**hand** [10] - 670:1, 744:21, 766:23, 767:3, 780:5, 810:3, 812:5, 826:9, 841:13, 841:16
**handed** [2] - 765:22, 766:15
**handle** [2] - 753:25, 811:12
**handy** [1] - 838:14
**happy** [1] - 849:14
**hard** [28] - 675:13, 678:23, 681:3, 683:19, 686:22, 715:11, 715:16, 715:23, 716:1, 716:19, 720:3, 722:5, 722:6, 722:8, 722:17, 722:19, 724:19, 747:16, 747:24, 751:10, 757:22, 759:12, 761:2, 761:6, 790:22, 840:16, 847:19
**hardware** [19] - 682:25, 683:1, 683:13, 683:17, 684:2, 684:23, 685:1, 686:1, 686:8, 704:13, 726:20, 756:25, 757:2, 758:9, 758:11, 758:20, 760:1, 764:7
**hardwired** [2] - 742:11, 742:18
**HDD** [1] - 722:8
**heading** [1] - 843:22
**headphone** [4] - 681:19, 687:12, 762:12, 765:14
**headphones** [15] - 682:17, 686:24, 687:13, 757:5, 757:20, 761:17, 762:8, 762:13, 762:20, 762:21, 763:2, 763:3, 765:16, 766:3, 770:2
**hear** [13] - 669:14, 670:5, 687:13, 694:3, 711:9, 717:24, 805:4, 823:20, 825:1, 825:2, 826:16, 853:17, 854:4
**heard** [4] - 670:4, 719:22, 729:4, 845:4
**heart** [3] - 668:18, 668:23, 858:15
**help** [6] - 677:6, 681:22, 685:14, 699:8, 700:13, 848:14
**helped** [2] - 706:10, 772:11
**helpful** [5] - 719:16, 720:18, 766:24, 768:1, 838:1
**HEREBY** [1] - 862:18
**hiccups** [1] - 755:16
**hide** [1] - 693:22
**high** [16] - 714:9, 714:17, 714:21, 716:10, 717:2, 721:14, 747:11, 758:3, 772:16, 772:20, 773:23, 781:8, 781:10, 804:5, 804:12, 804:21
**high-level** [1] - 758:3, 804:21
**high-speed** [7] - 714:9, 714:17, 714:21, 716:10, 717:2, 721:14, 747:11

**higher** [3] - 783:20, 783:21, 850:21
**higher-level** [1] - 783:21
**highlighted** [2] - 740:18, 785:13
**hired** [1] - 699:22
**hit** [6] - 753:18, 788:5, 795:11, 827:18, 828:5, 828:7
**hold** [5] - 707:25, 708:1, 852:8
**holding** [1] - 806:20
**HOLDREITH** [91] - 666:8, 666:16, 667:11, 671:12, 671:15, 684:12, 684:17, 684:21, 691:10, 691:20, 691:21, 694:9, 710:11, 710:22, 711:13, 712:14, 712:17, 712:19, 712:20, 713:12, 714:1, 721:8, 721:9, 745:1, 746:11, 763:10, 763:12, 763:16, 763:18, 763:19, 764:21, 765:2, 765:7, 765:22, 766:8, 766:12, 766:16, 766:18, 766:21, 767:17, 767:21, 768:2, 768:8, 768:14, 769:20, 769:21, 774:4, 774:7, 774:17, 774:24, 775:5, 775:7, 775:25, 776:2, 777:5, 777:13, 777:15, 777:20, 779:21, 780:18, 784:22, 793:10, 796:19, 796:22, 797:3, 798:4, 798:5, 806:23, 807:1, 812:17, 812:23, 813:1, 823:10, 824:1, 838:4, 838:9, 839:14, 839:19, 843:13, 843:25, 844:2, 845:4, 848:13, 848:22, 849:14, 851:21, 852:3, 852:6, 852:13, 853:2, 858:8
**Holdreith** [3] - 785:13, 793:3, 859:7
**holidays** [1] - 699:5
**home** [3] - 742:3, 742:8, 742:14
**HON** [1] - 666:3
**honestly** [1] - 860:5
**Honor** [86] - 666:18, 667:12, 667:20, 667:24, 671:12, 691:10, 691:20, 709:10, 712:14, 718:1, 718:5, 719:14, 720:7, 721:8, 731:25, 744:8, 763:6, 764:21, 765:12, 766:1, 766:23, 767:2, 767:4, 767:18, 767:21, 768:2, 768:25, 769:13, 769:20, 774:4, 774:12, 774:14, 774:17, 777:5, 777:13, 777:23, 778:6, 779:8, 779:21, 779:25, 780:8, 784:7, 796:8, 797:4, 798:4, 806:19, 806:23, 808:25, 809:22, 809:23, 810:21, 811:17, 812:18, 812:23, 823:2, 838:4, 838:7, 838:9, 839:19, 840:4, 840:16, 842:25, 843:11, 844:22, 845:4, 848:13, 853:3, 853:4, 853:8, 854:6, 854:25, 855:11, 855:18, 856:17, 858:3, 858:25, 859:5, 860:2, 860:8, 860:20, 861:3, 861:16, 862:3, 862:5, 862:8, 862:12
**hook** [1] - 821:3
**hope** [4] - 666:7, 707:16, 821:2, 858:3
**hoped** [1] - 853:12
**hopefully** [3] - 668:25, 857:24
**hoping** [2] - 718:23, 853:15
**hour** [7] - 666:13, 700:4, 700:6, 854:1, 854:2, 854:3, 857:13
**hours** [9] - 697:12, 698:12, 698:14, 698:24, 698:25, 699:3, 699:4, 857:16
**house** [1] - 668:16
**housekeeping** [1] - 853:9

**Houston** [4] - 692:3, 697:15, 699:12, 772:5
**huge** [1] - 848:18
**human** [5] - 693:11, 695:12, 776:15, 783:9, 783:11
**hundred** [1] - 672:17
**hundreds** [1] - 684:16
**hurricanes** [1] - 668:24

## I

**icon** [2] - 828:20, 829:10
**ID** [2] - 791:11, 815:2
**idea** [6] - 670:15, 694:7, 710:2, 720:19, 741:8, 787:14
**identical** [13] - 692:20, 714:5, 714:8, 724:12, 727:3, 749:18, 750:20, 756:15, 762:2, 801:19, 803:23, 820:7, 820:10
**identification** [1] - 775:24
**identified** [19] - 673:25, 694:13, 697:17, 709:18, 710:9, 713:22, 714:13, 717:2, 727:8, 738:19, 750:4, 756:9, 775:10, 786:14, 796:2, 797:1, 797:13, 803:12, 814:17
**identifier** [1] - 783:4
**identifies** [7] - 715:10, 715:14, 715:22, 723:17, 791:12, 791:23, 806:15
**identify** [5] - 700:3, 724:7, 791:15, 796:10, 837:3, 837:4
**identifying** [1] - 808:1
**IEEE** [2] - 751:5, 751:12
**ignore** [1] - 783:7
**illustrated** [1] - 771:6
**illustration** [1] - 737:19
**image** [1] - 765:24
**imaginary** [1] - 792:6
**imagine** [4] - 695:19, 808:3, 811:24
**implement** [1] - 737:1
**implementing** [1] - 689:24
**implements** [1] - 796:5
**implicitly** [1] - 812:19
**importance** [3] - 703:12, 724:18, 732:6
**important** [15] - 680:20, 681:20, 688:4, 704:6, 724:16, 726:7, 726:9, 726:14, 729:25, 733:15, 735:16, 752:4, 754:2, 776:18, 786:5
**impression** [1] - 857:25
**improperly** [1] - 666:21
**inappropriate** [1] - 668:5
**Inc** [1] - 717:15
**inclined** [1] - 841:13
**include** [6] - 698:10, 742:20, 742:21, 791:8, 791:10, 793:7, 808:7, 830:10, 842:1
**included** [3] - 775:13, 775:14, 830:8
**includes** [11] - 674:17, 722:19, 739:23, 757:4, 777:17, 814:24, 815:1, 815:16, 836:6, 836:7
**including** [8] - 702:1, 702:6, 722:23, 743:9, 757:9, 769:2, 778:21, 819:18

**inconsistency** [2] - 811:13, 811:21
**inconsistent** [1] - 809:1
**increment** [3] - 794:11, 818:1, 818:14
**incremented** [1] - 814:21
**incrementing** [1] - 811:6
**increments** [1] - 811:7
**index** [51] - 674:22, 676:14, 679:19, 681:24, 682:24, 684:6, 684:22, 687:23, 694:18, 697:17, 725:4, 725:10, 784:3, 784:11, 784:23, 785:4, 785:13, 785:16, 785:18, 785:22, 785:23, 786:1, 786:7, 786:13, 786:14, 787:6, 787:7, 787:9, 787:11, 791:24, 792:2, 792:14, 794:11, 795:9, 804:15, 814:21, 815:10, 815:11, 815:12, 816:4, 818:1, 818:2, 818:3, 818:8, 834:21
**indicate** [1] - 770:21
**indicated** [2] - 804:10, 847:8
**indicates** [2] - 682:12, 827:9
**indicating** [33] - 677:4, 677:17, 709:7, 716:20, 730:24, 739:10, 742:10, 742:13, 742:15, 759:10, 761:8, 761:14, 782:10, 782:12, 782:14, 782:21, 782:25, 783:3, 787:24, 788:25, 790:4, 790:5, 790:19, 792:20, 792:22, 813:10, 813:11, 817:13, 817:16, 824:23, 826:6, 827:9
**indicating** [13] - 680:14, 716:23, 722:6, 736:5, 742:3, 742:5, 761:4, 782:21, 790:18, 791:1, 816:14, 822:4, 828:21
**indication** [1] - 681:9
**indicative** [2] - 800:18, 801:17
**indirect** [1] - 769:1
**individually** [1] - 700:20
**inducement** [2] - 765:17, 769:2
**industry** [1] - 739:14
**inform** [2] - 685:14, 754:21
**information** [49] - 674:18, 679:4, 679:10, 679:24, 681:14, 682:8, 682:20, 683:3, 685:8, 685:13, 689:5, 689:11, 690:5, 690:18, 691:6, 691:7, 694:15, 695:22, 702:23, 715:5, 716:8, 741:19, 750:24, 751:1, 759:23, 784:2, 784:20, 791:5, 791:6, 791:7, 791:9, 791:19, 792:8, 792:12, 792:16, 799:7, 804:17, 814:23, 815:1, 815:3, 815:15, 815:17, 815:18, 815:19, 815:20, 818:4, 837:25, 849:4
**informed** [2] - 689:5, 754:1
**infrared** [19] - 667:1, 710:6, 727:13, 727:22, 733:2, 733:4, 733:6, 733:8, 733:11, 734:2, 734:20, 735:3, 736:17, 738:22, 740:1, 740:2, 740:12, 740:19, 743:6
**infringe** [3] - 670:12, 673:2, 726:17
**infringed** [4] - 701:8, 712:9, 802:8, 819:25
**infringement** [24] - 668:7, 669:8, 669:18, 672:9, 672:18, 673:17, 674:14, 688:12, 690:9, 694:17, 702:5, 744:15, 764:23, 769:1, 769:2, 778:1, 810:10,

833:25, 834:18, 840:1, 840:10, 840:11, 843:22, 851:8
**Infringement** [2] - 810:14, 810:20
**infringes** [3] - 672:24, 681:23, 819:21
**infringing** [1] - 726:11
**initial** [2] - 704:12, 782:18
**input** [3] - 748:19, 751:25, 802:21
**inputs** [1] - 760:21
**inquisitive** [1] - 806:24
**inserted** [2] - 854:12, 854:15
**inside** [18] - 687:21, 706:25, 714:18, 715:12, 715:19, 716:11, 717:1, 761:20, 761:21, 761:22, 772:18, 781:7, 798:15, 799:7, 813:5, 823:22, 824:4, 828:25
**insist** [1] - 720:2
**inspection** [1] - 777:3
**instances** [1] - 742:18
**instead** [7] - 780:9, 796:11, 803:19, 809:17, 811:5, 811:7, 813:17
**instruct** [1] - 709:15
**instructed** [4] - 710:24, 778:20, 851:12, 852:23
**instructing** [3] - 671:17, 717:10
**instruction** [10] - 711:5, 720:7, 799:17, 847:1, 847:7, 847:24, 850:7, 850:9, 850:14, 853:2
**instructions** [16] - 669:11, 671:5, 694:3, 695:14, 709:22, 711:9, 717:19, 768:21, 769:7, 770:18, 770:19, 782:22, 783:23, 794:5, 794:7, 838:20
**insubstantial** [5] - 718:4, 733:17, 733:23, 734:14, 743:14
**insubstantially** [4] - 718:6, 752:22, 753:9, 806:18
**insufficient** [1] - 772:10
**insulating** [1] - 683:24
**intellectual** [1] - 694:7
**intended** [5] - 770:6, 797:17, 797:18, 797:22, 846:12
**intention** [1] - 848:14
**interactive** [1] - 754:16
**interchangeably** [1] - 734:20
**interest** [1] - 786:3
**interested** [1] - 760:4
**interesting** [1] - 831:16
**Interface** [1] - 739:9
**interface** [7] - 739:15, 739:19, 739:20, 740:4, 740:19, 748:22, 754:18
**internal** [3] - 680:10, 683:9, 687:3
**International** [1] - 717:15
**Internet** [12] - 727:15, 727:24, 728:3, 732:11, 732:23, 743:20, 744:1, 744:18, 745:9, 745:11, 745:15, 745:23
**interpretation** [1] - 851:13
**interpreted** [1] - 841:16
**interrogatories** [5] - 688:24, 688:25, 689:3, 697:24, 697:25
**Interrogatory** [2] - 688:17, 688:19
**interrogatory** [2] - 689:20, 690:17, 837:24

**interval** [1] - 827:19
**introduce** [4] - 676:7, 691:11, 845:11, 845:13
**introduced** [1] - 848:12
**introducing** [1] - 859:13
**introduction** [1] - 695:3
**invalid** [4] - 670:14, 785:15, 785:17, 785:20
**invalidity** [5] - 670:25, 766:14, 847:22, 851:9, 861:24
**invented** [2] - 711:3, 719:24
**invention** [1] - 754:19
**inventions** [1] - 674:10
**inventors** [2] - 711:24, 711:25
**iPod** [142] - 669:13, 669:24, 672:6, 672:12, 672:16, 673:12, 677:3, 677:15, 679:3, 679:9, 679:20, 680:7, 686:14, 688:3, 689:23, 690:11, 691:2, 692:22, 692:23, 693:8, 693:18, 696:25, 700:10, 702:10, 702:20, 703:13, 703:16, 703:17, 703:19, 705:7, 705:23, 706:16, 707:10, 710:18, 714:3, 714:18, 714:21, 715:4, 716:1, 722:22, 722:25, 724:11, 725:17, 725:25, 726:1, 726:10, 726:23, 728:4, 728:10, 729:1, 729:12, 730:6, 731:7, 731:19, 731:24, 732:3, 732:5, 733:7, 733:10, 733:12, 735:19, 736:24, 738:20, 741:17, 745:13, 745:17, 746:13, 746:16, 746:19, 747:2, 747:13, 748:11, 748:18, 749:15, 749:17, 750:6, 750:10, 750:16, 750:19, 753:22, 753:23, 754:24, 755:3, 758:12, 758:23, 759:6, 759:24, 760:3, 760:8, 761:11, 761:20, 762:11, 763:24, 767:7, 771:20, 771:23, 772:8, 775:19, 781:4, 782:2, 798:15, 798:18, 799:11, 800:9, 801:19, 801:21, 802:6, 802:20, 803:22, 806:8, 806:11, 806:13, 807:12, 807:15, 807:17, 807:24, 808:15, 809:15, 811:3, 815:23, 818:19, 819:8, 819:20, 820:6, 820:10, 821:1, 822:3, 822:9, 823:12, 823:15, 823:17, 824:10, 825:20, 830:6, 831:20, 841:22, 841:23, 843:7, 845:9, 845:12, 848:7
**iPods** [17] - 671:18, 671:23, 672:3, 672:6, 672:9, 673:21, 674:20, 675:25, 676:14, 677:7, 681:16, 682:21, 703:23, 729:10, 832:11, 832:13, 832:18
**IR** [5] - 740:9, 740:10, 740:16, 740:21, 743:3
**IrDA** [3] - 739:24, 740:1, 743:11
**IS** [1] - 862:19
**issue** [6] - 711:16, 711:20, 730:2, 845:18, 853:9, 859:7
**issued** [4] - 711:4, 730:3, 738:10, 738:17
**issues** [2] - 667:24, 856:21
**item** [7] - 794:12, 795:9, 804:11, 804:14, 804:23, 808:13, 836:10
**Item** [1] - 795:10
**items** [7] - 686:21, 757:8, 807:13, 807:18, 822:12, 836:6, 840:12

**Items** [2] - 749:13, 771:7
**itself** [8] - 669:23, 722:22, 749:22, 750:17, 772:1, 801:13, 847:3, 852:24
**iTunes** [30] - 668:2, 668:6, 669:15, 687:23, 687:24, 688:1, 688:2, 688:9, 688:11, 706:23, 732:4, 732:14, 732:15, 744:6, 744:7, 744:20, 745:7, 745:8, 745:10, 745:21, 745:22, 745:25, 746:1, 822:19, 823:5, 823:17, 824:5

## J

**jack** [1] - 765:14
**jazz** [1] - 725:3
**JMOL** [1] - 855:15
**job** [4] - 671:17, 672:11, 717:21, 768:9
**jobs** [1] - 741:13
**Jobs** [2] - 703:11, 703:19
**judge** [2] - 666:8, 671:17
**judge's** [1] - 672:23
**judges** [4] - 671:7, 717:12, 720:22, 720:25
**jump** [2] - 786:25, 790:16
**JUNE** [2] - 666:2, 862:18
**juries** [1] - 841:9
**JUROR** [1] - 713:11
**juror** [1] - 701:14
**jurors** [2] - 717:13, 720:4
**JURY** [2] - 666:2, 666:4
**jury** [36] - 667:5, 668:12, 668:13, 694:4, 709:16, 717:7, 717:11, 718:15, 718:20, 719:17, 721:5, 764:20, 768:17, 769:15, 777:7, 778:13, 780:7, 812:10, 839:5, 842:18, 844:23, 845:1, 847:19, 848:14, 848:18, 850:9, 851:5, 851:11, 852:9, 852:21, 853:7, 856:18, 856:19, 856:25, 857:25, 861:1

## K

**keep** [8] - 669:3, 669:21, 696:7, 711:6, 745:25, 766:10, 773:6, 797:15
**keeping** [1] - 846:17
**KEVIN** [1] - 671:14
**key** [4] - 727:24, 739:2, 753:16, 753:18
**keyboard** [22] - 750:5, 750:7, 750:9, 750:10, 750:12, 750:13, 750:20, 752:3, 752:5, 752:7, 752:9, 752:12, 752:14, 752:17, 752:18, 752:19, 752:20, 752:21, 753:8, 753:13, 754:2, 754:25
**keypress** [1] - 800:24
**keys** [12] - 750:15, 750:16, 752:3, 752:6, 752:7, 752:10, 752:11, 753:9, 754:3, 754:24
**kilobyte** [1] - 739:24
**kilobyte-per-second** [1] - 739:24
**kind** [45] - 668:20, 673:16, 674:2, 679:10, 679:24, 680:25, 681:11, 681:13, 682:18, 682:24, 683:3, 685:6, 686:1,

686:3, 692:10, 693:21, 698:23, 699:16, 699:19, 708:6, 708:11, 719:25, 725:24, 735:5, 737:15, 738:12, 750:9, 750:13, 791:9, 822:21, 830:5, 831:19, 832:10, 832:17, 840:16, 841:25, 842:14, 845:10, 846:16, 847:21, 848:11, 850:14, 852:17, 852:21
**kinds** [12] - 680:2, 680:3, 680:23, 681:22, 682:10, 688:1, 704:16, 742:9, 805:10, 805:23, 841:6, 851:21
**known** [2] - 799:15, 799:19
**knows** [2] - 777:10, 785:7
**knuckle** [1] - 722:18

## L

**labeled** [1] - 767:12
**ladies** [9] - 668:14, 693:20, 709:15, 710:23, 717:5, 764:17, 778:17, 811:23, 838:13
**Ladies** [1] - 847:2
**laid** [3] - 685:22, 757:10, 830:6
**language** [29] - 667:2, 669:23, 670:2, 670:23, 671:2, 690:21, 695:25, 708:11, 708:13, 708:16, 713:4, 713:7, 713:14, 719:8, 719:9, 749:7, 756:11, 776:15, 783:1, 783:2, 785:10, 799:12, 799:14, 799:21, 799:25, 800:2, 800:5
**laptop** [3] - 746:5, 746:6, 750:14
**large** [6] - 696:5, 704:2, 774:20, 843:21, 844:18, 848:15
**larger** [1] - 828:25
**last** [14] - 668:15, 715:9, 739:8, 752:4, 780:13, 790:14, 802:13, 817:9, 826:14, 829:17, 829:19, 831:8, 831:18, 857:22
**late** [1] - 854:7
**later-invented** [1] - 711:3
**latest** [1] - 833:3
**Laurents** [1] - 810:4
**law** [4] - 709:11, 711:10, 767:1, 820:1
**lawyer** [1] - 777:9
**lawyers** [6] - 671:7, 698:2, 717:13, 721:1, 777:3, 846:18
**lay** [2] - 684:2, 775:2
**layer** [2] - 683:6, 759:25
**LCD** [1] - 737:15
**leading** [1] - 806:20
**learn** [3] - 800:1, 800:2, 800:4
**learned** [2] - 720:25, 846:16
**least** [9] - 694:14, 702:2, 704:24, 720:14, 720:19, 754:25, 858:18, 859:9, 859:11
**leave** [2] - 853:17, 858:23
**leeway** [5] - 780:6, 840:21, 841:8, 841:14, 842:14
**left** [10] - 671:16, 680:12, 695:11, 704:9, 713:2, 713:15, 825:11, 826:9, 848:8, 859:8
**left-hand** [1] - 826:9
**legitimate** [1] - 851:10

**less** [5] - 697:6, 697:7, 827:20, 827:24, 828:7
**letter** [3] - 683:11, 750:8, 783:2
**letters** [1] - 767:23
**letting** [3] - 719:11, 719:17, 860:6
**level** [15] - 683:23, 685:1, 758:3, 772:16, 772:20, 773:23, 781:9, 781:10, 783:21, 784:9, 804:5, 804:12, 804:21, 831:10, 859:11
**LG** [1] - 683:22
**library** [2] - 724:18, 732:5
**light** [3] - 740:6, 740:7, 859:7
**limine** [1] - 668:9
**limitation** [22] - 666:23, 666:24, 700:25, 701:1, 701:11, 706:3, 708:7, 710:10, 712:9, 712:11, 713:2, 719:4, 723:5, 723:22, 732:16, 746:14, 755:4, 757:11, 802:7, 803:20, 819:9, 819:10
**limitations** [23] - 666:22, 672:12, 672:14, 673:6, 674:15, 674:20, 700:18, 700:24, 701:3, 701:6, 701:7, 702:4, 708:18, 719:4, 755:4, 775:11, 775:17, 776:22, 802:20, 837:1, 837:5, 838:2, 855:7
**limits** [1] - 694:12
**line** [39] - 679:19, 680:23, 681:5, 690:22, 695:12, 695:18, 696:3, 696:12, 696:14, 710:7, 730:21, 742:10, 754:11, 754:13, 773:25, 775:14, 782:4, 787:21, 789:17, 790:7, 793:5, 793:7, 793:11, 793:13, 795:1, 796:18, 796:24, 796:25, 812:18, 814:9, 816:20, 816:21, 816:25, 817:19, 817:20, 832:10, 847:7, 861:25
**Line** [1] - 696:2
**lines** [12] - 683:1, 696:8, 696:22, 697:6, 697:8, 742:12, 761:14, 771:12, 782:19, 783:7, 788:1
**link** [20] - 710:6, 727:13, 727:22, 733:8, 733:11, 733:12, 733:13, 733:14, 733:18, 734:2, 736:17, 738:22, 738:23, 740:3, 740:9, 740:10, 740:13, 740:16, 740:22
**linked** [2] - 727:15, 727:23, 732:23
**links** [2] - 734:2, 734:20
**list** [37] - 671:25, 675:6, 675:9, 675:24, 677:2, 677:6, 677:19, 678:2, 678:6, 681:21, 682:25, 688:14, 694:21, 724:6, 724:8, 724:9, 725:15, 727:9, 749:12, 784:17, 807:4, 807:5, 807:12, 807:21, 807:22, 828:9, 829:1, 833:14, 835:7, 835:23, 848:20, 848:23, 850:4, 853:21, 854:21, 854:23, 855:19
**listed** [13] - 671:23, 672:22, 677:14, 678:13, 688:10, 702:2, 727:4, 738:1, 759:5, 764:13, 771:8, 834:9, 837:16
**listen** [2] - 705:25, 725:12, 725:13, 770:7
**listening** [1] - 725:3
**listing** [3] - 767:20, 834:9, 835:16
**lists** [2] - 680:4, 685:3, 716:9, 760:11
**literally** [7] - 750:14, 752:14, 752:17, 752:18, 752:19, 754:25, 800:9

**literature** [1] - 751:2
**live** [1] - 856:6
**LLC's** [1] - 688:17
**loaded** [3] - 746:1, 822:17, 823:5
**local** [12] - 727:14, 727:23, 728:2, 728:6, 731:7, 732:10, 732:22, 734:3, 743:19, 743:25, 745:14, 745:18
**locate** [1] - 811:6
**LocType** [9] - 804:19, 804:22, 804:24, 805:6, 805:13, 805:14, 806:3, 807:16, 808:9
**LocTypes** [7] - 805:1, 805:10, 805:17, 805:23, 806:1, 806:7, 807:9
**Logan** [1] - 670:12
**Logic** [16] - 704:10, 704:13, 704:18, 704:20, 735:12, 735:17, 736:4, 736:7, 736:10, 736:16, 737:5, 737:8, 737:11, 740:12, 740:17, 741:14
**logical** [1] - 751:25
**Look** [4] - 849:2
**look** [83] - 676:9, 677:10, 677:24, 678:5, 678:20, 682:4, 683:20, 686:11, 689:7, 689:16, 690:25, 691:24, 692:2, 692:6, 693:1, 693:4, 694:4, 696:15, 697:2, 697:18, 699:6, 699:13, 702:15, 704:3, 707:21, 715:25, 716:22, 718:2, 719:13, 720:8, 720:17, 722:12, 735:25, 739:3, 744:4, 745:6, 751:6, 751:24, 759:22, 759:25, 760:24, 761:7, 762:15, 763:15, 767:15, 768:1, 771:25, 772:5, 772:13, 772:14, 772:20, 773:3, 778:13, 786:11, 790:14, 790:15, 791:5, 794:10, 798:18, 804:1, 805:21, 808:8, 808:21, 810:15, 821:13, 828:13, 832:14, 834:16, 837:7, 837:8, 841:15, 842:2, 843:19, 847:16, 847:24, 850:10, 850:12, 850:21, 851:7, 851:8, 852:25, 855:9
**looked** [20] - 671:22, 674:23, 677:7, 677:22, 681:25, 691:5, 691:23, 703:4, 714:23, 714:24, 716:3, 722:7, 722:22, 734:23, 764:6, 786:12, 799:11, 819:18, 836:24, 837:9
**looking** [42] - 669:9, 669:22, 669:23, 669:24, 670:23, 671:2, 680:24, 687:24, 692:22, 695:22, 696:15, 697:13, 712:3, 717:14, 725:22, 725:23, 726:23, 726:24, 727:17, 728:9, 728:11, 760:15, 761:11, 761:25, 770:10, 773:1, 773:18, 783:14, 785:22, 789:6, 793:12, 794:5, 794:18, 797:6, 809:6, 809:7, 816:12, 819:17, 837:12, 851:5, 852:22, 859:24
**looks** [9] - 682:4, 695:3, 756:2, 782:11, 808:16, 825:5, 834:10, 852:1, 852:16
**loop** [10] - 793:18, 793:23, 794:1, 794:4, 794:12, 794:14, 814:5, 814:8, 817:1, 830:16
**looping** [1] - 793:20
**loops** [1] - 799:23
**Low** [1] - 736:20
**low** [1] - 737:17
**lower** [3] - 680:12, 683:6, 685:20

**lower-layer** [1] - 683:6
**lunch** [1] - 838:17

**M**

**main** [1] - 771:24
**manner** [1] - 698:8
**manual** [12] - 769:24, 845:9, 845:12, 845:17, 850:3, 851:14, 851:15, 851:17, 851:20, 852:11, 852:12
**manuals** [2] - 765:20, 768:21
**manufacturer** [3] - 685:7, 686:6, 741:4
**map** [2] - 847:21, 848:12
**maps** [2] - 778:9, 845:24
**March** [1] - 711:20
**market** [3] - 703:4, 705:2, 730:19
**mass** [9] - 681:2, 714:9, 714:18, 714:22, 715:5, 715:12, 715:18, 747:12, 815:3
**matching** [1] - 672:14
**material** [2] - 819:17, 840:16
**materials** [17] - 684:24, 684:25, 685:10, 686:7, 714:25, 716:2, 716:5, 717:1, 721:11, 721:20, 722:4, 725:23, 748:2, 748:4, 758:25, 759:3, 764:6
**matter** [6] - 673:16, 674:2, 688:8, 702:4, 733:21, 736:14
**matters** [1] - 718:11
**me..** [1] - 797:5
**mean** [52] - 680:6, 682:15, 688:19, 694:5, 701:24, 703:16, 708:9, 720:21, 725:7, 725:12, 737:21, 745:25, 750:6, 750:14, 767:9, 775:1, 778:19, 779:15, 780:2, 783:18, 800:19, 801:7, 802:18, 802:20, 804:21, 808:7, 810:14, 823:4, 823:21, 824:8, 841:10, 841:21, 845:8, 845:9, 846:16, 847:7, 848:4, 849:11, 850:2, 850:14, 852:8, 854:24, 856:18, 858:15, 860:5, 860:7, 860:12, 860:16, 861:17, 861:20, 861:25
**meaning** [2] - 800:23, 840:5
**meaningful** [1] - 844:25
**means** [45] - 667:2, 673:24, 695:24, 701:25, 702:1, 706:5, 706:8, 707:22, 708:8, 708:10, 708:11, 708:13, 708:15, 708:18, 708:23, 709:6, 709:16, 712:5, 712:11, 723:6, 723:9, 723:13, 727:3, 727:4, 727:16, 727:17, 732:6, 737:22, 748:16, 749:5, 755:10, 755:21, 785:14, 793:18, 800:4, 800:17, 800:20, 801:16, 801:17, 802:19, 804:12, 820:5, 820:9
**means-plus-function** [8] - 708:11, 708:13, 708:15, 708:18, 708:23, 709:6, 709:16, 749:5
**meant** [3] - 800:3, 855:21
**measures** [1] - 693:24
**meet** [3] - 671:3, 710:10, 856:19
**meets** [4] - 746:13, 755:4, 819:8, 819:10
**megabytes** [1] - 715:15

**member** [2] - 834:10, 835:2
**members** [6] - 807:24, 830:8, 830:10, 833:1, 833:11, 834:19
**memorized** [1] - 766:6
**memory** [10] - 686:21, 715:10, 716:10, 737:15, 737:23, 742:5, 784:1, 792:9, 792:11, 792:16
**mention** [6] - 666:8, 669:7, 765:9, 859:15, 859:17, 860:17
**mentioned** [6] - 670:2, 680:17, 728:19, 732:22, 760:6, 767:10
**mentions** [3] - 722:8, 722:10, 722:16
**menu** [12] - 752:1, 821:18, 822:6, 822:7, 822:12, 828:17, 830:24, 830:25, 831:3, 831:10
**menus** [1] - 822:5
**mere** [1] - 765:17
**message** [1] - 787:23
**met** [3] - 718:12, 819:15, 838:2
**method** [4] - 674:2, 702:9, 778:13, 781:22
**Microelectronics** [1] - 759:11
**middle** [10] - 730:4, 788:22, 813:25, 821:22, 821:23, 822:11, 854:18, 856:14, 857:4, 857:20
**might** [21] - 667:4, 667:7, 668:18, 702:8, 702:22, 704:16, 718:3, 719:13, 745:23, 757:22, 758:2, 772:10, 778:2, 789:21, 802:15, 807:19, 842:1, 847:25, 859:25, 860:11
**migraine** [1] - 668:20
**migraines** [1] - 668:21
**million** [1] - 697:7
**mimics** [2] - 713:14, 749:6
**mind** [6] - 669:22, 711:9, 766:10, 797:15, 842:12, 850:7
**mini** [9] - 730:8, 830:8, 833:21, 833:22, 833:24, 834:1, 834:5, 834:16, 835:2
**minimum** [1] - 695:7
**minute** [4] - 689:16, 766:4, 785:19, 855:9
**minutes** [7] - 820:16, 825:6, 825:23, 853:24, 854:2, 857:13
**misleading** [1] - 667:3
**missed** [1] - 687:1
**mistake** [1] - 809:23
**misunderstanding** [1] - 861:4
**mixed** [1] - 806:9
**mode** [6] - 824:17, 829:10, 829:11, 829:16, 830:15, 830:20
**model** [2] - 687:20, 736:9
**models** [1] - 729:12
**modem** [1] - 710:6
**moment** [1] - 724:15
**MONDAY** [1] - 666:2
**money** [1] - 718:5
**month** [1] - 854:11
**months** [3] - 780:20, 780:24, 780:25
**morning** [4] - 669:1, 838:16, 853:15, 862:15

**most** [3] - 739:7, 786:4, 846:14
**motion** [1] - 668:9
**motorcycle** [1] - 841:11
**move** [10] - 742:24, 770:9, 790:23, 791:3, 792:17, 793:1, 828:22, 840:6, 860:15, 860:18
**moves** [1] - 815:11
**moving** [6] - 669:3, 742:21, 742:22, 778:5, 845:2
**MP3** [1] - 703:3
**MR** [203] - 666:8, 666:16, 666:18, 666:21, 667:11, 667:19, 667:23, 668:1, 668:4, 668:10, 671:12, 671:15, 684:12, 684:17, 684:21, 691:10, 691:17, 691:20, 691:21, 694:9, 709:10, 709:24, 710:11, 710:22, 711:13, 712:14, 712:17, 712:19, 712:20, 713:12, 714:1, 718:1, 718:10, 719:14, 720:6, 721:8, 721:9, 731:25, 744:8, 744:12, 744:14, 745:1, 746:11, 763:6, 763:10, 763:12, 763:16, 763:18, 763:19, 764:21, 765:2, 765:7, 765:11, 765:22, 766:1, 766:8, 766:12, 766:16, 766:18, 766:21, 767:2, 767:4, 767:6, 767:17, 767:21, 768:2, 768:8, 768:14, 768:25, 769:5, 769:13, 769:20, 769:21, 774:4, 774:7, 774:12, 774:17, 774:24, 775:5, 775:7, 775:25, 776:2, 777:5, 777:13, 777:15, 777:20, 777:23, 779:4, 779:7, 779:14, 779:21, 779:25, 780:8, 780:16, 780:18, 784:7, 784:22, 793:7, 793:10, 796:8, 796:16, 796:19, 796:21, 796:22, 796:24, 797:3, 797:9, 798:4, 798:5, 806:19, 806:23, 807:1, 808:25, 809:3, 809:7, 809:10, 809:12, 809:14, 809:21, 810:2, 810:5, 810:8, 810:11, 810:16, 810:21, 811:1, 811:16, 812:17, 812:23, 813:1, 823:2, 823:6, 823:9, 823:10, 824:1, 838:4, 838:7, 838:9, 839:14, 839:19, 839:24, 840:15, 841:18, 842:24, 843:2, 843:4, 843:6, 843:11, 843:13, 843:25, 844:2, 844:8, 844:16, 845:4, 845:15, 845:18, 845:20, 845:23, 846:8, 848:13, 848:22, 849:14, 851:21, 852:3, 852:6, 852:13, 853:2, 853:4, 853:8, 853:11, 853:20, 853:24, 854:1, 854:2, 854:6, 854:22, 855:11, 855:18, 855:25, 856:8, 856:17, 857:7, 857:11, 857:13, 858:3, 858:8, 858:9, 858:14, 858:25, 859:5, 859:17, 860:2, 860:7, 860:20, 860:22, 861:2, 861:7, 861:16, 861:22, 862:3, 862:4, 862:8, 862:12
**Mullendore** [3] - 767:15, 768:13, 810:6
**multiple** [6] - 676:24, 691:8, 805:23, 806:7, 807:9, 833:1
**music** [13] - 687:14, 705:23, 719:17, 725:2, 725:3, 731:20, 732:5, 770:7, 805:4, 805:11, 806:2, 822:5
**must** [3] - 706:5, 785:21, 847:6

# N

**N3** [1] - 680:6
**name** [14] - 683:9, 696:10, 696:11, 696:20, 760:8, 775:13, 775:15, 783:2, 784:2, 785:6, 817:15, 818:2, 839:2
**namely** [1] - 797:24
**names** [4] - 683:12, 695:17, 799:4, 799:6
**nano** [10] - 730:9, 830:10, 832:25, 835:17, 835:24, 836:2, 836:7, 836:10, 836:14, 860:13
**narrative** [1] - 776:8
**nature** [1] - 778:24
**navigate** [4] - 690:1, 690:17, 690:22, 754:16
**Nawrocki** [1] - 858:12
**near** [3] - 784:9, 796:25, 804:2
**NEC** [1] - 683:22
**necessarily** [1] - 688:8
**need** [23] - 679:13, 681:22, 720:17, 724:20, 747:6, 747:23, 748:20, 755:15, 768:7, 790:23, 794:21, 795:17, 807:25, 808:7, 812:21, 816:13, 817:23, 842:11, 847:9, 850:12, 852:7, 852:14, 861:9
**needed** [1] - 797:21
**needs** [4] - 708:6, 814:15, 848:12, 853:6
**negative** [1] - 785:17
**network** [1] - 742:10
**Networked** [1] - 742:2
**networks** [1] - 742:9
**never** [4] - 668:21, 779:23, 793:21, 812:12
**new** [10] - 671:3, 711:2, 725:15, 792:12, 812:3, 812:12, 814:18, 815:10, 815:14, 818:16
**next** [67] - 667:9, 675:22, 677:14, 679:19, 682:24, 685:17, 688:14, 689:17, 722:12, 730:11, 737:19, 739:16, 739:22, 741:15, 755:18, 762:7, 772:24, 773:1, 773:2, 773:3, 781:17, 786:17, 786:19, 789:17, 789:22, 789:23, 790:1, 790:2, 790:10, 791:3, 791:18, 792:18, 794:2, 794:12, 794:15, 794:19, 795:6, 795:16, 803:1, 803:19, 804:8, 804:13, 807:15, 807:21, 808:9, 808:13, 808:16, 811:6, 811:8, 812:18, 813:18, 813:20, 814:12, 814:14, 814:21, 816:3, 816:16, 816:18, 816:22, 825:12, 829:20, 834:15, 834:25, 835:1, 840:24
**nextTrackItem** [2] - 794:8, 794:9
**Ng** [1] - 703:9
**night** [1] - 668:15
**nine** [1] - 825:23
**nonaccused** [1] - 732:1
**noninfringement** [1] - 861:24
**noodle** [1] - 786:22
**noon** [4] - 838:17, 858:16, 858:18, 858:19

**normal** [3] - 692:10, 692:11, 861:7
**normally** [1] - 813:17
**NOT** [1] - 666:4
**note** [1] - 765:23
**notebook** [1] - 773:19
**notebooks** [1] - 701:14
**NOTES** [1] - 666:1
**notes** [1] - 672:4
**nothing** [3] - 694:2, 778:4, 862:8
**notice** [3] - 671:24, 681:18, 861:14
**notwithstanding** [1] - 690:24
**number** [55] - 667:8, 668:25, 672:21, 673:10, 674:10, 675:15, 676:15, 677:7, 678:15, 678:18, 681:7, 683:11, 684:8, 685:7, 686:6, 687:20, 693:21, 694:16, 696:4, 696:5, 696:14, 704:23, 711:20, 734:19, 736:10, 754:17, 759:11, 759:16, 760:20, 761:7, 784:4, 784:24, 785:4, 785:7, 786:1, 786:13, 787:11, 787:12, 791:11, 791:15, 791:23, 792:3, 799:1, 804:10, 804:16, 815:8, 815:22, 821:8, 821:17, 822:5, 826:9, 827:8, 833:2, 841:24
**Number** [18] - 688:17, 688:19, 696:2, 702:18, 706:4, 714:15, 723:21, 724:25, 725:1, 727:13, 732:20, 732:24, 738:19, 739:21, 739:22, 770:24, 815:7, 828:19
**numbered** [2] - 724:6, 804:2
**numbering** [2] - 701:11, 701:13
**Numbers** [1] - 689:4
**numbers** [13] - 676:17, 676:19, 677:12, 677:15, 695:12, 696:12, 722:6, 773:25, 774:3, 775:14, 782:4, 793:8, 793:11
**nuts** [1] - 841:10

# O

**oath** [1] - 698:3
**object** [6] - 774:12, 775:1, 777:23, 797:3, 850:2, 854:12
**objection** [35] - 666:10, 667:20, 709:10, 731:25, 744:8, 744:13, 744:14, 744:24, 763:6, 768:7, 768:20, 775:3, 777:22, 779:12, 780:14, 784:7, 796:8, 796:22, 798:1, 806:19, 808:25, 812:9, 812:15, 823:2, 838:7, 839:17, 839:23, 845:10, 846:3, 847:18, 848:20, 848:23, 848:24, 849:24, 852:19
**Objections** [1] - 688:16
**observe** [3] - 822:23, 823:14, 824:3
**observed** [1] - 825:19
**obvious** [1] - 671:3
**obviously** [3] - 717:12, 717:22, 856:17
**October** [1] - 730:2
**OF** [2] - 671:13, 862:20
**off-the-record** [1] - 766:25
**offer** [4] - 777:5, 777:20, 838:4, 850:1
**offered** [3] - 708:16, 779:15, 838:9
**office** [1] - 697:15
**officer** [1] - 839:3

**offices** [1] - 692:3
**ON** [1] - 862:18
**On-The-Go** [1] - 822:13
**once** [11] - 759:4, 772:22, 773:3, 781:12, 781:18, 790:9, 815:12, 828:5, 828:8, 855:23
**one** [156] - 670:14, 672:16, 675:22, 677:1, 677:4, 677:19, 678:2, 678:3, 682:6, 683:8, 683:12, 685:1, 685:9, 688:18, 689:8, 692:8, 696:24, 698:24, 699:12, 700:8, 700:17, 700:20, 701:7, 703:4, 703:22, 705:11, 705:15, 705:19, 708:3, 710:8, 711:7, 713:23, 713:24, 714:14, 715:3, 717:1, 717:9, 718:19, 720:9, 720:22, 720:23, 724:8, 724:9, 727:4, 727:10, 727:12, 734:23, 735:8, 735:17, 736:7, 740:25, 741:14, 741:15, 742:25, 743:18, 744:4, 744:6, 747:9, 747:10, 749:13, 749:14, 750:24, 753:20, 753:23, 754:4, 754:6, 756:2, 756:5, 756:18, 757:5, 757:12, 758:21, 759:16, 761:19, 761:25, 762:1, 762:6, 762:9, 762:19, 763:13, 764:5, 765:1, 765:4, 765:20, 766:20, 768:3, 771:8, 772:2, 772:4, 773:18, 774:13, 779:4, 785:12, 786:18, 786:21, 787:20, 788:22, 789:13, 789:20, 790:13, 791:16, 794:7, 797:13, 800:12, 801:9, 801:23, 802:9, 802:13, 803:5, 803:23, 805:6, 805:9, 806:1, 806:8, 807:15, 807:21, 808:13, 810:11, 810:12, 812:1, 812:10, 818:7, 818:11, 824:18, 826:11, 828:19, 828:23, 829:4, 831:18, 831:23, 833:6, 835:5, 836:10, 839:16, 841:13, 843:1, 843:4, 844:10, 844:16, 844:21, 849:3, 850:5, 851:15, 851:25, 852:3, 854:6, 854:24, 859:4, 860:12, 861:2
**ones** [8] - 684:15, 684:18, 722:23, 730:22, 790:14, 807:22, 820:7, 847:10
**online** [4] - 679:20, 714:23, 722:9, 748:2
**open** [4] - 705:2, 721:5, 761:21, 768:17
**OPEN** [1] - 666:4
**opening** [1] - 719:22
**opens** [1] - 732:4
**operate** [2] - 749:25, 795:7
**operates** [1] - 776:9
**opine** [1] - 701:8
**opinion** [25] - 682:20, 689:5, 690:8, 704:6, 709:11, 722:2, 722:3, 731:17, 734:7, 734:10, 735:6, 750:18, 751:1, 751:23, 754:21, 761:24, 778:15, 778:18, 779:1, 819:14, 845:24, 846:9, 846:10, 852:24, 859:10
**opinions** [8] - 719:11, 777:25, 778:3, 778:22, 834:18, 846:7, 849:2, 859:23
**opportunity** [1] - 703:3
**option** [1] - 818:11
**options** [2] - 704:25, 752:1
**order** [15] - 692:2, 693:24, 708:6, 723:11, 725:13, 755:11, 755:19, 756:12,
806:15, 853:16, 855:10, 855:14, 855:16, 855:22, 856:10
**ordered** [4] - 725:11, 807:3, 811:25, 854:8
**ordinary** [3] - 712:2, 734:12, 734:25
**organize** [5] - 724:21, 724:22, 736:25, 776:21, 799:22
**organized** [1] - 809:24
**orient** [2] - 736:19, 833:6
**oriented** [1] - 760:7
**original** [4] - 729:2, 735:18, 741:17, 780:20
**originally** [3] - 855:12, 855:13, 855:21
**otherwise** [3] - 779:23, 782:25, 860:11
**ought** [2] - 766:6, 856:19
**output** [1] - 765:15
**outputs** [1] - 760:21
**outside** [4] - 686:10, 688:6, 839:3, 853:6
**overlap** [1] - 859:20
**overly** [1] - 718:3
**overrule** [7] - 667:6, 769:18, 779:13, 798:2, 812:9, 812:15, 823:8
**overruled** [6] - 732:2, 744:24, 763:17, 769:14, 780:15, 784:10
**oversimplification** [1] - 758:2
**overwhelms** [1] - 826:17
**own** [3] - 719:3, 719:5, 850:20
**owns** [1] - 693:17

**P**

**p.m** [10] - 668:13, 717:7, 721:4, 764:20, 768:16, 769:15, 839:5, 862:16
**P.M** [1] - 666:2
**P5002** [1] - 687:20
**PA** [9] - 822:12, 822:13, 822:15, 822:16, 824:11, 828:17, 831:4, 831:13
**pack** [1] - 683:24
**packaged** [1] - 679:8
**packages** [1] - 844:12
**page** [141] - 675:16, 675:20, 675:21, 677:11, 677:24, 677:25, 678:6, 678:21, 686:17, 687:11, 689:10, 689:17, 690:5, 690:6, 690:7, 696:19, 703:21, 705:18, 705:22, 716:9, 716:12, 716:15, 721:21, 721:22, 722:13, 725:25, 731:14, 731:24, 735:25, 737:10, 737:20, 738:7, 741:9, 741:13, 741:22, 747:9, 751:19, 754:9, 760:5, 760:10, 760:14, 760:16, 760:17, 760:18, 760:24, 762:22, 764:11, 764:22, 764:24, 765:4, 765:6, 765:7, 765:23, 766:7, 766:12, 766:18, 769:23, 769:24, 782:7, 782:10, 786:18, 786:25, 788:17, 788:18, 788:19, 788:22, 789:7, 789:23, 790:2, 790:15, 792:21, 793:14, 796:17, 796:25, 797:8, 799:23, 809:10, 809:19, 810:5, 810:15, 810:20, 810:24, 813:6, 813:7, 813:8, 816:8, 816:11, 816:13, 816:14, 816:16, 816:18, 816:22, 816:23,
817:7, 817:11, 817:21, 833:16, 834:15, 834:20, 834:24, 834:25, 835:1, 835:4, 835:7, 835:15, 835:22, 836:9, 836:12, 836:18, 841:21, 841:22, 841:23, 841:24, 842:5, 842:6, 843:3, 843:4, 843:5, 843:10, 843:16, 843:22, 844:6, 844:11, 845:7, 845:11, 845:17, 845:20, 845:24, 846:2, 850:3, 851:14, 851:15, 851:16, 851:25, 852:12, 860:13
**pages** [36] - 675:15, 675:19, 679:2, 680:4, 682:7, 683:14, 686:19, 686:20, 686:25, 687:1, 690:7, 694:16, 695:7, 698:21, 705:19, 748:1, 766:20, 766:22, 767:11, 768:3, 773:11, 780:10, 782:3, 808:23, 810:12, 836:4, 840:16, 842:2, 842:16, 842:22, 844:24, 845:13, 846:11, 847:11, 852:16
**palatable** [1] - 780:11
**PalmPilot** [2] - 742:5, 743:5
**panel** [1] - 688:10
**papers** [1] - 719:19
**paragraph** [6] - 690:4, 739:22, 754:12, 765:5, 809:15, 811:2
**paragraphs** [2] - 739:7, 740:11
**part** [71] - 669:17, 672:22, 674:12, 675:4, 685:7, 688:21, 690:8, 694:6, 694:13, 694:17, 695:8, 698:10, 699:25, 701:18, 701:19, 702:9, 704:14, 706:15, 713:4, 715:22, 721:25, 722:4, 723:11, 730:25, 732:24, 735:15, 740:18, 741:18, 741:23, 748:18, 752:4, 756:18, 756:21, 757:1, 757:14, 759:6, 759:8, 760:4, 761:3, 761:13, 770:19, 771:24, 773:9, 778:23, 782:14, 783:25, 784:1, 785:25, 787:24, 788:8, 788:11, 788:13, 788:14, 790:3, 790:12, 790:16, 791:4, 792:5, 792:11, 792:15, 799:24, 807:11, 809:5, 810:9, 810:13, 814:14, 816:2, 816:4, 816:7, 817:9, 818:6
**particular** [15] - 670:13, 689:1, 690:13, 696:10, 701:8, 704:21, 713:1, 722:16, 727:12, 775:12, 784:16, 804:16, 845:7, 845:24
**particularly** [1] - 754:20
**PARTIES** [1] - 666:4
**parties** [3] - 691:14, 721:5, 768:17
**parts** [16] - 685:4, 685:14, 686:4, 700:23, 709:6, 756:24, 760:21, 760:23, 761:11, 761:16, 771:24, 773:12, 776:18, 799:19, 814:4
**party** [2] - 725:2, 797:19
**passed** [3] - 668:17, 784:20, 785:14
**past** [7] - 668:21, 670:8, 670:16, 717:6, 721:3, 764:19, 850:8
**Patent** [1] - 701:14
**patent** [53] - 670:8, 670:9, 671:1, 673:7, 674:9, 708:5, 708:14, 710:3, 710:9, 711:4, 711:15, 711:17, 711:20, 712:1, 712:3, 722:25, 723:5, 730:1, 730:2, 730:3, 738:10, 738:13, 738:17, 746:14, 748:11, 754:1, 754:4, 754:10, 754:23,

755:5, 770:23, 771:11, 771:12, 775:22, 777:10, 795:22, 800:8, 800:16, 803:9, 805:10, 805:16, 809:8, 818:21, 819:9, 819:21, 819:24, 832:9, 836:21, 837:2, 837:6, 837:21, 838:2, 841:7

**patented** [5] - 670:10, 670:11, 670:18, 670:20, 719:23

**patents** [16] - 670:6, 670:7, 670:9, 670:10, 670:12, 670:13, 670:16, 670:21, 670:22, 671:9, 708:10, 729:5, 730:1

**pause** [5] - 724:15, 726:9, 802:1, 803:11, 804:18

**pays** [1] - 861:17

**PCs** [1] - 742:7

**PDAs** [1] - 742:8

**people** [18] - 667:9, 670:5, 670:7, 670:15, 670:16, 734:9, 734:12, 734:24, 735:2, 736:16, 737:9, 743:9, 751:6, 765:13, 766:2, 811:25, 826:16

**per** [1] - 739:24

**perfect** [1] - 793:9

**perform** [6] - 726:18, 757:7, 763:22, 770:20, 801:19, 830:4

**performed** [1] - 833:23

**performing** [5] - 726:18, 733:24, 747:8, 752:22, 799:9

**performs** [9] - 724:12, 749:18, 756:15, 783:20, 803:22, 809:15, 811:3, 818:24, 820:6

**perhaps** [3] - 717:13, 746:8, 858:16

**period** [2] - 751:16, 751:18

**permit** [1] - 806:2

**permitted** [1] - 811:18

**Persistent** [2] - 791:11, 815:2

**persistent** [10] - 681:2, 714:9, 714:18, 714:22, 715:5, 715:12, 715:18, 716:17, 721:17, 747:12

**person** [7] - 693:1, 693:11, 695:21, 712:2, 712:3, 734:5, 820:12

**personal** [1] - 742:3

**Personal** [13] - 670:6, 688:16, 688:21, 690:4, 766:13, 810:14, 810:19, 822:16, 846:22, 854:5, 857:10, 858:20, 862:7

**PERSONAL** [1] - 666:1

**perspective** [3] - 734:1, 755:13, 762:1

**PhDs** [1] - 699:18

**phone** [1] - 668:25

**phones** [1] - 742:7

**photograph** [4] - 778:8, 778:9, 851:20, 851:25

**photographs** [5] - 777:24, 842:10, 851:19, 851:22, 852:18

**physical** [8] - 676:9, 728:17, 752:2, 752:5, 763:20, 764:13, 852:3

**physically** [3] - 691:24, 728:11, 753:15

**pick** [2] - 702:14, 828:13

**picking** [1] - 719:1

**picture** [4] - 681:22, 731:10, 762:18, 842:4

**pictures** [2] - 841:20, 842:7

**PID** [3] - 791:12, 815:2

**piece** [13] - 704:6, 713:18, 743:8, 754:22, 758:20, 762:8, 776:1, 841:11, 847:17, 847:22, 847:23, 853:1

**pieces** [8] - 704:14, 844:9, 844:19, 847:4, 847:6, 851:6, 851:7, 858:2

**Pinch** [2] - 828:24, 829:23

**place** [6] - 763:4, 770:3, 784:11, 785:2, 788:21, 824:7

**places** [3] - 691:8, 761:16, 813:21

**plain** [1] - 757:21

**Plaintiff** [2] - 688:16, 701:15

**plaintiff** [1] - 853:17

**plaintiff's** [7] - 684:7, 684:10, 684:15, 688:24, 773:23, 821:11, 821:12

**Plaintiff's** [114] - 663:1, 663:2, 663:3, 663:4, 663:5, 663:6, 663:7, 663:8, 663:9, 663:10, 663:11, 663:12, 663:13, 663:14, 663:15, 663:16, 663:17, 663:18, 663:19, 663:20, 663:21, 663:22, 663:23, 663:24, 663:25, 664:1, 664:2, 664:3, 664:4, 664:5, 664:6, 664:7, 664:8, 664:9, 664:10, 664:13, 664:15, 664:16, 664:17, 664:18, 664:19, 664:20, 664:21, 664:22, 664:23, 664:25, 665:1, 665:2, 665:3, 665:4, 665:6, 665:7, 675:8, 678:22, 682:1, 682:2, 683:2, 684:24, 685:18, 687:23, 689:7, 689:10, 694:19, 694:23, 695:4, 703:2, 703:22, 705:10, 705:18, 713:3, 715:2, 716:4, 716:12, 722:13, 731:13, 731:14, 735:7, 735:20, 736:6, 737:10, 740:24, 741:11, 741:22, 748:4, 748:7, 751:9, 751:20, 754:9, 759:3, 760:2, 760:24, 762:15, 762:23, 769:24, 774:11, 782:1, 789:7, 808:22, 813:5, 813:8, 816:10, 816:12, 816:23, 817:21, 818:25, 832:21, 833:13, 835:7, 835:15, 836:4, 836:18, 837:17, 838:5

**plaintiffs** [4] - 834:21, 835:23, 836:12, 837:15

**plan** [4] - 855:5, 858:9, 860:22, 860:24

**play** [46] - 687:10, 701:23, 702:16, 706:2, 706:17, 706:24, 736:24, 736:25, 748:21, 755:16, 755:18, 771:10, 771:16, 772:22, 772:23, 773:5, 784:17, 784:18, 786:13, 787:4, 787:7, 787:12, 788:7, 790:11, 791:19, 791:21, 794:19, 795:11, 795:12, 803:1, 803:19, 804:11, 804:17, 806:15, 807:22, 818:16, 821:18, 824:17, 824:19, 829:1, 831:5, 856:5, 856:24

**play/pause** [1] - 822:2

**playable** [4] - 804:9, 804:14, 807:23, 808:14

**playback** [6] - 724:17, 754:18, 772:22, 772:23, 781:12, 781:13

**PlayCurrentSelection** [5] - 786:7, 786:9, 786:16, 786:23, 787:14

**PlayDate** [1] - 695:19

**played** [8] - 695:20, 781:19, 794:14, 794:15, 794:16, 795:4, 795:16, 814:15

**player** [33] - 701:20, 701:22, 702:1,

702:9, 702:11, 702:16, 702:19, 702:21, 702:25, 703:3, 703:15, 703:24, 704:3, 704:17, 705:8, 705:17, 705:23, 706:1, 706:4, 706:16, 707:5, 707:10, 725:14, 727:19, 737:18, 737:25, 745:4, 748:17, 754:15, 789:14, 789:25, 791:2, 822:24

**Player** [10] - 704:3, 704:5, 704:10, 704:14, 704:22, 741:4, 741:7, 741:15, 741:20, 741:24

**PlayerDone** [6] - 788:16, 788:17, 788:20, 788:24, 789:5, 795:13, 795:14

**PlayerGetNextPlaylistTrack** [4] - 794:10, 816:5, 816:15, 816:20

**PlayerNext** [12] - 790:9, 790:13, 790:15, 790:17, 790:25, 795:15, 813:9, 813:14, 813:22, 813:23, 818:15, 818:23

**PlayerPlay** [2] - 795:4, 818:16

**players** [1] - 737:9

**PlayerSelectInternal** [1] - 795:5

**PlayerStopInternal** [1] - 813:24

**playing** [17] - 702:11, 705:8, 737:1, 755:14, 772:24, 789:20, 795:6, 802:25, 803:16, 803:17, 803:18, 813:25, 814:1, 814:17, 824:19, 825:17, 828:20

**Playlist** [12] - 724:25, 725:1, 822:13, 824:11, 824:12, 828:18, 831:4

**playlist** [86] - 690:1, 690:22, 704:5, 707:3, 723:10, 723:15, 723:16, 724:23, 724:24, 725:9, 725:16, 726:10, 726:25, 746:24, 747:2, 755:14, 755:18, 755:19, 755:20, 773:1, 773:6, 781:18, 781:20, 784:4, 784:11, 784:14, 784:15, 784:19, 785:3, 785:5, 787:8, 788:6, 789:22, 791:6, 791:25, 792:2, 792:4, 792:5, 792:6, 792:15, 792:17, 794:3, 794:5, 794:12, 794:18, 795:9, 795:10, 795:15, 803:19, 804:8, 804:13, 804:23, 804:24, 805:17, 805:18, 805:24, 806:7, 806:14, 807:13, 807:18, 807:24, 814:12, 822:9, 824:17, 824:20, 824:22, 824:25, 825:21, 826:1, 828:1, 828:13, 828:19, 829:8, 829:17, 829:22, 830:19, 830:21, 831:3, 831:9, 831:10, 831:13, 831:16, 831:17, 831:23, 831:24

**PlaylistItem** [4] - 791:4, 791:13, 791:20, 814:24

**playlists** [34] - 679:14, 688:3, 706:22, 706:24, 707:2, 707:4, 708:4, 723:10, 725:4, 725:5, 726:3, 726:5, 726:16, 726:17, 726:22, 726:24, 732:5, 732:16, 732:18, 742:22, 747:7, 747:22, 806:11, 822:6, 822:10, 822:15, 822:17, 822:19, 823:18, 824:10, 824:11, 831:20, 831:22, 832:3

**playout** [1] - 831:11

**plays** [6] - 705:17, 772:9, 788:6, 794:3, 794:6, 814:13

**plug** [9] - 687:13, 728:12, 763:3, 765:13, 766:2, 768:23, 768:24, 769:8, 822:24

**Plug** [1] - 770:2

881

**plugged** [6] - 770:6, 822:24, 823:14, 823:16, 824:12, 824:14
**plurality** [5] - 707:22, 712:6, 713:8, 713:16, 714:4
**plus** [10] - 704:13, 708:11, 708:13, 708:15, 708:18, 708:23, 709:6, 709:16, 736:15, 749:5
**Point** [1] - 739:21
**point** [38] - 704:9, 704:25, 707:23, 720:12, 720:13, 723:8, 726:9, 734:11, 736:3, 736:14, 739:22, 748:17, 755:12, 761:19, 765:11, 765:12, 769:25, 784:3, 787:20, 790:8, 792:11, 808:5, 811:13, 811:16, 811:21, 812:9, 832:1, 840:12, 844:21, 849:16, 850:19, 850:25, 853:16, 857:24, 859:25, 862:7, 862:10
**pointed** [2] - 707:8, 812:2
**pointing** [2] - 797:13, 839:17
**points** [7] - 690:13, 705:24, 792:4, 792:16, 814:22, 818:3, 840:25
**poor** [1] - 720:4
**pop** [1] - 793:25
**populate** [1] - 707:2
**port** [23] - 679:13, 681:12, 681:19, 728:7, 731:6, 731:11, 732:7, 732:12, 732:17, 733:2, 733:4, 733:6, 733:7, 743:23, 744:4, 744:16, 745:4, 745:5, 745:13, 763:3, 770:2, 770:6
**portable** [1] - 737:9
**Portal** [8] - 704:10, 704:14, 704:22, 741:3, 741:7, 741:15, 741:20, 741:24
**portion** [3] - 691:11, 754:10, 804:2
**portions** [3] - 694:10, 836:19, 840:3
**position** [1] - 850:25
**possibilities** [1] - 741:17
**possible** [1] - 842:14
**possibly** [1] - 667:4
**potentially** [1] - 786:23
**power** [4] - 680:3, 737:17, 739:16, 764:4
**Power** [1] - 736:20
**practice** [2] - 692:10, 692:11
**practiced** [1] - 800:5
**precisely** [1] - 848:14
**predefined** [1] - 752:1
**predicate** [1] - 775:2
**prematurely** [1] - 813:19
**prepare** [2] - 674:22, 797:20
**prepared** [8] - 675:11, 676:14, 774:23, 776:8, 802:2, 822:17, 837:2, 837:13
**presence** [1] - 853:6
**present** [24] - 673:2, 674:5, 693:25, 698:6, 700:10, 701:2, 707:10, 713:23, 714:14, 714:15, 717:9, 721:5, 721:6, 724:9, 768:17, 768:18, 772:8, 772:11, 800:8, 800:11, 802:6, 802:7, 808:5, 856:18
**PRESENT** [2] - 666:4, 666:5
**presentation** [9] - 703:8, 703:11, 703:19, 704:12, 741:3, 741:5, 741:12,

**presented** [1] - 849:4
**PRESIDING** [1] - 666:3
**press** [20] - 748:19, 749:24, 753:15, 801:4, 801:7, 822:11, 824:19, 826:13, 826:23, 826:25, 827:2, 827:13, 827:21, 828:24, 829:9, 829:21, 830:18, 831:4, 831:9
**pressed** [5] - 753:21, 753:24, 813:16, 813:19, 822:2
**presses** [1] - 801:2
**presumably** [1] - 861:20
**pretrial** [1] - 855:10
**pretty** [5] - 702:17, 707:14, 717:21, 720:19, 759:11
**previous** [3] - 677:24, 730:13, 827:25
**previously** [4] - 757:8, 760:6, 813:15, 838:10
**price** [1] - 861:17
**print** [5] - 694:10, 694:13, 694:16, 694:20, 773:9
**printed** [12] - 694:15, 695:4, 695:7, 735:10, 773:8, 773:11, 776:8, 776:12, 782:2, 786:17, 788:16
**problem** [4] - 666:25, 717:9, 810:25, 856:13
**problems** [3] - 720:25, 780:4, 842:13
**procedure** [3] - 859:18, 861:7, 861:12
**proceed** [1] - 806:24
**PROCEEDINGS** [1] - 862:20
**Proceedings** [1] - 862:16
**process** [9] - 693:9, 693:15, 700:16, 700:17, 707:4, 753:19, 801:3, 824:9, 825:8
**processing** [1] - 687:20
**Processor** [2] - 704:9, 736:4
**processor** [18] - 687:18, 693:13, 704:11, 704:19, 704:21, 737:2, 737:12, 753:17, 753:18, 753:25, 758:18, 764:3, 764:9, 770:20, 782:22, 785:6, 794:4
**processors** [1] - 741:14
**produce** [1] - 698:16
**produced** [5] - 675:3, 735:15, 736:11, 780:13, 854:7
**producing** [1] - 699:1
**product** [10] - 670:11, 682:2, 682:6, 703:17, 732:1, 744:9, 744:11, 744:15, 809:8, 823:3
**products** [3] - 669:12, 669:17, 670:24
**program** [28] - 701:21, 702:11, 706:17, 707:22, 707:25, 712:6, 713:8, 713:17, 714:4, 715:21, 747:21, 754:17, 755:10, 756:11, 783:23, 784:21, 796:2, 799:8, 803:18, 805:9, 805:11, 805:13, 806:12, 807:18, 808:6, 808:10, 814:17, 823:5
**ProgramID** [2] - 796:2, 814:18
**ProgramIDs** [2] - 806:14, 808:4
**programmed** [10] - 688:6, 725:17, 726:2, 726:15, 745:17, 745:22, 757:6, 763:21, 807:17, 807:20

**programmer** [1] - 782:23
**programmers** [1] - 798:24
**programming** [3] - 695:25, 783:1, 799:25
**programs** [9] - 701:23, 705:8, 706:2, 708:1, 806:9, 807:4, 807:21, 808:11
**project** [1] - 820:22
**promise** [1] - 817:9
**prompts** [1] - 754:17
**pronounce** [1] - 683:25
**proper** [4] - 839:24, 847:1, 847:24, 851:17
**property** [1] - 694:7
**proposal** [1] - 704:15
**proposing** [3] - 703:13, 703:19, 704:12
**protect** [3] - 692:11, 692:16, 694:8
**protected** [2] - 692:13, 693:24
**protecting** [1] - 845:1
**protocol** [8] - 681:13, 728:14, 728:15, 729:3, 729:9, 731:2, 739:24, 740:5
**protocols** [1] - 728:16
**prove** [1] - 675:4
**provide** [11] - 683:5, 689:5, 690:17, 691:6, 706:10, 715:4, 768:4, 812:1, 835:17, 835:23, 841:9
**provided** [8] - 675:16, 688:23, 689:13, 692:1, 716:24, 780:20, 780:23, 858:13
**provides** [4] - 679:4, 680:8, 687:8, 758:15
**providing** [1] - 849:2
**proving** [1] - 765:16
**Ps** [1] - 808:6
**public** [3] - 679:5, 680:8, 680:9
**published** [1] - 699:25
**pull** [6] - 683:4, 692:25, 693:18, 725:11, 844:18, 855:14
**purpose** [5] - 757:6, 763:21, 764:2, 764:5, 764:8
**purposes** [9] - 684:9, 694:11, 702:23, 745:24, 758:3, 769:16, 846:12, 846:15, 850:10
**push** [2] - 826:3, 829:7
**pushing** [1] - 772:8
**put** [32] - 667:8, 667:16, 704:16, 712:14, 741:17, 753:2, 769:11, 770:23, 773:17, 778:13, 780:6, 783:11, 794:17, 808:1, 812:4, 822:20, 832:5, 837:7, 840:5, 840:9, 840:25, 841:7, 841:16, 844:9, 844:19, 846:15, 851:5, 855:19, 856:4, 856:15, 856:16
**putting** [4] - 707:4, 749:1, 767:6, 767:7
**PX-108** [2] - 677:15, 684:19
**PX-186** [1] - 676:18
**PX-187** [1] - 677:5
**PX-304** [1] - 684:19
**PX-305** [1] - 684:19
**PX-325** [1] - 684:20
**PX-329** [1] - 684:19
**PX-50** [1] - 676:18

# Q

**Q14** [6] - 683:8, 683:9, 683:10, 722:10, 760:8, 760:9
**quarter** [2] - 717:6, 721:3
**questions** [10] - 688:21, 688:22, 689:1, 698:3, 698:7, 711:10, 776:3, 806:21, 820:1, 826:17
**queue** [2] - 795:12, 795:15
**quick** [2] - 680:17, 720:19
**quickly** [8] - 689:7, 692:19, 699:10, 729:19, 783:14, 801:11, 830:14, 835:15
**quite** [5] - 692:2, 766:22, 797:12, 825:1, 849:16
**quotation** [2] - 843:16, 843:19
**quotations** [3] - 837:15, 837:20, 837:21
**quoted** [1] - 848:19

# R

**radio** [2] - 727:13, 727:22
**railing** [1] - 676:11
**RAM** [19] - 681:1, 714:9, 714:17, 714:21, 715:5, 715:14, 716:1, 716:10, 716:17, 716:21, 716:24, 717:2, 721:12, 721:14, 747:11, 747:16, 747:24, 764:4
**random** [1] - 716:10
**range** [1] - 832:25
**rapid** [1] - 739:19
**rate** [4] - 699:18, 699:24, 700:2, 700:4
**rates** [1] - 700:3
**rather** [5] - 720:15, 726:24, 736:7, 812:13, 858:1
**raw** [1] - 693:3
**re** [1] - 725:13
**re-recording** [1] - 725:13
**reach** [3] - 681:23, 708:18, 751:3, 819:20
**reached** [3] - 701:1, 839:11, 855:2
**read** [7] - 670:1, 675:14, 684:18, 686:12, 693:4, 716:13, 716:19, 739:6, 751:10, 759:12, 772:3, 775:21, 786:18, 790:22, 796:23, 812:19, 850:15
**readable** [5] - 692:25, 693:11, 695:12, 722:14, 776:15
**readily** [1] - 738:2
**reading** [12] - 695:21, 718:22, 737:14, 739:13, 739:18, 739:23, 764:21, 771:5, 782:23, 783:9, 787:21, 811:3
**real** [4] - 718:11, 719:20, 743:12, 840:5
**realize** [4] - 751:10, 758:2, 761:2, 809:23
**really** [22] - 673:3, 673:13, 673:15, 674:14, 693:11, 718:22, 719:24, 719:25, 725:10, 736:15, 759:7, 768:9, 778:4, 799:8, 800:4, 817:4, 839:25, 842:8, 842:10, 846:6, 860:5
**reason** [2] - 767:11, 813:15
**reasons** [3] - 711:8, 772:4, 823:7

**receive** [8] - 679:14, 681:14, 688:3, 725:18, 726:2, 728:2, 732:18, 740:7
**received** [2] - 735:14, 823:18
**receiving** [21] - 723:6, 723:9, 723:13, 723:15, 724:3, 724:5, 724:12, 727:3, 727:5, 727:20, 727:25, 732:7, 732:21, 732:25, 733:19, 734:3, 738:23, 738:25, 743:15, 746:19, 748:16
**recess** [4] - 721:2, 767:25, 768:15, 862:14
**Recess** [2] - 721:4, 768:16
**recited** [2] - 797:25, 801:12
**recites** [1] - 723:5
**record** [24] - 684:9, 684:18, 698:14, 745:24, 766:25, 769:16, 775:21, 777:12, 792:8, 804:10, 808:1, 808:9, 811:6, 811:8, 812:18, 815:8, 815:22, 816:19, 817:18, 835:14, 845:1, 848:9, 859:22, 859:24
**RECORD** [1] - 862:20
**recorded** [1] - 785:5
**recording** [3] - 725:13, 778:7, 778:9
**recordings** [1] - 777:24
**rectangle** [2] - 760:20, 761:7
**rectangular** [1] - 685:24
**refer** [1] - 668:2
**reference** [13] - 681:18, 686:6, 694:20, 696:3, 696:9, 697:17, 729:22, 731:17, 751:14, 765:18, 808:19, 833:10, 844:4
**referenced** [3] - 765:21, 791:13, 844:1
**references** [2] - 686:5, 688:25
**referencing** [1] - 793:8
**referred** [2] - 696:2, 815:15
**referring** [8] - 696:16, 705:22, 716:15, 736:1, 753:22, 762:23, 833:13, 843:11
**refers** [5] - 717:17, 737:19, 758:6, 773:15, 847:17
**regard** [3] - 690:8, 833:25, 834:18
**regions** [1] - 730:5
**relate** [12] - 679:2, 730:6, 747:5, 747:19, 770:22, 775:11, 778:4, 795:5, 818:20, 834:22, 836:5, 859:23
**related** [13] - 669:16, 669:17, 672:7, 674:9, 687:18, 691:4, 696:12, 715:15, 729:25, 760:13, 770:25, 837:1, 837:5
**relates** [19] - 688:2, 695:19, 708:14, 712:25, 733:18, 743:14, 746:24, 747:2, 747:6, 751:16, 764:14, 775:18, 798:7, 798:13, 799:9, 802:17, 803:4, 803:9, 834:23
**relating** [2] - 689:21, 732:19
**relative** [1] - 788:17
**relevant** [17] - 675:5, 682:20, 689:1, 694:14, 703:23, 722:2, 722:3, 723:21, 738:22, 739:7, 740:21, 743:2, 761:3, 762:17, 773:12, 788:12, 803:8
**relied** [5] - 835:16, 835:25, 836:17, 836:20, 837:20
**remainder** [1] - 731:1
**remember** [7] - 669:8, 684:13, 787:2,

790:9, 835:11, 838:20, 852:25
**remind** [4] - 684:5, 684:14, 700:16, 770:16, 832:22
**reminder** [1] - 701:10
**removed** [1] - 839:21
**reoffer** [1] - 849:19
**repeat** [12] - 773:5, 781:19, 818:10, 818:12, 829:10, 829:11, 829:16, 830:15, 830:19, 831:1
**replaced** [1] - 730:19
**report** [38] - 684:24, 684:25, 698:16, 698:20, 698:21, 699:1, 709:12, 763:7, 763:9, 763:13, 764:22, 765:10, 765:21, 765:23, 766:5, 766:9, 766:11, 767:8, 768:12, 768:23, 769:6, 769:9, 769:17, 778:5, 780:1, 780:9, 780:20, 784:8, 796:13, 809:1, 809:3, 809:5, 810:17, 811:17, 812:4, 839:2, 840:2
**REPORTER'S** [2] - 666:1, 862:17
**reports** [7] - 685:10, 699:25, 767:14, 768:10, 780:3, 797:16, 812:1
**represent** [2] - 666:23, 676:21, 787:7
**representation** [1] - 693:13
**representative** [3] - 833:23, 834:6, 834:14
**represented** [3] - 757:16, 760:19, 784:20
**represents** [5] - 782:3, 784:4, 819:1, 829:10, 833:3
**reproduce** [2] - 692:19, 755:15
**reproduced** [3] - 723:12, 765:24, 796:12
**reproduces** [2] - 691:11, 707:6
**reproducing** [3] - 701:20, 755:10, 756:11
**reproduction** [1] - 803:18
**request** [4] - 800:18, 800:23, 800:25, 801:17
**require** [2] - 667:15, 807:9
**required** [14] - 700:18, 707:9, 708:7, 722:24, 725:25, 727:21, 728:1, 746:18, 748:10, 755:4, 757:3, 790:9, 796:6
**requirement** [3] - 672:21, 726:8, 805:20
**requirements** [3] - 719:5, 806:6, 807:11
**research** [1] - 839:4
**resetting** [4] - 804:9, 815:6, 815:7, 815:21
**resize** [1] - 793:4
**resolution** [1] - 720:18
**respect** [19] - 672:13, 673:1, 732:24, 733:17, 733:24, 738:24, 743:13, 747:8, 753:8, 761:11, 772:12, 800:7, 803:21, 807:8, 819:1, 819:6, 830:5, 832:18, 834:15
**response** [3] - 690:3, 698:7, 752:14
**Responses** [1] - 688:16
**responses** [2] - 688:23, 689:4

**responsive** [2] - 766:14, 802:17
**rest** [5] - 666:25, 690:5, 730:4, 792:21, 793:4
**restate** [1] - 798:10
**rested** [1] - 855:3
**restriction** [1] - 806:4
**restrictive** [1] - 840:20
**retrospect** [1] - 860:2
**return** [2] - 686:17, 787:15
**returning** [5] - 681:24, 684:22, 687:22, 736:6, 835:15
**reversible** [1] - 841:2
**review** [3] - 689:3, 767:10, 801:21
**reviewed** [3] - 714:24, 837:16, 837:24
**reviewing** [1] - 819:19
**rewritten** [1] - 778:5
**Richardson** [1] - 692:4
**rid** [1] - 792:19
**road** [1] - 848:12
**RON** [1] - 666:3
**room** [6] - 668:19, 692:4, 692:6, 692:8, 694:4, 777:10
**roughly** [2] - 681:6, 788:1
**rows** [1] - 837:4
**Rule** [7] - 774:13, 777:6, 777:21, 777:25, 838:5, 839:25, 848:16
**ruled** [2] - 774:14, 839:16
**rules** [6] - 797:15, 797:18, 840:19, 841:15, 851:11
**Rules** [1] - 797:16
**ruling** [2] - 667:21, 668:9
**rulings** [1] - 666:11
**run** [1] - 728:17
**running** [2] - 704:25, 728:13
**runs** [3] - 793:24, 833:4

## S

**sale** [1] - 730:17
**Samsung** [1] - 716:20
**satellite** [1] - 710:5
**satisfy** [1] - 744:16
**saw** [8] - 710:2, 813:14, 813:23, 814:4, 823:21, 823:24, 824:5
**scan** [1] - 804:13, 807:12, 808:12
**scanning** [6] - 808:16, 809:17, 811:5, 811:10, 811:19
**schedule** [2] - 669:3, 838:16
**scheduled** [1] - 723:12
**scheduling** [1] - 854:11
**schematic** [6] - 685:18, 685:19, 685:21, 686:20, 760:3, 760:10
**schematics** [5] - 686:14, 715:1, 759:1, 760:1, 764:7
**school** [1] - 800:1
**Schutz** [5] - 856:3, 856:21, 856:24, 857:1, 858:1, 861:17
**SCHUTZ** [16] - 854:6, 854:22, 855:11, 856:8, 857:11, 857:13, 858:9, 859:5,

859:17, 860:7, 860:20, 860:22, 861:2, 861:7, 862:3, 862:8
**science** [2] - 693:12, 699:19
**scientist** [3] - 692:10, 693:7, 693:14
**scope** [1] - 855:7
**screen** [11] - 684:8, 684:10, 749:1, 753:2, 773:18, 789:1, 820:22, 821:5, 821:6, 822:1, 837:8
**scroll** [4] - 673:21, 795:10, 814:3, 817:15
**scrolled** [1] - 784:18
**scrolling** [1] - 784:15
**SDRAM** [1] - 716:23
**sealed** [2] - 691:13, 691:19
**sealing** [1] - 691:15
**search** [1] - 781:5
**second** [23] - 690:21, 694:22, 698:15, 704:4, 707:21, 739:24, 764:22, 765:1, 765:4, 769:22, 784:23, 785:2, 786:15, 793:16, 796:20, 815:20, 827:22, 829:3, 831:6, 831:13, 831:16, 831:24, 833:19
**seconds** [9] - 825:10, 827:2, 827:10, 827:11, 827:13, 827:20, 827:23, 827:24, 828:7
**secret** [1] - 692:2
**secrets** [1] - 694:1
**security** [1] - 839:2
**see** [67] - 669:19, 669:23, 671:2, 671:22, 685:25, 686:9, 686:20, 692:18, 695:11, 695:13, 695:17, 695:21, 698:6, 700:9, 713:8, 716:19, 718:14, 721:1, 721:23, 722:7, 726:23, 726:24, 730:10, 730:20, 736:7, 742:1, 744:24, 745:6, 761:2, 761:5, 761:6, 761:22, 767:15, 775:2, 782:25, 783:3, 788:5, 790:21, 792:19, 793:2, 793:4, 794:1, 811:13, 814:3, 816:13, 816:16, 816:23, 817:16, 820:25, 821:13, 821:16, 821:17, 821:21, 822:3, 822:12, 825:11, 834:8, 839:4, 842:14, 842:21, 847:18, 850:25, 851:10, 854:13, 860:1, 861:12, 862:14
**seeing** [2] - 772:9, 825:8
**seem** [6] - 702:8, 702:22, 719:15, 841:25, 842:6, 845:7
**segment** [7] - 773:1, 796:2, 803:18, 804:18, 804:22, 808:16, 814:17
**segments** [17] - 701:21, 702:11, 706:4, 706:17, 707:23, 707:25, 712:6, 713:8, 713:17, 714:4, 715:13, 715:21, 747:21, 755:11, 756:12, 805:9, 822:6
**seize** [1] - 786:21
**select** [14] - 748:21, 781:12, 795:10, 818:11, 821:22, 821:25, 822:11, 828:17, 828:23, 828:24, 828:25, 831:1, 831:4, 831:5
**selected** [12] - 701:21, 706:4, 706:7, 706:17, 707:6, 781:13, 784:5, 794:3, 794:6, 814:13, 829:2, 833:22
**selecting** [4] - 784:14, 784:15, 795:8
**selection** [7] - 752:1, 783:22, 786:13, 787:5, 787:7, 787:13, 822:14

**Selection_Record** [8] - 796:3, 799:5, 804:10, 804:15, 814:18, 815:8, 815:16, 815:22
**Selection_Records** [1] - 808:5
**selects** [1] - 788:6
**SelectSong** [6] - 782:18, 783:5, 783:13, 783:16, 795:8, 795:12
**sell** [1] - 737:9
**selling** [1] - 730:12
**semiconductor** [1] - 716:20
**send** [2] - 787:23, 828:6
**sending** [1] - 740:2
**sends** [1] - 753:24
**sense** [3] - 695:16, 813:24, 858:12
**sentence** [2] - 731:23, 739:16
**separate** [10] - 678:11, 696:8, 724:1, 724:4, 724:16, 724:22, 725:3, 725:5, 726:6, 834:12
**separately** [3] - 747:21, 774:18, 834:13
**September** [1] - 699:2
**sequence** [16] - 723:7, 723:11, 724:13, 724:17, 725:11, 725:18, 733:1, 733:20, 734:21, 739:1, 743:16, 746:25, 747:14, 755:11, 756:12, 809:18
**sequencing** [4] - 734:4, 740:8, 805:24, 811:5
**serial** [1] - 740:4
**series** [1] - 695:11
**server** [11] - 727:14, 727:23, 728:2, 731:7, 732:10, 732:23, 743:19, 743:25, 744:17, 745:14, 745:19
**set** [27] - 666:9, 695:7, 696:8, 700:20, 717:19, 725:1, 725:11, 750:16, 752:1, 752:3, 752:6, 752:7, 756:25, 762:13, 770:13, 770:18, 770:24, 794:5, 800:7, 801:23, 820:11, 820:25, 826:16, 831:2, 833:9, 833:14, 851:11
**settings** [2] - 831:1
**seven** [2] - 698:13, 833:8
**seventh** [4] - 784:19, 815:13, 815:20, 836:11
**several** [3] - 699:14, 791:16, 842:24
**shape** [2] - 685:8, 838:22
**sheet** [1] - 719:17
**shelf** [1] - 737:3
**short** [5] - 701:22, 802:14, 802:15, 859:19, 860:8
**short-circuit** [2] - 859:19, 860:8
**shorthand** [8] - 667:1, 667:6, 667:9, 667:10, 669:20, 669:22, 671:7, 818:7
**shortly** [1] - 838:19
**show** [29] - 678:24, 679:23, 684:15, 696:19, 700:21, 715:2, 729:19, 735:7, 740:11, 741:9, 742:23, 743:2, 768:7, 768:9, 772:11, 779:24, 781:21, 796:14, 817:2, 817:10, 824:14, 826:24, 828:2, 828:4, 828:16, 831:17, 832:21, 832:23, 837:15
**showed** [4] - 757:8, 795:20, 832:18, 832:22

**showing** [28] - 669:20, 674:23, 675:7, 676:13, 677:11, 678:21, 703:2, 705:10, 705:18, 708:20, 716:4, 716:12, 723:20, 731:13, 740:24, 741:10, 741:22, 744:23, 751:9, 755:24, 759:2, 760:2, 762:22, 770:23, 803:7, 821:4, 821:6, 833:16

**shown** [14] - 684:9, 732:8, 733:9, 737:14, 770:3, 771:1, 771:15, 781:3, 796:4, 803:23, 818:20, 818:22, 836:13, 843:19

**shows** [14] - 704:24, 706:23, 715:23, 732:13, 746:6, 748:3, 761:10, 806:1, 821:2, 826:15, 828:18, 831:19, 832:24, 841:22

**sic** [3] - 730:19, 773:23, 857:18

**side** [7] - 671:9, 695:11, 704:9, 713:3, 713:6, 812:7, 857:10

**sides** [2] - 698:2, 719:11, 812:6, 840:19, 846:17, 846:19

**signal** [4] - 753:21, 753:24, 757:19, 758:18

**signals** [2] - 740:6, 740:7

**significance** [2] - 743:20, 759:15

**significant** [1] - 737:5

**signpost** [1] - 783:15

**similar** [17] - 678:11, 682:4, 690:7, 690:21, 733:4, 736:13, 756:10, 817:1, 830:12, 831:20, 833:9, 843:20, 848:4, 848:6, 849:4, 860:13, 860:18

**similarities** [1] - 733:6

**similarly** [1] - 835:22

**simple** [4] - 702:8, 702:22, 792:3, 794:17

**simply** [6] - 737:14, 842:16, 842:18, 843:23, 844:7, 849:20

**Sinatra** [3] - 826:14, 827:8, 829:14

**single** [1] - 670:2

**SIR** [2] - 739:24, 740:4

**site** [2] - 668:2, 668:6

**Site** [1] - 717:14

**sits** [1] - 761:22

**sitting** [1] - 671:18

**situation** [2] - 793:25, 856:7

**situations** [1] - 818:9

**six** [4] - 724:8, 727:9, 727:10, 727:12

**Sixth** [3] - 688:15, 751:13, 751:16

**sixth** [3] - 791:25, 815:13, 815:19

**size** [8] - 672:25, 681:6, 685:8, 722:17, 722:18, 722:19, 753:12, 780:3

**skill** [9] - 712:2, 734:5, 734:12, 734:25, 743:9, 751:6, 761:25, 762:1, 820:12

**skilled** [3] - 734:1, 750:18, 846:17

**skinny** [1] - 837:9

**skip** [31] - 690:20, 748:20, 789:10, 800:18, 800:24, 800:25, 801:5, 801:17, 802:22, 802:23, 807:8, 813:16, 813:19, 821:19, 826:3, 826:6, 826:13, 826:19, 826:23, 826:25, 827:2, 829:15, 829:18, 829:20, 829:21, 830:20, 831:6, 831:7, 831:9

**slashes** [1] - 783:8

**slave** [1] - 739:14

**slide** [1] - 704:24

**slight** [1] - 756:6

**slightly** [4] - 718:3, 736:9, 783:20, 797:11

**slimmed** [1] - 780:10

**slow** [3] - 673:16, 785:19, 855:9

**small** [6] - 687:12, 721:22, 754:17, 760:21, 767:23, 774:18

**smaller** [1] - 790:23

**smallest** [2] - 685:5, 694:16

**smart** [1] - 693:18

**software** [14] - 689:22, 689:25, 692:24, 693:1, 693:2, 693:18, 726:19, 745:20, 757:1, 758:10, 764:10, 770:18, 803:2, 844:12

**solid** [1] - 742:10

**someone** [6] - 670:2, 728:9, 734:1, 838:24, 838:25, 853:20

**someplace** [1] - 786:24

**sometime** [1] - 838:18

**sometimes** [3] - 685:25, 763:4, 786:20

**somewhat** [1] - 840:20

**somewhere** [7] - 688:4, 706:25, 707:1, 769:9, 786:10, 792:9, 814:1

**Song** [9] - 825:14, 825:17, 826:6, 827:7, 828:9, 829:19, 829:24, 830:19

**song** [151] - 748:21, 755:16, 755:17, 755:18, 772:23, 772:25, 773:2, 773:3, 773:5, 781:12, 781:13, 781:14, 781:15, 781:16, 781:17, 781:18, 781:19, 783:22, 784:5, 784:16, 784:17, 784:19, 785:15, 785:18, 788:6, 788:7, 788:14, 788:15, 789:15, 789:20, 789:22, 789:25, 790:1, 790:10, 790:11, 791:9, 791:11, 791:12, 791:15, 791:17, 791:18, 791:19, 791:20, 791:21, 791:23, 792:7, 792:9, 792:10, 792:12, 792:4, 794:16, 794:19, 795:3, 795:6, 795:12, 795:16, 802:24, 803:1, 803:17, 803:19, 804:8, 804:16, 804:17, 805:11, 808:2, 813:17, 813:18, 813:20, 814:1, 814:2, 814:12, 814:14, 814:21, 814:22, 814:23, 815:3, 815:12, 815:13, 815:17, 815:18, 815:19, 815:20, 818:16, 824:20, 824:21, 824:24, 825:6, 825:9, 825:11, 825:12, 825:14, 825:21, 825:22, 825:25, 826:14, 826:15, 827:1, 827:2, 827:3, 827:6, 827:8, 827:14, 827:15, 827:20, 827:21, 827:22, 827:24, 827:25, 828:6, 828:9, 828:13, 828:14, 828:24, 829:1, 829:3, 829:4, 829:6, 829:8, 829:12, 829:13, 829:14, 829:17, 829:19, 829:20, 829:22, 829:23, 831:6, 831:8, 831:23, 831:24

**songs** [71] - 672:17, 672:22, 673:5, 673:8, 673:10, 673:12, 673:19, 679:14, 681:7, 687:9, 688:3, 690:1, 690:23, 701:23, 702:16, 705:17, 706:1, 706:22, 706:25, 707:2, 707:3, 707:4, 707:6, 708:1, 708:4, 715:21, 715:22, 715:24,

724:19, 724:20, 724:21, 724:24, 725:1, 725:4, 725:9, 725:10, 725:14, 726:7, 726:21, 732:4, 736:25, 737:1, 742:21, 742:22, 743:11, 743:12, 747:16, 755:14, 755:19, 757:15, 773:6, 791:17, 795:14, 805:19, 806:3, 806:15, 807:19, 823:19, 824:10, 828:18, 828:23, 829:7, 831:17, 831:18, 831:21, 832:2

**soon** [1] - 717:19

**sorry** [18] - 676:23, 687:1, 696:19, 712:16, 713:12, 728:7, 733:19, 736:25, 740:10, 751:17, 753:7, 753:22, 765:4, 774:6, 789:6, 793:3, 809:23, 814:9

**sort** [5] - 702:6, 720:6, 724:21, 786:21, 792:6

**sound** [13] - 757:4, 757:13, 757:14, 758:6, 758:9, 758:13, 758:16, 759:20, 759:21, 762:3, 762:7, 765:15, 828:20

**sounds** [2] - 790:24, 858:25

**source** [110] - 689:22, 689:24, 690:10, 690:12, 690:13, 690:14, 691:1, 691:3, 691:4, 691:5, 691:7, 691:12, 691:23, 692:1, 692:2, 692:5, 692:6, 692:11, 692:12, 692:16, 692:17, 692:18, 692:24, 693:3, 693:5, 693:7, 693:9, 693:10, 693:16, 693:23, 694:8, 694:11, 694:14, 694:20, 694:23, 695:3, 695:7, 695:13, 695:15, 696:1, 696:6, 696:10, 696:21, 696:25, 697:13, 697:15, 698:8, 698:25, 699:13, 726:1, 726:4, 746:17, 764:4, 771:25, 772:1, 772:5, 772:14, 773:8, 773:11, 773:12, 775:17, 775:18, 776:7, 776:9, 776:12, 776:24, 777:2, 778:1, 778:3, 778:10, 778:15, 778:18, 779:2, 781:3, 781:6, 781:7, 781:11, 782:6, 782:12, 782:17, 783:9, 783:11, 783:19, 786:11, 786:12, 786:20, 787:3, 787:4, 789:2, 790:12, 791:18, 796:4, 798:14, 798:15, 799:10, 800:9, 801:21, 815:23, 818:13, 818:19, 818:22, 819:7, 819:19, 832:14, 832:19, 833:3, 838:10, 842:19

**sources** [1] - 750:24

**spaghetti** [1] - 786:21

**speaker** [3] - 757:25, 826:16, 828:20

**speakers** [9] - 742:4, 742:14, 757:6, 757:20, 762:9, 762:12, 791:22, 821:3, 825:2

**speaking** [4] - 705:19, 775:22, 775:23, 859:6

**special** [2] - 708:9, 708:11

**specific** [12] - 673:3, 682:8, 682:9, 683:7, 684:3, 685:4, 685:21, 775:11, 783:19, 783:23, 823:11, 841:18

**specifically** [15] - 688:5, 723:13, 725:17, 726:2, 726:15, 745:17, 745:21, 757:9, 765:12, 796:9, 807:8, 807:17, 807:20, 816:6, 839:17

**specification** [20] - 679:20, 679:25, 682:1, 682:2, 682:6, 682:25, 683:1, 683:14, 684:23, 685:1, 686:1, 686:8, 714:24, 722:10, 748:2, 748:7, 754:4,

**specifications** [3] - 680:1, 681:15, 715:3
**specified** [2] - 755:19, 799:15
**speed** [11] - 714:9, 714:17, 714:21, 715:17, 716:10, 717:2, 721:14, 747:11, 786:4, 825:8
**spelled** [1] - 718:18
**spend** [2] - 699:1, 860:10
**spent** [2] - 697:14, 699:3
**spilled** [1] - 698:15
**spot** [4] - 791:25, 792:1, 841:3
**Springsteen** [1] - 828:10
**square** [1] - 685:24
**Stan** [1] - 703:9
**stand** [2] - 668:9, 858:16
**standard** [3] - 739:14, 740:2, 751:14
**Standard** [1] - 751:12
**stands** [2] - 687:19, 822:16
**start** [21] - 674:22, 684:2, 701:17, 719:20, 729:1, 756:21, 771:18, 775:21, 780:19, 781:25, 782:20, 783:8, 795:8, 802:16, 813:2, 824:6, 824:19, 825:17, 838:15, 838:17, 854:17
**started** [3] - 679:12, 699:2, 825:15
**starting** [8] - 683:20, 730:6, 754:13, 792:20, 793:13, 796:17, 796:25, 818:22
**starts** [3] - 753:19, 790:17, 817:25
**state** [2] - 777:22, 839:22
**statement** [2] - 766:2, 793:17
**statements** [9] - 783:20, 785:10, 785:11, 789:12, 799:22, 799:23, 799:24, 800:3
**States** [1] - 708:21
**stating** [1] - 779:2
**status** [4] - 786:6, 787:15, 787:21
**statute** [2] - 708:20, 708:22
**stay** [2] - 725:9, 854:13
**step** [7] - 717:10, 772:22, 772:24, 776:1, 781:19, 815:21, 839:6
**Step** [2] - 773:5, 773:6
**Stephens** [12] - 666:10, 667:7, 765:8, 766:5, 768:20, 812:19, 839:22, 844:5, 846:22, 848:2, 850:1, 850:18
**STEPHENS** [78] - 666:18, 666:21, 667:19, 667:23, 668:1, 668:4, 668:10, 691:17, 709:10, 709:24, 718:1, 718:10, 719:14, 720:6, 731:25, 744:8, 744:12, 744:14, 763:6, 765:11, 766:1, 767:2, 767:6, 768:25, 769:5, 769:13, 774:12, 777:23, 779:4, 779:7, 779:14, 779:25, 780:8, 780:16, 784:7, 793:7, 796:8, 796:16, 796:21, 796:24, 797:9, 806:19, 808:25, 809:3, 809:7, 809:10, 809:12, 809:14, 809:21, 810:2, 810:5, 810:8, 810:11, 810:16, 810:21, 811:1, 811:16, 823:2, 823:6, 823:9, 838:7, 839:24, 840:15, 841:18, 842:24, 843:2, 843:4, 843:6, 843:11, 844:8, 844:16, 845:15, 845:18, 845:20, 845:23, 846:8, 853:4,

854:1
**steps** [26] - 692:15, 710:16, 757:9, 770:13, 770:20, 770:24, 771:5, 771:14, 771:25, 772:13, 772:17, 773:12, 781:6, 796:5, 798:19, 798:21, 798:22, 799:1, 804:2, 804:7, 809:16, 811:3, 817:10, 818:20, 818:24, 854:13
**Steps** [2] - 809:17, 811:4
**Steve** [2] - 703:11, 703:19
**stick** [1] - 824:2
**still** [11] - 666:10, 669:4, 670:11, 712:9, 752:11, 765:4, 777:11, 827:7, 827:8, 857:17, 858:15
**stones** [1] - 846:19
**stop** [14] - 730:12, 739:25, 783:6, 784:23, 786:15, 789:20, 789:21, 791:14, 793:20, 802:25, 803:16, 814:2, 830:21, 831:11
**stopped** [4] - 729:7, 730:17, 789:14, 791:2
**storage** [21] - 680:2, 680:18, 680:23, 680:25, 681:3, 707:24, 708:6, 714:8, 714:10, 714:18, 714:22, 715:6, 715:9, 715:12, 715:18, 715:20, 716:18, 721:17, 747:11, 747:12, 815:4
**store** [15] - 672:16, 672:21, 673:5, 673:8, 681:8, 688:11, 705:25, 715:23, 725:18, 726:2, 726:15, 726:24, 747:7, 747:22, 806:14
**stored** [12] - 687:9, 724:19, 726:6, 726:10, 757:15, 757:22, 758:5, 773:4, 791:21, 792:9, 799:7, 831:21
**stores** [1] - 784:2
**storing** [25] - 707:22, 712:6, 712:12, 713:8, 713:16, 713:20, 714:4, 715:13, 723:6, 723:9, 723:14, 723:15, 724:3, 724:7, 724:13, 726:21, 732:25, 738:25, 743:15, 746:22, 746:23, 747:1, 747:13, 747:15, 747:21
**straight** [1] - 843:17
**straightforward** [4] - 707:14, 707:15, 713:15, 763:5
**stream** [1] - 742:16
**stroke** [2] - 668:18, 668:23
**stronger** [1] - 692:13
**structural** [4] - 717:11, 717:17, 718:25, 720:1
**structure** [62] - 667:2, 709:8, 709:18, 710:1, 710:14, 710:18, 711:2, 711:3, 711:16, 712:8, 713:19, 714:7, 718:11, 719:2, 723:18, 723:25, 724:4, 724:6, 724:8, 724:10, 726:5, 727:18, 727:19, 727:21, 727:22, 728:5, 743:18, 743:22, 746:19, 746:22, 746:23, 747:2, 747:15, 747:19, 747:20, 747:25, 748:24, 749:8, 749:9, 749:18, 750:1, 750:2, 750:4, 750:15, 750:19, 755:22, 756:18, 756:22, 756:23, 756:24, 757:11, 758:15, 762:8, 763:21, 770:11, 772:12, 778:13, 820:10, 820:11
**Structure** [1] - 732:20

**structures** [18] - 710:9, 710:25, 712:7, 713:21, 718:8, 718:9, 718:17, 724:2, 724:4, 725:24, 727:4, 727:8, 747:9, 748:1, 748:3, 749:10, 760:13, 764:13
**studied** [2] - 674:19, 835:5
**study** [2] - 685:13, 694:11
**stuff** [5] - 694:4, 757:17, 796:12, 857:23, 860:18
**stunned** [1] - 859:2
**sub** [1] - 667:8
**sub-number** [1] - 667:8
**subject** [3] - 805:3, 805:7, 807:10
**subjects** [1] - 806:5
**subsequent** [1] - 675:19
**substance** [1] - 775:9
**substantial** [2] - 807:2, 807:6
**substantially** [1] - 736:17
**substitute** [5] - 717:17, 717:18, 717:22, 718:5, 720:21
**substitutes** [1] - 718:25
**such-and-such** [1] - 851:16
**sudden** [1] - 812:4
**suddenly** [2] - 668:17, 812:11
**sufficient** [1] - 710:10
**suggestion** [1] - 667:12
**summaries** [9] - 774:13, 840:19, 841:6, 842:8, 844:22, 846:25, 851:12, 859:8, 859:13
**summarize** [2] - 776:17, 819:3
**summarized** [6] - 776:24, 795:20, 795:21, 798:7, 798:12, 799:19
**summarizes** [1] - 778:8
**summarizing** [1] - 683:16
**summary** [37] - 675:9, 763:12, 765:24, 766:21, 775:16, 776:7, 776:8, 776:11, 776:14, 776:21, 777:6, 777:24, 778:14, 779:1, 780:20, 781:1, 781:8, 781:11, 836:19, 837:23, 838:5, 838:11, 839:13, 839:25, 840:4, 841:4, 841:17, 842:1, 842:11, 844:25, 846:6, 846:24, 847:13, 848:10, 850:11, 852:8, 852:24
**superfast** [1] - 673:16
**support** [5] - 735:5, 739:19, 744:5, 840:9, 859:10
**supported** [2] - 749:23, 843:7
**supporting** [3] - 728:24, 765:25, 846:9
**suppose** [1] - 845:13
**supposed** [1] - 769:11
**suspect** [1] - 857:14
**sustain** [4] - 667:13, 806:22, 849:24, 852:19
**sustained** [1] - 839:17
**switch** [1] - 820:15
**switched** [2] - 729:8, 729:18
**sync** [1] - 742:16
**synchronization** [5] - 823:17, 823:22, 824:6, 824:8, 824:9
**synchronize** [1] - 742:19
**synchronizing** [2] - 742:7, 742:20
**syntax** [2] - 695:15, 799:22

**system** [7] - 714:8, 737:14, 737:18, 742:4, 747:11, 752:2, 754:18
**System** [2] - 736:21, 738:1
**System-on-Chip** [1] - 736:21

## T

**tab** [1] - 774:19
**table** [5] - 683:16, 686:19, 715:9, 760:11, 852:2
**tabs** [1] - 773:18
**talks** [23] - 679:19, 680:25, 681:2, 681:6, 681:11, 682:18, 683:21, 686:21, 686:22, 689:21, 690:19, 713:19, 715:9, 715:16, 716:20, 716:23, 722:5, 731:19, 731:21, 754:4, 759:17, 814:16
**tape** [1] - 683:24
**teach** [1] - 847:9
**teaching** [1] - 679:2
**technical** [23] - 674:23, 675:2, 675:3, 675:9, 675:25, 679:20, 679:24, 680:5, 681:15, 681:25, 714:23, 722:10, 748:2, 751:5, 819:18, 833:11, 835:8, 835:17, 835:23, 837:16, 837:20, 837:23, 838:11
**technically** [2] - 841:4, 848:10
**telephone** [1] - 710:6
**ten** [2] - 672:16, 825:10
**term** [6] - 706:16, 706:7, 706:13, 720:2, 723:17, 750:12
**terminology** [1] - 701:25
**Terms** [1] - 751:13
**terms** [4] - 718:10, 719:17, 757:21, 794:17
**test** [1] - 672:23
**testified** [6] - 779:7, 779:24, 806:1, 846:9, 852:25, 855:4
**testify** [7] - 668:5, 779:13, 779:23, 811:18, 840:8, 844:17, 855:5
**testifying** [2] - 811:25, 812:22
**testimony** [14] - 666:13, 673:20, 674:3, 697:20, 709:11, 711:7, 746:17, 780:6, 797:19, 798:1, 819:19, 845:2, 846:13, 856:5
**tests** [2] - 668:19, 668:22
**TEXAS** [1] - 666:3
**text** [4] - 686:18, 693:12, 731:11, 797:1
**THAT** [1] - 862:18
**THE** [171] - 666:6, 666:14, 666:17, 666:20, 667:4, 667:13, 667:21, 667:25, 668:3, 668:8, 668:11, 668:14, 684:5, 684:13, 691:16, 691:18, 693:19, 709:13, 710:21, 710:23, 712:16, 712:18, 717:3, 717:8, 718:7, 718:14, 719:15, 720:8, 721:7, 732:2, 744:10, 744:13, 744:19, 745:24, 746:2, 746:3, 746:5, 746:8, 746:9, 746:10, 763:8, 763:11, 763:14, 763:17, 764:17, 764:25, 765:6, 765:8, 765:18, 766:4, 766:10, 766:13, 766:17, 766:19, 767:5, 767:8, 767:19, 767:22, 768:6, 768:9, 768:15, 768:19, 769:4,

769:7, 769:14, 769:16, 774:2, 774:6, 774:15, 774:21, 774:25, 775:20, 777:9, 777:22, 778:11, 779:5, 779:9, 779:15, 779:22, 780:2, 780:14, 780:17, 784:10, 796:14, 797:5, 797:10, 806:21, 809:2, 809:5, 809:9, 809:11, 809:13, 809:19, 810:1, 810:3, 810:6, 810:9, 810:13, 810:18, 810:22, 811:12, 811:20, 812:20, 823:4, 823:7, 823:20, 823:23, 823:24, 823:25, 838:8, 838:13, 839:6, 839:7, 839:8, 839:15, 839:22, 840:12, 840:18, 841:19, 843:1, 843:3, 843:5, 843:9, 843:18, 844:1, 844:3, 844:14, 845:6, 845:16, 845:19, 845:22, 846:5, 846:14, 848:21, 849:10, 849:22, 851:24, 852:5, 852:7, 852:14, 853:5, 853:10, 853:19, 853:22, 854:4, 854:20, 855:9, 855:12, 855:24, 856:9, 857:3, 857:8, 857:12, 857:15, 858:6, 858:17, 859:2, 859:15, 859:21, 860:4, 860:12, 860:21, 860:24, 861:6, 861:19, 861:23, 862:6, 862:10, 862:13, 862:19
**theirs** [1] - 855:19
**themselves** [2] - 724:25, 726:7
**then-available** [2] - 717:18, 718:25
**thereafter** [1] - 838:19
**therefore** [2] - 707:5, 808:12
**thereof** [1] - 713:21
**they've** [2] - 744:12, 780:10, 812:12, 844:9, 851:1, 852:25, 854:13
**thick** [1] - 766:22
**thin** [1] - 773:14
**thinking** [2] - 704:15, 765:9
**thinner** [1] - 774:19
**Third** [1] - 841:23
**third** [14] - 677:3, 677:16, 680:7, 763:20, 765:3, 765:5, 785:2, 792:7, 792:10, 827:22, 828:9, 829:4, 831:7, 843:14
**THIS** [1] - 862:18
**thoughts** [1] - 717:25
**thousand** [2] - 672:17, 844:24
**thousands** [2] - 705:25, 846:11
**three** [24] - 680:4, 729:16, 729:25, 730:5, 770:13, 771:5, 771:14, 772:17, 782:18, 796:5, 798:19, 804:2, 811:3, 818:20, 822:12, 827:20, 827:22, 827:23, 827:24, 828:7, 831:18, 831:21, 833:20, 851:21
**three-second** [1] - 827:22
**threshold** [1] - 827:22
**throat** [1] - 850:21
**throw** [1] - 846:19
**thus-and-so** [2] - 840:23, 840:24
**ticks** [1] - 792:14
**timeline** [4] - 729:20, 840:23, 841:1, 841:3
**tiny** [1] - 759:7
**title** [12] - 675:13, 675:14, 677:18, 704:2, 736:20, 742:2, 783:4, 791:8, 810:19, 833:17, 833:19

**today** [1] - 838:25
**together** [8] - 685:23, 686:1, 696:6, 765:13, 840:9, 841:7, 842:21, 842:22
**tomorrow** [10] - 838:15, 839:4, 853:16, 857:6, 857:7, 857:8, 858:7, 858:10, 858:16, 862:15
**Tony** [2] - 703:8, 853:20
**took** [3] - 668:18, 765:20, 852:2
**top** [18] - 686:9, 687:1, 696:19, 696:20, 724:2, 729:24, 732:25, 735:13, 790:4, 790:17, 792:6, 803:12, 821:18, 822:4, 831:10, 833:16, 852:1
**topic** [2] - 805:8, 806:5
**torn** [1] - 858:2
**Toshiba** [4] - 683:19, 722:5, 722:16, 746:3
**total** [3] - 698:23, 698:25, 699:3
**touch** [2] - 825:16, 859:9
**touching** [1] - 860:10
**touchy** [1] - 860:19
**tour** [1] - 680:17
**towards** [1] - 724:5
**track** [15] - 695:20, 787:23, 789:18, 791:5, 791:7, 792:8, 792:16, 814:24, 814:25, 815:14, 818:1, 818:3, 818:11
**TrackField** [1] - 695:19
**trackIndex** [2] - 818:14, 818:17
**tracks** [1] - 818:12
**tractor** [1] - 841:12
**trained** [2] - 693:4, 693:12
**TRANSCRIPT** [1] - 862:19
**transcript** [1] - 698:5
**transcription** [1] - 698:9
**transfer** [16] - 673:19, 729:8, 729:9, 729:10, 729:13, 729:16, 730:22, 731:3, 731:20, 732:15, 734:21, 739:19, 742:16, 743:6, 743:11, 743:12
**transferred** [1] - 726:22
**transferring** [2] - 733:5, 739:1
**transfers** [1] - 732:4
**transition** [1] - 772:24
**translate** [1] - 800:24
**translates** [1] - 681:7
**translating** [2] - 776:14, 801:3
**trap** [1] - 797:17
**TRIAL** [1] - 666:2
**trial** [4] - 677:7, 698:5, 708:12, 850:22
**trickle** [1] - 813:22
**tried** [1] - 836:25
**trip** [1] - 699:12
**trips** [1] - 699:14
**troubleshooting** [1] - 679:16
**true** [3] - 793:18, 793:20, 793:21
**true)** [2] - 793:18, 793:19
**truly** [1] - 789:14
**try** [19] - 667:12, 667:15, 674:19, 683:25, 684:14, 700:21, 719:20, 721:24, 724:21, 759:7, 779:12, 780:6, 787:15, 789:1, 790:21, 830:20, 835:14, 838:23, 839:3

**trying** [12] - 693:22, 718:21, 719:6, 719:7, 720:16, 737:8, 753:19, 774:15, 778:12, 839:1, 848:17, 859:19

**turn** [7] - 674:16, 698:22, 703:21, 748:15, 821:20, 827:12, 830:15

**turned** [2] - 693:10, 825:4

**turning** [6] - 679:18, 689:10, 694:18, 737:10, 750:1, 755:9

**turns** [1] - 813:21

**twice** [5] - 718:21, 759:4, 828:5, 828:8, 829:9

**two** [38] - 666:22, 669:7, 670:9, 670:10, 683:1, 683:11, 689:8, 704:25, 709:6, 713:22, 713:24, 718:13, 723:14, 724:1, 724:4, 724:9, 728:16, 734:13, 739:8, 739:10, 740:11, 740:14, 741:13, 741:16, 742:9, 747:9, 748:1, 756:24, 771:11, 783:8, 798:25, 824:11, 829:7, 831:22, 836:6, 857:15

**two-digit** [1] - 683:11

**type** [15] - 681:2, 685:17, 704:21, 715:16, 721:22, 728:20, 805:12, 805:15, 806:11, 807:4, 807:19, 807:25, 808:2, 808:9, 808:12

**types** [7] - 674:17, 683:15, 799:23, 806:10, 807:5, 807:10, 808:4

**typical** [2] - 752:2, 752:5

**typo** [1] - 676:20

**U**

**Ultra** [1] - 736:20

**Ultra-Low-Power** [1] - 736:20

**under** [22] - 680:23, 681:25, 698:3, 736:4, 738:1, 770:11, 777:6, 777:20, 777:25, 797:16, 819:4, 834:8, 838:5, 839:13, 839:25, 840:7, 843:22, 851:10, 854:10, 856:23, 857:3, 861:7

**underlying** [9] - 778:7, 778:9, 778:18, 779:2, 841:5, 842:9, 847:6, 848:24, 850:12

**underneath** [2] - 684:23, 711:19

**understandable** [2] - 780:7, 780:11

**understood** [1] - 743:10

**unexpressed** [1] - 845:24

**unfair** [1] - 854:17

**unfolded** [1] - 855:18

**unique** [2] - 791:10, 804:16

**uniquely** [1] - 791:12

**unit** [1] - 687:20

**United** [1] - 708:21

**unless** [3] - 695:14, 823:21, 851:19

**unrelated** [1] - 702:4

**unusual** [2] - 708:8, 809:25

**up** [81] - 666:13, 669:4, 670:21, 671:7, 671:8, 672:14, 672:22, 676:11, 678:24, 680:6, 683:4, 683:18, 684:9, 684:15, 686:7, 686:8, 695:9, 700:18, 702:15, 711:8, 712:14, 716:14, 719:2, 719:7, 719:10, 719:16, 719:20, 720:5, 720:16,

720:20, 721:23, 730:5, 730:21, 737:13, 749:1, 751:7, 751:17, 753:2, 759:7, 761:2, 761:5, 761:21, 764:5, 765:4, 766:23, 767:3, 767:25, 770:23, 773:17, 782:11, 786:4, 790:3, 790:17, 795:6, 795:12, 795:15, 796:20, 812:3, 812:8, 812:11, 816:25, 820:25, 821:3, 824:6, 824:14, 824:23, 825:4, 825:8, 827:12, 831:3, 833:18, 845:25, 847:12, 849:7, 849:11, 851:1, 852:8, 853:6, 858:23

**update** [3] - 787:23, 787:25, 788:7

**upper** [1] - 826:9

**usable** [1] - 844:25

**USB** [26] - 686:23, 728:14, 728:15, 728:23, 728:24, 728:25, 729:8, 729:18, 731:2, 731:22, 734:2, 734:20, 735:3, 736:18, 738:23, 739:14, 739:19, 739:20, 740:12, 740:22, 742:23, 743:1, 743:3, 743:10, 822:22, 822:24

**useful** [4] - 685:6, 705:14, 706:23, 789:17

**user** [65] - 677:16, 677:19, 677:21, 678:2, 678:6, 678:9, 678:14, 678:17, 678:20, 678:23, 679:2, 679:8, 679:10, 679:16, 682:10, 686:9, 689:25, 690:16, 690:22, 702:19, 705:16, 706:6, 706:17, 706:18, 707:7, 724:16, 725:23, 731:10, 733:10, 744:5, 748:16, 748:19, 749:19, 749:23, 753:4, 753:11, 754:18, 762:16, 762:22, 763:1, 768:21, 768:22, 769:24, 770:4, 781:14, 784:18, 788:5, 795:11, 800:19, 801:1, 802:18, 802:19, 813:16, 813:19, 841:25, 843:14, 843:17, 843:23, 844:4, 845:9, 845:17, 849:3, 850:3

**User** [1] - 841:23

**user's** [7] - 678:25, 705:11, 707:23, 723:7, 748:17, 755:12, 755:13

**uses** [9] - 690:6, 691:2, 733:7, 733:9, 733:12, 756:23, 786:12, 801:22, 827:22

**utilizes** [1] - 754:19

**V**

**valid** [9] - 671:1, 785:18, 785:21, 785:22, 785:23, 785:25, 787:11, 787:12, 798:1

**value** [14] - 785:14, 786:8, 794:11, 804:9, 804:15, 814:21, 815:10, 815:11, 815:12, 816:3, 816:4, 818:8, 818:14

**values** [1] - 808:7

**variable** [11] - 784:1, 784:2, 785:6, 796:10, 799:6, 811:7, 811:8, 815:8, 815:21, 818:2

**variables** [2] - 799:3, 799:4

**variety** [1] - 742:6

**various** [3] - 669:12, 779:2, 797:14

**verbatim** [1] - 797:25

**verify** [1] - 855:20

**version** [5] - 693:3, 722:7, 809:22, 833:2, 833:3

**Versions** [1] - 730:8

**versions** [4] - 669:12, 689:23, 830:5, 848:7

**versus** [4] - 717:14, 733:18, 743:13, 753:8

**vibrations** [1] - 757:18

**videotaped** [1] - 698:4

**view** [13] - 707:23, 723:8, 734:9, 748:17, 750:23, 754:2, 755:12, 820:12, 821:1, 857:24, 859:25, 862:7, 862:11

**viewed** [1] - 820:12

**Vision** [1] - 742:2

**Volume** [1] - 797:8

**VOLUME** [1] - 666:2

**volume** [4] - 825:4, 826:15, 848:15, 848:18

**voluminous** [5] - 776:25, 777:6, 777:8, 838:6, 846:10

**VSI** [1] - 717:14

**W**

**wait** [15] - 764:25, 785:19, 788:14, 797:5, 823:20, 825:24, 856:9

**waiting** [1] - 813:17

**walk** [6] - 673:6, 781:8, 794:21, 795:17, 801:11, 860:9

**walked** [1] - 818:19

**walking** [2] - 818:23, 848:25

**walks** [1] - 857:25

**wants** [2] - 784:18, 856:21

**warning** [1] - 671:6

**washed** [1] - 821:15

**ways** [13] - 674:1, 699:6, 702:14, 710:4, 754:5, 754:6, 791:16, 793:23, 798:25, 812:1, 812:10, 827:7, 832:2

**Web** [2] - 668:2, 668:6

**Wednesday** [1] - 853:15

**weekend** [1] - 666:7

**weekends** [1] - 699:5

**welcome** [2] - 668:15, 860:25

**well-known** [1] - 799:15

**wheel** [3] - 673:21, 821:21, 828:22

**whistles** [3] - 674:4, 674:8, 674:9

**white** [1] - 730:7

**whole** [7] - 694:7, 718:5, 742:6, 779:18, 821:15, 844:6, 844:12

**Wicker** [1] - 699:22

**wife** [1] - 668:16

**win** [1] - 671:9

**window** [1] - 792:19

**wine** [1] - 725:2

**wire** [4] - 732:9, 733:9, 742:11, 757:24

**wired** [8] - 710:7, 733:12, 733:13, 733:18, 733:23, 736:18, 742:25, 743:13

**wireless** [11] - 710:7, 733:11, 733:14, 733:18, 733:22, 742:4, 742:12, 742:13, 742:15, 742:19, 743:13

**wires** [2] - 685:25, 760:21

**WITNESS** [7] - 746:2, 746:5, 746:9, 774:6, 823:23, 823:25, 839:7

**witness** [23] - 709:20, 778:21, 779:16, 780:5, 812:24, 840:22, 840:25, 845:10, 847:4, 849:18, 850:4, 853:11, 854:18, 854:20, 854:23, 855:23, 856:15, 856:19, 857:5, 857:20, 860:9, 860:25, 861:25

**witnesses** [7] - 711:6, 746:18, 854:7, 854:25, 855:3, 859:21, 861:12

**WM1783LEFL** [1] - 759:13

**WM8731LEFL** [3] - 759:12, 759:14, 761:8

**Wolfson** [6] - 758:17, 758:23, 759:10, 759:23, 761:9, 762:2

**wondering** [1] - 860:3

**word** [10] - 666:22, 701:24, 706:7, 718:21, 719:4, 750:14, 756:23, 783:13, 797:25, 857:22

**words** [10] - 695:22, 706:9, 708:8, 717:23, 720:20, 732:22, 765:19, 772:21, 785:10, 841:22

**working-out** [1] - 725:2

**works** [7] - 671:10, 690:10, 690:12, 690:14, 778:3, 821:16, 858:13

**wow** [1] - 821:16

**wrap** [1] - 829:21

**wrapped** [1] - 669:4

**write** [3] - 667:12, 750:7, 800:5

**writing** [3] - 688:22, 778:7, 778:9

**writings** [1] - 777:24

**written** [7] - 671:4, 695:15, 698:9, 782:23, 799:11, 799:13, 799:14

**wrote** [2] - 735:2, 737:5

## Y

**years** [3] - 712:1, 719:2

**yourself** [1] - 691:1

## Z

**zero** [2] - 827:10, 827:15