1650

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

1
2

3   PERSONAL AUDIO, LLC          | DOCKET 9:09CV111
                                 |
4                                | JUNE 30, 2011
    VS.                          |
5                                | 8:30 A.M.
                                 |
6   APPLE, INC., ET AL           | BEAUMONT, TEXAS

7   ------------------------------------------------------------

8          VOLUME 6 OF __, PAGES 1650 THROUGH 2071

9          REPORTER'S TRANSCRIPT OF JURY TRIAL

10           BEFORE THE HONORABLE RON CLARK
        UNITED STATES DISTRICT JUDGE, AND A JURY

11  ------------------------------------------------------------

12

13

14  APPEARANCES:

15  FOR THE PLAINTIFF:     RONALD J. SCHUTZ
                           JACOB M. HOLDREITH
16                         CYRUS A. MORTON
                           ROBINS KAPLAN MILLER & CIRESI - MN
17                         800 LASALLE AVENUE
                           SUITE 2800
18                         MINNEAPOLIS, MINNESOTA  55402

19                         ANNIE HUANG
                           ROBINS KAPLAN MILLER & CIRESI - NY
20                         601 LEXINGTON AVENUE
                           SUITE 3400
21                         NEW YORK, NEW YORK  10022

22                         LAWRENCE LOUIS GERMER
                           GERMER GERTZ
23                         550 FANNIN
                           SUITE 400
24                         BEAUMONT, TEXAS  77701

25

1651

```
1   FOR THE DEFENDANTS:      RUFFIN B. CORDELL
                             FISH & RICHARDSON - WASHINGTON DC
2                            1425 K STREET NW
                             SUITE 1100
3                            WASHINGTON, DC  20005

4                            GARLAND T. STEPHENS
                             BENJAMIN C. ELACQUA
5                            FISH & RICHARDSON
                             1221 MCKINNEY
6                            28TH FLOOR
                             HOUSTON, TEXAS  77010
7
                             KELLY C. HUNSAKER
8                            FISH & RICHARDSON
                             500 ARGUELLO STREET
9                            SUITE 500
                             REDWOOD CITY, CALIFORNIA  94063
10
                             JUSTIN BARNES
11                           FISH & RICHARDSON
                             12390 EL CAMINO REAL
12                           SAN DIEGO, CALIFORNIA  92130

13                           J. THAD HEARTFIELD
                             THE HEARTFIELD LAW FIRM
14                           2195 DOWLEN ROAD
                             BEAUMONT, TEXAS  77706
15

16
    COURT REPORTER:          CHRISTINA L. BICKHAM, CRR, RMR
17                           FEDERAL OFFICIAL REPORTER
                             300 WILLOW, SUITE 221
18                           BEAUMONT, TEXAS  77701

19

20
       PROCEEDINGS REPORTED USING COMPUTERIZED STENOTYPE;
21     TRANSCRIPT PRODUCED VIA COMPUTER-AIDED TRANSCRIPTION.

22

23

24

25
```

1                <u>INDEX</u>

2                                                <u>PAGE</u>

3  CONTINUED CROSS-EXAMINATION OF DAVID HELLER    1658

4  REDIRECT EXAMINATION OF DAVID HELLER        1665

5  RECROSS-EXAMINATION OF DAVID HELLER         1666

6  FURTHER REDIRECT EXAMINATION OF DAVID HELLER    1667

7

8  DIRECT EXAMINATION OF STAN NG              1669

9  CROSS-EXAMINATION OF STAN NG              1708

10  REDIRECT EXAMINATION OF STAN NG           1725

11

12  DIRECT EXAMINATION OF JESSE BOETTCHER       1727

13  CROSS-EXAMINATION OF JESSE BOETTCHER        1779

14  REDIRECT EXAMINATION OF JESSE BOETTCHER     1797

15

16  PERSONAL AUDIO RESTS                  1798

17  DEFENDANT'S MOTION FOR JMOL              1798

18

19  DEPOSITION TESTIMONY OF DANIEL F. GOESSLING    1878

20

21  DIRECT EXAMINATION OF EUGENE NOVACEK       1902

22  CROSS-EXAMINATION OF EUGENE NOVACEK        1950

23

24  DIRECT EXAMINATION OF STEPHEN WICKER       1981

25  CONCORDANCE INDEX                     2021

1653

## INDEX OF EXHIBITS

|  |  | PAGE |
|---|---|---|
| 3 | 346 | 1660 |
| 4 | Plaintiff's Exhibit 346 | 1665 |
| 5 | Plaintiff's Exhibit 1 | 1708 |
| 6 | Plaintiff's Exhibit 1 | 1708 |
| 7 | Plaintiff's Exhibit 2 | 1708 |
| 8 | Plaintiff's Exhibit 1 | 1708 |
| 9 | Plaintiff's Exhibit 2 | 1708 |
| 10 | Plaintiff's Exhibit 1 | 1712 |
| 11 | Plaintiff's Exhibit 377 | 1718 |
| 12 | Plaintiff's Exhibit 625A | 1781 |
| 13 | Plaintiff's Exhibit 103 | 1795 |
| 14 | Plaintiff's Exhibit 103 | 1795 |
| 15 | Plaintiff's Exhibit 103 | 1796 |
| 16 | Plaintiff's Exhibit 625A | 1797 |
| 17 | Plaintiff's Exhibit 346 | 1852 |
| 18 | Plaintiff's Exhibit 173 | 1940 |
| 19 | Plaintiff's Exhibit 174 | 1941 |
| 20 | Plaintiff's Exhibit 716 | 1942 |
| 21 | Plaintiff's Exhibit 716 | 1943 |
| 22 | Plaintiff's Exhibit 174 | 1953 |
| 23 | Plaintiff's Exhibit 706 | 1958 |
| 24 | Plaintiff's Exhibit 706 | 1959 |
| 25 | Plaintiff's Exhibit 706 | 1964 |

|    |                            |      |
|----|----------------------------|------|
| 1  | Plaintiff's Exhibit 706    | 1964 |
| 2  | Plaintiff's Exhibit 706    | 1967 |
| 3  | Plaintiff's Exhibit 706    | 1967 |
| 4  | Plaintiff's Exhibit 706    | 1968 |
| 5  | Plaintiff's Exhibit 706    | 1972 |
| 6  | Plaintiff's Exhibit 706    | 1973 |
| 7  | Plaintiff's Exhibit 706    | 1977 |
| 8  | Plaintiff's Exhibit 1      | 1991 |
| 9  | Plaintiff's Exhibit 1      | 1992 |
| 10 | Plaintiff's Exhibit 1      | 1997 |
| 11 | Plaintiff's Exhibit 1      | 1998 |
| 12 |                            |      |
| 13 |                            |      |
| 14 | Defendant's Exhibit 197    | 1658 |
| 15 | Defendant's Exhibit 197    | 1660 |
| 16 | Defendant's Exhibit 195    | 1661 |
| 17 | Defendant's Exhibit 170    | 1661 |
| 18 | Defendant's Exhibit 197    | 1665 |
| 19 | Defendant's Exhibit 197    | 1666 |
| 20 | Defendant's Exhibit 42     | 1687 |
| 21 | Defendant's Exhibit 42     | 1687 |
| 22 | Defendant's Exhibit 42     | 1687 |
| 23 | Defendant's Exhibit 42     | 1690 |
| 24 | Defendant's Exhibit 42     | 1690 |
| 25 | Defendant's Exhibit 53     | 1691 |

1655

| 1 | Defendant's Exhibit 53 | 1691 |
| 2 | Defendant's Exhibit 53 | 1691 |
| 3 | Defendant's Exhibit 53 | 1694 |
| 4 | Defendant's Exhibit 53 | 1696 |
| 5 | Defendant's Exhibit 42 | 1701 |
| 6 | Defendant's Exhibit 275 | 1705 |
| 7 | Defendant's Exhibit 275 | 1706 |
| 8 | Defendant's Exhibit 207 | 1738 |
| 9 | Defendant's Exhibit 442 | 1752 |
| 10 | Defendant's Exhibit 1 | 1936 |
| 11 | Defendant's Exhibit 1 | 1936 |
| 12 | Defendant's Exhibit 85 | 1938 |
| 13 | Defendant's Exhibit 87 | 1938 |
| 14 | Defendant's Exhibit 85 | 1939 |
| 15 | Defendant's Exhibit 1 | 1944 |
| 16 | Defendant's Exhibit 1 | 1946 |
| 17 | Defendant's Exhibit 1 | 1947 |
| 18 | Defendant's Exhibit 87 | 1949 |
| 19 | Defendant's Exhibit 1 | 1964 |
| 20 | Defendant's Exhibit 167 | 1983 |
| 21 | Defendant's Exhibit 102 | 2000 |
| 22 | Defendant's Exhibit 30 | 2016 |
| 23 | | |
| 24 | | |
| 25 | | |

1656

1    (REPORTER'S NOTES PERSONAL AUDIO V. APPLE,

2  JURY TRIAL, VOLUME 6, 8:30 A.M., THURSDAY, JUNE 30, 2011,

3  BEAUMONT, TEXAS, HON. RON CLARK PRESIDING.)

4    (OPEN COURT, ALL PARTIES PRESENT, JURY NOT

5  PRESENT.)

6    THE COURT:  All right.  I received a copy of

7  the text of an email dealing with some objections to some

8  demonstratives that Mr. Wicker is evidently going to use

9  dealing with LocType and, in particular, looking at

10  DDX 412, DDX 419, both of them which say "LocType is a

11  required structure."  And I'm sure counsel for both sides

12  are well familiar with *Odetics, Inc., versus Storage*

13  *Technology*, 185 F.3d 1259, Federal Circuit 1999 at 1268,

14  especially in light of the instruction we just agreed on

15  yesterday as to structural equivalents.  But it is not

16  appropriate and not proper to break a structure into

17  component parts for analysis and then to claim that an

18  individual part is a structure.  The LocType is not a

19  structure.

20    Now, it is part of the structure that I

21  identified; and an expert can say, "The court identified

22  this as part of the structure; and, so, they don't have

23  that structure."  But that doesn't mean that there still

24  isn't the question of structural equivalents.  But

25  anything that says that LocType is a required structure

1 or LocType is not optional or no LocType, no infringement

2 is an incorrect presentation.

3          I mean, I understand the argument, "It doesn't

4 have one of the things that the court has said in the

5 structure; so, obviously we don't have this structure."

6 But LocType is not a structure.

7          So, I'm going to sustain the objection to

8 that; and I think you would now have time to change those

9 titles and so forth.  And let's be very careful about

10 this, especially in view of the definition that I gave

11 the jury, based in part upon that *Odetics* case.  Okay?

12          Is there a question about that?

13          MR. ELACQUA:  No, your Honor.

14          THE COURT:  I think you'll have plenty of time

15 to make that change.

16          I think that takes care of your objection,

17 correct?

18          MR. HOLDREITH:  Yes, sir.

19          THE COURT:  Okay.  All right.  We've got a

20 minute or two before the jury will be here, I guess.

21          I think Mr. Heartfield had it right.  This is

22 the longest 46-hour trial, weekwise, that I've ever been

23 involved in.  Three weeks for 46 hours.

24          (Discussion off the record.)

25          (The jury enters the courtroom, 8:32 a.m.)

1    THE COURT:  Good morning, ladies and

2  gentlemen.  Welcome back.  We'll start -- or continue on

3  with the witness.

4    Counsel.

5    MR. SCHUTZ:  Thank you, your Honor.

6    <u>CONTINUED CROSS-EXAMINATION OF DAVID HELLER</u>

7  BY MR. SCHUTZ:

8  Q.    Good morning, Mr. Heller.

9  A.    Good morning.

10  Q.    How are you this morning?

11  A.    I'm fine.  Thank you.

12  Q.    Mr. Heller, I'd like to return to where we left

13  off yesterday, which is with Defendant's Exhibit 197.  Do

14  you have that in front of you?  It should be in the book

15  that your counsel handed you yesterday.

16  A.    Yes, I do.

17  Q.    And, of course, to refresh our recollection, this

18  is a patent on which you are a named inventor, correct?

19  A.    Yes.

20  Q.    And if you would, sir, go to the page marked --

21  the page I have on the screen here.  It's Column 5 at the

22  paragraph beginning at line 50.  Let me know when you're

23  there, sir.

24  A.    I am.

25  Q.    And we talked yesterday that the cable 212 can be

1  a FireWire cable or universal serial bus cable, correct?

2  A.    Yes.

3  Q.    And then alternatively, the cable could be

4  replaced by a wireless link, correct?

5  A.    Yes.  That's what it says.

6  Q.    And then I've also given you a binder up there,

7  and in there is a tab that contains Plaintiff's

8  Exhibit 36 *[sic]*.  Can you find that?

9  A.    No.  It does not appear to be there.

10 Q.    It's in there somewhere.  Should be.

11        MR. CORDELL:  Your Honor, I don't have it

12 either.

13        MR. SCHUTZ:  All right.  Well, I've got a

14 clean copy I can provide the witness; and it was talked

15 about yesterday.

16        It's an admitted exhibit, your Honor.  I'll

17 put it up on the screen.

18        May I approach, your Honor?

19        THE COURT:  What was the binder cover?  Was it

20 part of the Heller exhibits?

21        MR. SCHUTZ:  It should be the Heller exhibits

22 I just -- and I apologize, your Honor.

23        THE COURT:  That's okay.

24 A.    I'm sorry.  You said 36?  This is 346.

25                              *

 1  BY MR. SCHUTZ:

 2  Q.     It's 346.

 3  A.     That is here, yes.

 4  Q.     I'm sorry.  My mistake.  I'm sorry.  346.

 5         Just not too far from you in Silicon Valley is

 6  a company called "Hewlett-Packard," right?

 7  A.     Yes.

 8  Q.     And they have a laboratory, right?

 9  A.     I would assume so.

10  Q.     And this document, which was admitted yesterday,

11  is from Hewlett-Packard Labs; and among the things it

12  talks about is the IrDA association and the IrDA standard

13  and it talks about IrDA being a wireless communications

14  technology.  Do you see that?

15  A.     I see that.

16  Q.     You do not disagree with that, do you, sir?

17  A.     I do not.

18  Q.     Okay.  Thank you.

19         Let's go back to your patent, which is

20  Defendant's Exhibit 197.  And what I'd like to do is,

21  just so we've got established in our mind some dates

22  here -- do you remember the date, again, that the

23  Personal Audio patents were applied for at the Patent

24  Office?

25  A.     Yes.

1661

1  Q.    And what day is that?

2  A.    1996.

3  Q.    '96.  All right.  So, can you tell us -- this is

4  your patent here -- when you and your fellow inventors

5  went to the Patent Office?

6  A.    The date of filing was 2002.

7  Q.    And, so, that's about five and a half years

8  actually after Mr. Logan and his colleagues went to the

9  Patent Office for the patents in this case, right?

10  A.    Yes.

11  Q.    I just want to make sure that we have in mind the

12  dates of the other two patents that Mr. Cordell showed

13  you yesterday.  They should be in the book that he handed

14  you.  And let's take Defendant's Exhibit 195 and put that

15  on the screen.  That's another one of your patents,

16  right, sir?

17  A.    Yes, it is.

18  Q.    And that was applied for when?

19  A.    In 2002.

20  Q.    Yes, 2002.  So, again, about the same time, five

21  and a half years or so after Mr. Logan and his colleagues

22  went to the Patent Office, correct?

23  A.    About five years after, yes.

24  Q.    And then let's go to -- I'm sorry.  That is

25  Defendant's Exhibit 170.  I think we've got them all.

1    So, we've got those three.

2            You mentioned that Apple has 3,000 patents?

3    A.    Yes, over 3,000.

4    Q.    Are they all valid?

5    A.    I do not know.

6    Q.    Do you know if any of them are invalid?

7    A.    I do not know.

8    Q.    As you sit here, you're not aware if any of them

9    that are invalid, right?

10   A.    No.

11   Q.    You think all 3,000 of Apple's patents are good

12   patents?

13   A.    I think there are a lot of good patents in there.

14   I can't say that they all are.

15   Q.    But the two patents in this case -- and you're the

16   Apple corporate representative -- you think those two

17   patents are invalid, right?

18   A.    That's Apple's position.

19   Q.    How many patents do you have, sir?

20   A.    26.

21   Q.    Are they all good patents?

22   A.    I think they are, yes.

23   Q.    Any of your 26 patents invalid?

24   A.    No.

25   Q.    But the two in this case you think are invalid?

 1  A.    Yes.

 2  Q.    Mr. Heller, have you ever suggested to anyone at

 3  Apple that any of the features or capabilities of the

 4  iPods be removed?

 5  A.    Not to my recollection, no.

 6  Q.    If Mr. Jobs were to come to you and say,

 7  "Mr. Heller" -- he might call you "Dave," but I'll call

 8  you "Mr. Heller" -- "we've got to take some features or

 9  capabilities off the iPod, and I need some help.  What

10  should we take off," where would you start?  What's the

11  first thing you'd remove in terms of a feature or a

12  capability of the iPod?

13  A.    I have a personal list of what I would remove.

14  Q.    And what would you remove?

15  A.    I would remove games.

16  Q.    Okay.  And what's the second thing you'd remove?

17  A.    Probably contacts and calendars.

18  Q.    What else would you remove?

19  A.    I don't know.

20  Q.    Would you ever suggest removing the capability to

21  receive or download navigable playlists?

22  A.    No.

23  Q.    Would you ever -- why not?

24  A.    Removing a feature is very, very hard on the

25  customers.

1664

1  Q.     But what if the feature's, you know, not worth

2  anything?

3  A.     Excuse me?

4  Q.     Well, what if it's not worth anything?  I mean,

5  the being able to download playlists that you can

6  navigate through on the iPod, why not just remove that?

7            MR. CORDELL:  Your Honor, I object.  This is

8  hypothetical, and he's not an expert.

9            THE COURT:  Overruled.

10  A.     We have removed features in *iTunes*, and we've

11  found that customers who have used those features do not

12  like to do that.

13  BY MR. SCHUTZ:

14  Q.     Yeah.  I'm -- did you mean *iTunes* or iPod?

15  A.     *iTunes*.

16  Q.     Okay.  I'm talking about iPod.

17  A.     I've never been involved in removing a feature

18  from an iPod.

19  Q.     Okay.  But you have iPods?

20  A.     Yes.

21  Q.     And this is a case about iPods?

22  A.     Yes.

23  Q.     Well, would you ever -- would it ever even dawn on

24  you to go to your boss at Apple and say, "We really don't

25  need to have iPods be able to download playlists that you

1  can navigate through"?

2  A.    I don't see myself doing that, no.

3  Q.    Well, what about, you know, something a little bit

4  less draconian?  "We can download playlists, but let's

5  get rid of the "skip" buttons"?

6  A.    No.

7  Q.    Thank you, Mr. Heller.

8         MR. SCHUTZ:  Pass the witness.

9         MR. CORDELL:  I have just one topic, your

10  Honor, if I may.

11         REDIRECT EXAMINATION OF DAVID HELLER

12  BY MR. CORDELL:

13  Q.    Good morning, Mr. Heller.

14  A.    Good morning.

15  Q.    Mr. Schutz showed you your patent, Defendant's

16  Exhibit 197; and I believe he directed you to Column 5,

17  lines 50 through 57.

18  A.    Yes.

19  Q.    And there's a reference there to a "wireless

20  link."

21  A.    Yes.

22  Q.    And he then showed you Plaintiff's Exhibit 346,

23  which was a paper involving IrDA.  Do you remember that?

24  A.    Yes.

25  Q.    I was going to ask you:  Can you tell the jury

1666

1 whether or not when your patent talks about a wireless

2 link you were referring to IrDA?

3 A.    We were not, no.

4 Q.    And why not?

5 A.    We were referring at that time to WiFi, which is a

6 standard wireless communication for computers.

7 Q.    Why can't you use IrDA?

8 A.    IrDA at the time was very slow, and it just never

9 occurred to us.  It doesn't charge the device, as

10 Mr. Fadell testified.  It is not appropriate for what we

11 would need to use for the device.

12 Q.    Thank you.

13          MR. CORDELL:  Nothing further.

14          MR. SCHUTZ:  Brief follow-up, your Honor.

15          RECROSS-EXAMINATION OF DAVID HELLER

16 BY MR. SCHUTZ:

17 Q.    Let's go back to that patent, Defendant's

18 Exhibit 197, and let's go to Column 5 and let's take a

19 look at that.  I'm looking at that really hard.  So, it

20 says the "wireless link" there.  All right.  You know

21 when you go to the Patent Office and try to get a patent,

22 you actually -- you sign an oath, right?

23 A.    Yes.

24 Q.    And you have to be accurate, right?

25 A.    Yes.

1  Q.    So, I'm missing the part there where it says can

2  be replaced by a wireless link and, oh, by the way, we

3  don't mean IrDA.  What we really mean is WiFi."  That's

4  not up there, is it?

5  A.    It does not say that, no.

6  Q.    So, you didn't tell the Patent Office that.

7  A.    No.

8  Q.    Now, when you filed this patent in 2002, that was

9  before this lawsuit was filed, right?

10 A.    Yes.

11 Q.    And it was before you were prepared to testify by

12 the lawyers over here, right?

13 A.    It was before this lawsuit.

14 Q.    Great.  Thanks.

15       MR. SCHUTZ:  No further questions, judge.

16       MR. CORDELL:  Your Honor, can I ask one

17 question?

18       THE COURT:  You may.

19       FURTHER REDIRECT EXAMINATION OF DAVID HELLER

20 BY MR. CORDELL:

21 Q.    Mr. Heller, in 2002 did engineers consider IrDA --

22 had they commonly called "IrDA" a "wireless link"?

23 A.    I don't know.  It was -- I don't know.

24       MR. CORDELL:  Thank you, your Honor.  Nothing

25 further.

 1          THE COURT:  All right.  You may step down,

 2  sir.

 3          Next witness?

 4          MR. CORDELL:  Your Honor, plaintiff calls

 5  Mr. Stan Ng; and I'd like to make a brief transitional

 6  statement.

 7          THE COURT:  All right.

 8          THE REPORTER:  Mr. Cordell, you said

 9  "plaintiff" calls?

10          MR. CORDELL:  I'm sorry.  "Defendant" calls.

11  Yes, thank you.

12          (The oath is administered.)

13          MR. CORDELL:  Good morning, ladies and

14  gentlemen.  You're now going to hear from Mr. Stan Ng who

15  is one of the original core team members that put

16  together the iPod.  Mr. Ng's part of the business is

17  marketing, and he helped define -- what that means in

18  technical companies is not that you're out trying to sell

19  things.  What that means is that you actually define the

20  features that go into the product.  One of the biggest

21  challenges companies like this face is deciding what to

22  put in the product, what is it that people will

23  ultimately find useful and what is it that's going to

24  make their lives better; and that's what Mr. Ng's focus

25  is.

1    He's going to talk about how they decided to

2  take this jukebox program they had called "*iTunes*" and

3  make it *iTunes* to Go and allow people to take their music

4  with them.  He's going to talk about those key marketing

5  messages, the pillar's of Apple's success, having a

6  thousand songs that fits in your pocket and long battery

7  life and the idea that you could have this *iTunes* to go

8  experience and why those features combined to make the

9  iPod the best-in-class product that you've heard so much

10  about.

11    So, with that I'll turn it over to

12  Mr. Stephens and Mr. Ng.

13    <u>DIRECT EXAMINATION OF STAN NG</u>

14    <u>CALLED ON BEHALF OF THE DEFENDANT</u>

15  BY MR. STEPHENS:

16  Q.    Good morning, Mr. Ng.

17  A.    Good morning.

18  Q.    Were you responsible for the marketing messages

19  for the original iPod?

20  A.    I was.

21  Q.    And what's your current job at Apple?

22  A.    My current job is senior director of worldwide

23  product marketing.

24  Q.    And what does that involve?

25  A.    That involves pulling together the requirements

1670

1  from a marketing perspective, the landscape of the

2  market, understanding what our customers want, really

3  being the voice of the customer within Apple for our

4  products.

5  Q.    What's the main reason that people buy iPods?

6  A.    Well, it's really stayed the same over the past

7  ten years.  It's really been all about the combination of

8  great portability and great storage, the ability to carry

9  all of your music with you at all times.

10  Q.    I'd like to back up, Mr. Ng, and talk about your

11  background.  Where did you grow up?

12  A.    I grew up in south Pasadena, California.

13  Q.    And where do you live now?

14  A.    I live in Los Altos, California, northern

15  California, now.

16  Q.    Are you married?

17  A.    Yes, I am.

18  Q.    Any kids?

19  A.    Yeah.  Two beautiful kids, a 9-year-old daughter

20  and 5-year-old son.

21  Q.    Do they have iPods?

22  A.    Yeah.  They love music.  Yeah, they do.

23  Q.    Do you have any patents?

24  A.    Yes, I do.

25  Q.    How many?

1671

A.     Maybe about half a dozen that have been issued and
maybe a dozen that are still in application.

Q.     Where did you go to school, Mr. Ng?

A.     Well, having grown up on the West Coast, I decided
to go to the East Coast for school; so, I went to Yale
University in Connecticut.

Q.     And what did you study?

A.     I studied psychology.

Q.     And what were you planning on as a career?

A.     Well, when you're that young, you don't really
know for sure; but when I went into college, I thought
that I'd learn a lot about children and education and
maybe one day become a teacher.

Q.     Did you work during college?

A.     Yeah.  College was not cheap; so, I was working as
a computing assistant in the university for about 20 to
30 hours a week.

Q.     When did you first realize you wanted to work at
Apple?

A.     Well, I'd always admired Apple.  My parents had
bought my brother and I an Apple IIe computer, you know,
when I was in elementary school; and we had a lot of fun
with it.  It was a really kind of cool computer and, you
know, from that point on I thought, wow, you know, Apple
is kind of cool.  They do some really neat things; and,

1672

1  so, I'd always had kind of an interest in the company.

2  Q.     How was it that you came to work at Apple?

3  A.     Well, you know, having my background, you know,

4  supporting as a computing assistant during college as I

5  was paying my way through college, I got a lot of

6  experience, a lot with the Macintosh.  And, so, when I

7  graduated -- or soon before I graduated, I interviewed

8  with Apple and they didn't have a position open at that

9  time, unfortunately; but a couple years after that -- I'd

10 kept in touch with the hiring manager, and she told me

11 that there was a position open.  And this was in 1995.

12 And, so, I interviewed for that position there and got a

13 job.

14 Q.     And what was your first position at Apple?

15 A.     My first job at Apple in '95 was as a systems

16 engineer, a systems engineer in our K through 12

17 education division.

18 Q.     And what did that entail?

19 A.     Well, the systems engineer job as part of the

20 Apple K-12 education division, what they did is they went

21 to schools and consulted with teachers to help them with

22 technology, help them -- you know, "How do I integrate a

23 Mac into my curriculum" or "How do I use a Mac in my

24 classroom."  So, I was doing that to help schools out.

25 Q.     And what did you do next at Apple?

1673

1 A.    Well, I did that for two years; and then in 1997,

2 after I got married, my wife and I moved up to Cupertino,

3 California, where Apple's headquarters are; and I took a

4 job in product marketing to really start defining the

5 Macs that we would create for education, again still in

6 K-12 education.  So, it really was helping to define and,

7 again, being the voice of the customer for Macs that we

8 developed specifically for K-12 education.

9 Q.    And how long were you in that position?

10 A.    That position, probably about a year to year and a

11 half.

12 Q.    And what did you do next at Apple?

13 A.    Next, I moved over to working on some of our

14 professional systems, our Power Mac line, and started to

15 help define some of the systems that we would build

16 there.

17 Q.    And how long were you doing that?

18 A.    Probably until 1999.

19 Q.    What did you do after that at Apple?

20 A.    Well, the next thing I did was I transitioned over

21 to a new product that we were working on called the

22 "Power Mac G4 Cube"; and that was a product that we were

23 working on which kind of sat between the consumer and the

24 professional market.

25 Q.    And how long were you involved with the G4 Cube?

1674

1   A.      Through to 2000, kind of fall to end of 2000.

2   Q.      And what did you do after the G4 Cube?

3   A.      Well, the G4 Cube was a product that, you know, we

4   had introduced in the summer of 2000 and we knew a couple

5   months in that unfortunately it wasn't going to be very

6   successful.  And, so, about three months after the

7   launch, you know, I was trying to figure out, well, what

8   do I do next because this thing looks like it's going to

9   be a flop.

10          So, I went to go talk to my VP of product

11  marketing, Mr. Phil Schiller, and asked him, you know,

12  "What should I be doing next?  What's my next job?"  I

13  mean, I loved Apple.  I wanted to stay there.  Right?

14  But the project I was on was kind of going downhill.

15          And, so, I talked to him about a couple

16  different options.  You know, there are three options

17  that we had kind of discussed.  One was potentially going

18  over to China to work as a marketing manager.  The second

19  was maybe engaging in this new project to build some

20  servers for Apple.  And the third was a music project

21  that he said at the time we were potentially going to get

22  into.

23  Q.      And which of those options did you pick, Mr. Ng?

24  A.      I picked the music project.

25  Q.      And why was that?

1  A.    Well, I guess a couple reasons.  One, when I

2  thought about it -- the server project didn't really seem

3  the core of Apple's business.  You know, Apple's kind of

4  always built stuff for consumers; and, so, servers seemed

5  a little bit of a stretch, a little bit less interesting

6  to me.

7       China -- I thought, yeah, we were starting to

8  grow in China; but my wife and I would have to move there

9  and, you know, if I wanted to go work in China, China

10 would always be there.

11      So, music was very interesting.  You know, I

12 thought, "Well, I love music and, you know, what better

13 way than to kind of investigate what Apple might do in

14 that space."

15 Q.    When did you take on this new project?

16 A.    Well, I talked to Mr. Schiller again in January of

17 2001; and he told me, "Hey, look, we want to get this

18 started.  We want to get this project going.  So, I'd

19 like to pair you up with a consultant who would focus on

20 the technical side where you would focus on the marketing

21 side."  So, he said, you know, "Let's get started; and,

22 you know, we'll get going pretty soon, as soon as we hire

23 this consultant."

24 Q.    What was Apple's reason for getting involved in

25 this project?

1  A.    Well, what Mr. Schiller told me was that -- there

2  was a couple things going on in 2000 at the time.  It was

3  kind of this real confluence of things that were coming

4  together; and, you know, one of those things is working

5  on this jukebox software called "*iTunes*" which was for

6  the Mac so that you could, you know, manage your digital

7  music on your computer, your Mac.

8          And people had been using *iTunes* and

9  connecting them up to other MP3 players at the time and

10  found that those MP3 players weren't that great.  It

11  wasn't that great an experience.  It wasn't really, you

12  know, what people wanted when they took their music, you

13  know, on the go.

14          And, secondly, Mr. Schiller told me that

15  Toshiba -- a company had come to Apple to propose a new

16  hard drive technology, this smaller hard drive that

17  didn't have the same kind of capacity as what you'd

18  normally put in a laptop computer but was still very

19  small and still had a good amount of storage.  So, he

20  said that, well, people are looking at that and thinking

21  maybe that could be used for a music player.

22          And, so, the combination of these two events

23  kind of led Apple -- at least this is what Mr. Schiller

24  told me -- to really invest a little bit and say, "Okay.

25  Let's get into this.  Let's investigate at least if there

1677

1   is something to do in the portable music space."

2   Q.    Mr. Ng, you mentioned a consultant.  What was the

3   team that was involved at the beginning of this project?

4   A.    Well, I guess you can call two people a team; but

5   there was just basically Mr. Fadell and myself.  It was

6   kind of an interesting coincidence because, you know, I

7   was in Japan at the time still working on the Power Mac

8   line and this was at the end of January and he sent me an

9   email and said to me, "Hey, you know, I'm this consultant

10  that's been hired by Apple on the engineering side and,

11  you know, I'm going to be working with you and by the

12  way, I know your brother."  So, it was this really

13  strange coincidence.

14          And I said, "All right.  Let's get started as

15  soon as I'm back from Japan."  And we started meeting

16  actually in February.

17  Q.    Now, was this project called the "iPod Project" at

18  the time?

19  A.    No.  The iPod name came much later.

20  Q.    What was it called at that point?

21  A.    Well, we didn't really have a specific name for it

22  at that time, when Tony and I -- sorry -- when Mr. Fadell

23  and I were just meeting and investigating.  We kind of

24  looked at it as, well, we want to take that *iTunes*

25  experience to go; so, what are we going to do about

1  *iTunes* to go?  And this is this portable music project.

2  So, we didn't really have a specific name for it at that

3  time.

4  Q.    Was it public knowledge at Apple what you and

5  Mr. Fadell were doing?

6  A.    Oh, no.  It was totally top-secret.

7  Q.    Why is that?

8  A.    Well, first, it was an investigation.  So, we

9  didn't even know if this was something that would come,

10 you know, to anything or not.  And, so, we wanted to keep

11 it secret because if it didn't come to anything, then

12 there wouldn't be any rumors or anything like that.

13        The second reason -- this is kind of applied

14 to Apple in general's reason why we keep a lot of things

15 secret, is because when we create a product, we like to

16 introduce it and then really surprise people.  I mean,

17 our goal -- and we kind of say it a lot at Apple.  We

18 like to surprise and delight, you know, our customers.

19 And, so, we wanted to keep it secret until we were

20 actually able to bring it out to the world.

21 Q.    Were you at least able to tell your wife and

22 family about it?

23 A.    No.  That would cause a lot of concern actually

24 but -- no.  I couldn't tell my wife at all.

25 Q.    Did you use any kind of code names or anything

1  like that for the project?

2  A.    Yeah.   Eventually we did.   We came up with --

3  there was an engineering code name called "P68."

4  Q.    Any other code names?

5  A.    And then also I'd come up with a code name that we

6  used internally called "Dulcimer."

7  Q.    And you came up with that name, you said?

8  A.    Yeah, I did.

9  Q.    How did you come up with the name?

10 A.    Well, I was -- I thought that it had to be

11 something music-related since we were creating a portable

12 music player; and, so, Dulcimer was, you know, supposedly

13 this very sweet-sounding instrument.   So, I thought, you

14 know, it was kind of an appropriate name.

15 Q.    What was your role in the *iTunes* to Go

16 investigation?

17 A.    Well, my role was primarily to be focused on

18 investigating the market, understanding kind of what

19 other players were out there, looking at the landscape of

20 competition, and really investigating, you know, what

21 were the strengths and weaknesses of the products that

22 existed at the time.

23 Q.    In your research of the market, did you ever hear

24 of a company called "Personal Audio," the plaintiff in

25 this lawsuit?

1680

1    A.    No.

2    Q.    Have you ever heard of James Logan?

3    A.    No.

4    Q.    Charles Call?

5    A.    No.

6    Q.    Daniel Goessling?

7    A.    No.

8    Q.    Did you ever hear of the patents in this lawsuit

9    before this case?

10   A.    No.

11   Q.    What was Mr. Fadell's role in the *iTunes* to Go

12   project?

13   A.    Well, Tony -- I'm sorry -- Mr. Fadell's role was

14   to really be the technical arm of this two-man team.  He

15   was tasked with just all the investigation of the

16   technology, the components, the things that it would take

17   to actually build, you know, a portable music player.

18   Q.    Did you investigate the other kinds of products

19   that were in the marketplace at the time?

20   A.    Yes, I did.

21   Q.    And what kind of investigation did you do of those

22   products?

23   A.    Well, I read a lot about them.  I mean, I'd read

24   as many reviews as I could; and I bought a lot of the

25   products as well to test and experience myself, see how

1681

1  they really were as music players.

2  Q.    And why did you do that?

3  A.    Well, I guess the best way to see what strengths

4  and weaknesses there are is really to give it a try

5  yourself and really see what you like about it.  I mean,

6  I'd been using CD players and tape Walkmans, you know,

7  for all my life and, so, being able to use them in kind

8  of the different situations, like whether I'd go, you

9  know, running with them or listen to them, you know, in

10  my house -- I'd give them a try and see what I liked and

11  what I didn't like about them just like any customer

12  would.

13  Q.    And what did you see in the marketplace at the

14  time?  What observations did you make?

15  A.    Well, there was -- there's really two kinds of MP3

16  players, you know, emerging at the time.  One was these

17  flash-based MP3 players.  And these flash-based MP3

18  players were relatively small; but they only held, you

19  know, anywhere from, you know, eight, ten songs.  So, it

20  was really frustrating for customers at the time because

21  you'd carry eight or ten songs of something and it was

22  portable.  You know, you could go running with them if

23  you wanted to.  But after listening to those eight or ten

24  songs over and over again, you'd have to go back to your

25  computer and transfer some new songs, I mean, wipe it out

1  and transfer some new songs.  So, it became kind of a

2  pain for them to constantly, you know, go back and change

3  them.  And when we talked about it, it was always like,

4  wow, it was like having that single CD in your car.  You

5  never remember to take it out and change it; so, you

6  always ended up with the same music over and over again.

7  It was really frustrating for those customers.

8          So, that was one set of the MP3 players out

9  there at the time.  The other set of emerging MP3 players

10 were these hard-drive-based players.  And the

11 hard-drive-based players, they were better in that they

12 could hold hundreds and hundreds of songs so you didn't

13 have to go back and change them all the time.  But the

14 problem with those was because they used this larger, you

15 know, hard drive, typically used for laptop computers,

16 they were much larger.  I mean, they were much heavier,

17 much larger in kind of its form; and it wasn't something

18 that was really truly portable.  You could never imagine

19 stuffing this in your pocket or, you know, slapping this

20 thing on your arm to try to go running with it or

21 something.  I mean, these were really, really large

22 products.

23         And they also had really bad battery life and,

24 so, even though you had hundreds and hundreds of songs,

25 you'd end up with something that only lasted, you know,

1  three hours, you know, after playing and then you'd have

2  to go back and find a wall outlet and charge them.

3          So, there was really a lot of compromises in

4  the market at the time.  You had to -- as a customer, you

5  had to really pick.  You were kind of forced between,

6  okay, well, do I get something small but with only a

7  little bit of storage or do I get something with a lot of

8  storage but it's big and clunky.

9  Q.      Did any of those players that you've been talking

10 about work with *iTunes*?

11 A.      Yes.

12 Q.      And what was that experience like?  What was your

13 impression of the players that worked with *iTunes* at the

14 time?

15 A.      Well, that was also sometimes frustrating for the

16 customers because these players used this older USB

17 technology, USB 1.0 technology, which had extremely slow

18 transfer rates.  So, they might be okay if you had the

19 flash-based player with eight to ten songs.  It wouldn't

20 take that long to transfer your music over.  But if you

21 had one of these hard-drive-based players, I mean, it

22 could take hours, literally three, four hours, to

23 transfer all your music over.  I mean, it was really a

24 pain.

25          And not only that, if you were spending three

1684

1  or four hours connected up transferring, you had to worry

2  about battery life as well.  So, you'd have to, you know,

3  find an AC adapter and plug it in; so, you'd have all of

4  these kind of cables running from your device and the

5  computer and the wall and everything else.  It was a very

6  inelegant experience.

7  Q.    So, what kind of lessons did you take away from

8  your research into the market?

9  A.    Well, the market was very fragmented; and we

10  realized that, wow, if we could create something that had

11  the best of both worlds, that didn't make a customer make

12  these really tough choices, then you could have something

13  with -- if you could have something with great

14  portability and have something with just that same kind

15  of great storage that those other hard drive players had,

16  then you'd have something different.  I mean, you'd have

17  something really new and innovative.

18  Q.    Now, how did you coordinate your research efforts

19  with Mr. Fadell?

20  A.    Mr. Fadell and I met weekly starting in February;

21  and we would share our results and, you know, see where

22  each person was.

23  Q.    Did you eventually share your investigation

24  results with Apple management?

25  A.    Yeah.  We were tasked with really providing a

1685

1   recommendation to Apple in terms of what we should do in

2   this portable music player market.

3   Q.     And when did you do that?

4   A.     It was in the early April time frame that we did

5   that.

6   Q.     And did you make any recommendations?

7   A.     Yeah.  I mean, we had looked at a couple different

8   ways to do this, should we be looking at flash memory,

9   should we be looking at, you know, other memory types,

10  removable media, all those kinds of things.  And we

11  recommended to Apple and to management that we go ahead

12  and try to create something using this smaller Toshiba

13  hard drive because it allowed us to combine the best of

14  both worlds.

15  Q.     And did management accept your recommendation?

16  A.     Yeah.  They told us to move forward.

17  Q.     Now, when management said to go ahead, did the

18  project become public?  Was there an announcement or

19  anything like that?

20  A.     No.  No.  We -- after that meeting we still kept

21  it incredibly top-secret.  Only a handful of people at

22  Apple even knew that we were working on this.

23  Q.     Did you have a timeline for that product?

24  A.     Yeah.  We wanted to get that product out before

25  the 2001 holiday season.  We realized that a lot of these

1686

1 products, these music players and consumer electronics

2 products, they all sold a lot better during the holiday

3 quarter because a lot of people would buy them as gifts

4 as well.

5 Q.    Was that a challenging schedule?

6 A.    Oh, yeah.  I mean, that was just seven, eight

7 months away until the holiday season; and that was -- it

8 looked like a big challenge.

9 Q.    And how did you overcome those challenges?

10 A.    Well, the first thing to do was really to hire a

11 team.  It was really only Mr. Fadell and myself; so,

12 there was really only two people.  I mean, we couldn't do

13 this by ourselves.

14        And, so, one of the things that --

15 Mr. Fadell's main task right after that was to try to

16 build a team.  And, you know, of course you can hire

17 people from the outside; but that takes a little bit of

18 time.  And, so, he really went to all the different

19 groups at Apple to kind of beg and borrow people to try

20 to help out on this project.  I mean, in some ways it was

21 kind of nice that you had Apple as this, you know, bigger

22 company that had these resources.  But he had to

23 basically go to every group and say, "Hey, you know, I

24 need help with this project; and I can't even tell you

25 what we're working on."  So, it was quite a challenge to

1687

1  try to get people to lend them their people to come over

2  and help us.

3  Q.    Did the work that you were doing, Mr. Ng, change

4  after the management go-ahead?

5  A.    Yeah.  I mean, right after that go-ahead, my role

6  really started to focus on creating the requirements, the

7  market requirements document for the engineering team.

8  Q.    Let's take a look at that.

9          MR. STEPHENS:  If we could have Defendant's

10  Exhibit 42 up.

11  BY MR. STEPHENS:

12  Q.    And, Mr. Ng, there is a copy of Defendant's

13  Exhibit 42 in your binder -- oh, I'm sorry.  We didn't

14  hand those out.

15          MR. STEPHENS:  May we approach, your Honor?

16          THE COURT:  You may.

17  BY MR. STEPHENS:

18  Q.    Defendant's Exhibit 42, Mr. Ng, if you could turn

19  to that tab in your binder.

20  A.    Okay.

21  Q.    Do you have that?

22  A.    I do.

23  Q.    Do you recognize that?

24  A.    I do.

25  Q.    What is it?

1688

1  A.     This is the marketing requirements document that I

2  wrote.

3  Q.     And when did you create it?

4  A.     Probably in the April to May time frame.

5  Q.     And what's the purpose of this document?

6  A.     Well, the purpose of this document is really to be

7  kind of a blueprint to our engineering team, really to

8  outline and define what the product should be.

9          MR. STEPHENS:  If we could turn to page 4,

10  please.

11  BY MR. STEPHENS:

12  Q.     Near the top there it says "iTunes to Go."  Do you

13  see that?

14  A.     Yes, I see that.

15  Q.     "Dulcimer is *iTunes* to Go," what did you mean by

16  that?

17  A.     Well, kind of as we had talked about before, when

18  we were thinking about this, kind of the goal from the

19  very beginning was that we had *iTunes* on your Macintosh

20  computer but there was no good way to really take it with

21  you wherever you want it and, so, the goal was always to

22  make this product kind of a representation of *iTunes* on

23  the go.

24  Q.     Now, there's a section right after that called

25  "Market Overview."  What's that about?

1  A.     Well, this was really a -- you know, after all of

2  my investigation and research -- an overview of kind of

3  the landscape of the market, what was going on in the

4  market.  And some of that I talked about before, kind of

5  there were flash-based players and hard-disk-drive

6  players and really what was going on in the market so

7  that engineering, as they were looking at building this

8  product, they would understand, you know, kind of where

9  we could do even better than what was already available

10  in the market.

11  Q.     Did you identify the kinds of strengths and

12  weaknesses you mentioned before?

13  A.     Yeah.  No, definitely.  I really outlined kind of

14  some of the challenges to the current players that were

15  existing out there and what we could do better.

16              MR. STEPHENS:  And if we could turn to page 6,

17  please.  There is this section there called "Product

18  Vision."

19  A.     Yes.

20  BY MR. STEPHENS:

21  Q.     Could you explain that?

22  A.     Well, this is, as I mentioned, what I believed to

23  be the goals and how we could make the product better

24  than what was already existing there in the market.

25  Q.     And was this driven in part by your market

1  research?

2  A.      Yes, it was.

3  Q.      Now, the next page of Defendant's Exhibit 42,

4  page 7, has a "Product Description" with a table below

5  it.

6  A.      Yes.

7  Q.      What's that?

8  A.      Well, this is a more specific description of kind

9  of the nitty-gritty of the product, like what's really

10  going to be in it and what it should support and the

11  features that should be there.

12  Q.      Now, was the iPod ultimately built in accordance

13  with your marketing vision?

14  A.      The vision?  Yes, I believe so.

15  Q.      What about these specific product descriptions?

16  A.      Pretty close.  I mean, there were a couple things

17  that we didn't get to which we got to in further

18  generations of the product.

19  Q.      After you finished the marketing requirements

20  document in Defendant's Exhibit 42, what did you do next?

21  A.      Well, after creating this blueprint for our

22  engineering team and they were off, you know, trying to

23  figure out how to build it and moving along, the next

24  phase of my role was to really figure out how we were

25  going to communicate the product to customers who might

1691

1  be willing to buy it.  And, so, really taking the

2  features and the benefits of the product and forming them

3  into messages and how we would talk about it.

4         MR. STEPHENS:  Could I have Defendant's

5  Exhibit 53, please?

6  BY MR. STEPHENS:

7  Q.    Do you have that, Mr. Ng?

8  A.    I do.

9  Q.    What is Defendant's Exhibit 53?

10 A.    This is the Product Brief that I originally wrote

11 to deliver to our marketing communications, our P.R., and

12 our launch teams.

13 Q.    Did I understand it right that the Hardware

14 Product Brief was for the marketing people and the

15 marketing requirements document was for the engineering

16 people?

17 A.    Yeah.  Seems kind of backward; but, yeah, that is

18 the case.

19 Q.    Okay.  What was the purpose -- I'm sorry.  When

20 did you create the P68 Hardware Product Brief that we see

21 in Defendant's Exhibit 53?

22 A.    This was created in July of 2001.

23        MR. STEPHENS:  If we could turn to page 9.

24 BY MR. STEPHENS:

25 Q.    Near the top of the page, there is a discussion of

1  a bunch of factors; and it talks about technical

2  mumbo-jumbo and the like.  Could you explain that for us,

3  please?

4  A.    Well, when I was looking at how other people were

5  talking about their portable music players, they really

6  were marketing their product like computers.  I mean, it

7  was all this technical specs and feeds and all sorts of

8  numbers and stuff; and it was really complicated actually

9  for customers at that time.  I mean, they didn't care

10 about that stuff.  I mean, there was just a couple of

11 really simple questions I believed that someone was

12 asking about when they were looking to buy a portable

13 music player in this space.

14 Q.    And are those questions shown in this document

15 just below where we were looking at?

16 A.    Yes, they are.

17 Q.    And what kind of questions were those?

18 A.    Well, I mean, it was pretty simple.  I mean, you

19 really cared about how much music you could hold on this

20 because, as I mentioned before, it was such a pain to go

21 back and change it out if it only held, you know, eight

22 or ten songs.

23      You'd care about, you know, the battery life,

24 you know, how long can I actually play.

25      You'd care about how big the thing is, you

1   know, how heavy it is.

2          And, of course, you'd care about how much it

3   costs.

4   Q.    Mr. Ng, just below this section we're looking at

5   now, there is a section called "Key Messages."  Did you

6   identify some key messages for the iPod?

7   A.    Yes, I did.

8   Q.    What were those?

9   A.    Well, we really looked at some of the things we

10  thought were important for the product.  And, again, to

11  differentiate it from the other products out there.

12         And what we saw were these four things that we

13  thought we could do to make this different than

14  everything else out there.  You know, "Holds all your

15  music, truly portable and pocket-sized, best sound

16  quality, and integrates seamlessly with your Mac."

17  Q.    Now, were those key messages related to the

18  customer questions that you had observed?

19  A.    Oh, definitely.

20  Q.    In what way?

21  A.    Well, we wanted to address those concerns that

22  customers might have.  So, if they walked into a store,

23  that we would be able to answer those questions that we

24  thought were driving what someone was thinking about in

25  buying an MP3 player.

1694

1  Q.    Now, just below the section that we're looking at

2  now, "Key Messages," there is a portion there, 3.2,

3  "Detailed Product Messaging."  And the first section is

4  "Holds all your music."  That's one of the key messages

5  you mentioned, right?

6  A.    Yes.

7  Q.    Could you explain that key message a bit more?

8  A.    Well, we saw the challenges with those flash-based

9  players, again, you know, only holding eight, ten songs

10 at a time.  And, so, one of the ways to address, you

11 know, a customer's frustration or, you know, decision in

12 buying that was saying, "Hey, you know, we could hold all

13 your music.  We could hold just an incredible amount of

14 music you could take with you on the go."  And the way we

15 would accomplish that was with that new Toshiba hard

16 drive and also integrating this scroll wheel that we

17 integrated into the iPod to make it very easy for you to

18 access your music.

19 Q.    On the next page, Mr. Ng, page 10 of Defendant's

20 Exhibit 53, there is another section, "Truly portable -

21 Pocket-sized."  Was that another one of your key

22 messages?

23 A.    Definitely.  This idea of portability was so key

24 because those other hard-drive-based players were large

25 and clunky.  So, really differentiating saying, "Hey, you

1  can carry all your music with you in something that was

2  pocket-sized." That combination was what was so

3  powerful. So, we wanted to make sure that this thing was

4  the smallest thing that was available for

5  hard-drive-based players.

6  Q.    And how did Apple deliver on that?

7  A.    Well, we made this product incredibly small. It

8  was, you know, about the size of a deck of cards. And it

9  was something that you could put in your pocket and bring

10  with you everywhere; and, you know, we even, you know,

11  put in shock protection because we knew people might go

12  running with them.

13  Q.    Mr. Ng, the next section on that page is "Best

14  sound quality." Do you see that?

15  A.    Uh-huh.

16  Q.    Is that another one of your key messages?

17  A.    Yes.

18  Q.    Could you explain that, please?

19  A.    Well, the products that we had looked at, these

20  competitive MP3 players out there, surprisingly they --

21  they were music players, but they had really poor sound

22  that came out of them. And when we looked at them, we

23  realized that a lot of these people were, you know, just

24  taking off-the-shelf parts and slapping them in their

25  players. And -- you know, like the headphone jack or the

1  headphones they included with them or the amplifier that

2  they had inside.  I mean, they really just pulled stuff

3  together and built it like that.

4          And we said, "You know what?  That doesn't

5  make sense.  We want to have a great-sounding music

6  player because music is the key thing about the product."

7  And, so, we -- we didn't do that.  We didn't just take

8  off-the-shelf parts.  We went to our suppliers and our

9  manufacturers and said, "Hey, you need to build us

10 something different or unique.  You need to make

11 something for us that is higher quality.  And we're

12 willing to pay for it.  You know, we're willing to pay

13 for this higher quality and put it in our products."

14         And, so, an example of that is, you know, the

15 headphones.  We even included it in the box.  I mean,

16 we -- for the first time in that kind of consumer space,

17 we included these really high-end neodymium magnets in

18 our headphones which make the sound quality that much

19 better.  And that wasn't cheap, but we were willing to

20 spend on it because this was a music player.

21 Q.    Mr. Ng, if we could go now to Defendant's

22 Exhibit 53, page 11.  There is a section there titled

23 "Integrates seamlessly with your Mac."

24 A.    Yes.

25 Q.    Is that another key message?

1697

1  A.    Yes.

2  Q.    Could you explain that for us, please?

3  A.    Well, this idea of *iTunes* to Go was always, again,

4  a guiding principle for the product.  And, so, we wanted

5  to make sure that when you connect it up to your

6  computer, this was a very easy and simple experience.

7  And I kind of alluded to earlier that other players had a

8  very compromised experience.  It took forever to transfer

9  the music on.  You had all this spaghetti of cables

10  everywhere, you know.

11        And, so, we decided that, wow, we're going to

12  use this newer technology called "FireWire" that allowed

13  you to transfer your music, you know, 30, 40, even a

14  hundred times faster than these other players.  And also

15  the advantage of FireWire was that it could charge your

16  iPod at the same time when it was connected to the

17  computer.

18        So, with one simple cable you could plug your

19  iPod into your Mac, charge, and transfer your music from

20  *iTunes* over to your iPod at once.  I mean, it was a

21  really, really nice, elegant, and seamless experience.

22  Q.    Mr. Ng, I'd like you to try to take yourself back

23  to the late summer of 2001 and tell us what it was like

24  for you and your team as you worked up to the launch of

25  the iPod.

1698

1  A.     It was intense.  I mean, it was -- it was crazy.

2  I mean, people were working around the clock.  People

3  were, you know, always there, seven days a week.  It was

4  such an intense period with people just, you know, making

5  so much sacrifice to try to get this out before the

6  holiday season.

7  Q.     Did you make that deadline?

8  A.     We did.

9  Q.     Now, the announcement of the iPod, when did that

10  happen?

11  A.     That happened October 23rd, 2001.

12  Q.     Could you describe the announcement, please?

13  A.     Yeah.  We had -- before the 23rd, a week before,

14  we invited several hundred journalists to come to Apple's

15  headquarters in Cupertino, California, and to attend a

16  keynote presentation by Mr. Jobs on that day.  And, so,

17  they came into our town hall conference or theatre and

18  they all sat down and Mr. Jobs proceeded to introduce

19  this product to them.

20  Q.     What was the reaction to the announcement?

21  A.     Well, for the people who were there -- and we also

22  had this hands-on room where people could come in and try

23  the products as well -- the reaction was actually really

24  positive.  I remember because I was in charge of this

25  hands-on room and, you know, my job was to -- because

1  there were several hundred journalists and there was only

2  about 20 to 30 stations where we had an iMac and an iPod

3  and a stack of CDs.  My job was to get them in and out

4  really quickly because we had so many journalists waiting

5  to try out the product.

6          Well, the first set of journalists come into

7  the room and, you know, there is these 20-minute blocks

8  of time that I've set aside and I've got this microphone

9  and I'm standing there kind of saying, "Oh, you know,

10 give the scroll wheel a try.  Experience this."  And I'm

11 looking at my watch; and I go, "Okay.  20 minutes are

12 up."  And, you know, I lift the microphone.  I say,

13 "Okay.  Now it's time to move on, and the next group is

14 supposed to come in."  And they wouldn't go.  They

15 wouldn't leave.  They just -- they ignored me.  I don't

16 know.  They were so busy using the product in their

17 hands, using the scroll wheel and just amazed that they

18 could keep this whole stack of CDs, you know, compressed

19 into this small pocket-sized device.  I mean, they loved

20 it, the people who were there.  They really loved it.

21 Q.    Were you able to accommodate all the people who

22 wanted to use the setups that you had?

23 A.    Eventually, but there were a lot of journalists

24 who couldn't make it to the event or who weren't invited

25 to the event.

1700

1  Q.    And what was the reaction of journalists that

2  didn't come to the hands-on event?

3  A.    Yeah.  It was -- it was somewhat disconcerting,

4  but they thought we were crazy.  The reviews were really

5  negative actually.  It was very black or white.  If you

6  had come to the event and tried out the product, they

7  really understood it.  They loved it.  They got the sense

8  that it was incredibly portable and held all your music.

9         But if you were from afar, a journalist

10  looking at, you know, what we had introduced and reading

11  about it, you thought Apple was crazy for introducing

12  this 400-dollar music player, this frivolous thing at

13  $400, when, you know, Apple was starting to make strides

14  with the iMac and growing its Mac business and, "Hey,

15  Apple, what are you doing?  You should be focusing on the

16  Mac and not doing this frivolous 400-dollar music

17  player."  So, we got really negative reviews at that time

18  from people who were not able to get their hands on the

19  product.

20  Q.    When did Apple actually start selling the iPod?

21  A.    That was November 10th.  We had them in stores.

22  Q.    And what was the consumer response once you

23  started selling them?

24  A.    Well, thankfully, the consumer response was good,

25  despite some of those negative reviews.  People loved the

1701

1  product.

2  Q.    Did you make any initial sales forecasts before

3  the launch?

4  A.    Yeah, I did.

5  Q.    Let's take a look at Defendant's Exhibit 42 again,

6  page 9 this time.  About halfway down the page there,

7  there is a table that says "Worldwide Preliminary

8  Forecast."

9  A.    Yes, I see that.

10  Q.    Was that your forecast?

11  A.    Yeah, it was, I'm kind of ashamed to say.  But,

12  yeah, it was.

13  Q.    How did actual sales shape up compared to your

14  forecast?

15  A.    Much better than that in that first quarter, that

16  Q1 '02, which I had forecast 35,000 units as kind of that

17  holiday quarter.  We actually sold over 130,000 units.

18  Q.    Is the iPod still popular today?

19  A.    Yes.  It's very popular.

20  Q.    Now, has Apple changed the iPod over time?

21  A.    Oh, yeah, many, many times.  Added new product

22  lines to the family, really added a lot of innovation to

23  it over time.

24            MR. STEPHENS:  Could we have DDX 207, please?

25                            *

1702

1  BY MR. STEPHENS:

2  Q.    And there should be a copy at the back of your

3  binder, Mr. Ng.

4        Could you just kind of take us through the

5  various lines there?  Start by explaining the three

6  different lines across the table we see.

7  A.    Sure.  These are -- on the bottom is what we now

8  call the "iPod classic," but really the original iPod

9  that started it all and all of the generations of those.

10       Then in the middle you'll see the iPod mini

11  which we had introduced.

12       And then following that, the replacement to

13  the iPod mini on top there, the iPod nano.

14  Q.    What's the difference between those three product

15  lines?

16  A.    Well, the iPod line, our iPod classic line, was

17  really about just -- again, it was what started it all

18  and really continued to have the greatest amount of

19  storage possible for you in that small form factor.

20       The mini and the nano, we realized that not

21  everyone could afford the iPod.  It was more expensive.

22  And, so, we wanted to create something that was a little

23  bit less expensive and also had more of a youth and

24  female appeal.  And, so, we added colors to the iPod mini

25  and eventually the iPod nano and really got more of a

1703

1  younger and more female demographic.

2  Q.    Let's go back now to the iPod classic line along

3  the bottom.  Could you explain to us how that line

4  changed over time?

5  A.    Yeah.  I mean, we made a lot of changes.  I mean,

6  in the second generation we changed from that mechanical

7  scroll wheel to a touch wheel.  We added more languages

8  because the original first generation only supported

9  four.

10         We made it available so that it worked with a

11  PC in that time frame as well.  So, that was a big change

12  there.

13         In the third generation we made it

14  significantly thinner.  We went to all touch buttons and

15  wheel.

16         In the fourth generation we added a color

17  display, a color screen, and the ability to view your

18  photos.

19         Fifth generation, an even bigger color display

20  and the ability to play back video as well as to play

21  games on it.

22         And sixth generation, you know, we got all the

23  way up to 160 gigabytes of storage, so the ability to

24  carry, you know, tens of thousands of songs, hundreds of

25  hours of video, tens of thousands of photos, really carry

1704

1    everything with you on the go.

2    Q.    And how did the mini product line change over

3    time?

4    A.    The mini, when we introduced it, was, again, very

5    different than the iPod, had colors, was smaller, was

6    even easier to exercise with.  It added a lower price

7    point at the time as we got from first to second

8    generation.  And that's really what we did with the mini.

9    Q.    And how about the nano?

10   A.    Well, the nano was a complete replacement for the

11   iPod mini.  In fact, a lot of people thought we were

12   crazy for replacing that very popular iPod mini.  But the

13   nano was our first product to finally use flash-based

14   memory because it was finally cheap enough to get, you

15   know, some decent amount of storage in there.  And by

16   using that, we were able to make the nano half the size

17   of the iPod mini; so, it was that much smaller.  So, the

18   nano changed over time as well by adding colors, color

19   screens, again photos and videos; and even up to the

20   fifth generation we added a camera in it as well so you

21   could capture video.

22   Q.    Mr. Ng, I think you said your current job title is

23   senior director of worldwide product marketing.  Did I

24   get that right?

25   A.    That is correct.

1   Q.     What's your role?

2   A.     Well, my role is to, again, be the voice of the

3   customer, to provide those requirements and understand

4   the market for both the iPod and iPhone at this time.

5   Q.     Do you use any surveys in that job?

6   A.     Yes, we do.

7           MR. STEPHENS:  Could we take a look at

8   Defendant's Exhibit 275?

9   BY MR. STEPHENS:

10  Q.     Could you tell us what that is?

11  A.     This was an iPod customer survey that we conducted

12  in, looks like, November of 2003.

13          MR. STEPHENS:  If we could turn to page 1.

14  BY MR. STEPHENS:

15  Q.     What were the objectives of this survey?

16  A.     Well, a number of things we wanted to find out,

17  you know, just how important certain product features

18  that we had put in were, how satisfied people were with

19  the product, and what they used it for and why they

20  purchased.

21          MR. STEPHENS:  If we could turn to page 3.

22  BY MR. STEPHENS:

23  Q.     What does the report indicate as the most

24  important product features?

25  A.     Well, definitely the most important product

1 features were sound quality, ease of use, the size of the

2 product, and the storage capability of the product or how

3 many songs that you could store on the iPod.

4          MR. STEPHENS:  If we could turn to page 11,

5 please.

6 BY MR. STEPHENS:

7 Q.    Do you have that?

8 A.    I have that, yeah.

9          MR. STEPHENS:  It's Defendant's Exhibit 275,

10 page 11.

11 BY MR. STEPHENS:

12 Q.    Near the bottom there is a section, "Main Reason

13 For Purchase."  Do you see that?

14 A.    I see that.

15 Q.    What is the main reason for purchasing an iPod?

16 A.    The main reason people buy it is because of how

17 many songs you can carry with you, the design and how the

18 size of the product is.  All of that is just really vital

19 to why people buy it.

20          THE COURT:  All right.  Counsel, we're going

21 to take a break.

22          Ladies and gentlemen, I'll ask you to be back

23 at quarter of.

24          (The jury exits the courtroom, 9:31 a.m.)

25          THE COURT:  We'll be in recess until quarter

1707

 1  of.

 2              (Recess, 9:32 a.m. to 9:45 a.m.)

 3              (Open court, all parties present, jury

 4  present.)

 5              THE COURT:  Please continue, Mr. Stephens.

 6              MR. STEPHENS:  Thank you, your Honor.

 7  BY MR. STEPHENS:

 8  Q.    Mr. Ng, after the iPod was announced, were you

 9  finally able to tell your wife what you'd been working on

10  all those months?

11  A.    Yeah.  I finally was able to tell her.

12  Q.    How do you feel about the iPod?

13  A.    I'm proud to have been a part of it.  I feel like

14  I grew up while I was working on iPod, that, you know, in

15  my 20s it was such an amazing opportunity to work on

16  something new and innovative and immensely proud of the

17  sacrifices that the team made, that I made, that my wife

18  made, our families made.  So, I'm incredibly proud of

19  what we've done.

20  Q.    Thank you, Mr. Ng.

21              MR. STEPHENS:  Pass the witness.

22              MR. SCHUTZ:  May I approach the witness, your

23  Honor?

24              THE COURT:  You may.

25              MR. SCHUTZ:  Thank you.

1708

1           Mr. Ng, a book for you.

2           THE WITNESS:  Thank you.

3           MR. SCHUTZ:  You're welcome.

4               CROSS-EXAMINATION OF STAN NG

5   BY MR. SCHUTZ:

6   Q.    Good morning, Mr. Ng.

7   A.    Good morning, sir.

8   Q.    You and I have never met, have we?

9   A.    I don't believe so.

10  Q.    Okay.  Now, you are not here to testify that Apple

11  does not infringe the Personal Audio patents, right?

12  A.    I'm not sure actually.

13  Q.    Oh, okay.  Well, let me ask you this -- I put a

14  binder up there; and in that binder in the first tab,

15  there is an exhibit there.  It's one of the two patents

16  that Apple is accused of infringing in this case.  Do you

17  see that?  It's Tab 1 on the thick binder.

18  A.    Plaintiff's Exhibit 1, sir?

19  Q.    Plaintiff's Exhibit 1, yes.

20  A.    Yes.  I've opened it to that.

21  Q.    And then I've also got in there Plaintiff's

22  Exhibit 2.  Plaintiff's Exhibit 1 is what we've referred

23  to as the "'076 patent," and Plaintiff's Exhibit 2 is

24  what we've referred to as the "'178 patent."  Do you see

25  those?

1709

1  A.     I see those.

2  Q.     And you are not here to testify that Apple does

3  not infringe those patents, right, sir?

4  A.     Actually, I don't know; but I trust you.

5  Q.     Okay.  Nobody's told you that?

6  A.     No one has told me one way or the other.

7  Q.     All right.  And you're not here claiming that

8  these patents are invalid, right?

9  A.     I've never seen these patents before.

10 Q.     Great.  And, so, how long have you known this suit

11 has been on?

12 A.     Maybe a year and a half.

13 Q.     A year and a half.  And I did not take your

14 deposition in this case; but one of my colleagues did,

15 correct?

16 A.     That is correct.

17 Q.     And, so, you've known for at least a year and a

18 half that Personal Audio had charged Apple with

19 infringing some patents, right?

20 A.     Yes.

21 Q.     And you've never even looked at the two patents

22 that Apple has been charged with infringing?

23 A.     No.

24 Q.     No curiosity at all as to what's in those patents?

25 A.     No.  I actually get called for these kind of

1  document retentions and depositions quite often actually.

2  Q.    All right.  Now, how long have you known that you

3  were going to testify as a witness in this case?

4  A.    I don't recall.

5  Q.    A month?  Two months?

6  A.    I don't recall the exact time that I was told that

7  I would be a witness in this case.

8  Q.    It's been at least a couple months, right?

9  A.    I don't recall.

10 Q.    And -- but at some point you were told you were

11 going to be a witness?

12 A.    At some point I was told that I would be a witness

13 to this case.

14 Q.    And you knew the case was about Apple infringing

15 these two patents, right?

16 A.    I knew that there was some sort of infringement as

17 part of this.  That is correct.

18 Q.    And even out of curiosity, you never bothered

19 looking at the patents?

20 A.    Nope.

21 Q.    Let's go back to the iPod development.

22 A.    Okay.

23 Q.    And we're not here claiming the iPod is a bad

24 product.  I mean, we think the iPod is a great product.

25 It's about other issues.

1711

1      But when you were developing the iPod, you had

2 a lot of time pressure, right?

3 A.      Yes, we did.

4 Q.      You started on this project in February, 2001?

5 A.      That is correct.

6 Q.      Tried to meet the Christmas buying season, right?

7 A.      Yes.

8 Q.      And that usually starts at around Thanksgiving, a

9 little earlier than that, right?

10 A.      That is correct.

11 Q.      And, so, there's a lot of work that needs to be

12 done in terms of your supply chain and getting

13 everything.  It's not just, you know, developing the

14 product.  Then you've got to worry about getting it

15 manufactured, boxed, shipped, and ready to distribute,

16 right?

17 A.      Yes.  There is a lot involved in creating a

18 product.

19 Q.      And, of course, all the manufacturing was done in

20 Asia, right?

21 A.      Yes.

22 Q.      With a lot of Asian component suppliers, right?

23 A.      That is correct.

24 Q.      And you worked very hard.  You were under time

25 pressure.  Did you cut any corners in this project?

1712

1  A.    We decided to not do some features that we had

2  originally planned.

3  Q.    Okay.  Now, you were asked on direct examination

4  whether you'd ever heard of Mr. Logan or Mr. Call or

5  Mr. Goessling, right?

6  A.    Yes, I was asked that.

7  Q.    And you said you had not.

8        You were also asked if you had ever seen the

9  Personal Audio patents, right?

10  A.    That is correct.

11  Q.    Did you guys ever look when you were developing

12  the product?

13  A.    I'm sorry?  Can you repeat the question?

14  Q.    Did you ever look to see if people had patents

15  that you might need to be concerned about when you were

16  developing this project?

17  A.    I personally did not look.

18  Q.    Just so we understand, there have been a lot of

19  timelines flashed up here; and I want to make sure that

20  we, you know, have some perspective on some of these

21  timelines.  This is Plaintiff's Exhibit 1, the

22  '076 patent.  And just so we have some reference on

23  timelines and the like, this patent issued in March of

24  2001.  Do you see that?

25  A.    I see that date.

1713

1  Q.    Which is just shortly after you and Mr. Fadell

2  started working on this iPod project, right?

3  A.    That is correct.

4  Q.    Did you and Mr. Fadell ever have a discussion

5  about, "Hey, you know, we're going ahead with this

6  project.  Should we see if anybody has any patents on

7  it?"

8  A.    Not that I can recall.

9  Q.    Because Apple gets patents on stuff, right?

10  A.    Yes, Apple has patents on things.

11  Q.    And Apple sues people for patent infringement from

12  time to time, right?

13  A.    That, I wouldn't know.

14  Q.    Mr. Ng, are you still -- you're still involved

15  with iPod sales, right?

16  A.    I'm involved in iPod product marketing, yes.

17  Q.    All right.  And, so, you've been involved from the

18  beginning on iPod product marketing, right?

19  A.    That is correct.

20  Q.    And you've been involved in dealing with the

21  customer, as I understand you said, right?

22  A.    Yes.  I've dealt with the customer.

23  Q.    What customers want, what they don't want.  I

24  mean, your job is to give the customer a product that

25  they want to buy, right?

A.      My job is, yes, to be the voice of the customer
within Apple.

Q.      And you also want to provide a product that will
beat the competitors in the marketplace, right?

A.      Definitely to create a product that's innovative
and is very competitive.

Q.      And when you were working on the iPod project, you
went out and found -- and researched as many products as
you could from your competitors to see what everybody
else was doing, right?

A.      That is correct.

Q.      And is it fair to say that that certainly helped
you guys move this iPod project along in a fast time
frame?

A.      I don't think that me purchasing those products
accelerated our path to developing or producing the iPod.

Q.      So, that was a waste of time?

A.      No.  That just helped guide some of the
requirements that I put together.

Q.      So, it was helpful?

A.      It was helpful to me to create the requirements,
yes, sir.

Q.      And the requirements drove the product, right?

A.      The requirements drove the definition of the
product; but the manufacturing and the technical part of

1  it, yeah, that's a whole nother thing.

2  Q.    You did not have to start from scratch, did you?

3  A.    I'm sorry?  What --

4  Q.    You did not have to start this project from

5  scratch, with nothing, right?

6  A.    Well, definitely not.  I mean, portable music

7  players have been around for decades.  So, even tape

8  Walkmans or portable CD players, we definitely got a lot

9  of guidance from those guys, yeah.

10  Q.    From CD players.

11  A.    From portable music players out there.

12  Q.    Let's talk about CD players.  So, what kind of

13  guidance did you get from CD players?

14  A.    Well, portable CD players, again, they only held a

15  certain amount of songs because they used, obviously, CDs

16  which held maybe 14 songs.

17  Q.    Well, actually they didn't hold any songs.  You

18  had to take a CD; and you had to insert it in there,

19  right?

20  A.    That is true, sir.  You had to put a CD in there.

21  Q.    You could not hook a CD player up to your computer

22  and download navigable playlists, could you?

23  A.    No.  I mean, they did have some MP3 CD players

24  that were starting to emerge at the time where you could

25  burn an MP3 CD; but you still ran into the same problems.

1 You had limited amount of space that you could put on

2 those MP3 CDs as well.

3 Q.     And, in fact, the whole MP3 marketplace didn't

4 start developing until the late Nineties, right?  The

5 first MP3 player came out about 1998, right?

6 A.     To my recollection, yes.

7 Q.     Yeah.  Two years after Mr. Logan and his

8 colleagues went to the Patent Office, right?

9 A.     I don't know when they went to the Patent Office.

10 Q.     Well, right up here (indicating), it says

11 "Filed:  October 2, 1996."  See that date?

12 A.     Okay.  I see that date.

13 Q.     You can take that as a given in this case, that

14 they went to the Patent Office in October, 1996.

15 A.     Okay.

16 Q.     So, a couple years after they went to the Patent

17 Office, somebody came out with a commercial MP3 player,

18 right?

19 A.     I believe so.

20 Q.     And you've been involved in looking at what

21 customers want, what the competition is doing and -- have

22 you had a role in deciding what features make it onto the

23 iPod and what don't make it onto the iPod?

24 A.     Yeah.  We definitely provide guidance to

25 engineering in terms of our -- you know, what we believe

1717

 1  is the right thing to do.

 2  Q.    And there have been a number of generations of

 3  iPods, right?

 4  A.    There have been.

 5  Q.    And each time you do a next generation of iPod, do

 6  you sit down and ask, "Should we add some features, take

 7  some features off, leave it as it is?"  Do you go through

 8  that kind of exercise?

 9  A.    Not often take features away.  Most often what are

10  we going to add.

11  Q.    Have you ever taken features away?

12  A.    I don't recall.  I know we've added a ton of

13  stuff.

14  Q.    I agree with you.

15  A.    Yeah.

16  Q.    You have added a lot of stuff.

17  A.    Yeah.

18  Q.    Some really good, neat stuff that you guys have

19  added.  But from the beginning, the products have always

20  had the capability to download playlists, right?

21  A.    Well, we transferred everything over from *iTunes*

22  over to the iPod so --

23  Q.    Yeah.  You would hook the iPod up to a computer --

24  A.    To a Mac, yes.  Yeah.

25  Q.    -- that had *iTunes* on it.  And then what would get

1718

1  put on the iPod are music and playlists, right?

2  A.    Yeah.  So, I connect an iPod up to my Mac; and the

3  *iTunes* would transfer over whatever was in your library

4  over to the iPod.

5  Q.    And you built into the functionality of the iPod

6  the ability to do that, right?

7  A.    Well, the iPod was just kind of like a dumb hard

8  drive.  I mean, it just showed up on your desktop, you

9  know, very much like a hard drive.  And, in fact, that

10  was one of the key selling points as well.  You could

11  actually use it to store your data like a hard drive.

12         But in any case, because it was a hard drive,

13  *iTunes* in your computer just basically transferred over

14  the stuff from your *iTunes* library.

15  Q.    Right.  So, again -- and I didn't think this was a

16  hard question.  But you hook the iPod up --

17  A.    Uh-huh.

18  Q.    -- and the computer transfers -- and "download" is

19  a -- that's the term that was used in the press release

20  announcing the product, right?

21  A.    (Pausing.)

22  Q.    Let's take a look at that.  Let's just make sure

23  that we're on the same quote here.  Let me find that.

24  That's, I think -- it's in your book.  I think it's

25  Plaintiff's Exhibit 377.  Okay?  See if you can find

1719

1  that.

2  A.     I've found it, sir.

3  Q.     All right.  Now, this is a press release that

4  Apple put out with the launch of the product, right?

5  A.     I believe so.

6  Q.     And up to this point, it had been kept in secret,

7  correct?

8  A.     To the public, yes.

9  Q.     To the public.

10  A.     Yes.

11  Q.     Did you have anything to do with this press

12  release?

13  A.     I did not write this, no.

14  Q.     But this is an official Apple press release,

15  right?

16  A.     Yes.  I believe this was written by our P.R. team.

17  Let me see if there is an author to it.

18         And there are some contacts on the next page,

19  I believe, which probably were the individuals

20  responsible for this document.

21  Q.     And Mr. Jobs is, in fact, quoted in this press

22  release, isn't he?  If you look, I think it's the second

23  paragraph.

24  A.     I see that.

25  Q.     Yeah.  And he's the boss, right, or was the boss

1720

1  at the time?

2  A.    Yes.  He is the CEO.

3  Q.    Would it be fair to assume that he knew what the

4  company was announcing to the public?

5  A.    Yes.

6  Q.    And, in fact, he's the guy who ran the

7  announcement, wasn't he, in the big Apple theatre, right?

8  A.    He presented the keynote, yes.

9  Q.    Right.  And, so, the first thing that -- this is

10  the first written communication to the consumer public

11  about the iPod, right?

12  A.    It probably was coincidental with our Web pages

13  and all our other communications, but this was one of the

14  initial communications that went out to the public.

15  Q.    All right.  And, so, when you told the public what

16  the iPod could do, you said it "automatically downloads

17  all your *iTunes* songs and playlists onto your iPod,"

18  right?

19  A.    I see that in the press release, yes.

20  Q.    Have you ever thought about taking out the ability

21  to download playlists onto the iPod and say, "We don't

22  need that.  Let's just take that off"?

23  A.    No, I don't think so.  I mean, I think the only

24  reason we'd consider removing that kind of capability

25  would be if *iTunes* removed that capability.

1721

1  Q.     So, now, there's another way to -- there is an

2  option where you could remove that capability from the

3  iPod and still sell an iPod, right?

4  A.     I'm sorry?  Repeat that, please, sir.

5  Q.     I mean, one thing that you could do is you could

6  download just the songs and no playlists, right?

7  A.     Yeah.  You can do that today.  You don't have to

8  have playlists in your *iTunes* library.

9  Q.     Exactly.  Exactly.

10         And you could have it so that the only way a

11  user could create playlists would be directly on the

12  iPod.  So, they wouldn't download playlists.  They'd just

13  download music; and then once they got the music on the

14  iPod, then they could create playlists on the iPod

15  itself.  You could technically do that, right?

16  A.     Not at this time.  Not in 2001.

17  Q.     No, no, no, no, no, no.  I'm talking about -- this

18  case involves -- well, you couldn't do that in 2001.

19  A.     No.  No.

20  Q.     But at some point you added that functionality,

21  right?

22  A.     Yeah.  I don't remember when, but there was an

23  addition later on.

24  Q.     So, some of those iPods up there have the ability

25  to actually create a playlist on the device itself?

1  A.    I don't know if it was create a playlist.  There

2  was an existing playlist that was there that you could --

3  I think it was called "On-The-Go," which you could add

4  songs to.

5  Q.    But you can't create a playlist directly on iPod

6  itself?

7  A.    I think they were pre-created, On-The-Go

8  Playlist 1 or On-The-Go Playlist 2.  I don't think you

9  could actually name them.

10  Q.    But what if I'm gone and away from my computer but

11  I've got the thousand songs in my pocket on my iPod and

12  my computer is nowhere to be seen but what I want to do

13  is I want to have five or six songs I want to listen to

14  when I go on a run.  Can I create them on the iPod

15  itself?  Any of these iPods, any of the ones you've

16  talked about.

17  A.    So, you could add some songs to that On-The-Go

18  playlist.

19  Q.    So, you could only add.  You can't independently

20  create a playlist on the iPod?

21  A.    I don't think that's the way it worked; but --

22  Q.    Okay.

23  A.    -- again, I'm not sure.

24  Q.    Okay.

25  A.    Yeah.

1  Q.     So, here's some additional functionality.  Once

2  those playlists are downloaded, they're navigable.  I

3  mean, you can move around them.  You can skip ahead.  You

4  can skip back, right?

5  A.     Meaning in the playlists, you can go to the next

6  song in a playlist?

7  Q.     Or to the previous song.

8  A.     Or to the previous song?

9  Q.     That's what I mean.

10 A.     Yes, you can move from one song to another.

11 Q.     Have you thought about taking that off and saying,

12 "Just push the 'play' button, and it will play from 1 to

13 10 or whatever.  We don't need this skip-around

14 function"?

15 A.     No.  I don't think we ever considered removing

16 that.

17 Q.     The iPod line -- and let's talk about some of the

18 recent ones -- have a lot of features and a lot of

19 functionality, right?

20 A.     That is correct.

21 Q.     So, if Mr. Jobs came to you and said, "Mr. Ng, I

22 want to remove some of the features on here.  The device

23 is too complicated," give me the first feature you'd tell

24 him that should be taken off, or the first functionality.

25 A.     I'd probably say alarms.

1724

1  Q.     Then he says, "I want another one.  Give me a

2  second one."

3  A.     Maybe calendar.

4  Q.     Give me a third one.

5  A.     Maybe contacts.

6  Q.     Fourth one.

7  A.     Maybe the ability to reorganize the menu.

8  Q.     Fifth one.

9  A.     Let's see.  Probably games.

10  Q.     Sixth one.

11  A.     I don't know.  It's getting tougher.  People use

12  their iPod for so many different things.

13  Q.     Well, take off something that's not worth

14  anything.

15  A.     I'm sorry.  Something not working?

16  Q.     No, not worth anything, some feature that really

17  has no value.  There must be some more.

18  A.     That's why it's hard, because they all have value,

19  right?  I mean, it's hard to say what one person will use

20  every time you remove a feature, which is why we never

21  really consider that much, to remove a feature.  Removing

22  a feature means that some people are going to be unhappy,

23  right?  And, so, you know, that's really, really a tough

24  choice because, you know, even something like alarms, you

25  know, a small number of people will use them, but they'll

1  be really unhappy when you remove it.

2          They're all important.  I mean, all features

3  are important.  Let's see.  What else would I remove?

4  Maybe the ability to use it as a hard drive, I guess.

5  That would be a really tough one to remove, too, but --

6  yeah.

7  Q.    Thank you, Mr. Ng.

8          MR. SCHUTZ:  Pass the witness.

9          MR. STEPHENS:  Just a few questions, your

10  Honor.

11          <u>REDIRECT EXAMINATION OF STAN NG</u>

12  BY MR. STEPHENS:

13  Q.    Mr. Ng, is it your job to look for patents?

14  A.    No.

15  Q.    Did Apple have a legal department back in 2001?

16  A.    Yeah, we do -- or we did.

17  Q.    Did you have other things to do at the time?

18  A.    Oh, yeah.  I had a lot.  As I mentioned before,

19  my -- it was crazy back then.

20  Q.    Do you still have other things to do today?

21  A.    Yeah, even more so than before, unfortunately.

22  Q.    Now, you mentioned that you could use an iPod

23  without playlists, right?

24  A.    That is correct.

25  Q.    Do people actually use iPods without ever using

1726

1 playlists?

2 A.     I don't know.  Maybe.

3 Q.     Thank you.

4 A.     Okay.

5           THE COURT:  You may step down, sir.

6           Who's the next witness?

7           MR. CORDELL:  Your Honor, defendants will now

8 call Mr. Jesse Boettcher.

9           THE COURT:  Do you want to go ahead and bring

10 up the books with him and so forth?

11           Okay.  Sir, if you'll step up and be sworn.

12           (The oath is administered.)

13           MR. CORDELL:  Your Honor, may I have a brief

14 interim statement?

15           THE COURT:  You may.

16           MR. CORDELL:  Ladies and gentlemen, you're now

17 going to hear from Mr. Jesse Boettcher who is one of the

18 engineers that works at Apple.  Mr. Boettcher is a

19 software engineer, and he and I are going to do our best,

20 but I will tell you in advance this is going to be a

21 little complicated.  He's going to tell you how the iPod

22 works on the inside.  He can open up the hood and he can

23 take it apart and he can show you exactly the way that

24 works.

25           So, with that, we'll get started.  Thank you.

1727

1           DIRECT EXAMINATION OF JESSE BOETTCHER

2            CALLED ON BEHALF OF THE DEFENDANT

3    BY MR. CORDELL:

4    Q.    Good morning, Mr. Boettcher.

5    A.    Good morning.

6    Q.    Can you please introduce yourself to the ladies

7    and gentlemen on the jury?

8    A.    Sure.  My name is Jesse Boettcher.  I grew up in

9    Milwaukee, Wisconsin; and now I live in San Jose.

10   Q.    Are you married?

11   A.    I am.  Been married almost six years now, and we

12   have two little boys.  One of them is 3 and a half; the

13   other one is almost 2.  And we're expecting another

14   little boy in about four weeks.

15   Q.    Sounds like a pretty quiet house.

16   A.    It's chaos.

17   Q.    Good.  Good.

18         Did you go to college?

19   A.    I did.  When I graduated high school, I moved out

20   of Milwaukee to Minneapolis and went to the University of

21   Minnesota Twin Cities.

22   Q.    And what did you study there?

23   A.    I studied computer science.

24   Q.    And did you get a degree?

25   A.    I did.  I did it in three and a half, got out a

1728

1  little early, and got a BS in computer science.

2  Q.     Excellent.

3         Are you currently working for Apple?

4  A.     Yes, I am.

5  Q.     And what is your title at Apple?

6  A.     Right now I'm the manager of the iPod applications

7  teams.

8  Q.     Just tell the jury a little bit about what

9  applications are.

10 A.     Applications are like computer programs.  So, I

11 guess when I'm interviewing people, I say, "The apps are

12 what you see on the screen."  So, if you turn on an iPod,

13 you see a menu and a status bar.  Anything else on the

14 screen, that's what I'm responsible for.

15 Q.     All right.  Now, when did you first begin working

16 with Apple?

17 A.     I first started while I was still in school.  I

18 was an intern with the iPod team in the summer of 2003.

19 Q.     And did you then come back and work full-time with

20 them after school?

21 A.     I did.  So, I finished that summer and I had one

22 semester of school left; so, I finished that and I came

23 back, right after I graduated, to the iPod team in

24 February of 2004.

25 Q.     Okay.

1729

1     MR. CORDELL:  Can I have DDX 207?

2  BY MR. CORDELL:

3  Q.     Mr. Boettcher, this is a demonstrative that the

4  jury has seen earlier.  Tell us where in time you joined

5  Apple and started working on the iPods.

6  A.     So, when I was there in the summer, we were

7  working on the third generation iPod classic; and that's

8  the one on the bottom there with the line of buttons

9  above the wheel.

10  Q.     (Indicating.)

11  A.     Yes.

12  Q.     And have you then worked on all the Apple iPods

13  that have come after that?

14  A.     Yes.  I've worked on every iPod that came out

15  since I started working.

16  Q.     So, what part of the system is your area?  Are you

17  working on the hardware?  On the software?  On the

18  buttons?  What part do you work on?

19  A.     I work on the software and -- we've been talking

20  about applications, but there's a number of other things

21  that my team is responsible for.  One of them is the

22  application framework that all of the apps are built on,

23  and the media player and the media databases.

24  Q.     The jury has already heard a fair amount about the

25  software on these iPods, but one of the things we haven't

1  addressed is how that software might have changed over

2  the years.  Can you tell the jury whether or not it has,

3  in fact, changed over the years?

4  A.    Absolutely.  It changed quite a bit.  For each of

5  these iPods, consumer electronics, they came out for

6  Christmas.  And for me and my team, that meant that we

7  were working really hard every summer to get the software

8  ready so we could build these things.  We had been

9  calling that "iPod summer" internally.  It means when you

10  stay late, don't go home all of the time on the weekends,

11  and plan your vacations for the fall.

12  Q.    All right.  Well, what would you say were the most

13  significant changes in the software from one generation

14  to the next as you moved forward in time?

15  A.    So, it changed every year; and a lot of that was

16  to support new hardware.  You can see that we brought in

17  color screens and larger displays.  But internally there

18  were a couple changes where we rewrote huge sections of

19  the software.  I'd say there were three of those.

20  Q.    And what were those three?

21  A.    Those were -- we rewrote each of these at separate

22  times.  One is the media databases, one is the media

23  player, and the other is the application framework.

24            THE COURT:  I'm sorry.  What was the last one?

25            THE WITNESS:  Application framework.

1  BY MR. CORDELL:

2  Q.    Okay.  Let's start with the media databases.

3  First, tell the jury what the media database is in the

4  iPod.

5  A.    The media database is a file on the disk.  It's a

6  little hard to describe it.  It has all of the

7  information about the songs that are on your iPod.  I

8  guess an example would be the title of the songs, the

9  names of the artists and the albums; and there's various

10  other fields.  Like you can set a star rating for any

11  song in your iPod.  And all of that information is stored

12  in this file called the "media database."

13  Q.    And where is the file you call the "media

14  database" stored?

15  A.    That's stored on the mass storage, which would be

16  the hard drive or the flash memory.

17  Q.    Does the -- well, back in the third generation and

18  fourth generation iPod classics, what was the media

19  database called?

20  A.    The database was called the "Dulcimer database" or

21  *iTunesDB*.

22  Q.    And did there come a time when you switched to a

23  different media database in the iPods?

24  A.    Yes.  We rewrote the database and we did that in

25  2009 and the first iPod that has the new database is the

1732

1    fifth generation iPod nano, which is the one on the top

2    right there.

3    Q.    Okay.  The one that says (reading) fifth

4    generation, September '09?

5    A.    Yes.

6    Q.    So, let's talk just a little bit more about what

7    the database is.  What's the purpose of the Dulcimer

8    database in the -- in all the Apple products leading up

9    to that fifth generation product?

10   A.    Well, the Dulcimer database has all of the

11   information that relates to the songs that were sync'd;

12   and that's where we get that information to display the

13   menus in the UI, in the interface.  And -- yeah.  All the

14   information we need is in that database file.

15   Q.    So, let me just take that in a couple of little

16   chunks.  You said "UI."  What's a UI?

17   A.    UI is the -- it's the menus on the screen.  It

18   stands for "user interface."

19   Q.    And why does the iPod have a user interface?

20   A.    If it doesn't have a user interface, you can't

21   move through menus and decide what you want to play.

22   Q.    And describe for the jury a little bit about how

23   the iPod uses the Dulcimer database on the iPod.

24   A.    The Dulcimer database is -- it's kind of like a

25   read-once thing.  It wasn't designed so you can jump

1733

1  in -- it's a very big file, and it's not designed so you

2  can just jump in anywhere in the middle and find a

3  specific piece of information.  It was designed to be

4  read and processed start to finish, and that takes time.

5           So, what we do is when we get the disk back,

6  we find this *iTunesDB* file and we read it from start to

7  finish.  And as we do that, we find bits of information

8  we know we'll need and we pull those out and we store

9  those in RAM.

10 Q.    Okay.  You say you store the bits of information

11 in RAM.  What's RAM?

12 A.    RAM is -- it's a different type of memory, where

13 you can store things; and that's where things need to

14 be -- that's where data needs to be for us to operate on

15 it.  It's very fast, unlike a hard drive.  And one of the

16 big distinctions is that you lose all of the data in it

17 when the power is disrupted.  So, the hard drive, you

18 could say the data is like permanently there; and the

19 stuff in RAM disappears when you turn your iPod off.

20 Q.    So, which sets of information does the processor

21 actually use when the iPod is running?

22 A.    We do -- everything you see on the display and all

23 the decisions are based on this data that we have in

24 memory.

25 Q.    And when you say "in memory," do you mean in RAM

 1  or the hard drive?

 2  A.    Sorry.  RAM.  I use "RAM" and "memory"

 3  interchangeably.

 4  Q.    So, the processor uses the data in RAM.  Is that

 5  accurate?

 6  A.    That's right.

 7  Q.    And in order for it to use information off the

 8  hard drive, it has to go get it and process it before it

 9  can actually be used?

10  A.    Yeah.  There's a -- the thing about hard drives is

11  like they have mechanical parts and disks and they're

12  spinning and it takes several seconds to get the hard

13  drive ready to be able to read anything; so, 2, 4

14  seconds, depending on the hard drive.  That would be a

15  really lousy user experience if you push a button and you

16  have to wait four seconds.

17         So, we can go to the drive; but we really

18  designed everything not to.  So, we do that once.  We go

19  through this database file and we pull out the stuff we

20  know we'll need and we store that in RAM.

21  Q.    So, does the Dulcimer database sometimes include

22  playlists?

23  A.    Yes.  Everything you've sync'd is in the Dulcimer

24  database.

25  Q.    Okay.  And in the case where the Dulcimer database

1    has a playlist in it, what does the iPod do with that

2    with respect to this business about putting it in RAM?

3    A.    Well, so, the playlists are in the Dulcimer

4    database, the ones we've sync'd.  And when we're reading

5    through that database, we find them; and we create some

6    in-memory --

7                   THE COURT:  Excuse me.

8                   And I understand this may be how it's normally

9    said.  But when you're talking about "we," are you

10   talking about the iPod or are you talking about you back

11   in the lab or your compadres going through the iPod?  The

12   record is going to come out a little odd if people are

13   thinking this is a test run that you were making as

14   opposed to what the iPod is doing.

15                  MR. CORDELL:  I'll try to clear that up, your

16   Honor.

17   BY MR. CORDELL:

18   Q.    Let me just ask you, Mr. Boettcher:  When you say

19   "we," are you discussing the way the Apple products

20   operate?

21   A.    Well, it's I guess a little indirect when I say

22   "we."

23                  So, me and my team wrote a lot of the code and

24   I wrote a lot of the code in the iPod and I can probably

25   say "I" in most of these cases because I wrote a ton of

1 this stuff but --

2          THE COURT:  But the point is that if he's

3 trying to describe what he is doing, it may not even be

4 relevant.  We've got to be describing what the iPod is

5 doing.  Now, he may have written the code for it; but

6 that's my problem with this line of testimony and when we

7 get this in the transcript, is we've got these things

8 that he did.  And what he did obviously has nothing to do

9 with anything.

10          MR. CORDELL:  So, let me ask it --

11          THE COURT:  It's what he wrote for the iPod to

12 do.

13          MR. CORDELL:  You're right, your Honor; and

14 that's my fault.  I asked bad questions.  Let me see if I

15 can clear that up.

16 BY MR. CORDELL:

17 Q.    So, Mr. Boettcher, in the case where the Dulcimer

18 database has a playlist, what does the iPod do with that

19 information in terms of this business about RAM and what

20 the processor can do?

21 A.    Okay.  So, the iPod, it only goes to the database

22 once because it can't jump in and randomly find pieces of

23 information that it needs to display the UI and -- that's

24 on a hard disk.  It goes through it start to finish, and

25 it generates structures in memory to keep track of the

1737

 1  data that it needs.

 2  Q.    So, if there is a playlist as part of that

 3  Dulcimer database, does all or some part of that make it

 4  into memory in the iPod?

 5  A.    Yes.  So, a bunch of the information that we're

 6  going to need makes it into memory.  For example, we need

 7  all of the names of the albums that were sync'd so we can

 8  show the list of albums in the UI.

 9  Q.    Okay.  But does the entirety of the playlist

10  that's written into the Dulcimer database on the disk

11  make it into hot memory -- into RAM?  I'm sorry.

12  A.    We display -- we pull up --

13  Q.    Let me just stop you.  When you say "we," does the

14  Apple iPod do that?

15  A.    The iPod pulls out the information it needs about

16  playlists.  There's more in the database than the iPod

17  needs to present the UI and to play playlists.  So, it

18  takes some subset of the playlist information from the

19  database and generates in-RAM structures.

20  Q.    Well, Mr. Boettcher, why doesn't the Apple iPod

21  just go back to the hard disk and re-read the file for

22  the Dulcimer database every time?

23  A.    Well, that's -- for a lot of these it's because of

24  the hard drive.  So, the hard drive takes two to four

25  seconds to start up; and it also has a huge power drain.

1738

1  These are battery-operated devices, and the designers

2  make them really neat-looking devices; so, the batteries

3  are really small.  There's a pretty big impact on how

4  long we can play music if we spin up the hard drive.  The

5  hard drive takes away from the number of hours that we

6  can play music.

7  Q.     Why does the hard drive take away from the number

8  of hours that the iPod will be able to play music?

9  A.     The hard drive is just a really high-power

10 component.  Right?  It's got metal disks in it.  It spins

11 thousands of times a second.  Takes a lot of battery.

12 Q.     Power hungry?

13 A.     Yes.

14 Q.     Okay.  Now, you mentioned another database that's

15 used, I believe, with the fifth generation nano in the

16 upper right-hand corner of Defendant's Exhibit 207.  Tell

17 the jury what database that is.

18 A.     The database that we rewrote is called "sequel

19 light."

20 Q.     Well, that's a good point.  I didn't ask you.

21 Where did the Dulcimer, the old database, come from?

22 A.     That one Apple wrote -- well, the format of the

23 Dulcimer database is proprietary to Apple.  Apple wrote

24 the entire structure of it.

25         The sequel light one -- we wrote a lot of code

1  that -- there's a lot of code that just deals with the

2  database and we rewrote all of that for the sequel light

3  database but the actual format of the database is sequel

4  and that's an industry standard format.  It's not just

5  Apple's.

6  Q.    So, let me just make sure that I get this

7  straight.  So, there are two databases here, Dulcimer and

8  sequel?

9  A.    That's right.

10  Q.    Okay.  And Dulcimer is for all the iPods up to the

11  fourth generation nano, I guess?

12  A.    Right.

13  Q.    And then sequel is in the fifth generation nano?

14  A.    Yes.

15  Q.    And who wrote the Dulcimer database?

16  A.    Apple wrote the Dulcimer database.

17  Q.    And then tell the jury where the sequel database

18  came from.

19  A.    So, there's a -- I guess there's a software

20  component.  It's open sourced.  And that has the format,

21  and those deal with the low-level format of the sequel

22  light database file.

23         There's a lot of code on top of that that me

24  and my team had to write to work with it.

25  Q.    And I think the second difference that you

1740

1 identified in terms of how the software has changed over

2 the years had to do with the playback system or the

3 player system.  First, can you tell the jury what the

4 player is in the iPod product?

5 A.    Sure.  The player is what, I guess, plays songs.

6 I think of it in two parts.  There's a higher-level part

7 that I call the "media player," and that knows how to

8 play collections of tracks and go next and previous and

9 repeat.

10          And then there is a lower-level part of it

11 that's more closely tied to the hardware and I call that

12 the "low-level playback system" and it knows how to route

13 the audio data through the various pieces of hardware,

14 which is different on all of these iPods, and it also

15 knows how to decompress different audio formats.

16 Q.    Let's start with that lower-level playback system.

17 Did that lower-level playback system change over the

18 years?

19 A.    Yes, it did.  We rewrote the low-level playback

20 system and at the same time rewrote the media player, and

21 we did that much earlier than the sequel database change.

22 Q.    Why did you rewrite the low-level playback system?

23 A.    So, it -- I guess it was related to vendors for

24 hardware.  So, the chips that came in some of the earlier

25 iPods we bought from a company called "PortalPlayer."

1741

1  And PortalPlayer also supplied the low-level playback

2  system.

3         At some point the first one that we changed in

4  was this second generation iPod nano.  We switched to a

5  different company, Samsung.  And when we were using

6  Samsung chips, we couldn't use the PortalPlayer code.

7  So, we rewrote the low-level playback system; and since

8  we were doing that, we also rewrote the media player.

9  Q.    Okay.  So, you threw in the media player on me.

10 That's the upper-level part of the playback system?

11 A.    Yes.

12 Q.    Okay.  And did you say that you rewrote the media

13 player as well when you rewrote the lower-level player?

14 A.    Yes.  We rewrote both of them at the same time.

15 Q.    And when you say you "rewrote" them, did you just

16 take them out and edit them?  What did you do?

17 A.    Well, I mean, the old media player was called

18 "*iTunes* Player" and the file it was in was "Player.c" and

19 the new one was called "TPodMediaPlayer" and that was in

20 a file called "TPodMediaPlayer.cpp."  So --

21 Q.    Can you characterize the changes for the jury?

22 Was this a complete rewrite?  Did you just rewrite parts

23 of it?  How extensive was that change?

24 A.    It was a complete rewrite.  I guess the parts that

25 wouldn't change would be the parts that specifically were

1742

1  related to these in-memory structures that we were using

2  with the database because we changed those with the

3  sequel light database in the fifth gen nano.  But the

4  media player we rewrote.

5  Q.    Can you tell the jury at what point in time this

6  rewrite of the playback system occurred?

7  A.    Yes.  So, the first one was the second generation

8  iPod nano.  That's the second one from the left that's

9  silver, on the top.

10 Q.    Okay.  That's in September of '06?

11 A.    Yes.

12 Q.    Okay.  So, that means that everything to the right

13 of that included the new playback system?

14 A.    That's right.  And on the bottom, the sixth

15 generation iPod nano -- or classic.  Sorry.

16 Q.    That was the first classic in the classic series

17 to have the new playback system?

18 A.    Yes.

19 Q.    Okay.  Did you add any features to the device when

20 you rewrote the playback system?

21 A.    Yeah, we did.  So, since we were rewriting it, we

22 could, I guess, think forward to the cool things we would

23 want to add.  So, on the low level we were a little

24 smarter about caching songs in memory, caching the actual

25 song data so we don't have to hit the disks as often.

 1              On the media player side --

 2  Q.     Can I jump in right there?

 3  A.     Yes.

 4  Q.     What does it mean to "cache in memory"?

 5  A.     "Cache" means to, I guess, talk about song data.

 6  So, put the song data in memory and, I guess, put a big

 7  bulk of it in memory so you can process that while you're

 8  playing back, while the iPod is playing back, and then

 9  hit the disk less often, which is really important with

10  the hard drives.

11  Q.     I'm sorry to do this to you, but you're going to

12  have to explain what "hitting the disk" is.  Nobody is

13  sitting there beating on the hard disk, right?

14  A.     Yeah, sorry.  It means spin up the drive and read

15  song data from the hard disk.  We think it -- I know on

16  the classics it goes to the drive every about 20 minutes.

17  Q.     Wow.  So, it only reads from the hard drive every

18  20 minutes?

19  A.     Yeah, something like that.  Something on the order

20  of 20 minutes.  And that's really how these things are

21  able to play music so long.

22  Q.     Does that have any effect on the reliability of

23  the playback, the fact that you can take in that much

24  music at a time?

25  A.     Yeah.  Yeah.  So, these are spinning devices and

1744

1  people like to run with them and it's -- you get a lot of

2  read errors and other disk failures when you try to read

3  from a hard drive while you're shaking it, which is what

4  you're doing when you're running.  So, keeping the disk

5  off for 20 minutes at a time really helps the jogging

6  experience.

7  Q.    So, let me take you back.  You mentioned that you

8  added a couple of features relating to this caching of

9  the music data.  Can you continue with that?

10 A.    Yeah.  So, we added more sophisticated caching on

11 the low-level playback system side; and then on the media

12 player that plays collections of tracks, when we rewrote

13 that, we were able to add cool features like crossfade

14 and gapless.

15 Q.    So, let's take those one at a time.  Explain to

16 the jury what the crossfade feature does in the Apple

17 iPods.

18 A.    Crossfade is -- it's something you hear when you

19 listen to music on the radio, and it's a blending of two

20 tracks.  What that means for the media player is you have

21 Track A, and Track B is going to be next.

22 Q.    Let me just stop you there.  Track A is a song?

23 A.    Yeah.  So, Song A and then you have Song B coming

24 after it.  And while Song A is playing, before it's done,

25 the media player needs to start playing Song B.  And it

1  does that -- these do it -- there's a six-second overlap.

2  And while those songs are playing at the same time, we --

3  the iPod brings down the volume of Track A while it

4  brings up the volume of Track B, and you get a really

5  smooth transition between the songs.

6  Q.    So, as Patsy Cline is fading off, Elvis comes up?

7  A.    Sure.

8  Q.    What is gapless playback?

9  A.    Gapless playback is similar.  It's -- normally if

10  you listen to music on a CD player or something, Song A

11  ends and there is some amount of silence.  It's usually

12  like a second and then Song B begins.  And with gapless,

13  the media player needs to get ready to play Song B before

14  A is done so it can bring them up against each other.

15          The place where you would hear that is like

16  live concerts where there is applause between every song

17  and the applause is broken up into two tracks.  It will

18  play those gaplessly.  The applause would be seamless.

19          The other big one that you would see it is

20  like classical music and symphonies where maybe there is

21  a 40-minute performance and that performance is going to

22  be broken up into several different songs and if you play

23  it gaplessly, it sounds like it is a seamless 40-minute

24  performance.

25  Q.    So, are you familiar with the old vinyl phonograph

1746

1  records?

2  A.     Like a record player?

3  Q.     Yes.

4  A.     Yes.

5  Q.     So, when you played to those and it would get to

6  the end of the song, you would have a little silence.  Is

7  that what you're talking about?

8  A.     Yes.

9  Q.     And when you do the gapless playback, does that

10  silence still exist?

11  A.     No.

12  Q.     All right.  Let's talk about the application

13  framework if we can for a moment.  What is the

14  application framework?

15  A.     The application framework is a little difficult to

16  describe.  It's this huge piece of software that's really

17  the foundation for the applications, computer programs on

18  the iPod.  I guess you can -- if you can see the

19  screens -- as you can see the screens, a lot of them have

20  a menu, a list of items and a status bar along the top.

21  And the framework gives the applications a way to say

22  very easily, "I want a list here and a status bar up here

23  and in the corner I want a battery indicator that updates

24  to show whatever the battery level is."  The framework

25  provides those and easy ways to just use those pieces so

1  the applications don't each have to implement themselves.

2  All right?  So, the photo app doesn't have to implement

3  the battery indicator; and the music app doesn't, also.

4  Q.     And did the application framework change over the

5  history of the Apple iPod?

6  A.     Yes.  It -- we rewrote that in the summer of 2007.

7  Q.     Okay.  Where did the old application framework

8  come from?

9  A.     The old one was called "Pixo" -- that's P-I-X-O --

10  and Apple bought that from a company named "Pixo."

11  Q.     And then where did the new one come from, the new

12  application --

13  A.     The new one we wrote, and we called it "Silver."

14  Q.     Okay.  And can you identify for us where in the

15  timeline that the new application framework was

16  implemented?

17  A.     Yes.  So, that was the summer of 2007.  So, the

18  first iPods that had it were the third gen iPod nano and

19  the sixth gen iPod classic.

20  Q.     Thank you.  Now, Mr. Boettcher, I'd like to hand

21  you a demonstrative.

22              MR. CORDELL:  May I approach, your Honor?

23              THE COURT:  You may.

24  BY MR. CORDELL:

25  Q.     I'd like you to tell the jury what that is.

1748

1  A.    This is a sixth generation iPod classic.

2  Q.    So, up on our big board, can you identify which

3  one it is?

4  A.    It's the black one on the bottom right.

5  Q.    Okay.  Now, that's still got its cellophane

6  wrapping; is that right?

7  A.    That's right.

8  Q.    Right out of the store?

9  A.    Yep.

10  Q.    Can you go ahead and open it?

11  A.    Sure.  (Complying.)

12  Q.    So, the first thing I'd like you to do before you

13  touch it is -- are you familiar with the way iPods are

14  sold by Apple?

15  A.    Yes, I am.

16  Q.    And looking at this, does this appear to be an

17  iPod as is sold to consumers all across the country?

18  A.    Yes.  Everything is individually wrapped, fun to

19  open.  That's what it looks like now.

20  Q.    Okay.  Can you unpack the box and tell the jury

21  what's inside?

22  A.    Sure.  So, the first thing is the iPod; and it's

23  wrapped in plastic.

24  Q.    Why do you wrap it in plastic?

25  A.    No fingerprints from the factory.

1    And then there is a plastic tray here with a

2  tab to pull it out and the tray is just a plastic tray

3  and then this is a small envelope that has, I guess,

4  manuals and a sticker, an Apple sticker in it.

5    And then I guess there's three compartments

6  here and in there there's a USB sync cable and some

7  headphones and this is an insert for a dock.  All of

8  these iPods are shaped a little differently and the docks

9  are made so you can snap these inserts in and then the

10  iPod will fit just right.

11  Q.    So, as you unwrapped it, is the -- are the

12  headphones plugged into the iPod in the box?

13  A.    No, they're not.

14  Q.    Is the USB cable plugged into the iPod in the box?

15  A.    No.

16  Q.    And is that true for iPods as they're sold all

17  over the country?

18  A.    Yeah.  They've always been individually wrapped.

19  Q.    And is that true across the entire generation --

20  successive generations of iPods we have up on DDX 207?

21  A.    Yes.

22  Q.    All right.  Can you turn that iPod on?

23  A.    I should be able to.  We try to ship them with

24  battery power out of the factory.

25    It's booting up.  I have an Apple logo.

1750

1  Q.    Okay.  Can you show that to the jury?

2  A.    (Indicating.)

3  Q.    Okay.  Now, while it's booting up, tell the jury

4  what you can do with an iPod right from the store, what

5  capabilities it has.  What can the user do right away?

6  A.    Well, you can use the wheel to navigate the

7  interface.  The first thing it wants you to do is choose

8  a language.  But there's an item on the main menu called

9  "extras"; and there's a bunch of applications there that

10 you can use, some games, contacts, calendars.  There

11 won't be anything there, though.  There isn't any music.

12 You need to connect to your computer for that.

13 Q.    So, let's just take it a step at a time.  So, the

14 user, right out of the box, can play games with it?

15 A.    Yes.

16 Q.    And the user can look at the calendar?

17 A.    Right -- well, the calendar won't have anything in

18 it.  That comes from the computer.

19 Q.    Okay.  Can the user set the alarm?

20 A.    Yes.  You can set alarms.

21 Q.    Okay.  Now, this is more important, though, sir.

22 Right out of the box, can the user play any music on the

23 iPod?

24 A.    No.  There's no music on these.

25 Q.    Are there any playlists on the iPod right out of

1 the box?

2 A.    No.

3 Q.    And has that been true for all of the generations

4 of the iPod that we see up on DDX 207?

5 A.    Yes.  It's always been that way.

6 Q.    None of these products shipped with music on it?

7 A.    No, they didn't.

8 Q.    And none of these products shipped with playlists

9 on it?

10 A.    That's right.

11 Q.    All right.  Okay.  So, what does a user have to do

12 in order to get music on their iPod?

13 A.    Well, it comes with this USB sync cable; and you

14 connect one end to your iPod and the other end to your

15 computer.

16 Q.    All right.  Now, when the iPod is connected to the

17 computer, what does the user see on the face of the iPod?

18 A.    When the iPod is connected to the computer, we put

19 up a big icon that says, "Do Not Disconnect."

20 Q.    Does it flash?

21 A.    It -- yeah, it flashes on some iPods.

22 Q.    Okay.  And when you connect the iPod to the

23 computer and it says "Do Not Disconnect," can the user

24 input anything using the buttons?

25 A.    You can always click buttons.  But when you're on

1 that "Do Not Disconnect" screen, the buttons won't do

2 anything.  All of the applications have been exited, and

3 you're just stuck in that screen until the disk is

4 ejected from the computer.

5 Q.    Can you run your finger around the big wheel?

6 A.    Sure.

7 Q.    And will the iPod do anything?

8 A.    No.

9 Q.    Okay.  Now, is there a particular software program

10 that starts on the iPod when you plug it into the

11 computer?  I think it's called "StopUsingDisk."

12 A.    There's a function in the code called

13 "StopUsingDisk."

14 Q.    Okay.  And do you have a computer up there at the

15 witness stand with you, sir?

16 A.    Looks like there's one by my feet here.

17 Q.    Okay.  And --

18        MR. CORDELL:  Your Honor, this is Defendant's

19 Exhibit 442.  It is the computer that has all of Apple's

20 secure source code on it.

21        THE COURT:  All right.

22 BY MR. CORDELL:

23 Q.    Okay.  So, Mr. Boettcher, I'd like you to show the

24 jury a little bit of code.  Is one of the iPods better

25 than another for demonstrating the code?

1753

1  A.      I like the third generation iPod nano because that

2  was a long summer; so, I remember it well.

3  Q.      Okay.  So, what I'd like you to do is I'd like you

4  to pull up the computer, if you can -- and actually,

5  before you do that, let me just have you describe for the

6  jury:  How does Apple handle source code?

7  A.      Very carefully.  So, this computer is in some kind

8  of hard plastic case with two locks on it.  I'm not sure

9  if the keys are over here.  Yeah, you can't get into it.

10 There are a bunch of passwords to even turn the computer

11 on.

12              THE COURT:  Okay.  Counsel, we're going to

13 take a break.

14              Ladies and gentlemen, I'll ask you to be back

15 at 11:00.

16              (The jury exits the courtroom, 10:46 a.m.)

17              THE COURT:  We'll be in recess until 11:00.

18              (Recess, 10:46 a.m. to 11:01 a.m.)

19              (Open court, all parties present, jury

20 present.)

21              THE COURT:  Go ahead, counsel.

22              MR. CORDELL:  Thank you, your Honor.

23 BY MR. CORDELL:

24 Q.      All right, Mr. Boettcher.  I believe you have the

25 computer up on the table now.  Can you just point out for

1  the jury what the case is that you were talking about?

2  A.    Yes.  Here's the computer.

3  Q.    Okay.

4  A.    Two locks, a lock on each corner.

5  Q.    Okay.  And do they ship that with special

6  passwords as well?

7  A.    Yes, they do.

8  Q.    Did you have to sign away your mortgage or

9  anything to take it out of the building?

10 A.    I didn't take it out of the building.

11 Q.    So, somebody else did.  That's even scarier.

12       So, we were talking about the Gen 3 nano; and,

13 in particular, we wanted to talk about what happens when

14 the iPod gets plugged into a computer.  Well, you talked

15 about a function called "StopUsingDisk."  Is that called

16 when you plug the iPod into the computer?

17 A.    Yes, it is.

18 Q.    Okay.  So, show us where that exists in the code

19 for the iPod Generation 3 nano.

20 A.    Okay.

21 Q.    So, let me just stop you.  So, what are you doing?

22 You have to tell the jury so that the record will reflect

23 exactly what you're doing.

24 A.    Ah.  So, right now it looks like we're in the --

25 it's an encrypted disk image of all of the code for this

1  case, but we just want the iPod stuff.  So, there is an

2  "iPod" folder here; and I'm going to go in there.

3          And then there's all the big models like -- I

4  guess "iPod" means "classic" and then there's "mini,"

5  "nano," and "shuffle."  So, I'm going to go into the

6  "nano" folder; and we want the third generation, which

7  the code name was "N46."

8          And I guess I'll go into the latest software

9  version --

10 Q.    Let me just stop you.  So, when you opened the

11 folder labeled nano Gen 6 *[sic]*, you opened up a bunch of

12 more folders that have these numbers on them.  What do

13 the numbers mean?

14 A.    These are software versions.

15 Q.    And how do software engineers like you name these

16 software versions?  How do you know which one came before

17 and which one came later?

18 A.    Well, we have different version numbers

19 internally.  So, these are really for the world, for

20 users.  We start at 1, and then there's always a decimal

21 point and a zero.  And then for, I guess, minor updates

22 to the software we increment the number after the decimal

23 point; and for major changes we increment the number

24 before the decimal point.

25 Q.    So, is it fair to say that 1.0.3 came after 1.0.2?

1756

1  A.     Yes.

2  Q.     Okay.  And, so, which is the most recent version

3  of the software for the iPod generation nano 6?

4  A.     The most recent one would be --

5  Q.     I'm sorry.  Gen 3.  I misspoke.

6  A.     Gen 3.  The code name was N46.  That's why the "6"

7  is up there.  We have internal code names for every iPod.

8              So, the latest version will be 1.1.3.

9  Q.     Okay.  Can you open that file?

10 A.     Yes.  (Complying.)

11 Q.     All right.  Now, just briefly can you tell the

12 jury what's contained in that 1.1.3 file?

13 A.     There's a bunch of folders.  These folders are

14 from the iPod, I guess, source repository where all of

15 the source code is stored.  I see that there are some

16 files there with the extension ".h" and ".cpp" and those

17 are source files and that's what we used to build the

18 iPod software.

19 Q.     Where is the StopUsingDisk routine contained?

20 A.     That is going to be in apps, *iTunes* to Go, main;

21 and then there is a file called "iTunesDataEngine.c,"

22 right here (indicating).  I double-clicked that, and it's

23 opening.

24 Q.     We're opening iTunesDataEngine.c.

25              And where do we find the routine for the

1757

1  StopUsingDisk function?

2  A.    So, I know that it's in this file.  There's a lot

3  of lines there.  There's 9,000 lines in this file.  So,

4  I'm just going to search for StopUsingDisk.

5  Q.    So, just to illustrate, when you say you were

6  going to search, what did you do?

7  A.    I'm in a text editor here and it has a function

8  called "find" and I did that.  I brought up the "find"

9  dialogue and then typed in "StopUsingDisk" and it found

10  that function in this file.

11  Q.    So, it looked through all 9,000 lines and found

12  where that "StopUsingDisk" was located?

13  A.    Yes.

14  Q.    Can you use that text editor to find any variable

15  or character string in the file?

16  A.    Yes.

17  Q.    Is that the kind of thing people do to find pieces

18  of software?

19  A.    Yeah.  I do it all day.

20  Q.    Okay.  Now let me just stop you because this

21  doesn't look like it's written in plain English.  What is

22  this computer language?

23  A.    This is C++.

24  Q.    And what is C++?

25  A.    C++ is the computer language we use to bring the

 1  iPod software.

 2  Q.    Have you ever heard of a computer language called

 3  "Pascal"?

 4  A.    Yes, I have.

 5  Q.    Have you ever used it?

 6  A.    I haven't used it.  It was being taught when I was

 7  a junior in high school.  There was an AP computer

 8  science course and I wanted to take that and the

 9  instructor wouldn't let me take it because it was in

10  Pascal and she knew that they were moving to C++ the next

11  year and she was worried that my college credit wouldn't

12  count if I took it in Pascal.

13  Q.    What year were you a junior in high school,

14  Mr. Boettcher?

15  A.    That was, I guess, 1998.

16  Q.    Okay.  Thank you.

17         So, you found the StopUsingDisk; and what I'd

18  like you to do is I'd like you to take us through this

19  one step at a time if you can and explain to the jury

20  what the software is doing as you move through the

21  program.  So, where does it begin?

22  A.    Okay.  So, the function "StopUsingDisk," it starts

23  right here (indicating); and that's on line 7313.

24         MR. CORDELL:  And, your Honor, what I hope to

25  do is to take Mr. Boettcher through several portions of

1 the code -- and because this is very, very confidential,

2 what I would propose to do is to make paper excerpts of

3 the code he actually testifies about and then have that

4 designated as an exhibit, perhaps 442A, the way

5 plaintiffs have done, and then have that submitted as a

6 sealed record for the case.

7           THE COURT:  Any objection?

8           MR. MORTON:  No objection, your Honor.

9           THE COURT:  We'll do it that way.

10           MR. CORDELL:  Thank you.

11 BY MR. CORDELL:

12 Q.    All right.  Mr. Boettcher, I interrupted.  What's

13 the first thing that happens in the StopUsingDisk

14 routine?

15 A.    Well, so, there's -- I guess the top 20 lines or

16 so aren't doing that much.  It initializes some

17 variables, does some logging.  I'll just scroll down to

18 find the first interesting thing here.

19           Okay.  So, it calls "prepare for hardware

20 sleep" on -- that's a function of this file.

21           And it calls HandleStopUsingDisk on the music

22 library.

23 Q.    Okay.  So, first of all, prepare for sleep, what

24 line is that code?

25 A.    That was on line 7333.

1  Q.    And how do you know that, Mr. Boettcher?

2  A.    So, on the window in the text editor I'm using, up

3  here (indicating) in the top left it has the name of the

4  file and that colon and then that number after that is

5  the line that the highlight is on, the text highlight.

6  Q.    I see.  So, that tells you that the cursor is on

7  line 7333?

8  A.    Yes.

9  Q.    Okay.  All right.  Please go ahead.

10  A.    So, those functions are going to start to, I

11  guess, clean up the hardware and shut things down so that

12  we can go into disk mode.  And the same thing on the

13  music library.  This is one of the functions we're going

14  to call to start to throw away those in-memory structures

15  that we had built off the Dulcimer database.

16  Q.    When you say "music library," are you referring to

17  the SMusicLibrary line?

18  A.    Yes.  That's on line 7345.

19  Q.    Thank you.  All right.  Please proceed.  What

20  happens next?

21  A.    So, after that, the next thing that happens, on

22  line 7348, is a Stop command on media player; and that

23  will stop music playback.

24  Q.    Okay.  When you say it stops music playback, what

25  happens to the user's experience when that happens?

1  A.     Well, if you've heard music, it stops and we have

2  a play/pause indicator in the status bar and that's going

3  to disappear because audio isn't playing.  And it's not

4  paused; it's stopped.

5  Q.     The music stops?

6  A.     Yeah.  If you're on the "now playing" screen that

7  showed the current song playing, it exits out of that

8  screen.

9  Q.     Okay.  What happens next?

10  A.     So, next there's five or six lines here starting

11  at 7353; and those deal with writing out preferences.

12  You'll want to get those down to the disk so it

13  persisted.

14  Q.     Mr. Boettcher, I may have done this; but I

15  apologize.  What line number does the TPodMediaPlayer

16  stop on?

17  A.     That is on 7348.

18  Q.     And that's what stops the music?

19  A.     Yes.

20  Q.     Okay.  All right.  What's the next significant

21  thing that happens in the process?

22  A.     Let's see.  So, there's a page of code here.  It's

23  about 30 lines of code and it starts at line 7367 and

24  this is invalidating.  It's throwing away some of these

25  in-memory structures that we had populated with

1762

1    information from the database.

2    Q.    So, these in-memory structures that you had

3    populated from the database, is that things like taking

4    bits of the playlist and putting them into RAM?

5    A.    Yes.  So, here we're starting to throw away all of

6    that because we're going to lose access to the disk and

7    when it comes back, the database may have changed.  So,

8    we don't want to have stale information around in RAM.

9    Q.    Stale information reflecting, for example, the

10   names of the songs, the old songs?

11   A.    That's right.

12   Q.    Okay.  And why do you bother with clearing out the

13   RAM?

14   A.    Well, so, when we get the disk back from the

15   computer, then we're going to have some files on it.  We

16   don't know what's there.  And I guess if we had some of

17   this old information that we had previously generated

18   from the database, then it just won't match; and you'll

19   have unexpected behavior.  You could have instability.

20   Maybe the iPod would crash.

21   Q.    Okay.  And you've identified a block of code

22   beginning at 7367 for this.  Where does it end?

23   A.    Let's see here.

24   Q.    Well, let me make my question better, then.  Where

25   does the process of clearing out the memory end?

1763

1  A.     It's -- well, you can say the end of this

2  function, this whole function is doing that and it's a

3  little bit scattered, but it starts there.

4  Q.     Okay.  Well, where does it go on to the next

5  function?  Let me ask you that.

6  A.     Well, so, I'm here at line 7419; and it had gotten

7  through a lot of that -- those in-memory structures from

8  the database, and now there are some lines here that are

9  throwing out information about artwork, so artwork for

10 songs that also may be incorrect when we get the disk

11 back.

12 Q.     What is artwork for songs, Mr. Boettcher?

13 A.     It's like the record or CD cover.  We have --

14 we're able to display those images; and like when you're

15 playing a song, we show the album cover for that song.

16        Here we're throwing it out.

17 Q.     That's the big picture of Elvis that's on the

18 greatest hits album?

19 A.     If that's what was on the cover, yes.

20 Q.     And you throw that away, too?

21 A.     It's still on the disk.

22 Q.     All right.  And, so, the line that throws away the

23 artwork, is that 7419?

24 A.     That's one of them, yes, 7419.  There is another

25 one at 7416.

1764

1  Q.     Okay.  There's actually one that says

2  "DisposeAlbumArtwork"?

3  A.     Yeah.  There's three lines there.

4  Q.     Okay.  What happens next?

5  A.     Next it calls into the media player again.  I'm

6  looking at line 7428.  And it tells the media player to

7  PrepareForDiskMode and that actually causes the low-level

8  playback system to stop doing some things with the

9  hardware that it may be doing to run audio because that

10  would be a problem when you're in disk mode.

11  Q.     Why do you care whether the lower-level player is

12  still doing things when you go into disk mode?

13  A.     Well, so, the chips need to be set up in a certain

14  configuration to connect to the computer's hard drive;

15  and some of the stuff that the low-level playback system

16  does would interfere with that.

17  Q.     Okay.  And that lower-level player stop command is

18  at 7428?

19  A.     It's 7431, and it calls PrepareForDiskMode on

20  TPodMediaPlayer.  And if we jumped inside that function,

21  that would call something on the media caching control

22  architecture which is the name of a low-level playing

23  system on this iPod.

24  Q.     What happens next as part of the StopUsingDisk

25  function?

1  A.    Next, it's throwing out the artwork database and

2  also the photo albums.  You can sync photo albums to your

3  iPod.  That works pretty much the same way.  We need to

4  get rid of this information in memory because it could

5  change on the disk.

6  Q.    So, any pictures that were on my iPod get thrown

7  away, too?

8  A.    Any information from the photo database that we

9  had put into RAM is going to be thrown out.

10  Q.    I see.

11  A.    Whatever is on the disk is still there until it's

12  changed.

13  Q.    I see.  So, not necessarily -- you're not

14  necessarily throwing away the photos here.  You're

15  throwing away the parts in RAM that tell the iPod where

16  the photos are.

17  A.    Right.

18  Q.    Okay.  And -- I'm sorry -- what line is that?

19  A.    Let's see.

20  Q.    Lines?

21  A.    That would be line -- the photo one is line 7442.

22  Q.    Okay.  What happens next?

23  A.    Next, it throws out some font data.  Fonts are

24  like the characters that we use to put together to show

25  words on the screen.

1    Then it calls -- I guess the most interesting

2  thing here is "ReleaseDrive."  ReleaseDrive is the

3  function that unmounts the hard disk from the iPod

4  software.  So, after that function call, the iPod

5  software can't access the hard drive anymore; and we do

6  that so that we can hand it off to the computer.

7  Q.    So, the "ReleaseDrive" command, is that at line

8  7465?

9  A.    Yes.

10 Q.    So, is that sort of the end of the StopUsingDisk

11 process?

12 A.    It's the end of this function, yeah.

13 Q.    And at that point you say you hand the hard drive

14 off to the computer.  What does that mean?

15 A.    Well, so, after the drive is unmounted from the

16 iPod, say, applications, then there are some low-level

17 software that implements the USB protocol; and it uses

18 that to make the hard drive available as an external disk

19 to the computer.

20 Q.    Now, when you say you "unmount" it from the iPod,

21 you don't physically pull the hard drive out of the

22 device, right?

23 A.    No.  It makes it unavailable for the applications.

24 So, after this call, if say the photo application tries

25 to open a file on the disk, it would fail.  You would get

1  an error.

2  Q.    So, can any of the applications on the iPod do

3  anything with the disk after this StopUsingDisk routine

4  is run?

5  A.    No.

6  Q.    And during this entire process, Mr. Boettcher, did

7  the iPod ever send any information to the computer?

8  A.    No.  This is just closing down the stuff we have

9  in memory, closing all our files and unmounting the disk.

10  Q.    How does the iPod go about reclaiming its disk?

11  A.    So, we have an opposing function that's called

12  here and when the disk is ejected from the computer, then

13  a bunch of stuff happens and a lot of that starts in a

14  function called "StartUsingDisk."

15  Q.    What does it mean when you say the disk was

16  ejected by the computer?

17  A.    Well -- so, the disk shows up like a floppy disk.

18  If you put a floppy disk in your computer, on your Mac,

19  it will show up on the desktop and --

20  Q.    Let me just stop you there.  When you say "shows

21  up on the desktop," what does that mean?

22  A.    I guess I could kind of show right here.

23        There.  So, on the desktop here we can see the

24  disks that are available on this computer; and I could

25  drag this one down here (indicating) and eject it and

1  then the disk will no longer be available to the

2  computer.  And if that were an iPod, then the iPod disk

3  would be ejected from the computer and StartUsingDisk

4  would be called in our code.

5  Q.    So, just for the record, so somebody reading this

6  understands what you did, you pointed to an icon that was

7  on your main computer screen that had a label of "Source

8  Disk" and when you clicked on that, you can do things

9  with it; is that fair?

10  A.    Yes.  So, I clicked on the disk; and I dragged it

11  down to the trash where -- that's how you eject it -- and

12  "eject" popped up.

13  Q.    So, what you meant there is that you could

14  disassociate that hard drive from your computer or

15  disconnect it at least virtually by dragging it down to

16  an icon that would disconnect it?

17  A.    Yeah.  It's like what we do in StopUsingDisk when

18  we call "ReleaseDrive" here.  That unmounts the disk from

19  the iPod software, and that would be -- I guess what I

20  was doing there is I could unmount the drive from the

21  computer and then the computer wouldn't be able to access

22  it anymore and if that disk were an iPod, then iPod

23  software would end up in the StartUsingDisk function.

24  Q.    Okay.  Well, let's -- so, now let's go back and

25  have you tell the jury how the iPod reclaims the hard

1  drive.  How does that work?

2  A.    Well, so, in StartUsingDisk we go to the iPod.  It

3  looks inside certain folders on the disk.  It expects to

4  see a database with a certain file name and finds that

5  database; and then it opens it up, reads it start to

6  finish, and pulls out the information it needs and puts

7  that in RAM.

8  Q.    Okay.  And what's that function called?

9  A.    StartUsingDisk.

10  Q.    Can you just illustrate that briefly in the code

11  for the jury?

12  A.    Sure.  So, again, I'm just going to search.

13  Q.    So, for the record, what you're doing is you're

14  typing into that search function the phrase

15  "StartUsingDisk"?

16  A.    Yes.  So, I've typed in "StartUsingDisk" in order

17  to search.  The first one it found was on line 247, but

18  that's just somebody -- that's a function calling

19  StartUsingDisk.  It's not the actual definition of that

20  function; so, I'm going to keep going.

21            That's not it.

22            Okay.  And it's on line 6920.

23  Q.    Okay.  And just briefly, what happens in the

24  StartUsingDisk function?

25  A.    So, the StartUsingDisk function -- it brings

1  everything back, I guess the first big chunks of stuff.

2  It -- here on line 6962, this is setting up a progress

3  bar which is -- I guess it would indicate the status.

4  We're going to use it -- the iPod uses it to indicate the

5  status of reading the database.  So, the database is read

6  from start to finish; and that can take two minutes.  So,

7  this is setting up the progress bar to be able to update

8  for those two minutes.

9  Q.     And just tell the ladies and gentlemen of the jury

10  what a progress bar is.

11  A.     It's like a thermometer.  You tip a thermometer on

12  its side, and I guess it illustrates progress.  So, it

13  starts completely empty; and when it's completely full,

14  that means that whatever was happening is done.  And we

15  update that as we're reading through the database to show

16  our progress.

17  Q.     Does that give the user some information that the

18  computer is working -- or the iPod is working its way

19  through whatever it's got to do?

20  A.     Right.

21  Q.     Okay.  And, so, after the progress bar, what does

22  it do?

23  A.     If you keep going down, it does some logging and

24  sets up a few variables.

25          The most interesting thing in this function is

1  right here on line 7068 and that is a function called

2  "ReadDulcimerDB" and that's actually where we go in, we

3  find that file on the disk, and we start to process it.

4  Q.    So, when you say we find that file on the disk, is

5  it the iPod goes out and looks on its hard disk for the

6  Dulcimer DB file?

7  A.    Yes.  Inside that function the iPod searches for

8  that -- well, it looks in a certain spot to see if that

9  file is there; and if it is, then it opens it and it

10  processes it.

11  Q.    And when it processes it, does it take those bits

12  and put them into memory for the processor's use?

13  A.    Yes.

14  Q.    Okay.  And does that sometimes include playlist

15  information?

16  A.    Yes.

17  Q.    And just can you summarize what happens through

18  the end of the start disk operation?

19  A.    Yeah.  So --

20  Q.    And I'm sorry.  What line number was that?

21  A.    ReadDulcimerDB call was on line 7068.

22  Q.    Thank you.

23  A.    That's actually the -- towards the end of the

24  function there; so, the rest of it is basically just

25  cleaning up.  It increments the status bar.  It bears

1772

1  some of those in-memory structures so that we can display

2  them while in memory.  It gets the number of playlists

3  here.  It will use that later.  Progress.  Progress.

4  Some more logging.

5          So, the end of the function is here on

6  line 7308.

7  Q.    Okay.  Where it just says "return status"?

8  A.    Yes.

9  Q.    I see.  And there is a comment afterwards that has

10 "StopUsingDisk," but that's the beginning of the routine

11 we already went through?

12 A.    Yes.  So, StopUsingDisk is after it in the file;

13 but this closed bracket on line 7309, that is -- that's

14 where the iPod processor will stop for this function.  It

15 will go somewhere else.

16 Q.    And at line 7311 where it says "//StopUsingDisk,"

17 what do computer programmers interpret the "//" to mean?

18 A.    So, that's a comment.  That's not something that

19 is actually -- when this source code is processed into

20 what actually runs into the iPod, the comments are

21 stripped out.  That's just something that we put in there

22 so it's easier to scan the code.  There's more than one

23 person that works on this file.

24 Q.    So, that's just for the humans?

25 A.    Yep.

1773

1  Q.     Not regular humans, though, right?

2  A.     Software engineers, I guess.

3  Q.     Okay.  All right.  So, I'd like to just try one

4  more thing with the code.  I'd like you to explain to the

5  jury what happens internally as the iPod plays music.

6  Can you show us code that shows the iPod playing the

7  playlist?

8  A.     Well, there's a lot that's going to happen when

9  you're playing a playlist.  I guess do you want to start

10 playing the playlist or...

11 Q.     Sure.  Let's --

12 A.     Update -- or it's updating the screen while the

13 playlist is running.

14 Q.     Well, let me try this.  Can you show the ladies

15 and gentlemen of the jury the part of the code where the

16 iPod skips from one song to the next?

17 A.     Yeah.  So, that's going to be in the media player

18 and the file is TPodMediaPlayer.cpp.

19 Q.     Okay.  And, so, just for the record, you are going

20 back into the menu and you're looking for a folder?

21 A.     Yes.  I'm back in the source folder here; and I

22 know that the media player is in "silver," "system,"

23 "playback," "media player."  And the file I want is

24 TPodMediaPlayer.cpp.

25 Q.     Okay.  And you're opening that file?

1774

1  A.      Yes.

2  Q.      About how many lines is TPodMediaPlayer.cpp?

3  A.      This file is a little over 3800 lines.

4  Q.      Okay.  So, can you walk us through how the iPod

5  moves from one song to the next when the "skip" button is

6  pressed?

7  A.      Let's see.  Yeah.  So, there are two ways.  I

8  guess the song could be playing and it could end and then

9  if the "skip" button is pressed, that would be next.

10  There's a function called "Next."

11          And here that is on line 1398.

12  Q.      For the record, that's "TPodMediaPlayer::Next"?

13  A.      Yes.

14  Q.      Okay.  So, describe for the jury how this works.

15  A.      So, let's see.  So, this function, it takes in an

16  option and -- I guess you hit "Next" on the button on the

17  Clickwheel, then the option you're going to get is

18  "NextPreviousTrack," and then it jumps into the NextTrack

19  function.

20  Q.      Is the NextTrack function in this file?

21  A.      It's in this file.

22  Q.      Okay.  Can you go to that?

23  A.      Sure.

24          Okay.  That's on line 1626.

25  Q.      Okay.  What happens here?

1775

1  A.      So, this function -- let's see.  It finds, I

2  guess, the current item that's playing using the

3  CurrentIndex; and then it calls the NextTrackInternal.

4  Q.      And what are those two commands?  What lines are

5  those on?

6  A.      NextTrackInternal call is on line 1634.

7  Q.      Okay.  And what -- is that in this file, or do you

8  have to go somewhere else to find that?

9  A.      That's going to be in this file, too.

10  Q.      Okay.  Can you take us there?

11  A.      That was quick.  That was on line 2719.

12  Q.      Okay.  And what happens in NextTrackInternal?

13  A.      All right.  So, this function, it declares a bunch

14  of variables here that it will use later.  And then there

15  is some stuff for the Nike app for running.  And it keeps

16  on going and handles -- does something for RepeatOne

17  but -- I'm assuming repeat is off here.

18          So, it keeps on going; and where it actually

19  does something, it calls GetNextPlaylistTrack.

20  Q.      Okay.  And is that what takes you to the next

21  track, the next song?

22  A.      Yeah.  That's going to increment the index, go to

23  the next song.

24  Q.      And is that in this file, or is that somewhere

25  else?

1776

1   A.      That's in a different file.

2   Q.      Okay.  So, I don't want to go too far afield.

3   Just tell the jury what GetNextPlaylistTrack does.

4   A.      That will -- I guess you pass in the current

5   track, and then it returns the next track.

6   Q.      And what line is the GetNextPlaylistTrack code on?

7   A.      The function call is here on line 2802.

8   Q.      But the code itself is in another part of the --

9   A.      Yeah.  That's in Playlist.c.

10  Q.      Okay.  Let me just ask you this:  Mr. Boettcher,

11  is there any code here that allows the iPod to skip six

12  songs ahead?

13  A.      No.  This just does single song skip, I guess.

14  Q.      If I'm listening to Patsy Cline, is there any way

15  for me to say, "All right.  Skip to the next country and

16  western song"?

17  A.      No.

18  Q.      In the code itself -- you mentioned just a moment

19  ago that there was something about a repeat function?

20  A.      Right.

21  Q.      What is the repeat function in the Apple iPod?

22  A.      Repeat is a setting you can set on your iPod; and

23  you can set it to one, which means it will just repeat

24  the same track over and over.  I don't really know why

25  people use that.  And then there's "repeat all" which

1 will repeat the whole collection of songs, whatever

2 you've been playing.  When it gets to the end, it goes

3 back to the beginning.

4 Q.    So, if I have a playlist that has Patsy Cline,

5 then Elvis, and then Frank Sinatra on it, if I have the

6 "repeat one" flag set, it will just play one song over

7 and over again?

8 A.    Right.

9 Q.    Okay.  And what if I have "repeat all" set?  What

10 will it do?

11 A.    "Repeat all," when you -- you have three songs

12 that you're playing; and when you're done with the third

13 song or if you hit "next" on the third song, it will go

14 back to Index 0, which would be the first song.

15 Q.    How does the repeat function get set up on the

16 Apple iPod?  Does that come from the factory that way?

17 A.    No.  It's off by default.

18 Q.    When you say it's off by default, how does it get

19 turned on?

20 A.    There is a "settings" application.  It's on the

21 main menu.  You see there is an item called "settings."

22 And if you go in there, there is a "repeat" setting.  And

23 if you click the center button on it, it will toggle it.

24 Q.    And who does that?

25 A.    Whoever is using the iPod.

1778

1  Q.    The customer?

2  A.    Yeah.

3  Q.    And that playlist that I just talked about that

4  had Patsy Cline, Elvis, and Sinatra, does the iPod have

5  things other than music in a playlist sometimes?

6  A.    Yeah.  It doesn't have to be songs.  It could be

7  like an audio book.

8  Q.    Audio book?  So, I could have Patsy Cline, then

9  Elvis, then John Grisham and then Sinatra in a single

10 playlist?

11 A.    Yes.

12 Q.    So, if I have that and I have Patsy Cline and

13 Elvis and an audio book by John Grisham and then Sinatra,

14 is there any way for me to hit the "skip" button when I'm

15 on that second Elvis song and have it skip right to the

16 Sinatra song over the audio book?

17 A.    No.  It just goes to the next one.

18 Q.    So, if I hit the "skip" button while I'm on Elvis,

19 I'm going to go to the audio book?

20 A.    Right.

21 Q.    Okay.  Mr. Boettcher, we've asked everybody else

22 these questions; so, I feel like I have to ask you.

23 Before this lawsuit, did you ever hear of Personal Audio?

24 A.    No.

25 Q.    Before this lawsuit, did you ever see Personal

 1  Audio's patents?

 2  A.    No.

 3  Q.    Before this lawsuit, did you ever hear of

 4  Mr. James Logan?

 5  A.    No.

 6  Q.    Before this lawsuit, did you ever hear of

 7  Mr. Charles Call?

 8  A.    No.

 9  Q.    Before this lawsuit, did you ever hear of Dan

10  Goessling?

11  A.    No.

12  Q.    Did you ever run across a personalized radio

13  product from Personal Audio, LLC?

14  A.    No, I haven't.

15        MR. CORDELL:  Thank you, your Honor.  No

16  further question.  Pass the witness.

17        <u>CROSS-EXAMINATION OF JESSE BOETTCHER</u>

18  BY MR. MORTON:

19  Q.    Good morning, Mr. Boettcher.  You and I have not

20  met previously; is that right?

21  A.    That's right.

22  Q.    And you had not -- you did not participate in the

23  initial design and development of the iPod; is that

24  right?

25  A.    Yeah.  The first two iPods came out before I

1  started working for Apple.

2  Q.    Right.  You started working while as an intern in

3  2003 and then full-time in 2004 after you graduated from

4  college; is that right?

5  A.    Yes.

6  Q.    You weren't working on an audio player that could

7  download navigable playlists back in 1996 when the

8  patents-in-suit were filed; is that right?

9  A.    In 1996 I was in middle school.

10  Q.    Thank you, sir.

11        Now, there's been a lot of talk here about

12  source code; and you just showed us some of it on that

13  machine.  That machine was produced in this litigation;

14  and you actually helped to put some of that source code

15  on that machine, right?

16  A.    I helped identify some source code.  I didn't

17  physically transfer any source code to any machines.

18  Q.    And you didn't put the wrong code on there.  You

19  put the right code for the iPods that we're talking about

20  in this case, right?

21  A.    I identified what the lawyers asked for.

22  Q.    And you were just going through some of that using

23  a text editor, I think you said, to find certain parts of

24  the file, right?

25  A.    Right.

1 Q.     And it's helpful, when you're using that, to know

2 what the names of the functions are that you're looking

3 for when you're searching for them, right?

4 A.     Yeah.

5 Q.     If you had never seen those millions and millions

6 of lines of code before, it would be hard to find all

7 that stuff.

8 A.     It takes a little longer.  That's where I started.

9 Q.     All right.  You also helped respond to an

10 interrogatory Personal Audio served in this case about

11 the source code; is that right, sir?

12 A.     I remember some interrogatories.

13 Q.     If you could just turn your attention to

14 Plaintiff's Exhibit 625A in your binder.

15 A.     Where do I find 620A *[sic]*?

16 Q.     It should be tabbed.  It should be 625A.

17 A.     Ah, PX 625A?

18 Q.     Yes.

19 A.     Got it.

20 Q.     Okay.  And this is Personal Audio's Interrogatory

21 Number 10.  It's got some 80 pages identifying functions

22 and file path names, pretty dense material about the

23 source code; is that right?

24 A.     Can I skim through this real quick?

25 Q.     Go ahead, sir.

1  A.      It must have been nine months since I've seen it.

2          (Perusing documents.)

3          Okay.

4  Q.      It's an awful lot of material, isn't it, sir?

5  A.      Yes, it is.

6  Q.      Just by way of example, just to see how this goes,

7  I'm looking at page 27 in here.  There were specific

8  areas asked about, such as this one says for the iPod

9  application on the iPod nano Generation 3, what are the

10 softwares or algorithms that allows a user to navigate

11 forward in a playlist of songs.  Do you see that?

12          I've got it blown up on the screen there to

13 make it easy.

14          THE COURT:  You've also got a screen there

15 right beside you.

16          THE WITNESS:  Oh, that helps.

17 A.      Okay.

18 BY MR. MORTON:

19 Q.      And, so, for various questions like that, like how

20 do you navigate forward in a playlist of songs in one of

21 these iPods, you helped pull together answers providing

22 all of the appropriate files and functions that might be

23 involved in that, right?

24 A.      I don't believe I wrote this.  It was run by me to

25 verify that it was right.

1  Q.      Okay.  So, you did verify that everything in this

2  document is right, correct?

3  A.      Yeah.  I did my best.

4  Q.      And, in fact, on the last page you signed a

5  verification right here (indicating), to the best of your

6  knowledge, information, and belief, the factual

7  statements contained in these responses are true and

8  correct and you declared that under the penalty of

9  perjury and signed your name, right, sir?

10 A.      That's right.

11 Q.      And you're not here today to change any of the

12 answers you gave here or any of the description of what

13 source code is relevant to the functions involved in this

14 case, right?

15 A.      No, not at all.  Just trying to be accurate.

16 Q.      Okay.  And I just want to be sure because

17 Dr. Almeroth, our expert, relies on these answers.  He

18 can rely on these as true and accurate answers of how the

19 source code works, right, sir?

20 A.      That's the intention.

21 Q.      Okay.  And then in addition to that, you sat for

22 what is called a "30(b)(6) deposition" where you get to

23 speak on behalf of Apple.  Do you recall that, sir.

24 A.      I do.

25 Q.      And that deposition ran over a day, into the next

1  day.  It was about a day and a half, I think, right?

2  A.    Yeah.

3  Q.    Pretty long slog; and there was a lot of

4  discussion in there about the source code and how it

5  operates for the certain features you were being asked

6  about, right, sir?

7  A.    Right.

8  Q.    And you gave true and correct answers in that; and

9  Dr. Almeroth can rely on those answers as well, right,

10  sir?

11  A.    Everything should have been right, yeah.

12  Q.    Okay, good.

13        Now, you mentioned that you got on the iPod

14  sort of project in about 2004 and you made -- over time

15  you made a few changes.  Do you recall that testimony?

16  A.    Not specifically.

17  Q.    Well, you said that you worked on writing the code

18  for TPodMediaPlayer, right?

19  A.    No -- I mean, this was nine months or a year ago;

20  so, I'm not going to remember a specific sentence.  But

21  yes --

22  Q.    No.  I'm not --

23  A.    -- I absolutely changed code, and I did write

24  TPodMediaPlayer.

25  Q.    I confused the issue there.  You thought I was

1  talking about your testimony from last summer, and I was

2  just talking about your testimony from a half hour ago

3  when you talked about various changes and additions that

4  you made working at Apple.

5  A.     That's right.

6  Q.     Do you recall that?

7  A.     Yes.

8  Q.     Okay.  And you worked on, I think you said, going

9  from the *iTunesDB* file to sequel database for the last

10  nano 5, right?

11  A.     Right.

12  Q.     And you also did some work rewriting some code for

13  TPodMediaPlayer.  Do you recall that?

14  A.     Right.

15  Q.     And you added some features like song -- you said

16  crossfading or gaps or something like that.  Do you

17  recall those features you added?

18  A.     Crossfade and gapless.

19  Q.     Crossfade and gapless.  That was it.

20         When you worked on the source code and made

21  those additions, did you ever take out the ability to

22  play playlists on the iPod that are downloaded from

23  *iTunes* -- a computer running *iTunes*?

24  A.     Well, the implementation of how all of these

25  things worked was changing; but you can play playlists on

1 all of the iPods.

2 Q.    Okay, good.

3        One other question just to -- you had some

4 discussion about the computer programming language.

5 What's the programming language that's used for all of

6 the iPods that you've got in front of you?

7 A.    C++.

8 Q.    C++ for all of them.

9        And that is a pretty well-known computer

10 language?

11 A.    Pretty widely used these days, yeah.

12 Q.    Did you say you actually studied that back in high

13 school in the Nineties?  Is that right?

14 A.    Yeah.

15 Q.    Okay.  And the way that works is you write that in

16 source code that's sort of human readable, if you're

17 trained properly; and that gets compiled -- you know what

18 "compiled" means, right, sir?

19 A.    I do.

20 Q.    And it gets put on a processor that's in each of

21 those iPods, correct?

22 A.    Well, it gets -- specifically I believe it gets

23 put on the hard disk and then it's loaded into RAM and

24 then run by the processor, yes.

25 Q.    Okay.  And that's the source code that you've

1  produced that's in that box in front of you and some of

2  which you worked on that makes the iPod work, right?

3  A.    Right.

4  Q.    And, so, that's on the hard disk, as you said, for

5  all of those iPods and can be used by the processor for

6  all of those iPods?

7  A.    Right.

8  Q.    And that's the way it comes in the box as it's

9  shipped.  It has all of that code on it, correct?

10  A.    Well, all the iPods come with software.

11  Otherwise, you wouldn't see the Apple logo when you push

12  the button.

13  Q.    Thank you, sir.

14        Now, you talked about -- for a while about

15  some source code related to StopUsingDisk.  Do you

16  remember that, sir?

17  A.    Yes.

18  Q.    Okay.  And before that happens, before you get to

19  using the StopUsingDisk code that you looked at, you have

20  to take whichever iPod and connect it to the computer

21  with a USB cable, right?

22  A.    Right.

23  Q.    And then there's something that happens with the

24  USB protocol between whatever iPod you want to choose and

25  the computer, right?

1  A.    Right.  They -- the iPods act as standard USB

2  devices.

3  Q.    Right.  And you work on the software in the iPod;

4  is that right, sir?

5  A.    Right.

6  Q.    Okay.  And the more low-level USB protocol that

7  operates when you plug in an iPod, you're not familiar

8  with that and don't fully understand that technology,

9  right, sir?

10 A.    There is a different team I work with; and they

11 maintain that code, yeah.

12 Q.    Right.  Okay.

13        And do you know who Chris Wysocki is?

14 A.    Yes, I do.

15 Q.    Okay.  Chris Wysocki is sort of the guy who works

16 on syncing, right?

17 A.    He's an *iTunes* engineer.

18 Q.    *iTunes* engineer?

19 A.    He works on the *iTunes* application.

20 Q.    Right.  But he's well versed in how the sync

21 process operates, right?

22 A.    That's right.

23 Q.    Okay.  Did you know that he was also deposed in

24 this case as Apple's corporate representative when it

25 comes to syncing and how that works?

1  A.     I knew a lot of people were deposed.  I guess I

2  wouldn't be surprised if Chris was one of them.

3  Q.     Okay.  Had you heard that as Apple's 30(b)(6)

4  witness, he admitted, at page 161 of his deposition -- we

5  could look at it if we need to -- but lines 2 to 6,

6  question to Mr. Wysocki, "You're not familiar with the --

7  with the protocol between the two of how the iPod devices

8  are first established as a USB-connected drive on the

9  *iTunes* computer"?

10             Answer, "No.  I'm not familiar with that

11  process."

12             Did you know he gave that testimony, that he

13  wasn't familiar with the USB protocol?

14  A.     Well, Chris is an engineer on the *iTunes*

15  application; and the USB on the computer is implemented

16  by the systems software.  So, that would be somebody on

17  the OS10 team.

18  Q.     Okay.  Now, Mr. Wysocki -- did you know that he

19  was originally scheduled to appear as a witness in this

20  trial?

21  A.     I'd seen his name on the email, yes.

22  Q.     Right.  And -- but, in fact, he is not appearing

23  as a witness in this case.  Did you know that?

24  A.     I haven't seen him at the hotel.

25  Q.     Okay.  So, maybe that USB protocol stuff -- we'll

1 just leave that for the experts.

2          MR. CORDELL:  Object to the argument, your

3 Honor.

4          MR. MORTON:  Withdrawn.  I...

5          THE COURT:  Sustained.

6 BY MR. MORTON:

7 Q.    Okay.  Let's turn to another topic.  Okay,

8 Mr. Boettcher?  And let's talk about something that you

9 flashed up during your direct as a helpful demonstrative.

10 This is DDX 207.  It has all of the iPods listed on it

11 that are at issue in this case.

12          I just want to ask you a few questions about

13 all of those iPods.  Okay?  Can all of the classic, mini,

14 and nanos shown there play audio files?

15 A.    Yeah.  They're music players.  They all play

16 music.

17 Q.    Sure.  And these may be easy questions.

18          Do all those devices store the audio files in

19 a mass storage device on the player?

20 A.    They do all have disks that can store songs.

21 Q.    Right.  And when they store them there, they're

22 persistent, meaning they -- if you completely turn off or

23 even reset the device, they would still be stored on the

24 hard drive; is that right?

25 A.    Right.

1  Q.     Okay.  And do all of those devices that are at

2  issue also have random access memory, or what's known as

3  "RAM memory"?

4  A.     Yes.  They all have RAM.

5  Q.     Okay.  And they all have a processor that can use

6  the programming -- some of which you've helped work on --

7  that's on the iPod, right?

8  A.     They all have processors.  The processors are

9  pretty different amongst some of them.

10  Q.     All right.  Now I want to talk to you specifically

11  about something you discussed, the *iTunesDB* file.  Okay?

12  A.     Okay.

13  Q.     Okay.  The *iTunesDB* file is stored in the mass

14  storage on these devices separately from the audio files,

15  right?

16  A.     Right.

17  Q.     And the way it gets there is when you plug in any

18  of these iPods into a computer running *iTunes*, that

19  *iTunesDB* file is transferred from the computer running

20  *iTunes* onto the iPod that you're using, right?

21  A.     *ITunesDB* is written by *iTunes*.  When the iPod is

22  mounted as a disk on your computer.

23  Q.     Right.  And, so, when that information comes over,

24  it gets stored in the persistent mass storage on the

25  iPod, right?

1792

1  A.    Right.  The database is on the disk.

2  Q.    And it stays in persistent mass storage until

3  somebody goes and deletes it, right?

4  A.    Yeah.  It's persistent.

5  Q.    And even if you were to reset the device, it would

6  still be stored in persistent mass storage, right?

7  A.    Right.  You don't lose your songs when the device

8  resets.

9  Q.    Right.  And you don't lose your playlists, either,

10 right?

11 A.    You don't lose your playlists; but when it resets,

12 we do need to process the database again to generate the

13 stuff we put in RAM to generate the UI.

14 Q.    Sure.

15       THE COURT:  Just for record purposes, what do

16 you mean by "reset"?

17       MR. MORTON:  Yes, your Honor.

18 BY MR. MORTON:

19 Q.    Can you explain to us what "reset" means,

20 Mr. Boettcher?

21 A.    So, reset is -- I guess you would -- that's when

22 the iPod software is interrupted and forced to start over

23 from the beginning, like you disconnected the battery and

24 didn't have any power.  You plug it in and it needs to

25 boot up and get the hardware going and turn the screen

1  on, that sort of thing.

2         And the way you do that on these iPods is you

3  press and hold the center button and the menu button for

4  five or six seconds.

5  Q.    Okay.  And even if you do that, you still have

6  your *iTunesDB* file in the persistent mass storage and

7  your audio files in persistent mass storage when you

8  reboot the device, right, sir?

9  A.    Right.  When you reboot, you lose everything

10 that's in RAM.  Everything on the disk is still there.

11 Q.    All right.  And when you go to use the *iTunesDB*

12 file, or sequel for nano 5, I think you said you read in

13 the information or data you need from the *iTunesDB* file

14 into RAM so that you can use it; is that right?

15 A.    Right.  We don't directly, I guess, put things

16 into the UI from the database.  We process the database

17 first and generate some structures in memory that are

18 easier for us to manipulate and it's always a subset of

19 what's in the database and that's what we use to display

20 the UI.

21 Q.    All right.  Thank you.

22         I want to switch to another topic.  When you

23 were on direct, you opened up a brand-new classic

24 Generation 6 and took it out of the box.  Do you recall

25 that?

1  A.    Yes.

2  Q.    And do you have it in front of you there?  Is

3  there an exhibit sticker?  I lost the exhibit number on

4  that.

5  A.    I don't know if it has a sticker.

6            THE COURT:  I think it was just a

7  demonstrative so far.

8            MR. CORDELL:  It was a demonstrative, your

9  Honor.  Perhaps we should go ahead and designate it.

10            THE COURT:  What's your next number?

11            MR. CORDELL:  Your Honor, could we use DDX 500

12  to make sure this is no overlap?

13            THE COURT:  All right.

14            MR. CORDELL:  Thank you.

15            THE COURT:  It will be marked DDX 500.

16  BY MR. CORDELL:

17  Q.    Now, when you opened that box, there were

18  headphones in the box, right?

19  A.    Right.

20  Q.    And there was a USB cable in the box, right?

21  A.    That's right.

22  Q.    And there were also instructions in the box, and I

23  set those in front of you.  Do you recall that?

24  A.    Right.  There is that envelope behind the tray;

25  and that had, I think, a Quick Start manual and some

1  stickers.

2  Q.     Right.  Can you look at the instruction booklet

3  and look at the back of that and tell us what it says on

4  the top?

5  A.     The blue part?

6  Q.     Yeah, the part where it says look for the user

7  guides on the Web site.  Can you read that to us?

8  A.     Sure.  "For complete instructions and important

9  safety information, see the iPod classic user guide,

10  www.apple.com/support/" --

11              THE COURT:  Wait.  Slow down and speak up.

12              THE WITNESS:  Sorry.

13  A.     "For complete instructions and important safety

14  information, see the iPod classic user guide,

15  www.apple.com/support/manuals/iPod."

16              And then it says "Listen responsibly."

17  Q.     Okay.  I happen to have the classic 6 user guide,

18  sir, Plaintiff's Exhibit 103.  And just in case somebody

19  didn't know what to do with that USB cable, I want to

20  direct your attention to Plaintiff's Exhibit 103 at page

21  11.

22              Are you with me, sir?

23  A.     Yeah.

24  Q.     I've blown up a part here.  It says -- in the

25  classic 6 user guide, "The USB port on most keyboards

1   doesn't provide enough power.  You must connect iPod

2   classic to a USB 2.0 port on your computer."  Do you see

3   that?

4   A.    Yes.

5   Q.    All right.  And just in case somebody doesn't know

6   what to do with the headphones, let's turn the page.  I

7   think it's just the next page in the classic 6 user's

8   guide.  It says -- we'll blow up the part with the ear

9   and headphones, too.  The picture is helpful.

10          It says, "To use the earphones:  Plug the

11   earphones into the headphones port.  Then place the

12   earbuds in your ears as shown."

13          Do you see that?  Did I read that correctly?

14   A.    Yes.

15          THE COURT:  What was that page again?

16          MR. MORTON:  That was page -- Plaintiff's

17   Exhibit 103 at page 55.

18          THE COURT:  Thank you.

19   BY MR. MORTON:

20   Q.    All right.  Thank you, Mr. Boettcher.  No further

21   questions.

22          MR. MORTON:  Pass the witness, your Honor.

23          MR. CORDELL:  Just briefly, your Honor, may I?

24          THE COURT:  Please.

25                              *

<u>REDIRECT EXAMINATION OF JESSE BOETTCHER</u>

1  BY MR. CORDELL:

3  Q.    Mr. Boettcher, Mr. Morton asked you questions

4  about Plaintiff's Exhibit 625A.  Do you remember that,

5  the interrogatory responses?

6  A.    Yes.

7  Q.    Did you say anything today in court that was

8  different from what's in these -- or inconsistent with

9  what's in these interrogatory responses?

10  A.    I'd have to double-check it; but no, I shouldn't

11  have.

12  Q.    And did you say anything today in court that was

13  inconsistent with what you testified about in your

14  deposition?

15  A.    No.  That should have been the same.

16  Q.    Okay.

17         MR. CORDELL:  Thank you, your Honor.  Nothing

18  further.

19         THE COURT:  Thank you, sir.  You may step

20  down.

21         Ladies and gentlemen, we're going to go ahead

22  and break for lunch.  I will ask you to be back at 1:00.

23  Please remember my instructions.  Even though you've

24  heard a lot of the testimony, don't discuss the case

25  among yourselves.

1    (The jury exits the courtroom, 12:00 p.m.)

2              THE COURT:  Okay.  Am I correct that's the

3    last witness?  You're now ready to rest?

4              MR. SCHUTZ:  Yes, your Honor.  Personal Audio

5    rests.

6              THE COURT:  All right.  Okay.  Motions?

7              MR. SCHUTZ:  Yes, your Honor.

8              MR. CORDELL:  Apple makes its motion for

9    judgment as a matter of law pursuant to Rule 50.  Should

10   I go ahead and begin?

11             THE COURT:  Yes.

12             MR. CORDELL:  The first issue that we move

13   under, your Honor, has to do with respect to ownership

14   and standing.  The evidence has not demonstrated that

15   Personal Audio, LLC, is the owner of the '076 patent.

16   The most recent indication of ownership in the record is

17   an appeal brief that was actually signed by Mr. Call on

18   September 5, 2000, indicating that Gotuit Media is the

19   real party in interest and the assignee of the then

20   pending application that resulted in the '076 patent.

21   That's insufficient to prove ownership and standing.  At

22   this time we would also make a motion to dismiss under

23   Rule 12(h)(3).

24             THE COURT:  All right.  I'll reserve on that.

25             MR. CORDELL:  The next is a similar motion

1 with respect to the '178 patent, again that there is no

2 evidence to establish that Personal Audio, LLC, is, in

3 fact, the owner of the patent.  The most recent evidence

4 in the record is an assignment from Gotuit Media to

5 Gotuit Audio in 2006.  It was recorded at the PTO and

6 pursuant to the *FilmTec* decision, 939 F.2d 1568 --

7          THE COURT:  I'm sorry.  Say that again.

8          MR. CORDELL:  The *FilmTec Corp* decision,

9 *FilmTec v. Allied Signal*.

10          THE COURT:  No, the cite.

11          MR. CORDELL:  Oh, I'm sorry.  939 F.2d 1568.

12          That recordation is *prima fascia* evidence of

13 ownership; and because it is *prima fascia* evidence of

14 ownership by Gotuit Audio, we believe that not only have

15 they failed to prove ownership but ownership is actually

16 proved in the name of Gotuit Audio and that is

17 insubstantial -- plaintiff has not carried its burden to

18 prove ownership and standing and, therefore, we also move

19 to dismiss under 12(h)(3).

20          THE COURT:  What's your response?  Where in

21 the record can you show the contrary?

22          MR. SCHUTZ:  I didn't need to, your Honor,

23 because in the court's pretrial order, under stipulations

24 and uncontested facts, which is in the subparagraph E,

25 subparagraph 4, it says Personal Audio, LLC, owns all

1800

1  right to and interest in the asserted patents.  The

2  parties stipulated to this, and your Honor signed that

3  order and entered it.

4          THE COURT:  Overruled, both of those motions.

5          Is there a reason you're trying to go back on

6  written stipulations?

7          MR. CORDELL:  It is, your Honor; and I

8  apologize.  I had not recalled that.  But the reality is

9  that that was --

10         THE COURT:  Well, when you stipulate, you

11  stipulate; and at the end of the trial or at JMOL time is

12  a little late to bring that up.

13         Okay.  What's your next one?

14         MR. CORDELL:  Well, if I could just finish

15  that --

16         THE COURT:  Go ahead.

17         MR. CORDELL:  -- thought, your Honor.  It was

18  before we deposed Mr. Logan and discovered some of these

19  deficiencies and the record evidence at trial has come

20  out in a way that we didn't expect, but that's the reason

21  for it.

22         MR. SCHUTZ:  Just a clarification on that,

23  your Honor.  I believe --

24         THE COURT:  Well, the stipulation was made.

25  We had a pretrial hearing.  There was plenty of time to

1 withdraw or deal with it.  There are any number of cases

2 saying you can't start changing up on your stipulations

3 at this time, especially to the very detrimental

4 prejudice of plaintiffs because obviously they're not

5 going to waste my time or the jury's time putting in

6 evidence of something that's stipulated.  The real issue

7 starts to become why precious time is being wasted making

8 motions contrary to stipulations.  But we'll deal with

9 that later.

10              Go ahead.  What are your other motions?

11              MR. CORDELL:  Thank you, your Honor.  Let me

12 get to the important ones.

13              Personal Audio has not proven indirect

14 infringement of the patents-in-suit in this case.  And

15 this I actually do think is part of the stipulations.

16 They have not alleged indirect infringement in the

17 pretrial order.  They have not adduced any evidence of

18 indirect infringement.  They have not addressed the

19 elements of indirect infringement.  Dr. Almeroth didn't

20 testify about indirect infringement; and, therefore, we

21 are entitled to judgment as a matter of law that there is

22 no inducement of contributory infringement in this case.

23              THE COURT:  If they didn't allege it, why

24 would I be granting judgment on it?

25              MR. CORDELL:  We're a little concerned, based

1802

1 on the way that some of the crosses have gone, that they

2 have been attempting to suggest that it might be

3 appropriate to the jury, for example, to allow the user

4 to be part of the infringement or things that are

5 downstream from the Apple iPod, other elements that are

6 not accused to be part of the infringement case.  And,

7 therefore, we do think it is appropriate that we have a

8 judgment as a matter of law on the indirect infringement

9 issue.

10          THE COURT:  Well, Mr. Schutz, did you

11 allege -- I don't recall you in the Final Pretrial Order

12 or anywhere along here alleging indirect infringement.

13 Am I wrong about that?

14          MR. SCHUTZ:  You're not, your Honor.  Again,

15 I'm not sure why that motion is being made.  Again, in

16 the pretrial order, under contested issues of fact and

17 law, it's whether Apple directly infringes the patents.

18          THE COURT:  All right.  I'm not going to issue

19 advisory opinions.  They haven't alleged that Mr. Logan

20 broke his leg, either, nor all kinds of other parade of

21 horribles that would be possible.

22          I will take that -- or take your motion into

23 consideration should there be some attempt to claim trial

24 by consent, for example; but as far as granting a JMOL on

25 something that's not in the case, I'm not going to do it

1  at this time.

2           MR. CORDELL:  Thank you, your Honor.

3           Now let's move to direct infringement.  And

4  I'd first like to begin with places where we believe

5  that, in fact, it relates to the indirect infringement

6  issue, issues with respect for which there has been no

7  evidence that is required in order to make out a direct

8  infringement allegation.  And, so, it is our position

9  that Personal Audio has not proven direct infringement of

10 the patents-in-suit, either of the two patents-in-suit by

11 Apple; and its expert, Dr. Almeroth, testified on

12 infringement and alleged that Apple's products infringe

13 merely because of their capability to perform certain

14 functions.  But he testified that he has not accused

15 Apple's *iTunes* product and he has not accused Apple's end

16 customers of direct infringement or in participation in

17 the direct infringement.

18          And this gets back to the last issue we talked

19 about with respect to indirect infringement; and

20 Mr. Schutz just acknowledged that they are not, in

21 fact --

22          THE COURT:  Well, let's get down to specifics.

23 Is this related to whether or not it's the communication

24 issue, whether or not that USB cable sends a

25 communication to download?

1    MR. CORDELL:  That actually gets into the

2  substance and the merits arguments that we'll make.

3    THE COURT:  That's -- well, is there any more

4  procedure to be dealt with?

5    MR. CORDELL:  Well, this is a quasi procedural

6  issue, your Honor, if I might just -- let me use an

7  example.  For example, they have not proven that as sold

8  by Apple, any of the products included playlists.  So,

9  the claims require that as sold -- or to infringe,

10  that -- it's their allegation that the selected audio

11  program segments or Selection_Records have to be on the

12  device.  But you've just heard Mr. Boettcher testify,

13  your Honor, that as sold, these products have no

14  playlists; they have no music.  And, therefore, they have

15  not adduced any evidence that as sold by Apple, that

16  these products have Selection_Records or selected audio

17  program segments.  There's no evidence to support that

18  contention; and, therefore, they cannot make out a direct

19  infringement case on that.

20    Number 2, they -- and that's true for the

21  '076 patent, both the selected audio program segments and

22  Selection_Records.  The same is true with respect to the

23  '178 claims that require there to be audio programs and

24  there are no audio programs, there are no songs sold with

25  the Apple iPod; therefore, they cannot make out a direct

1805

1  infringement case.  It's a legal defect in the --

2           THE COURT:  Okay.  And setting aside that

3  playlists and songs or whatever are not on there as sold,

4  wouldn't you agree that this last little bit of evidence

5  that came in on the -- actually through yourself -- when

6  you open up the box, the USB cable is there, the earbuds

7  are there and the directions say go to the Web, find out

8  how to use them, and the Web says use them -- are you

9  still pushing that one?

10          MR. CORDELL:  I am, your Honor, because if

11 that -- if they were going to rely on that evidence, what

12 they should have done is stood before you and said they

13 were arguing for an inducement case.  But they've just

14 confirmed that they are not arguing inducement.  And, so,

15 what they're confined to do is they're confined to argue

16 that the products themselves as sold infringe.

17          THE COURT:  All right.  I think the better

18 view of the law is when you sell everything together in a

19 box like that with instructions saying use it -- that

20 argument will have to be, I think, dealt with at a higher

21 court.  If they want to say that you can avoid

22 infringement by, oh, putting a little disk with a program

23 in together with a computer and then say, "Oh, they're

24 separate" -- that seems a little farfetched.  I'm going

25 to reserve my ruling on the motion.

1    Are there any other issues?  We've got the USB

2 cable not being attached, the --

3         MR. CORDELL:  Headphones.

4         THE COURT:  -- the headphones not being

5 attached, and the music or playlist not being on the iPod

6 itself.  The last one actually gives me more concern.

7 But are there any others?

8         MR. CORDELL:  There's one more; and that has

9 to do with the "repeat all" function, your Honor.  That's

10 relevant --

11         THE COURT:  Is that not on there?

12         MR. CORDELL:  It is a capability that the user

13 can enable; but as sold, it is not set.  So, again, it's

14 one of these things where the user has to become part of

15 the equation and they have to reconfigure the system.

16 So, as sold, the testimony was --

17         THE COURT:  And the reconfiguring consists of

18 pull up the menu and choose that, right?

19         MR. CORDELL:  Correct.  Correct.

20         THE COURT:  Okay.

21         MR. CORDELL:  That's claims --

22         THE COURT:  All right.  I'll reserve my ruling

23 on that.

24         MR. CORDELL:  Okay.  So, now let's get to the

25 infringement issues that actually were addressed by

1 Personal Audio.  And what I'd like to do, your Honor, is

2 to try to take the issues in the order that their expert,

3 Dr. Almeroth, addressed them.  And I've shared the

4 court's concern about the level of confusion; so, I'm

5 going to try to just take it the same stepwise that he

6 did.

7        THE COURT:  All right.

8        MR. CORDELL:  So, I'm going to begin with the

9 only product that he actually took the jury through,

10 which was, I believe, the iPod classic Generation 3.

11 I'll start with -- and he took the jury through

12 Generation 3 with respect to claim 1 of the '076 patent.

13        And in it, your Honor, he did not identify --

14 and plaintiffs have not identified any structure in the

15 accused products that contain the identical or equivalent

16 structure to several of the structures in the court's

17 claim construction.  So, I'd like to begin with the

18 "means for continually reproducing element."

19        And for that element Dr. Almeroth did not

20 address the limitation as a whole as instructed by

21 your Honor and create a proper comparison between the

22 corresponding structure and the accused structure.  In

23 the case of the --

24        THE COURT:  I'm sorry.  Tell me again the --

25 means for?

1          MR. CORDELL:  Continually reproducing.

2          THE COURT:  Okay.

3          MR. CORDELL:  This has to do with a codec chip

4 being equivalent to a sound card, your Honor.  He offered

5 conclusory opinions about whether or not they were

6 equivalent.  However, what the law says is very clear,

7 that equivalents is not a lesser-included offense to

8 infringement.  You have to adduce separate evidence.

9 There are separate prongs that have to be addressed, and

10 he simply did not do that.

11          Not a single time during Dr. Almeroth's

12 testimony did the words "function-way-result" part his

13 lips.  He did not address the traditional bases for

14 equivalents either under 112 ¶6 or the doctrine of

15 equivalents; and, so, his evidence is deficient on that

16 ground.

17          THE COURT:  And that's based on the idea of

18 what a -- the definition of a "sound card"?

19          MR. CORDELL:  Yes, your Honor.  And generally

20 he -- and I'm proving a negative here.  He simply didn't

21 address the equivalents of the accused structures.  I

22 don't mean to restrict it to just that.  My point here is

23 that --

24          THE COURT:  Well, I mean, I remember the

25 debate about is the chip a sound card, is the sound card

1809

1  a chip.  But the argument as to when the court uses the

2  words "sound card" -- would you agree that's somewhat

3  definitional?  He did say that a chip and a sound card

4  are interchangeable.  They're not even different

5  structures.  They're the same thing, just different names

6  for it, was the testimony I recall.  And for that matter,

7  I think that's in one of Mr. Heller's patents, where he

8  talks about the codec -- the sound from the codec thing.

9  I mean, that -- I'm a little concerned -- I mean, I

10  understand the argument about not deconstructing; but I

11  think that may be a little bit different than just using

12  a word that means the same thing as opposed to different

13  things.

14          MR. CORDELL:  Well, my argument goes a little

15  bit beyond that, your Honor, because he didn't point out,

16  for example, whether the differences between the codec

17  and the sound card were insubstantial.  Again it's --

18          THE COURT:  Well, if he says they're the same

19  thing, then by definition they're not insubstantial.

20  That's what I'm just saying.  I mean, if you call a dog a

21  "canine," it's the same thing.  And you can't sit there

22  and say, well, they didn't come up with a -- you know,

23  show how they were insubstantial.  It was a dog or a

24  canine.  If they're two different things, you may be

25  right.  But what I heard him say was they were the same

1  thing.  And, so, that's -- and to me, there is a

2  difference in that, in the deconstruction cases that I'm

3  familiar with.

4         MR. CORDELL:  I understand, your Honor.  I

5  think our view of the evidence is that he didn't say they

6  were the same thing.  He admitted that there were

7  differences.

8         THE COURT:  Okay.

9         MR. CORDELL:  And, so, we're put into the

10 rubric of him having to prove up equivalents using some

11 traditional test, function-way-result,

12 insubstantiality --

13        THE COURT:  All right.  I'll reserve my ruling

14 on that.

15        Is there anything else on that continuously

16 reproducing?  I remember the sound card argument.  Was

17 there some other part of that?

18        MR. CORDELL:  It also talks about going from

19 one Selection_Record in the sequencing file and resetting

20 the CurrentPlay variable.  He did not adduce specific

21 evidence as to those.  And I think, in his defense, he

22 was relying on the sound card at that point.  But we

23 would also point out that he should have addressed the

24 limitation as construed and should have done it very

25 directly and he failed to do that.

1        THE COURT:  Now, you're talking about in the

2   list -- what I have labeled as 3, "specifically the

3   algorithm includes" -- it's that third step or what?

4   Which one?

5        MR. CORDELL:  So, your Honor, in my book --

6   and I apologize if there is a pagination problem.  But at

7   the bottom of page 2 is the "means for continuously

8   reproducing" limitation.

9        THE COURT:  Right.

10       MR. CORDELL:  And the construction begins with

11  "a sound card that includes," and then there were a bunch

12  of characteristics that come along with it.  And to the

13  extent that he addressed anything, he addressed a naked

14  sound card.  He didn't address the rest of the court's

15  construction with respect to what that sound card must

16  include; and that is quite a bit, "a general purpose

17  computer programmed to perform" --

18       THE COURT:  Wait a minute.  It says "a sound

19  card that includes a digital-analog converter" -- okay.

20  I see what you're saying.  All right.  Go ahead.

21       MR. CORDELL:  Well, I guess the court is

22  correct.  There is a semicolon there, but I took that to

23  mean that it had to also include "a general purpose

24  computer programmed," et cetera.  And Dr. Almeroth did

25  not address the rest of the construction with respect to

1812

1  the "means for continuously reproducing" limitation.

2           THE COURT:  Okay.  Next?

3           MR. CORDELL:  Thank you, your Honor.  So, the

4  next one has to do with the "means responsive to said

5  first command" limitation, which I believe appears --

6           THE COURT:  Bottom of page 3.

7           MR. CORDELL:  Bottom of page 3.  Thank you,

8  your Honor.

9           Dr. Almeroth failed to identify and really

10  plaintiffs failed to identify any structure in the

11  accused products that contains the identical or

12  equivalent structure to the structure actually set forth

13  in the court's construction and, in particular, the

14  general purpose computer programmed to perform the

15  algorithm as set forth at the top of page 4, including

16  all three steps:  scanning forward in the sequencing file

17  to locate the next Selection_Record of the appropriate

18  LocType, resetting the CurrentPlay variable to the record

19  number of that Selection_Record, and fetching and playing

20  the program segment identified by the ProgramID.

21           THE COURT:  Now, is this where you're -- I

22  mean, just to get down to specifics, you're saying that

23  because Apple doesn't have LocType, he hasn't identified

24  a structure which uses that?

25           MR. CORDELL:  My point is a little broader

1  than that, but that's certainly part of it.  What he did

2  not do is he did not take this algorithm and put it up in

3  front of the jury and say, "Ladies and gentlemen, these

4  are its attributes; but I find something that is

5  equivalent in the Apple device."

6          What he said instead is, "Look, LocType

7  doesn't matter," that when you go to the next song,

8  you're going to go to the next song no matter.  So, you

9  don't have to do this algorithm; you don't have to

10  perform these three steps.

11          But, your Honor, that is not equivalents.

12  That is not the proper analysis under the law.  He's got

13  to have the specific evidence as to why the differences

14  are insubstantial, and he's got to link those back to the

15  accused structures.  He can't just make them in gross.

16          And, your Honor, there is one more aspect of

17  this; and I apologize about the complexity.  You just

18  heard Mr. Boettcher testify that the file, the thing that

19  they say is the Selection_Record, is located on the hard

20  disk.  And during playback, that's not accessed.

21  Instead, there are bits of information that are put into

22  memory; and that's what the processor uses.

23          So, a significant defect in Dr. Almeroth's

24  analysis is that, in fact, these Selection_Records as

25  they sit on the iPod are not accessed.  So, they have

1814

1  both an algorithmic problem in that he didn't prove it

2  up; and they have a data problem because he didn't show

3  that the iPod system actually looks at the thing they

4  call the "Selection_Record" during playback.

5           THE COURT:  Now, you're saying that his

6  testimony that he said the Selection_Records were in the

7  hard disk and actually the way the machine is -- the iPod

8  is working is everything is moved into RAM and that's how

9  it plays and it doesn't go back and access the hard

10 drive?

11          MR. CORDELL:  That's right.  They have said --

12 Personal Audio has said that the Selection_Record is that

13 Dulcimer database file on the hard drive.  And during

14 playback -- one of the reasons why this algorithm can't

15 happen is that during playback, the iPod doesn't go look

16 at that file at all.  It loads one time when you power it

17 up; and then during playback when you might press a

18 "skip" button, for example, when you press the "skip"

19 button, it only relies on the information that has been

20 loaded into memory.  It never goes back and accesses the

21 Selection_Record.

22          THE COURT:  And what do I do with the evidence

23 from your witness -- I can't remember if it was Boettcher

24 or the first one -- who says it actually goes back to the

25 hard drive every 20 minutes?

1815

1      MR. CORDELL:  If you read it carefully, your

2  Honor -- and it's probably my fault for not making this

3  clear.  He was talking about going back to the hard drive

4  for music, for music.  He was very clear that with

5  respect to the --

6      THE COURT:  Do you remember which person this

7  was?

8      MR. CORDELL:  This was Mr. Boettcher.

9      THE COURT:  It was Boettcher.  Okay.

10      MR. CORDELL:  Yes.

11      THE COURT:  I couldn't remember if it was him

12  or the first witness.

13      MR. CORDELL:  It was Mr. Boettcher, and he

14  said that you don't hit the hard drive to save power.

15  And what he was talking about is 20 minutes of music at

16  that point.  He was very clear that the Dulcimer database

17  is loaded once and only once when you power up the

18  machine.  And we actually looked at some of the code --

19      THE COURT:  Well, it's loaded on the hard

20  drive once; but the statement you're making here is it's

21  not accessed.  And I thought he said they go back to it,

22  as he put it "hit," every 20 minutes and that saves power

23  because there is enough on RAM to run the thing.

24      I'm --

25      MR. CORDELL:  It's my fault, your Honor.  I'm

 1  not being clear.

 2        THE COURT:  Okay.

 3        MR. CORDELL:  What is on the hard drive that's

 4  relevant to this is the Dulcimer database file.  And the

 5  Dulcimer database file is the thing that has information

 6  about the songs and the playlists and everything else.

 7  That is a file.  That's a file that he said takes a

 8  couple minutes to load, and there is a progress bar that

 9  goes across the top when they load that file into hot

10  memory off the disk.

11        Also on the disk are the song files.  So, each

12  song gets it on file on the disk.  When he talked about

13  the 20 minutes business, he was talking about retrieving

14  the songs.  He separately testified -- it was very

15  clear -- about the Dulcimer database being accessed once

16  and only once every time you reset the system.  He even

17  talked about how you reset the system.

18        And Dr. Almeroth admitted this on cross.  In

19  fact, I think it was your Honor's question, if you

20  recall, where you pressed the witness to tell you whether

21  or not when it was turned off, whether that file actually

22  disappeared.  And the reason why it disappeared and the

23  reason why that was relevant is that that's the

24  information that the system actually accesses as it's

25  skipping forward or skipping backward.

1        THE COURT:  Well, actually what I remember is

2   Mr. Stephens saying, no, it was all RAM and then we had

3   the later witnesses saying, no -- there was a little

4   confusion there.

5        All right.  I'll reserve my ruling on that,

6   unless you've got any more on that particular "means

7   responsive."

8        MR. CORDELL:  And obviously, your Honor, we

9   specifically would address the algorithm and the elements

10  in the algorithm and the fact that he did not take the

11  jury through the entirety, each of the steps, including

12  the Selection_Record and the LocType and the scanning.

13  Those were all missing from his analysis.

14        THE COURT:  So, your argument is unless an

15  expert testifies in a certain format, then that's not

16  sufficient evidence?

17        MR. CORDELL:  No.  I just didn't hear the

18  evidence.  I never heard him give particularized

19  testimony as to equivalents and then link it back to both

20  the patented structures and the accused devices.

21        THE COURT:  Okay.

22        MR. CORDELL:  It's not a lesser included

23  offense.

24        THE COURT:  All right.  What's next?

25        MR. CORDELL:  All right.  The next one, your

1818

1  Honor, is the "means for receiving" element; and this has

2  to do with the USB port.

3              THE COURT:  Okay.  So, on page 1 of what we

4  set out for the jury?

5              MR. CORDELL:  Yes.  Thank you, your Honor.

6              THE COURT:  Okay.

7              MR. CORDELL:  So, with respect to the "means

8  for receiving" element, your Honor, Dr. Almeroth again

9  failed to identify any structure in the accused products

10 that contains the identical or equivalent structure to

11 the structure actually identified in the court's claim

12 construction.  He only relied upon the infrared link for

13 connecting a local communications server linked to the

14 Internet.

15             The problem with that is that he didn't -- he

16 never did address whether or not a USB 2.0 is equivalent

17 to an infrared link, *per se*.  There was some general

18 discussion of USB, but he never addressed the actual 2.0

19 standard.

20             And more to the point, your Honor, 2.0, the

21 evidence is very clear, is after-arising technology.  And

22 again that's a topic that he did not address.

23             THE COURT:  You're saying that because -- it

24 sounds like in one argument you're trying to have your

25 cake and eat it, too, and argue it from both sides.  So,

1819

1  let's break it down.

2          You're saying, then, that his discussion of

3  the IrDA, the infrared connection, he didn't show or say

4  was equivalent to -- or equivalent structure to the USB

5  or, I guess, FireWire?

6          MR. CORDELL:  That's right, your Honor.

7          THE COURT:  Okay.

8          MR. CORDELL:  He did not do that.

9          THE COURT:  But, of course, he doesn't have to

10 say it all if they can bring it in through other

11 testimony such as through your own witnesses, correct?

12         MR. CORDELL:  Correct, your Honor; but they

13 did not adduce that evidence.  They attempted to adduce

14 other evidence -- but it's our position that they

15 haven't.  They attempted to adduce other evidence through

16 Mr. Heller and they showed him one of his patents and

17 said, "See there?  It says use you can use a wired

18 connection or alternatively you can use a wireless

19 connection."

20         He's got two problems there, your Honor,

21 Personal Audio does.  Number 1, Mr. Heller said,

22 point-blank, that he didn't know whether that wireless

23 included IrDA; and, in fact, I think he said on redirect

24 that it was generally considered to be a different --

25         THE COURT:  Well, I also recall him saying one

1820

1  of the differences between infrared and WiFi is that with

2  infrared you couldn't charge your player; and I'd be real

3  surprised if WiFi signals charge your player.

4          MR. CORDELL:  That would take one strong WiFi

5  signal, your Honor.

6          THE COURT:  So --

7          MR. CORDELL:  Wouldn't want to be too close to

8  it.

9          THE COURT:  Based on that statement of his,

10  I'm not so sure about the credibility of that particular

11  statement and when he was saying he didn't know or -- I

12  mean, that distinction there got a little bit weak as

13  soon as he said that one.  I'm not talking about all of

14  his testimony, but right in there he was obviously

15  confused.

16          So, what you're saying, though, as I

17  understand it, is that they failed to show that the IrDA,

18  the infrared, is not -- which they mentioned is not

19  equivalent to what you use or *vice versa*.

20          MR. CORDELL:  That's right.  And just to

21  address Mr. Heller's point, I think that the point he's

22  making is that they didn't consider it to be a substitute

23  that had insubstantial differences.  And he would have

24  probably said the same thing about 802.11 if we had asked

25  him.

1821

1          THE COURT:  Which is?

2          MR. CORDELL:  WiFi.

3          THE COURT:  Okay.

4          MR. CORDELL:  He would have said the same

5    thing about WiFi if we had asked him that because the

6    issue is whether it's a substitute with insubstantial

7    differences.  So, I think his *PowerPoint* is still valid.

8               But more than that, your Honor, the evidence

9    doesn't hold up IrDA and compare it to USB 2.  And one of

10   the things that they did with their evidence is they put

11   in a paper from 2000, this HP reference that we saw this

12   morning.  And they said, "Aha, look, there is IrDA that

13   operates at a higher speed."

14              But here is where they can't take advantage of

15   the date.  Here is where they can't say what we put into

16   the patent application is to be adjudged as of 2001 when

17   the patent issued because the words "IrDA" had a meaning

18   when it was filed in 1996 and that's what they're held

19   to.  They can look at structures and ask the question as

20   to whether or not they're equivalent in 2001, but they

21   don't get to promote their technology.

22              So, IrDA was as it was in 1996 when they filed

23   the patent application.  They don't get to take that slim

24   reference to infrared and say that we're going to take it

25   up through the years, through all the advancements and

1822

1  all the revisions that it went through, and make that the

2  structure that's in the patent.  That, they didn't do.

3  So, that's a problem with it.

4         THE COURT:  All right.

5         MR. CORDELL:  Then there's one more point on

6  that, your Honor.  And with respect to the patent they

7  relied on from Mr. Heller, that's in 2002, in June or

8  July of 2002.  That is about a year and a half removed --

9  or year and a quarter removed from the key date here in

10 March of 2001.

11        THE COURT:  All right.

12        MR. CORDELL:  As part of that limitation, your

13 Honor, can I pile on just one more?

14        THE COURT:  Sure.

15        MR. CORDELL:  The limitation says that you

16 have to derive data from the Internet.  It's not simply

17 that you have an infrared link or a means for receiving

18 and storing.  The entirety of the construction says a

19 conventional high-speed data modem and dialup driver,

20 et cetera, linked to an Internet service provider which

21 provides access to the Internet.

22        There has been zero evidence, zero evidence,

23 that anything that the iPods connect to is then in turn

24 connected to the Internet.  That simply hasn't been part

25 of their proof.  It's a significant defect, and this

1823

 1  limitation cannot stand.

 2          THE COURT:  Which gets to your overall

 3  argument that this was really a patent for bringing stuff

 4  down from the Internet to your radio -- or your player to

 5  use on your way to work.

 6          MR. CORDELL:  Correct, your Honor.  Correct.

 7  And it also shows up again -- I'm reminded -- in

 8  element 4 of the court's construction where it talks

 9  about an infrared link for connecting to a local

10  communications server computer linked to the Internet,

11  and that is the structure they pointed to for this

12  limitation.

13          THE COURT:  Okay.  All right.  Go ahead.

14          Would you go ahead and tell the jury that

15  lunch is probably going to take a little bit longer, so

16  they don't have to eat as fast?

17          COURT SECURITY OFFICER:  Yes, sir.

18          THE COURT:  My guess is it's probably going to

19  be, well, at least 1:15, maybe a little longer.

20          COURT SECURITY OFFICER:  Yes, sir.

21          THE COURT:  Go ahead.

22          MR. CORDELL:  Thank you, your Honor.

23          And then just one last point on that one, your

24  Honor, I'm reminded.  They also did not point to any

25  source code or any specific characteristic of the iPod

1824

1 that specially adapted the means for receiving.  They

2 point to a generic port.  They say, look, there is a port

3 on the iPod that could be used for all of these various

4 things.  It could be connected to computers.  It could

5 be -- there's lots of "could be's" in their proof; but

6 they put in zero --

7          THE COURT:  Wait a minute.  Where are you --

8          MR. CORDELL:  I'm still on the "means for

9 receiving."  I'm sorry, your Honor.

10          THE COURT:  Okay.  And...

11          MR. CORDELL:  The point is they point to a

12 port on the iPod, and they say, "Aha.  Look.  There is a

13 port that could be connected to a cable or an infrared

14 device and could be connected to a computer and could be

15 connected" -- there are a lot of "could be's."  But

16 they've put in no evidence to support the notion that

17 that port is in any way specially adapted for that

18 purpose.  There has been no evidence, no source code or

19 any other evidence to suggest that the port on an iPod is

20 specially adapted in the way the claims require.

21          So, what they are relying on is a generic port

22 and they're saying because these things are theoretically

23 impossible, there must be infringement and that's

24 improper.

25          THE COURT:  Okay.

1825

1        MR. CORDELL:  With respect to the accepting

2  control commands element, which is on page 2, the

3  testimony was, in fact, that the buttons on the iPod are

4  a keyboard.  But, again, there was no evidence with

5  respect to equivalents.  There was nothing to suggest the

6  function-way-result analyses was satisfied.  There was

7  nothing to say that the differences were insubstantial.

8  And, therefore, we move for judgment on that basis as

9  well.

10        THE COURT:  I will overrule that.  Almeroth's

11  testimony, I think, was fairly clear and direct about the

12  buttons being equivalent; and it didn't have to be all of

13  those structures.  It just had to be one of them, a

14  keyboard.  So, I'm going to overrule that motion.

15        MR. CORDELL:  Thank you, your Honor.

16        The "means for storing" element, which is on

17  the first page.

18        THE COURT:  Okay.

19        MR. CORDELL:  And the issue here, your Honor,

20  is whether a hard disk drive is the equivalent of some

21  kind of silicon-based memory.  And, again, we believe

22  that plaintiffs have not put in evidence as to the

23  precise proof required in order to make out equivalents.

24  They haven't shown us function, way, and result.  They

25  haven't argued the insubstantial differences.  They have

1  no evidence of the insubstantial differences.  It's got

2  to be particularized with the linking argument, and it's

3  not there.

4        THE COURT:  Well, wait a minute.  They don't

5  have to get into equivalents if they show a data storage

6  system consisting of both high-speed RAM storage and

7  persistent mass storage.  Why do they have to get

8  equivalents if they show what -- if they identify what

9  the structure is?

10        MR. CORDELL:  I'm presenting this badly, your

11  Honor.  I apologize.

12        THE COURT:  Okay.

13        MR. CORDELL:  What I'm actually asking for

14  judgment on is on the flash-based devices.  They haven't

15  shown the equivalents of a hard drive to a flash-based

16  device.

17        THE COURT:  Which are which ones?

18        MR. CORDELL:  All the nanos, your Honor.

19        THE COURT:  So, you're saying the flash-based

20  devices -- is this the NAND storage --

21        MR. CORDELL:  Yes, your Honor.

22        THE COURT:  -- argument?

23        MR. CORDELL:  Yes.  They employ NAND flash

24  instead of a hard disk.

25        THE COURT:  I thought that question came up

1827

1    about NAND being persistent.  It doesn't have to be a

2    disk.  It just says "persistent mass storage such as

3    magnetic disks."  But if NAND is a persistent mass

4    storage device, I'm not sure why that isn't actually

5    identified as stated.  It's not an equivalent structure;

6    it is the structure.  And I thought we went through that.

7             MR. CORDELL:  I do recall testimony that NAND

8    was, in fact, persistent, your Honor.

9             THE COURT:  Okay.  I'll go ahead and overrule

10   that particular part of the motion, then.

11            MR. CORDELL:  With respect to the doctrine of

12   equivalents, your Honor, we move for judgment as a matter

13   of law that Personal Audio has not adduced any evidence

14   with respect to DOE for any of the '076 claims.

15            Dr. Almeroth, I believe, admitted that he was

16   not relying on DOE for any of the '076.

17            THE COURT:  Is that correct, Mr. Schutz, or

18   Mr. --

19            MR. HOLDREITH:  Yes, sir.  We are not

20   asserting a doctrine of equivalents for the '076.

21            THE COURT:  Okay.

22            MR. HOLDREITH:  As opposed to structural

23   equivalents, of course.

24            THE COURT:  Okay.  So, there will be no DOE

25   question on claim terms -- or claims of the '076 patent.

1        MR. CORDELL:  And now, your Honor, I'd like to

2   turn to the sufficiency of the evidence with respect to

3   the iPod classic -- I'm sorry -- all of the products with

4   the exception of the iPod classic Generation 3 for

5   claim 1 of the '076 patent.

6        And here, if the court recalls, Dr. Almeroth

7   took the jury through the iPod classic Generation 3; and

8   he addressed many of the limitations at least of claim 1

9   of the '076 patent.  He then simply said, "The rest of

10  the products behave in the same way."

11       We believe that that evidence is insufficient

12  to support a judgment that the rest of the products

13  infringe.  In particular, Dr. Almeroth failed to identify

14  any structure in the accused products that contains the

15  identical or equivalent structure to the entirety of the

16  court's claim construction, for example, the means for

17  storing.  And that's a significant defect when we get to

18  the iPod nano because he didn't specifically address the

19  equivalents of the flash storage with respect to the

20  means for storing element.

21       THE COURT:  Well, as to that last, I'll

22  overrule that on the same basis because he did bring up

23  the NAND and that was persistent storage.  I think you

24  just agreed with that one.

25       As far as his presentation, the way he did it

1829

1  going through and identifying the exhibits which

2  pertained to the other devices, I'm going to overrule

3  that JMOL on that being insufficient evidence.  It

4  obviously may be something the jury will consider when

5  they're deciding.  I think if they believed him and they

6  look at the documents that were put in evidence, there is

7  a basis there to support his opinion; but that's really

8  more -- what you're talking about really goes more to

9  weight than insufficiency.  So, I'll overrule that.

10             MR. CORDELL:  And, your Honor, could I also

11  make the same motion with respect to those elements not

12  specifically addressed with respect to products other

13  than the classic Generation 3 with respect to any

14  equivalents showing under means-plus-function?

15             Dr. Almeroth -- and we'll, of course --

16             THE COURT:  You're talking about structural

17  equivalents?

18             MR. CORDELL:  Structural equivalents.  Thank

19  you, your Honor.

20             Personal Audio adduced no evidence as to the

21  function-way-result or the insubstantiality of the

22  differences between all of these other products and their

23  structures and the claim construction requiring a

24  particular structure and its equivalents.

25             THE COURT:  Okay.  I think that will rise or

1830

1  fall on these other particular motions you've made as to

2  the means-plus-function -- in other words, you've gone

3  through several of them individually, pointed out "He

4  didn't point out this, he didn't establish that."  I

5  think they all rise and fall together rather than just as

6  in a group, for those same reasons in terms of the way

7  they did it.

8           Given -- or keeping in mind the time

9  limitations I'm putting on both sides and keeping in mind

10 the way -- and the evidence did come in.  I disagree -- I

11 mean, if, for example, I agree with you on some of the

12 other individual means-plus-function, then I think that

13 applies to all of them.  They rise or fall on that, not

14 on just a generic "the other ones go because they weren't

15 there."

16          I think there was enough there.  If the jury

17 believes him, if they accept that evidence, it's there.

18 Although, all of that is subject to all of my rulings on

19 these other ones that I said I'd reserve a ruling on.

20          MR. CORDELL:  Your Honor, could I have an

21 understanding that I have made that motion with respect

22 to each of those elements for each of the accused product

23 groupings so that I don't have to go through them one at

24 a time?  And that motion --

25          THE COURT:  Yes.  In other words, when you're

1831

1 pointing out that he failed, for example, to identify a

2 structure -- the ones we've just gone through, yes, I

3 take that as applying to the groups of accused products.

4          MR. CORDELL:  Thank you, your Honor.

5          And the only additional argument is that he

6 failed to offer that specific testimony on equivalents

7 with particularized emphasis on function-way-result,

8 insubstantiality differences, or some other test.

9          THE COURT:  Well, to the extent you've pointed

10 out particular items, I will -- I've already said I'll

11 take that under advisement.

12          MR. CORDELL:  Thank you.

13          THE COURT:  But in terms of some broad, "Oh,

14 here's another one that we think about now on appeal,"

15 the whole point of this is -- and I think just to protect

16 your record on appeal, you have to state it.  You run a

17 great risk if you fail to state it so --

18          MR. CORDELL:  So, I --

19          THE COURT:  In other words, I'm going to

20 say -- all right.  Just to be clear, you've made

21 arguments on any number of these means-plus-function

22 elements.  You went through a number of them and you've

23 cited the specific deficiencies and I will take that as

24 applying to each of the accused products, not just one of

25 them.

1       So, if I rule with you as to the classic, I

2  think it applies to all of them -- the same arguments

3  apply to all of them.  I suppose I wouldn't necessarily,

4  based on the evidence, agree on each one; but your

5  argument is there.

6       But to just say in general, "He didn't meet

7  the requirements of proving means-plus-function as to all

8  of these but I'm just not going to tell you exactly which

9  elements he missed, we'll bring that up when we get our

10  great appellate lawyers who have weeks and months to

11  think about it," that's not proper because technically

12  they get to reopen if some glaring deficiency was brought

13  up.

14       MR. CORDELL:  But my understanding of the

15  court's ruling is that to the extent that I have raised a

16  limitation and pointed out a deficiency in their proof as

17  to that limitation, if that limitation applies in several

18  claims and across several products, I will have been

19  deemed to have raised the argument for those claims and

20  those products.

21       THE COURT:  Well, to the extent that you've

22  got a dependent claim, then it goes back to one.  But the

23  fact, for example, you have the means for receiving --

24  well, that's in claims 1 and 3.  So, yes, it would apply

25  to both claims 1 and 3, as we see on this chart.  You

1    know, on page 1, for example, there is the "means for

2    receiving and storing a file of data establishing a

3    sequence."

4              We find that in the '076 patent claims 1 and

5    3.  My ruling would then apply to that as used in both

6    places.  But if, for example, similar words were used in

7    some other claim -- and I don't know why it wouldn't be

8    on the chart; but, I mean, I'm not going to go search for

9    it.  It's as set out on the chart.

10             MR. CORDELL:  That's right, your Honor; and

11   that's my intention.  I just don't want to repeat it for

12   each of the claims.

13             THE COURT:  No.  No, no.  Your arguments I

14   take as applying to the claims as set out in the chart.

15   When you're talking about that means-plus-function, the

16   chart shows it applies to claims 1 and 3.  I take it

17   you're raising that as to claims 1 and 3.

18             MR. CORDELL:  Thank you, your Honor.

19             May I have just one second?

20             Your Honor, staying with the '076 patent,

21   there are a couple claims that are slightly different

22   so --

23             THE COURT:  All right.

24             MR. CORDELL:  They've alleged infringement of

25   claim 3 and claim 15.  And, again, it is our position

1834

1  that plaintiffs have failed to put on sufficient evidence

2  to carry the burden of infringement on these claims.  And

3  again --

4           THE COURT:  Okay.  And as we've noted, you've

5  already made some attacks on claim 3 because we've seen

6  that on some of the ones you've covered.  If there are

7  some other attacks on claim 3, set them out.

8           MR. CORDELL:  They are consistent, your Honor.

9  It's the -- the limitations, however, are phrased

10 slightly differently.  So, it's "processing means

11 responsive to a first one of said control commands."

12          THE COURT:  Where is --

13          MR. CORDELL:  It's back on page 6.

14          THE COURT:  Okay.  And this applies to

15 claim 15?

16          MR. CORDELL:  Yes, your Honor.

17          THE COURT:  Okay.  Go ahead.

18          MR. CORDELL:  And it is, in fact, a different

19 statement of a very similar structure; so, we would make

20 the same motion that, in fact, plaintiffs have failed to

21 adduce evidence and provide particularized evidence or

22 testimony in linking back to any equivalents for the

23 processing "means" limitation for the "means responsive

24 to two consecutive ones of said control commands"

25 limitation.

Case 9:09-cv-00111-RC   Document 539   Filed 09/13/11   Page 186 of 422 PageID #:  41923
Jury Trial, Volume 6

1835

            THE COURT:  What is it you're thinking was not

specifically identified?  I mean, keep in mind he doesn't

have to do an equivalent structure if he shows it's

actually there present in the iPod.  What is it that

you're saying was missing?

            MR. CORDELL:  In the processing means, your

Honor?

            THE COURT:  As to that limitation, right.

            MR. CORDELL:  So, the bottom of page 6 -- it's

actually very similar to the one that we covered earlier

in that it requires a general purpose computer programmed

to perform the algorithms set forth at the top of page 7,

which includes scanning forward in the sequencing file to

locate the next Selection_Record --

            THE COURT:  Wait a minute.  I'm looking at the

definition.  I'm not seeing the "computer" on this

processing means.

            MR. CORDELL:  There are two processing means,

your Honor.  This is the one at the bottom.

            THE COURT:  Oh, okay.

            MR. CORDELL:  Sorry.

            THE COURT:  All right.  Okay.  And what is

it -- tell me again what it is you're saying that he did

not -- that was not identified in the -- the limitation

or the part of the limitation that was not identified in

Christina L. Bickham, RMR, CRR
409/654-2891

1    the accused products.

2            MR. CORDELL:  The plaintiffs have failed to

3    adduce any evidence as to the presence or equivalents of

4    the general purpose computer programmed to perform the

5    algorithm the court identifies at the top of page 7.

6            THE COURT:  Okay.  So, you're saying that

7    what's in there is not a general purpose computer, what's

8    in the iPod would not be considered a general purpose

9    computer.

10           MR. CORDELL:  Programmed with the algorithm

11   that --

12           THE COURT:  Well, there's two parts.  First of

13   all, I want to know if there is a computer; and then I

14   want to know if you're talking about the program.

15           MR. CORDELL:  We don't contest that there is a

16   general purpose processor.  We might quibble about

17   computer but --

18           THE COURT:  Okay.  So, what we're talking

19   about is that it has this algorithm.

20           MR. CORDELL:  Correct.

21           THE COURT:  Okay.

22           MR. CORDELL:  And again it's the same

23   arguments that I made earlier.  Plaintiffs did not take

24   that limitation as a whole and then adduce any

25   differences or similarities to the Apple structures.

1837

1 They didn't have function-way-result test.  They didn't

2 suggest anything about the substantiality of the

3 differences.  All they did was to say it doesn't matter

4 if you don't have a Selection_Record with an appropriate

5 LocType.

6          THE COURT:  All right.  And that's back to

7 Figure 5 where basically Dr. Almeroth said since they're

8 all the same, they just go on to the next one because it

9 doesn't have to go through that more complex formula?

10          MR. CORDELL:  Correct.  You don't have to do

11 the three steps at the bottom of the --

12          THE COURT:  Okay.  I will reserve my ruling on

13 that.

14          MR. CORDELL:  And the same argument here, your

15 Honor, is -- and I don't want to spit it out completely

16 again if I can avoid it.  But it is this notion that

17 there is no access of a Selection_Record doing playback.

18 So, the Selection_Record that plaintiffs say exists on

19 the iPod is that Dulcimer or sequel database that sits on

20 the disk; and they haven't adduced any evidence that that

21 is actually accessed during playback.

22          THE COURT:  Okay.  Does that cover that one?

23          MR. CORDELL:  It does, your Honor.

24          THE COURT:  I'll reserve my ruling on that

25 one.

1838

 1          MR. CORDELL:  The "means responsive to two

 2   consecutive ones of said control commands," which is on

 3   page 5 -- and that's the part of it that applies to

 4   claim 3.  Again, the arguments here --

 5          THE COURT:  Wait, wait.  Okay.  So, we're back

 6   to page 5, looking at patent claim 3.  Go ahead.

 7          MR. CORDELL:  Yes.  I apologize.

 8          And again the argument is that the specific

 9   structure that the court set out here was never addressed

10   by Dr. Almeroth or any witness on behalf of plaintiffs.

11   There was no evidence adduced as to the equivalents,

12   function-way-result, alleged insubstantiality of

13   differences between what is set forth here in the court's

14   claim construction and the structures in the iPod

15   products.

16          THE COURT:  All right.  I'll reserve my ruling

17   on that.

18          MR. CORDELL:  Okay.  Going now to the court's

19   claim construction for "means for accepting control

20   commands," which is on page 2.

21          THE COURT:  Okay.

22          MR. CORDELL:  One moment, your Honor.

23          THE COURT:  I thought we went through that

24   once, and I thought I overruled it.

25          MR. CORDELL:  We have been through it, your

1839

1  Honor.  I can't recall your ruling, but I'll go on.

2        I'd now like to address the "processing means

3  for translating" element on page 6.  This is in claim 15.

4        THE COURT:  All right.

5        MR. CORDELL:  And the construction here is "a

6  sound card that includes the digital-to-analog converter

7  and directs the converted analog audio signals to

8  headphones or one or more speakers."  Again, it is our

9  position, your Honor, that plaintiffs did not adduce

10  sufficient evidence to prove that the codec in the Apple

11  products is the equivalent of a sound card, with all of

12  the features that it lists.

13        THE COURT:  All right.  What's next?  I'll

14  reserve my ruling on that.

15        MR. CORDELL:  Thank you.

16        I'd like to move to the '178 patent.

17        THE COURT:  Okay.

18        MR. CORDELL:  And here, your Honor, it's our

19  understanding the court has already rendered judgment as

20  to literal infringement; so, I will reserve any motions

21  on that issue.

22        THE COURT:  Okay.

23        MR. CORDELL:  Your Honor, I'm advised that out

24  of an abundance of caution I'd like to make a motion on

25  literal infringement for the reasons set forth in our

1 motion for summary judgment. We would renew that as a

2 motion *in limine [sic]*, including the differences --

3         THE COURT: Motion *in limine*?

4         MR. CORDELL: I'm sorry. A JMOL, your

5 Honor -- thank you -- under Rule 50.

6         THE COURT: But I've already granted that in

7 the summary judgment, right?

8         MR. CORDELL: Yes.

9         THE COURT: Okay. My ruling stands on that.

10         MR. CORDELL: And we also have additional

11 arguments that we've made with respect to some of these

12 limitations that we identify with respect to the

13 '076 patent, for example, the "processor for continuously

14 delivering" element is similar to --

15         THE COURT: Well, let's -- okay. Before we

16 get too confused, you're going through judgments -- or

17 JMOL. You're on the '178 patent. I'm not going to go

18 revisit all of my motions for summary judgment -- or

19 orders on those. So, where are we on the '178 patent

20 JMOL?

21         MR. CORDELL: I think I've got my legs now,

22 your Honor.

23         THE COURT: Okay.

24         MR. CORDELL: We're on the processing means --

25 I do need to make additional motions with respect to the

1  '178.

2          THE COURT:  Right.  That's where we're at, the

3  '178.

4          MR. CORDELL:  So, I'd like to begin with the

5  "processor for continuously delivering" element, which

6  appears on page 9 of the jury notebook set of

7  instructions.

8          THE COURT:  Go ahead.

9          MR. CORDELL:  And here again, your Honor, it's

10  very similar to the one that we've covered before.  The

11  court construed this as a structure that had a sound card

12  and a general purpose computer programmed to perform the

13  algorithm that bridges pages 9 and 10, and we believe

14  there has been no evidence of that.  There's been no

15  evidence of its equivalents, particularly with respect to

16  any particularized evidence and linking argument to

17  support equivalents under either --

18          THE COURT:  And again this might depend upon

19  if the "sound card" means "a chip" or "a chip" means "a

20  sound card."  We're not really talking about equivalents;

21  we're just talking about words meaning the same thing,

22  right?

23          MR. CORDELL:  That is one of the

24  possibilities, your Honor.

25          THE COURT:  Okay.  I'll reserve my ruling on

1  that.

2          MR. CORDELL:  All right.  And then the

3  construction of "in response to a second one of said

4  control commands" which appears --

5          THE COURT:  Page 13?

6          MR. CORDELL:  Thank you, your Honor.

7          And we believe that, again, the structure set

8  forth by the court, in particular the general purpose

9  computer programmed to perform the algorithms set forth

10  in the construction, were not addressed by plaintiffs.

11          THE COURT:  And again you're not saying that

12  there is not a processor or general purpose computer.

13  You're just saying that the algorithm is not there,

14  right?

15          MR. CORDELL:  Correct.

16          THE COURT:  Okay.  And I'll reserve my ruling

17  on that.

18          MR. CORDELL:  Okay.  Also the --

19          THE COURT:  And is the part of the algorithm

20  you're saying that's missing the fact that the Apple

21  products don't use the LocType and you don't believe that

22  he's identified a proper equivalents by just basically

23  saying it just moves forward?

24          MR. CORDELL:  It's the entirety of the

25  algorithm, your Honor.  I think the court's instruction

1843

1  on this was actually helpful because we need to focus on

2  the whole algorithm.  And when we focus on the whole

3  algorithm, it's not just the lack of a Selection_Record

4  with a LocType.  We're missing the process of scanning

5  forward.  There needs to be a mechanism to do that scan.

6  You need to scan forward to look for those specific data

7  items, the scanning record and the LocType.

8            THE COURT:  Which you are saying is not

9  present in the Apple products?

10           MR. CORDELL:  It is not present in the Apple

11 products.  I think Dr. Almeroth admitted they're not

12 there.

13           But it's more than that, your Honor.  It goes

14 on to -- you have to reset the CurrentPlay variable to

15 the record number of the Selection_Record you find as a

16 result of the scanning process.

17           You then have to fetch the audio program

18 identified by a ProgramID that you found as a result of

19 that scanning process.

20           So, the entirety of that algorithm is just --

21 is wholly silent in this record; and they didn't prove it

22 up either literally or as an equivalent.

23           THE COURT:  Okay.

24           MR. CORDELL:  And again the same memory

25 argument applies here, your Honor, because the data that

1844

1  Personal Audio says is being used for this process is not

2  in a file.  It's not on the disk -- I'm sorry.  It's in

3  main memory; and they never go back to the file, to the

4  sequencing file that they have alleged, in order to

5  accomplish this process.

6          I would also like to raise the third element

7  in that same construction, your Honor, which is -- and

8  it's C on page 14.

9          THE COURT:  C?

10          MR. CORDELL:  Yes.  The second one was

11  Number B on page 13.

12          THE COURT:  Oh, okay.  All right.  Go ahead.

13          MR. CORDELL:  And then C on page 13.  And

14  again the construction is very specific.  There is a

15  specific algorithm that's set forth and including a

16  general purpose computer programmed with the algorithm

17  set forth on page 14.

18          THE COURT:  Again you're attacking -- or --

19  the algorithm, not the general purpose computer?

20          MR. CORDELL:  Correct, your Honor.

21          THE COURT:  What part of the algorithm is it

22  that you're saying is not --

23          MR. CORDELL:  You know, they did this in terms

24  of -- I believe their evidence on this particular element

25  was functional.  They simply said, well, it has these

1845

1   functions; therefore, the algorithm must be as such.  And

2   we heard no particularized testimony about the algorithm

3   in the Apple iPods being the equivalent or being

4   insubstantially different or function, way, and result

5   test there.

6              THE COURT:  Okay.  All right.  I'll reserve my

7   ruling on that.

8              MR. CORDELL:  Thank you, your Honor.

9              We would now like to move with respect to --

10  we'd like to move for judgment as a matter of law with

11  respect to the doctrine of equivalents on the '178 patent

12  for claims 1, 6, 13, and 14 for all accused products.

13             THE COURT:  Isn't that all claims?

14             MR. CORDELL:  It is, your Honor; and I

15  believe --

16             THE COURT:  Okay.  All claims, all products?

17             MR. CORDELL:  Yes, your Honor.  Thank you.

18             I believe that Personal Audio has restricted

19  itself to arguing equivalents only on the communications

20  port limitation, and therefore we're entitled to judgment

21  as to all other limitations as being not subject to the

22  doctrine of equivalents.

23             THE COURT:  Well, how do I -- I mean, I may be

24  getting tired; but I thought the question would be do you

25  find the claim is infringed under the doctrine of

1 equivalents, not are the elements done by doctrine of

2 equivalents.

3          MR. CORDELL:  Well, I think what's proper,

4 though, your Honor, is they have to actually identify the

5 element and then they have to tell us -- offer the jury

6 some specific evidence as to that element and then why

7 it's equivalent.  I actually had a case a couple of years

8 ago and it was in front of Judge Folsom and he actually

9 put out a verdict form that had the jury identify the

10 element that was subject to equivalents and then they had

11 to fill in the structure that they believed was the

12 equivalent and it --

13          THE COURT:  Well, wait, wait, wait, wait.

14 Doctrine of equivalents versus structural equivalents.

15 Your motion, as I understood it, was on doctrine of

16 equivalents.

17          MR. CORDELL:  It is.

18          THE COURT:  Okay.  The jury form on structure

19 is a little bit different than doctrine, isn't it?

20          MR. CORDELL:  Well, it could be.  It could be.

21 But my suggestion is that actually in this case it

22 wouldn't be because what's required is that the jury has

23 to -- we have to be talking about an element.  Whether

24 it's 112 ¶6 or DOE, there is a claim element there; and

25 then we have to have an equivalent for that element.  And

1847

1  the rules for finding that equivalent are different

2  depending on which path you take.  But in all cases,

3  there is an element; and then there is an equivalent.

4         And one of the fictions, one of the problems

5  in the way we normally do these cases when we put a

6  general interrogatory out to the jury is that the jury

7  will either find infringement or won't find infringement

8  and then we're up at the Court of Appeals trying to

9  deduce what happened and it makes for an opportunity for

10  remand when you wouldn't necessarily need one.  And I

11  think the thinking behind --

12         THE COURT:  Well, no.  They're going to be

13  asked whether it's infringement literal, and they're

14  going to have a separate one on equivalents.  I'm not

15  going to be as general as you're suggesting.

16         MR. CORDELL:  Well, I think that in this

17  particular case -- it was the Paice/Toyota litigation --

18  your Honor, they took it one step further and for

19  equivalents the jury had to identify -- which meant the

20  plaintiff in closing, which was me at that time -- had to

21  identify what the element was we were arguing equivalents

22  for and then the jury was asked to supply the structure

23  that was the equivalents so that then we could review --

24  the court could review whether there was substantial

25  evidence to support --

1848

1           THE COURT:  Okay.

2           MR. CORDELL:  -- that equivalents finding.

3           THE COURT:  We may -- if you can draft a jury

4    charge that makes some sense, I'll consider it; but I'm

5    not seeing how that's a JMOL issue.

6           MR. CORDELL:  Well, so, the JMOL issue here is

7    that we are entitled to JMOL on all elements other than

8    the communications port limitation because that's the

9    only element for which they have adduced any evidence

10   with respect to the doctrine of equivalents.

11          THE COURT:  Let me ask Mr. Schutz, then.  I

12   have a note here that he did talk about that one under

13   doctrine of equivalents and I don't have a similar note

14   everywhere else.  Do I have at least that much correct?

15          MR. SCHUTZ:  Yes, your Honor.

16          THE COURT:  Okay.  I'm not going to grant at

17   this point JMOL on individual elements under the doctrine

18   of equivalents.  It might be that a doctrine of

19   equivalents question is only asked on claims 1, 6, and 13

20   since that's the one that's there.  But your other

21   suggestion, I think, appears to me to be a jury charge --

22   keeping in mind this jury instruction and verdict form is

23   already going to be pretty complicated.  I mean, if you

24   can come up with something logical, and especially if

25   Mr. Schutz and his team agree, I'll certainly consider

1849

1  that.

2           MR. CORDELL:  Thank you.

3           THE COURT:  Okay.  What else then --

4           MR. CORDELL:  So, just quickly addressing the

5  one DOE element that they did raise, the communications

6  port limitation, we challenge the sufficiency of the

7  evidence on that.  Again, there was no

8  function-way-result analysis.  There was no

9  insubstantiality of difference.  There was no

10 particularized evidence that was adduced as to those --

11 the elements of equivalents; and, therefore, we believe

12 that judgment as a matter of law is appropriate.

13          We also would renew our request, your Honor,

14 that pursuant to *Festo*, that Personal Audio be denied any

15 range of equivalents with respect to the communications

16 port limitation because of prosecution history estoppel.

17          THE COURT:  All right.  As to the second one,

18 I'll deny that.  I've already granted judgment on that.

19 I'm not going to -- I haven't seen a basis to change.

20          On the request, just to be sure I understand

21 your argument, what you're talking about is you're saying

22 specifically -- so that we can actually know what is in

23 the record.  You're saying specifically that hooking up

24 the USB cable is not a request as I have defined that,

25 i.e., a communication to initiate the transfer?

1          In other words -- that's what we're talking

2    about?

3          MR. CORDELL:  That's what we're talking about,

4    your Honor.

5          THE COURT:  Okay.

6          MR. CORDELL:  I think they've admitted that

7    that's not literal so --

8          THE COURT:  Right.  And what you're saying is

9    that the fact that the USB cable hooks up and says, "Here

10   I am" -- or, in effect, sends out some kind of a "here is

11   a device" signal -- is not a communication to initiate

12   the transfer, right?

13         MR. CORDELL:  Correct, your Honor.  And it

14   doesn't result in any transfer.  The court's construction

15   actually had a clarifying line just after the

16   construction itself that said that a mere -- you know, a

17   mere "Hey, how you doing" communication is not

18   sufficient; and that's been the entirety of their

19   evidence.  They only have evidence that there is a USB

20   communication that's established.  There is nothing in

21   this record to suggest that that USB communication is

22   what initiates the transfer of information and certainly

23   no equivalents evidence as to that.

24         THE COURT:  Okay.  And, Mr. Schutz, what

25   should I look at from your point of view if you want me

1  to write the order denying that?  What do I look at?

2  What do I cite?

3          MR. SCHUTZ:  I'll defer to Mr. Holdreith on

4  that.

5          THE COURT:  Okay.

6          MR. HOLDREITH:  Yes, your Honor.  And just a

7  little guidance, if you're specifically thinking about

8  the law or the transcript or both.

9          THE COURT:  I'm thinking about the facts.

10 I've defined this as a "request" means "a communication

11 to initiate the transfer."  I've seen in the record that

12 they hook up the USB -- or you could hook up the USB

13 cable.  I think it's been pretty well established that

14 there is a voltage drop.  The computer knows now that the

15 player is attached and *iTunes* then goes ahead and starts

16 to download.  I believe there's been testimony that it

17 has to be able to distinguish between a player wanting

18 music and a player wanting movies.  But if you were

19 drafting the order for me, what parts of the transcript

20 or which pieces of evidence do I include in there or

21 would you suggest I include in there to say, "Oh, yes,

22 this is, in fact, a communication to initiate transfer"?

23         MR. HOLDREITH:  Yes, sir.  So, Dr. Almeroth's

24 testimony is one of the things we're relying on; and he

25 testified about that.  I'm not sure if I have

1852

1  comprehensive cites.  We just went through this last

2  night.  But it's around page 954 of the transcript --

3            THE COURT:  Okay.

4            MR. HOLDREITH:  -- and it runs through about

5  page 964, I believe.

6            THE COURT:  Okay.

7            MR. HOLDREITH:  There's also some further

8  testimony on that point at about page 1358 of the

9  transcript as well.

10            The evidence that Dr. Almeroth adduced on that

11  point is that --

12            THE COURT:  Well, if you just give me the page

13  citations, I can look at those.

14            MR. HOLDREITH:  Yes, sir.

15            THE COURT:  So, I've got page 1358.  What

16  else?

17            MR. HOLDREITH:  I believe those were the pages

18  that we are primarily indicating to the court.

19            And then there is, your Honor, some evidence

20  in that IrDA article, "IrDA:  Past, Present, and Future."

21  And I apologize.  I think it's Plaintiff's Exhibit 346,

22  but I might have that one wrong.

23            I believe Dr. Almeroth testified that there is

24  some discussion of a request over IrDA and what that

25  means with reference to that exhibit.  I can elaborate if

1  the court wishes, but those are the record cites.

2           THE COURT:  And, so, nobody else but

3  Dr. Almeroth?

4           MR. HOLDREITH:  That is the evidence we're

5  relying on, your Honor.

6           THE COURT:  Okay.  I'm going to reserve my

7  ruling on that.

8           MR. CORDELL:  Thank you, your Honor.

9           We believe that Apple's entitled to judgment

10 as a matter of law that Personal Audio has not proven a

11 priority date before the filing -- before October 2nd,

12 1996.

13          THE COURT:  Is there any attempt to go more

14 than a year prior to filing date?

15          MR. SCHUTZ:  Your Honor, we're not aware of

16 any intervening art unless they're going to surprise us

17 with something.  But the expert reports on validity -- is

18 there something?

19          MR. HOLDREITH:  May I be heard on that?

20          THE COURT:  That's what I'm asking.  I don't

21 remember any effort to show anything prior to -- you

22 know, a year prior to the application.  I don't remember

23 any other --

24          MR. HOLDREITH:  Mr. Call testified about early

25 drafts of the patent application and I believe we put

1854

 1  into evidence --

 2          THE COURT:  Do we have any dates or anything?

 3  Is it corroborated?

 4          MR. HOLDREITH:  Oh, yeah.  It was drafts of

 5  the patent application that were dated that he testified

 6  to.

 7          MR. SCHUTZ:  I misunderstood your question,

 8  your Honor, yes.  We did, in fact, put that evidence in

 9  establishing an earlier --

10          THE COURT:  Could you give me the exhibit

11  numbers?  I must have missed the date on that.  I thought

12  that --

13          MR. SCHUTZ:  We'll get those for you, your

14  Honor.

15          MR. CORDELL:  I believe those were undated,

16  your Honor.

17          THE COURT:  All right.  Well, I'll tell you

18  what.  On that one, assuming that you now have -- that

19  you can get in some undisclosed piece of prior art that

20  was predated or something like that and this actually

21  becomes an issue, in the meantime I need from you the

22  evidence that you would -- when I say "you," I need from

23  Personal Audio the evidence Personal Audio would have

24  that would establish this earlier date.

25          I hadn't had that on my radar really.  But if

1 you've got something in earlier, you need to show it to

2 me.  I just don't recall anything earlier than a year.

3          MR. HOLDREITH:  And, your Honor, the only

4 reason this could become an issue is if that MIT thesis

5 were to come in.  I think the court has ruled that it's

6 out, but I just received a binder this morning suggesting

7 that they want to use it.

8          THE COURT:  Well, I think my ruling was a

9 motion *in limine* that evidentiary problems were there.  I

10 have not said it's not coming in.  It might not, but it's

11 going to depend on how -- I mean, what evidence there is

12 to get it here.

13          Okay.  What else?

14          MR. CORDELL:  Your Honor, we believe Apple --

15          THE COURT:  I'll reserve my ruling on that

16 one, first of all to see if it even becomes a relevant

17 issue.

18          MR. CORDELL:  We believe that Personal Audio

19 is not entitled to damages prior to June 5, 2001, due to

20 its failure to mark the Gotuit SongCatcher product.

21 There is evidence that the product downloads songs off

22 the radio, could skip forward and backward, create a list

23 of scrollable songs, had a user interface in the form of

24 a keyboard and an admission by Mr. Logan that the

25 SongCatcher product was never marked with the

1856

1  '076 patent.

2          THE COURT:  Whose burden of proof is it to

3  show that the patentee or the patent holder licensed,

4  authorized, or itself distributed something after the

5  patent was issued?  Now, I understand it's their burden

6  to show -- but in most of these cases it's uncontested.

7  You've got all of these articles out there, and then

8  they've got the burden.

9          But what about the initial burden?  I mean,

10  surely you couldn't just start saying, "Oh, yeah, there

11  were some products out there.  No, we're not going to

12  bring any of them in.  We're not actually going to

13  establish that they were your products.  There was just

14  some products somebody had."

15          MR. CORDELL:  Your Honor, may I have

16  Mr. Stephens address that?

17          THE COURT:  Sure.

18          MR. STEPHENS:  Your Honor, I think we've put

19  in a fair amount of evidence that Gotuit actually was

20  authorized to manufacture products under the patent.

21  They put the patents under their Web site, said they were

22  the sole licensing agent for the patents.  And, so, I

23  think we've laid the foundation for there being -- for

24  Gotuit being authorized to distribute the product.

25          At that point I believe the burden shifts then

1  to the patent owner to prove that the authorized

2  manufacturer of the product, in fact, marked it.

3          THE COURT:  Okay.  All right.  I'll reserve my

4  ruling on that.

5          MR. CORDELL:  Turning to damages, your

6  Honor --

7          MR. HOLDREITH:  Your Honor, I'm sorry to

8  interrupt, counsel.  There's something I forgot to

9  mention in connection with the record we're relying on

10  for the request, if I may just make a quick addition

11  before we move to damages.

12          THE COURT:  All right.

13          MR. HOLDREITH:  The case of *Paice versus*

14  *Toyota*, which is Mr. Cordell's case that he mentioned, is

15  found at 504 F.3d 1293.

16          THE COURT:  Okay.

17          MR. HOLDREITH:  And at page 1305 that case

18  indicates that when a jury is considering the doctrine of

19  equivalents analysis, they can consider the expert's

20  testimony as a whole.  You don't have to just pick it up

21  at a particular point.  And they can consider his

22  explanation of how he did the equivalents analysis in

23  other parts of the testimony.

24          So, my understanding is the challenge was

25  there is no particularized testimony.  Those are the

1 record cites I gave you as the particularized testimony.

2        If Apple is arguing that he didn't explain how

3 to do a doctrine of equivalents analysis, what the

4 methodology is, we would rely on his entire explanation

5 of his methodology.

6        THE COURT:  Okay.

7        MR. CORDELL:  Having lived through that case,

8 your Honor, I can tell you that the Court of Appeals

9 demanded that I show them particularized testimony.

10        THE COURT:  Okay.

11        MR. CORDELL:  It was a difficult argument.

12        Turning to damages, your Honor, we believe

13 that Apple is entitled to a judgment as a matter of law

14 that Personal Audio is not entitled to a hypothetical

15 negotiation date of October, 2001.  And this is

16 significant because recall that the entirety of

17 Mr. Nawrocki's analysis, at least with respect to when

18 both patents were being negotiated -- the entirety of his

19 analysis was premised on this October, 2001, date; and he

20 gets that from the notion that Personal Audio has that

21 that's when infringement began, in 2001.

22        However, your Honor, there is no evidence in

23 this record that any product sold in October, 2001,

24 actually infringes.  What's happened is that because of

25 the limitations period in the statute, Personal Audio

1  stopped at 2003.  They only began to prove up

2  infringement with respect to the products that were

3  introduced starting with Generation 3 of the iPod

4  classic.  Therefore, there is a gap.  And there was

5  evidence that those products are different, and there is

6  a gap with respect to Generations 1 and 2 for which

7  Dr. Almeroth and really no witness has offered any

8  testimony with respect to those products either being

9  infringing or noninfringing.  And, so, with that, your

10  Honor, we believe that they are not entitled to that

11  October, 2001, hypothetical negotiation date.

12          THE COURT:  Well, they haven't asked for

13  damages for the first two versions, either, have they?

14          MR. CORDELL:  They have not.

15          THE COURT:  Okay.

16          MR. CORDELL:  But it's a flaw in

17  Mr. Nawrocki's opinion.  And my next motion will be that

18  the court not consider his opinion because it is now --

19          THE COURT:  Well, I'm going to overrule the

20  date.  I believe the cases state that that's when the

21  hypothetical negotiation occurs, is the date of first

22  infringement, although the damages may start later on.

23          So, I'm going to overrule that part of the

24  motion.

25          Okay.  What's the next --

1          MR. CORDELL:  Well, my next motion is to ask

2   the court to disregard as a matter of law Mr. Nawrocki's

3   testimony because there was no evidence that that is, in

4   fact, the proper hypothetical negotiation date.  There is

5   no evidence to support his position that infringement

6   began in 2001.  They simply didn't prove up those early

7   iPods one way or the other.

8          THE COURT:  I'm going to overrule that.

9          MR. CORDELL:  Next, Apple maintains that it is

10  deserving of judgment as a matter of law because Personal

11  Audio has not proved it is entitled to a running royalty

12  in this case.

13          Its expert and other witnesses testified on

14  damages, but they did not provide sufficient testimony

15  based on reliable economic or historical data to show

16  that Personal Audio and Apple would have agreed to a

17  running royalty.  This includes Mr. Nawrocki offered only

18  conclusory statements about what Mr. Logan would or would

19  not have wanted, but he did not cite any supporting

20  evidence.

21          Personal Audio has also relied on an

22  irrelevant component level profit margin forecast to

23  suggest a running royalty.  Mr. Nawrocki speculated that

24  Apple would have entered into a running royalty because

25  of some weakness in the company.  There was no evidence

1861

1  that weakness translates into running royalty, and this

2  is conclusory evidence and is simply insufficient to

3  support a running royalty.

4          THE COURT:  All right.  And this, I think,

5  gets into a number -- or much of the confusion that has

6  developed over damages arising out of the *Georgia-Pacific*

7  case, which I take as an attempt by that judge to very

8  carefully go through the factors he considered in -- as

9  applied here to more traditional royalty-type analysis.

10  Certain of the factors do look at the actual plaintiff

11  and actual defendant in the case because obviously if the

12  defendant had an established policy, as in Factor 4, that

13  would be relevant.  Or, for that matter, the rates paid

14  by licensee, Factor 2, that would be relevant.

15          However, overlying all of this is Factor 15,

16  the amount that a licensor such as patentee and a

17  licensee such as infringer, which I take to be the

18  reasonable licensee, reasonable licensor.  And the idea

19  that someone can go around stealing intellectual property

20  and avoid any damages of any kind by just simply never

21  licensing anything makes no sense.  And that's the

22  logical extension of your argument.  I'm not saying

23  that's what you're arguing.

24          But to say that someone has to come up with at

25  least one license that the defendant has ever entered

1  into I don't think is correct.  And it's almost clearly

2  incorrect because by its very nature, if you take it that

3  it has to be a license for the exact same technology --

4  because, by definition, patented technology is unique,

5  you have to be talking about comparables.

6          So, if your point is that, well, there was no

7  precise comparable or no precise time that Apple has ever

8  licensed something in the past -- or paid for something

9  in the past and, so, therefore they would never do it in

10  the future, that ignores the reasonable licensor,

11  reasonable licensee factors which can be considered.

12  And, so, I think it is appropriate and, in fact, in many

13  cases there would be no other way than to look at what a

14  reasonable licensor and a reasonable licensee would do in

15  this kind of case.

16          To that extent, I'm going to overrule your

17  motion on that ground.

18          MR. CORDELL:  Thank you, your Honor.

19          We also believe that Apple's entitled to

20  judgment as a matter of law because Personal Audio has

21  relied at least in part on the entire market value rule

22  without adducing the necessary predicate.  Its expert,

23  Mr. Nawrocki, testified as one of the checks in his

24  analysis that his damages number would be 3 percent of

25  the total iPod profits.  The law is very well established

1  about what hoops you have to jump through in order to

2  rely on the entire market value rule.  Mr. Nawrocki did

3  not do that; and, therefore, we should get judgment as a

4  matter of law that no such damages should be awarded.

5           THE COURT:  I don't remember on direct him

6  saying -- or trying to bring up that as a check.  Where

7  was that in the transcript where he said that?

8           MR. CORDELL:  1533 to 1534.

9           THE COURT:  And who was questioning him at the

10  time?

11           MR. CORDELL:  It was on cross, your Honor.

12           THE COURT:  And, so, what you're saying is on

13  cross if a defense lawyer says, "That works out to

14  3 percent, doesn't it?" and that's obviously a numerical

15  number and he says, "Yes" and then she says, "Aha," under

16  the recent case you lose because you've admitted that

17  3 percent of the calculation.  I mean, that can't be the

18  rule.  I'll have to go back and look at the precise

19  question and -- but to be brought out by defense counsel

20  is a little bit different than saying that that's what he

21  used.  And I'm not saying she didn't do a very good job

22  in cross-examining because she did, but I don't remember

23  that as catching my mind as "uh-oh."

24           MR. CORDELL:  Just to finish it out, your

25  Honor, this was the part where she was discussing with

1864

1  Mr. Almeroth sort of the substantiality of his royalty

2  calculations.

3          THE COURT:  Okay.

4          MR. CORDELL:  I think she was challenging him

5  as it was too high and, so, he, as a justification, sort

6  of said, well, but it's really only 3 percent of the

7  profits; so, it's really not too high.  But I take the

8  court's point, and I'll await the court's ruling.

9          THE COURT:  Okay.  And that page number again

10  was?

11          MR. CORDELL:  1533 to -- it bridges to 1534.

12          THE COURT:  Okay.  I'll take a look at that.

13          MR. CORDELL:  I'd now like to move for

14  judgment as a matter of law that Personal Audio is not

15  entitled to damages because it is asking for 100 percent

16  of the profits attributable to the patented feature.  The

17  cases of late have been quite clear that there are two

18  things that have to happen here.  You have to apportion

19  the revenues or profits attributable to a particular

20  product so that you can identify exactly what is

21  associated with the patentable feature and that then is a

22  starting point for the royalty analysis and then the

23  determination becomes what portion of the profit

24  attributable to that patented feature --

25          THE COURT:  Do you have any case that stands

1  for the proposition that after you've gone through that

2  exercise -- and I think he went through the exercise of

3  apportioning it based on the surveys; and I'm not sure

4  what better way you could have, given that there were a

5  number of surveys by Apple supplemented by that one by

6  Dr. Stewart *[sic]* -- that if it was a very low number

7  like this, he couldn't get a hundred percent if it's

8  justified by its contribution?

9          I mean, I understand you've got to do both;

10  but let's say that I find that I think he's gone through

11  the process of attribution -- and I raised that issue I

12  think in one of my orders.  How is he going to justify a

13  hundred percent?  Do you have a case that says, no, you

14  can't get all 90 cents.

15          MR. CORDELL:  I think that's what *Uniloc*

16  stands for, your Honor.  I think the *Uniloc* decision that

17  came out a year and a half or so ago, I think that's

18  exactly what it says.

19          THE COURT:  Okay.

20          MR. CORDELL:  And the thing that makes it

21  particularly difficult is that when you do the

22  apportionment down to the portion of the technology

23  that's attributable to the patented feature, what

24  rational hypothetical negotiator would say, "Okay.  I'm

25  going to go ahead and buy that technology.  I'm going to

1   pay for it, and I'm going to give you a hundred percent

2   of what I expect to make on it.  I'm going to take all

3   the risk.  I'm going to take all the burden.  I'm going

4   to do all the things that I have to do to create a

5   product out of that technology, and I'm going to return

6   to you a hundred percent of the profits"?

7                THE COURT:  Well, that's -- and the

8   hypothetical I could think of very quickly off the top of

9   my head is it is, in fact, important.  All my surveys

10  show that it's something they demand and the actual cost

11  is very cheap, especially if I compare it to the profits

12  I intend to make and rather than waste time haggling over

13  nickels and dimes, a reasonable licensor might very well

14  say, "Heck, take your 90 cents and get out of here.  Give

15  us that patent."

16               I mean, I'm not saying that would happen; but

17  to say it would never happen or how a reasonable person

18  could never do it I think is inappropriate.  Now, I'm not

19  saying the higher courts might have a hard -- might in

20  the future draw a bright-line rule it could never be a

21  hundred percent, it always has to be at least 99.  I

22  haven't seen that yet.

23               MR. CORDELL:  Well, let me try it this way,

24  your Honor, because I'm a bit of a damages historian.

25  I'm a very exciting guy.

1         And the reality is that there was a time in

2  patent law when there was a principle called

3  "disgorgement of profits."  It was like a trademark

4  principle in the current trademark statute.  And 284 was

5  amended to take away disgorgement of profits, and it went

6  instead to this reasonable royalty.

7         And, so, the idea that the court just

8  articulated may, in fact, exist; but I would suggest that

9  means you probably take a higher royalty because you

10  would recognize it and for the nickels and dimes reasons

11  and everything else.  But a hundred percent?

12         And in this case if you look at Mr. Nawrocki's

13  range, he actually starts down at 60-something cents.

14  And if he's right about the profitability, that range, if

15  he's at the low end of that range, it's like 144 percent

16  royalty.  I did the math.

17         THE COURT:  Okay.  I think I addressed this

18  issue earlier.  I think, though, a higher court, though,

19  will have to say as a matter of law they can't have a

20  hundred percent.  And the arguing of whether they should

21  get 60 or a $1.30 or 90 is something that -- well, you're

22  going to be addressing that to the jury to some degree,

23  along with, I guess, your lump-sum argument.  So, as far

24  as that, I'm going to overrule that.

25         MR. CORDELL:  We also challenge the damages on

1  evidentiary basis that Mr. Nawrocki's opinions were not

2  tied to specific credible evidence, that the survey that

3  he relied on wasn't directed to the actual patented

4  inventions, that he relied on unproven licenses and

5  misleading royalty forecasts and that he -- and that he

6  relies on significantly more than the extent of use as he

7  reflected in his survey evidence.  So, we challenge --

8            THE COURT:  The extent of use what?

9            MR. CORDELL:  His opinion adding a per-unit

10 royalty for every unit sold, he rationalized by saying

11 that there was something having to do with the extent of

12 use.  It's a theory that you see from damages experts

13 sometimes but we believe is unproven, unreliable.

14            THE COURT:  Okay.  Based upon the many surveys

15 he relied upon, including Stewart's [sic], and based upon

16 the testimony today of Mr. Ng, I think it has been well

17 established that one could attribute importance to the

18 features of the invention, I mean, assuming they actually

19 used it, which he had to, and assuming they're valid,

20 which he had to.  I think he's gone far beyond a simple

21 survey by one paid expert; namely, Dr. Stewart [sic].

22 He's used a lot of Apple's own documents; and we heard

23 Mr. Ng today go on at some length supporting very heavily

24 his position as to what Apple thought was important, the

25 ability to download or sync and the ability to easily

1869

1    navigate.  So, I will -- I'm going to overrule that.  I

2    think that, he has covered.

3              MR. CORDELL:  And just a couple more, your

4    Honor.  We challenge Personal Audio's damages on the

5    basis that Mr. Nawrocki included elements that are not

6    part of the accused devices.

7              THE COURT:  Which are?

8              MR. CORDELL:  In particular, yesterday when he

9    was testifying, he put up a chart and he had playlists up

10   twice on the chart and I passed a note to Ms. Hunsaker

11   and said, "How can he double-dip?"  And he clarified and

12   said, "I'm not double-dipping.  One of those playlists is

13   the creation of the playlist on *iTunes*, and the other is

14   the use of the playlist on the iPod."  And roughly a

15   third of his damages were attributable to *iTunes*, your

16   Honor.  That's an unaccused product.  It gets back to the

17   indirect infringement case that they have not brought,

18   and they are not entitled to damages on that basis.

19             THE COURT:  And how do I deal with that from

20   Personal Audio's -- Ms. Huang or Mr. Schutz?

21             MR. SCHUTZ:  Your Honor, the playlists that he

22   broke apart was playlist syncing and playlist navigating;

23   and the playlist syncing part has to deal with

24   downloading playlists.  I mean, the invention is an audio

25   player with the capability to download or receive

1  navigable playlists.  And so -- and then once you have

2  them, you can obviously move through them.

3          And that was clarified, I think, on

4  cross-examination on some of that; but that is -- because

5  it wasn't just playlists.  It was playlist syncing.  And

6  the source of the playlist is *iTunes*.  The source could

7  be anywhere, but the fact of the matter is that the

8  ability to receive the playlists and that's one aspect of

9  it.  The other aspect of the playlist is you can maneuver

10  through them once you have them on the audio player.

11          THE COURT:  Okay.  And the testimony that he

12  gave or seemed to give at various points -- and I don't

13  have it memorized -- as to the playlist creation, I think

14  was the term he used, how do I deal with that?

15          THE REPORTER:  Judge, I'm going to need a

16  break pretty soon.

17          THE COURT:  Okay.  I'm sorry.  I forgot.

18          We need to take a break.  How many more of

19  these do you have?

20          MR. CORDELL:  I'm down to two, your Honor.

21          THE COURT:  Okay.  Well, this is important.

22  Why don't we go ahead and we're going to take a break

23  until 2:00 and I'll find out if Chris' fingers have

24  recovered yet.  We'll be in recess.

25          (Recess, 1:36 p.m. to 2:01 p.m.)

1871

1           (Open court, all parties present, jury not

2     present.)

3           THE COURT:  All right.  So, Personal Audio,

4     you're satisfied with the way the evidence is on that

5     damage issue?

6           MR. SCHUTZ:  Do you want me to point out for

7     the record --

8           THE COURT:  No.  I'm just saying you're

9     satisfied with the way it is?

10          MR. SCHUTZ:  Yes.

11          THE COURT:  Okay.  And you said you had two

12    more points on damages, I think.

13          MR. CORDELL:  I did, your Honor.

14          In extension of the last point which was about

15    the unaccused *iTunes* playlists to access their music,

16    that we believe that Personal Audio has included

17    unaccused items within their damages calculation without

18    laying the proper predicate for convoyed sales.  And, so,

19    there is a legal rubric they're supposed to go through if

20    they're --

21          THE COURT:  Isn't that the same as the one you

22    just made?

23          MR. CORDELL:  It's slightly --

24          THE COURT:  Bringing in *iTunes*?

25          MR. CORDELL:  It is, your Honor.

1872

1           THE COURT:  Okay.

2           MR. CORDELL:  But it has to do with convoyed

3  sales.

4           THE COURT:  Well, there's -- okay.  Go ahead.

5           MR. CORDELL:  And then finally, your Honor,

6  this is a little bit complicated; so, I apologize.  But

7  in this case there are only apparatus claims -- as if my

8  prior motions haven't been.  And Apple moves for judgment

9  as a matter of law that Personal Audio is not entitled to

10  damages -- or at least that should be remitted -- as a

11  result of their expert and their other evidence not

12  taking into account the fact that these are apparatus

13  claims and their damages evidence is premised upon use of

14  the products.

15           The court has seen all of this evidence about

16  surveys and we've heard lots of evidence from the fact

17  witnesses about certain features that are used sometimes

18  and not others and yet -- and the damages case is

19  premised on that usage data; and, yet, there has been no

20  accounting or apportionment of the damages to reflect

21  that these are apparatus claims, not method claims.  So,

22  there is just one plum in the pie; and this effort to

23  exact a reasonable royalty on the basis of use of the

24  products is improper.

25           THE COURT:  All right.  I think that's almost

1  frivolous.  The usage surveys and so forth were the

2  method that he used -- the expert used to apportion what

3  value the assumed infringed and assumed valid patented

4  inventions contributed to the product and then he based

5  it on a per-unit, not per use of the unit but per unit.

6  So, I'll deny that.

7          MR. CORDELL:  Thank you, your Honor.  And that

8  concludes our motions for --

9          THE COURT:  All right.  Are you ready to go

10  forward with infringement -- or who is your first expert

11  or first witness?

12          MR. CORDELL:  Well, right at this point we

13  would be calling by video Dan Goessling.

14          THE COURT:  All right.  Please bring in the

15  jury.

16          It would be helpful if by the end of all of

17  the evidence -- because we know we're going to see these

18  same JMOLs raised again -- if you would go through the

19  transcript over the next few days and supply the

20  transcript references where you think evidence was

21  brought in to deal with each of these issues.

22          MR. HOLDREITH:  Yes, sir.

23          THE COURT:  In other words, you're claiming

24  you did put in the evidence to cover all the things that

25  they say you didn't.  All right.  Show me.  I don't need

1874

1    briefing.  I don't need law on most things.  What I want

2    are the transcript references that you think -- and I

3    don't want page 1 to 5,000, either.  I mean, I want

4    specific, specific ones as to each of these arguments.

5    Now, some of them may wind up being very similar to the

6    same on the means-plus-function.

7              MR. HOLDREITH:  I understand, your Honor.

8              THE COURT:  I want to see what you're saying

9    is your best argument.

10             MR. HOLDREITH:  We'll submit that the day

11   before.

12             (The jury enters the courtroom, 2:09 p.m.)

13             THE COURT:  Ladies and gentlemen, at this

14   point the -- Personal Audio is considered to have rested.

15   I mentioned before that I had to go through a bunch of

16   motions and deal with arguments on both sides.  It took a

17   little bit longer than normal but everything in this case

18   has been a little bit complicated and I understand y'all

19   had cheesecake.  So, hopefully it gave you something to

20   do while we were slogging through all of that.

21             Now, at this time the defense, Apple, will

22   start putting on their case.

23             MR. CORDELL:  Thank you, your Honor.  May I

24   make a brief interim statement?

25             THE COURT:  You may.

1    MR. CORDELL:  Good afternoon, ladies and

2 gentlemen.  You're now going to hear from the third

3 inventor on these patents -- there were three -- and it's

4 a fellow by the name of Dan Goessling.  He lives up in

5 Massachusetts, and he's no longer associated with

6 Personal Audio.  So, neither of us could bring him here

7 to trial.  Instead, we're going to show you his testimony

8 by video.  So, you're going to see his deposition.

9    I want you to listen to his evidence because I

10 think you're going to get a couple of facts out of it.

11 He's going to tell you right up-front that Personal Audio

12 did not invent playlists.  He's going to just testify it.

13    He's going to say that radio stations had

14 playlists before Personal Audio came along.  So, all this

15 time and attention we've spent on playlists, you're going

16 to hear one of the inventors tell you that that wasn't

17 their invention.

18    He's going to say they didn't invent

19 downloading.  He's going to say that existed before they

20 came along, another important part of this.

21    He's then going to talk about a piece of prior

22 art called the "Sound Blaster."  You haven't heard much

23 about that.  I'm sorry if it's a little confusing but

24 we're having to do this by video but you'll see the

25 evidence that this is and he actually talks about the way

1  the Sound Blaster prior art relates to his patent and

2  whether or not they're associated with each other.

3          And then finally he's going to say he visited

4  a thing called the "National Association of Broadcasters"

5  in Las Vegas.  And I bring that up because you're going

6  to hear another one of the witnesses a little later,

7  Eugene Novacek, who's going to testify about what he

8  showed at that National Association of Broadcasters

9  meeting in Las Vegas.

10          With that, I thank you for your attention; and

11  we'll play the video for you.

12          MR. SCHUTZ:  Your Honor, we counter-designated

13  deposition testimony from Mr. Goessling as well.  So, I,

14  too, would like to make a brief interim statement.

15          THE COURT:  All right.  You may.

16          Go ahead and pull it down.

17          Again, ladies and gentlemen, as I mentioned

18  before, both sides were at the deposition.  Like in the

19  last deposition, both sides can put in what they want

20  played; and I've told them to keep out, as much as

21  possible, the things that are repetitive, argumentative,

22  objectionable so you don't have to waste time looking at

23  it.

24          Go ahead.

25          MR. SCHUTZ:  Thank you, your Honor.

1        Ladies and gentlemen, Dan Goessling was

2   subpoenaed by Apple to give a deposition in this case.

3   He has not worked for Personal Audio since 1996 when the

4   patent application was filed.

5        You will hear Mr. Goessling talk about the

6   work he did and the specific commercial product that he

7   was working on to deliver personalized audio programs to

8   a player that you could take with you in your car.

9   You've heard Mr. Logan talk some about that.

10       Now, during this deposition, Apple showed

11  Mr. Goessling a document that he had never seen before

12  about a product called "Sound Blaster."  And you heard

13  Mr. Cordell mention that.  And this Sound Blaster

14  product, the experts in this case agree, could not

15  receive or download navigable playlists.  And when he was

16  in the deposition looking at this document, they asked

17  him a number of questions about whether he invented what

18  was in that document; and of course he said no because he

19  did not invent Sound Blaster.

20       He helped invent the total system disclosed in

21  the patent, including the player claimed in the patent.

22  When they asked these questions, you should also watch to

23  see if they show him any source code or the judge 's

24  claim construction.  Also, later in the deposition you

25  will hear him say when he saw the Genius Playlists and

1  podcasts he thought that sounded a lot like what he was

2  working on back in the Personal Audio days.  Thank you

3  very much.

4           (The following testimony is presented via

5  videotape.)

6           DEPOSITION TESTIMONY OF DANIEL F. GOESSLING

7  Q.    Good morning, Mr. Goessling.  Thank you for coming

8  today.  Could you please state and spell your name for

9  the record?

10 A.    My name is Daniel F. Goessling, D-A-N-I-E-L and

11 the last name is G-O-E-S-S-L-I-N-G.

12 Q.    Mr. Goessling, the court reporter has handed you

13 Exhibit 1 which is U.S. Patent Number 6,199,076.  Do you

14 have that in front of you?

15 A.    6,199,076, yeah.

16 Q.    And you're the Daniel F. Goessling that's listed

17 as an inventor; is that right?

18 A.    That's right.

19 Q.    Does this refresh your recollection about what

20 invention -- I'll represent to you, I guess, before I ask

21 that question, that this is one of the patents that's

22 being asserted against Apple and Cirrus in this lawsuit.

23 Does this refresh your recollection about what it is you

24 invented that's at issue in this case?

25 A.    Well, it doesn't -- I see these terms.  I know

1879

1  that I worked on those terms back when I worked at

2  Personal Audio.  It's -- this particular patent, I'm

3  going to have to read it to really remember.  This is --

4  we did a bunch of patents.

5            These terms look like it's from some of the

6  stuff I worked on.

7  Q.    And did you understand that to be an invention?

8  A.    I understood it to be a product.  I've learned

9  since that "invention" is kind of a patentee term; and,

10  so, I don't know what that really means --

11  Q.    So, you don't --

12  A.    -- to you.  Well, I thought it was -- I thought it

13  was new technology and that we were doing pretty good

14  stuff.

15  Q.    So, you -- it was a subscription service and you

16  would have this beamer device connected to your PC and

17  that would download content from your server and then

18  transmit that to a device in your car that you would then

19  use to listen to the content on your way to work, for

20  example; is that right?

21  A.    Well, you could conceivably -- not quite, though.

22  As I recall the -- you could do everything on your PC if

23  you haven't -- for some reason you wanted this and you

24  weren't interested in listening in your car, you

25  didn't -- the beamer device did not download the device

1  from the server, just some software you'd put on the PC

2  went to the server over the Internet to get this stuff.

3  If you had the car -- if you wanted to listen to it in

4  your car, what we felt had to happen was you needed this

5  beamer device to get the data from the PC that lived in

6  your house into your car.  So, the beamer was a shortwave

7  radio device; and then there was a player, another device

8  in the car that got signals from the beamer.

9  Q.    And the device in the car was something called a

10  "car PC"; is that right?

11  A.    Well, it was -- I don't want to call it a "car PC"

12  because it wasn't -- I mean, there were car PCs at the

13  time that sort of ran *Windows* and looked like a PC.  This

14  was going to be some sort of special -- you'd call it an

15  "embedded device" now.  It was going to be its own thing.

16  We weren't making any promises that it was going to be

17  a -- recognizable as a PC.

18  Q.    But right now I'm just asking for your

19  recollection about what it was you worked on.

20  A.    Well, what we were -- concretely what we were

21  working on most of the time I was there was a -- we had

22  a -- we called it the "prototype player."  The prototype

23  player was a visual Basic program that ran on a PC where

24  we experimented with different UI arrangements.

25  Q.    And that was --

1  A.     So, we'd fool around with what the buttons -- I

2  don't think we ever had more than six or so of that kind

3  of thing.

4  Q.     So, you actually created a software prototype

5  player?

6  A.     Right.

7  Q.     Now, you mentioned that your ideas were mostly

8  about news and voice.  Why was that?

9  A.     I don't really know, you know.  I think it's

10 because Logan and I listened to NPR in the morning or

11 something like that.

12 Q.     So, beyond the fact that you and Mr. Logan both

13 liked to listen to NPR in the morning, you don't know of

14 any other reason why you focused on news and voice for

15 your service?

16 A.     No.

17 Q.     What did you envision the user experience would be

18 like when they got in the car?  They turn on your player.

19 What do they have to do next to listen?

20 A.     Well, it was supposed to be like turning on the

21 car radio.  I think you turn on the player and push

22 "start," you know, push some "play" button; and it would

23 start.  It would be like a customized radio show.  So,

24 something would be announced saying "And now here's the

25 segment on how to give a deposition" and would go on.  If

1882

1  you didn't like that segment, you could go on to the next

2  one.

3  Q.    I see.  So, basically like a radio, you turn it on

4  and it starts playing but you would have the ability to

5  skip forward or --

6  A.    Right.

7  Q.    -- to another segment.

8        But I'm trying to understand how that differs

9  from the just "skip to the next track" button that a CD

10 player also had.

11 A.    Well, if you did what you described with the

12 one-level controller and with -- what we wanted to do,

13 you'd have an article with, you know, 50 tracks.  You'd

14 have to do 50 little jumps because it wouldn't know

15 anything about the hierarchy, where we might be able to

16 do it in two jumps because you'd skip all the detail and

17 get to a different topic.

18 Q.    So, again, I'm just trying to understand how the

19 user would interact with it.  You'd have a button that

20 would skip paragraphs and another button that would skip

21 entire articles, let's say?

22 A.    That might be -- I think that's one thing we

23 tried.

24 Q.    Okay.  So, you'd, in effect, have two "skip

25 forward" ones, one for skipping a whole article and one

1883

1  for skipping a paragraph; is that right?

2  A.    I think that's one way we tried to do it.

3  Q.    Okay.  Any other ways that you recall?

4  A.    I don't think so.

5  Q.    Well, you think it's possible you did invent the

6  playlist?

7  A.    Well, we invented this metadata thing to index

8  into the material, I think.  And if that's a playlist, we

9  invented a kind of playlist.

10  Q.    I guess I'm asking a more fundamental question.  I

11  mean, we've provided prior art in this case that shows,

12  in fact, you didn't invent the playlist, that it was

13  around for years before you guys did the work that you

14  did.  Does that surprise you at all?

15  A.    That does not surprise me.

16  Q.    So, I --

17  A.    I mean, we visited -- we visited radio stations,

18  and it was clear that they had machines that did

19  playlists.  We visited automated radio stations.

20  Certainly what they had was a playlist.

21  Q.    Do you recall the names of any of the software

22  they were using?

23  A.    No.

24  Q.    Ever remember seeing a software called "digital

25  audio delivery," or "DAD"?

1884

1  A.     No.

2  Q.     Or I want to say "radio computing systems,"

3  "RCS" -- I may have what that stands for wrong, but there

4  was a company called "RCS."  Does that ring a bell?

5  A.     Not really.

6  Q.     They made a product --

7  A.     I mean, we -- as I said, we visited some radio

8  stations; and there were -- they talked about their

9  automation.  That might have been one of them but...

10 Q.     Okay.  But you'd agree that you didn't invent the

11 basic notion of automatic playlists that on a computer

12 system would allow you to play multiple audio files in

13 succession, right?

14 A.     I know we didn't invent what we saw at the radio

15 stations.

16 Q.     Do you remember the names of any of the radio

17 stations that you visited?

18 A.     No, I don't remember the names.  It was a -- it

19 was a country station in Boston, I think in the

20 Prudential Center.  There's not too many of those.

21 Q.     Do you remember any other radio stations?

22 A.     It was the radio station with Lauren and Wally.

23 Q.     We were talking before the break about the

24 software you were developing for the audio player back in

25 1996 that led to the disclosure of the patent 6,199,076

1885

1  in Exhibit 1, right?  And you mentioned that the audio

2  and other information that was going to be transferred

3  from the server to the PC player was transferred over the

4  Internet; is that right?

5  A.      Right.

6  Q.      How did you plan on doing that?

7  A.      At the time we planned to do it over a dialup

8  modem.

9  Q.      And what kind of software were you going to use to

10  transfer the audio files?

11  A.      We hadn't worked it out exactly; but it was going

12  to be file transfer -- FTP or some UNIX-type utility.

13  Q.      "FTP" stands for "file transfer protocol"?

14  A.      I think so.

15  Q.      And that was Internet protocol for moving files

16  from a server to a client; is that right?

17  A.      Yeah.

18  Q.      And that's something that had been around for a

19  while?

20  A.      Yeah, a long time.

21  Q.      And that was a program that was available on

22  *Windows 95*; is that right?

23  A.      It must have been.  I mean, it was everywhere.  It

24  was...

25  Q.      And similarly, *Windows 95*, at the time you were

1  working on this and even before in 1995, could be used to

2  connect to the Internet and use FTP to transfer files,

3  right?

4  A.    Sure.

5  Q.    Do you remember one for *Windows 95* called the

6  "Sound Blaster 16"?

7  A.    No.

8  Q.    Exhibit 3 is a user's guide for *Windows 95* for the

9  Sound Blaster 16 sound card by Creative Labs.  Do you see

10 that?

11 A.    I see it.

12 Q.    Does that refresh your recollection about whether

13 or not there was software available on the market before

14 you got involved in the player project with Mr. Logan

15 that would allow you to create and play playlists of

16 audio files on PCs?

17 A.    It says this program can compile a playlist.  So,

18 looks to me like it can compile a playlist.

19 Q.    Okay.  And those playback controls you see there,

20 they're explained in more detail on page 1-20.  It says,

21 "Playback Control Buttons."  Do you see that?

22 A.    Yeah.

23 Q.    And there's a button there at the bottom that

24 says, "Plays the next wav file in the playlist."  Do you

25 see that?

1  A.     Yeah.

2  Q.     Could you -- do you have an understanding of what

3  that would do?

4  A.     Looks like -- I mean, it looks like it would -- if

5  you made a playlist, it will jump to the next file and

6  start playing it.

7  Q.     If you look on the previous page, page 1-19,

8  there's a section called the "Playlist Button."  Do you

9  see that?  It's at the very top of the page.

10 A.     Oh, okay.  "1, 2, 3..."

11 Q.     And it says, "The Playlist button" -- and it has a

12 picture of the button -- "allows you to compile the wav

13 files for playing."

14 A.     Yeah.

15 Q.     When you choose this button, the wav playlist

16 dialogue appears.  Do you see that?

17 A.     Yeah.

18 Q.     And that's a typical-looking *Windows 95* kind of

19 dialogue box, right?

20 A.     I can't be so sure it's *Windows 95*, but it's

21 definitely *Windows*-looking.

22 Q.     Okay.  So, would you agree that there were

23 software players in the marketplace before you got

24 involved with Mr. Logan on the player project that

25 allowed you to create playlists of audio files that you

1888

1  brought into your PC from somewhere else and then skipped

2  forward to the next wav file?

3  A.     It looks that way.

4  Q.     Okay.  So, you guys didn't invent that notion,

5  right?

6  A.     I don't think we did.

7  Q.     Okay.  And similarly, the notion of skipping back

8  to a previous wav file in a playlist, you didn't invent

9  that, either, right?

10  A.     As I said, this looks like it does those things;

11  so, probably not.

12  Q.     Okay.  So, if you look, I guess, about halfway

13  down the section there under "Collection Title" on

14  page 1-19, there's a little symbol that looks like a

15  disk; and to the right of it, it says, "Save the playlist

16  under a new name."  Do you see that?

17  A.     I do.

18  Q.     Does that suggest to you that you could save the

19  playlists?

20  A.     Yeah.

21  Q.     And save it as a file in *Windows 95*?

22  A.     It doesn't say you could save it as a file, but it

23  certainly looked like you can save it.

24  Q.     Okay.  And how else would you save it?

25  A.     I don't know -- it could have its own internal

1889

1    data structure that's not a file that's got all the lists

2    in it and maybe that's a file.

3    Q.     Okay.  But if you're going to save something in

4    *Windows 95*, you'd normally save it in a file, right?

5    A.     Right.

6    Q.     So, you could store information -- displayable

7    text about the audio file, right?

8    A.     That's what it looks like.

9    Q.     So, you didn't invent that notion, either, right?

10   A.     I don't think we did, yeah.

11   Q.     And if you look down at the very last icon in that

12   group, it's got the little triangle pointing to the right

13   with a bar.  Do you see that?

14   A.     The one that says, "plays the next file"?

15   Q.     Right.

16   A.     Yeah.

17   Q.     What's your understanding of that?

18   A.     My understanding is that you've constructed an

19   ordered list of files and this will go to the next one.

20   Q.     So, does this suggest to you that you could select

21   a file in one of the scrollable lists and then press the

22   "play" button and it would play it?

23   A.     That is what I would expect would happen with

24   this, yeah.

25   Q.     Okay.  So, you didn't invent that idea, either,

1  right?

2  A.    I certainly didn't invent this dialogue.

3  Q.    Okay.  But you didn't invent the notion of --

4  A.    I doubt it.

5  Q.    -- selecting a file in a playlist in a scrollable

6  list and being able to play it, right?

7  A.    I don't think I did.

8  Q.    Okay.  And neither you nor Mr. Logan nor Mr. Call

9  invented it in connection with the work you were doing in

10 1996, right?

11 A.    I mean, I don't think we invented this; and that's

12 what you're saying it does.

13 Q.    Okay.  Then down below that, a couple of lines, it

14 says "repeat mode selector."  Do you see that?

15 A.    Yes.

16 Q.    And it says, "Repeats the current file or all of

17 the playlist when the final file has played."  Do you see

18 that?

19 A.    Yeah.

20 Q.    So, you didn't invent that idea either, right, of

21 having a playlist that plays around in an endless loop?

22 A.    No, I don't think we did.

23 Q.    And how did it come about that you got laid off?

24 A.    Jim just told me he didn't need me, you know.

25 Q.    You don't know why?

A.    I think he -- I think he was impatient that we

couldn't get the software and the tapes done faster.

Q.    Did you give a close look to compression methods

and processor loading?

A.    Well, not that close.  We felt that the processors

were getting faster all the time and that -- so, I don't

remember what -- so, I mean, this has 66-megahertz PC in

June.  I mean, you could get faster ones.  A month later

we're pulling out a 66 one.  So, it's twice as fast.  I

mean, this was kind of the golden age of Intel.

Q.    So, with a little help from Intel, at some point

in the future you'd be able to --

A.    Right.

Q.    -- do whatever you'd need without worrying about

it, right?

       Right?

A.    I mean, we just knew that the technology curves

were on our side for this thing.  So, I don't -- as I

said, I don't recall when we were trying out the sound

quality of these algorithms that -- these codecs, that

any of them seemed to tax these -- the house and the

computer, the laptops and stuff that we were using for

our purposes.

       And we understood that in some cases the

chips, the CPUs that we might use inside this player

1  might -- for cost or power reasons or something, might be

2  slower than the correspond -- than chips that are in the

3  desktop.  But it didn't seem to -- it seemed to us that

4  the storage numbers were much more limiting numbers we

5  needed to pay attention to than the CPU performance

6  numbers.

7  Q.    What was your role in actually putting together

8  the disclosure that we see in the '178 patent?

9  A.    Well, I first want to say my recollection of this

10  was that we did a bunch of patents.  I didn't really

11  realize until you told me today that there were only two

12  patents involved in this case.  I thought this whole blob

13  of patents that we worked on were together.  So, I don't

14  have any particular recollection of how this patent was

15  put together relative to the other ones we were working

16  on at the time.

17  Q.    Maybe a better way of putting it is what areas,

18  not what other areas, what areas were you seeking patents

19  on?

20  A.    I mean, what I remember, I remember we would

21  have -- I had -- we had meetings where we talked about

22  what you'd now call the "metadata formats."  We had -- we

23  were trying to patent the general scheme of the

24  distribution of it.  We had -- we were trying to see if

25  we had anything to patent on what I'll call the "form,"

1   the structure of this metadata.

2           Those were the general areas.  I mean, I

3   certainly -- I have no idea how we ended up with five

4   patents or three -- you know, the way the general

5   system -- I was working on the system to deliver stuff to

6   the customers; and whether that -- the fact that that

7   came out to be one patent or ten, I had no axe to grind.

8   I have no idea how we worked out how many patents there

9   were.

10  Q.    So, I don't know if you recall --

11  A.    I mean, I think they're related pieces of

12  technology.  We'd have to dig a lot closer to see if

13  they're really exactly the same.

14  Q.    That's what I'm trying to do.

15  A.    I'd want to spend a lot more time on Sound Blaster

16  and this -- read this.  This is a long time to do that.

17  Q.    Okay.  So, other than the downloading and the fact

18  that the Sound Blaster software is software, is there

19  anything else?

20  A.    Well, I mean, that's enough already, you know.

21  Q.    I guess I'm not --

22  A.    I think you're trivializing the differences and

23  that we've got to go on and do sort of a deeper level to

24  say this.

25  Q.    And, so, I just would like to have an exhaustive

1  list of those things that you see in it that you don't

2  see in the Sound Blaster program.

3  A.    I see the communications and data communications

4  aspect, and I see more generic terms for sequencing file

5  and manual controls than what's specified in Sound

6  Blaster.

7  Q.    You'd agree other than that one point, everything

8  else is there in the Sound Blaster program, right?

9  A.    And whatever, you know, our -- the sequencing file

10  that we're talking about, I think, is more sophisticated

11  than in the Sound Blaster, based on the pictures of where

12  it's showing what the sequencing file is versus what

13  they're doing.

14  Q.    Was there anything in the iPod that you noticed

15  that you thought you invented?  And I'm talking about the

16  earlier one now.

17  A.    Let's see.  I'm not sure there was anything in the

18  use of the iPod itself that I thought I invented, but I

19  certainly did think that when podcasting became widely

20  known, that sort of -- that I was there kind of at the

21  start and that maybe some of the stuff we did was the

22  precursors to that.

23  Q.    Okay.  Apart from podcast --

24  A.    I mean, it might have crossed my mind that if I

25  had been -- I -- if Logan had been as well-funded as

1 Apple at that time, then we could have gotten a lot

2 closer to the iPod than we did, that sort of ecology and

3 that sort of thing.

4 Q.    Apart from podcasting, was there anything else

5 that you thought maybe you and Personal Audio had

6 contributed?

7 A.    Well, I could see that there was a -- I mean, now

8 they have -- I see on the most recent stuff they have

9 this thing where it seems to want to create a playlist

10 based on what you like.  Is that called "Genius"?

11 Q.    There is a feature called "Genius."

12 A.    Which I haven't explored fully; but it has crossed

13 my mind that that is similar to what we were talking

14 about, about adaptively changing the play material.  And

15 I haven't really explored that much.

16 Q.    Okay.  These are both devices you observed and

17 used; and you didn't find yourself saying "Hey, Apple did

18 that and I invented it years ago"?

19 A.    I wondered whether I invented anything because it

20 seemed like these -- my remembrance of these patents was

21 that a lot of the content of the patent was very detailed

22 about how you organized this metadata, which isn't really

23 visible to you as the user.  So, the thought crossed my

24 mind; but it didn't cross my mind for very long because I

25 haven't -- I don't really have any stake in that or

1896

 1  any...

 2  Q.    Okay.  And you don't know how metadata is

 3  organized in the iPod or the iPod touch; is that right?

 4  A.    No idea.

 5  Q.    So, you really don't know whether it relates at

 6  all to what you developed?

 7  A.    What I -- once they did the Genius thing, I began

 8  to wonder a little --

 9  Q.    Okay.

10  A.    -- because that sort of meant that they had a

11  richer metadata than was obvious at the beginning.

12  Q.    Do you remember going to a National Association of

13  Broadcasters show earlier in 1996?

14  A.    Yes, I remember.  I think it was in Las Vegas.  I

15  went there with Logan.

16  Q.    Let me know if you can identify Exhibit 14.

17  A.    I can read it.  I can see what it says it is.

18  Q.    What is it?

19  A.    Well, it's a note from Bill Bordy about --

20  Q.    It's about battery --

21  A.    Yeah.  It's about batteries.  That's something we

22  really worried about.

23  Q.    I'm sorry?

24  A.    This is something we really worried about for the

25  thing in the car.

1  Q.     And what was the nature of the worry?

2  A.     That the PC device we were going to put in the car

3  was going to discharge the car.  If you plugged it into

4  the car charger's power, that the person would arrive

5  with a PC full of music and a dead battery to start his

6  car.  This would make a bad impression on his commute.

7  Q.     1 and 2 are the patents.  That's right.

8             I just wanted you to have those in front of

9  you for a few questions.  I believe you said you left

10  Personal Audio in 1997; is that right?

11  A.     I think it was like the very end -- I think I got

12  laid off at the very end of 1996.

13  Q.     Okay.  Okay.  And after that did you have any

14  substantive involvement in prosecuting these patents and

15  getting them from the Patent Office?

16  A.     No, sir.

17  Q.     Were you involved at all in responding to Office

18  Actions or examining prior art or anything like that

19  after you left?

20  A.     I would get -- I got a couple letters from Charlie

21  Call over the years asking me to sign some forms, which I

22  did; but it was really just signing things, not --

23  certainly not looking -- I know what "prior art" means.

24  Certainly nothing analytical like that.

25             I signed some documents at their request, but

 1  I did not do any real work on the patent or analyze

 2  anything.

 3  Q.    You didn't work on drafting the claims or anything

 4  like that?

 5  A.    No.

 6  Q.    Specifically with regard to Exhibit 1, which we

 7  call the "'076 patent," earlier Mr. Stephens asked you

 8  some questions about the claims of that patent.  Do you

 9  recall that?

10  A.    Yes.

11  Q.    Do you know what a means-plus-function claim is?

12  A.    No.

13  Q.    Do you know how to construe a means-plus-function

14  claim?

15  A.    I don't know what "construe" means in patent talk.

16  Q.    Fair enough.  Figure out what a

17  means-plus-function claim means.

18  A.    I don't think so.

19  Q.    Okay.  Have you ever been involved in what we call

20  "claim construction" and figuring out what the definition

21  of the words of patent claims mean?

22  A.    No.

23  Q.    Okay.  Then for Exhibit 3, this Sound Blaster, do

24  you recall being asked about that?

25  A.    Yeah.

1  Q.     Prior to today when Mr. Stephens showed you that

2  document, had you ever seen it before?

3  A.     Don't think so.

4  Q.     Had you ever seen the product -- specific product

5  that's described in that document before?

6  A.     I don't think so.

7  Q.     Had you ever -- and I assume I know the answer to

8  this question, but had you ever analyzed that Exhibit 3,

9  the Sound Blaster, in connection with Exhibits 1 and 2,

10 the patents-in-suit?

11 A.     No.

12 Q.     Have you ever served as an expert in a patent

13 case?

14 A.     No.

15 Q.     So, have you ever done any analysis of that type,

16 expert-type analysis of whether patent claims cover prior

17 art?

18 A.     No, although I'd say that we first worked on the

19 Pause patent in the beginning of that notebook.  You will

20 see my feeble efforts at figuring out about patents at

21 the University of Maine library.

22 Q.     I see.  And have you ever performed what we call

23 an "infringement analysis" comparing patent claims to

24 another product to see if it infringes?

25 A.     No.

1  Q.     Had you ever done anything like that in connection

2  with the iPod or iPhone?

3  A.     No.

4  Q.     Are you aware of any of the disputes in this

5  lawsuit concerning claim construction or the meaning of

6  any of the terms of the claims?

7  A.     I don't know anything about this lawsuit except

8  what I saw in the subpoena or the -- the disputes about

9  the -- no, I guess I'm not.

10                 (Video presentation concluded.)

11                 THE COURT:  Is that it?

12                 Next witness?

13                 MR. STEPHENS:  Your Honor, Apple calls Eugene

14  Novacek.

15                 THE COURT:  All right.

16                 MR. STEPHENS:  Your Honor, may we take a

17  moment to set up?

18                 THE COURT:  Well, he's not here yet.  I'd

19  start setting up.

20                 MR. STEPHENS:  Okay.  Thank you.

21                 (The oath is administered.)

22                 THE COURT:  And, Mr. Schutz, if somebody on

23  your side needs to see the screen, you can probably put

24  that chair on the ramp maybe and see it or -- you don't

25  want to be right in front of the jury.

 1          MR. HOLDREITH:  Yes, sir.

 2          THE COURT:  But off to one side or the other.

 3          You can bring your chair down here maybe and

 4  sit next to Chris.

 5          MR. HOLDREITH:  Thank you.

 6          MR. STEPHENS:  Your Honor, we're also going to

 7  project on the screen up there.

 8          THE COURT:  Okay.

 9          MR. CORDELL:  Your Honor, may I make a brief

10  transition statement?

11          THE COURT:  You may.

12          MR. CORDELL:  Thank you.

13          Good afternoon, ladies and gentlemen.  First,

14  let me tidy up a couple of things.  We are now through

15  hearing from all of Apple's employees in this case.  So,

16  you've heard from Mr. Ng and Mr. Boettcher and Mr. Heller

17  and former employee Mr. Fadell.  In opening I talked

18  about a couple other guys, and I don't want you to think

19  that we missed somebody or somehow skipped them.  I

20  talked about Mr. Wysocki and Mr. Robbin.  Mr. Wysocki and

21  Mr. Robbin are both software guys who work -- you heard

22  Mr. Heller tell you what they do.  They work on the

23  *iTunes* side of the business.  And if there's one factor

24  we're all convinced of now, it's that *iTunes* is not

25  relevant to this case; so, we're not going to call them

1  and make you listen to more source code.  I know it was

2  exciting this morning, but we'll spare you that.  We

3  think we've covered those issues.

4          And with that, we're now going to move into

5  another phase of the case starting with Mr. Eugene

6  Novacek.  Mr. Novacek is going to demonstrate for you a

7  system that he invented a long time ago and he's going to

8  show you all it can do and all of its features and all of

9  its functions.

10          After Mr. Novacek, our expert, Dr. Steve

11 Wicker, is going to take the stand; and he's going to tie

12 all of this together.  He's going to tell you why the

13 Apple products don't infringe based on all of the

14 testimony of the fact witnesses, the employees that you

15 heard from.  And then he's going to talk about invalidity

16 with respect to Mr. Novacek's systems and a couple of

17 other pieces of prior art.  Thank you.

18          <u>DIRECT EXAMINATION OF EUGENE NOVACEK</u>

19          <u>CALLED ON BEHALF OF THE DEFENDANT</u>

20 BY MR. STEPHENS:

21 Q.    Good afternoon, Mr. Novacek.

22 A.    Good afternoon, everyone.

23 Q.    Could you tell the jury what the system here in

24 the room in front of them is?

25 A.    Yes.  There are two PCs basically -- the left one

1903

1   is called an "on-air PC," and the right one is called a

2   "file server" -- that comprise a system we call "DAD"

3   from approximately 1995 era.

4   Q.    Is this something you were involved in creating?

5   A.    Very much so, yes.

6   Q.    And how were you involved in it?

7   A.    I am the co-inventor of DAD from 1991 until today.

8   Q.    Does your company sell these systems?

9   A.    Yes, we do.

10  Q.    Did it sell this type of system in 1995?

11  A.    Yes, we did.

12  Q.    What's the name of your company?

13  A.    ENCO Systems.

14  Q.    And what does "ENCO" stand for?

15  A.    The E and N is Eugene Novacek's Company.

16  Q.    Were you a founder, Mr. Novacek, of Eugene

17  Novacek's Company?

18  A.    Yes, I was.

19  Q.    Was this system actually made by ENCO?

20  A.    Yes, it was.

21  Q.    And when was it made?

22  A.    The left workstation, the on-air machine, was made

23  in November of 1994 and sold to a client in December of

24  '94.  The right machine was manufactured in March of '95.

25  Q.    How do you know that?

A.      There are serial numbers imprinted on the back of

each of the major boxes, little black boxes on the bottom

of those stands.  Those serial numbers we track to keep

track of everything we've done, who we sold it to, when

it was built, what components comprised it, things like

that.

Q.      Is there anything in the system here in the

courtroom in front of the jury that ENCO did not offer

for sale to the public prior to October, 1995?

A.      No.

Q.      Can DAD play digital audio?

A.      Yes, it can.

Q.      And how was digital audio stored in DAD?

A.      Each individual audio component, a song, for

example, is an audio file that is stored on a hard disk.

Q.      Can DAD play playlists?

A.      Yes, it can.

Q.      And how are playlists stored in DAD?

A.      Playlists -- being a sequence of events like play

a bunch of songs, play a bunch of commercials, things one

after another -- are themselves a file that also live on

a hard drive.

Q.      And are those playlist files stored separately

from the audio files?

A.      Yes, completely separately.

1905

1  Q.    Can DAD download audio files over a network?

2  A.    Yes, it can.

3  Q.    Can DAD download playlist files over a network?

4  A.    Yes, it can.

5  Q.    What kind of organizations have used DAD since you

6  first started selling it?

7  A.    There are over 10,000 of them out there now but

8  things that you'd be familiar with would be places like

9  CNN, ESPN, The Weather Channel, Oprah Winfree Show uses a

10 DAD since the mid Nineties.

11 Q.    Any others?

12 A.    Oh, many.  I could go on forever.  There are

13 stadiums and arenas all over that have used it.  It's

14 been used in many Olympics for playing back anthems, you

15 know --

16 Q.    Any Texas stadiums, Mr. Novacek?

17 A.    Yes.  The Dallas Mavericks soccer team were an

18 early adapter of DAD, the Texas Rangers.

19 Q.    Has it ever been used by the military?

20 A.    Yes, it has.

21 Q.    Do you have the source code for the software that

22 is on the machines today?

23 A.    No, not exactly the source code for this version,

24 no.

25 Q.    Is that because of the time that's elapsed?

1  A.     Correct.

2  Q.     Are you prepared to demonstrate this system to the

3  jury?

4  A.     Yes, I am.

5          MR. STEPHENS:  Your Honor, may the witness

6  step down to demonstrate --

7          THE COURT:  You may.  Just be sure to keep

8  your voice up so everyone in the courtroom can hear you.

9          THE WITNESS:  Understood.

10  BY MR. STEPHENS:

11  Q.     Mr. Novacek, there is a chair there.  I know your

12  foot is hurt.  If you need to sit --

13          MR. STEPHENS:  Your Honor, if it's okay --

14          THE WITNESS:  Is that all right?

15          THE COURT:  All right.

16  A.     Can I turn it on?

17  BY MR. STEPHENS:

18  Q.     Yes, please.

19          Mr. Novacek, could you start by telling the

20  jury what we have here?  What's the system on your left

21  and the jury's right?

22  A.     Okay.  As I mentioned -- can you hear me okay?

23          As I mentioned before, this is what we call an

24  "on-air workstation."

25          THE COURT:  Excuse me.  You moved the angle of

1907

1  that one computer.  Can the jury see both of them?

2          (Jurors respond affirmatively.)

3          THE COURT:  All right.  As long as you can

4  see, because it looked to me like you moved that right

5  one off.

6          THE WITNESS:  I'm going to be sitting --

7          You'll see everything on this display up on

8  the monitor.  It is booting right now, and everything I

9  do you'll see.  So, it's not too critical you see this

10  one; and, again, I didn't want my back to you so I angled

11  it slightly.

12          Can I continue?

13  BY MR. STEPHENS:

14  Q.    Yes, please.

15  A.    So, this again is the on-air workstation, "on-air"

16  meaning it's going to go on air.  Just like it sounds if

17  you've seen television programs for broadcasters, we're

18  on the air.  This is the on-air machine.  What plays from

19  this machine generally is broadcast on a television

20  station or a radio station or whatever might be.  It

21  plays audio.

22          This one here, the server, is a file server.

23  It serves files to this workstation and usually many

24  other workstations.  We try to keep it smaller so that,

25  you know, we didn't have to have too many things here.

1 This is all we need to demonstrate what we're talking

2 about.

3 Q.    Mr. Novacek, can you show the jury how the DAD

4 system can play a playlist of audio files?

5 A.    Yes, I can.  So, now I'll move over here.

6            Right now I'm just going to clear the screen

7 so you don't have to see too much stuff.  The "f:\dad"

8 indication means that I'm connected to the server.  F

9 drive is the hard drive that's on that server over there.

10 I'm connected between these two with a little cable that

11 let's them communicate.

12            And if I simply run the DAD program, I'm

13 running on the network.  I'm running on the server.  So,

14 I'm in what we call "network mode."  So, I'll wait until

15 it starts up and then demonstrate what Mr. Stephens has

16 asked.

17            There is a slight piece of video missing.  I

18 don't know if you can resend your feed somehow.

19            It's not critical.  I'll proceed without it.

20 There is a --

21            THE COURT:  Let me ask one question just to be

22 sure.  You mentioned you were on the network.  Is this

23 hooked up to the court's network somehow through that

24 system?

25            THE WITNESS:  No, not at all.

1      THE COURT:  So, the network you're talking

2  about is those two computers?

3           THE WITNESS:  That's correct.

4           THE COURT:  So, you're not hooked into our

5  system?

6           THE WITNESS:  Absolutely not.

7           THE COURT:  Okay.  All right.

8           THE WITNESS:  It's an isolated network between

9  themselves.

10          THE COURT:  All right.

11          THE WITNESS:  Generally there would be many

12  more playing the game, but we're only showing two in this

13  demonstration.  We're not on the Internet or connected to

14  anything of yours.

15          THE COURT:  All right.

16  BY MR. STEPHENS:

17  Q.    Mr. Novacek, I'm sorry.  Before you demonstrate

18  playing back a playlist, are there any audio files on

19  that on-air machine now?

20  A.    No, there are not.

21  Q.    Can you show the jury that?

22  A.    Yes, I will.  I'll get out of the program to show

23  you that.

24          And once again the "F" indicates that I'm on

25  the network.  I'm going to change over to C, which

1  indicates I'm on this drive.  There is a C drive which is

2  here and an F drive which is there (indicating).  I'm now

3  looking at this C drive.

4          We store audio cuts in a directory called

5  "cuts" on the C drive; and if I simply use this directory

6  command, D-I-R, it shows me there is nothing there.

7  There are zero bytes.  That means zero amount of storage

8  is being used in a directory called "cuts," which is

9  where we store audio files.  So, there are no audio

10  files.

11 Q.     Are there any playlist files on the on-air

12 machine?

13 A.     No, there are not.

14 Q.     Could you show the jury that?

15 A.     Yes.  In this area of this local hard drive, this

16 is where playlists are stored on a local hard drive; and

17 it is also empty.  Zero bytes.  No cuts, no playlists.

18 Q.     Thank you, Mr. Novacek.  Now if you could show the

19 jury how to play a playlist of audio files.

20 A.     Okay.  Once again, I'm starting up DAD in network

21 mode because there's nothing on this drive.  I can't play

22 anything from this drive right now.  So, I'm connected to

23 the server and -- in fact, while this is starting up, the

24 jury may be able to see this one screen; and I'll

25 describe --

1         THE WITNESS:  Sorry, your Honor, you can't see

2  it too well; and we're not projecting it.

3         THE COURT:  That's all right.

4  A.     But the activity of this on-air workstation --

5  this says "on-air," which is this machine.  I can see

6  activity that server sees relative to this machine.  So,

7  these files are files that this machine currently has

8  open on that hard drive.  And that will be important

9  later.  So, I'll just leave that there.  It's not for

10  anything else.

11  BY MR. STEPHENS:

12  Q.     Mr. Novacek, could you explain what we see on the

13  screen to the jury?

14  A.     Yes.  This is one of the many interfaces of DAD.

15  On the left you'll see -- I'll just circle it with the

16  mouse for now -- I can use the laser pointer.

17         This left side here we call a "playback

18  machine."  This is called "Playback 1."  On the right we

19  have a record machine.  That's just like it sounds.  It's

20  for recording audio, getting audio into the machine; but

21  the playback is primarily used for playing back an

22  existing playlist.  You can see I have a button here

23  called "playlist," which has a playlist called

24  "musicbed."  There is a playlist here called "musicbed"

25  with some audio files ready to play.

1912

1   Q.     What are the items in the scrollable list?

2   A.     These items here, like 60 Minutes Ticking, it's

3   actually music from the 60 Minutes television program.

4   These are songs, small little pieces of music, songs used

5   in a television broadcast.

6   Q.     How are those songs stored, Mr. Novacek?

7   A.     Each one of these files -- songs is an individual

8   file on the hard drive of that server.

9   Q.     Okay.  Why does the playback machine look the way

10  it does?

11  A.     When we invented DAD in 1991, we wanted to present

12  it to a public that really wasn't used to graphics of

13  this nature or anything digital like this.  We were

14  trying to replace CDs and tape machines.  So, we wanted

15  to emulate things that people were already familiar with.

16         Now, it's hard to emulate a stack of CDs; so,

17  that part of this machine is new.  But the "play,"

18  "pause," "stop" buttons are familiar to the users.  So,

19  we tried to emulate things like the CD player or tape

20  deck, things that everybody was familiar with in the day.

21  Q.     Okay.  Could you go ahead and play the playlist?

22  A.     Yes.  Before I do that, the top slot of this

23  machine is -- this is the "play" slot.  It's whatever --

24  whatever is playing is this top slot.  You'll see some

25  things happening when I actually push this "play" button.

1913

1           So, you're hearing the 48 Hours Music Team.
2   It's counting down, one minute and eight seconds.  When
3   it gets down to zero, it's going to be done.  When this
4   pacer bar finishes, it will -- it's a graphic
5   representation of how much time is left to play.  I'll
6   turn it down a little bit so you can hear me talk.
7           On the right side there is a digital
8   representation of the volume level of what you're
9   hearing.  It's called a "VU meter," a "volume unit
10  meter."
11  Q.    Mr. Novacek what will happen if you just leave
12  this playing?
13  A.    This is right now set to completely automatically
14  play.  The little "A" there says to automatically play
15  the next one.  So, at the end of 48 Hours music, when
16  this pacer bar finishes, it's going to play 60 Minutes
17  Ticking.
18  Q.    Now, where is the playlist file that the machine
19  is playing coming from?
20  A.    It is also on the server.
21  Q.    And the audio files are also coming from the
22  server?
23  A.    They're all on the server.
24  Q.    Okay.  Is there a way to use the on-air system
25  without using the file server?

1914

1    A.      Yes, there is.

2    Q.      Where would it get the audio files and the

3    playlist files from?

4    A.      It would have to be downloaded from the server

5    into the local workstation's hard drive, so from that

6    server into this machine.

7    Q.      Is there a way using DAD to transfer those files

8    to the on-air machine?

9    A.      Yes, there are.

10   Q.      And how would you do that?

11   A.      There are several ways, but one easy way to show

12   right here with what we have is called "playback look

13   ahead."  Remember this machine is called "playback" and

14   think of the word "look ahead."  It looks ahead in the

15   list of these events to try to predict what is going to

16   be needed to play that playlist and downloads everything

17   required from the server into the local hard drive.

18   Q.      And how would you get the playlist to the on-air

19   machine?

20   A.      You would go through another procedure to download

21   the playlist from the server to the local machine.

22   Q.      Okay.  Could you go ahead and demonstrate the use

23   of playback look ahead to download a playlist of files to

24   the on-air machine?

25   A.      Yes.  I'm going to close this record machine and

1  bring up another player.  So, you can see PBK 1, 2, 3,

2  and 4.  It's just like this Playback 1.  There are just

3  four of them so you can do many things at once.  And

4  Playback 2, which is now empty, has been preconfigured to

5  do the playback look ahead function that I'm describing.

6          I'm going to pick a playlist to download.

7  There is one here called "Gene 44."  I'll load it into

8  the playback machine.  The reason I kind of wanted to

9  reference this machine here, you may start seeing that

10 first line on that machine ticking away.  It's copying

11 individual elements from this playlist and downloading

12 them from the server into the local hard drive.

13         I know you can't see that but I can see it and

14 I know as it's blinking there, it's every single audio

15 file on this playlist copying -- downloading from the

16 server into the local hard drive.

17 Q.    Mr. Novacek, when you say "local hard drive," what

18 do you mean by that?

19 A.    The C drive of this on-air workstation.  In fact,

20 the jury can probably see this red light blinking like

21 crazy right now because it's reading -- it's getting a

22 whole bunch of stuff downloaded into it and now the red

23 light has stopped blinking and I don't see any activity

24 on the server.  The download is now complete for all the

25 audio files in this playlist to access their music.

1916

1  Q.     Okay.  Mr. Novacek, can you now use the DAD system

2  to download a playlist to the on-air machine?

3  A.     Do we want to see the cuts first, the songs on the

4  local hard drive while -- it's probably easier to do

5  that.

6  Q.     Okay.  Whatever you prefer.

7  A.     I'm going to exit out of the network mode, and

8  you'll see all of the files close out of the network

9  server.

10        So, there's absolutely nothing going on.

11  There is no connection between the on-air workstation and

12  the server anymore.

13        And I'm going to go to the C drive again.  And

14  remember when I was looking at the cuts directory, it was

15  empty.  Now it's got the audio files that were in that

16  Gene 44 playlist.  These were not there before I just

17  simply did the playback look ahead function and they

18  downloaded these files and they're on this local hard

19  drive.

20  Q.     Okay.  Now, Mr. Novacek, can you use the DAD

21  machine to download a playlist?

22  A.     Yes.  So, I'm going to run DAD on the local

23  machine; and you notice there is no activity on the

24  server anymore.  It's doing everything that it did before

25  but not talking to the server.  It's doing everything

1917

1  locally.

2  Q.    Mr. Novacek, can I ask you, just to be clear for

3  the record, when you're talking, to refer either to the

4  "on-air machine" or to the "server" rather than this

5  "local drive" or --

6  A.    Okay.  I understand.

7  Q.    Thank you.

8  A.    So, I'll just repeat what I said in those terms.

9  There's no activity on the server screen because of the

10 on-air workstation.  There are no files open.  Nothing is

11 happening on the server because of this on-air

12 workstation.

13        So, now I'm running DAD; and you can see I

14 have Playback 1 and 2 displayed.

15        If I go ask for a playlist, there are none.

16 Just like I showed you there were no playlists on this

17 local hard drive and this is reflecting that.  DAD is not

18 finding any playlists on this local hard drive.

19 Q.    Again, Mr. Novacek, could you refer specifically

20 either to the "on-air machine hard drive" --

21 A.    Oh.  Yeah, okay, "this."  I understand.  There are

22 no playlists on this on-air workstation's hard drive, and

23 this is reflecting that.

24        So, I'm going to go ask to get a new one, to

25 find a new playlist that I can work with.  And I'm going

1918

1  to use what we call an "import" function, which is a

2  download.  And I'm going to point to the server now.  I'm

3  going to say go look at the F drive -- remember F is

4  indicating that it's on the server -- in the place that

5  we look for playlists.  And there are all the playlists

6  that were on the server.

7          The Gene 44 is the one I was using as an

8  example.  So, we touch "Gene 44."  It's a DAD 486

9  playlist; so, it doesn't have to do anything to it.  It

10 just will download it from the server hard drive to the

11 on-air workstation's hard drive; and now we see one

12 playlist, the Gene 44 playlist, with 13 events in it.

13         So, now I can load that playlist into a

14 playback machine; and it's ready to play.

15 Q.    Okay.  Now, where do the audio files in that

16 playlist file reside?

17 A.    In the on-air workstation's local hard drive.

18 Remember I did a directory and cut.  We have those cuts

19 there.  They're right here on this on-air workstation's

20 local hard drive.

21 Q.    Okay.  Can you play it now?

22 A.    Yes, I can.  (Demonstrating.)

23         This is a rather quiet song.  It's the

24 Diagnosis Murder music.

25         So, it's playing now from the hard drive.

1  Remember, no activity on the server at all.  It's all

2  coming from the hard drive.  And the jurors might see the

3  red light blinking occasionally to indicate it's reading

4  bits and pieces of this audio file from the local hard

5  drive of the on-air workstation.

6  Q.    Now, Mr. Novacek, what will happen if you

7  disconnect the network connection between the on-air

8  machine and the server?

9  A.    Absolutely nothing.

10 Q.    Could you demonstrate that, please?

11 A.    Sure.  (Demonstrating.)

12       Okay.  So, I just removed the only link

13 between these two workstations.  This is the connection

14 between the server and the on-air workstation, the only

15 way they can talk to each other.  So, it's just

16 completely disconnected; and it's still playing and will

17 continue to play forever.  It has no need for the network

18 at all.

19 Q.    Okay.  Now, when you say it will continue to play

20 forever, what do you mean?

21 A.    This playlist, like the one we looked at earlier,

22 is configured to automatically play from one song to the

23 next.  It will just keep going.  And when it gets down to

24 the bottom of the playlist, it will just go right back up

25 to the top and start right over again.

1920

1  Q.    Mr. Novacek, is there a way to skip forward to the

2  next song in the playlist?

3  A.    Yes, there is.

4  Q.    How do you do that?

5  A.    So, in looking at this list, the next element that

6  will play is the Letterman music.  If I want to just go

7  to the Nanny music, I just touch it; and it is now next.

8         If I let it finish, here you'll see that it

9  jumps right to Nanny.

10 Q.    Okay.

11 A.    We'll let it finish, and it will do that.

12 Q.    Okay.

13 A.    There it is now playing the Nanny music.

14 Q.    Now, what if you want to jump until the next song

15 without waiting for the current one to finish?

16 A.    That's fine.  I can just touch The Walker, Texas

17 Ranger music and hit the "next" button; and it will fade

18 out the Nanny music and go right into the Walker, Texas

19 Ranger music.

20 Q.    Now, what happens if you hit the "next" button

21 without selecting a different song?

22 A.    It will just go to the next element in the

23 playlist.

24 Q.    Okay.  Could you demonstrate that?

25 A.    Yeah.  I'll just do it right now.  And it just

1921

1  goes to As the World Turns.  And As the World Turns was

2  the last element in this playlist; so, it goes right back

3  up to the top to start the Diagnosis Murder as the next

4  element.

5  Q.    Okay.  Could you use the scrollable list there to

6  select a song in the middle of the playlist and then skip

7  directly to that?

8  A.    Okay.  I'll scroll down and choose Second Chances

9  music and hit "next."  I can choose anything I want from

10 anywhere within the playlist, above or below where I'm

11 currently playing, with no problems at all.

12 Q.    So, is there a way to skip back to a previous song

13 in the playlist?

14 A.    Yes.  If we look at the playlist, Second Chances

15 is right here.  The previous song is Pickett Fences.  So,

16 I just touch Pickett Fences and hit "next"; and it's

17 playing the previous song.

18 Q.    Mr. Novacek, is an on-air machine a personal

19 computer?

20 A.    Yes, it is.

21 Q.    Does it have a sound card?

22 A.    Yes, it does.

23 Q.    Does the sound card have a digital-to-analog

24 converter?

25 A.    Yes, it does.

1  Q.     Is there a number on the screen that indicates the

2  next item in the playlist?

3  A.     Yes.  This "pos" is short for "position."  So, in

4  other words, Position 10 is Second Chances.

5  Q.     Is there a variable in the DAD software that

6  stores a number indicating the currently playing item in

7  the playlist?

8  A.     Yes, there is.

9  Q.     What's that?

10 A.     It's called the "position."  The variable in the

11 code is actually called "position."

12 Q.     Can a DAD playlist have more than one type of item

13 in it?

14 A.     Yes, it can.

15 Q.     Can you explain that?

16 A.     Yes.

17        Just so I can -- so it won't move around on me

18 while I'm demonstrating this.

19        The normal printed elements of this playlist,

20 the music ones, the ones that say "music," are pieces of

21 audio.  So, the type that these are are things that you

22 could play.  So, they're a play type.

23        Right below it you'll see this white bar that

24 says "read the local weather."  It's not a piece of audio

25 at all.  It's a comment.  It's a message to the user to

1923

1  do something or something of interest.  It can be

2  anything anybody programs into the playlist.  So it's a

3  comment type; so, it's different from the play type.

4           A little further down you'll see another one

5  that's weird looking.  It's called "hard branch at

6  19:00."  This is a timing event that says I need to do

7  something at 7:00 at night.  So, it's a T-type, a timing

8  type.

9           So, there are three different types right in

10  this one little playlist.

11  Q.    And where is the type information stored?

12  A.    It's actually stored as a data field in the

13  playlist file itself.

14  Q.    And does that field have a name?

15  A.    Yes.  It's actually called the "type field."

16  Q.    Is there a way to search for songs based on user

17  preferences like, let's say, an artist name or a subject

18  matter?

19  A.    Yes, there is.

20  Q.    Can you demonstrate that, please?

21  A.    Yes.  I'll go to this machine and say I want to

22  generate a new playlist.  And what we have on the left is

23  all of the material that's in my library, everything

24  that's in the system, by name and by cut number.

25           I make -- you know, one of the criteria, I

1924

1   want a love song.  So, I can say search for something

2   with the word "love" in it; and it's finding in this

3   library these four songs that are something to do with

4   love.  "Love and War," "I Need Love," "Still in Love With

5   You," "When It's Love."

6           And the one I really wanted was "Still in Love

7   With You," and I can put it in a playlist by saying add

8   the current cut.

9           I can also do some things like show me just

10  the sound effects that are in this system.  So, instead

11  of searching for it, I can use this "group" button, say

12  show me sound effects and there is a glass-breaking sound

13  effect and I can add that to the playlist.  So, now I

14  have a "love" cut following by a glass-breaking sound

15  effect.  So, I was using the search and organization

16  capability of this system to build up a playlist; and I

17  could continue on forever doing that.

18  Q.    Well --

19  A.    I won't, though.  I promise.

20  Q.    I know you'd like to and I'd be very interested,

21  but I think we have enough right there.  I have a couple

22  additional questions before I ask you to re-take the

23  stand.  First, does DAD ever scan a playlist looking for

24  a particular type of track?

25  A.    Yes.

1   Q.     Okay.  And can DAD play songs on a schedule?

2   A.     Yes, it can.

3   Q.     Now, Mr. Novacek, if you would reconnect the

4   network.

5          MR. STEPHENS:  And, your Honor, if he may

6   re-take the stand.

7          THE WITNESS:  Can I go back?

8          THE COURT:  Please.

9   BY MR. STEPHENS:

10  Q.     Thank you for the demonstration, sir.  I'd like to

11  back up now and ask some background questions.  Where did

12  you grow up?

13  A.     In Southfield, Michigan.

14  Q.     And where did you go to school?

15  A.     I graduated high school in South Field, Michigan;

16  and then I did my university studies in the Massachusetts

17  Institute of Technology and Harvard University in

18  Cambridge, Massachusetts.

19  Q.     And what degrees did you get?

20  A.     I received my bachelor's of science and

21  engineering from MIT.

22  Q.     Any further schooling after that?

23  A.     I completed my graduate coursework at MIT, but I

24  didn't get the master's degree itself.

25  Q.     Okay.  Why not?  Was there something you didn't

1 complete?

2 A.    Yes.  I had an incredible job opportunity.  I was

3 planning on getting married to my wife, who is also an

4 MIT engineer, and it was just too costly to stay for

5 another term to complete it and I went out into the real

6 world.

7 Q.    Was there some requirement you didn't complete?

8 A.    Yes, the thesis, the master's thesis.  I had

9 written a bachelor's thesis; and, you know, I didn't need

10 to do another one.  I was fine with it.  My employers

11 were fine with it.

12 Q.    Do you have any children?

13 A.    Yes, I do, two.

14 Q.    And where do they live?

15 A.    My son lives in Boston, and my daughter lives in

16 Houston.

17 Q.    What does your daughter do in Houston?

18 A.    She's an anchor reporter for FOX Television News.

19 Q.    Mr. Novacek, how did you come to create DAD?

20 A.    Oh, wow.  In the Eighties ENCO, my software

21 company, was an industrial process control company, which

22 means we did custom hardware and software applications

23 for industry, manufacturing plants, assembly plants,

24 things of that nature.

25         When the Nineties rolled in, particularly when

1 the Gulf War of 1991 happened, that industry changed and

2 I found myself needing to move out of industry and into

3 something else.

4         I linked up with a childhood friend of mine,

5 Dave Turner.  We met when we were 12-year-olds in junior

6 high, did everything that junior high and high school

7 kids do together.  We were best friends.  He knew that I

8 was looking to do something.  He was in broadcasting, and

9 thought that we might apply the software I did for

10 industry in the broadcasting industry.  So, it actually

11 started not too far from here.  In October of '91, we

12 attend an SBE, Society of Broadcast Engineering,

13 conference in Houston and we were evaluating the status

14 of software in broadcasting in the day and we would look

15 at vendors' exhibits, go have coffee, and on the back of

16 a napkin write down what we saw and what we thought we

17 could do.

18         And at the end of the show, literally on the

19 back of a napkin, DAD was born.  We decided to do digital

20 audio for broadcasters.

21 Q.    Mr. Novacek, where is ENCO located?

22 A.    ENCO's headquarters are still in Southfield,

23 Michigan.

24 Q.    And how many employees does ENCO have?

25 A.    Approximately 25.

1928

1  Q.     And I think you mentioned this already, but how

2  many DAD systems have you sold?

3  A.     There are over 10,000 DADs worldwide.

4  Q.     How much does a system like the one in the

5  courtroom here cost?

6  A.     Well, it varied greatly as the price of technology

7  changed; but in the day those machines were worth about

8  $20,000 apiece, the left one being a little cheaper than

9  the right one.  The server was a little bit more

10  expensive.  So, that's 20,000 on the left and about

11  30,000 on the right.

12  Q.     Who owns this system?

13  A.     Apple Computer.

14  Q.     Did Apple buy it from you?

15  A.     Yes, they -- yes, they did, indirectly.

16  Q.     When you say "indirectly," did one of their

17  attorneys buy it from you?

18  A.     Yes.

19  Q.     And how much did Apple pay for it?

20  A.     For this -- and there's another component that

21  we're not showing.  There is a third piece to this, an

22  on-air production server; and the server was 75,000 plus

23  some barter.

24  Q.     And what was the barter?

25  A.     We tried for some Apple products, PCs, laptops, a

1  couple iPhones, things of that nature.

2  Q.     And was that consistent with what you thought

3  these machines were worth?

4  A.     Actually slightly less, yes.  We -- you know,

5  Apple wanted, you know, to negotiate a little bit.  We

6  thought they were worth a little more; but, yeah, that

7  was pretty commensurate with what they were worth and

8  what we were willing to let them go for.

9  Q.     Did Apple buy them for this case?

10  A.     No.

11  Q.     How did you manage to assemble a system from the

12  early 1990s?

13  A.     The left machine, the on-air workstation, the

14  on-air PC, like I said, was built in November, '94 and

15  sold in December of '94.  It was sold to WMC, a radio

16  station in Memphis, Tennessee.  The engineer there, Paul

17  Barzizza, was a longtime fan of ours.  He was the chief

18  engineer of the radio station, was a big fan, and bought

19  our systems.  And as time evolved, we sold new systems.

20  He sent it back to us in trade.  He wanted to upgrade

21  that system as to something else.  It was still in

22  perfect condition; so, we took it back in trade for a

23  newer system.

24  Q.     When did Apple buy it from you?

25  A.     I believe it was in 2007, late 2007.

1  Q.    Have you been paid by Apple for consulting in this

2  case?

3  A.    Yes, I have -- indirectly, yes.

4  Q.    Through its lawyers?

5  A.    Yes.

6  Q.    And what's the rate that you charged Apple?

7  A.    I charged 500 an hour.

8  Q.    Is that rate the same as you charge your other

9  customers?

10 A.    Yes, it is.

11 Q.    And how much have you charged Apple for this case?

12 A.    103,000 so far.

13 Q.    Now, did ENCO exhibit DAD at trade shows?

14 A.    Yes, as many as we could.

15 Q.    Which trade shows?

16 A.    The primary one was called "NAB," National

17 Association of Broadcasters.  They have an

18 internationally-attended show in Vegas in the spring

19 every year.  Our first NAB was April of '92; and we've

20 been at every one since and many, many other shows, SBE

21 shows, shows worldwide.  I just got back from Singapore a

22 couple of days ago from a show there.  So, it's -- you

23 know, you can't sell it if you don't show it.

24 Q.    Was ENCO at the NAB show in 1996?

25 A.    Yes, we were.

1931

1  Q.    Was ENCO demonstrating DAD at the NAB show in

2  1996?

3  A.    Yes, we were.

4  Q.    Did ENCO provide manuals for the DAD system?

5  A.    Yes, we did.

6  Q.    How did that work?

7  A.    I -- Dave Turner and I, the two co-inventors of

8  it, started writing the original manuals in '91-'92 as we

9  created it; and we eventually hired a tech writer to do

10 that work for us.  So, we would feed Michelle Monroe, our

11 tech writer, with what we wanted in the manual, me as

12 development and Dave as a part of development, so that we

13 could convey information about how to use DAD to our

14 users in less geeky speak.  I mean, we are engineers.

15 I'm a nerd from MIT, and I wouldn't write the best

16 readable manual.  So, Michelle did a really good job of

17 making it readable.

18           Her job was to create the manual and talk with

19 sales to find out how many manuals were needed for the

20 next couple weeks for shipment.  So, we didn't want to

21 print a thousand manuals and have them sitting around

22 because they were outdated within days.  We were changing

23 DAD nearly every day.  So, she would print just enough --

24 Q.    I'm sorry to interrupt.  Can I ask you to just

25 slow down just a little bit?

1  A.     Sorry.

2  Q.     I see the court reporter there showing signs of

3  stress, although she's very good.

4  A.     Understood.

5  Q.     Continue, sir.

6  A.     So, she would try to print just as many manuals as

7  she needed just to satisfy current orders because, again,

8  it was changing so quickly.

9          A more important part of how we distributed

10 them was electronically.  So, she would print manuals,

11 and we would publish them.  Every single DAD got a DAD

12 manual, and she put her updates of the manual on our

13 electronic bulletin board.  It's a form of the Web back

14 in the Nineties.  The Web didn't exist like it does today

15 then so --

16 Q.     Let me stop you right there, sir.  How were those

17 printed manuals bound together?

18 A.     We purposely, when we printed them, printed them

19 on double-sided paper to save paper and three-hole

20 punched them so that you could -- and they were shipped

21 in a three-ring binder so it would be very easy to

22 replace the pages as we constantly updated them.  So, we

23 would ship one full manual with an order; and then if the

24 user wanted to update a section or a page or a chart,

25 they could go to our BBS, our bulletin board system,

 1  download just the one chapter they were interested in

 2  that might have been updated, print it, replace the

 3  pages.

 4  Q.    And what is a bulletin board system, Mr. Novacek?

 5  A.    It's a way of connecting workstations together

 6  over a long distance.  It was connecting computers

 7  together over very long distances.  Like right here these

 8  two are connected together through a nice little cable,

 9  but I can't have a cable going to a user from Detroit to

10  San Francisco.  So, you would connect a phone line to a

11  computer using a device called a "modem"; and you could

12  actually tell the computer to dial another computer.  So,

13  if you ever heard the expression "dial out" or "dial in,"

14  that's where that came from.

15         So, back in the Nineties we exploited that

16  technology so that people could connect to our systems

17  readily to download things that we wanted to give them,

18  updates to the manual, new software, chat with our

19  technicians, chat with each other, another form of a

20  forum like you might hear today, or a blog, but in the

21  day they were called "BBSs."

22         Two others that we used that were public

23  forums, not just private forums, were CompuServe and

24  another one called "Prodigy."

25  Q.    Why not just use the Internet?

1934

A.     There was no Internet in the form that we know it
today.  There was one and I actually used it for things,
but it was not for the consumer.

Q.     So, in 1995 if a DAD system purchaser got a
printed manual and wanted to update it with the latest
updates from ENCO, what would they do?

A.     They would connect to one of the three places I
just mentioned, our BBS, CompuServe, or Prodigy, go to
the documentations section of the board, and look at the
dates on the chapters.  So, if their entire manual was
dated, you know, August 14th, '95, and they see something
after August 14th, '95, they could download that one
file, very small, very quickly, print it, and update the
pages in their manual.  We never shipped out updates to
the pages.  We thought that would be a waste of paper.
So, we did it electronically.

Q.     And how would they keep track of which versions of
each chapter they had?

A.     Every page of the DAD manual has a date of when
that page is as of.  So, again, with that August 14th
example, if I'm looking at a page and it says August 14th
and I look at the next page and it's August 27th, you
know, that's -- every page is stamped.

Q.     And how long was it from the time that that date
was affixed to a particular page and chapter to the time

1935

1  that it was made public?

2  A.     Literally minutes.

3  Q.     And how was it made public?

4  A.     I gave Michelle Monroe, our tech writer, programs

5  that as soon as she was done, it would, by chapter, look

6  at what was changed, publish to the proper places just

7  the updated chapters.

8  Q.     Now, let me get this straight.  Was there a file

9  for each chapter?

10  A.     Yes, there was.

11  Q.     Could users of your bulletin board system also

12  download the entire manual?

13  A.     Yes.  The manual was so large we had to break it

14  up into two pieces so they were a little bit easier to

15  deal with.  They were too large to be one file.  So,

16  there were two files that comprised the entire manual,

17  updated every time the manual and any chapter was updated

18  and then all of the comprising chapters -- 18 I think in

19  the index -- there were 19 more files that were

20  individual chapters.

21  Q.     Were there any restrictions on who could connect

22  to your bulletin board system and download the manuals?

23  A.     Absolutely not.

24  Q.     Any passwords or accounts required?

25  A.     No.

1936

1  Q.    Is it the case, sir, that the system you're

2  talking about was in place in 1995 when these systems

3  were being offered for sale?

4  A.    Yes.

5  Q.    Mr. Novacek, if you could turn in the binder in

6  front of you to Defendant's Exhibit 1?

7  A.    I'm sorry.  I have no binder.

8  Q.    I'm sorry.

9          MR. CORDELL:  Your Honor, may I approach?

10          THE COURT:  You may.

11          MR. STEPHENS:  Thank you, Mr. Cordell.  That's

12  the second time I've done that today.  I apologize.

13  A.    I'm sorry.  Where am I going?

14  BY MR. STEPHENS:

15  Q.    Defendant's Exhibit 1.  It's the first tab in the

16  binder.

17  A.    I'm there.

18  Q.    Can you tell us what this is?

19  A.    This is the DAD operation manual, Version 6.0A.

20  Q.    And can you tell from looking at this -- well,

21  first, let me ask who created it.

22  A.    ENCO created it.

23  Q.    Can you tell from looking at this when the

24  chapters of this manual were published by ENCO to the

25  public?

1  A.    Let me scan through it quickly.

2         Just doing a quick scan, the majority of this

3  manual is dated June 30th, 1995.

4  Q.    And when would those pages have been made

5  available to the public by ENCO?

6  A.    On June 30th, 1995.

7  Q.    Okay.  You said the majority of the pages.  Are

8  there some other pages that have a different date?

9  A.    Yes.  I noticed a few of them in chapter 8 were

10 dated September 30th, '95.

11 Q.    And when would those pages have been published by

12 ENCO?

13 A.    On September 30th, '95.

14 Q.    Okay.  Any other dates in there?

15 A.    I didn't see any.  I can scan again.  It's several

16 hundred pages.  It's hard to --

17 Q.    Just take a quick look.

18 A.    (Perusing documents.)

19 Q.    That's okay.

20 A.    They look like they're those two dates.

21 Q.    Okay.  Thank you.

22        Were all of the pages in this manual published

23 by ENCO in 1995?

24 A.    Yes, they were.

25 Q.    On the first page, sir, it says "preliminary."  Do

1 | you see that?

2 | A.    Yes, I do.

3 | Q.    Why does it say that?

4 | A.    Every DAD manual says "preliminary" so that we

5 | have the right to change it without notice.

6 | Q.    Okay.  Does that mean it was not published --

7 | A.    No.  Absolutely not.

8 | Q.    If we could go, sir, now to the tab in your binder

9 | marked Defendant's Exhibit 85.

10 | A.    Yes.

11 | Q.    Can you tell us what that is?

12 | A.    Yes.  This is a purchase order to ENCO from one of

13 | our distributors, Harris Allied, and the corresponding

14 | invoice from ENCO back to Harris for the system that they

15 | ordered for one of their clients.

16 | Q.    How does that invoice relate to the system that

17 | you demonstrated to the jury here today?

18 | A.    The software that we're actually running in the

19 | demo is from this order.

20 | Q.    Okay.

21 |       MR. STEPHENS:  Your Honor, may I approach?

22 |       THE COURT:  You may.

23 | BY MR. STEPHENS:

24 | Q.    Mr. Novacek, I'm handing you what's been marked

25 | Defendant's Exhibit 87; and I believe that that exhibit

1939

1  includes the system itself.

2          MR. HOLDREITH:  Can I just have a look at

3  that?

4          MR. STEPHENS:  Absolutely.

5  BY MR. STEPHENS:

6  Q.    Mr. Novacek, can you tell the jury what I just

7  handed you?

8  A.    These are the two installation disks from this

9  order that we're seeing on the screen.

10  Q.    By "this order," you mean Defendant's Exhibit 85;

11  is that correct?

12  A.    That's correct.  We referred to it as Sales Order

13  Number 10164, which you see up in the upper right.  And

14  written on these disks are the Sales Order 10164 in Dave

15  Turner's handwriting.

16  Q.    And how did you get them back from Harris Allied?

17  A.    I did not.  I got them back from the engineer at

18  the University of Akron which you also see on the upper

19  right, Blake Thompson.

20  Q.    How did you get them back from Mr. Thompson?

21  A.    I let it be known on our forum that we were

22  looking for software and installation disks of the day

23  and Blake responded.

24  Q.    What's the relationship between those disks and

25  the system you demonstrated for the jury?

1940

1  A.     The software that you saw running came from these

2  diskettes.

3  Q.     Now, Mr. Novacek, you were deposed in this case;

4  is that right?

5  A.     I'm sorry.  I hit the mic.  I didn't hear you.

6  Q.     Your deposition was taken in this case; is that

7  right?

8  A.     Yes, it was.

9  Q.     I want to ask you a few questions about that

10  deposition.  If you could turn in your binder to

11  Plaintiff's Exhibit 173.

12  A.     Yes.  I'm there.

13  Q.     Can you tell us what that is?

14  A.     This is my public profile page from a social

15  networking system known as *LinkedIn*.

16  Q.     And did you create that page?

17  A.     Yes, I did.

18  Q.     When did you create that page?

19  A.     Many, many years ago.  I'm sorry I don't really

20  recall the date.  When *LinkedIn* started.  I was one of

21  the first members of *LinkedIn* when I found out about it.

22  Q.     Now, near the bottom of the page it says Gene

23  Novacek's education and it says "MIT, MS engineering

24  management."  Do you see that?

25  A.     Yes, I do.

1941

1   Q.      Did you actually have an MS in engineering

2   management?

3   A.      No, I did not.

4   Q.      Why does it say that there?

5   A.      When I created this profile, all they had in

6   *LinkedIn* for specifying your educational level were four

7   check boxes, high school, BS for bachelor's of science,

8   MS for master's, and PhD for doctorate.  I felt that I

9   had gone through so much amount of energy getting toward

10  my masters, I was more than the bachelor's; so, I checked

11  off the master's check box.

12  Q.      Have you ever held yourself out as having an MS

13  degree to employers?

14  A.      Absolutely not.

15  Q.      To customers?

16  A.      No.

17  Q.      To engineering colleagues?

18  A.      No.

19  Q.      Okay.  If you could turn now, sir, in your binder

20  to the tab marked Plaintiff's Exhibit 174.  Can you tell

21  us what that is, sir?

22  A.      This is an email correspondence between me and

23  Hoyt Fleming, an email I sent to him and his response to

24  me back in May of 2006.

25  Q.      Was that before this case?

1942

1   Let me ask it differently.  Did that relate to

2   this case?

3   A.    No, not at all.

4   Q.    Had you done some consulting for Apple at that

5   point?

6   A.    Yes, I had.

7   Q.    Now, in the lower email there is a sentence that

8   says, "I want to get a bunch of Apple items and was

9   wondering if there are any discounts available for team

10  members."  What did you mean by that?

11  A.    I didn't really know if there were any formal

12  discount plans at Apple.  At ENCO we do have discount

13  plans for family, friends, employees, vendors, partners,

14  just like GM does for getting cars in the family, things

15  like that; and I was interested in getting a discount,

16  saving some money on getting some Apple items and was

17  hoping they might have something we could take advantage

18  of.

19  Q.    Okay.  If we could go next to the tab marked

20  Plaintiff's Exhibit 716 in your binder.  What is that,

21  sir?

22  A.    This is another email correspondence from me to

23  Hoyt Fleming in February of 2008.

24  Q.    And it says the subject is "from left field."

25  A.    Correct.

1943

1  Q.    Why does it say that?

2  A.    Because it was completely different from anything

3  that I ever had communicated with Hoyt.

4  Q.    And what were you communicating with Mr. Fleming

5  in this email?

6  A.    As you can read, we were -- my wife and I were

7  interested in selling ENCO and we were talking with other

8  Apple-like companies -- Microsoft, *Google*, *Yahoo!* -- and

9  just didn't want to leave anybody out.  We were looking

10 for any opportunity for, you know, a potential buyer and

11 thought Apple might be interested.

12             THE COURT:  Counsel, we're going to take a

13 break.

14             Ladies and gentlemen, I'll ask you to be back

15 at quarter of.

16             (The jury exits the courtroom, 3:29 p.m.)

17             THE COURT:  We'll be in recess until quarter

18 of.

19             (Recess, 3:30 p.m. to 3:45 p.m.)

20             (Open court, all parties present, jury

21 present.)

22             THE COURT:  Go ahead, counsel.

23             MR. STEPHENS:  Thank you, your Honor.

24             Can we have back up Plaintiff's Exhibit 716?

25                          *

1  BY MR. STEPHENS:

2  Q.    That's Exhibit 716 in your binder, Mr. Novacek.

3  A.    Yes, I have it.

4  Q.    You were talking about your interaction with

5  Mr. Fleming about selling ENCO before the break.  Do you

6  recall that?

7  A.    Yes, I do.

8  Q.    Did you have any conversations with Microsoft or

9  Google or the other competitors you mentioned?

10  A.    Yes, I did.

11  Q.    Did your interaction with Apple about selling ENCO

12  ever go anywhere?

13  A.    No, it did not.

14  Q.    Do you still own ENCO today?

15  A.    Yes, I do.

16  Q.    Now, Mr. Novacek, are you an intellectual property

17  lawyer?

18  A.    No, I'm not.

19  Q.    If we could turn to the first page of Defendant's

20  Exhibit 1.  Do you see the little circle Rs there on the

21  first page -- Rs in a circle?

22  A.    Yes, I see them.

23  Q.    What are those for?

24  A.    The circle R indicates registered trademark, I

25  believe.

1945

1  Q.      Do you know what's required to register a

2  trademark?

3  A.      Not really, no.

4  Q.      Does ENCO have any registered trademarks?

5  A.      I honestly don't know.

6  Q.      Do you know why the circle R is on the front page

7  of your manual?

8  A.      Because my vice-president of sales and marketing

9  wanted them there to make it look more realistic or

10 impressive.  I don't know.  I was responsible for the

11 contents.  Beyond that...

12 Q.      Was DAD486 a name that you used as a brand for

13 your product?

14 A.      Yes, it was.

15 Q.      Was ENCO thinking about applying for patents back

16 in this time, 1995 or so?

17 A.      Actually much earlier than that, yes.

18 Q.      Did you talk to a patent lawyer at the time?

19 A.      Yes, we did.

20 Q.      Did you -- did ENCO actually file any patent

21 applications at the time?

22 A.      No, we did not.

23 Q.      Why not?

24 A.      We simply couldn't afford it.

25 Q.      Now, at the bottom of the page there, on

1946

1  Defendant's Exhibit 1, it says "U.S. and Foreign Patents

2  applied for."  Do you see that?

3  A.    Yes, I do.

4  Q.    Why does it say that?

5  A.    Honestly because we didn't know better.  This was

6  again Larry Lamoray, L-A-M-O-R-A-Y -- was my VP of sales

7  and marketing -- wanted to make it look very real,

8  impressive to potential clients like CNNs and things of

9  the world.  Just didn't know better.

10  Q.    Now, in your deposition you were asked if you

11  wanted Apple to win this case.  Do you remember that?

12  A.    Yes, I recall that question.

13  Q.    What did you say?

14  A.    Something to the effect that it didn't really

15  matter to me that Apple won, more importantly that the

16  plaintiff lose.

17  Q.    Why?

18  A.    I just have a real hard time with how they were

19  doing what they were doing.

20  Q.    And what was your problem with it?

21         MR. HOLDREITH:  Objection, your Honor.

22  Relevance.

23         THE COURT:  Sustained.

24         MR. STEPHENS:  I'll move on, your Honor.

25                          *

1947

1  BY MR. STEPHENS:

2  Q.    Mr. Novacek, is there a name for the two different

3  ways you were running the DAD system here?

4  A.    If you're referring to the modes, yes.

5  Q.    And what were those modes?

6  A.    Network mode or local mode, and local mode was

7  also known as "standby mode."

8  Q.    Okay.  And why would people use standby mode?

9  A.    In the day, in the Nineties that we're referring

10  to, networks weren't as trustworthy, as robust as they

11  are today.  Some professional broadcasters questioned the

12  stability of a network.  So, they wanted to use networks

13  to move audio files and playlists around a facility when

14  they had many workstations to work with; but when it came

15  to actually playing it on the air, they wanted to remove

16  the network component and play it completely locally on

17  the on-air machine itself.  And that's still done today.

18  Q.    I'd like to look back at the manual, Defendant's

19  Exhibit 1, at page 330, which also has the number 17-12

20  on it.

21  A.    One moment.

22          Yes.  I'm there.

23  Q.    What's shown on this page?

24  A.    We referred to this as the "Database Layout page."

25  Q.    And what does it show?

1948

1   A.     There are two primary databases in DAD of that

2   time; and we wanted to share with our users how we

3   structured those databases so in case they wanted to use

4   them, know about what was in them, we were very open

5   about how we created and maintained those databases.  So,

6   the two databases, the one on the left the cuts database,

7   and on the right is the playlist database.

8   Q.     And what is the "cut" line there, Field Number 1,

9   shown on the right side under the

10  \dad\files\playlist\*dbf?

11  A.     Yes.  The "cut" refers to the five-digit cut

12  number which was a unique number for every audio file

13  within the system.

14  Q.     Was that used to locate the audio file?

15  A.     Yes.

16  Q.     And down at Field Number 12, is that the type code

17  you referred to in your testimony?

18  A.     Exactly.

19  Q.     And how are those type codes used when playing

20  back a playlist?

21  A.     If you could open up the lower portion of the

22  screen -- there you go -- and maybe highlight those type

23  codes on the bottom, those are -- the three types that I

24  referred to in my demo, the P type, the normal P play

25  time is an audio file, something to play.

1      The C, comment type, was that white block you

2  saw that said "read the weather now."  So, that was a

3  comment type.

4      The other type I showed you was a T, timed

5  type, which had the hard branch at 19:00, do something at

6  7:00.

7      So, I showed three different types; and there

8  are eight types there --

9  Q.    Mr. Novacek, how do you feel about DAD?

10 A.    How do I feel about it?  I love DAD.  It is such

11 an important part of my family.  It's a third child.

12 It's --

13 Q.    Go ahead, sir.

14 A.    I could go forever.

15 Q.    Are you proud of it?

16 A.    Yes, very much so.

17 Q.    Thank you very much, Mr. Novacek.

18     MR. STEPHENS:  I'll pass the witness.

19     Your Honor, if I may, I'd like to move

20 Defendant's Exhibit 87 into evidence.  I don't know if it

21 was objected to or not.

22     MR. HOLDREITH:  That's the machine?

23     MR. STEPHENS:  The machine and the disks.

24     MR. HOLDREITH:  Well, your Honor, we have no

25 objection to the demonstration that was given here.  I'm

1  not sure it's appropriate to have the machines go into

2  evidence.

3          THE COURT:  Seeing as they can't go up anyway,

4  I may allow you to substitute photos later on; but

5  they're not -- we're not filing those things downstairs

6  in the evidence locker.  I can tell you that right now.

7          MR. STEPHENS:  Fair enough, your Honor.

8  Photos are fine.

9          MR. HOLDREITH:  Your Honor, may I deliver a

10  witness binder to Mr. Novacek?

11          THE COURT:  You may.

12          MR. HOLDREITH:  Thank you.

13          <u>CROSS-EXAMINATION OF EUGENE NOVACEK</u>

14  BY MR. HOLDREITH:

15  Q.    Good afternoon, Mr. Novacek.

16  A.    Good afternoon.

17  Q.    Now, I took your deposition about three months ago

18  in this case, right?

19  A.    Correct.

20  Q.    And I asked you some questions?

21  A.    Yes, you did.

22  Q.    And you gave me some answers?

23  A.    Yes, I did.

24  Q.    And you were under oath?

25  A.    Yes, I was.

1  Q.    And you tried to tell the truth?

2  A.    I did tell the truth.

3  Q.    And -- exactly.  And that deposition happened in

4  Cupertino, California.

5  A.    That's correct.

6  Q.    It was on April Fools Day.

7  A.    (Pausing.)

8  Q.    You may not remember that.

9  A.    I don't remember that, but it was March 31st or

10 April 1st.

11 Q.    And Cupertino is where Apple's headquarters is?

12 A.    Yes.

13 Q.    And the deposition was at Apple's headquarters?

14 A.    Yes, it was -- not the headquarter building.  One

15 of their buildings, yes.

16 Q.    One of their buildings.

17 A.    Yes.

18 Q.    Exactly.

19          Now, Mr. Novacek, are you just a neutral

20 witness here to tell the facts as best you can?

21 A.    Yes.

22 Q.    But at your deposition -- if you'd turn in your

23 binder, there is a copy of the transcript.  It's at the

24 back of the folder.  There is a tab that says "Novacek

25 depo."  And I tried to put some numbered tabs in it to

1  help you find your place.

2  A.    Yes.

3  Q.    And at 1, Tab 1, if you look -- there's a few

4  different excerpts here; so, I lettered them to try to

5  help you out.  There's 1A on page 115.  Do you see that?

6  A.    Yes, I do.

7  Q.    And at line 5 --

8          MR. STEPHENS:  Your Honor, could you instruct

9  the counsel to use page numbers, please?

10          THE COURT:  He just did.  115.

11          MR. STEPHENS:  Oh, I'm sorry.  I thought he

12  was talking about Tab Number 115.

13  BY MR. HOLDREITH:

14  Q.    At page 115 at line 5, I said, "It's fair to say

15  you were trying to help Apple defeat Personal Audio in

16  this case, right?"

17          And you said, "Yes."  Did I read that right?

18  A.    Yes.

19          MR. STEPHENS:  Your Honor, he's just reading

20  the deposition.  There is no question about this.

21          THE COURT:  Overruled.

22  BY MR. HOLDREITH:

23  Q.    And as Mr. Stephens asked you, Apple's paying you

24  in this case?

25  A.    Indirectly, yes.

1  Q.    Exactly.  The checks are coming from Mr. Stephens'

2  law firm.

3  A.    That's correct.

4  Q.    And those checks are for $500 an hour?

5  A.    Yeah, that's correct.

6  Q.    And so far you've been paid -- did you say

7  $100,000?

8  A.    103.

9  Q.    103.

10        And that's in addition to the $75,000 Apple

11 paid for these two machines, right?

12 A.    That's correct.

13 Q.    And they bought these two machines to help out in

14 another patent case?

15 A.    No.

16 Q.    That's not your understanding?

17 A.    That's -- that's not the case.

18 Q.    Okay.  Now, I'd like to look at Plaintiff's

19 Exhibit 174 again.  I've got a copy of it in my binder as

20 well.  I don't know if you still have it from

21 Mr. Stephens' binder.  You can look in either one.

22        Do you have that open in front of you?

23 A.    Not quite yet.  Hold on.

24 Q.    Okay.  That's fine.  I'll wait for you.

25 A.    Yes, I'm there.

1954

1  Q.     Okay.  And this was an email that Mr. Stephens

2  talked to you about.

3  A.     That's correct.

4  Q.     Now, this is from a gentleman named Mr. Hoyt

5  Fleming, right?

6  A.     That's correct.

7  Q.     And his address here is "@parklegal"?

8  A.     That's correct.

9  Q.     Do you understand Mr. Fleming is some kind of

10 lawyer for Apple?

11 A.     Not directly working for -- yes, he's an

12 Apple [sic] that works on behalf of Apple, yes.

13 Q.     He's a lawyer, and he works on behalf of Apple.

14 A.     Yes.

15 Q.     And he's worked with you from time to time?

16 A.     Yes, he has.

17 Q.     And what you said to Mr. Fleming here -- what you

18 said is "I want to get a bunch of Apple items," right?

19 A.     Yes.

20 Q.     And I "was wondering if there are any discounts

21 available for team members."  That's what you said.  Did

22 I read that right?

23 A.     Yes, you did.

24 Q.     And you were asking for a discount for yourself,

25 right?

1  A.     Ultimately.  I didn't say that verbatim there.  I

2  was wondering if there was a team discount program at

3  all, with the goal on trying to get a discount on some

4  things, yes.

5  Q.     You said, "I want to get a bunch of Apple items,"

6  right?

7  A.     Yeah, but I didn't say I wanted to get a discount.

8  Q.     Well, you weren't -- you were saying "I want to

9  get Apple items, and I wonder if there is a discount for

10 team members."  That's what you said, right?

11 A.     Correct.

12 Q.     Okay.  Now, as you told Mr. Stephens, you are not

13 an expert in patent law, right?

14 A.     Absolutely not.

15 Q.     Or how to determine if a patent claim is valid?

16 A.     No.  I don't know how to do that.

17 Q.     Right.

18        And, sir, you have not read any of the patents

19 in this case, right?

20 A.     No, I have not.

21 Q.     And you've not read the definition of the claims

22 in this case.  That's a court document that defines the

23 patent claims.  You've not read that?

24 A.     No, I have not.

25 Q.     Okay.  I'd like to talk to you for a moment about

1  source code.  Okay?

2  A.    Okay.

3  Q.    You've not been in the courtroom for most of this

4  trial, correct?

5  A.    Not for any of it.

6  Q.    Not for any of it.

7        So, you're not aware whether source code is

8  something that's important in this case or not?

9  A.    That's correct.  I don't know.

10  Q.    I'd like you to turn to Tab 2 in your deposition

11  transcript at the end of your binder.  I'm going to ask

12  you about page 328.  Let me know when you're there.

13  A.    I am there.

14  Q.    Okay.  On page 328 you said -- I asked you, "Have

15  you provided any source code to Apple?"

16        I was asking about DAD486 source code.

17        And you said, "No, I have not"; is that right?

18  A.    That's correct.

19  Q.    And you haven't?

20  A.    I have not.

21  Q.    And I asked, "Have you provided any source code to

22  me"; and you have not?

23  A.    I have not.

24  Q.    And I asked, "Have you provided any source code to

25  Dr. Wicker?"

1957

1   A.    Correct.

2   Q.    And you have not?

3   A.    I have not.

4   Q.    And I asked you if Dr. Wicker asked you to look at

5   any source code, if he could look at any DAD source code;

6   and you told me he had not asked you that, right?

7   A.    That's correct.

8   Q.    And we don't have any DAD source code here in

9   court, do we?

10  A.    No, we do not.

11  Q.    Okay.  Now, I did ask you -- and I'd point you to

12  page 12 of your deposition transcript.  I'll wait until

13  you get there.

14  A.    I'm sorry.  Am I looking for a yellow marker 12?

15  Q.    I'm sorry.  I didn't have a tab for this one.  I

16  wasn't sure if it would come up.  It's page 12.  So, it's

17  two full pages in, since these are the little quarter

18  pages.

19  A.    I see.

20  Q.    Are you with me?

21  A.    Yes.  I'm there.

22  Q.    At line 11 I asked you, "Do you, Mr. Novacek, have

23  in your possession now a copy of the source code for any

24  version of DAD486x?"

25        And you said, "Yes, I do."

1  A.    Yes.

2  Q.    That's what you said?

3  A.    Yes, I did.

4  Q.    All right.  Now, Mr. Novacek, DAD was designed

5  initially by a television engineer for television, right?

6  A.    No.

7  Q.    Isn't that what you told me at your deposition?

8  A.    He was a co-designer, co-inventor.  I had nothing

9  to do with broadcasting.  I designed much of it.  I'm

10 sorry I don't understand the question.

11 Q.    Sure.  Why don't you turn to page 91.  It's at the

12 Tab Number 3 of your deposition.  Page 91.  And at

13 line 21 --

14        Are you there?

15 A.    Yes, I'm there.

16 Q.    -- I asked you, "The DAD was designed by a

17 television engineer for television?"

18        And you said, "Correct, initially."

19 A.    Yes.  Now I understand.

20 Q.    And that's true?

21 A.    Right.

22 Q.    And the manual -- if you turn to page 16, and it's

23 the big thick document in your witness notebook.  It's

24 Plaintiff's Exhibit 706.  And if you go to page 16 of

25 that manual -- and these are little Roman numbers; so,

1 I'm going to put it up on the screen for you.  But it's

2 also numbered 16 in the exhibit.

3           This is a page from the DAD manual that you

4 wrote, right?

5 A.     That's correct.

6 Q.     And what you wrote here is, the "unit has been

7 specifically designed to meet the operational needs of

8 both live broadcast and studio production."  Did I read

9 that right?

10 A.     Yes, you did.

11 Q.     Okay.  And it's fair to say that the DAD manual,

12 this document Plaintiff's Exhibit 706, it's directed at

13 radio stations and TV broadcasters, right?

14 A.     Not only them.  It's directed at them and any DAD

15 user.

16 Q.     Well, this is something we talked about at your

17 deposition again, right?  Didn't you tell me it was

18 directed at radio stations and TV broadcasters?

19 A.     Yeah, and I just agreed with you it is, but not

20 only them.

21 Q.     Right.  Now I'd like to talk to you a little bit

22 about skipping around in the DAD.  Okay?  Using the DAD

23 machine and the idea of skipping music.  Okay?  Or

24 skipping programs.

25 A.     Okay.

1  Q.    All right.  And if you could turn to Tab 4 of your

2  deposition transcript at page 316 -- excuse me -- 318.

3  A.    I'm there.

4  Q.    All right.  You were familiar with CD players that

5  have a button to skip forward to the next track by

6  pushing that button, right?

7  A.    Yes, I am.

8  Q.    And they have a different button that lets you

9  skip back to a previous track by pushing that button,

10  right?

11  A.    Some did, yes.

12  Q.    And you were aware of those buttons when you

13  designed the DAD system, right?

14  A.    Yes, we were.

15  Q.    And you were aware of those buttons when you

16  designed the DAD interface?

17  A.    Yes, I was.

18  Q.    Skip back and skip forward, right?

19  A.    Correct.

20  Q.    But you decided it would be best for your product

21  to just have a "next" button and not to have a separate

22  "skip forward" or "skip"back" button on the interface,

23  right?

24  A.    That's correct.

25  Q.    And, in fact, you thought about this; but what you

1  wanted to do was implement something like a cart machine,

2  not something with CD controls.

3  A.    We wanted the combination of them.  We just left

4  out the controls we didn't think that would be that

5  needed.

6  Q.    And you looked at how you wanted to implement a

7  cart or a CD and there's really no "skip to next" or

8  "previous" on a cart machine, right?

9  A.    No, not in the way you're describing it.

10             THE COURT:  Counsel.

11             MR. HOLDREITH:  Yes, sir.

12             THE COURT:  Are you saying cart, C-A-R-T?

13             MR. HOLDREITH:  C-A-R-T, yes, sir.

14             THE COURT:  And do you perhaps want, for the

15  record, to say what that is?

16             MR. HOLDREITH:  That is exactly what I'm going

17  to do now.  Thank you, your Honor.

18  BY MR. HOLDREITH:

19  Q.    Mr. Novacek, a cart machine are those machines in

20  radio stations that have a stack of tapes in them and the

21  people in the radio station can push buttons to play one

22  tape after another.  That's one kind of cart machine,

23  right?

24  A.    It's one kind.

25  Q.    And on the DAD system, you were trying to replace

1 the cart machine with an electronic system?

2 A.    As well as other things, that was one of our

3 goals, yes.

4 Q.    All right.  Another thing that you could have done

5 in the DAD machine if you wanted to was you could have

6 written code so that when you push that "next" button --

7 you showed us a "next" button, right?

8 A.    Yes.

9 Q.    You could have written code so that when you

10 pushed the "next" button, it first increments the

11 position variable that you talked about by one and then

12 goes to the incremented song to play it, right?

13 A.    Yes.

14 Q.    And you chose not to do that, right?

15 A.    I'm sorry.  I've now gotten confused.

16 Q.    Sure.

17 A.    I thought you just agreed with -- I agreed with

18 what you said and --

19 Q.    You chose not to write it that way.

20 A.    You have to repeat it because I believe I did

21 write it that way; so, I must have misunderstood your

22 initial question.

23 Q.    Oh, I'm sorry.  Could you look at page 316 of your

24 deposition.  It's just the facing page that you've got

25 open.

1963

1  A.    Yes.

2  Q.    It's the Excerpt 4A on 316, starting at 10.  And I

3  said, "You could have written the code so that when you

4  pushed the 'next' button it first increments the position

5  variable by one and then goes to that incremented song to

6  play it," right?

7             And you started off by saying you could have

8  written the code that way.

9             I said, "Right."

10            You said, "Are you asking me if I did write

11 the code that way?"

12            And I said, "I understand you did not write it

13 that way; is that correct?"

14            You said, "All right.  We did not write it

15 that way, and we could have --"

16            That's what you said, right?

17 A.    Bear with me for a moment.  I'm confused by -- can

18 I just read this quietly for a minute?

19 Q.    I'm just asking you if I'm reading your answers

20 correctly.

21 A.    Oh, yeah.  In regard to that, you've read exactly

22 what's in the transcript exactly how it's stated.

23 Q.    And then you went on and you said, "No, we

24 wouldn't -- we -- we could not have done it the way

25 you're describing because it wouldn't give me the desired

1964

1  result that I wanted."  That's what you said, right?

2  A.    Yes, I said that.

3  Q.    Now, Mr. Novacek, you didn't show in your

4  demonstration just now with that "next" button -- you

5  didn't show any kind of timer where if you'd put that --

6  push that "next" button before 3 seconds or after

7  3 seconds, it does something different, right?

8  A.    I did not show that, no.

9  Q.    Right.  Now, I want to talk to you about the

10 manual a little bit more; and that's Plaintiff's

11 Exhibit 706.  It's really the same thing as Defendant's

12 Exhibit 1 that you were looking at with Mr. Stephens.

13 I'm just using the plaintiff's exhibit because I have bar

14 codes that help me get to pages.  Okay?

15 A.    I'm there.

16 Q.    So, this is the first page of the DAD486 manual

17 that's Plaintiff's Exhibit 706, right?

18 A.    Yes, it is.

19 Q.    Now, there are a number of places here that have

20 this "registered" symbol for the copyright, right?

21 A.    Yes, there are.

22 Q.    And did you say somebody at your organization, you

23 thought, wanted that there to make it look better?

24 A.    Yes, I said that.

25 Q.    Okay.

A.      I also said I didn't know if it was really done,

regarding the registered trademarks.

Q.      Exactly.  And you also said down here where it

says "U.S. and Foreign Patents applied for," that's not

true, is it?

A.      That's correct.

Q.      But somebody wanted to put it there to -- because

somebody thought it would look good.  Is that what you

said?

A.      Yes, I did.

Q.      And then you said the reason you put something on

there that's not true, because you thought it would make

you look good is because you didn't know better?

A.      That's correct.

Q.      And you never did actually file for a patent on

this DAD system --

A.      Not for DAD, no.

Q.      Now, Mr. Novacek, isn't it true that this

particular version of the DAD manual -- you don't know if

this particular version was distributed to anyone?

A.      This is not a particular version.  This is a

mixture of versions.  I'm not quite sure what your

question is.

Q.      Exactly.  This document, Exhibit 706 in this form,

you don't know if anybody was ever given this set of

1  pages printed out.

2  A.      Yes, I am.

3  Q.      At least not in 1995.

4  A.      Yes, I am.  The dates of June, '95, on most of

5  these pages were made available.  They were printed.

6  They were sold, included with sales.  So, everything

7  that's on June, '95, was distributed electronically and

8  in printed form.

9  Q.      Didn't you say it's possible that you created

10  versions of the DAD486 manual and then changed them

11  again, updated them, before anyone ever got that version?

12  A.      Yes, I did say that.

13  Q.      Okay.  And it's possible that happened with this

14  version, right?

15  A.      Very unlikely because this was such a prominently

16  distributed and monumentally changed version.  The reason

17  it's 6.0A is because we just came off of 5.9.  When we

18  made big changes, everybody got them.

19  Q.      But you don't know if this one with these pages

20  was distributed without some changes having been made?

21  A.      Actually, I do.  We checked the bulletin board

22  logs to see who downloaded what manuals when -- and I

23  believe they were provided to you as well -- and could

24  see that people had downloaded many versions of -- many

25  chapters of this manual all throughout the summer of '95.

1  Q.    Some chapters of this manual?

2  A.    Yes.

3  Q.    Okay.  And I have not seen that log; but if you

4  say so --

5  A.    Including the overall manuals which included

6  everything that you're seeing in June, '95, the 6.0A

7  stuff.  So, yes, they were downloaded.

8  Q.    All right.  Fair enough.

9        I have a couple questions that may become

10 important; so, just bear with me.  It may not make a lot

11 of sense right now.  Can you turn to page 4-11 of

12 Plaintiff's Exhibit 706?

13        MR. HOLDREITH:  And for the record, that is

14 page 83 of Plaintiff's Exhibit 706.

15        I'll put it up on the screen.

16 BY MR. HOLDREITH:

17 Q.    Are you with me?

18 A.    Yes, I am.

19 Q.    And this page has a paragraph called "Location."

20 It's paragraph H.  Do you see that?

21 A.    Yes, I see it.

22 Q.    And that paragraph talks about selecting where the

23 audio data being recorded will be sent for storage,

24 right?  See that?

25 A.    Yes, I see it.

1   Q.    Now, at your deposition you explained that this

2   section has nothing to do with where files will be copied

3   if you try to copy a file from another location, right?

4   A.    I recall that, yes.

5   Q.    And that's true?

6   A.    That's correct.

7   Q.    All right.  Could you also look, sir, at page 330

8   of Plaintiff's Exhibit 706, which internally it's

9   numbered 17-12?  That's something Mr. Stephens asked you

10  about.

11  A.    I'm sorry.  You must be referring to it

12  differently.  Where am I going again?

13  Q.    17-12.

14  A.    Oh, yes.

15  Q.    And at your deposition you explained to me that

16  this page does not say anything about which hard drive

17  playlists are stored on, right?

18  A.    That's -- I don't remember saying that; but I

19  believe if you asked me right now, that's exactly what

20  I'd say.  This page does not describe where -- which hard

21  drive they're stored on.

22  Q.    That's a true statement?

23  A.    It's a true statement.

24  Q.    All right.  That may become important later.  I

25  appreciate your answers.

A.    Okay.

Q.    Mr. Novacek, you demonstrated at least some version of these two computers and the DAD software at your deposition, right?

A.    Yes, the same version.

Q.    Well, one of the things that we looked at at that deposition is that some of the files had dates that said they had been modified in the future, in October of 2011. Do you recall that?

A.    Yes, I remember that.

Q.    And you weren't sure what happened there, whether somebody had messed around with the system dates, right?

A.    I don't remember -- I don't recall exactly what I told you.  I have an idea of how that occurred.

Q.    Might have been somebody changing system clocks and system dates?

A.    No, very unlikely on this.  And I don't remember if I explained it to you then, but I can explain it to you now.

Q.    That's all right.

      So, in any event, those dates -- they were not possible dates, right?  Obviously this thing can't travel to the future.

A.    They are possible dates; but no, it can't travel to the future -- yet.

1  Q.    And that system had been in the possession of

2  Apple and its lawyers for a couple of years prior to

3  that?

4  A.    Prior to the depo, yes.

5  Q.    Okay.

6  A.    But those dates were there before we delivered it

7  to Apple.

8  Q.    Okay.  Now, Mr. Novacek, the software on these

9  machines that you demonstrated, that's a different

10 version from what's in this manual, right?

11 A.    (Pausing.)

12        I just want to make sure I've heard you

13 correctly.  I'll restate it.  The software that's running

14 on there is slightly newer than this manual.

15 Q.    It's later in time?

16 A.    Later in time.  This is primarily June and a

17 little of September of '95, and the date of the software

18 on there is August of '95.

19 Q.    Okay.  But you loaded that software -- you copied

20 that software onto those machines in October, 2010,

21 right?

22 A.    I think it was September of 2010.

23 Q.    Fair enough.  September of 2010.

24        Now, a couple more questions that might not

25 seem very important right now.  They might become

1 important later.  I just want to verify a couple of

2 things.

3             A DAD software runs on a certain letter drive,

4 like C or F, right?

5 A.     That's correct.

6 Q.     And in this example, the C drive is the local

7 on-air machine, right?

8 A.     That's correct.

9 Q.     And the F drive is the network machine, right?

10 A.     The server's hard drive, yes.

11 Q.     Or server.

12             And DAD can only use the library that's on the

13 same drive as the DAD program.  That's just how the

14 program works, right?

15 A.     Yes.  In regards to the library, that's correct.

16 Q.     Okay.  And is it also true that DAD can only find

17 playlists when it's retrieving a playlist to play that

18 are on the same hard drive as the DAD program?

19 A.     When it's actually implementing and playing a

20 playlist, that's correct.

21 Q.     Okay.  Now, I'd like to talk about "Playback

22 Lookahead" for a minute.

23 A.     Okay.

24 Q.     That's something that you demonstrated here,

25 right?

1  A.    Yes, I did.

2  Q.    And that's something described in the manual at

3  page 12-9, and that's Plaintiff's Exhibit 706 at

4  page 283.

5  A.    Yes.  I'm there.

6  Q.    So, I now put on the screen page 12-9 of the DAD

7  manual, right?

8  A.    Yes.

9  Q.    And it says "playback_lookahead," right?

10  A.    Yes, it does.

11  Q.    And what the manual says is that

12  playback_lookahead is useful "when network traffic may

13  experience a temporary (1/2 second or less) dropout of

14  audio during database-intensive operations such as

15  PURGE."

16         That's what it says, right?

17  A.    Yes.

18  Q.    And it says, "In the rare event that this should

19  happen, a user may activate Playback Lookahead," right?

20  A.    Yes.

21  Q.    All right.  Now, playback_lookahead, that function

22  does not copy playlists, right?

23  A.    That's correct.  It does not.

24  Q.    It temporarily moves audio programs and it plays

25  them and then it deletes them.

1  A.      No.  You're not stating that quite accurately.

2  Q.      All right.  Well, let's look at the manual.  It

3  says, "This feature copies audio files from the network

4  to the local hard drive in the background."  Did I read

5  that right?

6  A.      Yes.

7  Q.      "Then plays the cut."  Did I read that right?

8  A.      Yes.

9  Q.      And then it says, "The local cut is then

10 discarded."  Did I read that right?

11 A.      Yes.

12 Q.      And that's what the manual says?

13 A.      Yes.

14 Q.      And, Mr. Novacek, just to be clear, if you have

15 playback_lookahead activated when you're in network mode

16 and you're running playback_lookahead, it does not cause

17 the workstation to copy a playlist from the network drive

18 to the local drive, right?

19 A.      That's correct.

20 Q.      Okay.  Now, let's talk about the import function.

21 That's something else that you demonstrated, right?

22 A.      Yes, I did.  I did demonstrate that.

23 Q.      And that's in the manual at -- I believe it's

24 Plaintiff's Exhibit 706 at 191.

25 A.      Do you have a regular page number for me?

1974

1 Q.     Yeah.  I think your page number is going to be

2 7-19.

3 A.     Yes.  I'm there.

4 Q.     Are you with me?

5        And is that the page that describes import?

6 A.     Yes, it does.

7 Q.     Okay.  And import playlist is what you

8 demonstrated here today, right?

9 A.     Not the import playlist that's highlighted on that

10 page, no.

11 Q.     Okay.  This is a --

12 A.     There's two imports.

13 Q.     There's two different imports?

14 A.     Yes.

15 Q.     Let's talk about this one.  There is some further

16 description of import playlist on page 7-20, the next

17 page, right?  The description continues.

18 A.     Yes.

19 Q.     All right.  Now, you explained to me at your

20 deposition that the import function takes an import file

21 and translates it into a new file that's a DAD playlist,

22 right?

23 A.     I don't believe I said it translates an import

24 file.  I think I said it translates a file from another

25 system or another DAD.  I don't believe I said exactly

1  what you just said but...

2  Q.    Okay.  But in any event, the import function takes

3  a file from another computer; and it imports it into the

4  RAM, the working memory, of the DAD workstation, right?

5              I'll be technically accurate.  What happens is

6  DAD reads the import file into its RAM, right?

7  A.    No.

8  Q.    Okay.

9  A.    That's -- we're talking about two different

10  things.  That's not correct.

11  Q.    Okay.  Let's look at page 138 of your deposition,

12  please.

13             And RAM is a kind of working memory; is that

14  right?

15  A.    Yes.  It's volatile, non-hard-drive-based memory,

16  fast, small.

17  Q.    Okay.  And, so, at page 138 of your deposition,

18  line 19, I asked you a question.  I said, "In the

19  situation where the user has highlighted a source file

20  and chosen the import function, does DAD copy the source

21  file to its native drive?"

22             And you said, "No."

23             Did I read that right?

24  A.    I see.  I understand what you're saying now, yes.

25  Q.    And you said, "Not to the native drive.  It copies

1  it, downloads it from wherever the location might be, to

2  the local workstation but not to the hard drive," right?

3  A.    Yes.  But that's not what you said just before we

4  went to page 138.

5  Q.    All right.  I apologize.  Let's just complete

6  this, then, and I'll just read it the way we said it and

7  then I won't make a mistake.

8  A.    That's fine.

9  Q.    I said, "Okay.  When you say 'to the workstation'

10  you mean in working memory?"

11         And you said, "Yes," right?

12  A.    Specifically about the source file, yes.

13  Q.    And I said, "Okay.  It doesn't store it in a hard

14  drive."

15         And you said, "Not in a persistent manner,

16  no."

17         Correct?

18  A.    Not the source file.

19  Q.    Right.  At any point during an import -- sorry.  I

20  said, "At that point during an import, DAD will perform

21  the translation in working memory," right?

22  A.    Only if the source file required it to do so.  You

23  hadn't asked me about what type of source file; so,

24  it's -- you know, it may or may not, depending on the

25  type of source file it was.

1   Q.    Okay.  What you said here -- I said, "At that

2   point during an import, DAD will perform the translation

3   in working memory --"

4           And you said, "Correct."

5   A.    For the type that you were referring to, yes.

6   Q.    And that's what you said, right?

7   A.    Yes.

8   Q.    Okay.  Now, you would agree, Mr. Novacek, wouldn't

9   you, that the DAD manual doesn't tell you whether the

10  files you're importing come from the same machine where

11  you're doing the import or from a different machine,

12  right?

13  A.    I don't recall if we specifically stated that in

14  the manual, no.  But it did, which I just showed you.

15  Q.    Well, let me ask you about page 75 of your

16  deposition now.  I was asking you about a particular

17  section of the DAD manual, and I'll show it to you.  It's

18  page 330 again.  We've been talking about that.  So, this

19  is Plaintiff's Exhibit 706 at page 330.

20          Have you caught up to me on the deposition?

21  A.    I've got the deposition.  I'm grabbing 330 at the

22  same time.

23  Q.    Okay.  I've put it up on the screen here.

24  A.    Okay, yes.  I have them both.

25  Q.    And this is 17.8, it says at the top of this page,

 1 right?

 2 A.     Yes, the database layout.

 3 Q.     Okay.  So, I asked you in your deposition on

 4 page 75 at line 24, "Now, there's some text at the top of

 5 the page under the Index 17.8.  Do you see that?"

 6          You said, "Yes, I do."

 7          I said, "It says, 'Data files for the cuts

 8 database and the playlist database may be prepared

 9 outside of the DAD486 program, and imported for use

10 within DAD.'"  I said, "Do you see that?"

11          You said, "Yes, I do."

12          I said, "Okay.  Does this sentence tell you

13 anything about whether these data files are prepared on

14 the same machine that's running DAD?  In other words,

15 could you be -- you could run a program on the same

16 workstation, different program, and prepare a data file?"

17          And you said, "Yes, you could."

18          And I said, "Okay.  So, as described in this

19 sentence, it's possible that the data files that are

20 being prepared outside the DAD486 program are prepared on

21 the same machine that is running DAD."

22          And you said, "It could be that way, yes."

23          That's what you said, right?

24 A.     Yes, I did.

25 Q.     Okay.  I just have one other question for you,

1  Mr. Novacek.  When you -- you did some demonstration

2  here, and you made a playlist.  I think you searched for

3  the word "love" maybe.  Was that it?

4  A.    That's correct.

5  Q.    And then you selected some songs; and you put them

6  in a playlist, right?

7  A.    Yes, I did.

8  Q.    That was running DAD on the C drive locally on

9  that same machine, right?

10  A.    At the point in time in the demonstration, I was

11  connected only to the C drive, yes.

12  Q.    So, you --

13  A.    The same thing would occur on the network.

14  Doesn't really matter which mode you're in for that

15  operation.

16  Q.    But what you showed us is you made the playlist on

17  that machine?

18  A.    I was in the process of creating a playlist on the

19  local machine because that's the mode I was in.  But it

20  works the same way in both modes.

21  Q.    But what you showed is on that machine.  You

22  didn't make it on a different machine?

23  A.    No, but I could have.

24  Q.    All right.

25          MR. HOLDREITH:  Pass the witness.

1    THE COURT:  You may step down, sir.

2         Next witness?

3         MR. STEPHENS:  Your Honor, may I do some

4    redirect?

5         THE COURT:  I think given the circumstances

6    surrounding his testimony and so forth, you've gotten

7    what you asked for.

8         MR. STEPHENS:  Understood, your Honor.

9         THE COURT:  Who is the next witness?

10        THE WITNESS:  Should I leave?

11        THE COURT:  You may step down, sir.

12        THE WITNESS:  Should I leave this stuff here

13   or take it with me?

14        THE COURT:  Counsel, you may want to change

15   out the books and so forth.

16        Who is the next witness?

17        MR. CORDELL:  Our next witness is our expert,

18   your Honor, Dr. Steve Wicker.

19        THE COURT:  Okay.  Please step forward.

20        You may want to start taking down these

21   computers, too, or at least turn them off.  We can move

22   them out at 5:00 when we break.

23        (The oath is administered.)

24        MR. CORDELL:  Your Honor, may I make a brief

25   transitional statement?

1           THE COURT:  You may.

2           MR. CORDELL:  Ladies and gentlemen, you're now

3  going to hear from Dr. Steve Wicker who is our technical

4  expert and he is going to explain to you how all of the

5  infringement evidence you've heard from Apple's

6  witnesses, their engineers, applies to the patent and

7  he'll, I hope, demonstrate how, in fact, the Apple

8  products do not infringe.  He'll also address the

9  invalidity evidence and explain how that -- the prior art

10  applies to the patents and, again, I hope will

11  demonstrate that the patents are invalid.

12           His testimony is going to be presented by Ben

13  Elacqua who lives in Houston with his wife and five

14  children.  And, so, with that, I'll turn it over to Ben.

15  Thank you.

16           MR. ELACQUA:  May I approach, your Honor?

17           THE COURT:  You may.

18           MR. ELACQUA:  Good afternoon, ladies and

19  gentlemen.

20           May it please the court?

21           THE COURT:  Counsel.

22           DIRECT EXAMINATION OF STEPHEN WICKER

23           CALLED ON BEHALF OF THE DEFENDANT

24  BY MR. ELACQUA:

25  Q.    Good afternoon.  Please introduce yourself to the

 1  jury.

 2  A.    Good afternoon.  My name is Stephen Wicker.  I'm a

 3  professor at Cornell University where I teach electrical

 4  and computer engineering and computer science.

 5  Q.    Where are you from, Dr. Wicker?

 6  A.    I'm originally from a small town south of Jackson,

 7  Mississippi, Hazlehurst.  Most people haven't heard of

 8  it.

 9  Q.    And where do you currently reside now?

10  A.    I live in western New York, a small town called

11  "Ithaca."

12  Q.    And what's your current profession, Dr. Wicker?

13  A.    I'm a professor.

14  Q.    And are you a full-time professor?  Part-time?

15  A.    Full-time.

16  Q.    And what's your position at Cornell?

17  A.    I am a full professor.

18  Q.    In what department are you professor in?

19  A.    I'm in the department of electrical and computer

20  engineering.  I'm also in the fields of computer science,

21  applied mathematics, and information science.

22  Q.    Let's back up a little bit.  Maybe we can look at

23  your CV here.  Have you helped prepare some demonstrative

24  slides for the jury today?

25  A.    Yes, I have.

1983

1  Q.    Okay.  And the first one, Defendant's Exhibit 167,

2  is this an excerpt from your CV?

3  A.    Yes.  It's the first page.

4  Q.    Where did you go to -- start with college.  Where

5  did you go to school, Dr. Wicker?

6  A.    Okay.  I was living in Virginia.  My father was in

7  the Navy when I graduated from high school; so, I

8  attended the University of Virginia as an undergraduate.

9         I then went to Purdue University in Indiana to

10  get my master's degree, and I received my PhD from the

11  University of Southern California in Los Angeles.

12  Q.    And how long have you been teaching at Cornell?

13  A.    Let's see.  I've been at Cornell since 1996; so,

14  15 years, going on 16 years.

15  Q.    Do you have any industry experience, nonteaching

16  experience?

17  A.    Yes, I do.  When I lived in Los Angeles, I worked

18  for a company called "Hughes Aircraft" for four years.

19  It's a company that at the time made satellites, both

20  commercial and defense satellites, and a wide variety of

21  spacecraft.

22  Q.    And what types of jobs did you do at Hughes

23  Aircraft?

24  A.    My main job at Hughes Aircraft was to design the

25  communication payloads.  That would be the part of the

1984

1  satellite that actually talks, that communicates back

2  with the ground, relays data, images of planets and that

3  sort of thing.

4  Q.    Now, Dr. Wicker, are you on any sort of boards or

5  advisory committees currently?

6  A.    Yes.  I've done a lot of consulting for the United

7  States Government.  Last summer I was appointed by the

8  secretary of the Air Force to the Air Force Scientific

9  Advisory Board.  I've also served as an editor for a

10 number of journals, for professional industrial

11 societies.  It's a part of our work as professors that we

12 call "service."  You're expected to go out and do

13 something for your profession and for the community.

14 Q.    Now, how about research?  What kind of research

15 are you working on now, Dr. Wicker?

16 A.    Most of my research is at the intersection of

17 computer science, computer engineering, and electrical

18 engineering.  I'm very interested in large-scale

19 communication networks, sensor networks, and in

20 particular problems of privacy and security that arise

21 when people spend a lot of time on the Web.

22 Q.    Okay.  Now, Dr. Wicker, do you have any patents?

23 A.    Yes, I do.

24 Q.    How about any recent patents?  Have you been

25 granted any recent patents?

1  A.     My most recent patent involves sensor networks.

2  Some friends and I -- some colleagues and I worked on a

3  system by which we could take a very thin film, something

4  literally like a sheet of paper, and mount a bunch of

5  sensors on it and these sensors could communicate the way

6  normal sensors do but what was interesting about the

7  invention for us is that, like paper, it could move.  In

8  fact, you could roll it up.

9          And, so, what we did was we created sort of a

10  sock that you could unroll inside a pipeline and the

11  sensors would report back if there had been damage to the

12  pipeline of some kind or another.  This same material,

13  the same flexible set of sensors, can be used in

14  landfills so that over the years as the landfill falls

15  apart, the sensors can detect the deterioration.  There's

16  lots of other applications as well.

17  Q.     Okay.  Dr. Wicker, I'd like to move on a little

18  bit to what Mr. Cordell was talking about.  What sort of

19  questions were you asked in this case to look at?

20  A.     Well, there were a number of questions; but there

21  were two basic questions which you can see on the screen.

22  The first, I was asked to determine whether or not the

23  accused products actually infringe the asserted claims of

24  the patents-in-suit.

25          And the other basic question that I was asked

1 was to determine whether or not these patents are valid

2 and in particular whether or not someone had come up with

3 what had been patented before the patents had been

4 applied for.

5 Q.    Okay.  And one of the things that you looked at

6 was the demonstration we just saw from Mr. Novacek; is

7 that right?

8 A.    Yes.  In fact, I actually had the opportunity to

9 play with those machines and do the same things that you

10 just saw Mr. Novacek do.

11 Q.    Now, we'll get to that second question later on,

12 and probably tomorrow.  Let's talk about the first

13 question, whether or not the accused products were

14 infringed by the patents-in-suit.

15        What was the process you went through with

16 respect to this first question?

17 A.    Well, there were a number of things that I had to

18 study to get up-to-speed so that I would know basically

19 what the assertions of infringement were and what had

20 been accused.

21        The first thing I did was to study the patents

22 themselves, the '076 and the '178 patent, as well as

23 their file histories.

24        And I think the file histories have been

25 mentioned; but they're basically the back-and-forth

1  between the inventor and the Patent and Trademark Office,

2  sort of the conversation they have as the inventors try

3  and get their patent issued.

4  Q.    Okay.  Let me stop you for one second.  Mr. Logan

5  and Mr. Call's depositions, did you read those as well?

6  A.    Yes, I did.

7  Q.    Okay.  We can continue, please.

8  A.    I also studied Dr. Almeroth's infringement

9  opinions.  He is Personal Audio's expert, and he's filed

10  a number of reports and declarations as this case has

11  gone along.  So, I looked at the things he'd said and

12  studied his various writings, as you see there.

13  Q.    Now, Dr. Wicker, as part of the process, were you

14  responding to Dr. Almeroth's opinions in his infringement

15  reports?

16  A.    Yes.  And in particular, I was given the

17  opportunity to read his infringement reports -- I guess

18  there were actually two of them -- and write responses;

19  in other words, say what I thought with regard to whether

20  or not he had actually proven his case.

21  Q.    Okay.  Now let's continue more regarding

22  Question 1 and the process and the facts that you looked

23  at at Apple and other documents.  Explain that, please,

24  to the jury.

25  A.    Okay.  Another thing I had the opportunity to do

1 was to actually go to Apple's offices in Cupertino,

2 California.  I interviewed a number of people, and in

3 particular Jesse Boettcher who testified, I believe it

4 was, earlier today.  I got to sit down with him and ask

5 him lots of questions about the code, and he had -- it

6 may have been the same computer.  I don't see it anymore.

7 But he had that large box computer that had all the

8 software on it.  And, so, I was able to ask him to

9 explain to me where he thought various things were and

10 then I could look at the code and see whether or not I

11 thought it worked like he said it did and it always did.

12          I also talked to a gentleman named Chris

13 Wysocki.  He was more on the iTunes side, as we've

14 discussed.  I was able to review their deposition

15 testimony.

16          I examined a number of the accused products,

17 including all of these; and there were a few more.  They

18 may no longer be in the case.  But I looked at a large

19 number of Apple products, again looked at Apple's source

20 code; and most importantly, in determining whether or not

21 there was infringement, I looked at the court's claim

22 construction.  I took his Honor's memorandum and opinion

23 and studied it to determine what he had determined the

24 claims actually meant.

25 Q.    Now, some of the Apple source code, did you have

1989

1  to come to Houston to review that source code at the

2  office of my law firm?

3  A.     I did.  In fact, I had to sit in your offices with

4  that large box -- it had all the locks on it -- and study

5  the code.

6  Q.     Okay.  Now, regarding the court's claim

7  construction, in forming your opinions, did you apply the

8  court's claim constructions exactly as Judge Clark has

9  given them?

10  A.     Yes.

11  Q.     Okay.  So, let's move on.  First let's preview for

12  the jury, if you could, what some of your conclusions

13  were; and then we'll start to walk through each one of

14  those, if that's okay.

15  A.     Okay.  There were basically three different things

16  that I found that troubled me with regard to the

17  infringement allegations.

18         First off, Personal Audio's software method,

19  the scanning for location types, LocTypes, I didn't see

20  that in the accused products.  And, frankly, I think we

21  all are in agreement, both sides, that they are not

22  physically there.  Those methods are not actually

23  implemented.

24         The second thing that was problematic that I

25  found in the infringement contentions was that there was

1  no download request.  The iPods when they are connected

2  to -- I'll just pick one.  This is a nice one

3  (indicating).

4          When you connect your iPod -- or any iPod to a

5  computer, this device doesn't make a request.  As we

6  heard today, it simply goes into dumb hard disk mode and

7  just sits there.  All the action comes from the computer

8  running *iTunes*.  No request comes from this device.  So,

9  that's something that troubled me with the assertions of

10 infringement.

11         And then, finally, over the last couple of

12 days there have been a number of assertions that a

13 particular structure that's been required by the court

14 isn't present but what is present is somehow equivalent.

15 There were three or four of those that I really had

16 problems with because I thought that what -- the

17 structures that were being identified were substantially

18 different from what the court required.

19         So, that -- I sort of bundled all of those

20 under three; but there are really four pieces to that

21 that caused me concern.

22 Q.    Okay.  Let's talk about the first one, the

23 Personal Audio software method, if we could.  Here's the

24 questions up again.  Let's focus again on the first one.

25 What claims are we talking about here?  We've talked a

1  lot about the claims and the limitations.  I want to make

2  sure we're specific, with regard to the jurors'

3  notebooks, what limitations we're talking about and what

4  claim constructions.

5  A.    Okay.  So, in putting this slideware together,

6  what I did was I've picked out the portions of the claim

7  that specifically have been required by the -- that have

8  been interpreted by the court -- excuse me -- to require

9  this scanning for a particular LocType, the specific

10  algorithm that has been described in the Personal Audio

11  patents.

12        Now, within this context you'll see I've got

13  1D, 1F.  That means the fourth and the fifth elements

14  that are in that particular claim.

15        And to the right of that I've got the

16  definitions as found in the jury notebooks.  So, the

17  fourth element of claim 1, the associated definitions can

18  be found on page 2 of your notebooks; the fifth element,

19  pages 3 through 4; and so on.

20  Q.    And, Dr. Wicker, we're on the '076 patent; is that

21  right?

22  A.    That's correct.  I'm sorry.  I should have

23  mentioned that.

24  Q.    Okay.

25        MR. ELACQUA:  And that's Plaintiff's

1  Exhibit 1, for the record.

2  BY MR. ELACQUA:

3  Q.    Now, we're still in the '076 patent.  There's a

4  couple more limitations here.  What limitations are these

5  we're talking about?

6  A.    Okay.  What we see here are the fifth and the

7  sixth limitations of claim 14 and the first limitation of

8  claim 15.

9  Q.    Okay.

10            MR. ELACQUA:  Again this is Plaintiff's

11 Exhibit 1 for the record, the '076 patent.

12 BY MR. ELACQUA:

13 Q.    Now let's look at the '178 patent, claim

14 limitations that talk about the algorithm we've been

15 discussing over the last week.

16 A.    Okay.  The first one from the '178 patent is the

17 fifth element, element E of claim 1.  And just so I'm

18 clear, the highlighted portion is the specific language

19 I'm talking about that's been construed by the court to

20 have specific requirements.  It's "a processor for

21 continuously delivering a succession of said audio

22 program files."  And we see some similar language in the

23 first element of claim 6 of the '178 patent where it says

24 "said processor responds to a skip backward program

25 selection command."  This again requires specific things

1  according to the court's claim construction.

2  Q.    Okay.  Let's take -- again finish up the

3  '178 patent with claim 14.  If you could describe for the

4  jury what we're looking at here.  I apologize.  It looks

5  like there is a line through the middle, but it says --

6  it's in the jury notebook definitions at page 12 through

7  13.

8  A.    Okay.  So, that's the sixth element of claim 14,

9  "a processor for executing one or more utility programs

10 to perform control functions in response to said input

11 commands from a user."

12          THE COURT:  If that can be expanded, it might

13 help a little.

14          MR. ELACQUA:  It can, your Honor.  This is

15 maybe for the --

16          THE COURT:  Okay.  That's fine.

17 BY MR. ELACQUA:

18 Q.    So, Dr. Wicker, let's take a look at one of the

19 claim constructions from Judge Clark on this.  This is

20 the next slideware.  I think it's a number of the

21 elements of this algorithm, if you could remind the jury

22 again what we're talking about, what kind of claim this

23 is and explain the function and the required structure.

24 A.    Okay.  It is my understanding this is what's

25 called a "means-plus-function claim."  It's got two parts

1994

1  to it.  It's got a function that's been defined by the

2  court.  That's -- let's see.  I don't have a pointer.

3          But you can see it.  It's right next to the

4  word "definition."

5          THE COURT:  Do you need a pointer, doctor?

6          THE WITNESS:  Yes, your Honor, if you don't

7  mind.

8          MR. ELACQUA:  I have one, your Honor.  May I

9  approach?

10          THE COURT:  Yes, please.

11          MR. ELACQUA:  I thought one was up there.

12          THE WITNESS:  It may be.  I don't see it.

13          THE COURT:  The government's on a tight

14  budget, ladies and gentlemen.

15  A.     And I'll apologize for aiming over people's heads

16  here.  I'll be very careful.

17          So, again, this is a means-plus-function

18  claim; and as I understand it, there are two parts that

19  are required by the court for all means-plus-function

20  claims.  There's a specific function that must be

21  identically performed, exactly performed, and a

22  structure.

23          Now, the structure that's required can be

24  identically present; or an equivalent can be present.

25  And that structure has to implement -- it has to be tied

1  back to the function.  It has to actually do that

2  function.

3  BY MR. ELACQUA:

4  Q.    Okay.  Let me stop you, Dr. Wicker, just for a

5  moment.  The structure part after the highlight in the

6  middle, explain that for the jury where it starts with "a

7  general purpose computer."

8  A.    Okay.  So, again, this happens to be the claim

9  construction for "means responsive to said first command

10  for discontinuing the reproduction."

11         Now, the structure that's required for this

12  means-plus-function claim element is "a general purpose

13  computer programmed to perform the algorithm that is

14  illustrated in the flow chart of Figure 3" -- and that's

15  Figure 3 of the patent -- "at items 269 and 235" -- those

16  are pieces of that particular algorithm; they're actually

17  numbered boxes in Figure 3 -- "and more fully described

18  at Column 15, lines 21 to 25 and Column 34, line 28 to

19  Column 35, line 48.  Specifically, this algorithm

20  includes the following steps:  scanning forward in the

21  sequencing file to locate the next Selection_Record of

22  the appropriate LocType" --

23  Q.    Okay.  Dr. Wicker, let me stop you right there

24  with Number 1.  What's your understanding as to what the

25  first step of this algorithm method is about?

1996

1  A.     Okay.  There's been a lot of talk about

2  Selection_Records and LocTypes.  Basically a

3  Selection_Record is an item that's in the sequence file.

4  It's an item in this long file of stuff.  Perhaps it can

5  be played; perhaps it can't.  It's a particular entry.

6         Within that Selection_Record there is a

7  LocType that tells you what kind of item that is, is it a

8  subject, is it a topic, is it a comment, is it -- you

9  know, whatever it may be.

10 Q.     Okay.  Let's talk about Number 2 and Number 3 now.

11 A.     Okay.  So, Number 2 says "resetting the

12 CurrentPlay variable to the record number of that

13 Selection_Record."

14        Okay.  So, as part of "discontinuing

15 reproduction of the currently playing program segment and

16 instead continuing the reproduction at the beginning," we

17 have to reset the CurrentPlay variable to the record

18 number of that Selection_Record; in other words, go back

19 and reset that CurrentPlay so it plays the same thing

20 over again.

21        And then, finally, three, "fetching and

22 playing the program segment identified by the ProgramID

23 contained in the new Selection_Record."  So, going and

24 getting the actual audio and playing it again.

25 Q.     Okay.  Now, I know you just mentioned this before.

1 This Selection_Record structure shows up throughout this

2 algorithm; is that right?

3 A.    Yes, it does.

4 Q.    Okay.  Let's talk a little bit more about that.  I

5 know the jury's heard a little bit of this.  I apologize

6 for repeating.  But explain again for the jury sort of

7 how this comes about in the patent and what the

8 Selection_Record structure is about.

9 A.    Okay.  This is from Plaintiff's Exhibit 1.  You

10 see on the bottom left it tells you where I got these

11 particular cites.  I'll start with Column 32, lines 1

12 through 9.  This is where Selection_Record is actually

13 defined in the patent, and this is an actual piece of

14 code.  It's written in a language called "Pascal."  I

15 think Pascal has been mentioned several times.  It's

16 actually made me feel old.  Everyone says they got it in

17 middle school.  I got it in grad school.  But anyway,

18 there it is.

19        So, it says (reading) Selection_Record equals

20 a record.  It's of a particular type.  It's a particular

21 data structure.  And this structure has two things in it.

22 It's got a LocType, which is a character; and it's got a

23 location, which is an integer.

24        So, if you've got a Selection_Record,

25 according to this definition, you've got two things.

1  You've got a LocType, and you've got a location.

2  Q.    Okay.  Now, Dr. Wicker, are these Selection_Record

3  structures used throughout the claim construction we just

4  looked at regarding "fetching and playing and resetting

5  the CurrentPlay available" and things like that?

6  A.    Yes.  Yes.  If you look through the claim

7  construction, you'll see there's a lot of reference to

8  scanning to find a particular LocType, for example.

9  Q.    I know we've talked about this.  Were you here

10  when Mr. Call testified?

11  A.    Yes, I was.

12  Q.    Okay.  And have you been here since the beginning

13  of the trial to hear all of the witnesses testify?

14  A.    Yes, I have.

15  Q.    Okay.  What's this table in reference to,

16  Dr. Wicker?

17  A.    Okay.  This is another piece of the patent or one

18  of the patents.  It's Plaintiff's Exhibit 1, Column 32,

19  lines 12 through 33.  I think this chart's been shown

20  several times now.

21        Mr. Call talked about it in some detail.  What

22  we have are a wide variety of LocTypes that are defined

23  within the patent.  I've highlighted a few as the ones

24  that have been discussed in most detail, subject

25  announcement, a topic, and a programming content segment.

1  And just to remind you, the subject might be music; the

2  topic could be country music; and the programming content

3  segment, that could be an actual country music song, you

4  know, whether by Elvis or whoever, Patsy Cline.

5  Q.     Now, you said you were here for Mr. Call's

6  testimony, right?

7  A.     That's right.

8  Q.     Okay.  And I think the next slideware is a callout

9  from Mr. Call's testimony where he describes a scanning

10 forward in the Selection_Record structure.

11 A.     That's correct.

12 Q.     Explain for the jury what's up here.

13 A.     Okay.  So, what Mr. Call said was that basically

14 with regard to the "subject skipping you just talked

15 about, it would scan forward through this file to find

16 the next subject record."  Oh, that's actually the

17 question.

18         And then Mr. Call said, "Yes, sir."

19         So, what happens is you've got a subject

20 record here, and it's got an associated ProgramID.  Now,

21 when you scan for the next LocType of the same type,

22 you're going to follow -- I can just barely see the line,

23 but you're going to go all of the way down here

24 (indicating) to this subject.  That's the next subject

25 record in this list.  So, it's going to scan.  It's going

1 to look at all these.  No.  No.  None of these are

2 subjects.  Wait.  There's one.  And it's going to stop

3 there and use that particular ProgramID.

4 Q.    Now, were you here also when Mr. Goessling was

5 just on the video up there?

6 A.    Yes, I was.

7 Q.    Okay.  When he was talking about trying to go

8 through 40 entries with 2 jumps as opposed to 40 times?

9 A.    Yes, that's right.

10 Q.    Let's talk about the accused iPods here and what's

11 been accused of meeting this software method.  Okay?

12 A.    Okay.

13 Q.    Okay.  Now, explain for the jury what this

14 slideware is up here and how this relates to your

15 opinion.

16 A.    Okay.  This slideware -- on the left we can see a

17 particular iPod.  In fact, I think it's this variety here

18 (indicating), Defendant's Exhibit 102.  What's being

19 shown here is a particular playlist of Nineties music.

20        Now, what's being accused of infringing what

21 we've been talking about is a particular playlist and the

22 way it is played on an iPod.  But the way it's played on

23 an iPod is very straightforward.  It's simply one thing

24 after another.  If we are playing this particular entry

25 right here (indicating), the software that is executed --

1  it went away really fast.  Let's hold it there for a

2  second.  There is a piece of software code called

3  "GetNextPlaylistTrack."  And that code is what's going to

4  move us through this particular playlist.  And what we'll

5  see is simply one thing after another.  There is no

6  scanning.  There is no looking for anything.  You simply

7  play one thing after another.

8  Q.    Okay.  Now, Dr. Wicker, do you have an opinion as

9  to whether this going from one to two to two to three is

10 equivalent to the scanning algorithm that Judge Clark has

11 given?

12 A.    I don't think it is equivalent.  I think it's

13 substantially different.  What's being done here doesn't

14 have any of the capabilities that Mr. Call talked about.

15 It's simply one thing after another.

16 Q.    Now, you were here also for Dr. Almeroth's

17 testimony; is that right?

18 A.    Yes.  That's correct.

19 Q.    And what's on the screen now relating to that?

20 A.    Okay.  That's Dr. Almeroth, and this is something

21 that he said.  I think it was -- oh, I've lost track of

22 the days; but it was a few days ago.  He said, "the code

23 is complex enough that you don't have to look at a

24 LocType to determine what the next type of record is

25 program" -- did I read that correctly?  "The code is

1  complex enough that you don't have to look at a LocType

2  to determine that the next type of record is program."

3  Q.      And do you agree with Dr. Almeroth?

4  A.      I certainly agree that the code is complex and it

5  certainly doesn't look at LocTypes.  So, I do agree with

6  that part.

7  Q.      So, let's come back to the method that we talked

8  about when we first started with the different structures

9  and the different pieces involved here.

10              Now, were you in the courtroom for Jesse

11  Boettcher's testimony?

12  A.      Yes, I was.

13  Q.      And relating to the -- what's been accused as a

14  sequencing file?

15  A.      Yes.

16  Q.      And what's your understanding as to what's been

17  accused as a sequencing file?

18  A.      What's been accused as a sequencing file is a

19  playlist, the playlists that, well, all of these devices

20  are capable of playing.

21  Q.      Now, do the accused products actually have some

22  sort of playlist file or something like that on the hard

23  drive?

24  A.      Well, that's actually a complicated question.  The

25  accused products on the hard drive, they have either a

1  Dulcimer database or a sequel database.  Actually they

2  all have Dulcimer databases.  Some of them also have a

3  sequel database.

4          These are very compact files.  You can't look

5  into the Dulcimer database and actually see a playlist.

6  What happens is that when you turn these iPods on, the

7  database that is stored on the hard drive will be built

8  up into RAM.  In other words, it will be changed and

9  translated and turned into all kinds of different data

10 structures.  That's where we find the playlists.

11         So, the playlists actually reside in RAM.

12 Q.    Now, let's hold on a second with the Dulcimer

13 database just so we're making sure we're talking about

14 the right products here.  Which products use the sequel

15 database?

16 A.    That would be only the more recent products, the

17 last few generations.

18 Q.    I think it's the nano fifth generation.  Does that

19 sound right?

20 A.    That's correct.  Thank you.

21 Q.    Okay.  And the Dulcimer database, does that have a

22 specific name, "*iTunesDB*" or "Dulcimer database"?

23 A.    I believe it's "iTunes.db," something along those

24 lines.

25 Q.    Okay.  So, in everything before the nano fifth

1  generation, where is the Dulcimer database stored?

2  A.    Okay.  Actually the Dulcimer database is stored on

3  the hard drive of all of these products.  Even if there

4  is a sequel database, there is a compressed form of the

5  Dulcimer database that's stored on the hard drive.

6  Q.    So, when a user is using the accused products, are

7  they ever -- is the accused product ever accessing what's

8  stored on the hard drive?

9  A.    No.  When the machine is actually running, when we

10  are going through the menus, et cetera, most of what

11  we're doing is operating on material that's in RAM.  And

12  remember there's two different kinds of memory.  There's

13  the hard drive, which is persistent; and then there's

14  RAM.  And I can't remember who said this, but RAM is fast

15  and it uses very little power.  So, if you're going to do

16  a lot of computing or playing music, you want to do it in

17  RAM, not on the hard drive, because if you use the hard

18  drive a lot, you burn the power.  I think Jesse Boettcher

19  talked about that quite a bit.

20        Every time you spin the hard drive, you use a

21  great deal of battery power; so, you want to do that as

22  little as possible.

23  Q.    Now, in the Dulcimer database, if a user has

24  playlists on their iPod, is there any sort of specific

25  ordering or anything like that in Dulcimer database?

1  A.    With regard to how the playlists are ordered?  I'm

2  sorry.

3  Q.    With regard to the database in general.  I guess

4  maybe let's step back.

5        I know Jesse Boettcher touched on this a

6  little, but sort of generally what is the Dulcimer

7  database as far as a data structure?

8  A.    The data structure takes the form of a linked

9  list -- a doubly-linked list.

10  Q.    Okay.  Now, is there any sort of specific order to

11  the Dulcimer database as the database is stored on the

12  hard drive?

13  A.    No.  And I should be more careful.  When it's

14  built up into RAM, it takes the form of a doubly-linked

15  list.  There is actually no ordering structure at all

16  when it's stored on the Dulcimer database on the

17  persistent hard drive.

18  Q.    Now, as far as playlists and things like that go,

19  who determines the order of playback on the iPod?

20  A.    The order of playback, especially in terms of

21  repeats, well, that's going to be determined by the

22  person who's actually operating the iPod.

23  Q.    And would that be a user of the iPod?

24  A.    Exactly.

25  Q.    Okay.

1  A.     There are a number of different settings that a

2  user can initiate on the iPod that will determine how the

3  music is going to be played.

4  Q.     So, in memory with -- these in-memory data

5  structures, if a user is using the iPod, is the code or

6  anything -- is that going back to the disk; or is it just

7  using in-memory structures?

8  A.     Oh, it's just going to use the in-memory

9  structures.

10          Again, every time you go back to the disk, you

11  burn more battery power.  And with devices like these,

12  battery power is very, very important.  If you could only

13  play music for an hour, it wouldn't be as interesting.

14  You know, the fact that it can go for 12 or 13 hours

15  makes it much more useful for, oh, a wide variety of

16  applications, for example, a long car drive or something

17  like that.

18  Q.     When does it access the disk?

19  A.     What happens is there's a very quick disk access

20  roughly every 20 minutes or so to load more songs into

21  memory.  So, basically it's a real fast -- they called it

22  a "hit," and that's what most people do call it.  You hit

23  the disk every 20 minutes or so so you can load more

24  music into RAM, and that way you won't be continually

25  spinning the disk.  You just spin it briefly, just long

2007

1  enough to bring more material into the RAM so it can be

2  played later on.

3  Q.     Now, based upon what we've just been talking about

4  relating to the Selection_Records, LocType, and how the

5  sequencing file is stored and accessed on the iPods, do

6  you have an opinion as to whether the software method

7  we've been talking about is met by the accused products?

8  A.     It's not.

9  Q.     And what does that mean?

10  A.     In other words, these limitations, these claim

11  limitations that require this particular algorithm,

12  they're not met by the accused products.  The accused

13  products don't do these things.

14  Q.     And, so, what does that mean as far as the claims

15  we've been looking at if this limitation is not met?

16  A.     Well, as was mentioned I think on the first day,

17  if a single limitation of a claim is not met, then that

18  claim cannot be infringed.  You have to satisfy every

19  single limitation of a claim to infringe it.

20          So, the fact that, for example, in this case

21  several limitations of claim 1, claim 3, claim 14 and 15

22  of the '076 patent -- these limitations are not found in

23  the accused devices; therefore, these are not infringed.

24  Q.     Just because one limitation is not there, does

25  that affect the whole claim?

2008

1  A.     Yes.  If one limitation is not met, the entire

2  claim is not infringed.

3  Q.     Now, that's the '076 patent.  How about the

4  '178 patent?

5              THE COURT:  Okay.  Counsel, we're going to go

6  ahead and break for the evening.

7              Ladies and gentlemen, again, remember my

8  instructions.  Don't discuss the case.  Let nobody talk

9  to you about it.  Don't go do any research.  I'll ask you

10  to be back at 8:30 in the morning.  Remember that

11  tomorrow is Friday, just before the long weekend.  So,

12  what we'll do is we'll start at 8:30 and wrap up between

13  12:00 and 12:15; and then that will give everyone a

14  chance to get an early start on their weekend.  I will

15  see you in the morning at 8:30.

16              (The jury exits the courtroom, 5:03 p.m.)

17              THE COURT:  Anything to be taken up outside

18  the presence of the jury by Personal Audio?

19              MR. SCHUTZ:  My crack team once again informs

20  me no, your Honor.

21              THE COURT:  Okay.  And Apple?

22              MR. ELACQUA:  Your Honor, I do have one matter

23  that Mr. Holdreith brought up earlier.  We do intend to

24  rely on the NewsComm thesis as a piece of prior art in

25  this case.  I know there's been a dispute as to whether

1  we could actually prove that being prior art.  There is a

2  declaration from MIT that we're relying on.  I would like

3  to be able to at least have Dr. Wicker be able to rely on

4  that, which I think he's able to do as far as relying on

5  hearsay evidence if your Honor determines that it is

6  hearsay.  I don't think it is but --

7          THE COURT:  Well, of course, just because --

8  an expert can rely on something but in that case it would

9  be hearsay and he can't go ahead and describe it, show

10 it, use it, because it's still hearsay.  The rule clearly

11 says that except under certain circumstances, the

12 findings I would have to make, he couldn't go ahead and

13 display it.  I mean, that may be part of his opinion.

14         I think the concern I had, as I indicated in

15 the motion *in limine*, was that we have that affidavit or

16 that declaration.  I think the kinds of statements made

17 in the declaration cover most, if not all, of the

18 elements needed to prove that a printed publication is a

19 printed publication and available to the public and so

20 forth.  The problem being is the affidavit itself is

21 hearsay.

22         In other words, had that lady testified by

23 deposition or deposition on written questions or

24 testified live, that would be one thing.  I just don't

25 see the authority -- and maybe it's out there -- that you

1  can simply bring in her affidavit.

2          Now, you cited me a case I believe before the

3  ITC or one of the other administrative bodies.  But, of

4  course, the rules of evidence don't apply there.  They

5  can handle things with -- by hearsay.  From what I could

6  tell from the case, that particular objection wasn't even

7  raised; and it wouldn't have been in a -- and I can't

8  remember if it was the patent -- Board of Patent Appeals.

9  That's what it was.  Ms. Mullendore remembers better than

10 I do.  Board of Patent Appeals; so, it's basically a

11 quasi -- or it's administrative, quasi administrative;

12 and the same rules don't apply.  So, that was my concern.

13         Now, if you have another way of getting it in,

14 that was the purpose of my ruling, was it was a motion *in*

15 *limine*.

16         MR. ELACQUA:  Yes, your Honor.  I think this

17 falls within a hearsay exception.

18         THE COURT:  Okay.  Which one is that?

19         MR. ELACQUA:  And I would cite to 803 --

20         THE COURT:  Do you happen to have a --

21         And you can step down, sir.  I'm sorry.

22         THE WITNESS:  Thank you.

23         MR. ELACQUA:  We do have a copy.

24         THE COURT:  Right.  This late in the day, I

25 haven't memorized it.

2011

 1          MR. ELACQUA:  We can do it tomorrow morning if

 2    your Honor -- we're not going to finish this module until

 3    probably the first break.  But I can provide it to the

 4    court; and if you want to look at it this afternoon, I

 5    think it would fall under 803(6) which I believe this

 6    declaration is a proper 902(11) declaration.  And, so,

 7    therefore, it would qualify under a hearsay exception.

 8          THE COURT:  I'm pretty sure I've looked at

 9    that before when I was doing that, and the problem is

10    going to be is we're going to be moving as quickly as

11    possible tomorrow to get in as much testimony as

12    possible.

13          MR. ELACQUA:  I would appreciate that as well.

14          THE COURT:  Why don't you -- I'm sure I've got

15    that exhibit somewhere; but if you happen to have a

16    copy --

17          MR. ELACQUA:  I do.  May I approach?

18          THE COURT:  -- with the declaration, it would

19    be helpful.

20          MR. ELACQUA:  May I approach?

21          THE COURT:  Please.

22          All right.  Of course, what we're talking

23    about is printed publication under 35 USC,

24    Section 102(b), and whether -- (reading) when there are

25    no facts in dispute, the question of whether a reference

1 to a -- represents a printed publication is a question of

2 law, *in re Klopfenstein*, 380 F.3d at 1347, citing the

3 earlier *in re Cronyn*, 890 F.2d 1158.

4       And I'm sure counsel are well familiar it has

5 to be sufficiently accessible to the public interested in

6 the art.  There has to be a satisfactory showing that it

7 has been disseminated or otherwise made available to the

8 extent that persons interested and ordinarily skilled in

9 the subject matter or art can locate it with reasonable

10 diligence.  Thesis would have to be cataloged or indexed

11 in a meaningful way.

12       And in this particular case, the problem with

13 the business record exception is (reading) a memorandum

14 or report or data compilation in any form made at or near

15 the time by a person with knowledge, if kept in the

16 course of regularly conducted business activity, if it

17 was the regular practice of that business activity to

18 make the memorandum, report, record, or data compilation,

19 all as shown by the testimony of the custodian.

20       So, let's go beyond, for a minute, the

21 potential problems of Ms. Diane Geraci being a custodian;

22 and I'll compare her to the German librarian in the case

23 you cited.  His affidavit at least said -- or as near as

24 you could tell -- he had been there.  He was there at the

25 time the thing came in.  He knew what was going on in his

2013

1  German library.  He said it was what it was.  And then

2  the higher court's opinion indicated that was enough for

3  the Board of Patent Appeals under their rules.

4        But let's, for the sake of argument, set aside

5  and say, all right, I'm willing to accept that even

6  though she says that they -- she says she has knowledge

7  of the library's normal business practices.  Doesn't

8  really say forever, but at least since 2008.  No

9  indication of whether she did it -- or knew about it

10  when -- well, she knows what the -- she has established a

11  basis she knows what the practices were since 2008.  But

12  this thesis was supposedly filed in 1995.  And then she

13  states based on the practices in place at the time, the

14  thesis would have happened; but she doesn't say how she

15  knows that.

16        And then she talks about how things were going

17  on in 2001 for cataloging and searching.  She doesn't say

18  how she knows that.

19        And then she says that once a document was on

20  the shelf it's available to be viewed, but she doesn't

21  say how she knows that before 2008.

22        But I think the biggest problem is that this

23  Roy -- there is no indication that he is an employee or

24  part of MIT because part of the rule, Exception 6 says

25  "it was the regular practice of that business or activity

2014

1  to make the memorandum, report, record, or data

2  compilation."

3            There is no indication that this was a

4  professor that as part of his teaching duties or

5  professorial research or part of the team there at MIT,

6  it was part of his duty to prepare this.  Actually I

7  understand it may be some student.

8            MR. ELACQUA:  He was a master's student, your

9  Honor.

10            THE COURT:  Yeah, but that seems to be the

11  problem.  And I'm just looking at what's in the

12  affidavit.  So, these are the problems I'm seeing in the

13  affidavit, is establishing that it was the regular

14  practice of that business activity to make the memorandum

15  as opposed to something someone did and wanted to get

16  filed.  So, that, to me, is the biggest problem with the

17  803(6).

18            If you think you can get around that, that's

19  kind of what my earlier order was, is how do we get

20  around that.

21            MR. ELACQUA:  Your Honor, if I could put

22  something up on the Elmo which is the actual NewsComm

23  thesis.  And while I do that, let me address your

24  question relating to whether Ms. Geraci has knowledge.

25            In paragraph 2 she does state that "I make

 1  this declaration based on my personal knowledge, my

 2  knowledge and review of business records and practices of

 3  the MIT libraries, and conversations with employees on my

 4  staff."

 5          I don't think the requirement, your Honor, is

 6  that the person making a declaration had to have been

 7  there in 1995; but I understand your Honor's concern.

 8          THE COURT:  And I said, I mean, I'll assume

 9  that -- I mean, those are some concerns; but you're

10  correct.  There are cases indicating that the custodian

11  doesn't have to be there for the whole time.  I'm willing

12  to even accept that argument.  But a real concern I have

13  is under 806 -- okay.  Here is the --

14          MR. ELACQUA:  So, this is the cover of the

15  NewsComm thesis, your Honor, which I think clearly

16  establishes that it was "Submitted to the Program in

17  Media Arts and Sciences, School of Architecture and

18  Planning, in partial fulfillment of the requirements for

19  the degree of Master of Science at the Massachusetts

20  Institute of Technology June 1995," copyright with MIT.

21          And it's clear, your Honor -- really that's

22  probably the best page to look at -- actually the last

23  page might have some additional information that this was

24  clearly something submitted in requirement of his thesis,

25  his master's thesis at MIT, which I think the declaration

2016

1  covers.

2          THE COURT:  If you wouldn't mind letting me

3  take a look at a copy of that, or that copy.

4          MR. ELACQUA:  And, your Honor, just so we're

5  clear, the last couple pages of the declaration are the

6  actual records that we're talking about, which are these

7  MARC library records that indicate timing and so forth as

8  to when something is shelved.  And I believe it's

9  Defendant's Exhibit 30, page 9, is the best page to look

10 at for that.  And it's Row Number 008 which shows that it

11 was shelved at 9-27 of 1995.

12         MR. SCHUTZ:  Is this the one printed off the

13 Web on --

14         MR. ELACQUA:  This is what Ms. Geraci

15 certified was a regularly conducted business record.

16 Looks like it was printed off *library.mit*.  I'm not sure

17 if that's the Web or not.

18         MR. SCHUTZ:  In 2010?

19         MR. ELACQUA:  Yes, in 2010.

20         MR. SCHUTZ:  Can I make a brief one-sentence

21 observation, your Honor?

22         THE COURT:  Let me finish re-reading the whole

23 thing.

24         All right.  Go ahead, Mr. Schutz.

25         MR. SCHUTZ:  Just a couple things, your Honor.

2017

1  This has been extensively briefed, but I would also note

2  that the declaration itself has a double hearsay problem.

3  In paragraph 2 the declarant does not limit what she says

4  in this based on her own personal knowledge.  And, so,

5  she goes on to state that -- that's part of it.  But then

6  she also says it's based on her knowledge and review of

7  some business records and based on conversations with

8  employees and staff.

9            THE COURT:  But where is the authority for the

10 proposition that a custodian of records can only testify

11 as to their personal knowledge?  I mean, almost as a --

12 that's kind of the whole point of the business records

13 exception is IBM, been around for, well, a hundred years

14 now, their business records custodian -- the first one

15 has been dead, buried for years.  They can come in.

16 Obviously it's just based on this is one of our -- this

17 is our normal course of business.

18            So, I think everybody understands a business

19 record is letting in hearsay.  It's an exception thought

20 to be trustworthy.  So, that comment, I'm not going to

21 base my ruling on that.  So, what's your next one?

22            MR. SCHUTZ:  Well, the issue, judge, if you

23 again go back and you look at what she says, we don't

24 know the difference as to what's personal knowledge

25 versus something else; and she doesn't cite -- there are

2018

1  no documents cited or attached here showing what the

2  practices were at a given time.  She just says it appears

3  that it was cataloged in September 27th, '95.  In terms

4  of being able to actually retrieve it so that it is

5  publicly available, the only searching that could be done

6  would be keyword searching for the title.  And that's in

7  paragraph 13.

8        It could only be a search for the title.  So,

9  there couldn't be searching of the body, couldn't be

10  searching in any kind of Boolean operators that are

11  commonly used today so that this would, you know, meet

12  the publicly available test.  And the printout, of

13  course, is from the Web -- or from some server in 2010.

14  And, so, we don't know what this might have looked like

15  back then.

16        And again, your Honor, we did brief this

17  extensively.  I'm only covering --

18        THE COURT:  I've looked at -- on both sides.

19        Mr. Elacqua, attached supposedly to her

20  affidavit as Exhibit C -- oh, here it is.  Okay.

21        MR. ELACQUA:  It's the first --

22        THE COURT:  It's back and front.

23        MR. ELACQUA:  It's a copy of the thesis, your

24  Honor, which actually is stamped July 6th of 1995.

25        THE COURT:  Right.  No, that's --

2019

 1            MR. ELACQUA:  Which is obviously much earlier

 2  than --

 3            THE COURT:  It's double -- your copy.

 4            MR. ELACQUA:  Double-sided.

 5            THE COURT:  You're copied on the back.  That's

 6  why I didn't find it.

 7            MR. ELACQUA:  Yes.

 8            THE COURT:  All right.  Well, Chris and

 9  Faith Ann need to get home.  Let me take a look at this.

10  I'll let you know first thing in the morning.  We're

11  going to go in recess.

12            Anything else outside the presence of the

13  jury?

14            MR. CORDELL:  Just one thing, your Honor.

15  Everybody's favorite subject now is the JMOLs.  Would the

16  court prefer we file that in writing?

17            THE COURT:  You've made your JMOL.  We're not

18  having new ones.  That was the whole point of that

19  exercise.

20            MR. CORDELL:  I understand, your Honor, not

21  new ones but sometimes --

22            THE COURT:  No, we're not having new issues on

23  the old ones, either.  You've made your JMOL prior to the

24  next part of the case.  My guess is Ms. Chen or

25  Mr. Elacqua told you what my practice was because you had

2020

1    the most thorough set of JMOLs on your feet that I've

2    ever seen.  But, no, that's -- and I think they were

3    quite thorough.  I don't think it is unfair to say that's

4    what you've made.  They were quite complete.

5             MR. CORDELL:  Well, thank you, your Honor.  I

6    really just offered it.  That was my only intention.

7             THE COURT:  And as I said, from Personal Audio

8    all I'm really interested in in response at this point

9    would be the record citations where you say that the

10   things that Mr. Ruffin [sic] said were not there are

11   there.

12            MR. HOLDREITH:  Understood, your Honor.

13            THE COURT:  Okay.  All right.  We'll be in

14   recess.  We'll start again at 8:30 in the morning.

15            (Proceedings adjourned, 5:27 p.m.)

16   COURT REPORTER'S CERTIFICATION

17            I HEREBY CERTIFY THAT ON THIS DATE, JUNE 30,

18   2011, THE FOREGOING IS A CORRECT TRANSCRIPT FROM THE

19   RECORD OF PROCEEDINGS.

20       _Christina Bickham_____
         CHRISTINA L. BICKHAM,    CRR,    RMR

22

23

24

25

2021

## $

**$1.30** [1] - 1867:21
**$100,000** [1] - 1953:7
**$20,000** [1] - 1928:8
**$400** [1] - 1700:13
**$500** [1] - 1953:4
**$75,000** [1] - 1953:10

## '

**'02** [1] - 1701:16
**'06** [1] - 1742:10
**'076** [23] - 1708:23, 1712:22, 1798:15, 1798:20, 1804:21, 1807:12, 1827:14, 1827:16, 1827:20, 1827:25, 1828:5, 1828:9, 1833:4, 1833:20, 1840:13, 1856:1, 1898:7, 1986:22, 1991:20, 1992:3, 1992:11, 2007:22, 2008:3
**'09** [1] - 1732:4
**'178** [14] - 1708:24, 1799:1, 1804:23, 1839:16, 1840:17, 1840:19, 1841:1, 1841:3, 1845:11, 1892:8, 1986:22, 1992:13, 1992:16, 1992:23, 1993:3, 2008:4
**'91** [1] - 1927:11
**'91-'92** [1] - 1931:8
**'92** [1] - 1930:19
**'94** [3] - 1903:24, 1929:14, 1929:15
**'95** [13] - 1672:15, 1903:24, 1934:11, 1934:12, 1937:10, 1937:13, 1966:4, 1966:7, 1966:25, 1967:6, 1970:17, 1970:18, 2018:3
**'96** [1] - 1661:3
**'Data** [1] - 1978:7
**'next'** [1] - 1963:4
**'play'** [1] - 1723:12
**'to** [1] - 1976:9

## /

**//StopUsingDisk** [1] - 1772:16

## 0

**0** [1] - 1777:14
**008** [1] - 2016:10

## 1

**1** [67] - 1653:5, 1653:6, 1653:8, 1653:10, 1654:8, 1654:9, 1654:10, 1654:11, 1655:10, 1655:11, 1655:15, 1655:16, 1655:17, 1655:19, 1705:13, 1708:17, 1708:18, 1708:19, 1708:22, 1712:21, 1722:8, 1723:12, 1755:20, 1807:12, 1818:3, 1819:21, 1828:5,

1828:8, 1832:24, 1832:25, 1833:1, 1833:4, 1833:16, 1833:17, 1845:12, 1848:19, 1859:6, 1874:3, 1878:13, 1885:1, 1887:10, 1897:7, 1898:6, 1899:9, 1911:18, 1915:1, 1915:2, 1917:14, 1936:6, 1936:15, 1944:20, 1946:1, 1947:19, 1948:8, 1952:3, 1964:12, 1987:22, 1991:17, 1992:1, 1992:11, 1992:17, 1995:24, 1997:9, 1997:11, 1998:18, 2007:21
**1-19** [2] - 1887:7, 1888:14
**1-20** [1] - 1886:20
**1.0** [1] - 1683:17
**1.0.2** [1] - 1755:25
**1.0.3** [1] - 1755:25
**1.1.3** [2] - 1756:8, 1756:12
**1/2** [1] - 1972:13
**10** [6] - 1694:19, 1723:13, 1781:21, 1841:13, 1922:4, 1963:2
**10,000** [2] - 1905:7, 1928:3
**100** [1] - 1864:15
**10164** [2] - 1939:13, 1939:14
**102** [2] - 1655:21, 2000:18
**102(b** [1] - 2011:24
**103** [8] - 1653:13, 1653:14, 1653:15, 1795:18, 1795:20, 1796:17, 1953:8, 1953:9
**103,000** [1] - 1930:12
**10:46** [2] - 1753:16, 1753:18
**10th** [1] - 1700:21
**11** [5] - 1696:22, 1706:4, 1706:10, 1795:21, 1957:22
**112** [1] - 1808:14, 1846:24
**115** [4] - 1952:5, 1952:10, 1952:12, 1952:14
**1158** [1] - 2012:3
**11:00** [2] - 1753:15, 1753:17
**11:01** [1] - 1753:18
**12** [8] - 1672:16, 1948:16, 1957:12, 1957:14, 1957:16, 1993:6, 1998:19, 2006:14
**12(h)(3)** [2] - 1798:23, 1799:19
**12-9** [2] - 1972:3, 1972:6
**12-year-olds** [1] - 1927:5
**1259** [1] - 1656:13
**1268** [1] - 1656:13
**1293** [1] - 1857:15
**12:00** [2] - 1798:1, 2008:13
**12:15** [1] - 2008:13
**13** [9] - 1842:5, 1844:11, 1844:13, 1845:12, 1848:19, 1918:12, 1993:7, 2006:14, 2018:7
**130,000** [1] - 1701:17
**1305** [1] - 1857:17
**1347** [1] - 2012:2
**1358** [2] - 1852:8, 1852:15
**138** [3] - 1975:11, 1975:17, 1976:4
**1398** [1] - 1774:11
**14** [9] - 1715:16, 1844:8, 1844:17, 1845:12, 1896:16, 1992:7, 1993:3,

1993:8, 2007:21
**144** [1] - 1867:15
**14th** [4] - 1934:11, 1934:12, 1934:20, 1934:21
**15** [8] - 1833:25, 1834:15, 1839:3, 1861:15, 1983:14, 1992:8, 1995:18, 2007:21
**1533** [2] - 1863:8, 1864:11
**1534** [2] - 1863:8, 1864:11
**1568** [2] - 1799:6, 1799:11
**16** [8] - 1886:6, 1886:9, 1958:22, 1958:24, 1959:2, 1983:14
**160** [1] - 1703:23
**161** [1] - 1789:4
**1626** [1] - 1774:24
**1634** [1] - 1775:6
**1658** [1] - 1654:14
**1660** [2] - 1653:3, 1654:15
**1661** [2] - 1654:16, 1654:17
**1665** [2] - 1653:4, 1654:18
**1666** [1] - 1654:19
**167** [2] - 1655:20, 1983:1
**1687** [3] - 1654:20, 1654:21, 1654:22
**1690** [2] - 1654:23, 1654:24
**1691** [3] - 1654:25, 1655:1, 1655:2
**1694** [1] - 1655:3
**1696** [1] - 1655:4
**17-12** [3] - 1947:19, 1968:9, 1968:13
**17.8** [2] - 1977:25, 1978:5
**170** [2] - 1654:17, 1661:25
**1701** [1] - 1655:5
**1705** [1] - 1655:6
**1706** [1] - 1655:7
**1708** [5] - 1653:5, 1653:6, 1653:7, 1653:8, 1653:9
**1712** [1] - 1653:10
**1718** [1] - 1653:11
**173** [2] - 1653:18, 1940:11
**1738** [1] - 1655:8
**174** [4] - 1653:19, 1653:22, 1941:20, 1953:19
**1752** [1] - 1655:9
**1781** [1] - 1653:12
**1795** [2] - 1653:13, 1653:14
**1796** [1] - 1653:15
**1797** [1] - 1653:16
**18** [1] - 1935:18
**185** [1] - 1656:13
**1852** [1] - 1653:17
**19** [2] - 1935:19, 1975:18
**191** [1] - 1973:24
**1936** [2] - 1655:10, 1655:11
**1938** [2] - 1655:12, 1655:13
**1939** [1] - 1655:14
**1940** [1] - 1653:18
**1941** [1] - 1653:19
**1942** [1] - 1653:20
**1943** [1] - 1653:21
**1944** [1] - 1655:15
**1946** [1] - 1655:16

2022

**1947** [1] - 1655:17

**1949** [1] - 1655:18

**195** [2] - 1654:16, 1661:14

**1953** [1] - 1653:22

**1958** [1] - 1653:23

**1959** [1] - 1653:24

**1964** [3] - 1653:25, 1654:1, 1655:19

**1967** [2] - 1654:2, 1654:3

**1968** [1] - 1654:4

**197** [8] - 1654:14, 1654:15, 1654:18, 1654:19, 1658:13, 1660:20, 1665:16, 1666:18

**1972** [1] - 1654:5

**1973** [1] - 1654:6

**1977** [1] - 1654:7

**1983** [1] - 1655:20

**1990s** [1] - 1929:12

**1991** [4] - 1654:8, 1903:7, 1912:11, 1927:1

**1992** [1] - 1654:9

**1994** [1] - 1903:23

**1995** [17] - 1672:11, 1886:1, 1903:3, 1903:10, 1904:9, 1934:4, 1936:2, 1937:3, 1937:6, 1937:23, 1945:16, 1966:3, 2013:12, 2015:7, 2015:20, 2016:11, 2018:24

**1996** [16] - 1661:2, 1716:11, 1716:14, 1780:7, 1780:9, 1821:18, 1821:22, 1853:12, 1877:3, 1884:25, 1890:10, 1896:13, 1897:12, 1930:24, 1931:2, 1983:13

**1997** [3] - 1654:10, 1673:1, 1897:10

**1998** [3] - 1654:11, 1716:5, 1758:15

**1999** [2] - 1656:13, 1673:18

**19:00** [2] - 1923:6, 1949:5

**1:00** [1] - 1797:22

**1:15** [1] - 1823:19

**1:36** [1] - 1870:25

**1A** [1] - 1952:5

**1D** [1] - 1991:13

**1F** [1] - 1991:13

**1st** [1] - 1951:10

---

## 2

**2** [29] - 1653:7, 1653:9, 1708:22, 1708:23, 1716:11, 1722:8, 1727:13, 1734:13, 1789:5, 1804:20, 1811:7, 1821:9, 1825:2, 1838:20, 1859:6, 1861:14, 1887:10, 1897:7, 1899:9, 1915:1, 1915:4, 1917:14, 1956:10, 1991:18, 1996:10, 1996:11, 2000:8, 2014:25, 2017:3

**2.0** [4] - 1796:2, 1818:16, 1818:18, 1818:20

**20** [14] - 1671:16, 1699:2, 1699:11, 1743:16, 1743:18, 1743:20, 1744:5, 1759:15, 1814:25, 1815:15, 1815:22, 1816:13, 2006:20, 2006:23

**20,000** [1] - 1928:10

---

**20-minute** [1] - 1699:7

**2000** [7] - 1655:21, 1674:1, 1674:4, 1676:2, 1798:18, 1821:11

**2001** [21] - 1675:17, 1685:25, 1691:22, 1697:23, 1698:11, 1711:4, 1712:24, 1721:16, 1721:18, 1725:15, 1821:16, 1821:20, 1822:10, 1855:19, 1858:15, 1858:19, 1858:21, 1858:23, 1859:11, 1860:6, 2013:17

**2002** [7] - 1661:6, 1661:19, 1661:20, 1667:8, 1667:21, 1822:7, 1822:8

**2003** [4] - 1705:12, 1728:18, 1780:3, 1859:1

**2004** [3] - 1728:24, 1780:3, 1784:14

**2006** [2] - 1799:5, 1941:24

**2007** [4] - 1747:6, 1747:17, 1929:25

**2008** [4] - 1942:23, 2013:8, 2013:11, 2013:21

**2009** [1] - 1731:25

**2010** [6] - 1970:20, 1970:22, 1970:23, 2016:18, 2016:19, 2018:13

**2011** [3] - 1656:2, 1969:8, 2020:18

**2016** [1] - 1655:22

**207** [7] - 1655:8, 1701:24, 1729:1, 1738:16, 1749:20, 1751:4, 1790:10

**20s** [1] - 1707:15

**21** [2] - 1958:13, 1995:18

**212** [1] - 1658:25

**235** [1] - 1995:15

**23rd** [2] - 1698:11, 1698:13

**24** [1] - 1978:4

**247** [1] - 1769:17

**25** [2] - 1927:25, 1995:18

**26** [2] - 1662:20, 1662:23

**269** [1] - 1995:15

**27** [1] - 1782:7

**2719** [1] - 1775:11

**275** [4] - 1655:6, 1655:7, 1705:8, 1706:9

**27th** [2] - 1934:22, 2018:3

**28** [1] - 1995:18

**2802** [1] - 1776:7

**283** [1] - 1972:4

**284** [1] - 1867:4

**2:00** [1] - 1870:23

**2:01** [1] - 1870:25

**2:09** [1] - 1874:12

**2nd** [1] - 1853:11

---

## 3

**3** [43] - 1705:21, 1727:12, 1754:12, 1754:19, 1756:5, 1756:6, 1782:9, 1807:10, 1807:12, 1811:2, 1812:6, 1812:7, 1828:4, 1828:7, 1829:13, 1832:24, 1832:25, 1833:5, 1833:16, 1833:17, 1833:25, 1834:5, 1834:7, 1838:4, 1838:6, 1859:3, 1862:24, 1863:14, 1863:17, 1864:6, 1886:8, 1898:23, 1899:8, 1915:1, 1958:12,

---

1964:6, 1964:7, 1991:19, 1995:14, 1995:15, 1995:17, 1996:10, 2007:21

**3,000** [3] - 1662:2, 1662:3, 1662:11

**3..** [1] - 1887:10

**3.2** [1] - 1694:2

**30** [8] - 1655:22, 1656:2, 1671:17, 1697:13, 1699:2, 1761:23, 2016:9, 2020:17

**30(b)(6** [2] - 1783:22, 1789:3

**30,000** [1] - 1928:11

**30th** [4] - 1937:3, 1937:6, 1937:10, 1937:13

**316** [3] - 1960:2, 1962:23, 1963:2

**318** [1] - 1960:2

**31st** [1] - 1951:9

**32** [2] - 1997:11, 1998:18

**328** [2] - 1956:12, 1956:14

**33** [1] - 1998:19

**330** [5] - 1947:19, 1968:7, 1977:18, 1977:19, 1977:21

**34** [1] - 1995:18

**346** [8] - 1653:3, 1653:4, 1653:17, 1659:24, 1660:2, 1660:4, 1665:22, 1852:21

**35** [2] - 1995:19, 2011:23

**35,000** [1] - 1701:16

**36** [2] - 1659:8, 1659:24

**377** [2] - 1653:11, 1718:25

**380** [1] - 2012:2

**3800** [1] - 1774:3

**3:29** [1] - 1943:16

**3:30** [1] - 1943:19

**3:45** [1] - 1943:19

---

## 4

**4** [9] - 1688:9, 1734:13, 1799:25, 1812:15, 1823:8, 1861:12, 1915:2, 1960:1, 1991:19

**4-11** [1] - 1967:11

**40** [3] - 1697:13, 2000:8

**40-minute** [2] - 1745:21, 1745:23

**400-dollar** [2] - 1700:12, 1700:16

**412** [1] - 1656:10

**419** [1] - 1656:10

**42** [12] - 1654:20, 1654:21, 1654:22, 1654:23, 1654:24, 1655:5, 1687:10, 1687:13, 1687:18, 1690:3, 1690:20, 1701:5

**44** [5] - 1915:7, 1916:16, 1918:7, 1918:8, 1918:12

**442** [2] - 1655:9, 1752:19

**442A** [1] - 1759:4

**46** [1] - 1657:23

**46-hour** [1] - 1657:22

**48** [3] - 1913:1, 1913:15, 1995:19

**486** [1] - 1918:8

**4A** [1] - 1963:2

| **5** |
| --- |

**5** [12] - 1658:21, 1665:16, 1666:18, 1785:10, 1793:12, 1798:18, 1837:7, 1838:3, 1838:6, 1855:19, 1952:7, 1952:14
**5,000** [1] - 1874:3
**5-year-old** [1] - 1670:20
**5.9** [1] - 1966:17
**50** [6] - 1658:22, 1665:17, 1798:9, 1840:5, 1882:13, 1882:14
**500** [3] - 1794:11, 1794:15, 1930:7
**504** [1] - 1857:15
**53** [10] - 1654:25, 1655:1, 1655:2, 1655:3, 1655:4, 1691:5, 1691:9, 1691:21, 1694:20, 1696:22
**55** [1] - 1796:17
**57** [1] - 1665:17
**5:00** [1] - 1980:22
**5:03** [1] - 2008:16
**5:27** [1] - 2020:15

| **6** |
| --- |

**6** [17] - 1656:2, 1689:16, 1755:11, 1756:3, 1756:6, 1789:5, 1793:24, 1795:17, 1795:25, 1796:7, 1834:13, 1835:9, 1839:3, 1845:12, 1848:19, 1992:23, 2013:24
**6,199,076** [3] - 1878:13, 1878:15, 1884:25
**6.0A** [3] - 1936:19, 1966:17, 1967:6
**60** [4] - 1867:21, 1912:2, 1912:3, 1913:16
**60-something** [1] - 1867:13
**620A** [1] - 1781:15
**625A** [6] - 1653:12, 1653:16, 1781:14, 1781:16, 1781:17, 1797:4
**66** [1] - 1891:9
**66-megahertz** [1] - 1891:7
**6920** [1] - 1769:22
**6962** [1] - 1770:2
**6th** [1] - 2018:24

| **7** |
| --- |

**7** [3] - 1690:4, 1835:12, 1836:5
**7-19** [1] - 1974:2
**7-20** [1] - 1974:16
**706** [21] - 1653:23, 1653:24, 1653:25, 1654:1, 1654:2, 1654:3, 1654:4, 1654:5, 1654:6, 1654:7, 1958:24, 1959:12, 1964:11, 1964:17, 1965:24, 1967:12, 1967:14, 1968:8, 1972:3, 1973:24, 1977:19
**7068** [2] - 1771:1, 1771:21
**716** [5] - 1653:20, 1653:21, 1942:20, 1943:24, 1944:2

**7308** [1] - 1772:6
**7309** [1] - 1772:13
**7311** [1] - 1772:16
**7313** [1] - 1758:23
**7333** [2] - 1759:25, 1760:7
**7345** [1] - 1760:18
**7348** [2] - 1760:22, 1761:17
**7353** [1] - 1761:11
**7367** [2] - 1761:23, 1762:22
**7416** [1] - 1763:9
**7419** [3] - 1763:6, 1763:23, 1763:24
**7428** [2] - 1764:6, 1764:18
**7431** [1] - 1764:19
**7442** [1] - 1765:21
**7465** [1] - 1766:8
**75** [2] - 1977:15, 1978:4
**75,000** [1] - 1928:22
**7:00** [2] - 1923:7, 1949:6

| **8** |
| --- |

**8** [1] - 1937:9
**80** [1] - 1781:21
**802.11** [1] - 1820:24
**803** [1] - 2010:19
**803(6** [1] - 2011:5
**803(6)** [1] - 2014:17
**806** [1] - 2015:13
**83** [1] - 1967:14
**85** [4] - 1655:12, 1655:14, 1938:9, 1939:10
**87** [4] - 1655:13, 1655:18, 1938:25, 1949:20
**890** [1] - 2012:3
**8:30** [5] - 1656:2, 2008:10, 2008:12, 2008:15, 2020:14
**8:32** [1] - 1657:25

| **9** |
| --- |

**9** [6] - 1691:23, 1701:6, 1841:6, 1841:13, 1997:12, 2016:9
**9,000** [2] - 1757:3, 1757:11
**9-27** [1] - 2016:11
**9-year-old** [1] - 1670:19
**90** [3] - 1865:14, 1866:14, 1867:21
**902(11** [1] - 2011:6
**91** [2] - 1958:11, 1958:12
**939** [2] - 1799:6, 1799:11
**95** [8] - 1885:22, 1885:25, 1886:5, 1886:8, 1887:18, 1887:20, 1888:21, 1889:4
**954** [1] - 1852:2
**964** [1] - 1852:5
**99** [1] - 1866:21
**9:31** [1] - 1706:24
**9:32** [1] - 1707:2
**9:45** [1] - 1707:2

| **A** |
| --- |

**a.m** [7] - 1657:25, 1706:24, 1707:2, 1753:16, 1753:18, 1753:18
**A.M** [1] - 1656:2
**ability** [14] - 1670:8, 1703:17, 1703:20, 1703:23, 1718:6, 1720:20, 1721:24, 1724:7, 1725:4, 1785:21, 1868:25, 1870:8, 1882:4
**able** [30] - 1664:5, 1664:25, 1678:20, 1678:21, 1681:7, 1693:23, 1699:21, 1700:18, 1704:16, 1707:9, 1707:11, 1734:13, 1738:8, 1743:21, 1744:13, 1749:23, 1763:14, 1768:21, 1770:7, 1851:17, 1882:15, 1890:6, 1891:12, 1910:24, 1988:8, 1988:14, 2009:3, 2009:4, 2018:4
**absolutely** [10] - 1730:4, 1784:23, 1909:6, 1916:10, 1919:9, 1935:23, 1938:7, 1939:4, 1941:14, 1955:14
**abundance** [1] - 1839:24
**AC** [1] - 1684:3
**accelerated** [1] - 1714:16
**accept** [4] - 1685:15, 1830:17, 2013:5, 2015:12
**accepting** [2] - 1825:1, 1838:19
**access** [12] - 1694:18, 1762:6, 1766:5, 1768:21, 1791:2, 1814:9, 1822:21, 1837:17, 1871:15, 1915:25, 2006:18, 2006:19
**accessed** [6] - 1813:20, 1813:25, 1815:21, 1816:15, 1837:21, 2007:5
**accesses** [2] - 1814:20, 1816:24
**accessible** [1] - 2012:5
**accessing** [1] - 2004:7
**accommodate** [1] - 1699:21
**accomplish** [2] - 1694:15, 1844:5
**accordance** [1] - 1690:12
**according** [2] - 1993:1, 1997:25
**account** [1] - 1872:12
**accounting** [1] - 1872:20
**accounts** [1] - 1935:24
**accurate** [5] - 1666:24, 1734:5, 1783:15, 1783:18, 1975:5
**accurately** [1] - 1973:1
**accused** [37] - 1708:16, 1802:6, 1803:14, 1803:15, 1807:15, 1807:22, 1808:21, 1812:11, 1813:15, 1817:20, 1818:9, 1828:14, 1830:22, 1831:3, 1831:24, 1836:1, 1845:12, 1869:6, 1985:23, 1986:13, 1986:20, 1988:16, 1989:20, 2000:10, 2000:11, 2000:20, 2002:13, 2002:17, 2002:18, 2002:21, 2002:25, 2004:6, 2004:7, 2007:7, 2007:12, 2007:23
**acknowledged** [1] - 1803:20
**act** [1] - 1788:1
**action** [1] - 1990:7
**Actions** [1] - 1897:18
**activate** [1] - 1972:19

**activated** [1] - 1973:15
**activity** [10] - 1911:4, 1911:6, 1915:23, 1916:23, 1917:9, 1919:1, 2012:16, 2012:17, 2013:25, 2014:14
**actual** [14] - 1701:13, 1739:3, 1742:24, 1769:19, 1818:18, 1861:10, 1861:11, 1866:10, 1868:3, 1996:24, 1997:13, 1999:3, 2014:22, 2016:6
**adapted** [3] - 1824:1, 1824:17, 1824:20
**adapter** [2] - 1684:3, 1905:18
**adaptively** [1] - 1895:14
**add** [10] - 1717:6, 1717:10, 1722:3, 1722:17, 1722:19, 1742:19, 1742:23, 1744:13, 1924:7, 1924:13
**added** [15] - 1701:21, 1701:22, 1702:24, 1703:7, 1703:16, 1704:6, 1704:20, 1717:12, 1717:16, 1717:19, 1721:20, 1744:8, 1744:10, 1785:15, 1785:17
**adding** [2] - 1704:18, 1868:9
**addition** [4] - 1721:23, 1783:21, 1857:10, 1953:10
**additional** [6] - 1723:1, 1831:5, 1840:10, 1840:25, 1924:22, 2015:23
**additions** [2] - 1785:3, 1785:21
**address** [17] - 1693:21, 1694:10, 1807:20, 1808:13, 1808:21, 1811:14, 1811:25, 1817:9, 1818:16, 1818:22, 1820:21, 1828:18, 1839:2, 1856:16, 1954:7, 1981:8, 2014:23
**addressed** [14] - 1730:1, 1801:18, 1806:25, 1807:3, 1808:9, 1810:23, 1811:13, 1818:18, 1828:8, 1829:12, 1838:9, 1842:10, 1867:17
**addressing** [2] - 1849:4, 1867:22
**adduce** [9] - 1808:8, 1810:20, 1819:13, 1819:15, 1834:21, 1836:3, 1836:24, 1839:9
**adduced** [9] - 1801:17, 1804:15, 1827:13, 1829:20, 1837:20, 1838:11, 1848:9, 1849:10, 1852:10
**adducing** [1] - 1862:22
**adjourned** [1] - 2020:15
**adjudged** [1] - 1821:16
**administered** [4] - 1668:12, 1726:12, 1900:21, 1980:23
**administrative** [3] - 2010:3, 2010:11
**admired** [1] - 1671:20
**admission** [1] - 1855:24
**admitted** [9] - 1659:16, 1660:10, 1789:4, 1810:6, 1816:18, 1827:15, 1843:11, 1850:6, 1863:16
**advance** [1] - 1726:20
**advancements** [1] - 1821:25
**advantage** [3] - 1697:15, 1821:14, 1942:17
**advised** [1] - 1839:23
**advisement** [1] - 1831:11
**advisory** [2] - 1802:19, 1984:5
**Advisory** [1] - 1984:9

**afar** [1] - 1700:9
**affect** [1] - 2007:25
**affidavit** [7] - 2009:15, 2009:20, 2010:1, 2012:23, 2014:12, 2014:13, 2018:20
**affirmatively** [1] - 1907:2
**affixed** [1] - 1934:25
**afford** [2] - 1702:21, 1945:24
**afield** [1] - 1776:2
**after-arising** [1] - 1818:21
**afternoon** [10] - 1875:1, 1901:13, 1902:21, 1902:22, 1950:15, 1950:16, 1981:18, 1981:25, 1982:2, 2011:4
**afterwards** [1] - 1772:9
**age** [1] - 1891:10
**agent** [1] - 1856:22
**ago** [11] - 1776:19, 1784:19, 1785:2, 1846:8, 1865:17, 1895:18, 1902:7, 1930:22, 1940:19, 1950:17, 2001:22
**agree** [14] - 1717:14, 1805:4, 1809:2, 1830:11, 1832:4, 1848:25, 1877:14, 1884:10, 1887:22, 1894:7, 1977:8, 2002:3, 2002:4, 2002:5
**agreed** [6] - 1656:14, 1828:24, 1860:16, 1959:19, 1962:17
**agreement** [1] - 1989:21
**Aha** [3] - 1821:12, 1824:12, 1863:15
**ahead** [46] - 1685:11, 1685:17, 1687:4, 1687:5, 1713:5, 1723:3, 1726:9, 1748:10, 1753:21, 1760:9, 1776:12, 1781:25, 1794:9, 1797:21, 1798:10, 1800:16, 1801:10, 1811:20, 1823:13, 1823:14, 1823:21, 1827:9, 1834:17, 1838:6, 1841:8, 1844:12, 1851:15, 1865:25, 1870:22, 1872:4, 1876:16, 1876:24, 1912:21, 1914:13, 1914:14, 1914:22, 1914:23, 1915:5, 1916:17, 1943:22, 1949:13, 2008:6, 2009:9, 2009:12, 2016:24
**aiming** [1] - 1994:15
**Air** [2] - 1984:8
**air** [37] - 1903:1, 1903:22, 1906:24, 1907:15, 1907:16, 1907:18, 1909:19, 1910:11, 1911:4, 1911:5, 1913:24, 1914:8, 1914:18, 1914:24, 1915:19, 1916:2, 1916:11, 1917:4, 1917:10, 1917:11, 1917:20, 1917:22, 1918:11, 1918:17, 1918:19, 1919:5, 1919:7, 1919:14, 1921:18, 1928:22, 1929:13, 1929:14, 1947:15, 1947:17, 1917:7
**Aircraft** [3] - 1983:18, 1983:23, 1983:24
**Akron** [1] - 1939:18
**alarm** [1] - 1750:19
**alarms** [3] - 1723:25, 1724:24, 1750:20
**album** [2] - 1763:15, 1763:18
**albums** [5] - 1731:9, 1737:7, 1737:8, 1765:2
**algorithm** [33] - 1811:3, 1812:15, 1813:2, 1813:9, 1814:14, 1817:9, 1817:10, 1836:5, 1836:10, 1836:19, 1841:13, 1842:13, 1842:19, 1842:25,

1843:2, 1843:3, 1843:20, 1844:15, 1844:16, 1844:19, 1844:21, 1845:1, 1845:2, 1991:10, 1992:14, 1993:21, 1995:13, 1995:16, 1995:19, 1995:25, 1997:2, 2001:10, 2007:11
**algorithmic** [1] - 1814:1
**algorithms** [4] - 1782:10, 1835:12, 1842:9, 1891:20
**ALL** [1] - 1656:4
**allegation** [2] - 1803:8, 1804:10
**allegations** [1] - 1989:17
**allege** [2] - 1801:23, 1802:11
**alleged** [6] - 1801:16, 1802:19, 1803:12, 1833:24, 1838:12, 1844:4
**alleging** [1] - 1802:12
**Allied** [3] - 1799:9, 1938:13, 1939:16
**allow** [5] - 1669:3, 1802:3, 1884:12, 1886:15, 1950:4
**allowed** [3] - 1685:13, 1697:12, 1887:25
**allows** [3] - 1776:11, 1782:10, 1887:12
**alluded** [1] - 1697:7
**Almeroth** [24] - 1783:17, 1784:9, 1801:19, 1803:11, 1807:3, 1807:19, 1811:24, 1812:9, 1816:18, 1818:8, 1827:15, 1828:6, 1828:13, 1829:15, 1837:7, 1838:10, 1843:11, 1852:10, 1852:23, 1853:3, 1859:7, 1864:1, 2001:20, 2002:3
**Almeroth's** [7] - 1808:11, 1813:23, 1825:10, 1851:23, 1987:8, 1987:14, 2001:16
**almost** [5] - 1727:11, 1727:13, 1862:1, 1872:25, 2017:11
**alternatively** [2] - 1659:3, 1819:18
**Altos** [1] - 1670:14
**amazed** [1] - 1699:17
**amazing** [1] - 1707:15
**amended** [1] - 1867:5
**amount** [12] - 1676:19, 1694:13, 1702:18, 1704:15, 1715:15, 1716:1, 1729:24, 1745:11, 1856:19, 1861:16, 1910:7, 1941:9
**amplifier** [1] - 1696:1
**analog** [4] - 1811:19, 1839:6, 1839:7, 1921:23
**analyses** [1] - 1825:6
**analysis** [16] - 1656:17, 1813:12, 1813:24, 1817:13, 1849:8, 1857:19, 1857:22, 1858:3, 1858:17, 1858:19, 1861:9, 1862:24, 1864:22, 1899:15, 1899:16, 1899:23
**analytical** [1] - 1897:24
**analyze** [1] - 1898:1
**analyzed** [1] - 1899:8
**anchor** [1] - 1926:18
**and..** [1] - 1824:10
**Angeles** [2] - 1983:11, 1983:17
**angle** [1] - 1906:25
**angled** [1] - 1907:10

**Ann** [1] - 2019:9
**announced** [2] - 1707:8, 1881:24
**announcement** [6] - 1685:18, 1698:9, 1698:12, 1698:20, 1720:7, 1998:25
**announcing** [2] - 1718:20, 1720:4
**answer** [2] - 1693:23, 1899:7
**Answer** [1] - 1789:10
**answers** [9] - 1782:21, 1783:12, 1783:17, 1783:18, 1784:8, 1784:9, 1950:22, 1963:19, 1968:25
**anthems** [1] - 1905:14
**any..** [1] - 1896:1
**anyway** [2] - 1950:3, 1997:17
**AP** [1] - 1758:7
**apart** [5] - 1726:23, 1869:22, 1894:23, 1895:4, 1985:15
**apiece** [1] - 1928:8
**apologize** [14] - 1659:22, 1761:15, 1800:8, 1811:6, 1813:17, 1826:11, 1838:7, 1852:21, 1872:6, 1936:12, 1976:5, 1993:4, 1994:15, 1997:5
**app** [3] - 1747:2, 1747:3, 1775:15
**apparatus** [3] - 1872:7, 1872:12, 1872:21
**appeal** [4] - 1702:24, 1798:17, 1831:14, 1831:16
**Appeals** [5] - 1847:8, 1858:8, 2010:8, 2010:10, 2013:3
**appear** [3] - 1659:9, 1748:16, 1789:19
**appearing** [1] - 1789:22
**appellate** [1] - 1832:10
**applause** [3] - 1745:16, 1745:17, 1745:18
**APPLE** [1] - 1656:1
**Apple** [149] - 1662:2, 1662:16, 1663:3, 1664:24, 1669:21, 1670:3, 1671:19, 1671:20, 1671:21, 1671:24, 1672:2, 1672:8, 1672:14, 1672:15, 1672:20, 1672:25, 1673:12, 1673:19, 1674:13, 1674:20, 1675:13, 1676:15, 1676:23, 1677:10, 1678:4, 1678:14, 1678:17, 1684:24, 1685:1, 1685:11, 1685:22, 1686:19, 1686:21, 1695:6, 1700:11, 1700:13, 1700:15, 1700:20, 1701:20, 1708:10, 1708:16, 1709:2, 1709:18, 1709:22, 1710:14, 1713:9, 1713:10, 1713:11, 1714:2, 1719:4, 1719:14, 1720:7, 1725:15, 1726:18, 1728:3, 1728:5, 1728:16, 1729:5, 1729:12, 1732:8, 1735:19, 1737:14, 1737:20, 1738:22, 1738:23, 1739:16, 1744:16, 1747:5, 1747:10, 1748:14, 1749:4, 1749:25, 1753:6, 1776:21, 1777:16, 1780:1, 1783:23, 1785:4, 1787:11, 1798:8, 1802:5, 1802:17, 1803:11, 1804:8, 1804:15, 1804:25, 1812:23, 1813:5, 1836:25, 1839:10, 1842:20, 1843:9, 1843:10, 1845:3, 1855:14, 1858:2, 1858:13, 1860:9, 1860:16, 1860:24, 1862:7, 1865:5, 1868:24, 1872:8, 1874:21, 1877:2, 1877:10,

1878:22, 1895:1, 1895:17, 1900:13, 1902:13, 1928:13, 1928:14, 1928:19, 1928:25, 1929:5, 1929:9, 1929:24, 1930:1, 1930:6, 1930:11, 1942:4, 1942:8, 1942:12, 1942:16, 1943:8, 1943:11, 1944:11, 1946:11, 1946:15, 1952:15, 1953:10, 1954:10, 1954:12, 1954:13, 1954:18, 1955:5, 1955:9, 1956:15, 1970:2, 1970:7, 1981:7, 1987:23, 1988:19, 1988:25, 2008:21
**Apple's** [25] - 1662:11, 1662:18, 1669:5, 1673:3, 1675:3, 1675:24, 1698:14, 1739:5, 1752:19, 1788:24, 1789:3, 1803:12, 1803:15, 1853:9, 1862:19, 1868:22, 1901:15, 1951:11, 1951:13, 1952:23, 1981:5, 1988:1, 1988:19
**Apple-like** [1] - 1943:8
**application** [23] - 1671:2, 1729:22, 1730:23, 1730:25, 1746:12, 1746:14, 1746:15, 1747:4, 1747:7, 1747:12, 1747:15, 1766:24, 1777:20, 1782:9, 1788:19, 1789:15, 1798:20, 1821:16, 1821:23, 1853:22, 1853:25, 1854:5, 1877:4
**applications** [16] - 1728:6, 1728:9, 1728:10, 1729:20, 1746:17, 1746:21, 1747:1, 1750:9, 1752:2, 1766:16, 1766:23, 1767:2, 1926:22, 1945:21, 1985:16, 2006:16
**applied** [8] - 1660:23, 1661:18, 1678:13, 1861:9, 1946:2, 1965:4, 1982:21, 1986:4
**applies** [9] - 1830:13, 1832:2, 1832:17, 1833:16, 1834:14, 1838:3, 1843:25, 1981:6, 1981:10
**apply** [7] - 1832:3, 1832:24, 1833:5, 1927:9, 1989:7, 2010:4, 2010:12
**applying** [4] - 1831:3, 1831:24, 1833:14, 1945:15
**appointed** [1] - 1984:7
**apportion** [2] - 1864:18, 1873:2
**apportioning** [1] - 1865:3
**apportionment** [2] - 1865:22, 1872:20
**appreciate** [2] - 1968:25, 2011:13
**approach** [10] - 1659:18, 1687:15, 1707:22, 1747:22, 1936:9, 1938:21, 1981:16, 1994:9, 2011:17, 2011:20
**appropriate** [12] - 1656:16, 1666:10, 1679:14, 1782:22, 1802:3, 1802:7, 1812:17, 1837:4, 1849:12, 1862:12, 1950:1, 1995:22
**apps** [3] - 1728:11, 1729:22, 1756:20
**April** [5] - 1685:4, 1688:4, 1930:19, 1951:6, 1951:10
**Architecture** [1] - 2015:17
**architecture** [1] - 1764:22
**area** [2] - 1729:16, 1910:15
**areas** [5] - 1782:8, 1892:17, 1892:18, 1893:2
**arenas** [1] - 1905:13

**argue** [2] - 1805:15, 1818:25
**argued** [1] - 1825:25
**arguing** [7] - 1805:13, 1805:14, 1845:19, 1847:21, 1858:2, 1861:23, 1867:20
**argument** [26] - 1657:3, 1790:2, 1805:20, 1809:1, 1809:10, 1809:14, 1810:16, 1817:14, 1818:24, 1823:3, 1826:2, 1826:22, 1831:5, 1832:5, 1832:19, 1837:14, 1838:8, 1841:16, 1843:25, 1849:21, 1858:11, 1861:22, 1867:23, 1874:9, 2013:4, 2015:12
**argumentative** [1] - 1876:21
**arguments** [9] - 1804:2, 1831:21, 1832:2, 1833:13, 1836:23, 1838:4, 1840:11, 1874:4, 1874:16
**arise** [1] - 1984:20
**arising** [2] - 1818:21, 1861:6
**arm** [2] - 1680:14, 1682:20
**arrangements** [1] - 1880:24
**arrive** [1] - 1897:4
**art** [14] - 1853:16, 1854:19, 1875:22, 1876:1, 1883:11, 1897:18, 1897:23, 1899:17, 1902:17, 1981:9, 2008:24, 2009:1, 2012:6, 2012:9
**article** [3] - 1852:20, 1882:13, 1882:25
**articles** [2] - 1856:7, 1882:21
**articulated** [1] - 1867:8
**artist** [1] - 1923:17
**artists** [1] - 1731:9
**Arts** [1] - 2015:17
**artwork** [5] - 1763:9, 1763:12, 1763:23, 1765:1
**ashamed** [1] - 1701:11
**Asia** [1] - 1711:20
**Asian** [1] - 1711:22
**aside** [3] - 1699:8, 1805:2, 2013:4
**aspect** [4] - 1813:16, 1870:8, 1870:9, 1894:4
**assemble** [1] - 1929:11
**assembly** [1] - 1926:23
**asserted** [3] - 1800:1, 1878:22, 1985:23
**asserting** [1] - 1827:20
**assertions** [3] - 1986:19, 1990:9, 1990:12
**assignee** [1] - 1798:19
**assignment** [1] - 1799:4
**assistant** [2] - 1671:16, 1672:4
**associated** [5] - 1864:21, 1875:5, 1876:2, 1991:17, 1999:20
**Association** [4] - 1876:4, 1876:8, 1896:12, 1930:17
**association** [1] - 1660:12
**assume** [4] - 1660:9, 1720:3, 1899:7, 2015:8
**assumed** [2] - 1873:3
**assuming** [4] - 1775:17, 1854:18, 1868:18, 1868:19
**attached** [5] - 1806:2, 1806:5, 1851:15,

2018:1, 2018:19

**attacking** [1] - 1844:18
**attacks** [2] - 1834:5, 1834:7
**attempt** [3] - 1802:23, 1853:13, 1861:7
**attempted** [2] - 1819:13, 1819:15
**attempting** [1] - 1802:2
**attend** [2] - 1698:15, 1927:12
**attended** [2] - 1930:18, 1983:8
**attention** [5] - 1781:13, 1795:20, 1875:15, 1876:10, 1892:5
**attorneys** [1] - 1928:17
**attributable** [5] - 1864:16, 1864:19, 1864:24, 1865:23, 1869:15
**attribute** [1] - 1868:17
**attributes** [1] - 1813:4
**attribution** [1] - 1865:11
**audio** [68] - 1740:13, 1740:15, 1761:3, 1764:9, 1778:7, 1778:8, 1778:13, 1778:16, 1778:19, 1780:6, 1790:14, 1790:18, 1791:14, 1793:7, 1804:10, 1804:16, 1804:21, 1804:23, 1804:24, 1839:7, 1843:17, 1869:24, 1870:10, 1877:7, 1883:25, 1884:12, 1884:24, 1885:1, 1885:10, 1886:16, 1887:25, 1889:7, 1904:11, 1904:13, 1904:14, 1904:15, 1904:24, 1905:1, 1907:21, 1908:4, 1909:18, 1910:4, 1910:9, 1910:19, 1911:20, 1911:25, 1913:21, 1914:2, 1915:14, 1915:25, 1916:15, 1918:15, 1919:4, 1922:21, 1922:24, 1927:20, 1947:13, 1948:12, 1948:14, 1948:25, 1967:23, 1972:14, 1972:24, 1973:3, 1992:21, 1996:24
**AUDIO** [1] - 1656:1
**Audio** [54] - 1660:23, 1679:24, 1708:11, 1709:18, 1712:9, 1778:23, 1779:13, 1781:10, 1798:4, 1798:15, 1799:2, 1799:5, 1799:14, 1799:16, 1799:25, 1801:13, 1803:9, 1807:1, 1814:12, 1819:21, 1827:13, 1829:20, 1844:1, 1845:18, 1849:14, 1853:10, 1854:23, 1855:18, 1858:14, 1858:20, 1858:25, 1860:11, 1860:16, 1860:21, 1862:20, 1864:14, 1871:3, 1871:16, 1872:9, 1874:14, 1875:6, 1875:11, 1875:14, 1877:3, 1878:2, 1879:2, 1895:5, 1897:10, 1952:15, 1990:23, 1991:10, 2008:18, 2020:7
**Audio's** [6] - 1779:1, 1781:20, 1869:4, 1869:20, 1987:9, 1989:18
**August** [6] - 1934:11, 1934:12, 1934:20, 1934:21, 1934:22, 1970:18
**author** [1] - 1719:17
**authority** [2] - 2009:25, 2017:9
**authorized** [4] - 1856:4, 1856:20, 1856:24, 1857:1
**automated** [1] - 1883:19
**automatic** [1] - 1884:11
**automatically** [4] - 1720:16, 1913:13, 1913:14, 1919:22
**automation** [1] - 1884:9

**available** [18] - 1689:9, 1695:4, 1703:10, 1766:18, 1767:24, 1768:1, 1885:21, 1886:13, 1937:5, 1942:9, 1954:21, 1966:5, 1998:5, 2009:19, 2012:7, 2013:20, 2018:5, 2018:12
**avoid** [3] - 1805:21, 1837:16, 1861:20
**await** [1] - 1864:8
**awarded** [1] - 1863:4
**aware** [6] - 1662:8, 1853:15, 1900:4, 1956:7, 1960:12, 1960:15
**awful** [1] - 1782:4
**axe** [1] - 1893:7

## B

**bachelor's** [4] - 1925:20, 1926:9, 1941:7, 1941:10
**back-and-forth** [1] - 1986:25
**background** [4] - 1670:11, 1672:3, 1925:11, 1973:4
**backward** [4] - 1691:17, 1816:25, 1855:22, 1992:24
**bad** [4] - 1682:23, 1710:23, 1736:14, 1897:6
**badly** [1] - 1826:10
**bar** [15] - 1728:13, 1746:20, 1746:22, 1761:2, 1770:3, 1770:7, 1770:10, 1770:21, 1771:25, 1816:8, 1889:13, 1913:4, 1913:16, 1922:23, 1964:13
**barely** [1] - 1999:22
**barter** [2] - 1928:23, 1928:24
**Barzizza** [1] - 1929:17
**base** [1] - 2017:21
**based** [38] - 1657:11, 1681:17, 1682:10, 1682:11, 1683:19, 1683:21, 1689:5, 1694:8, 1694:24, 1695:5, 1704:13, 1733:23, 1801:25, 1808:17, 1820:9, 1825:21, 1826:14, 1826:15, 1826:19, 1832:4, 1860:15, 1865:3, 1868:14, 1868:15, 1873:4, 1894:11, 1895:10, 1902:13, 1923:16, 1975:15, 2007:3, 2013:13, 2015:1, 2017:4, 2017:6, 2017:7, 2017:16
**bases** [1] - 1808:13
**Basic** [1] - 1880:23
**basic** [3] - 1884:11, 1985:21, 1985:25
**basis** [9] - 1825:8, 1828:22, 1829:7, 1849:19, 1868:1, 1869:5, 1869:18, 1872:23, 2013:11
**batteries** [2] - 1738:2, 1896:21
**battery** [16] - 1669:6, 1682:23, 1684:2, 1692:23, 1738:1, 1738:11, 1746:23, 1746:24, 1747:3, 1749:24, 1792:23, 1896:20, 1897:5, 2004:21, 2006:11, 2006:12
**battery-operated** [1] - 1738:1
**BBS** [2] - 1932:25, 1934:8
**BBSs** [1] - 1933:21
**be's** [2] - 1824:5, 1824:15
**beamer** [5] - 1879:16, 1879:25, 1880:5,

1880:6, 1880:8
**bear** [2] - 1963:17, 1967:10
**bears** [1] - 1771:25
**beat** [1] - 1714:4
**beating** [1] - 1743:13
**BEAUMONT** [1] - 1656:3
**beautiful** [1] - 1670:19
**became** [2] - 1682:1, 1894:19
**become** [8] - 1671:13, 1685:18, 1801:7, 1806:14, 1855:4, 1967:9, 1968:24, 1970:25
**becomes** [3] - 1854:21, 1855:16, 1864:23
**beg** [1] - 1686:19
**began** [4] - 1858:21, 1859:1, 1860:6, 1896:7
**begin** [7] - 1728:15, 1758:21, 1798:10, 1803:4, 1807:8, 1807:17, 1841:4
**beginning** [13] - 1658:22, 1677:3, 1688:19, 1713:18, 1717:19, 1762:22, 1772:10, 1777:3, 1792:23, 1896:11, 1899:19, 1996:16, 1998:12
**begins** [2] - 1745:12, 1811:10
**BEHALF** [4] - 1669:14, 1727:2, 1902:19, 1981:23
**behalf** [4] - 1783:23, 1838:10, 1954:12, 1954:13
**behave** [1] - 1828:10
**behavior** [1] - 1762:19
**behind** [2] - 1794:24, 1847:11
**belief** [1] - 1783:6
**believes** [1] - 1830:17
**bell** [1] - 1884:4
**below** [7] - 1690:4, 1692:15, 1693:4, 1694:1, 1890:13, 1921:10, 1922:23
**Ben** [2] - 1981:12, 1981:14
**benefits** [1] - 1691:2
**beside** [1] - 1782:15
**Best** [1] - 1695:13
**best** [15] - 1669:9, 1681:3, 1684:11, 1685:13, 1693:15, 1726:19, 1783:3, 1783:5, 1874:9, 1927:7, 1931:15, 1951:20, 1960:20, 2015:22, 2016:9
**best-in-class** [1] - 1669:9
**better** [19] - 1668:24, 1675:12, 1682:11, 1686:2, 1689:9, 1689:15, 1689:23, 1696:19, 1701:15, 1752:24, 1762:24, 1805:17, 1865:4, 1892:17, 1946:5, 1946:9, 1964:23, 1965:13, 2010:9
**between** [23] - 1673:23, 1683:5, 1702:14, 1745:5, 1745:16, 1787:24, 1789:7, 1807:21, 1816:16, 1820:1, 1829:22, 1838:13, 1851:17, 1908:10, 1909:8, 1916:11, 1919:7, 1919:13, 1919:14, 1939:24, 1941:22, 1987:1, 2008:12
**beyond** [5] - 1809:15, 1868:20, 1881:12, 1945:11, 2012:20
**big** [19] - 1683:8, 1686:8, 1692:25, 1703:11, 1720:7, 1733:1, 1733:16,

1738:3, 1743:6, 1745:19, 1748:2,
1751:19, 1752:5, 1755:3, 1763:17,
1770:1, 1929:18, 1958:23, 1966:18
  **bigger** [2] - 1686:21, 1703:19
  **biggest** [3] - 1668:20, 2013:22,
2014:16
  **Bill** [1] - 1896:19
  **binder** [24] - 1659:6, 1659:19, 1687:13,
1687:19, 1702:3, 1708:14, 1708:17,
1781:14, 1855:6, 1932:21, 1936:5,
1936:7, 1936:16, 1938:8, 1940:10,
1941:19, 1942:20, 1944:2, 1950:10,
1951:23, 1953:19, 1953:21, 1956:11
  **bit** [38] - 1665:3, 1675:5, 1676:24,
1683:7, 1686:17, 1694:7, 1702:23,
1728:8, 1730:4, 1732:6, 1732:22,
1752:24, 1763:3, 1805:4, 1809:11,
1809:15, 1811:16, 1820:12, 1823:15,
1846:19, 1863:20, 1866:24, 1872:6,
1874:17, 1874:18, 1913:6, 1928:9,
1929:5, 1931:25, 1935:14, 1959:21,
1964:10, 1982:22, 1985:18, 1997:4,
1997:5, 2004:19
  **bits** [6] - 1733:7, 1733:10, 1762:4,
1771:11, 1813:21, 1919:4
  **black** [3] - 1700:5, 1748:4, 1904:2
  **Blake** [2] - 1939:19, 1939:23
  **blank** [1] - 1819:22
  **Blaster** [15] - 1875:22, 1876:1,
1877:12, 1877:13, 1877:19, 1886:6,
1886:9, 1893:15, 1893:18, 1894:2,
1894:6, 1894:8, 1894:11, 1898:23,
1899:9
  **blending** [1] - 1744:19
  **blinking** [4] - 1915:14, 1915:20,
1915:23, 1919:3
  **blob** [1] - 1892:12
  **block** [2] - 1762:21, 1949:1
  **blocks** [1] - 1699:7
  **blog** [1] - 1933:20
  **blow** [1] - 1796:8
  **blown** [2] - 1782:12, 1795:24
  **blue** [1] - 1795:5
  **blueprint** [2] - 1688:7, 1690:21
  **Board** [4] - 1984:9, 2010:8, 2010:10,
2013:3
  **board** [8] - 1748:2, 1932:13, 1932:25,
1933:4, 1934:9, 1935:11, 1935:22,
1966:21
  **boards** [1] - 1984:4
  **bodies** [1] - 2010:3
  **body** [1] - 2018:9
  **Boettcher** [36] - 1726:8, 1726:17,
1726:18, 1727:4, 1727:8, 1729:3,
1735:18, 1736:17, 1737:20, 1747:20,
1752:23, 1753:24, 1758:14, 1758:25,
1759:12, 1760:1, 1761:14, 1763:12,
1767:6, 1776:10, 1778:21, 1779:19,
1790:8, 1792:20, 1796:20, 1797:3,
1804:12, 1813:18, 1814:23, 1815:8,
1815:9, 1815:13, 1901:16, 1988:3,

2004:18, 2005:5
  **BOETTCHER** [3] - 1727:1, 1779:17,
1797:1
  **Boettcher's** [1] - 2002:11
  **book** [10] - 1658:14, 1661:13, 1708:1,
1718:24, 1778:7, 1778:8, 1778:13,
1778:16, 1778:19, 1811:5
  **booklet** [1] - 1795:2
  **books** [2] - 1726:10, 1980:15
  **Boolean** [1] - 2018:10
  **boot** [1] - 1792:25
  **booting** [2] - 1749:25, 1750:3, 1907:8
  **Bordy** [1] - 1896:19
  **born** [1] - 1927:19
  **borrow** [1] - 1686:19
  **boss** [3] - 1664:24, 1719:25
  **Boston** [2] - 1884:19, 1926:15
  **bother** [1] - 1762:12
  **bothered** [1] - 1710:18
  **bottom** [19] - 1702:7, 1703:3, 1706:12,
1729:8, 1742:14, 1748:4, 1811:7,
1812:6, 1812:7, 1835:9, 1835:19,
1837:11, 1886:23, 1904:2, 1919:24,
1940:22, 1945:25, 1948:23, 1997:10
  **bought** [6] - 1671:21, 1680:24,
1740:25, 1747:10, 1929:18, 1953:13
  **bound** [1] - 1932:17
  **box** [20] - 1696:15, 1748:20, 1749:12,
1749:14, 1750:14, 1750:22, 1751:1,
1787:1, 1787:8, 1793:24, 1794:17,
1794:18, 1794:20, 1794:22, 1805:6,
1805:19, 1887:19, 1941:11, 1988:7,
1989:4
  **boxed** [1] - 1711:15
  **boxes** [4] - 1904:2, 1941:7, 1995:17
  **boy** [1] - 1727:14
  **boys** [1] - 1727:12
  **bracket** [1] - 1772:13
  **branch** [2] - 1923:5, 1949:5
  **brand** [2] - 1793:23, 1945:12
  **brand-new** [1] - 1793:23
  **break** [15] - 1656:16, 1706:21, 1753:13,
1797:22, 1819:1, 1870:16, 1870:18,
1870:22, 1884:23, 1935:13, 1943:13,
1944:5, 1980:22, 2008:6, 2011:3
  **breaking** [2] - 1924:12, 1924:14
  **bridges** [2] - 1841:13, 1864:11
  **Brief** [3] - 1691:10, 1691:14, 1691:20
  **brief** [10] - 1666:14, 1668:5, 1726:13,
1798:17, 1874:24, 1876:14, 1901:9,
1980:24, 2016:20, 2018:16
  **briefed** [1] - 2017:1
  **briefing** [1] - 1874:1
  **briefly** [5] - 1756:11, 1769:10, 1769:23,
1796:23, 2006:25
  **bright** [1] - 1866:20
  **bright-line** [1] - 1866:20
  **bring** [18] - 1678:20, 1695:9, 1726:9,
1745:14, 1757:25, 1800:12, 1819:10,
1828:22, 1832:9, 1856:12, 1863:6,

1873:14, 1875:6, 1876:5, 1901:3,
1915:1, 2007:1, 2010:1
  **bringing** [2] - 1823:3, 1871:24
  **brings** [3] - 1745:3, 1745:4, 1769:25
  **broad** [1] - 1831:13
  **broadcast** [3] - 1907:19, 1912:5,
1959:8
  **Broadcast** [1] - 1927:12
  **Broadcasters** [4] - 1876:4, 1876:8,
1896:13, 1930:17
  **broadcasters** [5] - 1907:17, 1927:20,
1947:11, 1959:13, 1959:18
  **broadcasting** [4] - 1927:8, 1927:10,
1927:14, 1958:9
  **broader** [1] - 1812:25
  **broke** [2] - 1802:20, 1869:22
  **broken** [2] - 1745:17, 1745:22
  **brother** [2] - 1671:21, 1677:12
  **brought** [8] - 1730:16, 1757:8,
1832:12, 1863:19, 1869:17, 1873:21,
1888:1, 2008:23
  **BS** [2] - 1728:1, 1941:7
  **budget** [1] - 1994:14
  **build** [9] - 1673:15, 1674:19, 1680:17,
1686:16, 1690:23, 1696:9, 1730:8,
1756:17, 1924:16
  **building** [4] - 1689:7, 1754:9, 1754:10,
1951:14
  **buildings** [2] - 1951:15, 1951:16
  **built** [10] - 1675:4, 1690:12, 1696:3,
1718:5, 1729:22, 1760:15, 1904:5,
1929:14, 2003:7, 2005:14
  **bulk** [1] - 1743:7
  **bulletin** [6] - 1932:13, 1932:25, 1933:4,
1935:11, 1935:22, 1966:21
  **bunch** [19] - 1692:1, 1737:5, 1750:9,
1753:10, 1755:11, 1756:13, 1767:13,
1775:13, 1811:11, 1874:15, 1879:4,
1892:10, 1904:20, 1915:22, 1942:8,
1954:18, 1955:5, 1985:4
  **bundled** [1] - 1990:19
  **burden** [9] - 1799:17, 1834:2, 1856:2,
1856:5, 1856:8, 1856:9, 1856:25,
1866:3
  **buried** [1] - 2017:15
  **burn** [3] - 1715:25, 2004:18, 2006:11
  **bus** [1] - 1659:1
  **business** [20] - 1668:16, 1675:3,
1700:14, 1735:2, 1736:19, 1816:13,
1901:23, 2012:13, 2012:16, 2012:17,
2013:7, 2013:25, 2014:14, 2015:2,
2016:15, 2017:7, 2017:12, 2017:14,
2017:17, 2017:18
  **busy** [1] - 1699:16
  **but..** [2] - 1884:9, 1975:1
  **button** [39] - 1723:12, 1734:15, 1774:5,
1774:9, 1774:16, 1777:23, 1778:14,
1778:18, 1787:12, 1793:3, 1814:18,
1814:19, 1881:22, 1882:9, 1882:19,
1882:20, 1886:23, 1887:11, 1887:12,

1887:15, 1889:22, 1911:22, 1912:25,
1920:17, 1920:20, 1924:11, 1960:5,
1960:6, 1960:8, 1960:9, 1960:21,
1960:22, 1962:6, 1962:7, 1962:10,
1963:4, 1964:4, 1964:6
  **Button** [1] - 1887:8
  **buttons** [14] - 1665:5, 1703:14, 1729:8,
1729:18, 1751:24, 1751:25, 1752:1,
1825:3, 1825:12, 1881:1, 1912:18,
1960:12, 1960:15, 1961:21
  **Buttons** [1] - 1886:21
  **buy** [12] - 1670:5, 1686:3, 1691:1,
1692:12, 1706:16, 1706:19, 1713:25,
1865:25, 1928:14, 1928:17, 1929:9,
1929:24
  **buyer** [1] - 1943:10
  **buying** [3] - 1693:25, 1694:12, 1711:6
  **BY** [60] - 1658:7, 1660:1, 1664:13,
1665:12, 1666:16, 1667:20, 1669:15,
1687:11, 1687:17, 1688:11, 1689:20,
1691:6, 1691:24, 1702:1, 1705:9,
1705:14, 1705:22, 1706:6, 1706:11,
1707:7, 1708:5, 1725:12, 1727:3,
1729:2, 1731:1, 1735:17, 1736:16,
1747:24, 1752:22, 1753:23, 1759:11,
1779:18, 1782:18, 1790:6, 1792:18,
1794:16, 1796:19, 1797:2, 1902:20,
1906:10, 1906:17, 1907:13, 1909:16,
1911:11, 1925:9, 1936:14, 1938:23,
1939:5, 1944:1, 1947:1, 1950:14,
1952:13, 1952:22, 1961:18, 1967:16,
1981:24, 1992:2, 1992:12, 1993:17,
1995:3
  **bytes** [2] - 1910:7, 1910:17

---

# C

  **C++** [2] - 1757:23, 1786:7
  **cable** [21] - 1658:25, 1659:1, 1659:3,
1697:18, 1749:6, 1749:14, 1751:13,
1787:21, 1794:20, 1795:19, 1803:24,
1805:6, 1806:2, 1824:13, 1849:24,
1850:9, 1851:13, 1908:10, 1933:8,
1933:9
  **cables** [2] - 1684:4, 1697:9
  **cache** [2] - 1743:4, 1743:5
  **caching** [5] - 1742:24, 1744:8, 1744:10,
1764:21
  **cake** [1] - 1818:25
  **calculation** [2] - 1863:17, 1871:17
  **calculations** [1] - 1864:2
  **calendar** [3] - 1724:3, 1750:16,
1750:17
  **calendars** [2] - 1663:17, 1750:10
  **California** [8] - 1670:12, 1670:14,
1670:15, 1673:3, 1698:15, 1951:4,
1983:11, 1988:2
  **call's** [3] - 1987:5, 1999:5, 1999:9
  **CALLED** [4] - 1669:14, 1727:2,
1902:19, 1981:23

  **callout** [1] - 1999:8
  **Cambridge** [1] - 1925:18
  **camera** [1] - 1704:20
  **canine** [2] - 1809:21, 1809:24
  **cannot** [4] - 1804:18, 1804:25, 1823:1,
2007:18
  **capabilities** [4] - 1663:3, 1663:9,
1750:5, 2001:14
  **capability** [11] - 1663:12, 1663:20,
1706:2, 1717:20, 1720:24, 1720:25,
1721:2, 1803:13, 1806:12, 1869:25,
1924:16
  **capable** [1] - 2002:20
  **capacity** [1] - 1676:17
  **capture** [1] - 1704:21
  **car** [20] - 1682:4, 1877:8, 1879:18,
1879:24, 1880:3, 1880:4, 1880:6,
1880:8, 1880:9, 1880:10, 1880:11,
1880:12, 1881:18, 1881:21, 1896:25,
1897:2, 1897:3, 1897:4, 1897:6,
2006:16
  **card** [21] - 1808:4, 1808:18, 1808:25,
1809:2, 1809:3, 1809:17, 1810:16,
1810:22, 1811:11, 1811:14, 1811:15,
1811:19, 1839:6, 1839:11, 1841:11,
1841:19, 1841:20, 1886:9, 1921:21,
1921:23
  **cards** [1] - 1695:8
  **care** [6] - 1657:16, 1692:9, 1692:23,
1692:25, 1693:2, 1764:11
  **cared** [1] - 1692:19
  **career** [1] - 1671:9
  **careful** [3] - 1657:9, 1994:16, 2005:13
  **carefully** [3] - 1753:7, 1815:1, 1861:8
  **carried** [1] - 1799:17
  **carry** [7] - 1670:8, 1681:21, 1695:1,
1703:24, 1703:25, 1706:17, 1834:2
  **cars** [1] - 1942:14
  **cart** [7] - 1961:1, 1961:7, 1961:8,
1961:12, 1961:19, 1961:22, 1962:1
  **CART** [2] - 1961:12, 1961:13
  **case** [99] - 1657:11, 1661:9, 1662:15,
1662:25, 1664:21, 1680:9, 1691:18,
1708:16, 1709:14, 1710:3, 1710:7,
1710:13, 1710:14, 1716:13, 1718:12,
1721:18, 1734:25, 1736:17, 1753:8,
1754:1, 1755:1, 1759:6, 1780:20,
1781:10, 1783:14, 1788:24, 1789:23,
1790:11, 1795:18, 1796:5, 1797:24,
1801:14, 1801:22, 1802:6, 1802:25,
1804:19, 1805:1, 1805:13, 1807:23,
1846:7, 1846:21, 1847:17, 1857:13,
1857:14, 1857:17, 1858:7, 1860:12,
1861:7, 1861:11, 1862:15, 1863:16,
1864:25, 1865:13, 1867:12, 1869:17,
1872:7, 1872:18, 1874:17, 1874:22,
1877:2, 1877:14, 1878:24, 1883:11,
1892:12, 1899:13, 1901:15, 1901:25,
1902:5, 1929:9, 1930:2, 1930:11,
1936:1, 1940:3, 1940:6, 1941:25,
1942:2, 1946:11, 1948:3, 1950:18,

  **cases** [11] - 1735:25, 1801:1, 1810:2,
1847:2, 1847:5, 1856:6, 1859:20,
1862:13, 1864:17, 1891:24, 2015:10
  **cataloged** [2] - 2012:10, 2018:3
  **cataloging** [1] - 2013:17
  **catching** [1] - 1863:23
  **caught** [1] - 1977:20
  **caused** [1] - 1990:21
  **causes** [1] - 1764:7
  **caution** [1] - 1839:24
  **CD** [19] - 1681:6, 1682:4, 1715:8,
1715:10, 1715:12, 1715:13, 1715:14,
1715:18, 1715:20, 1715:21, 1715:23,
1715:25, 1745:10, 1763:13, 1882:9,
1912:19, 1960:4, 1961:2, 1961:7
  **CDs** [6] - 1699:3, 1699:18, 1715:15,
1716:2, 1912:14, 1912:16
  **cellophane** [1] - 1748:5
  **center** [2] - 1777:23, 1793:3
  **Center** [1] - 1884:20
  **cents** [3] - 1865:14, 1866:14, 1867:13
  **CEO** [1] - 1720:2
  **certain** [14] - 1705:17, 1715:15,
1764:13, 1769:3, 1769:4, 1771:8,
1780:23, 1784:5, 1803:13, 1817:15,
1861:10, 1872:17, 1971:3, 2009:11
  **certainly** [13] - 1714:12, 1813:1,
1848:25, 1850:22, 1883:20, 1888:23,
1890:2, 1893:3, 1894:19, 1897:23,
1897:24, 2002:4, 2002:5
  **CERTIFICATION** [1] - 2020:16
  **certified** [1] - 2016:15
  **CERTIFY** [1] - 2020:17
  **cetera** [3] - 1811:24, 1822:20, 2004:10
  **chain** [1] - 1711:12
  **chair** [3] - 1900:24, 1901:3, 1906:11
  **challenge** [7] - 1686:8, 1686:25,
1849:6, 1857:24, 1867:25, 1868:7,
1869:4
  **challenges** [4] - 1668:21, 1686:9,
1689:14, 1694:8
  **challenging** [2] - 1686:5, 1864:4
  **chance** [1] - 2008:14
  **Chances** [3] - 1921:8, 1921:14, 1922:4
  **change** [20] - 1657:8, 1657:15, 1682:2,
1682:5, 1682:13, 1687:3, 1692:21,
1703:11, 1704:2, 1740:17, 1740:21,
1741:23, 1741:25, 1747:4, 1765:5,
1783:11, 1849:19, 1909:25, 1938:5,
1980:14
  **changed** [20] - 1701:20, 1703:4,
1703:6, 1704:18, 1730:1, 1730:3,
1730:4, 1730:15, 1740:1, 1741:3,
1742:2, 1762:7, 1765:12, 1784:23,
1927:1, 1928:7, 1935:6, 1966:10,

1966:16, 2003:8
**changes** [9] - 1703:5, 1730:13, 1730:18, 1741:21, 1755:23, 1784:15, 1785:3, 1966:18, 1966:20
**changing** [6] - 1785:25, 1801:2, 1895:14, 1931:22, 1932:8, 1969:15
**Channel** [1] - 1905:9
**chaos** [1] - 1727:16
**chapter** [7] - 1933:1, 1934:18, 1934:25, 1935:5, 1935:9, 1935:17, 1937:9
**chapters** [7] - 1934:10, 1935:7, 1935:18, 1935:20, 1936:24, 1966:25, 1967:1
**character** [2] - 1757:15, 1997:22
**characteristic** [1] - 1823:25
**characteristics** [1] - 1811:12
**characterize** [1] - 1741:21
**characters** [1] - 1765:24
**charge** [10] - 1666:9, 1683:2, 1697:15, 1697:19, 1698:24, 1820:2, 1820:3, 1848:4, 1848:21, 1930:8
**charged** [5] - 1709:18, 1709:22, 1930:6, 1930:7, 1930:11
**charger's** [1] - 1897:4
**Charles** [2] - 1680:4, 1779:7
**Charlie** [1] - 1897:20
**chart** [9] - 1832:25, 1833:8, 1833:9, 1833:14, 1833:16, 1869:9, 1869:10, 1932:24, 1995:14
**chart's** [1] - 1998:19
**chat** [2] - 1933:18, 1933:19
**cheap** [4] - 1671:15, 1696:19, 1704:14, 1866:11
**cheaper** [1] - 1928:8
**check** [4] - 1797:10, 1863:6, 1941:7, 1941:11
**checked** [2] - 1941:10, 1966:21
**checks** [3] - 1862:23, 1953:1, 1953:4
**cheesecake** [1] - 1874:19
**Chen** [1] - 2019:24
**chief** [1] - 1929:17
**child** [1] - 1949:11
**childhood** [1] - 1927:4
**children** [3] - 1671:12, 1926:12, 1981:14
**China** [5] - 1674:18, 1675:7, 1675:8, 1675:9
**chip** [6] - 1808:3, 1808:25, 1809:1, 1809:3, 1841:19
**chips** [5] - 1740:24, 1741:6, 1764:13, 1891:25, 1892:2
**choice** [1] - 1724:24
**choices** [1] - 1684:12
**choose** [6] - 1750:7, 1787:24, 1806:18, 1887:15, 1921:8, 1921:9
**chose** [2] - 1962:14, 1962:19
**chosen** [1] - 1975:20
**Chris** [7] - 1788:13, 1788:15, 1789:2, 1789:14, 1901:4, 1988:12, 2019:8
**Chris'** [1] - 1870:23

**Christmas** [2] - 1711:6, 1730:6
**chunks** [2] - 1732:16, 1770:1
**circle** [5] - 1911:15, 1944:20, 1944:21, 1944:24, 1945:6
**Circuit** [1] - 1656:13
**circumstances** [2] - 1980:5, 2009:11
**Cirrus** [1] - 1878:22
**citations** [2] - 1852:13, 2020:9
**cite** [5] - 1799:10, 1851:2, 1860:19, 2010:19, 2017:25
**cited** [4] - 1831:23, 2010:2, 2012:23, 2018:1
**cites** [4] - 1852:1, 1853:1, 1858:1, 1997:11
**Cities** [1] - 1727:21
**citing** [1] - 2012:2
**claim** [63] - 1656:17, 1802:23, 1807:12, 1807:17, 1818:11, 1827:25, 1828:5, 1828:8, 1828:16, 1829:23, 1832:22, 1833:7, 1833:25, 1834:5, 1834:7, 1834:15, 1838:4, 1838:6, 1838:14, 1838:19, 1839:3, 1845:25, 1846:24, 1877:24, 1898:11, 1898:14, 1898:17, 1898:20, 1900:5, 1955:15, 1988:21, 1989:6, 1989:8, 1991:4, 1991:6, 1991:14, 1991:17, 1992:7, 1992:8, 1992:13, 1992:17, 1992:23, 1993:1, 1993:3, 1993:8, 1993:19, 1993:22, 1993:25, 1994:18, 1995:8, 1995:12, 1998:3, 1998:6, 2007:10, 2007:17, 2007:18, 2007:19, 2007:21, 2007:25, 2008:2
**claimed** [1] - 1877:21
**claiming** [3] - 1709:7, 1710:23, 1873:23
**claims** [39] - 1804:9, 1804:23, 1806:21, 1824:20, 1827:14, 1827:25, 1832:18, 1832:19, 1832:24, 1832:25, 1833:4, 1833:12, 1833:14, 1833:16, 1833:17, 1833:21, 1834:2, 1845:12, 1845:13, 1845:16, 1848:19, 1872:7, 1872:13, 1872:21, 1898:3, 1898:8, 1898:21, 1899:16, 1899:23, 1900:6, 1955:21, 1955:23, 1985:23, 1988:24, 1990:25, 1991:1, 1994:20, 2007:14
**clarification** [1] - 1800:22
**clarified** [2] - 1869:11, 1870:3
**clarifying** [1] - 1850:15
**CLARK** [1] - 1656:3
**Clark** [3] - 1989:8, 1993:19, 2001:10
**class** [1] - 1669:9
**classic** [25] - 1702:8, 1702:16, 1703:2, 1729:7, 1742:15, 1742:16, 1747:19, 1748:1, 1755:4, 1790:13, 1793:23, 1795:9, 1795:14, 1795:17, 1795:25, 1796:2, 1796:7, 1807:10, 1828:3, 1828:4, 1828:7, 1829:13, 1832:1, 1859:4
**classical** [1] - 1745:20
**classics** [2] - 1731:18, 1743:16
**classroom** [1] - 1672:24
**clean** [2] - 1659:14, 1760:11

**cleaning** [1] - 1771:25
**clear** [19] - 1735:15, 1736:15, 1808:6, 1815:3, 1815:4, 1815:16, 1816:1, 1816:15, 1818:21, 1825:11, 1831:20, 1864:17, 1883:18, 1908:6, 1917:2, 1973:14, 1992:18, 2015:21, 2016:5
**clearing** [2] - 1762:12, 1762:25
**clearly** [4] - 1862:1, 2009:10, 2015:15, 2015:24
**click** [2] - 1751:25, 1777:23
**clicked** [3] - 1756:22, 1768:8, 1768:10
**Clickwheel** [1] - 1774:17
**client** [2] - 1885:16, 1903:23
**clients** [2] - 1938:15, 1946:8
**Cline** [7] - 1745:6, 1776:14, 1777:4, 1778:4, 1778:8, 1778:12, 1999:4
**clock** [1] - 1698:2
**clocks** [1] - 1969:15
**close** [6] - 1690:16, 1820:7, 1891:3, 1891:5, 1914:25, 1916:8
**closed** [1] - 1772:13
**closely** [1] - 1740:11
**closer** [2] - 1893:12, 1895:2
**closing** [3] - 1767:8, 1767:9, 1847:20
**clunky** [2] - 1683:8, 1694:25
**CNN** [1] - 1905:9
**CNNs** [1] - 1946:8
**co** [4] - 1903:7, 1931:7, 1958:8
**co-designer** [1] - 1958:8
**co-inventor** [2] - 1903:7, 1958:8
**co-inventors** [1] - 1931:7
**Coast** [2] - 1671:4, 1671:5
**code** [98] - 1678:25, 1679:3, 1679:4, 1679:5, 1735:23, 1735:24, 1736:5, 1738:25, 1739:1, 1739:23, 1741:6, 1752:12, 1752:20, 1752:24, 1752:25, 1753:6, 1754:18, 1754:25, 1755:7, 1756:6, 1756:7, 1756:15, 1759:1, 1759:3, 1759:24, 1761:22, 1761:23, 1762:21, 1768:4, 1769:10, 1772:19, 1772:22, 1773:4, 1773:6, 1773:15, 1776:6, 1776:8, 1776:11, 1776:18, 1780:12, 1780:14, 1780:16, 1780:17, 1780:18, 1780:19, 1781:6, 1781:11, 1781:23, 1783:13, 1783:19, 1784:4, 1784:17, 1784:23, 1785:12, 1785:20, 1786:16, 1786:25, 1787:9, 1787:15, 1787:19, 1788:11, 1815:18, 1823:25, 1824:18, 1877:23, 1902:1, 1905:21, 1905:23, 1922:11, 1948:16, 1956:1, 1956:7, 1956:15, 1956:16, 1956:21, 1956:24, 1957:5, 1957:8, 1957:23, 1962:6, 1962:9, 1963:3, 1963:8, 1963:11, 1988:5, 1988:10, 1988:20, 1988:25, 1989:1, 1989:5, 1997:14, 2001:2, 2001:3, 2001:22, 2001:25, 2002:4, 2006:5
**codec** [5] - 1808:3, 1809:8, 1809:16, 1839:10
**codecs** [1] - 1891:20

**codes** [3] - 1948:19, 1948:23, 1964:14

**coffee** [1] - 1927:15

**coincidence** [2] - 1677:6, 1677:13

**coincidental** [1] - 1720:12

**colleagues** [6] - 1661:8, 1661:21, 1709:14, 1716:8, 1941:17, 1985:2

**Collection** [1] - 1888:13

**collection** [1] - 1777:1

**collections** [2] - 1740:8, 1744:12

**college** [9] - 1671:11, 1671:14, 1671:15, 1672:4, 1672:5, 1727:18, 1758:11, 1780:4, 1983:4

**colon** [1] - 1760:4

**color** [5] - 1703:16, 1703:17, 1703:19, 1704:18, 1730:17

**colors** [3] - 1702:24, 1704:5, 1704:18

**Column** [8] - 1658:21, 1665:16, 1666:18, 1995:18, 1995:19, 1997:11, 1998:18

**combination** [4] - 1670:7, 1676:22, 1695:2, 1961:3

**combine** [1] - 1685:13

**combined** [1] - 1669:8

**coming** [8] - 1676:3, 1744:23, 1855:10, 1878:7, 1913:19, 1913:21, 1919:2, 1953:1

**command** [7] - 1760:22, 1764:17, 1766:7, 1812:5, 1910:6, 1992:25, 1995:9

**commands** [8] - 1775:4, 1825:2, 1834:11, 1834:24, 1838:2, 1838:20, 1842:4, 1993:11

**commensurate** [1] - 1929:7

**comment** [8] - 1772:9, 1772:18, 1922:25, 1923:3, 1949:1, 1949:3, 1996:8, 2017:20

**comments** [1] - 1772:20

**commercial** [2] - 1716:17, 1877:6, 1983:20

**commercials** [1] - 1904:20

**committees** [1] - 1984:5

**commonly** [1] - 1667:22, 2018:11

**communicate** [3] - 1690:25, 1908:11, 1985:5

**communicated** [1] - 1943:3

**communicates** [1] - 1984:1

**communicating** [1] - 1943:4

**communication** [13] - 1666:6, 1720:10, 1803:23, 1803:25, 1849:25, 1850:11, 1850:17, 1850:20, 1850:21, 1851:10, 1851:22, 1983:25, 1984:19

**communications** [5] - 1660:13, 1691:11, 1720:13, 1720:14, 1818:13, 1823:10, 1845:19, 1848:8, 1849:5, 1849:15, 1894:3

**community** [1] - 1984:13

**commute** [1] - 1897:6

**compact** [1] - 2003:4

**compadres** [1] - 1735:11

**companies** [3] - 1668:18, 1668:21,

1943:8

**company** [17] - 1660:6, 1672:1, 1676:15, 1679:24, 1686:22, 1720:4, 1740:25, 1741:5, 1747:10, 1860:25, 1884:4, 1903:8, 1903:12, 1926:21, 1983:18, 1983:19

**Company** [2] - 1903:15, 1903:17

**comparable** [1] - 1862:7

**comparables** [1] - 1862:5

**compare** [3] - 1821:9, 1866:11, 2012:22

**compared** [1] - 1701:13

**comparing** [1] - 1899:23

**comparison** [1] - 1807:21

**compartments** [1] - 1749:5

**competition** [2] - 1679:20, 1716:21

**competitive** [2] - 1695:20, 1714:6

**competitors** [3] - 1714:4, 1714:9, 1944:9

**compilation** [3] - 2012:14, 2012:18, 2014:2

**compile** [3] - 1886:17, 1886:18, 1887:12

**compiled** [2] - 1786:17, 1786:18

**complete** [11] - 1704:10, 1741:22, 1741:24, 1795:8, 1795:13, 1915:24, 1926:1, 1926:5, 1926:7, 1976:5, 2020:4

**completed** [1] - 1925:23

**completely** [9] - 1770:13, 1790:22, 1837:15, 1904:25, 1913:13, 1919:16, 1943:2, 1947:16

**complex** [4] - 1837:9, 2001:23, 2002:1, 2002:4

**complexity** [1] - 1813:17

**complicated** [7] - 1692:8, 1723:23, 1726:21, 1848:23, 1872:6, 1874:18, 2002:24

**Complying** [1] - 1748:11, 1756:10

**component** [8] - 1656:17, 1711:22, 1738:10, 1739:20, 1860:22, 1904:14, 1928:20, 1947:16

**components** [2] - 1680:16, 1904:5

**comprehensive** [1] - 1852:1

**compressed** [2] - 1699:18, 2004:4

**compression** [1] - 1891:3

**comprise** [1] - 1903:2

**comprised** [2] - 1904:5, 1935:16

**comprising** [1] - 1935:18

**compromised** [1] - 1697:8

**compromises** [1] - 1683:3

**CompuServe** [2] - 1933:23, 1934:8

**computer** [107] - 1671:21, 1671:23, 1676:7, 1676:18, 1681:25, 1684:5, 1688:20, 1697:6, 1697:17, 1715:21, 1717:23, 1718:13, 1718:18, 1722:10, 1722:12, 1727:23, 1728:1, 1728:10, 1746:17, 1750:12, 1750:18, 1751:15, 1751:17, 1751:18, 1751:23, 1752:4, 1752:11, 1752:14, 1752:19, 1753:4, 1753:7, 1753:10, 1753:25, 1754:2,

1754:14, 1754:16, 1757:22, 1757:25, 1758:2, 1758:7, 1762:15, 1766:6, 1766:14, 1766:19, 1767:7, 1767:12, 1767:16, 1767:18, 1767:24, 1768:2, 1768:3, 1768:7, 1768:14, 1768:21, 1770:18, 1772:17, 1785:23, 1786:4, 1786:9, 1787:20, 1787:25, 1789:9, 1789:15, 1791:18, 1791:19, 1791:22, 1796:2, 1805:23, 1811:17, 1811:24, 1812:14, 1823:10, 1824:14, 1835:11, 1835:16, 1836:4, 1836:7, 1836:9, 1836:13, 1836:17, 1841:12, 1842:9, 1842:12, 1844:16, 1844:19, 1851:14, 1884:11, 1891:22, 1907:1, 1921:19, 1933:11, 1933:12, 1975:3, 1982:4, 1982:19, 1982:20, 1984:17, 1988:6, 1988:7, 1990:5, 1990:7, 1995:7, 1995:13

**Computer** [1] - 1928:13

**computer's** [1] - 1764:14

**computers** [8] - 1666:6, 1682:15, 1692:6, 1824:4, 1909:2, 1933:6, 1969:3, 1980:21

**computing** [4] - 1671:16, 1672:4, 1884:2, 2004:16

**conceivably** [1] - 1879:21

**concern** [8] - 1678:23, 1806:6, 1807:4, 1990:21, 2009:14, 2010:12, 2015:7, 2015:12

**concerned** [3] - 1712:15, 1801:25, 1809:9

**concerning** [1] - 1900:5

**concerns** [2] - 1693:21, 2015:9

**concerts** [1] - 1745:16

**concluded** [1] - 1900:10

**concludes** [1] - 1873:8

**conclusions** [1] - 1989:12

**conclusory** [3] - 1808:5, 1860:18, 1861:2

**concretely** [1] - 1880:20

**condition** [1] - 1929:22

**conducted** [3] - 1705:11, 2012:16, 2016:15

**conference** [2] - 1698:17, 1927:13

**confidential** [1] - 1759:1

**configuration** [1] - 1764:14

**configured** [1] - 1919:22

**confined** [2] - 1805:15

**confirmed** [1] - 1805:14

**confluence** [1] - 1676:3

**confused** [5] - 1784:25, 1820:15, 1840:16, 1962:15, 1963:17

**confusing** [1] - 1875:23

**confusion** [3] - 1807:4, 1817:4, 1861:5

**connect** [15] - 1697:5, 1718:2, 1750:12, 1751:14, 1751:22, 1764:14, 1787:20, 1796:1, 1822:23, 1886:2, 1933:10, 1933:16, 1934:7, 1935:21, 1990:4

**connected** [18] - 1684:1, 1697:16, 1751:16, 1751:18, 1789:8, 1822:24,

1824:4, 1824:13, 1824:14, 1824:15,
1879:16, 1908:8, 1908:10, 1909:13,
1910:22, 1933:8, 1979:11, 1990:1
**Connecticut** [1] - 1671:6
**connecting** [5] - 1676:9, 1818:13,
1823:9, 1933:5, 1933:6
**connection** [10] - 1819:3, 1819:18,
1819:19, 1857:9, 1890:9, 1899:9,
1900:1, 1916:11, 1919:7, 1919:13
**consecutive** [2] - 1834:24, 1838:2
**consent** [1] - 1802:24
**consider** [5] - 1667:21, 1720:24,
1724:21, 1820:22, 1829:4, 1848:4,
1848:25, 1857:19, 1857:21, 1859:18
**consideration** [1] - 1802:23
**considered** [6] - 1723:15, 1819:24,
1836:8, 1861:8, 1862:11, 1874:14
**considering** [1] - 1857:18
**consistent** [2] - 1834:8, 1929:2
**consisting** [1] - 1826:6
**consists** [1] - 1806:17
**constantly** [2] - 1682:2, 1932:22
**constructed** [1] - 1889:18
**construction** [28] - 1807:17, 1811:10,
1811:15, 1811:25, 1812:13, 1818:12,
1822:18, 1823:8, 1828:16, 1829:23,
1838:14, 1838:19, 1839:5, 1842:3,
1842:10, 1844:7, 1844:14, 1850:14,
1850:16, 1877:24, 1898:20, 1900:5,
1988:22, 1989:7, 1993:1, 1995:9,
1998:3, 1998:7
**constructions** [3] - 1989:8, 1991:4,
1993:19
**construe** [2] - 1898:13, 1898:15
**construed** [3] - 1810:24, 1841:11,
1992:19
**consultant** [4] - 1675:19, 1675:23,
1677:2, 1677:9
**consulted** [1] - 1672:21
**consulting** [3] - 1930:1, 1942:4, 1984:6
**consumer** [8] - 1673:23, 1686:1,
1696:16, 1700:22, 1700:24, 1720:10,
1730:5, 1934:3
**consumers** [2] - 1675:4, 1748:17
**contacts** [4] - 1663:17, 1719:18,
1724:5, 1750:10
**contain** [1] - 1807:15
**contained** [4] - 1756:12, 1756:19,
1783:7, 1996:23
**contains** [4] - 1659:7, 1812:11,
1818:10, 1828:14
**content** [5] - 1879:17, 1879:19,
1895:21, 1998:25, 1999:2
**contention** [1] - 1804:18
**contentions** [1] - 1989:25
**contents** [1] - 1945:11
**contest** [1] - 1836:15
**contested** [1] - 1802:16
**context** [1] - 1991:12
**continually** [3] - 1807:18, 1808:1,

2006:24
**continue** [10] - 1658:2, 1707:5, 1744:9,
1907:12, 1919:17, 1919:19, 1924:17,
1932:5, 1987:7, 1987:21
**continued** [1] - 1702:18
**CONTINUED** [1] - 1658:6
**continues** [1] - 1974:17
**continuing** [1] - 1996:16
**continuously** [6] - 1810:15, 1811:7,
1812:1, 1840:13, 1841:5, 1992:21
**contrary** [2] - 1799:21, 1801:8
**contributed** [2] - 1873:4, 1895:6
**contribution** [1] - 1865:8
**contributory** [1] - 1801:22
**control** [9] - 1764:21, 1825:2, 1834:11,
1834:24, 1838:2, 1838:19, 1842:4,
1926:21, 1993:10
**Control** [1] - 1886:21
**controller** [1] - 1882:12
**controls** [4] - 1886:19, 1894:5, 1961:2,
1961:4
**conventional** [1] - 1822:19
**conversation** [1] - 1987:2
**conversations** [3] - 1944:8, 2015:3,
2017:7
**converted** [1] - 1839:7
**converter** [3] - 1811:19, 1839:6,
1921:24
**convey** [1] - 1931:13
**convinced** [1] - 1901:24
**convoyed** [2] - 1871:18, 1872:2
**cool** [4] - 1671:23, 1671:25, 1742:22,
1744:13
**coordinate** [1] - 1684:18
**copied** [3] - 1968:2, 1970:19, 2019:5
**copies** [2] - 1973:3, 1975:25
**copy** [17] - 1656:6, 1659:14, 1687:12,
1702:2, 1951:23, 1953:19, 1957:23,
1968:3, 1972:22, 1973:17, 1975:20,
2010:23, 2011:16, 2016:3, 2018:23,
2019:3
**copying** [2] - 1915:10, 1915:15
**copyright** [2] - 1964:20, 2015:20
**CORDELL** [227] - 1659:11, 1664:7,
1665:9, 1665:12, 1666:13, 1667:16,
1667:20, 1667:24, 1668:4, 1668:10,
1668:13, 1726:7, 1726:13, 1726:16,
1727:3, 1729:1, 1729:2, 1731:1,
1735:15, 1735:17, 1736:10, 1736:13,
1736:16, 1747:22, 1747:24, 1752:18,
1752:22, 1753:22, 1753:23, 1758:24,
1759:10, 1759:11, 1779:15, 1790:2,
1794:8, 1794:11, 1794:14, 1794:16,
1796:23, 1797:2, 1797:17, 1798:8,
1798:12, 1798:25, 1799:8, 1799:11,
1800:7, 1800:14, 1800:17, 1801:11,
1801:25, 1803:2, 1804:1, 1804:5,
1805:10, 1806:3, 1806:8, 1806:12,
1806:19, 1806:21, 1806:24, 1807:8,
1808:1, 1808:3, 1808:19, 1809:14,

1810:4, 1810:9, 1810:18, 1811:5,
1811:10, 1811:21, 1812:3, 1812:7,
1812:25, 1814:11, 1815:1, 1815:8,
1815:10, 1815:13, 1815:25, 1816:3,
1817:8, 1817:17, 1817:22, 1817:25,
1818:5, 1818:7, 1819:6, 1819:8,
1819:12, 1820:4, 1820:7, 1820:20,
1821:2, 1821:4, 1822:5, 1822:12,
1822:15, 1823:6, 1823:22, 1824:8,
1824:11, 1825:1, 1825:15, 1825:19,
1826:10, 1826:13, 1826:18, 1826:21,
1826:23, 1827:7, 1827:11, 1828:1,
1829:10, 1829:18, 1830:20, 1831:4,
1831:12, 1831:18, 1832:14, 1833:10,
1833:18, 1833:24, 1834:8, 1834:13,
1834:16, 1834:18, 1835:6, 1835:9,
1835:18, 1835:21, 1836:2, 1836:10,
1836:15, 1836:20, 1836:22, 1837:10,
1837:14, 1837:23, 1838:1, 1838:7,
1838:18, 1838:22, 1838:25, 1839:5,
1839:15, 1839:18, 1839:23, 1840:4,
1840:8, 1840:10, 1840:21, 1840:24,
1841:4, 1841:9, 1841:23, 1842:2,
1842:6, 1842:15, 1842:18, 1842:24,
1843:10, 1843:24, 1844:10, 1844:13,
1844:20, 1844:23, 1845:8, 1845:14,
1845:17, 1846:3, 1846:17, 1846:20,
1847:16, 1848:2, 1848:6, 1849:2,
1849:4, 1850:3, 1850:6, 1850:13,
1853:8, 1854:15, 1855:14, 1855:18,
1856:15, 1857:5, 1858:7, 1858:11,
1859:14, 1859:16, 1860:1, 1860:9,
1862:18, 1863:8, 1863:11, 1863:24,
1864:4, 1864:11, 1864:13, 1865:15,
1865:20, 1866:23, 1867:25, 1868:9,
1869:3, 1869:8, 1870:20, 1871:13,
1871:23, 1871:25, 1872:2, 1872:5,
1873:7, 1873:12, 1874:23, 1875:1,
1901:9, 1901:12, 1936:9, 1980:17,
1980:24, 1981:2, 2019:14, 2019:20,
2020:5
**Cordell** [5] - 1661:12, 1668:8, 1877:13,
1936:11, 1985:18
**Cordell's** [1] - 1857:14
**core** [2] - 1668:15, 1675:3
**Cornell** [4] - 1982:3, 1982:16, 1983:12,
1983:13
**corner** [3] - 1738:16, 1746:23, 1754:4
**corners** [1] - 1711:25
**Corp** [1] - 1799:8
**corporate** [2] - 1662:16, 1788:24
**Correct** [2] - 1958:18, 1977:4
**CORRECT** [1] - 2020:18
**correct** [80] - 1657:17, 1658:18, 1659:1,
1659:4, 1661:22, 1704:25, 1709:15,
1709:16, 1710:17, 1711:5, 1711:10,
1711:23, 1712:10, 1713:3, 1713:19,
1714:11, 1719:7, 1723:20, 1725:24,
1783:2, 1783:8, 1784:8, 1786:21,
1787:9, 1798:2, 1806:19, 1811:22,
1819:11, 1819:12, 1823:6, 1827:17,

1836:20, 1837:10, 1842:15, 1844:20, 1848:14, 1850:13, 1862:1, 1906:1, 1909:3, 1939:11, 1939:12, 1942:25, 1950:19, 1951:5, 1953:3, 1953:5, 1953:12, 1954:3, 1954:6, 1954:8, 1955:11, 1956:4, 1956:9, 1956:18, 1957:1, 1957:7, 1959:5, 1960:19, 1960:24, 1963:13, 1965:6, 1965:14, 1968:6, 1971:5, 1971:8, 1971:15, 1971:20, 1972:23, 1973:19, 1975:10, 1976:17, 1979:4, 1991:22, 1999:11, 2001:18, 2003:20, 2015:10

**correctly** [4] - 1796:13, 1963:20, 1970:13, 2001:25

**correspond** [1] - 1892:2

**correspondence** [2] - 1941:22, 1942:22

**corresponding** [2] - 1807:22, 1938:13

**corroborated** [1] - 1854:3

**cost** [3] - 1866:10, 1892:1, 1928:5

**costly** [1] - 1926:4

**costs** [1] - 1693:3

**counsel** [16] - 1656:11, 1658:4, 1658:15, 1706:20, 1753:12, 1753:21, 1857:8, 1863:19, 1943:12, 1943:22, 1952:9, 1961:10, 1980:14, 1981:21, 2008:5, 2012:4

**count** [1] - 1758:12

**counter** [1] - 1876:12

**counter-designated** [1] - 1876:12

**counting** [1] - 1913:2

**country** [6] - 1748:17, 1749:17, 1776:15, 1884:19, 1999:2, 1999:3

**couple** [35] - 1672:9, 1674:4, 1674:15, 1675:1, 1676:2, 1685:7, 1690:16, 1692:10, 1710:8, 1716:16, 1730:18, 1732:15, 1744:8, 1816:8, 1833:21, 1846:7, 1869:3, 1875:10, 1890:13, 1897:20, 1901:14, 1901:18, 1902:16, 1924:21, 1929:1, 1930:22, 1931:20, 1967:9, 1970:2, 1970:24, 1971:1, 1990:11, 1992:4, 2016:5, 2016:25

**course** [15] - 1658:17, 1686:16, 1693:2, 1711:19, 1758:8, 1819:9, 1827:23, 1829:15, 1877:18, 2009:7, 2010:4, 2011:22, 2012:16, 2017:17, 2018:13

**coursework** [1] - 1925:23

**Court** [2] - 1847:8, 1858:8

**COURT** [326] - 1656:4, 1656:6, 1657:14, 1657:19, 1658:1, 1659:19, 1659:23, 1664:9, 1667:18, 1668:1, 1668:7, 1687:16, 1706:20, 1706:25, 1707:5, 1707:24, 1726:5, 1726:9, 1726:15, 1730:24, 1735:7, 1736:2, 1736:11, 1747:23, 1752:21, 1753:12, 1753:17, 1753:21, 1759:7, 1759:9, 1782:14, 1790:5, 1792:15, 1794:6, 1794:10, 1794:13, 1794:15, 1795:11, 1796:15, 1796:18, 1796:24, 1797:19, 1798:2, 1798:6, 1798:11, 1798:24, 1799:7, 1799:10, 1799:20, 1800:4,

1800:10, 1800:16, 1800:24, 1801:23, 1802:10, 1802:18, 1803:22, 1804:3, 1805:2, 1805:17, 1806:4, 1806:11, 1806:17, 1806:20, 1806:22, 1807:7, 1807:24, 1808:2, 1808:17, 1808:24, 1809:18, 1810:8, 1810:13, 1811:1, 1811:9, 1811:18, 1812:2, 1812:6, 1812:21, 1814:5, 1814:22, 1815:6, 1815:9, 1815:11, 1815:19, 1816:2, 1817:1, 1817:14, 1817:21, 1817:24, 1818:3, 1818:6, 1818:23, 1819:7, 1819:9, 1819:25, 1820:6, 1820:9, 1821:1, 1821:3, 1822:4, 1822:11, 1822:14, 1823:2, 1823:13, 1823:17, 1823:18, 1823:20, 1823:21, 1824:7, 1824:10, 1824:25, 1825:10, 1825:18, 1826:4, 1826:12, 1826:17, 1826:19, 1826:22, 1826:25, 1827:9, 1827:17, 1827:21, 1827:24, 1828:21, 1829:16, 1829:25, 1830:25, 1831:9, 1831:13, 1831:19, 1832:21, 1833:13, 1833:23, 1834:4, 1834:12, 1834:14, 1834:17, 1835:1, 1835:8, 1835:15, 1835:20, 1835:22, 1836:6, 1836:12, 1836:18, 1836:21, 1837:6, 1837:12, 1837:22, 1837:24, 1838:5, 1838:16, 1838:21, 1838:23, 1839:4, 1839:13, 1839:17, 1839:22, 1840:3, 1840:6, 1840:9, 1840:15, 1840:23, 1841:2, 1841:8, 1841:18, 1841:25, 1842:5, 1842:11, 1842:16, 1842:19, 1843:8, 1843:23, 1844:9, 1844:12, 1844:18, 1844:21, 1845:6, 1845:13, 1845:16, 1845:23, 1846:13, 1846:18, 1847:12, 1848:1, 1848:3, 1848:11, 1848:16, 1849:3, 1849:17, 1850:5, 1850:8, 1850:24, 1851:5, 1851:9, 1852:3, 1852:6, 1852:12, 1852:15, 1853:2, 1853:6, 1853:13, 1853:20, 1854:2, 1854:10, 1854:17, 1855:8, 1855:15, 1856:2, 1856:17, 1857:3, 1857:12, 1857:16, 1858:6, 1858:10, 1859:12, 1859:15, 1859:19, 1860:8, 1861:4, 1863:5, 1863:9, 1863:12, 1864:3, 1864:9, 1864:12, 1864:25, 1865:19, 1866:7, 1867:17, 1868:8, 1868:14, 1869:7, 1869:19, 1870:11, 1870:17, 1870:21, 1871:3, 1871:8, 1871:11, 1871:21, 1871:24, 1872:1, 1872:4, 1872:25, 1873:9, 1873:14, 1873:23, 1874:8, 1874:13, 1874:25, 1876:15, 1900:11, 1900:15, 1900:18, 1900:22, 1901:2, 1901:8, 1901:11, 1906:7, 1906:15, 1906:25, 1907:3, 1908:21, 1909:1, 1909:4, 1909:7, 1909:10, 1909:15, 1911:3, 1925:8, 1936:10, 1938:22, 1943:12, 1943:17, 1943:22, 1946:23, 1950:3, 1950:11, 1952:10, 1952:21, 1961:10, 1961:12, 1961:14, 1980:1, 1980:5, 1980:9, 1980:11, 1980:14, 1980:19, 1981:1, 1981:17, 1981:21,

1993:12, 1993:16, 1994:5, 1994:10, 1994:13, 2008:5, 2008:17, 2008:21, 2009:7, 2010:18, 2010:20, 2010:24, 2011:8, 2011:14, 2011:18, 2011:21, 2014:10, 2015:8, 2016:2, 2016:22, 2017:9, 2018:18, 2018:22, 2018:25, 2019:3, 2019:5, 2019:8, 2019:17, 2019:22, 2020:7, 2020:13, 2020:16

**court** [39] - 1656:21, 1657:4, 1707:3, 1753:19, 1797:7, 1797:12, 1805:21, 1809:1, 1811:21, 1828:6, 1836:5, 1838:9, 1839:19, 1841:11, 1842:8, 1847:24, 1852:18, 1853:1, 1855:5, 1859:18, 1860:2, 1867:7, 1867:18, 1871:1, 1872:15, 1878:12, 1932:2, 1943:20, 1955:22, 1957:9, 1981:20, 1990:13, 1990:18, 1991:8, 1992:19, 1994:2, 1994:19, 2011:4, 2019:16

**court's** [21] - 1799:23, 1807:4, 1807:16, 1811:14, 1812:13, 1818:11, 1823:8, 1828:16, 1832:15, 1838:13, 1838:18, 1842:25, 1850:14, 1864:8, 1908:23, 1988:21, 1989:6, 1989:8, 1993:1, 2013:2

**courtroom** [20] - 1657:25, 1706:24, 1753:16, 1798:1, 1874:12, 1904:8, 1906:8, 1928:5, 1943:16, 1956:3, 2002:10, 2008:16

**courts** [1] - 1866:19

**cover** [9] - 1659:19, 1763:13, 1763:15, 1763:19, 1837:22, 1873:24, 1899:16, 2009:17, 2015:14

**covered** [5] - 1834:6, 1835:10, 1841:10, 1869:2, 1902:3

**covering** [1] - 2018:17

**covers** [1] - 2016:1

**cpp** [1] - 1756:16

**CPU** [1] - 1892:5

**CPUs** [1] - 1891:25

**crack** [1] - 2008:19

**crash** [1] - 1762:20

**crazy** [6] - 1698:1, 1700:4, 1700:11, 1704:12, 1725:19, 1915:21

**create** [27] - 1673:5, 1678:15, 1684:10, 1685:12, 1688:3, 1691:20, 1702:22, 1714:5, 1714:21, 1721:11, 1721:14, 1721:25, 1722:1, 1722:5, 1722:14, 1722:20, 1735:5, 1807:21, 1855:22, 1866:4, 1886:15, 1887:25, 1895:9, 1926:19, 1931:18, 1940:16, 1940:18

**created** [10] - 1691:22, 1722:7, 1881:4, 1931:9, 1936:21, 1936:22, 1941:5, 1948:5, 1966:9, 1985:9

**creating** [6] - 1679:11, 1687:6, 1690:21, 1711:17, 1903:4, 1979:18

**creation** [2] - 1869:13, 1870:13

**Creative** [1] - 1886:9

**credibility** [1] - 1820:10

**credible** [1] - 1868:2

**credit** [1] - 1758:11

**criteria** [1] - 1923:25

**critical** [2] - 1907:9, 1908:19
**Cronyn** [1] - 2012:3
**CROSS** [4] - 1658:6, 1708:4, 1779:17, 1950:13
**cross** [6] - 1816:18, 1863:11, 1863:13, 1863:22, 1870:4, 1895:24
**cross-examination** [1] - 1870:4
**CROSS-EXAMINATION** [4] - 1658:6, 1708:4, 1779:17, 1950:13
**cross-examining** [1] - 1863:22
**crossed** [3] - 1894:24, 1895:12, 1895:23
**crosses** [1] - 1802:1
**crossfade** [5] - 1744:13, 1744:16, 1744:18, 1785:18, 1785:19
**crossfading** [1] - 1785:16
**Cube** [4] - 1673:22, 1673:25, 1674:2, 1674:3
**Cupertino** [5] - 1673:2, 1698:15, 1951:4, 1951:11, 1988:1
**curiosity** [2] - 1709:24, 1710:18
**current** [13] - 1669:21, 1669:22, 1689:14, 1704:22, 1761:7, 1775:2, 1776:4, 1867:4, 1890:16, 1920:15, 1924:8, 1932:7, 1982:12
**CurrentIndex** [1] - 1775:3
**CurrentPlay** [7] - 1810:20, 1812:18, 1843:14, 1996:12, 1996:17, 1996:19, 1998:5
**curriculum** [1] - 1672:23
**cursor** [1] - 1760:6
**curves** [1] - 1891:17
**custodian** [5] - 2012:19, 2012:21, 2015:10, 2017:10, 2017:14
**custom** [1] - 1926:22
**customer** [13] - 1670:3, 1673:7, 1681:11, 1683:4, 1684:11, 1693:18, 1705:3, 1705:11, 1713:21, 1713:22, 1713:24, 1714:1, 1778:1
**customer's** [1] - 1694:11
**customers** [16] - 1663:25, 1664:11, 1670:2, 1678:18, 1681:20, 1682:7, 1683:16, 1690:25, 1692:9, 1693:22, 1713:23, 1716:21, 1803:16, 1893:6, 1930:9, 1941:15
**customized** [1] - 1881:23
**cut** [10] - 1711:25, 1918:18, 1923:24, 1924:8, 1924:14, 1948:8, 1948:11, 1973:7, 1973:9
**cuts** [5] - 1910:4, 1910:5, 1910:8, 1910:17, 1916:3, 1916:14, 1918:18, 1948:6, 1978:7
**CV** [2] - 1982:23, 1983:2

# D

**DAD** [82] - 1883:25, 1903:2, 1903:7, 1904:11, 1904:13, 1904:16, 1904:18, 1905:1, 1905:3, 1905:5, 1905:10, 1905:18, 1908:3, 1908:12, 1910:20,

1911:14, 1912:11, 1914:7, 1916:1, 1916:20, 1916:22, 1917:13, 1917:17, 1918:8, 1922:5, 1922:12, 1924:23, 1925:1, 1926:19, 1927:19, 1928:2, 1930:13, 1931:1, 1931:4, 1931:13, 1931:23, 1932:11, 1934:4, 1934:19, 1936:19, 1938:4, 1947:3, 1948:1, 1949:9, 1949:10, 1957:5, 1957:8, 1958:4, 1958:16, 1959:3, 1959:11, 1959:14, 1959:22, 1960:13, 1960:16, 1961:25, 1962:5, 1965:16, 1965:17, 1965:19, 1969:3, 1971:3, 1971:12, 1971:13, 1971:16, 1971:18, 1972:6, 1974:21, 1974:25, 1975:4, 1975:6, 1975:20, 1976:20, 1977:2, 1977:9, 1977:17, 1978:10, 1978:14, 1978:21, 1979:8
**DAD486** [6] - 1945:12, 1956:16, 1964:16, 1966:10, 1978:9, 1978:20
**DAD486x** [1] - 1957:24
**dad\files\playlist\*dbf** [1] - 1948:10
**DADs** [1] - 1928:3
**Dallas** [1] - 1905:17
**damage** [2] - 1871:5, 1985:11
**damages** [24] - 1855:19, 1857:5, 1857:11, 1858:12, 1859:13, 1859:22, 1860:14, 1861:6, 1861:20, 1862:24, 1863:4, 1864:15, 1866:24, 1867:25, 1868:12, 1869:4, 1869:15, 1869:18, 1871:12, 1871:17, 1872:10, 1872:13, 1872:18, 1872:20
**Dan** [4] - 1779:9, 1873:13, 1875:4, 1877:1
**DANIEL** [2] - 1878:6, 1878:10
**Daniel** [3] - 1680:6, 1878:10, 1878:16
**data** [41] - 1718:11, 1733:14, 1733:16, 1733:18, 1733:23, 1734:4, 1737:1, 1740:13, 1742:25, 1743:5, 1743:6, 1743:15, 1744:9, 1765:23, 1793:13, 1814:2, 1822:16, 1822:19, 1826:5, 1833:2, 1843:6, 1843:25, 1860:15, 1872:19, 1880:5, 1889:1, 1894:3, 1923:12, 1967:23, 1978:13, 1978:16, 1978:19, 1984:2, 1997:21, 2003:9, 2005:7, 2005:8, 2006:4, 2012:14, 2012:18, 2014:1
**database** [95] - 1731:3, 1731:5, 1731:12, 1731:14, 1731:19, 1731:20, 1731:23, 1731:24, 1731:25, 1732:7, 1732:8, 1732:10, 1732:14, 1732:23, 1732:24, 1734:19, 1734:21, 1734:24, 1734:25, 1735:4, 1735:5, 1736:18, 1736:21, 1737:3, 1737:10, 1737:16, 1737:19, 1737:22, 1738:14, 1738:17, 1738:18, 1738:21, 1738:23, 1739:2, 1739:3, 1739:15, 1739:16, 1739:17, 1739:22, 1740:21, 1742:2, 1742:3, 1760:15, 1762:1, 1762:3, 1762:7, 1762:18, 1763:8, 1765:1, 1765:8, 1769:4, 1769:5, 1770:5, 1770:15, 1785:9, 1792:1, 1792:12, 1793:16,

1793:19, 1814:13, 1815:16, 1816:4, 1816:5, 1816:15, 1837:19, 1948:6, 1948:7, 1972:14, 1978:2, 1978:8, 2003:1, 2003:3, 2003:5, 2003:7, 2003:13, 2003:15, 2003:21, 2003:22, 2004:1, 2004:2, 2004:4, 2004:5, 2004:23, 2004:25, 2005:3, 2005:7, 2005:11, 2005:16
**Database** [1] - 1947:24
**database-intensive** [1] - 1972:14
**databases** [9] - 1729:23, 1730:22, 1731:2, 1739:7, 1948:1, 1948:3, 1948:5, 1948:6, 2003:2
**date** [22] - 1660:22, 1661:6, 1712:25, 1716:11, 1716:12, 1821:15, 1822:9, 1853:11, 1853:14, 1854:11, 1854:24, 1858:15, 1858:19, 1859:11, 1859:20, 1859:21, 1860:4, 1934:19, 1934:24, 1937:8, 1940:20, 1970:17
**DATE** [1] - 2020:17
**dated** [4] - 1854:5, 1934:11, 1937:3, 1937:10
**dates** [14] - 1660:21, 1661:12, 1854:2, 1934:10, 1937:14, 1937:20, 1966:4, 1969:7, 1969:12, 1969:16, 1969:21, 1969:22, 1969:24, 1970:6
**daughter** [3] - 1670:19, 1926:15, 1926:17
**Dave** [5] - 1663:7, 1927:5, 1931:7, 1931:12, 1939:14
**DAVID** [4] - 1658:6, 1665:11, 1666:15, 1667:19
**dawn** [1] - 1664:23
**days** [9] - 1698:3, 1786:11, 1873:19, 1878:2, 1930:22, 1931:22, 1990:12, 2001:22
**DB** [1] - 1771:6
**DDX** [9] - 1656:10, 1701:24, 1729:1, 1749:20, 1751:4, 1790:10, 1794:11, 1794:15
**dead** [2] - 1897:5, 2017:15
**deadline** [1] - 1698:7
**deal** [11] - 1739:21, 1761:11, 1801:1, 1801:8, 1869:19, 1869:23, 1870:14, 1873:21, 1874:16, 1935:15, 2004:21
**dealing** [3] - 1656:7, 1656:9, 1713:20
**deals** [1] - 1739:1
**dealt** [2] - 1713:22, 1804:4, 1805:20
**debate** [1] - 1808:25
**decades** [1] - 1715:7
**December** [2] - 1903:23, 1929:15
**decent** [1] - 1704:15
**decide** [1] - 1732:21
**decided** [6] - 1669:1, 1671:4, 1697:11, 1712:1, 1927:19, 1960:20
**deciding** [3] - 1668:21, 1716:22, 1829:5
**decimal** [3] - 1755:20, 1755:22, 1755:24
**decision** [4] - 1694:11, 1799:6, 1799:8,

1865:16
  **decisions** [1] - 1733:23
  **deck** [2] - 1695:8, 1912:20
  **declarant** [1] - 2017:3
  **declaration** [11] - 2009:2, 2009:16, 2009:17, 2011:6, 2011:18, 2015:1, 2015:6, 2015:25, 2016:5, 2017:2
  **declarations** [1] - 1987:10
  **declared** [1] - 1783:8
  **declares** [1] - 1775:13
  **decompress** [1] - 1740:15
  **deconstructing** [1] - 1809:10
  **deconstruction** [1] - 1810:2
  **deduce** [1] - 1847:9
  **deemed** [1] - 1832:19
  **deeper** [1] - 1893:23
  **default** [2] - 1777:17, 1777:18
  **defeat** [1] - 1952:15
  **defect** [4] - 1805:1, 1813:23, 1822:25, 1828:17
  **defendant** [4] - 1668:10, 1861:11, 1861:12, 1861:25
  **DEFENDANT** [4] - 1669:14, 1727:2, 1902:19, 1981:23
  **Defendant's** [68] - 1654:14, 1654:15, 1654:16, 1654:17, 1654:18, 1654:19, 1654:20, 1654:21, 1654:22, 1654:23, 1654:24, 1654:25, 1655:1, 1655:2, 1655:3, 1655:4, 1655:5, 1655:6, 1655:7, 1655:8, 1655:9, 1655:10, 1655:11, 1655:12, 1655:13, 1655:14, 1655:15, 1655:16, 1655:17, 1655:18, 1655:19, 1655:20, 1655:21, 1655:22, 1658:13, 1660:20, 1661:14, 1661:25, 1665:15, 1666:17, 1687:9, 1687:12, 1687:18, 1690:3, 1690:20, 1691:4, 1691:9, 1691:21, 1694:19, 1696:21, 1701:5, 1705:8, 1706:9, 1738:16, 1752:18, 1936:6, 1936:15, 1938:9, 1938:25, 1939:10, 1944:19, 1946:1, 1947:18, 1949:20, 1964:11, 1983:1, 2000:18, 2016:9
  **defendants** [1] - 1726:7
  **defense** [5] - 1810:21, 1863:13, 1863:19, 1874:21, 1983:20
  **defer** [1] - 1851:3
  **deficiencies** [2] - 1800:19, 1831:23
  **deficiency** [2] - 1832:12, 1832:16
  **deficient** [1] - 1808:15
  **define** [5] - 1668:17, 1668:19, 1673:6, 1673:15, 1688:8
  **defined** [5] - 1849:24, 1851:10, 1994:1, 1997:13, 1998:22
  **defines** [1] - 1955:22
  **defining** [1] - 1673:4
  **definitely** [9] - 1689:13, 1693:19, 1694:23, 1705:25, 1714:5, 1715:6, 1715:8, 1716:24, 1887:21
  **definition** [11] - 1657:10, 1714:24, 1769:19, 1808:18, 1809:19, 1835:16,

1862:4, 1898:20, 1955:21, 1994:4, 1997:25
  **definitional** [1] - 1809:3
  **definitions** [3] - 1991:16, 1991:17, 1993:6
  **degree** [6] - 1727:24, 1867:22, 1925:24, 1941:13, 1983:10, 2015:19
  **degrees** [1] - 1925:19
  **deletes** [2] - 1792:3, 1972:25
  **delight** [1] - 1678:18
  **deliver** [5] - 1691:11, 1695:6, 1877:7, 1893:5, 1950:9
  **delivered** [1] - 1970:6
  **delivering** [3] - 1840:14, 1841:5, 1992:21
  **delivery** [1] - 1883:25
  **demand** [1] - 1866:10
  **demanded** [1] - 1858:9
  **demo** [2] - 1938:19, 1948:24
  **demographic** [1] - 1703:1
  **demonstrate** [13] - 1902:6, 1906:2, 1906:6, 1908:1, 1908:15, 1909:17, 1914:22, 1919:10, 1920:24, 1923:20, 1973:22, 1981:7, 1981:11
  **demonstrated** [8] - 1798:14, 1938:17, 1939:25, 1969:2, 1970:9, 1971:24, 1973:21, 1974:8
  **demonstrating** [5] - 1752:25, 1918:22, 1919:11, 1922:18, 1931:1
  **demonstration** [7] - 1909:13, 1925:10, 1949:25, 1964:4, 1979:1, 1979:10, 1986:6
  **demonstrative** [6] - 1729:3, 1747:21, 1790:9, 1794:7, 1794:8, 1982:23
  **demonstratives** [1] - 1656:8
  **denied** [1] - 1849:14
  **dense** [1] - 1781:22
  **deny** [2] - 1849:18, 1873:6
  **denying** [1] - 1851:1
  **department** [3] - 1725:15, 1982:18, 1982:19
  **dependent** [1] - 1832:22
  **depo** [2] - 1951:25, 1970:4
  **deposed** [4] - 1788:23, 1789:1, 1800:18, 1940:3
  **DEPOSITION** [1] - 1878:6
  **deposition** [43] - 1709:14, 1783:22, 1783:25, 1789:4, 1797:14, 1875:8, 1876:13, 1876:18, 1876:19, 1877:2, 1877:10, 1877:16, 1877:24, 1881:25, 1940:6, 1940:10, 1946:10, 1950:17, 1951:3, 1951:13, 1951:22, 1952:20, 1956:10, 1957:12, 1958:7, 1958:12, 1959:17, 1960:2, 1962:24, 1968:1, 1968:15, 1969:4, 1969:7, 1974:20, 1975:11, 1975:17, 1977:16, 1977:20, 1977:21, 1978:3, 1988:14, 2009:23
  **depositions** [2] - 1710:1, 1987:5
  **derive** [1] - 1822:16
  **describe** [11] - 1698:12, 1731:6,

1732:22, 1736:3, 1746:16, 1753:5, 1774:14, 1910:25, 1968:20, 1993:3, 2009:9
  **described** [6] - 1882:11, 1899:5, 1972:2, 1978:18, 1991:10, 1995:17
  **describes** [2] - 1974:5, 1999:9
  **describing** [4] - 1736:4, 1915:5, 1961:9, 1963:25
  **Description** [1] - 1690:4
  **description** [4] - 1690:8, 1783:12, 1974:16, 1974:17
  **descriptions** [1] - 1690:15
  **deserving** [1] - 1860:10
  **design** [3] - 1706:17, 1779:23, 1983:24
  **designate** [1] - 1794:9
  **designated** [2] - 1759:4, 1876:12
  **designed** [10] - 1732:25, 1733:1, 1733:3, 1734:18, 1958:4, 1958:9, 1958:16, 1959:7, 1960:13, 1960:16
  **designer** [1] - 1958:8
  **designers** [1] - 1738:1
  **desired** [1] - 1963:25
  **desktop** [5] - 1718:8, 1767:19, 1767:21, 1767:23, 1892:3
  **despite** [1] - 1700:25
  **detail** [4] - 1882:16, 1886:20, 1998:21, 1998:24
  **Detailed** [1] - 1694:3
  **detailed** [1] - 1895:21
  **detect** [1] - 1985:15
  **deterioration** [1] - 1985:15
  **determination** [1] - 1864:23
  **determine** [7] - 1955:15, 1985:22, 1986:1, 1988:23, 2001:24, 2002:2, 2006:2
  **determined** [2] - 1988:23, 2005:21
  **determines** [2] - 2005:19, 2009:5
  **determining** [1] - 1988:20
  **detrimental** [1] - 1801:3
  **Detroit** [1] - 1933:9
  **developed** [3] - 1673:8, 1861:6, 1896:6
  **developing** [7] - 1711:1, 1711:13, 1712:11, 1712:16, 1714:16, 1716:4, 1884:24
  **development** [4] - 1710:21, 1779:23, 1931:12
  **device** [32] - 1666:9, 1666:11, 1684:4, 1699:19, 1721:25, 1723:22, 1742:19, 1766:22, 1790:19, 1790:23, 1792:5, 1792:7, 1793:8, 1804:12, 1813:5, 1824:14, 1826:16, 1827:4, 1850:11, 1879:16, 1879:18, 1879:25, 1880:5, 1880:7, 1880:9, 1880:15, 1897:2, 1933:11, 1990:5, 1990:8
  **devices** [17] - 1738:1, 1738:2, 1743:25, 1788:2, 1789:7, 1790:18, 1791:1, 1791:14, 1817:20, 1826:14, 1826:20, 1829:2, 1869:6, 1895:16, 2002:19, 2006:11, 2007:23
  **Diagnosis** [2] - 1918:24, 1921:3

**dial** [3] - 1933:12, 1933:13
**dialogue** [4] - 1757:9, 1887:16, 1887:19, 1890:2
**dialup** [2] - 1822:19, 1885:7
**Diane** [1] - 2012:21
**difference** [5] - 1702:14, 1739:25, 1810:2, 1849:9, 2017:24
**differences** [16] - 1809:16, 1810:7, 1813:13, 1820:1, 1820:23, 1821:7, 1825:7, 1825:25, 1826:1, 1829:22, 1831:8, 1836:25, 1837:3, 1838:13, 1840:2, 1893:22
**different** [60] - 1674:16, 1681:8, 1684:16, 1685:7, 1686:18, 1693:13, 1696:10, 1702:6, 1704:5, 1724:12, 1731:23, 1733:12, 1740:14, 1740:15, 1741:5, 1745:22, 1755:18, 1776:1, 1788:10, 1791:9, 1797:8, 1809:4, 1809:5, 1809:11, 1809:12, 1809:24, 1819:24, 1833:21, 1834:18, 1845:4, 1846:19, 1847:1, 1859:5, 1863:20, 1880:24, 1882:17, 1920:21, 1923:3, 1923:9, 1937:8, 1943:2, 1947:2, 1949:7, 1952:4, 1960:8, 1964:7, 1970:9, 1974:13, 1975:9, 1977:11, 1978:16, 1979:22, 1989:15, 1990:18, 2001:13, 2002:8, 2002:9, 2003:9, 2004:12, 2006:1
**differentiate** [1] - 1693:11
**differentiating** [1] - 1694:25
**differently** [4] - 1749:8, 1834:10, 1942:1, 1968:12
**differs** [1] - 1882:8
**difficult** [3] - 1746:15, 1858:11, 1865:21
**dig** [1] - 1893:12
**digit** [1] - 1948:11
**digital** [10] - 1676:6, 1811:19, 1839:6, 1883:24, 1904:11, 1904:13, 1912:13, 1913:7, 1921:23, 1927:19
**digital-analog** [1] - 1811:19
**digital-to-analog** [2] - 1839:6, 1921:23
**diligence** [1] - 2012:10
**dimes** [2] - 1866:13, 1867:10
**dip** [1] - 1869:11
**dipping** [1] - 1869:12
**DIR** [1] - 1910:6
**DIRECT** [4] - 1669:13, 1727:1, 1902:18, 1981:22
**direct** [13] - 1712:3, 1790:9, 1793:23, 1795:20, 1803:3, 1803:7, 1803:9, 1803:16, 1803:17, 1804:18, 1804:25, 1825:11, 1863:5
**directed** [5] - 1665:16, 1868:3, 1959:12, 1959:14, 1959:18
**directions** [1] - 1805:7
**directly** [7] - 1721:11, 1722:5, 1793:15, 1802:17, 1810:25, 1921:7, 1954:11
**director** [2] - 1669:22, 1704:23
**directory** [5] - 1910:4, 1910:5, 1910:8,

1916:14, 1918:18
**directs** [1] - 1839:7
**disagree** [2] - 1660:16, 1830:10
**disappear** [1] - 1761:3
**disappeared** [2] - 1816:22
**disappears** [1] - 1733:19
**disassociate** [1] - 1768:14
**discarded** [1] - 1973:10
**discharge** [1] - 1897:3
**disclosed** [1] - 1768:22
**disclosure** [2] - 1884:25, 1892:8
**disconcerting** [1] - 1700:3
**disconnect** [3] - 1768:15, 1768:16, 1919:7
**Disconnect** [3] - 1751:19, 1751:23, 1752:1
**disconnected** [2] - 1792:23, 1919:16
**discontinuing** [2] - 1995:10, 1996:14
**discount** [8] - 1942:12, 1942:15, 1954:24, 1955:2, 1955:3, 1955:7, 1955:9
**discounts** [2] - 1942:9, 1954:20
**discovered** [1] - 1800:18
**discuss** [2] - 1797:24, 2008:8
**discussed** [4] - 1674:17, 1791:11, 1988:14, 1998:24
**discussing** [3] - 1735:19, 1863:25, 1992:15
**discussion** [7] - 1691:25, 1713:4, 1784:4, 1786:4, 1818:18, 1819:2, 1852:24
**Discussion** [1] - 1657:24
**disgorgement** [2] - 1867:3, 1867:5
**Disk** [1] - 1768:8
**disk** [70] - 1689:5, 1731:5, 1733:5, 1736:24, 1737:10, 1737:21, 1743:9, 1743:12, 1743:13, 1743:15, 1744:2, 1744:4, 1752:3, 1754:25, 1760:12, 1761:12, 1762:6, 1762:14, 1763:10, 1763:21, 1764:10, 1764:12, 1765:5, 1765:11, 1766:3, 1766:18, 1766:25, 1767:3, 1767:9, 1767:10, 1767:12, 1767:15, 1767:17, 1767:18, 1768:1, 1768:2, 1768:10, 1768:18, 1768:22, 1769:3, 1771:3, 1771:4, 1771:5, 1771:18, 1786:23, 1787:4, 1791:22, 1792:1, 1793:10, 1805:22, 1813:20, 1814:7, 1816:10, 1816:11, 1816:12, 1825:20, 1826:24, 1827:2, 1837:20, 1844:2, 1888:15, 1904:15, 1990:6, 2006:6, 2006:10, 2006:18, 2006:19, 2006:23, 2006:25
**diskettes** [1] - 1940:2
**disks** [11] - 1734:11, 1738:10, 1742:25, 1767:24, 1790:20, 1827:3, 1939:8, 1939:14, 1939:22, 1939:24, 1949:23
**dismiss** [2] - 1798:22, 1799:19
**display** [11] - 1703:17, 1703:19, 1732:12, 1733:22, 1736:23, 1737:12, 1763:14, 1772:1, 1793:19, 1907:7,

2009:13
**displayable** [1] - 1889:6
**displayed** [1] - 1917:14
**displays** [1] - 1730:17
**DisposeAlbumArtwork** [1] - 1764:2
**dispute** [2] - 2008:25, 2011:25
**disputes** [2] - 1900:4, 1900:8
**disregard** [1] - 1860:2
**disrupted** [1] - 1733:17
**disseminated** [1] - 2012:7
**distance** [1] - 1933:6
**distances** [1] - 1933:7
**distinction** [1] - 1820:12
**distinctions** [1] - 1733:16
**distinguish** [1] - 1851:17
**distribute** [2] - 1711:15, 1856:24
**distributed** [6] - 1856:4, 1932:9, 1965:20, 1966:7, 1966:16, 1966:20
**distribution** [1] - 1892:24
**distributors** [1] - 1938:13
**division** [2] - 1672:17, 1672:20
**dock** [1] - 1749:7
**docks** [1] - 1749:8
**doctor** [1] - 1994:5
**doctorate** [1] - 1941:8
**doctrine** [16] - 1808:14, 1827:11, 1827:20, 1845:11, 1845:22, 1845:25, 1846:1, 1846:14, 1846:15, 1846:19, 1848:10, 1848:13, 1848:17, 1848:18, 1857:18, 1858:3
**document** [21] - 1660:10, 1687:7, 1688:1, 1688:5, 1688:6, 1690:20, 1691:15, 1692:14, 1710:1, 1719:20, 1783:2, 1877:11, 1877:16, 1877:18, 1899:2, 1899:5, 1955:22, 1958:23, 1959:12, 1965:24, 2013:19
**documentations** [1] - 1934:9
**documents** [7] - 1782:2, 1829:6, 1868:22, 1897:25, 1937:18, 1987:23, 2018:1
**DOE** [5] - 1827:14, 1827:16, 1827:24, 1846:24, 1849:5
**dog** [2] - 1809:20, 1809:23
**done** [27] - 1707:19, 1711:12, 1711:19, 1744:24, 1745:14, 1759:5, 1761:14, 1770:14, 1777:12, 1805:12, 1810:24, 1846:1, 1891:2, 1899:15, 1900:1, 1904:4, 1913:3, 1935:5, 1936:12, 1942:4, 1947:17, 1962:4, 1963:24, 1965:1, 1984:6, 2001:13, 2018:5
**double** [8] - 1756:22, 1797:10, 1869:11, 1869:12, 1932:19, 2017:2, 2019:3, 2019:4
**double-check** [1] - 1797:10
**double-clicked** [1] - 1756:22
**double-dip** [1] - 1869:11
**double-dipping** [1] - 1869:12
**double-sided** [2] - 1932:19, 2019:4
**doubly** [2] - 2005:9, 2005:14
**doubly-linked** [2] - 2005:9, 2005:14

**doubt** [1] - 1890:4

**down** [45] - 1668:1, 1698:18, 1701:6, 1717:6, 1726:5, 1745:3, 1759:17, 1760:11, 1761:12, 1767:8, 1767:25, 1768:11, 1768:15, 1770:23, 1795:11, 1797:20, 1803:22, 1812:22, 1819:1, 1823:4, 1865:22, 1867:13, 1870:20, 1876:16, 1888:13, 1889:11, 1890:13, 1901:3, 1906:6, 1913:2, 1913:3, 1913:6, 1919:23, 1921:8, 1923:4, 1927:16, 1931:25, 1948:16, 1965:3, 1980:1, 1980:11, 1980:20, 1988:4, 1999:23, 2010:21

**downhill** [1] - 1674:14

**download** [35] - 1663:21, 1664:5, 1664:25, 1665:4, 1715:22, 1717:20, 1718:18, 1720:21, 1721:6, 1721:12, 1721:13, 1780:7, 1803:25, 1851:16, 1868:25, 1869:25, 1877:15, 1879:17, 1879:25, 1900:5, 1905:3, 1914:20, 1914:23, 1915:6, 1915:24, 1916:2, 1916:21, 1918:2, 1918:10, 1933:1, 1933:17, 1934:12, 1935:12, 1935:22, 1990:1

**downloaded** [8] - 1723:2, 1785:22, 1914:4, 1915:22, 1916:18, 1966:22, 1966:24, 1967:7

**downloading** [5] - 1869:24, 1875:19, 1893:17, 1915:11, 1915:15

**downloads** [4] - 1720:16, 1855:21, 1914:16, 1976:1

**downstairs** [1] - 1950:5

**downstream** [1] - 1802:5

**dozen** [2] - 1671:1, 1671:2

**Dr** [52] - 1783:17, 1784:9, 1801:19, 1803:11, 1807:3, 1807:19, 1808:11, 1811:24, 1812:9, 1813:23, 1816:18, 1818:8, 1827:15, 1828:6, 1828:13, 1829:15, 1837:7, 1838:10, 1843:11, 1851:23, 1852:10, 1852:23, 1853:3, 1859:7, 1865:6, 1868:21, 1902:10, 1956:25, 1957:4, 1980:18, 1981:3, 1982:5, 1982:12, 1983:5, 1984:4, 1984:15, 1984:22, 1985:17, 1987:8, 1987:13, 1987:14, 1991:20, 1993:18, 1995:4, 1995:23, 1998:2, 1998:16, 2001:8, 2001:16, 2001:20, 2002:3, 2009:3

**draconian** [1] - 1665:4

**draft** [1] - 1848:3

**drafting** [2] - 1851:19, 1898:3

**drafts** [2] - 1853:25, 1854:4

**drag** [1] - 1767:25

**dragged** [1] - 1768:10

**dragging** [1] - 1768:15

**drain** [1] - 1737:25

**draw** [1] - 1866:20

**drive** [122] - 1676:16, 1682:10, 1682:11, 1682:15, 1683:21, 1684:15, 1685:13, 1689:5, 1694:16, 1694:24, 1695:5, 1718:8, 1718:9, 1718:11, 1718:12,

1725:4, 1731:16, 1733:15, 1733:17, 1734:1, 1734:8, 1734:13, 1734:14, 1734:17, 1737:24, 1738:4, 1738:5, 1738:7, 1738:9, 1743:14, 1743:16, 1743:17, 1744:3, 1764:14, 1766:5, 1766:13, 1766:15, 1766:18, 1766:21, 1768:14, 1768:20, 1769:1, 1789:8, 1790:24, 1814:10, 1814:13, 1814:25, 1815:3, 1815:14, 1815:20, 1816:3, 1825:20, 1826:15, 1904:22, 1908:9, 1910:1, 1910:2, 1910:3, 1910:5, 1910:15, 1910:16, 1910:21, 1910:22, 1911:8, 1912:8, 1914:5, 1914:17, 1915:12, 1915:16, 1915:17, 1915:19, 1916:4, 1916:13, 1916:19, 1917:5, 1917:17, 1917:18, 1917:20, 1917:22, 1918:3, 1918:10, 1918:11, 1918:17, 1918:20, 1918:25, 1919:2, 1919:5, 1968:16, 1968:21, 1971:3, 1971:6, 1971:9, 1971:10, 1971:13, 1971:18, 1973:4, 1973:17, 1973:18, 1975:15, 1975:21, 1975:25, 1976:2, 1976:14, 1979:8, 1979:11, 2002:23, 2002:25, 2003:7, 2004:3, 2004:5, 2004:8, 2004:13, 2004:17, 2004:18, 2004:20, 2005:12, 2005:17, 2006:16

**driven** [1] - 1689:25

**driver** [1] - 1822:19

**drives** [2] - 1734:10, 1743:10

**driving** [1] - 1693:24

**drop** [1] - 1851:14

**dropout** [1] - 1972:13

**drove** [2] - 1714:23, 1714:24

**due** [1] - 1855:19

**Dulcimer** [44] - 1679:6, 1679:12, 1688:15, 1731:20, 1732:7, 1732:10, 1732:23, 1732:24, 1734:21, 1734:23, 1734:25, 1735:3, 1736:17, 1737:3, 1737:10, 1737:22, 1738:21, 1738:23, 1739:7, 1739:10, 1739:15, 1739:16, 1760:15, 1771:6, 1814:13, 1815:16, 1816:4, 1816:5, 1816:15, 1837:19, 2003:1, 2003:2, 2003:5, 2003:12, 2003:21, 2003:22, 2004:1, 2004:2, 2004:5, 2004:23, 2004:25, 2005:6, 2005:11, 2005:16

**dumb** [2] - 1718:7, 1990:6

**during** [17] - 1671:14, 1672:4, 1686:2, 1767:6, 1790:9, 1808:11, 1813:20, 1814:4, 1814:13, 1814:15, 1814:17, 1837:21, 1877:10, 1972:14, 1976:19, 1976:20, 1977:2

**duties** [1] - 2014:4

**duty** [1] - 2014:6

# E

**ear** [1] - 1796:8

**earbuds** [2] - 1796:12, 1805:6

**early** [7] - 1685:4, 1728:1, 1853:24,

1860:6, 1905:18, 1929:12, 2008:14

**earphones** [2] - 1796:10, 1796:11

**ears** [1] - 1796:12

**ease** [1] - 1706:1

**easier** [5] - 1704:6, 1772:22, 1793:18, 1916:4, 1935:14

**easily** [2] - 1746:22, 1868:25

**East** [1] - 1671:5

**easy** [7] - 1694:17, 1697:6, 1746:25, 1782:13, 1790:17, 1914:11, 1932:21

**eat** [2] - 1818:25, 1823:16

**ecology** [1] - 1895:2

**economic** [1] - 1860:15

**edit** [1] - 1741:16

**editor** [5] - 1757:7, 1757:14, 1760:2, 1780:23, 1984:9

**education** [7] - 1671:12, 1672:17, 1672:20, 1673:5, 1673:6, 1673:8, 1940:23

**educational** [1] - 1941:6

**effect** [6] - 1743:22, 1850:10, 1882:24, 1924:13, 1924:15, 1946:14

**effects** [2] - 1924:10, 1924:12

**effort** [2] - 1853:21, 1872:22

**efforts** [2] - 1684:18, 1899:20

**eight** [9] - 1681:19, 1681:21, 1681:23, 1683:19, 1686:6, 1692:21, 1694:9, 1913:2, 1949:8

**Eighties** [1] - 1926:20

**either** [20] - 1659:12, 1792:9, 1802:20, 1803:10, 1808:14, 1841:17, 1843:22, 1847:7, 1859:8, 1859:13, 1874:3, 1888:9, 1889:9, 1889:25, 1890:20, 1917:3, 1917:20, 1953:21, 2002:25, 2019:23

**eject** [3] - 1767:25, 1768:11, 1768:12

**ejected** [4] - 1752:4, 1767:12, 1767:16, 1768:3

**elaborate** [1] - 1852:25

**ELACQUA** [32] - 1657:13, 1981:16, 1981:18, 1981:24, 1991:25, 1992:2, 1992:10, 1992:12, 1993:14, 1993:17, 1994:8, 1994:11, 1995:3, 2008:22, 2010:16, 2010:19, 2010:23, 2011:1, 2011:13, 2011:17, 2011:20, 2014:8, 2014:21, 2015:14, 2016:4, 2016:14, 2016:19, 2018:21, 2018:23, 2019:1, 2019:4, 2019:7

**Elacqua** [3] - 1981:13, 2018:19, 2019:25

**elapsed** [1] - 1905:25

**electrical** [3] - 1982:3, 1982:19, 1984:17

**electronic** [2] - 1932:13, 1962:1

**electronically** [3] - 1932:10, 1934:16, 1966:7

**electronics** [2] - 1686:1, 1730:5

**elegant** [1] - 1697:21

**element** [34] - 1807:18, 1807:19, 1818:1, 1818:8, 1823:8, 1825:2,

1825:16, 1828:20, 1839:3, 1840:14, 1841:5, 1844:6, 1844:24, 1846:5, 1846:6, 1846:10, 1846:23, 1846:24, 1846:25, 1847:3, 1847:21, 1848:9, 1849:5, 1920:5, 1920:22, 1921:2, 1921:4, 1991:17, 1991:18, 1992:17, 1992:23, 1993:8, 1995:12

**elementary** [1] - 1671:22

**elements** [17] - 1801:19, 1802:5, 1817:9, 1829:11, 1830:22, 1831:22, 1832:9, 1846:1, 1848:7, 1848:17, 1849:11, 1869:5, 1915:11, 1922:19, 1991:13, 1993:21, 2009:18

**Elmo** [1] - 2014:22

**Elvis** [9] - 1745:6, 1763:17, 1777:5, 1778:4, 1778:9, 1778:13, 1778:15, 1778:18, 1999:4

**email** [9] - 1656:7, 1677:9, 1789:21, 1941:22, 1941:23, 1942:7, 1942:22, 1943:5, 1954:1

**embedded** [1] - 1880:15

**emerge** [1] - 1715:24

**emerging** [2] - 1681:16, 1682:9

**emphasis** [1] - 1831:7

**employ** [1] - 1826:23

**employee** [2] - 1901:17, 2013:23

**employees** [6] - 1901:15, 1902:14, 1927:24, 1942:13, 2015:3, 2017:8

**employers** [2] - 1926:10, 1941:13

**empty** [4] - 1770:13, 1910:17, 1915:4, 1916:15

**emulate** [3] - 1912:15, 1912:16, 1912:19

**enable** [1] - 1806:13

**ENCO** [27] - 1903:13, 1903:14, 1903:19, 1904:8, 1926:20, 1927:21, 1927:24, 1930:13, 1930:24, 1931:1, 1931:4, 1934:6, 1936:22, 1936:24, 1937:5, 1937:12, 1937:23, 1938:12, 1938:14, 1942:12, 1943:7, 1944:5, 1944:11, 1944:14, 1945:4, 1945:15, 1945:20

**ENCO's** [1] - 1927:22

**encrypted** [1] - 1754:25

**end** [27] - 1674:1, 1677:8, 1682:25, 1696:17, 1746:6, 1751:14, 1762:22, 1762:25, 1763:1, 1766:10, 1766:12, 1768:23, 1771:18, 1771:23, 1772:5, 1774:8, 1777:2, 1800:11, 1803:15, 1867:15, 1873:16, 1897:11, 1897:12, 1913:15, 1927:18, 1956:11

**ended** [2] - 1682:6, 1893:3

**endless** [1] - 1890:21

**ends** [1] - 1745:11

**energy** [1] - 1941:9

**engaging** [1] - 1674:19

**engineer** [13] - 1672:16, 1672:19, 1726:19, 1788:17, 1788:18, 1789:14, 1926:4, 1929:16, 1929:18, 1939:17, 1958:5, 1958:17

**Engineering** [1] - 1927:12

**engineering** [16] - 1677:10, 1679:3, 1687:7, 1688:7, 1689:7, 1690:22, 1691:15, 1716:25, 1925:21, 1940:23, 1941:1, 1941:17, 1982:4, 1982:20, 1984:17, 1984:18

**engineers** [6] - 1667:21, 1726:18, 1755:15, 1773:2, 1931:14, 1981:6

**English** [1] - 1757:21

**entail** [1] - 1672:18

**entered** [3] - 1800:3, 1860:24, 1861:25

**enters** [2] - 1657:25, 1874:12

**entire** [11] - 1738:24, 1749:19, 1767:6, 1858:4, 1862:21, 1863:2, 1882:21, 1934:10, 1935:12, 1935:16, 2008:1

**entirety** [9] - 1737:9, 1817:11, 1822:18, 1828:15, 1842:24, 1843:20, 1850:18, 1858:16, 1858:18

**entitled** [13] - 1801:21, 1845:20, 1848:7, 1853:9, 1855:19, 1858:13, 1858:14, 1859:10, 1860:11, 1862:19, 1864:15, 1869:18, 1872:9

**entries** [1] - 2000:8

**entry** [2] - 1996:5, 2000:24

**envelope** [2] - 1749:3, 1794:24

**envision** [1] - 1881:17

**equals** [1] - 1806:15

**equation** [1] - 1806:15

**equivalent** [28] - 1807:15, 1808:4, 1808:6, 1812:12, 1813:5, 1818:10, 1818:16, 1819:4, 1820:19, 1821:20, 1825:12, 1825:20, 1827:5, 1828:15, 1835:3, 1839:11, 1843:22, 1845:3, 1846:7, 1846:12, 1846:25, 1847:1, 1847:3, 1990:14, 1994:24, 2001:10, 2001:12

**equivalents** [54] - 1656:15, 1656:24, 1808:7, 1808:14, 1808:15, 1808:21, 1810:10, 1813:11, 1817:19, 1825:5, 1825:23, 1826:5, 1826:8, 1826:15, 1827:12, 1827:20, 1827:23, 1828:19, 1829:14, 1829:17, 1829:18, 1829:24, 1831:6, 1834:22, 1836:3, 1838:11, 1841:15, 1841:17, 1841:20, 1842:22, 1845:11, 1845:19, 1845:22, 1846:1, 1846:2, 1846:10, 1846:14, 1846:16, 1847:14, 1847:19, 1847:21, 1847:23, 1848:2, 1848:10, 1848:13, 1848:18, 1848:19, 1849:11, 1849:15, 1850:23, 1857:19, 1857:22, 1858:3

**era** [1] - 1903:3

**error** [1] - 1767:1

**errors** [1] - 1744:2

**especially** [6] - 1656:14, 1657:10, 1801:3, 1848:24, 1866:11, 2005:20

**ESPN** [1] - 1905:9

**establish** [4] - 1799:2, 1830:4, 1854:24, 1856:13

**established** [8] - 1660:21, 1789:8, 1850:20, 1851:13, 1861:12, 1862:25, 1868:17, 2013:10

**establishes** [1] - 2015:16

**establishing** [3] - 1833:2, 1854:9, 2014:13

**estoppel** [1] - 1849:16

**et** [3] - 1811:24, 1822:20, 2004:10

**Eugene** [5] - 1876:7, 1900:13, 1902:5, 1903:15, 1903:16

**EUGENE** [2] - 1902:18, 1950:13

**evaluating** [1] - 1927:13

**evening** [1] - 2008:6

**event** [8] - 1699:24, 1699:25, 1700:2, 1700:6, 1923:6, 1969:21, 1972:18, 1975:2

**events** [4] - 1676:22, 1904:19, 1914:15, 1918:12

**eventually** [5] - 1679:2, 1684:23, 1699:23, 1702:25, 1931:9

**everywhere** [4] - 1695:10, 1697:10, 1848:14, 1885:23

**evidence** [100] - 1798:14, 1799:2, 1799:3, 1799:12, 1799:13, 1800:19, 1801:6, 1801:17, 1803:7, 1804:15, 1804:17, 1805:4, 1805:11, 1808:8, 1808:15, 1810:5, 1810:21, 1813:13, 1814:22, 1817:16, 1817:18, 1818:21, 1819:13, 1819:14, 1819:15, 1821:8, 1821:10, 1822:22, 1824:16, 1824:18, 1824:19, 1825:4, 1825:22, 1826:1, 1827:13, 1828:2, 1828:11, 1829:3, 1829:6, 1829:20, 1830:10, 1830:17, 1832:4, 1834:1, 1834:21, 1836:3, 1837:20, 1838:11, 1839:10, 1841:14, 1841:15, 1841:16, 1844:24, 1846:6, 1847:25, 1848:9, 1849:7, 1849:10, 1850:19, 1850:23, 1851:20, 1852:10, 1852:19, 1853:4, 1854:1, 1854:8, 1854:22, 1854:23, 1855:11, 1855:21, 1856:19, 1858:22, 1859:5, 1860:3, 1860:5, 1860:20, 1860:25, 1861:2, 1868:2, 1868:7, 1871:4, 1872:11, 1872:13, 1872:15, 1872:16, 1873:17, 1873:20, 1873:24, 1875:9, 1875:25, 1949:20, 1950:2, 1950:6, 1981:5, 1981:9, 2009:5, 2010:4

**evidentiary** [2] - 1855:9, 1868:1

**evidently** [1] - 1656:8

**evolved** [1] - 1929:19

**exact** [3] - 1710:6, 1862:3, 1872:23

**exactly** [25] - 1721:9, 1726:23, 1754:23, 1832:8, 1864:20, 1865:18, 1885:11, 1893:13, 1905:23, 1948:18, 1951:3, 1951:18, 1953:1, 1961:16, 1963:21, 1963:22, 1965:3, 1965:24, 1968:19, 1969:13, 1974:25, 1989:8, 1994:21, 2005:24

**EXAMINATION** [13] - 1658:6, 1665:11, 1666:15, 1667:19, 1669:13, 1708:4, 1725:11, 1727:1, 1779:17, 1797:1, 1902:18, 1950:13, 1981:22

**examination** [2] - 1712:3, 1870:4

**examined** [1] - 1988:16

**examining** [2] - 1863:22, 1897:18

**example** [26] - 1696:14, 1731:8, 1737:6, 1762:9, 1782:6, 1802:3, 1802:24, 1804:7, 1809:16, 1814:18, 1828:16, 1830:11, 1831:1, 1832:23, 1833:1, 1833:6, 1840:13, 1879:20, 1904:15, 1918:8, 1934:21, 1971:6, 1998:8, 2006:16, 2007:20
**excellent** [1] - 1728:2
**except** [2] - 1900:7, 2009:11
**exception** [6] - 1828:4, 2010:17, 2011:7, 2012:13, 2017:13, 2017:19
**Exception** [1] - 2013:24
**excerpt** [1] - 1983:2
**Excerpt** [1] - 1963:2
**excerpts** [2] - 1759:2, 1952:4
**exciting** [2] - 1866:25, 1902:2
**excuse** [5] - 1664:3, 1735:7, 1906:25, 1960:2, 1991:8
**executed** [1] - 2000:25
**executing** [1] - 1993:9
**exercise** [5] - 1704:6, 1717:8, 1865:2, 2019:19
**exhaustive** [1] - 1893:25
**Exhibit** [145] - 1653:4, 1653:5, 1653:6, 1653:7, 1653:8, 1653:9, 1653:10, 1653:11, 1653:12, 1653:13, 1653:14, 1653:15, 1653:16, 1653:17, 1653:18, 1653:19, 1653:20, 1653:21, 1653:22, 1653:23, 1653:24, 1653:25, 1654:1, 1654:2, 1654:3, 1654:4, 1654:5, 1654:6, 1654:7, 1654:8, 1654:9, 1654:10, 1654:11, 1654:14, 1654:15, 1654:16, 1654:17, 1654:18, 1654:19, 1654:20, 1654:21, 1654:22, 1654:23, 1654:24, 1654:25, 1655:1, 1655:2, 1655:3, 1655:4, 1655:5, 1655:6, 1655:7, 1655:8, 1655:9, 1655:10, 1655:11, 1655:12, 1655:13, 1655:14, 1655:15, 1655:16, 1655:17, 1655:18, 1655:19, 1655:20, 1655:21, 1655:22, 1658:13, 1659:8, 1660:20, 1661:14, 1661:25, 1665:16, 1665:22, 1666:18, 1687:10, 1687:13, 1687:18, 1690:3, 1690:20, 1691:5, 1691:9, 1691:21, 1694:20, 1696:22, 1701:5, 1705:8, 1706:9, 1708:18, 1708:19, 1708:22, 1708:23, 1712:21, 1718:25, 1738:16, 1752:19, 1781:14, 1795:18, 1795:20, 1796:17, 1797:4, 1852:21, 1878:13, 1885:1, 1886:8, 1896:16, 1898:6, 1898:23, 1899:8, 1936:6, 1936:15, 1938:9, 1938:25, 1939:10, 1940:11, 1941:20, 1942:20, 1943:24, 1944:2, 1944:20, 1946:1, 1947:19, 1949:20, 1953:19, 1958:24, 1959:12, 1964:11, 1964:12, 1964:17, 1965:24, 1967:12, 1967:14, 1968:8, 1972:3, 1973:24, 1977:19, 1983:1, 1992:1, 1992:11, 1997:9, 1998:18, 2000:18, 2016:9, 2018:20
**exhibit** [12] - 1659:16, 1708:15, 1759:4, 1794:3, 1852:25, 1854:10, 1930:13,
1938:25, 1959:2, 1964:13, 2011:15
**Exhibits** [1] - 1899:9
**exhibits** [4] - 1659:20, 1659:21, 1829:1, 1927:15
**EXHIBITS** [1] - 1653:1
**exist** [3] - 1746:10, 1867:8, 1932:14
**existed** [2] - 1679:22, 1875:19
**existing** [4] - 1689:15, 1689:24, 1722:2, 1911:22
**exists** [2] - 1754:18, 1837:18
**exit** [1] - 1916:7
**exited** [1] - 1752:2
**exits** [6] - 1706:24, 1753:16, 1761:7, 1798:1, 1943:16, 2008:16
**expanded** [1] - 1993:12
**expect** [3] - 1800:20, 1866:2, 1889:23
**expected** [1] - 1984:12
**expecting** [1] - 1727:13
**expects** [1] - 1769:3
**expensive** [3] - 1702:21, 1702:23, 1928:10
**experience** [18] - 1669:8, 1672:6, 1676:11, 1677:25, 1680:25, 1683:12, 1684:6, 1697:6, 1697:8, 1697:21, 1699:10, 1734:15, 1744:6, 1760:25, 1881:17, 1972:13, 1983:15, 1983:16
**experimented** [1] - 1880:24
**expert** [21] - 1656:21, 1664:8, 1783:17, 1803:11, 1807:2, 1817:15, 1853:17, 1860:13, 1862:22, 1868:21, 1872:11, 1873:2, 1873:10, 1899:12, 1899:16, 1902:10, 1955:13, 1980:17, 1981:4, 1987:9, 2009:8
**expert's** [1] - 1857:19
**expert-type** [1] - 1899:16
**experts** [3] - 1790:1, 1868:12, 1877:14
**explain** [24] - 1689:21, 1692:2, 1694:7, 1695:18, 1697:2, 1703:3, 1743:12, 1744:15, 1758:19, 1773:4, 1792:19, 1858:2, 1911:12, 1922:15, 1969:18, 1981:4, 1981:9, 1987:23, 1988:9, 1993:23, 1995:6, 1997:6, 1999:12, 2000:13
**explained** [5] - 1886:20, 1968:1, 1968:15, 1969:18, 1974:19
**explaining** [1] - 1702:5
**explanation** [2] - 1857:22, 1858:4
**exploited** [1] - 1933:15
**explored** [2] - 1895:12, 1895:15
**expression** [1] - 1933:13
**extension** [3] - 1756:16, 1861:22, 1871:14
**extensive** [1] - 1741:23
**extensively** [2] - 2017:1, 2018:17
**extent** [9] - 1811:13, 1831:9, 1832:15, 1832:21, 1862:16, 1868:6, 1868:8, 1868:11, 2012:8
**external** [1] - 1766:18
**extras** [1] - 1750:9
**extremely** [1] - 1683:17

# F

**F.2d** [3] - 1799:6, 1799:11, 2012:3
**F.3d** [3] - 1656:13, 1857:15, 2012:2
**f:\dad** [1] - 1908:7
**face** [2] - 1668:21, 1751:17
**facility** [1] - 1947:13
**facing** [1] - 1962:24
**fact** [49] - 1704:11, 1716:3, 1718:9, 1719:21, 1720:6, 1730:3, 1743:23, 1783:4, 1789:22, 1799:3, 1802:16, 1803:5, 1803:21, 1813:24, 1816:19, 1817:10, 1819:23, 1825:3, 1827:8, 1832:23, 1834:18, 1834:20, 1842:20, 1850:9, 1851:22, 1854:8, 1857:2, 1860:4, 1862:12, 1866:9, 1867:8, 1870:7, 1872:12, 1872:16, 1881:12, 1883:12, 1893:6, 1893:17, 1902:14, 1910:23, 1915:19, 1960:25, 1981:7, 1985:8, 1986:8, 1989:3, 2000:17, 2006:14, 2007:20
**Factor** [3] - 1861:12, 1861:14, 1861:15
**factor** [2] - 1702:19, 1901:23
**factors** [4] - 1692:1, 1861:8, 1861:10, 1862:11
**factory** [3] - 1748:25, 1749:24, 1777:16
**facts** [6] - 1799:24, 1851:9, 1875:10, 1951:20, 1987:22, 2011:25
**factual** [1] - 1783:6
**fade** [1] - 1920:17
**Fadell** [10] - 1666:10, 1677:5, 1677:22, 1678:5, 1684:19, 1684:20, 1686:11, 1713:1, 1713:4, 1901:17
**Fadell's** [3] - 1680:11, 1680:13, 1686:15
**fading** [1] - 1745:6
**fail** [2] - 1766:25, 1831:17
**failed** [12] - 1799:15, 1810:25, 1812:9, 1812:10, 1818:9, 1820:17, 1828:13, 1831:1, 1831:6, 1834:1, 1834:20, 1836:2
**failure** [1] - 1855:20
**failures** [1] - 1744:2
**fair** [12] - 1714:12, 1720:3, 1729:24, 1755:25, 1768:9, 1856:19, 1898:16, 1950:7, 1952:14, 1959:11, 1967:8, 1970:23
**fairly** [1] - 1825:11
**Faith** [1] - 2019:9
**fall** [6] - 1674:1, 1730:11, 1830:1, 1830:5, 1830:13, 2011:5
**falls** [2] - 1985:14, 2010:17
**familiar** [14] - 1656:12, 1745:25, 1748:13, 1788:7, 1789:6, 1789:10, 1789:13, 1810:3, 1905:8, 1912:15, 1912:18, 1912:20, 1960:4, 2012:4
**families** [1] - 1707:18
**family** [5] - 1678:22, 1701:22, 1942:13, 1942:14, 1949:11
**fan** [2] - 1929:17, 1929:18

**far** [14] - 1660:5, 1776:2, 1794:7, 1802:24, 1828:25, 1867:23, 1868:20, 1927:11, 1930:12, 1953:6, 2005:7, 2005:18, 2007:14, 2009:4

**farfetched** [1] - 1805:24

**fascia** [2] - 1799:12, 1799:13

**fast** [8] - 1714:13, 1733:15, 1823:16, 1891:9, 1975:16, 2001:1, 2004:14, 2006:21

**faster** [4] - 1697:14, 1891:2, 1891:6, 1891:8

**father** [1] - 1983:6

**fault** [3] - 1736:14, 1815:2, 1815:25

**favorite** [1] - 2019:15

**feature** [15] - 1663:11, 1663:24, 1664:17, 1723:23, 1724:16, 1724:20, 1724:21, 1724:22, 1744:16, 1864:16, 1864:21, 1864:24, 1865:23, 1895:11, 1973:3

**feature's** [1] - 1664:1

**features** [30] - 1663:3, 1663:8, 1664:10, 1664:11, 1668:20, 1669:8, 1690:11, 1691:2, 1705:17, 1705:24, 1706:1, 1712:1, 1716:22, 1717:6, 1717:7, 1717:9, 1717:11, 1723:18, 1723:22, 1725:2, 1742:19, 1744:8, 1744:13, 1784:5, 1785:15, 1785:17, 1839:12, 1868:18, 1872:17, 1902:8

**February** [5] - 1677:16, 1684:20, 1711:4, 1728:24, 1942:23

**Federal** [1] - 1656:13

**feeble** [1] - 1899:20

**feed** [2] - 1908:18, 1931:10

**feeds** [1] - 1692:7

**feet** [2] - 1752:16, 2020:1

**fellow** [2] - 1661:4, 1875:4

**felt** [3] - 1880:4, 1891:5, 1941:8

**female** [2] - 1702:24, 1703:1

**Fences** [2] - 1921:15, 1921:16

**Festo** [1] - 1849:14

**fetch** [1] - 1843:17

**fetching** [3] - 1812:19, 1996:21, 1998:4

**few** [13] - 1725:9, 1770:24, 1784:15, 1790:12, 1873:19, 1897:9, 1937:9, 1940:9, 1952:3, 1988:17, 1998:23, 2001:22, 2003:17

**fictions** [1] - 1847:4

**field** [4] - 1923:12, 1923:14, 1923:15, 1942:24

**Field** [3] - 1925:15, 1948:8, 1948:16

**fields** [2] - 1731:10, 1982:20

**fifth** [15] - 1703:19, 1704:20, 1724:8, 1732:1, 1732:3, 1732:9, 1738:15, 1739:13, 1742:3, 1991:13, 1991:18, 1992:6, 1992:17, 2003:18, 2003:25

**Figure** [4] - 1837:7, 1995:14, 1995:15, 1995:17

**figure** [4] - 1674:7, 1690:23, 1690:24, 1898:16

**figuring** [2] - 1898:20, 1899:20

**file** [130] - 1731:5, 1731:12, 1731:13, 1732:14, 1733:1, 1733:6, 1734:19, 1737:21, 1739:22, 1741:18, 1741:20, 1756:9, 1756:12, 1756:21, 1757:2, 1757:3, 1757:10, 1757:15, 1759:20, 1760:4, 1766:25, 1769:4, 1771:3, 1771:4, 1771:6, 1771:9, 1772:12, 1772:23, 1773:18, 1773:23, 1773:25, 1774:3, 1774:20, 1774:21, 1775:7, 1775:9, 1775:24, 1776:1, 1780:24, 1781:22, 1785:9, 1791:11, 1791:13, 1791:19, 1793:6, 1793:12, 1793:13, 1810:19, 1812:16, 1813:18, 1814:13, 1814:16, 1816:4, 1816:5, 1816:7, 1816:9, 1816:12, 1816:21, 1833:2, 1835:13, 1844:2, 1844:3, 1844:4, 1885:12, 1885:13, 1886:24, 1887:5, 1888:2, 1888:8, 1888:21, 1888:22, 1889:1, 1889:2, 1889:4, 1889:7, 1889:14, 1889:21, 1890:5, 1890:16, 1890:17, 1894:4, 1894:9, 1894:12, 1903:2, 1904:15, 1904:21, 1907:22, 1912:8, 1913:18, 1913:25, 1915:15, 1918:16, 1919:4, 1923:13, 1934:13, 1935:8, 1935:15, 1945:20, 1948:12, 1948:14, 1948:25, 1965:15, 1968:3, 1974:20, 1974:21, 1974:24, 1975:3, 1975:6, 1975:19, 1975:21, 1976:12, 1976:18, 1976:22, 1976:23, 1976:25, 1978:16, 1986:23, 1986:24, 1995:21, 1996:3, 1996:4, 1999:15, 2002:14, 2002:17, 2002:18, 2002:22, 2007:5, 2019:16

**filed** [9] - 1667:8, 1667:9, 1780:8, 1821:18, 1821:22, 1877:4, 1987:9, 2013:12, 2014:16

**Filed** [1] - 1716:11

**files** [56] - 1756:16, 1756:17, 1762:15, 1767:9, 1782:22, 1790:14, 1790:18, 1791:14, 1793:7, 1816:11, 1884:12, 1885:10, 1885:15, 1886:2, 1886:16, 1887:13, 1887:25, 1889:19, 1904:23, 1904:24, 1905:1, 1905:3, 1907:23, 1908:4, 1909:18, 1910:9, 1910:10, 1910:11, 1910:19, 1911:7, 1911:25, 1912:7, 1913:21, 1914:2, 1914:3, 1914:7, 1914:23, 1915:25, 1916:8, 1916:15, 1916:18, 1917:10, 1918:15, 1935:16, 1935:19, 1947:13, 1968:2, 1969:7, 1973:3, 1977:10, 1978:7, 1978:13, 1978:19, 1992:22, 2003:4

**filing** [4] - 1661:6, 1853:11, 1853:14, 1950:5

**fill** [1] - 1846:11

**film** [1] - 1985:3

**FilmTec** [3] - 1799:6, 1799:8, 1799:9

**final** [1] - 1890:17

**Final** [1] - 1802:11

**finally** [8] - 1704:13, 1704:14, 1707:9, 1707:11, 1872:5, 1876:3, 1990:11, 1996:21

**findings** [1] - 2009:12

**fine** [8] - 1658:11, 1920:16, 1926:10, 1926:11, 1950:8, 1953:24, 1976:8, 1993:16

**finger** [1] - 1752:5

**fingerprints** [1] - 1748:25

**fingers** [1] - 1870:23

**finish** [13] - 1733:4, 1733:7, 1736:24, 1769:6, 1770:6, 1800:14, 1863:24, 1920:8, 1920:11, 1920:15, 1993:2, 2011:2, 2016:22

**finished** [3] - 1690:19, 1728:21, 1728:22

**finishes** [2] - 1913:4, 1913:16

**FireWire** [4] - 1659:1, 1697:12, 1697:15, 1819:5

**firm** [2] - 1953:2, 1989:3

**first** [91] - 1663:11, 1671:18, 1672:14, 1672:15, 1678:8, 1686:10, 1694:3, 1696:16, 1699:6, 1701:15, 1703:8, 1704:7, 1704:13, 1708:14, 1716:5, 1720:9, 1720:10, 1723:23, 1723:24, 1728:15, 1728:17, 1731:3, 1731:25, 1740:3, 1741:3, 1742:7, 1742:16, 1747:18, 1748:12, 1748:22, 1750:7, 1759:13, 1759:18, 1759:23, 1769:17, 1770:1, 1777:14, 1779:25, 1789:8, 1793:17, 1798:12, 1803:4, 1812:5, 1814:24, 1815:12, 1825:17, 1834:11, 1836:12, 1855:16, 1859:13, 1859:21, 1873:10, 1873:11, 1892:9, 1899:18, 1901:13, 1905:6, 1915:10, 1916:3, 1924:23, 1930:19, 1936:15, 1936:21, 1937:25, 1940:21, 1944:19, 1944:21, 1962:10, 1963:4, 1964:16, 1983:1, 1983:3, 1985:22, 1986:12, 1986:16, 1986:21, 1989:11, 1989:18, 1990:22, 1990:24, 1992:7, 1992:16, 1992:23, 1995:9, 1995:25, 2002:8, 2007:16, 2011:3, 2017:14, 2018:21, 2019:10

**fit** [1] - 1749:10

**fits** [1] - 1669:6

**five** [9] - 1661:7, 1661:20, 1661:23, 1722:13, 1761:10, 1793:4, 1893:3, 1948:11, 1981:13

**five-digit** [1] - 1948:11

**flag** [1] - 1777:6

**flash** [14] - 1681:17, 1683:19, 1685:8, 1689:5, 1694:8, 1704:13, 1731:16, 1751:20, 1826:14, 1826:15, 1826:19, 1826:23, 1828:19

**flash-based** [9] - 1681:17, 1683:19, 1689:5, 1694:8, 1704:13, 1826:14, 1826:15, 1826:19

**flashed** [2] - 1712:19, 1790:9

**flashes** [1] - 1751:21

**flaw** [1] - 1859:16

**Fleming** [7] - 1941:23, 1942:23, 1943:4, 1944:5, 1954:5, 1954:9, 1954:17

**flexible** [1] - 1985:13

**flop** [1] - 1674:9
**floppy** [2] - 1767:17, 1767:18
**flow** [1] - 1995:14
**focus** [7] - 1668:24, 1675:19, 1675:20, 1687:6, 1843:1, 1843:2, 1990:24
**focused** [2] - 1679:17, 1881:14
**focusing** [1] - 1700:15
**folder** [6] - 1755:2, 1755:6, 1755:11, 1773:20, 1773:21, 1951:24
**folders** [4] - 1755:12, 1756:13, 1769:3
**follow** [2] - 1666:14, 1999:22
**follow-up** [1] - 1666:14
**following** [4] - 1702:12, 1878:4, 1924:14, 1995:20
**Folsom** [1] - 1846:8
**font** [1] - 1765:23
**fonts** [1] - 1765:23
**fool** [1] - 1881:1
**Fools** [1] - 1951:6
**foot** [1] - 1906:12
**Force** [2] - 1984:8
**forced** [2] - 1683:5, 1792:22
**Forecast** [1] - 1701:8
**forecast** [4] - 1701:10, 1701:14, 1701:16, 1860:22
**forecasts** [2] - 1701:2, 1868:5
**FOREGOING** [1] - 2020:18
**Foreign** [2] - 1946:1, 1965:4
**forever** [7] - 1697:8, 1905:12, 1919:17, 1919:20, 1924:17, 1949:14, 2013:8
**forgot** [2] - 1857:8, 1870:17
**form** [16] - 1682:17, 1702:19, 1846:9, 1846:18, 1848:22, 1855:23, 1892:25, 1932:13, 1933:19, 1934:1, 1965:24, 1966:8, 2004:4, 2005:8, 2005:14, 2012:14
**formal** [1] - 1942:11
**format** [6] - 1738:22, 1739:3, 1739:4, 1739:20, 1739:21, 1817:15
**formats** [2] - 1740:15, 1892:22
**former** [1] - 1901:17
**forming** [2] - 1691:2, 1989:7
**forms** [1] - 1897:21
**formula** [1] - 1837:9
**forth** [17] - 1657:9, 1726:10, 1812:12, 1812:15, 1835:12, 1838:13, 1839:25, 1842:8, 1842:9, 1844:15, 1844:17, 1873:1, 1980:6, 1980:15, 1986:25, 2009:20, 2016:7
**forum** [2] - 1933:20, 1939:21
**forums** [2] - 1933:23
**forward** [24] - 1685:16, 1730:14, 1742:22, 1782:11, 1782:20, 1812:16, 1816:25, 1835:13, 1842:23, 1843:5, 1843:6, 1855:22, 1873:10, 1882:5, 1882:25, 1888:2, 1920:1, 1960:5, 1960:18, 1960:22, 1980:19, 1995:20, 1999:10, 1999:15
**foundation** [2] - 1746:17, 1856:23
**founder** [1] - 1903:16

**four** [13] - 1683:22, 1684:1, 1693:12, 1703:9, 1727:14, 1734:16, 1737:24, 1915:3, 1924:3, 1941:6, 1983:18, 1990:15, 1990:20
**fourth** [6] - 1703:16, 1724:6, 1731:18, 1739:11, 1991:13, 1991:17
**FOX** [1] - 1926:18
**fragmented** [1] - 1684:9
**frame** [4] - 1685:4, 1688:4, 1703:11, 1714:14
**framework** [11] - 1729:22, 1730:23, 1730:25, 1746:13, 1746:14, 1746:15, 1746:21, 1746:24, 1747:4, 1747:7, 1747:15
**Francisco** [1] - 1933:10
**Frank** [1] - 1777:5
**frankly** [1] - 1989:20
**Friday** [1] - 2008:11
**friend** [1] - 1927:4
**friends** [3] - 1927:7, 1942:13, 1985:2
**frivolous** [3] - 1700:12, 1700:16, 1873:1
**FROM** [1] - 2020:18
**front** [17] - 1658:14, 1786:6, 1787:1, 1794:2, 1794:23, 1813:3, 1846:8, 1875:11, 1878:14, 1897:8, 1900:25, 1902:24, 1904:8, 1936:6, 1945:6, 1953:22, 2018:22
**frustrating** [3] - 1681:20, 1682:7, 1683:15
**frustration** [1] - 1694:11
**FTP** [3] - 1885:12, 1885:13, 1886:2
**fulfillment** [1] - 2015:18
**full** [9] - 1728:19, 1770:13, 1780:3, 1897:5, 1932:23, 1957:17, 1982:14, 1982:15, 1982:17
**full-time** [3] - 1728:19, 1780:3, 1982:14, 1982:15
**fully** [3] - 1788:8, 1895:12, 1995:17
**fun** [2] - 1671:22, 1748:18
**function** [79] - 1723:14, 1752:12, 1754:15, 1757:1, 1757:7, 1757:10, 1758:22, 1759:20, 1763:2, 1763:5, 1764:20, 1764:25, 1766:3, 1766:4, 1766:12, 1767:11, 1767:14, 1768:23, 1769:8, 1769:14, 1769:18, 1769:20, 1769:24, 1769:25, 1770:25, 1771:1, 1771:7, 1771:24, 1772:5, 1772:14, 1774:10, 1774:15, 1774:19, 1774:20, 1775:1, 1775:13, 1776:7, 1776:19, 1776:21, 1777:15, 1806:9, 1808:12, 1810:11, 1825:6, 1825:24, 1829:14, 1829:21, 1830:2, 1830:12, 1831:7, 1831:21, 1832:7, 1833:15, 1837:1, 1838:12, 1845:4, 1849:8, 1874:6, 1898:11, 1898:13, 1898:17, 1915:5, 1916:17, 1918:1, 1972:21, 1973:20, 1974:20, 1975:2, 1975:20, 1993:23, 1993:25, 1994:1, 1994:17, 1994:19, 1994:20, 1995:1, 1995:2, 1995:12
**function-way-result** [8] - 1808:12,

1810:11, 1825:6, 1829:21, 1831:7, 1837:1, 1838:12, 1849:8
**functional** [1] - 1844:25
**functionality** [5] - 1718:5, 1721:20, 1723:1, 1723:19, 1723:24
**functions** [10] - 1760:10, 1760:13, 1781:2, 1781:21, 1782:22, 1783:13, 1803:14, 1845:1, 1902:9, 1993:10
**fundamental** [1] - 1883:10
**funded** [1] - 1894:25
**FURTHER** [1] - 1667:19
**future** [6] - 1862:10, 1866:20, 1891:12, 1969:8, 1969:23, 1969:25
**Future** [1] - 1852:20

## G

**G-O-E-S-S-L-I-N-G** [1] - 1878:11
**G4** [4] - 1673:22, 1673:25, 1674:2, 1674:3
**game** [1] - 1909:12
**games** [5] - 1663:15, 1703:21, 1724:9, 1750:10, 1750:14
**gap** [2] - 1859:4, 1859:6
**gapless** [7] - 1744:14, 1745:8, 1745:9, 1745:12, 1746:9, 1785:18, 1785:19
**gaplessly** [2] - 1745:18, 1745:23
**gaps** [1] - 1785:16
**geeky** [1] - 1931:14
**gen** [3] - 1742:3, 1747:18, 1747:19
**Gen** [4] - 1754:12, 1755:11, 1756:5, 1756:6
**Gene** [6] - 1915:7, 1916:16, 1918:7, 1918:8, 1918:12, 1940:22
**general** [23] - 1811:16, 1811:23, 1812:14, 1818:17, 1832:6, 1835:11, 1836:4, 1836:7, 1836:8, 1836:16, 1841:12, 1842:8, 1842:12, 1844:16, 1844:19, 1847:6, 1847:15, 1892:23, 1893:2, 1893:4, 1995:7, 1995:12, 2005:3
**general's** [1] - 1678:14
**generally** [5] - 1808:19, 1819:24, 1907:19, 1909:11, 2005:6
**generate** [4] - 1792:12, 1792:13, 1793:17, 1923:22
**generated** [1] - 1762:17
**generates** [2] - 1736:25, 1737:19
**generation** [29] - 1703:6, 1703:8, 1703:13, 1703:16, 1703:19, 1703:22, 1704:8, 1704:20, 1717:5, 1729:7, 1730:13, 1731:17, 1731:18, 1732:1, 1732:4, 1732:9, 1738:15, 1739:11, 1739:13, 1741:4, 1742:7, 1742:15, 1748:1, 1749:19, 1753:1, 1755:6, 1756:3, 2003:18, 2004:1
**Generation** [9] - 1754:19, 1782:9, 1793:24, 1807:10, 1807:12, 1828:4, 1828:7, 1829:13, 1859:3
**generations** [6] - 1690:18, 1702:9,

1717:2, 1749:20, 1751:3, 2003:17
**Generations** [1] - 1859:6
**generic** [4] - 1824:2, 1824:21, 1830:14, 1894:4
**Genius** [4] - 1877:25, 1895:10, 1895:11, 1896:7
**gentleman** [2] - 1954:4, 1988:12
**gentlemen** [20] - 1658:2, 1668:14, 1706:22, 1726:16, 1727:7, 1753:14, 1770:9, 1773:15, 1797:21, 1813:3, 1874:13, 1875:2, 1876:17, 1877:1, 1901:13, 1943:14, 1981:2, 1981:19, 1994:14, 2008:7
**Georgia** [1] - 1861:6
**Georgia-Pacific** [1] - 1861:6
**Geraci** [3] - 2012:21, 2014:24, 2016:14
**German** [2] - 2012:22, 2013:1
**GetNextPlaylistTrack** [4] - 1775:19, 1776:3, 1776:6, 2001:3
**gifts** [1] - 1686:3
**gigabytes** [1] - 1703:23
**given** [11] - 1659:6, 1716:13, 1830:8, 1865:4, 1949:25, 1965:25, 1980:5, 1987:16, 1989:9, 2001:11, 2018:2
**glaring** [1] - 1832:12
**glass** [2] - 1924:12, 1924:14
**glass-breaking** [2] - 1924:12, 1924:14
**GM** [1] - 1942:14
**go-ahead** [2] - 1687:4, 1687:5
**goal** [4] - 1678:17, 1688:18, 1688:21, 1955:3
**goals** [2] - 1689:23, 1962:3
**GOESSLING** [1] - 1878:6
**Goessling** [14] - 1680:6, 1712:5, 1779:10, 1873:13, 1875:4, 1876:13, 1877:1, 1877:5, 1877:11, 1878:7, 1878:10, 1878:12, 1878:16, 2000:4
**golden** [1] - 1891:10
**Google** [2] - 1943:8, 1944:9
**Gotuit** [8] - 1798:18, 1799:4, 1799:5, 1799:14, 1799:16, 1855:20, 1856:19, 1856:24
**Government** [1] - 1984:7
**government's** [1] - 1994:13
**grabbing** [1] - 1977:21
**grad** [1] - 1997:17
**graduate** [1] - 1925:23
**graduated** [7] - 1672:7, 1727:19, 1728:23, 1780:3, 1925:15, 1983:7
**grant** [1] - 1848:16
**granted** [3] - 1840:6, 1849:18, 1984:25
**granting** [2] - 1801:24, 1802:24
**graphic** [1] - 1913:4
**graphics** [1] - 1912:12
**great** [13] - 1667:14, 1670:8, 1676:10, 1676:11, 1684:13, 1684:15, 1696:5, 1709:10, 1710:24, 1831:17, 1832:10, 2004:21
**great-sounding** [1] - 1696:5
**greatest** [2] - 1702:18, 1763:18

**greatly** [1] - 1928:6
**grew** [3] - 1670:12, 1707:14, 1727:8
**grind** [1] - 1893:7
**Grisham** [2] - 1778:9, 1778:13
**gritty** [1] - 1690:9
**gross** [1] - 1813:15
**ground** [3] - 1808:16, 1862:17, 1984:2
**group** [5] - 1686:23, 1699:13, 1830:6, 1889:12, 1924:11
**groupings** [1] - 1830:23
**groups** [2] - 1686:19, 1831:3
**grow** [3] - 1670:11, 1675:8, 1925:12
**growing** [1] - 1700:14
**grown** [1] - 1671:4
**guess** [55] - 1657:20, 1675:1, 1677:4, 1681:3, 1725:4, 1728:11, 1731:8, 1735:21, 1739:11, 1739:19, 1740:5, 1740:23, 1741:24, 1742:22, 1743:5, 1743:6, 1746:18, 1749:3, 1749:5, 1754:4, 1755:8, 1755:21, 1756:14, 1758:15, 1759:15, 1760:11, 1762:16, 1766:1, 1767:22, 1768:19, 1770:1, 1770:3, 1770:12, 1773:2, 1773:9, 1774:8, 1774:16, 1775:2, 1776:4, 1776:13, 1789:1, 1792:21, 1793:15, 1811:21, 1819:5, 1823:18, 1867:23, 1878:20, 1883:10, 1888:12, 1893:21, 1900:9, 1987:17, 2005:3, 2019:24
**guidance** [4] - 1715:9, 1715:13, 1716:24, 1851:7
**guide** [7] - 1714:18, 1795:9, 1795:14, 1795:17, 1795:25, 1796:8, 1886:8
**guides** [1] - 1795:7
**guiding** [1] - 1697:4
**Gulf** [1] - 1927:1
**guy** [3] - 1720:6, 1788:15, 1866:25
**guys** [8] - 1712:11, 1714:13, 1715:9, 1717:18, 1883:13, 1888:4, 1901:18, 1901:21

## H

**haggling** [1] - 1866:12
**half** [14] - 1661:7, 1661:21, 1671:1, 1673:11, 1704:16, 1709:12, 1709:13, 1709:18, 1727:12, 1727:25, 1784:1, 1785:2, 1822:8, 1865:17
**halfway** [2] - 1701:6, 1888:12
**hall** [1] - 1698:17
**hand** [5] - 1687:14, 1738:16, 1747:20, 1766:6, 1766:13
**handed** [4] - 1658:15, 1661:13, 1878:12, 1939:7
**handful** [1] - 1685:21
**handing** [1] - 1938:24
**handle** [2] - 1753:6, 2010:5
**handles** [1] - 1775:16
**HandleStopUsingDisk** [1] - 1759:21
**hands** [5] - 1698:22, 1698:25, 1699:17, 1700:2, 1700:18

**hands-on** [3] - 1698:22, 1698:25, 1700:2
**handwriting** [1] - 1939:15
**hard** [124] - 1663:24, 1666:19, 1676:16, 1682:10, 1682:11, 1682:15, 1683:21, 1684:15, 1685:13, 1689:5, 1694:15, 1694:24, 1695:5, 1711:24, 1718:7, 1718:9, 1718:11, 1718:12, 1718:16, 1724:18, 1724:19, 1725:4, 1730:7, 1731:6, 1731:16, 1733:15, 1733:17, 1734:1, 1734:8, 1734:10, 1734:12, 1734:14, 1736:24, 1737:21, 1737:24, 1738:4, 1738:5, 1738:7, 1738:9, 1743:10, 1743:13, 1743:15, 1743:17, 1744:3, 1753:8, 1764:14, 1766:3, 1766:5, 1766:13, 1766:18, 1766:21, 1768:14, 1768:25, 1771:5, 1781:6, 1786:23, 1787:4, 1790:24, 1813:19, 1814:7, 1814:9, 1814:13, 1814:25, 1815:3, 1815:14, 1815:19, 1816:3, 1825:20, 1826:15, 1826:24, 1866:19, 1904:15, 1904:22, 1908:9, 1910:15, 1910:16, 1911:8, 1912:8, 1912:16, 1914:5, 1914:17, 1915:12, 1915:16, 1915:17, 1916:4, 1916:18, 1917:17, 1917:18, 1917:20, 1917:22, 1918:10, 1918:11, 1918:17, 1918:20, 1918:25, 1919:2, 1919:4, 1923:5, 1937:16, 1946:18, 1949:5, 1968:16, 1968:20, 1971:10, 1971:18, 1973:4, 1975:15, 1976:2, 1976:13, 1990:6, 2002:22, 2002:25, 2003:7, 2004:3, 2004:5, 2004:8, 2004:13, 2004:17, 2004:20, 2005:12, 2005:17
**hard-disk-drive** [1] - 1689:5
**hard-drive-based** [5] - 1682:10, 1682:11, 1683:21, 1694:24, 1695:5
**hardware** [10] - 1729:17, 1730:16, 1740:11, 1740:13, 1740:24, 1759:19, 1760:11, 1764:9, 1792:25, 1926:22
**Hardware** [2] - 1691:13, 1691:20
**Harris** [3] - 1938:13, 1938:14, 1939:16
**Harvard** [1] - 1925:17
**Hazlehurst** [1] - 1982:7
**head** [1] - 1866:9
**headphone** [1] - 1695:25
**headphones** [12] - 1696:1, 1696:15, 1696:18, 1749:7, 1749:12, 1794:18, 1796:6, 1796:9, 1796:11, 1806:3, 1806:4, 1839:8
**headquarter** [1] - 1951:14
**headquarters** [5] - 1673:3, 1698:15, 1927:22, 1951:11, 1951:13
**heads** [1] - 1994:15
**hear** [23] - 1668:14, 1679:23, 1680:8, 1726:17, 1744:18, 1745:15, 1778:23, 1779:3, 1779:6, 1779:9, 1817:17, 1875:2, 1875:16, 1876:6, 1877:5, 1877:25, 1906:8, 1906:22, 1913:6, 1933:20, 1940:5, 1981:3, 1998:13
**heard** [28] - 1669:9, 1680:2, 1712:4,

1729:24, 1758:2, 1761:1, 1789:3, 1797:24, 1804:12, 1809:25, 1813:18, 1817:18, 1845:2, 1853:19, 1868:22, 1872:16, 1875:22, 1877:9, 1877:12, 1901:16, 1901:21, 1902:15, 1933:13, 1970:12, 1981:5, 1982:7, 1990:6, 1997:5

**hearing** [4] - 1800:25, 1901:15, 1913:1, 1913:9

**hearsay** [10] - 2009:5, 2009:6, 2009:9, 2009:10, 2009:21, 2010:5, 2010:17, 2011:7, 2017:2, 2017:19

**Heartfield** [1] - 1657:21

**heavier** [1] - 1682:16

**heavily** [1] - 1868:23

**heavy** [1] - 1693:1

**Heck** [1] - 1866:14

**held** [7] - 1681:18, 1692:21, 1700:8, 1715:14, 1715:16, 1821:18, 1941:12

**HELLER** [4] - 1658:6, 1665:11, 1666:15, 1667:19

**Heller** [5] - 1658:8, 1658:12, 1659:20, 1659:21, 1663:2, 1663:7, 1663:8, 1665:7, 1665:13, 1667:21, 1819:16, 1819:21, 1822:7, 1901:16, 1901:22

**Heller's** [2] - 1809:7, 1820:21

**help** [15] - 1663:9, 1672:21, 1672:22, 1672:24, 1673:15, 1686:20, 1686:24, 1687:2, 1891:11, 1952:1, 1952:5, 1952:15, 1953:13, 1964:14, 1993:13

**helped** [10] - 1668:17, 1714:12, 1714:18, 1780:14, 1780:16, 1781:9, 1782:21, 1791:6, 1877:20, 1982:23

**helpful** [8] - 1714:20, 1714:21, 1781:1, 1790:9, 1796:9, 1843:1, 1873:16, 2011:19

**helping** [1] - 1673:6

**helps** [2] - 1744:5, 1782:16

**HEREBY** [1] - 2020:17

**Hewlett** [2] - 1660:6, 1660:11

**Hewlett-Packard** [2] - 1660:6, 1660:11

**hierarchy** [1] - 1882:15

**high** [16] - 1696:17, 1727:19, 1738:9, 1758:7, 1758:13, 1786:12, 1822:19, 1826:6, 1864:5, 1864:7, 1925:15, 1927:6, 1941:7, 1983:7

**high-end** [1] - 1696:17

**high-power** [1] - 1738:9

**high-speed** [2] - 1822:19, 1826:6

**higher** [9] - 1696:11, 1696:13, 1740:6, 1805:20, 1821:13, 1866:19, 1867:9, 1867:18, 2013:2

**higher-level** [1] - 1740:6

**highlight** [4] - 1760:5, 1948:22, 1995:5

**highlighted** [4] - 1974:9, 1975:19, 1992:18, 1998:23

**hire** [3] - 1675:22, 1686:10, 1686:16

**hired** [2] - 1677:10, 1931:9

**hiring** [1] - 1672:10

**historian** [1] - 1866:24

**historical** [1] - 1860:15

**histories** [2] - 1986:23, 1986:24

**history** [2] - 1747:5, 1849:16

**hit** [15] - 1742:25, 1743:9, 1774:16, 1777:13, 1778:14, 1778:18, 1815:14, 1815:22, 1920:17, 1920:20, 1921:9, 1921:16, 1940:5, 2006:22

**hits** [1] - 1763:18

**hitting** [1] - 1743:12

**hold** [10] - 1682:12, 1692:19, 1694:12, 1694:13, 1715:17, 1793:3, 1821:9, 1953:23, 2001:1, 2003:12

**holder** [1] - 1856:3

**holding** [1] - 1694:9

**Holdreith** [2] - 1851:3, 2008:23

**HOLDREITH** [39] - 1657:18, 1827:19, 1827:22, 1851:6, 1851:23, 1852:4, 1852:7, 1852:14, 1852:17, 1853:4, 1853:19, 1853:24, 1854:4, 1855:3, 1857:7, 1857:13, 1857:17, 1873:22, 1874:7, 1874:10, 1901:1, 1901:5, 1939:2, 1946:21, 1949:22, 1949:24, 1950:9, 1950:12, 1950:14, 1952:13, 1952:22, 1961:11, 1961:13, 1961:16, 1961:18, 1967:13, 1967:16, 1979:25, 2020:12

**Holds** [2] - 1693:14, 1694:4

**hole** [1] - 1932:19

**holiday** [5] - 1685:25, 1686:2, 1686:7, 1698:6, 1701:17

**home** [2] - 1730:10, 2019:9

**HON** [1] - 1656:3

**honestly** [2] - 1945:5, 1946:5

**Honor** [205] - 1657:13, 1658:5, 1659:11, 1659:16, 1659:18, 1659:22, 1664:7, 1665:10, 1666:14, 1667:16, 1667:24, 1668:4, 1687:15, 1707:6, 1707:23, 1725:10, 1726:7, 1726:13, 1735:16, 1736:13, 1747:22, 1752:18, 1753:22, 1758:24, 1759:8, 1779:15, 1790:3, 1792:17, 1794:9, 1794:11, 1796:22, 1796:23, 1797:17, 1798:4, 1798:7, 1798:13, 1799:22, 1800:2, 1800:7, 1800:17, 1800:23, 1801:11, 1802:14, 1803:2, 1804:6, 1804:13, 1805:10, 1806:9, 1807:1, 1807:13, 1807:21, 1808:4, 1808:19, 1809:15, 1810:4, 1811:5, 1812:3, 1812:8, 1813:11, 1813:16, 1815:2, 1815:25, 1817:8, 1818:1, 1818:5, 1818:8, 1818:20, 1819:6, 1819:12, 1819:20, 1820:5, 1821:8, 1822:6, 1822:13, 1823:6, 1823:22, 1823:24, 1824:9, 1825:15, 1825:19, 1826:11, 1826:18, 1826:21, 1827:8, 1827:12, 1828:1, 1829:10, 1829:19, 1830:20, 1831:4, 1833:10, 1833:18, 1833:20, 1834:8, 1834:16, 1835:7, 1835:19, 1837:15, 1837:23, 1838:22, 1839:1, 1839:9, 1839:18, 1839:23, 1840:5, 1840:22, 1841:9, 1841:24, 1842:6, 1842:25, 1843:13,

1843:25, 1844:7, 1844:20, 1845:8, 1845:14, 1845:17, 1846:4, 1847:18, 1848:15, 1849:13, 1850:4, 1850:13, 1851:6, 1852:19, 1853:5, 1853:8, 1853:15, 1854:8, 1854:14, 1854:16, 1855:3, 1855:14, 1856:15, 1856:18, 1857:6, 1857:7, 1858:8, 1858:12, 1858:22, 1859:10, 1862:18, 1863:11, 1863:25, 1865:16, 1866:24, 1869:4, 1869:16, 1869:21, 1870:20, 1871:13, 1871:25, 1872:5, 1873:7, 1874:7, 1874:23, 1876:12, 1876:25, 1900:13, 1900:16, 1901:6, 1901:9, 1906:5, 1906:13, 1911:1, 1925:5, 1936:9, 1938:21, 1943:23, 1946:21, 1946:24, 1949:19, 1949:24, 1950:7, 1950:9, 1952:8, 1952:19, 1961:17, 1980:3, 1980:8, 1980:18, 1980:24, 1981:16, 1993:14, 1994:6, 1994:8, 2008:20, 2008:22, 2009:5, 2010:16, 2011:2, 2014:9, 2014:21, 2015:5, 2015:15, 2015:21, 2016:4, 2016:21, 2016:25, 2018:16, 2018:24, 2019:14, 2019:20, 2020:5, 2020:12

**Honor's** [3] - 1816:19, 1988:22, 2015:7

**hood** [1] - 1726:22

**hook** [5] - 1715:21, 1717:23, 1718:16, 1851:12

**hooked** [2] - 1908:23, 1909:4

**hooking** [1] - 1849:23

**hooks** [1] - 1850:9

**hoops** [1] - 1863:1

**hope** [3] - 1758:24, 1981:7, 1981:10

**hopefully** [1] - 1874:19

**hoping** [1] - 1942:17

**horribles** [1] - 1802:21

**hot** [2] - 1737:11, 1816:9

**hotel** [1] - 1789:24

**hour** [4] - 1785:2, 1930:7, 1953:4, 2006:13

**Hours** [2] - 1913:1, 1913:15

**hours** [10] - 1657:23, 1671:17, 1683:1, 1683:22, 1684:1, 1703:25, 1738:5, 1738:8, 2006:14

**house** [4] - 1681:10, 1727:15, 1880:6, 1891:21

**Houston** [5] - 1926:16, 1926:17, 1927:13, 1981:13, 1989:1

**Hoyt** [4] - 1941:23, 1942:23, 1943:3, 1954:4

**HP** [1] - 1821:11

**Huang** [1] - 1869:20

**huge** [3] - 1730:18, 1737:25, 1746:16

**Hughes** [3] - 1983:18, 1983:22, 1983:24

**human** [1] - 1786:16

**humans** [2] - 1772:24, 1773:1

**hundred** [12] - 1697:14, 1698:14, 1699:1, 1865:7, 1865:13, 1866:1, 1866:6, 1866:21, 1867:11, 1867:20, 1937:16, 2017:13

**hundreds** [5] - 1682:12, 1682:24, 1703:24
**hungry** [1] - 1738:12
**Hunsaker** [1] - 1869:10
**hurt** [1] - 1906:12
**hypothetical** [7] - 1664:8, 1858:14, 1859:11, 1859:21, 1860:4, 1865:24, 1866:8

## I

**I..** [1] - 1790:4
**i.e** [1] - 1849:25
**IBM** [1] - 2017:13
**icon** [4] - 1751:19, 1768:6, 1768:16, 1889:11
**idea** [13] - 1669:7, 1694:23, 1697:3, 1808:17, 1861:18, 1867:7, 1889:25, 1890:20, 1893:3, 1893:8, 1896:4, 1959:23, 1969:14
**ideas** [1] - 1881:7
**identical** [4] - 1807:15, 1812:11, 1818:10, 1828:15
**identically** [2] - 1994:21, 1994:24
**identified** [17] - 1656:21, 1740:1, 1762:21, 1780:21, 1807:14, 1812:20, 1812:23, 1818:11, 1827:5, 1835:2, 1835:24, 1835:25, 1842:22, 1843:18, 1990:17, 1996:22
**identifies** [1] - 1836:5
**identify** [19] - 1689:11, 1693:6, 1747:14, 1748:2, 1780:16, 1807:13, 1812:9, 1812:10, 1818:9, 1826:8, 1828:13, 1831:1, 1840:12, 1846:4, 1846:9, 1847:19, 1847:21, 1864:20, 1896:16
**identifying** [2] - 1781:21, 1829:1
**ignored** [1] - 1699:15
**ignores** [1] - 1862:10
**Ile** [1] - 1671:21
**illustrate** [2] - 1757:5, 1769:10
**illustrated** [1] - 1995:14
**illustrates** [1] - 1770:12
**iMac** [2] - 1699:2, 1700:14
**image** [1] - 1754:25
**images** [2] - 1763:14, 1984:2
**imagine** [1] - 1682:18
**immensely** [1] - 1707:16
**impact** [1] - 1738:3
**impatient** [1] - 1891:1
**implement** [5] - 1747:1, 1747:2, 1961:1, 1961:6, 1994:25
**implementation** [1] - 1785:24
**implemented** [3] - 1747:16, 1789:15, 1989:23
**implementing** [1] - 1971:19
**implements** [1] - 1766:17
**import** [16] - 1918:1, 1973:20, 1974:5, 1974:7, 1974:9, 1974:16, 1974:20, 1974:23, 1975:2, 1975:6, 1975:20,

1976:19, 1976:20, 1977:2, 1977:11
**importance** [1] - 1868:17
**important** [24] - 1693:10, 1705:17, 1705:24, 1705:25, 1725:2, 1725:3, 1743:9, 1750:21, 1795:8, 1795:13, 1801:12, 1866:9, 1868:24, 1870:21, 1875:20, 1911:8, 1932:9, 1949:11, 1956:8, 1967:10, 1968:24, 1970:25, 1971:1, 2006:12
**importantly** [2] - 1946:15, 1988:20
**imported** [1] - 1978:9
**importing** [1] - 1977:10
**imports** [3] - 1974:12, 1974:13, 1975:3
**impossible** [1] - 1824:23
**impression** [2] - 1683:13, 1897:6
**impressive** [2] - 1945:10, 1946:8
**imprinted** [1] - 1904:1
**improper** [2] - 1824:24, 1872:24
**in-memory** [10] - 1735:6, 1742:1, 1760:14, 1761:25, 1762:2, 1763:7, 1772:1, 2006:4, 2006:7, 2006:8
**in-RAM** [1] - 1737:19
**inappropriate** [1] - 1866:18
**Inc** [1] - 1656:12
**include** [6] - 1734:21, 1771:14, 1811:16, 1811:23, 1851:20, 1851:21
**included** [12] - 1696:1, 1696:15, 1696:17, 1742:13, 1804:8, 1808:7, 1817:22, 1819:23, 1869:5, 1871:16, 1966:6, 1967:5
**includes** [8] - 1811:3, 1811:11, 1811:19, 1835:13, 1839:6, 1860:17, 1939:1, 1995:20
**including** [8] - 1812:15, 1817:11, 1840:2, 1844:15, 1868:15, 1877:21, 1967:5, 1988:17
**inconsistent** [2] - 1797:8, 1797:13
**incorrect** [3] - 1657:2, 1763:10, 1862:2
**incredible** [2] - 1694:13, 1926:2
**incredibly** [4] - 1685:21, 1695:7, 1700:8, 1707:18
**increment** [3] - 1755:22, 1755:23, 1775:22
**incremented** [2] - 1962:12, 1963:5
**increments** [3] - 1771:25, 1962:10, 1963:4
**independently** [1] - 1722:19
**INDEX** [1] - 1653:1
**index** [3] - 1775:22, 1883:7, 1935:19
**Index** [2] - 1777:14, 1978:5
**indexed** [1] - 2012:10
**Indiana** [1] - 1983:9
**indicate** [5] - 1705:23, 1770:3, 1770:4, 1919:3, 2016:7
**indicated** [2] - 2009:14, 2013:2
**indicates** [5] - 1857:18, 1909:24, 1910:1, 1922:1, 1944:24
**Indicating** [1] - 1750:2
**indicating** [14] - 1716:10, 1729:10, 1758:23, 1760:3, 1767:25, 1783:5,

1798:18, 1852:18, 1918:4, 1922:6, 1999:24, 2000:18, 2000:25, 2015:10
**indicating** [3] - 1756:22, 1910:2, 1990:3
**indication** [5] - 1798:16, 1908:8, 2013:9, 2013:23, 2014:3
**indicator** [3] - 1746:23, 1747:3, 1761:2
**indirect** [11] - 1735:21, 1801:13, 1801:16, 1801:18, 1801:19, 1801:20, 1802:8, 1802:12, 1803:5, 1803:19, 1869:17
**indirectly** [4] - 1928:15, 1928:16, 1930:3, 1952:25
**individual** [7] - 1656:18, 1830:12, 1848:17, 1904:14, 1912:7, 1915:11, 1935:20
**individually** [3] - 1748:18, 1749:18, 1830:3
**individuals** [1] - 1719:19
**inducement** [3] - 1801:22, 1805:13, 1805:14
**industrial** [2] - 1926:21, 1984:10
**industry** [7] - 1739:4, 1926:23, 1927:1, 1927:2, 1927:10, 1983:15
**inelegant** [1] - 1684:6
**information** [42] - 1731:7, 1731:11, 1732:11, 1732:12, 1732:14, 1733:3, 1733:7, 1733:10, 1733:20, 1734:7, 1736:19, 1736:23, 1737:5, 1737:15, 1737:18, 1762:1, 1762:8, 1762:9, 1762:17, 1763:9, 1765:4, 1765:8, 1767:7, 1769:6, 1770:17, 1771:15, 1783:6, 1791:23, 1793:13, 1795:9, 1795:14, 1813:21, 1814:19, 1816:5, 1816:24, 1850:22, 1885:2, 1889:6, 1923:11, 1931:13, 1982:21, 2015:23
**informs** [1] - 2008:19
**infrared** [10] - 1818:12, 1818:17, 1819:3, 1820:1, 1820:2, 1820:18, 1821:24, 1822:17, 1823:9, 1824:13
**infringe** [10] - 1708:11, 1709:3, 1803:12, 1804:9, 1805:16, 1828:13, 1902:13, 1981:8, 1985:23, 2007:19
**infringed** [6] - 1845:25, 1873:3, 1986:14, 2007:18, 2007:23, 2008:2
**infringement** [50] - 1657:1, 1710:16, 1713:11, 1801:14, 1801:16, 1801:18, 1801:19, 1801:20, 1801:22, 1802:4, 1802:6, 1802:8, 1802:12, 1803:3, 1803:5, 1803:8, 1803:9, 1803:12, 1803:16, 1803:17, 1803:19, 1804:19, 1805:1, 1805:22, 1806:25, 1808:8, 1824:23, 1833:24, 1834:2, 1839:20, 1839:25, 1847:7, 1847:13, 1858:21, 1859:2, 1859:22, 1860:5, 1869:17, 1873:10, 1899:23, 1981:5, 1986:19, 1987:8, 1987:14, 1987:17, 1988:21, 1989:17, 1989:25, 1990:10
**infringer** [1] - 1861:17
**infringes** [3] - 1802:17, 1858:24, 1899:24

2044

**infringing** [6] - 1708:16, 1709:19, 1709:22, 1710:14, 1859:9, 2000:20
**initial** [5] - 1701:2, 1720:14, 1779:23, 1856:9, 1962:22
**initializes** [1] - 1759:16
**initiate** [5] - 1849:25, 1850:11, 1851:11, 1851:22, 2006:2
**initiates** [1] - 1850:22
**innovation** [1] - 1701:22
**innovative** [3] - 1684:17, 1707:16, 1714:5
**input** [2] - 1751:24, 1993:10
**insert** [2] - 1715:18, 1749:7
**inserts** [1] - 1749:9
**inside** [8] - 1696:2, 1726:22, 1748:21, 1764:20, 1769:3, 1771:7, 1891:25, 1985:10
**instability** [1] - 1762:19
**installation** [2] - 1939:8, 1939:22
**instead** [7] - 1813:6, 1813:21, 1826:24, 1867:6, 1875:7, 1924:10, 1996:16
**Institute** [2] - 1925:17, 2015:20
**instruct** [1] - 1952:8
**instructed** [1] - 1807:20
**instruction** [4] - 1656:14, 1795:2, 1842:25, 1848:22
**instructions** [7] - 1794:22, 1795:8, 1795:13, 1797:23, 1805:19, 1841:7, 2008:8
**instructor** [1] - 1758:9
**instrument** [1] - 1679:13
**insubstantial** [10] - 1799:17, 1809:17, 1809:19, 1809:23, 1813:14, 1820:23, 1821:6, 1825:7, 1825:25, 1826:1
**insubstantiality** [5] - 1810:12, 1829:21, 1831:8, 1838:12, 1849:9
**insubstantially** [1] - 1845:4
**insufficiency** [1] - 1829:9
**insufficient** [4] - 1798:21, 1828:11, 1829:3, 1861:2
**integer** [1] - 1997:23
**integrate** [1] - 1672:22
**integrated** [1] - 1694:17
**Integrates** [1] - 1696:23
**integrates** [1] - 1693:16
**integrating** [1] - 1694:16
**Intel** [2] - 1891:10, 1891:11
**intellectual** [2] - 1861:19, 1944:16
**intend** [2] - 1866:12, 2008:23
**intense** [2] - 1698:1, 1698:4
**intensive** [1] - 1972:14
**intention** [3] - 1783:20, 1833:11, 2020:6
**interact** [1] - 1882:19
**interaction** [2] - 1944:4, 1944:11
**interchangeable** [1] - 1809:4
**interchangeably** [1] - 1734:3
**interest** [4] - 1672:1, 1798:19, 1800:1, 1923:1
**interested** [10] - 1879:24, 1924:20,

1933:1, 1942:15, 1943:7, 1943:11, 1984:18, 2012:5, 2012:8, 2020:8
**interesting** [8] - 1675:5, 1675:11, 1677:6, 1759:18, 1766:1, 1770:25, 1985:6, 2006:13
**interface** [8] - 1732:13, 1732:18, 1732:19, 1732:20, 1750:7, 1855:23, 1960:16, 1960:22
**interfaces** [1] - 1911:14
**interfere** [1] - 1764:16
**interim** [3] - 1726:14, 1874:24, 1876:14
**intern** [2] - 1728:18, 1780:2
**internal** [2] - 1756:7, 1888:25
**internally** [6] - 1679:6, 1730:9, 1730:17, 1755:19, 1773:5, 1968:8
**internationally** [1] - 1930:18
**internationally-attended** [1] - 1930:18
**Internet** [14] - 1818:14, 1822:16, 1822:20, 1822:21, 1822:24, 1823:4, 1823:10, 1880:2, 1885:4, 1885:15, 1886:2, 1909:13, 1933:25, 1934:1
**interpret** [1] - 1772:17
**interpreted** [1] - 1991:8
**interrogatories** [1] - 1781:12
**interrogatory** [4] - 1781:10, 1797:5, 1797:9, 1847:6
**Interrogatory** [1] - 1781:20
**interrupt** [2] - 1857:8, 1931:24
**interrupted** [2] - 1759:12, 1792:22
**intersection** [1] - 1984:16
**intervening** [1] - 1853:16
**interviewed** [3] - 1672:7, 1672:12, 1988:2
**interviewing** [1] - 1728:11
**introduce** [4] - 1678:16, 1698:18, 1727:6, 1981:25
**introduced** [5] - 1674:4, 1700:10, 1702:11, 1704:4, 1859:3
**introducing** [1] - 1700:11
**invalid** [7] - 1662:6, 1662:9, 1662:17, 1662:23, 1662:25, 1709:8, 1981:11
**invalidating** [1] - 1761:24
**invalidity** [2] - 1902:15, 1981:9
**invent** [15] - 1875:12, 1875:18, 1877:19, 1877:20, 1883:5, 1883:12, 1884:10, 1884:14, 1888:4, 1888:8, 1889:9, 1889:25, 1890:2, 1890:3, 1890:20
**invented** [12] - 1877:17, 1878:24, 1883:7, 1883:9, 1890:9, 1890:11, 1894:15, 1894:18, 1895:18, 1895:19, 1902:7, 1912:11
**invention** [7] - 1868:18, 1869:24, 1875:17, 1878:20, 1879:7, 1879:9, 1985:7
**inventions** [2] - 1868:4, 1873:4
**inventor** [6] - 1658:18, 1875:3, 1878:17, 1903:7, 1958:8, 1987:1
**inventors** [4] - 1661:4, 1875:16, 1931:7, 1987:2

**invest** [1] - 1676:24
**investigate** [3] - 1675:13, 1676:25, 1680:18
**investigating** [3] - 1677:23, 1679:18, 1679:20
**investigation** [6] - 1678:8, 1679:16, 1680:15, 1680:21, 1684:23, 1689:2
**invited** [2] - 1698:14, 1699:24
**invoice** [2] - 1938:14, 1938:16
**involve** [1] - 1669:24
**involved** [21] - 1657:23, 1664:17, 1673:25, 1675:24, 1677:3, 1711:17, 1713:14, 1713:16, 1713:17, 1713:20, 1716:20, 1782:23, 1783:13, 1886:14, 1887:24, 1892:12, 1897:17, 1898:19, 1903:4, 1903:6, 2002:9
**involvement** [1] - 1897:14
**involves** [3] - 1669:25, 1721:18, 1985:1
**involving** [1] - 1665:23
**iPhone** [2] - 1705:4, 1900:2
**iPhones** [1] - 1929:1
**iPod** [253] - 1663:9, 1663:12, 1664:6, 1664:14, 1664:16, 1664:18, 1668:16, 1669:9, 1669:19, 1677:17, 1677:19, 1690:12, 1693:6, 1694:17, 1697:16, 1697:19, 1697:20, 1697:25, 1698:9, 1699:2, 1700:20, 1701:18, 1701:20, 1702:8, 1702:10, 1702:13, 1702:16, 1702:21, 1702:24, 1702:25, 1703:2, 1704:5, 1704:11, 1704:12, 1704:17, 1705:4, 1705:11, 1706:3, 1706:15, 1707:8, 1707:12, 1707:14, 1710:21, 1710:23, 1710:24, 1711:1, 1713:2, 1713:15, 1713:16, 1713:18, 1714:7, 1714:13, 1714:16, 1716:23, 1717:5, 1717:22, 1717:23, 1718:1, 1718:2, 1718:4, 1718:5, 1718:7, 1718:16, 1720:11, 1720:16, 1720:17, 1720:21, 1721:3, 1721:12, 1721:14, 1722:5, 1722:11, 1722:14, 1722:20, 1723:17, 1724:12, 1725:22, 1726:21, 1728:6, 1728:12, 1728:18, 1728:23, 1729:7, 1729:14, 1730:9, 1731:4, 1731:7, 1731:11, 1731:18, 1731:25, 1732:1, 1732:19, 1732:23, 1733:19, 1733:21, 1735:1, 1735:10, 1735:11, 1735:14, 1735:24, 1736:4, 1736:11, 1736:18, 1736:21, 1737:4, 1737:14, 1737:15, 1737:16, 1737:20, 1738:8, 1740:4, 1741:4, 1742:8, 1742:15, 1743:8, 1745:3, 1746:18, 1747:5, 1747:18, 1747:19, 1748:1, 1748:17, 1748:22, 1749:10, 1749:12, 1749:14, 1749:22, 1750:4, 1750:23, 1750:25, 1751:4, 1751:12, 1751:14, 1751:16, 1751:17, 1751:18, 1751:22, 1752:7, 1752:10, 1753:1, 1754:14, 1754:16, 1754:19, 1755:1, 1755:2, 1755:4, 1756:3, 1756:7, 1756:14, 1756:18, 1758:1, 1762:20, 1764:23, 1765:3, 1765:6, 1765:15, 1766:3, 1766:4, 1766:16, 1766:20,

1767:2, 1767:7, 1767:10, 1768:2, 1768:19, 1768:22, 1768:25, 1769:2, 1770:4, 1770:18, 1771:5, 1771:7, 1772:14, 1772:20, 1773:5, 1773:6, 1773:16, 1774:4, 1776:11, 1776:21, 1776:22, 1777:16, 1777:25, 1778:4, 1779:23, 1782:8, 1782:9, 1784:13, 1785:22, 1787:2, 1787:20, 1787:24, 1788:3, 1788:7, 1789:7, 1791:7, 1791:20, 1791:21, 1791:25, 1792:22, 1795:9, 1795:14, 1796:1, 1802:5, 1804:25, 1806:5, 1807:10, 1813:25, 1814:3, 1814:7, 1814:15, 1823:25, 1824:12, 1824:19, 1825:3, 1828:3, 1828:4, 1828:7, 1828:18, 1835:4, 1836:8, 1837:19, 1838:14, 1859:3, 1862:25, 1869:14, 1894:14, 1894:18, 1895:2, 1896:3, 1900:2, 1990:4, 2000:17, 2000:22, 2000:23, 2004:24, 2005:19, 2005:22, 2005:23, 2006:2, 2006:5

**iPods** [47] - 1663:4, 1664:19, 1664:21, 1664:25, 1670:5, 1670:21, 1717:3, 1721:24, 1722:15, 1725:25, 1729:5, 1729:12, 1729:25, 1730:5, 1731:23, 1739:10, 1740:14, 1740:25, 1744:17, 1747:18, 1748:13, 1749:8, 1749:16, 1749:20, 1751:21, 1752:24, 1779:25, 1780:19, 1782:21, 1786:1, 1786:6, 1786:21, 1787:5, 1787:6, 1787:10, 1788:1, 1790:10, 1790:13, 1791:18, 1793:2, 1822:23, 1845:3, 1860:7, 1990:1, 2000:10, 2003:6, 2007:5

**IrDA** [20] - 1660:12, 1660:13, 1665:23, 1666:2, 1666:7, 1666:8, 1667:3, 1667:21, 1667:22, 1819:3, 1819:23, 1820:17, 1821:9, 1821:12, 1821:17, 1821:22, 1852:20, 1852:24

**irrelevant** [1] - 1860:22

**IS** [1] - 2020:18

**isolated** [1] - 1909:8

**issue** [24] - 1784:25, 1790:11, 1791:2, 1798:12, 1801:6, 1802:9, 1802:18, 1803:6, 1803:18, 1803:24, 1804:6, 1821:6, 1825:19, 1839:21, 1848:5, 1848:6, 1854:21, 1855:4, 1855:17, 1865:11, 1867:18, 1871:5, 1878:24, 2017:22

**issued** [5] - 1671:1, 1712:23, 1821:17, 1856:5, 1987:3

**issues** [9] - 1710:25, 1802:16, 1803:6, 1806:1, 1806:25, 1807:2, 1873:21, 1902:3, 2019:22

**ITC** [1] - 2010:3

**item** [9] - 1750:8, 1775:2, 1777:21, 1922:2, 1922:6, 1922:12, 1996:3, 1996:4, 1996:7

**items** [12] - 1746:20, 1831:10, 1843:7, 1871:17, 1912:1, 1912:2, 1942:8, 1942:16, 1954:18, 1955:5, 1955:9, 1995:15

**Ithaca** [1] - 1982:11

**itself** [17] - 1721:15, 1721:25, 1722:6, 1722:15, 1776:8, 1776:18, 1806:6, 1845:19, 1850:16, 1856:4, 1894:18, 1923:13, 1925:24, 1939:1, 1947:17, 2009:20, 2017:2

**iTunes** [51] - 1664:10, 1664:14, 1664:15, 1669:2, 1669:3, 1669:7, 1676:5, 1676:8, 1677:24, 1678:1, 1679:15, 1680:11, 1683:10, 1683:13, 1688:12, 1688:15, 1688:19, 1688:22, 1697:3, 1697:20, 1717:21, 1717:25, 1718:3, 1718:13, 1718:14, 1720:17, 1720:25, 1721:8, 1741:18, 1756:20, 1785:23, 1788:17, 1788:18, 1788:19, 1789:9, 1789:14, 1791:18, 1791:20, 1791:21, 1803:15, 1851:15, 1869:13, 1869:15, 1870:6, 1871:15, 1871:24, 1901:23, 1901:24, 1988:13, 1990:8

**iTunes.db** [1] - 2003:23

**iTunesDataEngine.c** [2] - 1756:21, 1756:24

**iTunesDB** [11] - 1731:21, 1733:6, 1785:9, 1791:11, 1791:13, 1791:19, 1791:21, 1793:6, 1793:11, 1793:13, 2003:22

---

## J

**jack** [1] - 1695:25

**Jackson** [1] - 1982:6

**James** [2] - 1680:2, 1779:4

**January** [2] - 1675:16, 1677:8

**Japan** [2] - 1677:7, 1677:15

**Jesse** [7] - 1726:8, 1726:17, 1727:8, 1988:3, 2002:10, 2004:18, 2005:5

**JESSE** [3] - 1727:1, 1779:17, 1797:1

**Jim** [1] - 1890:24

**JMOL** [12] - 1800:11, 1802:24, 1829:3, 1840:4, 1840:17, 1840:20, 1848:5, 1848:6, 1848:7, 1848:17, 2019:17, 2019:23

**JMOLs** [3] - 1873:18, 2019:15, 2020:1

**job** [19] - 1669:21, 1669:22, 1672:13, 1672:15, 1672:19, 1673:4, 1674:12, 1698:25, 1699:3, 1704:22, 1705:5, 1713:24, 1714:1, 1725:13, 1863:21, 1926:2, 1931:16, 1931:18, 1983:24

**jobs** [6] - 1663:6, 1698:16, 1698:18, 1719:21, 1723:21, 1983:22

**jogging** [1] - 1744:5

**John** [2] - 1778:9, 1778:13

**joined** [1] - 1729:4

**Jose** [1] - 1727:9

**journalist** [1] - 1700:9

**journalists** [6] - 1698:14, 1699:1, 1699:4, 1699:6, 1699:23, 1700:1

**journals** [1] - 1984:10

**judge** [4] - 1667:15, 1861:7, 1877:23, 2017:22

**Judge** [5] - 1846:8, 1870:15, 1989:3, 1993:19, 2001:10

**judgment** [23] - 1798:9, 1801:21, 1801:24, 1802:8, 1825:8, 1826:14, 1827:12, 1828:12, 1839:19, 1840:1, 1840:7, 1840:18, 1845:10, 1845:20, 1849:12, 1849:18, 1853:9, 1858:13, 1860:10, 1862:20, 1863:3, 1864:14, 1872:8

**judgments** [1] - 1840:16

**jukebox** [2] - 1669:2, 1676:5

**July** [3] - 1691:22, 1822:8, 2018:24

**jumbo** [1] - 1692:2

**jump** [7] - 1732:25, 1733:2, 1736:22, 1743:2, 1863:1, 1887:5, 1920:14

**jumped** [1] - 1764:20

**jumps** [5] - 1774:18, 1882:14, 1882:16, 1920:9, 2000:8

**June** [10] - 1822:7, 1855:19, 1891:8, 1937:3, 1937:3, 1966:4, 1966:7, 1967:6, 1970:16, 2015:20

**JUNE** [2] - 1656:2, 2020:17

**junior** [4] - 1758:7, 1758:13, 1927:5, 1927:6

**jurors** [1] - 1919:2

**Jurors** [1] - 1907:2

**jurors'** [1] - 1991:2

**jury** [99] - 1657:11, 1657:20, 1657:25, 1665:25, 1706:24, 1707:3, 1727:2, 1728:8, 1729:4, 1729:24, 1730:2, 1731:3, 1732:22, 1738:17, 1739:17, 1740:3, 1741:21, 1742:5, 1744:16, 1747:25, 1748:20, 1750:1, 1750:3, 1752:24, 1753:6, 1753:16, 1753:19, 1754:1, 1754:22, 1756:12, 1758:19, 1768:25, 1769:11, 1770:9, 1773:5, 1773:15, 1774:14, 1776:3, 1798:1, 1802:3, 1807:9, 1807:11, 1813:3, 1817:11, 1818:4, 1823:14, 1828:7, 1829:4, 1830:16, 1841:6, 1846:5, 1846:9, 1846:18, 1846:22, 1847:6, 1847:19, 1847:22, 1848:3, 1848:21, 1848:22, 1857:18, 1867:22, 1871:1, 1873:15, 1874:12, 1900:25, 1902:23, 1904:8, 1906:3, 1906:20, 1907:1, 1908:3, 1909:21, 1910:14, 1910:19, 1910:24, 1911:13, 1915:20, 1938:17, 1939:6, 1939:25, 1943:16, 1943:20, 1982:1, 1982:24, 1987:24, 1989:12, 1991:16, 1993:4, 1993:6, 1993:21, 1995:6, 1997:6, 1999:12, 2000:13, 2008:16, 2008:18, 2019:13

**JURY** [2] - 1656:2, 1656:4

**jury's** [3] - 1801:5, 1906:21, 1997:5

**justification** [1] - 1864:5

**justified** [1] - 1865:8

**justify** [1] - 1865:12

# K

**K-12** [3] - 1672:20, 1673:6, 1673:8
**keep** [14] - 1678:10, 1678:14, 1678:19, 1699:18, 1736:25, 1769:20, 1770:23, 1835:2, 1876:20, 1904:3, 1906:7, 1907:24, 1919:23, 1934:17
**keeping** [4] - 1744:4, 1830:8, 1830:9, 1848:22
**keeps** [2] - 1775:15, 1775:18
**kept** [4] - 1672:10, 1685:20, 1719:6, 2012:15
**key** [12] - 1669:4, 1693:6, 1693:17, 1694:4, 1694:7, 1694:21, 1694:23, 1695:16, 1696:6, 1696:25, 1718:10, 1822:9
**Key** [2] - 1693:5, 1694:2
**keyboard** [3] - 1825:4, 1825:14, 1855:24
**keyboards** [1] - 1795:25
**keynote** [2] - 1698:16, 1720:8
**keys** [1] - 1753:9
**keyword** [1] - 2018:6
**kids** [3] - 1670:18, 1670:19, 1927:7
**kind** [80] - 1671:23, 1671:25, 1672:1, 1673:23, 1674:1, 1674:14, 1674:17, 1675:3, 1675:13, 1676:3, 1676:17, 1676:23, 1677:6, 1677:23, 1678:13, 1678:17, 1678:25, 1679:14, 1679:18, 1680:21, 1681:7, 1682:1, 1682:17, 1683:5, 1684:4, 1684:7, 1684:14, 1686:19, 1686:21, 1688:7, 1688:17, 1688:18, 1688:22, 1689:2, 1689:4, 1689:8, 1689:13, 1690:8, 1691:17, 1692:17, 1696:16, 1697:7, 1699:9, 1701:11, 1701:16, 1702:4, 1709:25, 1715:12, 1717:8, 1718:7, 1720:24, 1732:24, 1753:7, 1757:17, 1767:22, 1825:21, 1850:10, 1861:20, 1862:15, 1879:9, 1881:2, 1883:9, 1885:9, 1887:18, 1891:10, 1894:20, 1905:5, 1915:8, 1954:9, 1961:22, 1961:24, 1964:5, 1975:13, 1984:14, 1985:12, 1993:22, 1996:7, 2014:19, 2017:12, 2018:10
**kinds** [8] - 1680:18, 1681:15, 1685:10, 1689:11, 1802:20, 2003:9, 2004:12, 2009:16
**Klopfenstein** [1] - 2012:2
**knowledge** [11] - 1678:4, 1783:6, 2012:15, 2013:6, 2014:24, 2015:1, 2015:2, 2017:4, 2017:6, 2017:11, 2017:24
**known** [9] - 1709:10, 1709:17, 1710:2, 1786:9, 1791:2, 1894:20, 1939:21, 1940:15, 1947:7
**knows** [9] - 1740:7, 1740:12, 1740:15, 1851:14, 2013:10, 2013:11, 2013:15, 2013:18, 2013:21

# L

**lab** [1] - 1735:11
**label** [1] - 1768:7
**labeled** [2] - 1755:11, 1811:2
**laboratory** [1] - 1660:8
**Labs** [2] - 1660:11, 1886:9
**lack** [1] - 1843:3
**Ladies** [1] - 1813:3
**ladies** [19] - 1658:1, 1668:13, 1706:22, 1726:16, 1727:6, 1753:14, 1770:9, 1773:14, 1797:21, 1874:13, 1875:1, 1876:17, 1877:1, 1901:13, 1943:14, 1981:2, 1981:18, 1994:14, 2008:7
**lady** [1] - 2009:22
**laid** [3] - 1856:23, 1890:23, 1897:12
**Lamoray** [1] - 1946:6
**LAMORAY** [1] - 1946:6
**landfill** [1] - 1985:14
**landfills** [1] - 1985:14
**landscape** [3] - 1670:1, 1679:19, 1689:3
**language** [10] - 1750:8, 1757:22, 1757:25, 1758:2, 1786:4, 1786:5, 1786:10, 1992:18, 1992:22, 1997:14
**languages** [1] - 1703:7
**laptop** [2] - 1676:18, 1682:15
**laptops** [2] - 1891:22, 1928:25
**large** [8] - 1682:21, 1694:24, 1935:13, 1935:15, 1984:18, 1988:7, 1988:18, 1989:4
**large-scale** [1] - 1984:18
**larger** [4] - 1682:14, 1682:16, 1682:17, 1730:17
**Larry** [1] - 1946:6
**Las** [3] - 1876:5, 1876:9, 1896:14
**laser** [1] - 1911:16
**last** [22] - 1730:24, 1783:4, 1785:1, 1785:9, 1798:3, 1803:18, 1805:4, 1806:6, 1823:23, 1828:21, 1852:1, 1871:14, 1876:19, 1878:11, 1889:11, 1921:2, 1984:7, 1990:11, 1992:15, 2003:17, 2015:22, 2016:5
**lasted** [1] - 1682:25
**late** [7] - 1697:23, 1716:4, 1730:10, 1800:12, 1864:17, 1929:25, 2010:24
**latest** [3] - 1755:8, 1756:8, 1934:5
**launch** [5] - 1674:7, 1691:12, 1697:24, 1701:3, 1719:4
**Lauren** [1] - 1884:22
**law** [27] - 1798:9, 1801:21, 1802:8, 1802:17, 1805:18, 1808:6, 1813:12, 1827:13, 1845:10, 1849:12, 1851:8, 1853:10, 1858:13, 1860:2, 1860:10, 1862:20, 1862:25, 1863:4, 1864:14, 1867:2, 1867:19, 1872:9, 1874:1, 1953:2, 1955:13, 1989:2, 2012:2
**lawsuit** [12] - 1667:9, 1667:13, 1679:25, 1680:8, 1778:23, 1778:25, 1779:3, 1779:6, 1779:9, 1878:22,

1900:5, 1900:7
**lawyer** [5] - 1863:13, 1944:17, 1945:18, 1954:10, 1954:13
**lawyers** [5] - 1667:12, 1780:21, 1832:10, 1930:4, 1970:2
**laying** [1] - 1871:18
**Layout** [1] - 1947:24
**layout** [1] - 1978:2
**leading** [1] - 1732:8
**learn** [1] - 1671:12
**learned** [1] - 1879:8
**least** [20] - 1676:23, 1676:25, 1678:21, 1709:17, 1710:8, 1768:15, 1823:19, 1828:8, 1848:14, 1858:17, 1861:25, 1862:21, 1866:21, 1872:10, 1966:3, 1969:2, 1980:21, 2009:3, 2012:23, 2013:8
**leave** [8] - 1699:15, 1717:7, 1790:1, 1911:9, 1913:11, 1943:9, 1980:10, 1980:12
**led** [2] - 1676:23, 1884:25
**left** [21] - 1658:12, 1728:22, 1742:8, 1760:3, 1897:9, 1897:19, 1902:25, 1903:22, 1906:20, 1911:15, 1911:17, 1913:5, 1923:22, 1928:8, 1928:10, 1929:13, 1942:24, 1948:6, 1961:3, 1997:10, 2000:16
**leg** [1] - 1802:20
**legal** [3] - 1725:15, 1805:1, 1871:19
**legs** [1] - 1840:21
**lend** [1] - 1687:1
**length** [1] - 1868:23
**less** [7] - 1665:4, 1675:5, 1702:23, 1743:9, 1929:4, 1931:14, 1972:13
**lesser** [2] - 1808:7, 1817:22
**lesser-included** [1] - 1808:7
**lessons** [1] - 1684:7
**letter** [1] - 1971:3
**lettered** [1] - 1952:4
**Letterman** [1] - 1920:6
**letters** [1] - 1897:20
**letting** [2] - 2016:2, 2017:19
**level** [28] - 1739:21, 1740:6, 1740:10, 1740:12, 1740:16, 1740:17, 1740:19, 1740:22, 1741:1, 1741:7, 1741:10, 1741:13, 1742:23, 1744:11, 1746:24, 1764:7, 1764:11, 1764:15, 1764:17, 1764:22, 1766:16, 1788:6, 1807:4, 1860:22, 1882:12, 1893:23, 1913:8, 1941:6
**librarian** [1] - 2012:22
**libraries** [1] - 2015:3
**library** [13] - 1718:3, 1718:14, 1721:8, 1759:22, 1760:13, 1760:16, 1899:21, 1923:23, 1924:3, 1971:12, 1971:15, 2013:1, 2016:7
**library's** [1] - 2013:7
**library.mit** [1] - 2016:16
**license** [2] - 1861:25, 1862:3
**licensed** [2] - 1856:3, 1862:8

**licensee** [5] - 1861:14, 1861:17, 1861:18, 1862:11, 1862:14
**licenses** [1] - 1868:4
**licensing** [2] - 1856:22, 1861:21
**licensor** [5] - 1861:16, 1861:18, 1862:10, 1862:14, 1866:13
**life** [5] - 1669:7, 1681:7, 1682:23, 1684:2, 1692:23
**lift** [1] - 1699:12
**light** [9] - 1656:14, 1738:19, 1738:25, 1739:2, 1739:22, 1742:3, 1915:20, 1915:23, 1919:3
**limine** [5] - 1840:2, 1840:3, 1855:9, 2009:15, 2010:15
**limit** [1] - 2017:3
**limitation** [28] - 1807:20, 1810:24, 1811:8, 1812:1, 1812:5, 1822:12, 1822:15, 1823:1, 1823:12, 1832:16, 1832:17, 1834:23, 1834:25, 1835:8, 1835:24, 1835:25, 1836:24, 1845:20, 1848:8, 1849:6, 1849:16, 1992:7, 2007:15, 2007:17, 2007:19, 2007:24, 2008:1
**limitations** [16] - 1828:8, 1830:9, 1834:9, 1840:12, 1845:21, 1858:25, 1991:1, 1991:3, 1992:4, 1992:7, 1992:14, 2007:10, 2007:11, 2007:21, 2007:22
**limited** [1] - 1716:1
**limiting** [1] - 1892:4
**line** [58] - 1658:22, 1673:14, 1677:8, 1702:16, 1703:2, 1703:3, 1704:2, 1723:17, 1729:8, 1736:6, 1758:23, 1759:24, 1759:25, 1760:5, 1760:7, 1760:17, 1760:18, 1760:22, 1761:15, 1761:23, 1763:6, 1763:22, 1764:6, 1765:18, 1765:21, 1766:7, 1769:17, 1769:22, 1770:2, 1771:1, 1771:20, 1771:21, 1772:6, 1772:13, 1772:16, 1774:11, 1774:24, 1775:6, 1775:11, 1776:6, 1776:7, 1850:15, 1866:20, 1915:10, 1933:10, 1948:8, 1952:7, 1952:14, 1957:22, 1958:13, 1975:18, 1978:4, 1993:5, 1995:18, 1995:19, 1999:22
**lines** [24] - 1665:17, 1701:22, 1702:5, 1702:6, 1702:15, 1757:3, 1757:11, 1759:15, 1761:10, 1761:23, 1763:8, 1764:3, 1765:20, 1774:2, 1774:3, 1775:4, 1781:6, 1789:5, 1890:13, 1995:18, 1997:11, 1998:19, 2003:24
**link** [13] - 1659:4, 1665:20, 1666:2, 1666:20, 1667:2, 1667:22, 1813:14, 1817:19, 1818:12, 1818:17, 1822:17, 1823:9, 1919:12
**linked** [7] - 1818:13, 1822:20, 1823:10, 1927:4, 2005:8, 2005:9, 2005:14
**LinkedIn** [4] - 1940:15, 1940:20, 1940:21, 1941:6
**linking** [1] - 1826:2, 1834:22, 1841:16
**lips** [1] - 1808:13

**list** [17] - 1663:13, 1737:8, 1746:20, 1746:22, 1811:2, 1855:22, 1889:19, 1890:6, 1894:1, 1912:1, 1914:15, 1920:5, 1921:5, 1999:25, 2005:9, 2005:15
**listed** [2] - 1790:10, 1878:16
**listen** [10] - 1681:9, 1722:13, 1744:19, 1745:10, 1875:9, 1879:19, 1880:3, 1881:13, 1881:19, 1902:1
**Listen** [1] - 1795:16
**listened** [1] - 1881:10
**listening** [3] - 1681:23, 1776:14, 1879:24
**lists** [3] - 1839:12, 1889:1, 1889:21
**literal** [4] - 1839:20, 1839:25, 1847:13, 1850:7
**literally** [5] - 1683:22, 1843:22, 1927:18, 1935:2, 1985:4
**litigation** [2] - 1780:13, 1847:17
**live** [9] - 1670:13, 1670:14, 1727:9, 1745:16, 1904:21, 1926:14, 1959:8, 1982:10, 2009:24
**lived** [3] - 1858:7, 1880:5, 1983:17
**lives** [5] - 1668:24, 1875:4, 1926:15, 1981:13
**living** [1] - 1983:6
**LLC** [4] - 1779:13, 1798:15, 1799:2, 1799:25
**load** [6] - 1816:8, 1816:9, 1915:7, 1918:13, 2006:20, 2006:23
**loaded** [5] - 1786:23, 1814:20, 1815:17, 1815:19, 1970:19
**loading** [1] - 1891:4
**loads** [1] - 1814:16
**local** [28] - 1818:13, 1823:9, 1910:15, 1910:16, 1914:5, 1914:17, 1914:21, 1915:12, 1915:16, 1915:17, 1916:4, 1916:18, 1916:22, 1917:5, 1917:17, 1917:18, 1918:17, 1918:20, 1919:4, 1922:24, 1947:6, 1971:6, 1973:4, 1973:9, 1973:18, 1976:2, 1979:19
**locally** [3] - 1917:1, 1947:16, 1979:8
**locate** [5] - 1812:17, 1835:14, 1948:14, 1995:21, 2012:9
**located** [3] - 1757:12, 1813:19, 1927:21
**Location** [1] - 1967:19
**location** [5] - 1968:3, 1976:1, 1989:19, 1997:23, 1998:1
**lock** [1] - 1754:4
**locker** [1] - 1950:6
**locks** [3] - 1753:8, 1754:4, 1989:4
**LocType** [25] - 1656:9, 1656:10, 1656:18, 1656:25, 1657:1, 1657:6, 1812:18, 1812:23, 1813:6, 1817:12, 1837:5, 1842:21, 1843:4, 1843:7, 1991:9, 1995:22, 1996:7, 1997:22, 1998:1, 1998:8, 1999:21, 2001:24, 2002:1, 2007:4
**LocTypes** [4] - 1989:19, 1996:2, 1998:22, 2002:5

**log** [1] - 1967:3
**Logan** [19] - 1661:8, 1661:21, 1680:2, 1712:4, 1716:7, 1779:4, 1800:18, 1802:19, 1855:24, 1860:18, 1877:9, 1881:10, 1881:12, 1886:14, 1887:24, 1890:8, 1894:25, 1896:15, 1987:4
**logging** [2] - 1759:17, 1770:23, 1772:4
**logical** [2] - 1848:24, 1861:22
**logo** [2] - 1749:25, 1787:11
**logs** [1] - 1966:22
**longest** [1] - 1657:22
**longtime** [1] - 1929:17
**look** [85] - 1666:19, 1675:17, 1687:8, 1701:5, 1705:7, 1712:11, 1712:14, 1712:17, 1718:22, 1719:22, 1725:13, 1750:16, 1757:21, 1789:5, 1795:2, 1795:3, 1795:6, 1814:15, 1821:12, 1821:19, 1824:2, 1824:12, 1829:6, 1843:6, 1850:25, 1851:1, 1852:13, 1861:10, 1862:13, 1863:18, 1864:12, 1867:12, 1879:5, 1887:7, 1888:12, 1889:11, 1891:3, 1912:9, 1914:12, 1914:14, 1914:23, 1915:5, 1916:17, 1918:3, 1918:5, 1921:14, 1927:14, 1934:9, 1934:22, 1935:5, 1937:17, 1937:20, 1939:2, 1945:9, 1946:7, 1947:18, 1952:3, 1953:18, 1953:21, 1957:4, 1957:5, 1962:23, 1964:23, 1965:8, 1965:13, 1968:7, 1973:2, 1975:11, 1982:22, 1985:19, 1988:10, 1992:13, 1993:18, 1998:6, 2000:1, 2001:23, 2002:1, 2002:5, 2003:4, 2011:4, 2015:22, 2016:3, 2016:9, 2017:23, 2019:9
**Look** [1] - 1813:6
**Lookahead** [2] - 1971:22, 1972:19
**looked** [26] - 1677:24, 1685:7, 1686:8, 1693:9, 1695:19, 1695:22, 1709:21, 1757:11, 1787:19, 1815:18, 1880:13, 1888:23, 1907:4, 1919:21, 1961:6, 1969:6, 1986:5, 1987:11, 1987:22, 1988:18, 1988:19, 1988:21, 1998:4, 2011:8, 2018:14, 2018:18
**looking** [46] - 1656:9, 1666:19, 1676:20, 1679:19, 1685:8, 1685:9, 1689:7, 1692:4, 1692:12, 1692:15, 1693:4, 1694:1, 1699:11, 1700:10, 1710:19, 1716:20, 1738:2, 1748:16, 1764:6, 1773:20, 1781:2, 1782:7, 1835:15, 1838:6, 1876:22, 1877:16, 1887:18, 1887:21, 1897:23, 1910:3, 1916:14, 1920:5, 1923:5, 1924:23, 1927:8, 1934:21, 1936:20, 1936:23, 1939:22, 1943:9, 1957:14, 1964:12, 1993:4, 2001:6, 2007:15, 2014:11
**looks** [19] - 1674:8, 1705:12, 1748:19, 1752:16, 1754:24, 1769:3, 1771:5, 1771:8, 1814:3, 1886:18, 1887:4, 1888:3, 1888:10, 1888:14, 1889:8, 1914:14, 1993:4, 2016:16
**loop** [1] - 1890:21

**Los** [3] - 1670:14, 1983:11, 1983:17
**lose** [8] - 1733:16, 1762:6, 1792:7, 1792:9, 1792:11, 1793:9, 1863:16, 1946:16
**lost** [2] - 1794:3, 2001:21
**lousy** [1] - 1734:15
**love** [9] - 1670:22, 1675:12, 1924:1, 1924:2, 1924:4, 1924:14, 1949:10, 1979:3
**Love** [4] - 1924:4, 1924:5, 1924:6
**loved** [5] - 1674:13, 1699:19, 1699:20, 1700:7, 1700:25
**low** [15] - 1739:21, 1740:12, 1740:19, 1740:22, 1741:1, 1741:7, 1742:23, 1744:11, 1764:7, 1764:15, 1764:22, 1766:16, 1788:6, 1865:6, 1867:15
**low-level** [12] - 1739:21, 1740:12, 1740:19, 1740:22, 1741:1, 1741:7, 1744:11, 1764:7, 1764:15, 1764:22, 1766:16, 1788:6
**lower** [9] - 1704:6, 1740:10, 1740:16, 1740:17, 1741:13, 1764:11, 1764:17, 1942:7, 1948:21
**lower-level** [6] - 1740:10, 1740:16, 1740:17, 1741:13, 1764:11, 1764:17
**lump** [1] - 1867:23
**lump-sum** [1] - 1867:23
**lunch** [2] - 1797:22, 1823:15

## M

**Mac** [15] - 1672:23, 1673:14, 1673:22, 1676:6, 1676:7, 1677:7, 1693:16, 1696:23, 1697:19, 1700:14, 1700:16, 1717:24, 1718:2, 1767:18
**machine** [63] - 1780:13, 1780:15, 1814:7, 1815:18, 1903:22, 1903:24, 1907:18, 1907:19, 1909:19, 1910:12, 1911:5, 1911:6, 1911:7, 1911:18, 1911:19, 1911:20, 1912:9, 1912:17, 1912:23, 1913:18, 1914:6, 1914:8, 1914:13, 1914:19, 1914:21, 1914:24, 1914:25, 1915:8, 1915:9, 1915:10, 1916:2, 1916:21, 1916:23, 1917:4, 1917:20, 1918:14, 1919:8, 1921:18, 1923:21, 1929:13, 1947:17, 1949:22, 1949:23, 1959:23, 1961:1, 1961:8, 1961:19, 1961:22, 1962:1, 1962:5, 1971:7, 1971:9, 1977:10, 1977:11, 1978:14, 1978:21, 1979:9, 1979:17, 1979:19, 1979:21, 1979:22, 2004:9
**machines** [13] - 1780:17, 1883:18, 1905:22, 1912:14, 1928:7, 1929:3, 1950:1, 1953:11, 1953:13, 1961:19, 1970:9, 1970:20, 1986:9
**Macintosh** [2] - 1672:6, 1688:19
**Macs** [2] - 1673:5, 1673:7
**magnetic** [1] - 1827:3
**magnets** [1] - 1696:17
**main** [10] - 1670:5, 1686:15, 1706:15,
1706:16, 1750:8, 1756:20, 1768:7, 1777:21, 1844:3, 1983:24
**Main** [1] - 1706:12
**Maine** [1] - 1899:21
**maintain** [1] - 1788:11
**maintained** [1] - 1948:5
**maintains** [1] - 1860:9
**major** [2] - 1755:23, 1904:2
**majority** [2] - 1937:2, 1937:7
**man** [1] - 1680:14
**manage** [2] - 1676:6, 1929:11
**management** [7] - 1684:24, 1685:11, 1685:15, 1685:17, 1687:4, 1940:24, 1941:2
**manager** [3] - 1672:10, 1674:18, 1728:6
**maneuver** [1] - 1870:9
**manipulate** [1] - 1793:18
**manner** [1] - 1976:15
**manual** [45] - 1794:25, 1894:5, 1931:11, 1931:16, 1931:18, 1932:12, 1932:23, 1933:18, 1934:5, 1934:10, 1934:14, 1934:19, 1935:12, 1935:13, 1935:16, 1935:17, 1936:19, 1936:24, 1937:3, 1937:22, 1938:4, 1945:7, 1947:18, 1958:22, 1958:25, 1959:3, 1959:11, 1964:10, 1964:16, 1965:19, 1966:10, 1966:25, 1967:1, 1970:10, 1970:14, 1972:2, 1972:7, 1972:11, 1973:2, 1973:12, 1973:23, 1977:9, 1977:14, 1977:17
**manuals** [11] - 1749:4, 1931:4, 1931:8, 1931:19, 1931:21, 1932:6, 1932:10, 1932:17, 1935:22, 1966:22, 1967:5
**manufacture** [1] - 1856:20
**manufactured** [2] - 1711:15, 1903:24
**manufacturer** [1] - 1857:2
**manufacturers** [1] - 1696:9
**manufacturing** [3] - 1711:19, 1714:25, 1926:23
**MARC** [1] - 2016:7
**March** [4] - 1712:23, 1822:10, 1903:24, 1951:9
**margin** [1] - 1860:22
**mark** [1] - 1855:20
**marked** [8] - 1658:20, 1794:15, 1855:25, 1857:2, 1938:9, 1938:24, 1941:20, 1942:19
**marker** [1] - 1957:14
**market** [19] - 1670:2, 1673:24, 1679:18, 1679:23, 1683:4, 1684:8, 1684:9, 1685:2, 1687:7, 1689:3, 1689:4, 1689:6, 1689:10, 1689:24, 1689:25, 1705:4, 1862:21, 1863:2, 1886:13
**Market** [1] - 1688:25
**marketing** [21] - 1668:17, 1669:4, 1669:18, 1669:23, 1670:1, 1673:4, 1674:11, 1674:18, 1675:20, 1688:1, 1690:13, 1690:19, 1691:11, 1691:14, 1691:15, 1692:6, 1704:23, 1713:16,

**marketplace** [5] - 1680:19, 1681:13, 1714:4, 1716:3, 1887:23
**married** [5] - 1670:16, 1673:2, 1727:10, 1727:11, 1926:3
**mass** [11] - 1731:15, 1790:19, 1791:13, 1791:24, 1792:2, 1792:6, 1793:6, 1793:7, 1826:7, 1827:2, 1827:3
**Massachusetts** [4] - 1875:5, 1925:16, 1925:18, 2015:19
**Master** [1] - 2015:19
**master's** [7] - 1925:24, 1926:8, 1941:8, 1941:11, 1983:10, 2014:8, 2015:25
**masters** [1] - 1941:10
**match** [1] - 1762:18
**material** [8] - 1781:22, 1782:4, 1883:8, 1895:14, 1923:23, 1985:12, 2004:11, 2007:1
**math** [1] - 1867:16
**mathematics** [1] - 1982:21
**matter** [26] - 1798:9, 1801:21, 1802:8, 1809:6, 1813:7, 1813:8, 1827:12, 1837:3, 1845:10, 1849:12, 1853:10, 1858:13, 1860:2, 1860:10, 1861:13, 1862:20, 1863:4, 1864:18, 1867:19, 1870:7, 1872:9, 1923:18, 1946:15, 1979:14, 2008:22, 2012:9
**Mavericks** [1] - 1905:17
**mean** [109] - 1656:23, 1657:3, 1664:4, 1664:14, 1667:3, 1674:13, 1678:16, 1680:23, 1681:5, 1681:25, 1682:16, 1682:21, 1683:21, 1683:23, 1684:16, 1685:7, 1686:6, 1686:12, 1686:20, 1692:9, 1692:10, 1692:18, 1696:2, 1696:15, 1697:20, 1698:1, 1698:2, 1699:19, 1703:5, 1710:24, 1713:24, 1715:6, 1715:23, 1718:8, 1720:23, 1721:5, 1723:3, 1723:9, 1724:19, 1725:2, 1733:25, 1741:17, 1743:4, 1755:13, 1766:14, 1767:15, 1767:21, 1772:17, 1784:19, 1792:16, 1808:22, 1808:24, 1809:9, 1809:20, 1811:23, 1812:22, 1820:12, 1830:11, 1833:8, 1835:2, 1845:23, 1848:23, 1855:11, 1856:9, 1863:17, 1865:9, 1866:16, 1868:18, 1869:24, 1874:3, 1880:12, 1883:11, 1883:17, 1884:7, 1885:23, 1887:4, 1890:11, 1891:7, 1891:8, 1891:10, 1891:17, 1892:20, 1893:2, 1893:11, 1893:20, 1894:24, 1895:7, 1898:21, 1915:18, 1919:20, 1931:14, 1938:6, 1939:10, 1942:10, 1976:10, 2007:9, 2007:14, 2009:13, 2015:8, 2015:9, 2017:11
**meaning** [6] - 1723:5, 1790:22, 1821:17, 1841:21, 1900:5, 1907:16
**meaningful** [1] - 2012:11
**means** [68] - 1668:17, 1668:19, 1724:22, 1730:9, 1742:12, 1743:5, 1743:14, 1744:20, 1755:4, 1770:14,

1776:23, 1786:18, 1792:19, 1807:18, 1807:25, 1809:12, 1811:7, 1812:1, 1812:4, 1817:6, 1818:1, 1818:7, 1822:17, 1824:1, 1824:8, 1825:16, 1828:16, 1828:20, 1829:14, 1830:2, 1830:12, 1831:21, 1832:7, 1832:23, 1833:1, 1833:15, 1834:10, 1834:23, 1835:6, 1835:17, 1835:18, 1838:1, 1838:19, 1839:2, 1840:24, 1841:19, 1851:10, 1852:25, 1867:9, 1874:6, 1879:10, 1897:23, 1898:11, 1898:13, 1898:15, 1898:17, 1908:8, 1910:7, 1926:22, 1991:13, 1993:25, 1994:17, 1994:19, 1995:9, 1995:12

**means-plus-function** [14] - 1829:14, 1830:2, 1830:12, 1831:21, 1832:7, 1833:15, 1874:6, 1898:11, 1898:13, 1898:17, 1993:25, 1994:17, 1994:19, 1995:12

**meant** [5] - 1730:6, 1768:13, 1847:19, 1896:10, 1988:24

**meantime** [1] - 1854:21

**mechanical** [2] - 1703:6, 1734:11

**mechanism** [1] - 1843:5

**Media** [3] - 1798:18, 1799:4, 2015:17

**media** [31] - 1685:10, 1729:23, 1730:22, 1731:2, 1731:3, 1731:5, 1731:12, 1731:13, 1731:18, 1731:23, 1740:7, 1740:20, 1741:8, 1741:9, 1741:12, 1741:17, 1742:4, 1743:1, 1744:11, 1744:20, 1744:25, 1745:13, 1760:22, 1764:5, 1764:6, 1764:21, 1773:17, 1773:22, 1773:23

**meet** [4] - 1711:6, 1832:6, 1959:7, 2018:11

**meeting** [5] - 1677:15, 1677:23, 1685:20, 1876:9, 2000:11

**meetings** [1] - 1892:21

**members** [5] - 1668:15, 1940:21, 1942:10, 1954:21, 1955:10

**memorandum** [5] - 1988:22, 2012:13, 2012:18, 2014:1, 2014:14

**memorized** [2] - 1870:13, 2010:25

**memory** [49] - 1685:8, 1685:9, 1704:14, 1731:16, 1733:12, 1733:24, 1733:25, 1734:2, 1735:6, 1736:25, 1737:4, 1737:6, 1737:11, 1742:1, 1742:24, 1743:4, 1743:6, 1743:7, 1760:14, 1761:25, 1762:2, 1762:25, 1763:7, 1765:4, 1767:9, 1771:12, 1772:1, 1772:2, 1791:2, 1791:3, 1793:17, 1813:22, 1814:20, 1816:10, 1825:21, 1843:24, 1844:3, 1975:4, 1975:13, 1975:15, 1976:10, 1976:21, 1977:3, 2004:12, 2006:4, 2006:7, 2006:8, 2006:21

**Memphis** [1] - 1929:16

**mention** [2] - 1857:9, 1877:13

**mentioned** [29] - 1662:2, 1677:2, 1689:12, 1689:22, 1692:20, 1694:5, 1725:18, 1725:22, 1738:14, 1744:7,

1776:18, 1784:13, 1820:18, 1857:14, 1874:15, 1876:17, 1881:7, 1885:1, 1906:22, 1906:23, 1908:22, 1928:1, 1934:8, 1944:9, 1986:25, 1991:23, 1996:25, 1997:15, 2007:16

**menu** [8] - 1724:7, 1728:13, 1746:20, 1750:8, 1773:20, 1777:21, 1793:3, 1806:18

**menus** [4] - 1732:13, 1732:17, 1732:21, 2004:10

**mere** [2] - 1850:16, 1850:17

**merely** [1] - 1803:13

**merits** [1] - 1804:2

**message** [3] - 1694:7, 1696:25, 1922:25

**messages** [8] - 1669:5, 1669:18, 1691:3, 1693:6, 1693:17, 1694:4, 1694:22, 1695:16

**Messages** [2] - 1693:5, 1694:2

**Messaging** [1] - 1694:3

**messed** [1] - 1969:12

**met** [9] - 1684:20, 1708:8, 1779:20, 1927:5, 2007:7, 2007:12, 2007:15, 2007:17, 2008:1

**metadata** [6] - 1883:7, 1892:22, 1893:1, 1895:22, 1896:2, 1896:11

**metal** [1] - 1738:10

**meter** [2] - 1913:9, 1913:10

**method** [8] - 1872:21, 1873:2, 1989:18, 1990:23, 1995:25, 2000:11, 2002:7, 2007:6

**methodology** [2] - 1858:4, 1858:5

**methods** [2] - 1891:3, 1989:22

**mic** [1] - 1940:5

**Michelle** [3] - 1931:10, 1931:16, 1935:4

**Michigan** [3] - 1925:13, 1925:15, 1927:23

**microphone** [2] - 1699:8, 1699:12

**Microsoft** [2] - 1943:8, 1944:8

**mid** [1] - 1905:10

**middle** [7] - 1702:10, 1733:2, 1780:9, 1921:6, 1993:5, 1995:6, 1997:17

**might** [42] - 1663:7, 1675:13, 1683:18, 1690:25, 1693:22, 1695:11, 1712:15, 1730:1, 1782:22, 1802:2, 1804:6, 1814:17, 1836:16, 1841:18, 1848:18, 1852:22, 1855:10, 1866:13, 1866:19, 1882:15, 1882:22, 1884:9, 1891:25, 1892:1, 1894:24, 1907:20, 1919:2, 1927:9, 1933:2, 1933:20, 1942:17, 1943:11, 1969:15, 1970:24, 1970:25, 1976:1, 1993:12, 1999:1, 2015:23, 2018:14

**military** [1] - 1905:19

**millions** [2] - 1781:5

**Milwaukee** [2] - 1727:9, 1727:20

**mind** [14] - 1660:21, 1661:11, 1830:8, 1830:9, 1835:2, 1848:22, 1863:23, 1894:24, 1895:13, 1895:24, 1994:7, 2016:2

**mine** [1] - 1927:4

**mini** [12] - 1702:10, 1702:13, 1702:20, 1702:24, 1704:2, 1704:4, 1704:8, 1704:11, 1704:12, 1704:17, 1755:4, 1790:13

**Minneapolis** [1] - 1727:20

**Minnesota** [1] - 1727:21

**minor** [1] - 1755:21

**minute** [9] - 1657:20, 1811:18, 1824:7, 1826:4, 1835:15, 1913:2, 1963:18, 1971:22, 2012:20

**Minutes** [3] - 1912:2, 1912:3, 1913:16

**minutes** [15] - 1699:11, 1743:16, 1743:18, 1743:20, 1744:5, 1770:6, 1770:8, 1814:25, 1815:15, 1815:22, 1816:8, 1816:13, 1935:2, 2006:20, 2006:23

**misleading** [1] - 1868:5

**missed** [3] - 1832:9, 1854:11, 1901:19

**missing** [6] - 1667:1, 1817:13, 1835:5, 1842:20, 1843:4, 1908:17

**Mississippi** [1] - 1982:7

**misspoke** [1] - 1756:5

**mistake** [2] - 1660:4, 1976:7

**misunderstood** [2] - 1854:7, 1962:21

**MIT** [12] - 1855:4, 1925:21, 1925:23, 1926:4, 1931:15, 1940:23, 2009:2, 2013:24, 2014:5, 2015:3, 2015:20, 2015:25

**mixture** [1] - 1965:22

**mode** [16] - 1760:12, 1764:10, 1764:12, 1890:14, 1908:14, 1910:21, 1916:7, 1947:6, 1947:7, 1947:8, 1973:15, 1979:14, 1979:19, 1990:6

**models** [1] - 1755:3

**modem** [3] - 1822:19, 1885:8, 1933:11

**modes** [3] - 1947:4, 1947:5, 1979:20

**modified** [1] - 1969:8

**module** [1] - 2011:2

**moment** [4] - 1746:13, 1776:18, 1838:22, 1900:17, 1947:21, 1955:25, 1963:17, 1995:5

**money** [1] - 1942:16

**monitor** [1] - 1907:8

**Monroe** [2] - 1931:10, 1935:4

**month** [2] - 1710:5, 1891:8

**months** [10] - 1674:5, 1674:6, 1686:7, 1707:10, 1710:5, 1710:8, 1782:1, 1784:19, 1832:10, 1950:17

**monumentally** [1] - 1966:16

**morning** [25] - 1658:1, 1658:8, 1658:9, 1658:10, 1663:13, 1665:14, 1668:13, 1669:16, 1669:17, 1708:6, 1708:7, 1727:4, 1727:5, 1779:19, 1821:12, 1855:6, 1878:7, 1881:10, 1881:13, 1902:2, 2008:10, 2008:15, 2011:1, 2019:10, 2020:14

**mortgage** [1] - 1754:8

**Morton** [1] - 1797:3

**MORTON** [10] - 1759:8, 1779:18,

1782:18, 1790:4, 1790:6, 1792:17,
1792:18, 1796:16, 1796:19, 1796:22
   **most** [27] - 1705:23, 1705:25, 1717:9,
1730:12, 1735:25, 1756:2, 1756:4,
1766:1, 1770:25, 1795:25, 1798:16,
1799:3, 1856:6, 1874:1, 1880:21,
1895:8, 1956:3, 1966:4, 1982:7,
1984:16, 1985:1, 1988:20, 1998:24,
2004:10, 2006:22, 2009:17, 2020:1
   **mostly** [1] - 1881:7
   **motion** [24] - 1798:8, 1798:22, 1798:25,
1802:15, 1802:22, 1805:25, 1825:14,
1827:10, 1829:11, 1830:21, 1830:24,
1834:20, 1839:24, 1840:1, 1840:2,
1840:3, 1846:15, 1855:9, 1859:17,
1859:24, 1860:1, 1862:17, 2009:15,
2010:14
   **motions** [11] - 1798:6, 1800:4, 1801:8,
1801:10, 1830:1, 1839:20, 1840:18,
1840:25, 1872:8, 1873:8, 1874:16
   **mount** [1] - 1985:4
   **mounted** [1] - 1791:22
   **mouse** [1] - 1911:16
   **move** [31] - 1675:8, 1685:16, 1699:13,
1714:13, 1723:3, 1723:10, 1732:21,
1758:20, 1798:12, 1799:18, 1803:3,
1825:8, 1827:12, 1839:16, 1845:9,
1845:10, 1857:11, 1864:13, 1870:2,
1902:4, 1908:5, 1922:17, 1927:2,
1946:24, 1947:13, 1949:19, 1980:21,
1985:7, 1985:17, 1989:11, 2001:4
   **moved** [7] - 1673:2, 1673:13, 1727:19,
1730:14, 1814:8, 1906:25, 1907:4
   **moves** [4] - 1774:5, 1842:23, 1872:8,
1972:24
   **movies** [1] - 1851:18
   **moving** [4] - 1690:23, 1758:10,
1885:15, 2011:10
   **MP3** [15] - 1676:9, 1676:10, 1681:15,
1681:17, 1682:8, 1682:9, 1693:25,
1695:20, 1715:23, 1715:25, 1716:2,
1716:3, 1716:5, 1716:17
   **MR** [407] - 1657:13, 1657:18, 1658:5,
1658:7, 1659:11, 1659:13, 1659:21,
1660:1, 1664:7, 1664:13, 1665:8,
1665:9, 1665:12, 1666:13, 1666:14,
1666:16, 1667:15, 1667:16, 1667:20,
1667:24, 1668:4, 1668:10, 1668:13,
1669:15, 1687:9, 1687:11, 1687:15,
1687:17, 1688:9, 1688:11, 1689:16,
1689:20, 1691:4, 1691:6, 1691:23,
1691:24, 1701:24, 1702:1, 1705:7,
1705:9, 1705:13, 1705:14, 1705:21,
1705:22, 1706:4, 1706:6, 1706:9,
1706:11, 1707:6, 1707:7, 1707:21,
1707:22, 1707:25, 1708:3, 1708:5,
1725:8, 1725:9, 1725:12, 1726:7,
1726:13, 1726:16, 1727:3, 1729:1,
1729:2, 1731:1, 1735:15, 1735:17,
1736:10, 1736:13, 1736:16, 1747:22,
1747:24, 1752:18, 1752:22, 1753:22,

1753:23, 1758:24, 1759:8, 1759:10,
1759:11, 1779:15, 1779:18, 1782:18,
1790:2, 1790:4, 1790:6, 1792:17,
1792:18, 1794:8, 1794:11, 1794:14,
1794:16, 1796:16, 1796:19, 1796:22,
1796:23, 1797:2, 1797:17, 1798:4,
1798:7, 1798:8, 1798:12, 1798:25,
1799:8, 1799:11, 1799:22, 1800:7,
1800:14, 1800:17, 1800:22, 1801:11,
1801:25, 1802:14, 1803:2, 1804:1,
1804:5, 1805:10, 1806:3, 1806:8,
1806:12, 1806:19, 1806:21, 1806:24,
1807:8, 1808:1, 1808:3, 1808:19,
1809:14, 1810:4, 1810:9, 1810:18,
1811:5, 1811:10, 1811:21, 1812:3,
1812:7, 1812:25, 1814:11, 1815:1,
1815:8, 1815:10, 1815:13, 1815:25,
1816:3, 1817:8, 1817:17, 1817:22,
1817:25, 1818:5, 1818:7, 1819:6,
1819:8, 1819:12, 1820:4, 1820:7,
1820:20, 1821:2, 1821:4, 1822:5,
1822:12, 1822:15, 1823:6, 1823:22,
1824:8, 1824:11, 1825:1, 1825:15,
1825:19, 1826:10, 1826:13, 1826:18,
1826:21, 1826:23, 1827:7, 1827:11,
1827:19, 1827:22, 1828:1, 1829:10,
1829:18, 1830:20, 1831:4, 1831:12,
1831:18, 1832:14, 1833:10, 1833:18,
1833:24, 1834:8, 1834:13, 1834:16,
1834:18, 1835:6, 1835:9, 1835:18,
1835:21, 1836:2, 1836:10, 1836:15,
1836:20, 1836:22, 1837:10, 1837:14,
1837:23, 1838:1, 1838:7, 1838:18,
1838:22, 1838:25, 1839:5, 1839:15,
1839:18, 1839:23, 1840:4, 1840:8,
1840:10, 1840:21, 1840:24, 1841:4,
1841:9, 1841:23, 1842:2, 1842:6,
1842:15, 1842:18, 1842:24, 1843:10,
1843:24, 1844:10, 1844:13, 1844:20,
1844:23, 1845:8, 1845:14, 1845:17,
1846:3, 1846:17, 1846:20, 1847:16,
1848:2, 1848:6, 1848:15, 1849:2,
1849:4, 1850:3, 1850:6, 1850:13,
1851:3, 1851:6, 1851:23, 1852:4,
1852:7, 1852:14, 1852:17, 1853:4,
1853:8, 1853:15, 1853:19, 1853:24,
1854:4, 1854:7, 1854:13, 1854:15,
1855:3, 1855:14, 1855:18, 1856:15,
1856:18, 1857:5, 1857:7, 1857:13,
1857:17, 1858:7, 1858:11, 1859:14,
1859:16, 1860:1, 1860:9, 1862:18,
1863:8, 1863:11, 1863:24, 1864:4,
1864:11, 1864:13, 1865:15, 1865:20,
1866:23, 1867:25, 1868:9, 1869:3,
1869:8, 1869:21, 1870:20, 1871:6,
1871:10, 1871:13, 1871:23, 1871:25,
1872:2, 1872:5, 1873:7, 1873:12,
1873:22, 1874:7, 1874:10, 1874:23,
1875:1, 1876:12, 1876:25, 1900:13,
1900:16, 1900:20, 1901:1, 1901:5,
1901:6, 1901:9, 1901:12, 1902:20,

1906:5, 1906:10, 1906:13, 1906:17,
1907:13, 1906:10, 1911:11, 1925:5,
1925:9, 1936:9, 1936:11, 1936:14,
1938:21, 1938:23, 1939:2, 1939:4,
1939:5, 1943:23, 1944:1, 1946:21,
1946:24, 1947:1, 1949:18, 1949:22,
1949:23, 1949:24, 1950:7, 1950:9,
1950:12, 1950:14, 1952:8, 1952:11,
1952:13, 1952:19, 1952:22, 1961:11,
1961:13, 1961:16, 1961:18, 1967:13,
1967:16, 1979:25, 1980:3, 1980:8,
1980:17, 1980:24, 1981:2, 1981:16,
1981:18, 1981:24, 1991:25, 1992:2,
1992:10, 1992:12, 1993:14, 1993:17,
1994:8, 1994:11, 1995:3, 2008:19,
2008:22, 2010:16, 2010:19, 2010:23,
2011:1, 2011:13, 2011:17, 2011:20,
2014:8, 2014:21, 2015:14, 2016:4,
2016:12, 2016:14, 2016:18, 2016:19,
2016:20, 2016:25, 2017:22, 2018:21,
2018:23, 2019:1, 2019:4, 2019:7,
2019:14, 2019:20, 2020:5, 2020:12
   **MS** [4] - 1940:23, 1941:1, 1941:8,
1941:12
   **Mullendore** [1] - 2010:9
   **multiple** [1] - 1884:12
   **mumbo** [1] - 1692:2
   **mumbo-jumbo** [1] - 1692:2
   **Murder** [2] - 1918:24, 1921:3
   **music** [103] - 1669:3, 1670:9, 1670:22,
1674:20, 1674:24, 1675:11, 1675:12,
1676:7, 1676:12, 1676:21, 1677:1,
1678:1, 1679:11, 1679:12, 1680:17,
1681:1, 1682:6, 1683:20, 1683:23,
1685:2, 1686:1, 1692:5, 1692:13,
1692:19, 1693:15, 1694:4, 1694:13,
1694:14, 1694:18, 1695:1, 1695:21,
1696:5, 1696:6, 1696:20, 1697:9,
1697:13, 1697:19, 1700:8, 1700:12,
1700:16, 1715:6, 1715:11, 1718:1,
1721:13, 1738:4, 1738:6, 1738:8,
1743:21, 1743:24, 1744:9, 1744:19,
1745:10, 1745:20, 1747:3, 1750:11,
1750:22, 1750:24, 1751:6, 1751:12,
1759:21, 1760:13, 1760:16, 1760:23,
1760:24, 1761:1, 1761:5, 1761:18,
1773:5, 1778:5, 1790:15, 1790:16,
1804:14, 1806:5, 1815:4, 1815:15,
1851:18, 1871:15, 1897:5, 1912:3,
1912:4, 1913:15, 1915:25, 1918:24,
1920:6, 1920:7, 1920:13, 1920:17,
1920:18, 1920:19, 1921:9, 1922:20,
1959:23, 1999:1, 1999:2, 1999:3,
2000:19, 2004:16, 2006:3, 2006:13,
2006:24
   **Music** [1] - 1913:1
   **music-related** [1] - 1679:11
   **musicbed** [2] - 1911:24
   **must** [11] - 1724:17, 1782:1, 1796:1,
1811:15, 1824:23, 1845:1, 1854:11,
1885:23, 1962:21, 1968:11, 1994:20

# N

**N46** [2] - 1755:7, 1756:6
**NAB** [4] - 1930:16, 1930:19, 1930:24, 1931:1
**naked** [1] - 1811:13
**name** [32] - 1677:19, 1677:21, 1678:2, 1679:3, 1679:5, 1679:7, 1679:9, 1679:14, 1722:9, 1727:8, 1755:7, 1755:15, 1756:6, 1760:3, 1764:22, 1769:4, 1783:9, 1789:21, 1799:16, 1875:4, 1878:8, 1878:10, 1878:11, 1888:16, 1903:12, 1923:14, 1923:17, 1923:24, 1945:12, 1947:2, 1982:2, 2003:22
**named** [4] - 1658:18, 1747:10, 1954:4, 1988:12
**namely** [1] - 1868:21
**names** [12] - 1678:25, 1679:4, 1731:9, 1737:7, 1756:7, 1762:10, 1781:2, 1781:22, 1809:5, 1883:21, 1884:16, 1884:18
**NAND** [6] - 1826:20, 1826:23, 1827:1, 1827:3, 1827:7, 1828:23
**Nanny** [4] - 1920:7, 1920:9, 1920:13, 1920:18
**nano** [30] - 1702:13, 1702:20, 1702:25, 1704:9, 1704:10, 1704:13, 1704:16, 1704:18, 1732:1, 1738:15, 1739:11, 1739:13, 1741:4, 1742:3, 1742:8, 1742:15, 1747:18, 1753:1, 1754:12, 1754:19, 1755:5, 1755:6, 1755:11, 1756:3, 1782:9, 1785:10, 1793:12, 1828:18, 2003:18, 2003:25
**nanos** [2] - 1790:14, 1826:18
**napkin** [2] - 1927:16, 1927:19
**National** [4] - 1876:4, 1876:8, 1896:12, 1930:16
**native** [2] - 1975:21, 1975:25
**nature** [5] - 1862:2, 1897:1, 1912:13, 1926:24, 1929:1
**navigable** [6] - 1663:21, 1715:22, 1723:2, 1780:7, 1870:1, 1877:15
**navigate** [6] - 1664:6, 1665:1, 1750:6, 1782:10, 1782:20, 1869:1
**navigating** [1] - 1869:22
**Navy** [1] - 1983:7
**Nawrocki** [5] - 1860:17, 1860:23, 1862:23, 1863:2, 1869:5
**Nawrocki's** [5] - 1858:17, 1859:17, 1860:2, 1867:12, 1868:1
**near** [6] - 1688:12, 1691:25, 1706:12, 1940:22, 2012:14, 2012:23
**nearly** [1] - 1931:23
**neat** [3] - 1671:25, 1717:18, 1738:2
**neat-looking** [1] - 1738:2
**necessarily** [4] - 1765:13, 1765:14, 1832:3, 1847:10
**necessary** [1] - 1862:22
**Need** [1] - 1924:4

**need** [42] - 1663:9, 1664:25, 1666:11, 1686:24, 1696:9, 1696:10, 1712:15, 1720:22, 1723:13, 1732:14, 1733:8, 1733:13, 1734:20, 1737:6, 1750:12, 1764:13, 1765:3, 1789:5, 1792:12, 1793:13, 1799:22, 1840:25, 1843:1, 1843:6, 1847:10, 1854:21, 1854:22, 1855:1, 1870:15, 1870:18, 1873:25, 1874:1, 1890:24, 1891:14, 1906:12, 1908:1, 1919:17, 1923:6, 1926:9, 1994:5, 2019:9
**needed** [7] - 1880:4, 1892:5, 1914:16, 1931:19, 1932:7, 1961:5, 2009:18
**needing** [1] - 1927:2
**needs** [13] - 1711:11, 1733:14, 1736:23, 1737:1, 1737:15, 1737:17, 1744:25, 1745:13, 1769:6, 1792:24, 1843:5, 1900:23, 1959:7
**negative** [4] - 1700:5, 1700:17, 1700:25, 1808:20
**negotiate** [1] - 1929:5
**negotiated** [1] - 1858:18
**negotiation** [4] - 1858:15, 1859:11, 1859:21, 1860:4
**negotiator** [1] - 1865:24
**neodymium** [1] - 1696:17
**nerd** [1] - 1931:15
**network** [24] - 1905:1, 1905:3, 1908:13, 1908:14, 1908:22, 1908:23, 1909:1, 1909:8, 1909:25, 1910:20, 1916:7, 1916:8, 1919:7, 1919:17, 1925:4, 1947:6, 1947:12, 1947:16, 1971:9, 1972:12, 1973:3, 1973:15, 1973:17, 1979:13
**networking** [1] - 1940:15
**networks** [5] - 1947:10, 1947:12, 1984:19, 1985:1
**neutral** [1] - 1951:19
**never** [25] - 1664:17, 1666:8, 1682:5, 1682:18, 1708:8, 1709:9, 1709:21, 1710:18, 1724:20, 1781:5, 1814:20, 1817:18, 1818:16, 1818:18, 1838:9, 1844:3, 1855:25, 1861:20, 1862:9, 1866:17, 1866:18, 1866:20, 1877:11, 1934:14, 1965:15
**new** [33] - 1673:21, 1674:19, 1675:15, 1676:15, 1681:25, 1682:1, 1684:17, 1694:15, 1701:21, 1707:16, 1730:16, 1731:25, 1741:19, 1742:13, 1742:17, 1747:11, 1747:13, 1747:15, 1793:23, 1879:13, 1888:16, 1912:17, 1917:24, 1917:25, 1923:22, 1929:19, 1933:18, 1974:21, 1996:23, 2019:18, 2019:21, 2019:22
**New** [1] - 1982:10
**newer** [3] - 1697:12, 1929:23, 1970:14
**news** [2] - 1881:8, 1881:14
**News** [1] - 1926:18
**NewsComm** [3] - 2008:24, 2014:22, 2015:15
**Next** [2] - 1774:10, 1774:16

**next** [114] - 1668:3, 1672:25, 1673:12, 1673:13, 1673:20, 1674:8, 1674:12, 1690:3, 1690:20, 1690:23, 1694:19, 1695:13, 1699:13, 1717:5, 1719:18, 1723:5, 1726:6, 1730:14, 1740:8, 1744:21, 1758:10, 1760:20, 1760:21, 1761:9, 1761:10, 1761:20, 1763:4, 1764:4, 1764:5, 1764:24, 1765:1, 1765:22, 1765:23, 1773:16, 1774:5, 1774:9, 1775:20, 1775:21, 1775:23, 1776:5, 1776:15, 1777:13, 1778:17, 1783:25, 1794:19, 1796:7, 1798:25, 1800:13, 1812:2, 1812:4, 1812:17, 1813:7, 1813:8, 1817:24, 1817:25, 1835:14, 1837:8, 1839:13, 1859:17, 1859:25, 1860:1, 1860:9, 1873:19, 1881:19, 1882:1, 1882:9, 1886:24, 1887:5, 1888:2, 1889:14, 1889:19, 1900:12, 1901:4, 1913:15, 1919:23, 1920:2, 1920:5, 1920:7, 1920:14, 1920:17, 1920:20, 1920:22, 1921:3, 1921:9, 1921:16, 1922:2, 1931:20, 1934:22, 1942:19, 1960:5, 1960:21, 1961:7, 1962:6, 1962:7, 1962:10, 1964:4, 1964:6, 1974:16, 1980:2, 1980:9, 1980:16, 1980:17, 1993:20, 1994:3, 1995:21, 1999:8, 1999:16, 1999:21, 1999:24, 2001:24, 2002:2, 2017:21, 2019:24
**NextPreviousTrack** [1] - 1774:18
**NextTrack** [2] - 1774:18, 1774:20
**NextTrackInternal** [3] - 1775:3, 1775:6, 1775:12
**NG** [3] - 1669:13, 1708:4, 1725:11
**Ng** [30] - 1668:5, 1668:14, 1669:12, 1669:16, 1670:10, 1671:3, 1674:23, 1677:2, 1687:3, 1687:12, 1687:18, 1691:7, 1693:4, 1694:19, 1695:13, 1696:21, 1697:22, 1702:3, 1704:22, 1707:8, 1707:20, 1708:1, 1708:6, 1713:14, 1723:21, 1725:7, 1725:13, 1868:16, 1868:23, 1901:16
**Ng's** [2] - 1668:16, 1668:24
**nice** [4] - 1686:21, 1697:21, 1933:8, 1990:2
**nickels** [2] - 1866:13, 1867:10
**night** [2] - 1852:2, 1923:7
**Nike** [1] - 1775:15
**nine** [2] - 1782:1, 1784:19
**Nineties** [8] - 1716:4, 1786:13, 1905:10, 1926:25, 1932:14, 1933:15, 1947:9, 2000:19
**nitty** [1] - 1690:9
**nitty-gritty** [1] - 1690:9
**nobody** [3] - 1743:12, 1853:2, 2008:8
**nobody's** [1] - 1709:5
**non** [1] - 1975:15
**non-hard-drive-based** [1] - 1975:15
**none** [4] - 1751:6, 1751:8, 1917:15, 2000:1
**noninfringing** [1] - 1859:9

**nonteaching** [1] - 1983:15
**normal** [6] - 1874:17, 1922:19, 1948:24, 1985:6, 2013:7, 2017:17
**normally** [5] - 1676:18, 1735:8, 1745:9, 1847:5, 1889:4
**northern** [1] - 1670:14
**NOT** [1] - 1656:4
**note** [5] - 1848:12, 1848:13, 1869:10, 1896:19, 2017:1
**notebook** [4] - 1841:6, 1899:19, 1958:23, 1993:6
**notebooks** [3] - 1991:3, 1991:16, 1991:18
**noted** [1] - 1834:4
**NOTES** [1] - 1656:1
**nother** [1] - 1715:1
**nothing** [16] - 1666:13, 1667:24, 1715:5, 1736:8, 1797:17, 1825:5, 1825:7, 1850:20, 1897:24, 1910:6, 1910:21, 1916:10, 1917:10, 1919:9, 1958:8, 1968:2
**notice** [2] - 1916:23, 1938:5
**noticed** [2] - 1894:14, 1937:9
**notion** [8] - 1824:16, 1837:16, 1858:20, 1884:11, 1888:4, 1888:7, 1889:9, 1890:3
**NOVACEK** [2] - 1902:18, 1950:13
**Novacek** [53] - 1876:7, 1900:14, 1902:6, 1902:10, 1902:21, 1903:16, 1905:16, 1906:11, 1906:19, 1908:3, 1909:17, 1910:18, 1911:12, 1912:6, 1913:11, 1915:17, 1916:1, 1916:20, 1917:2, 1917:19, 1919:6, 1920:1, 1921:18, 1925:3, 1926:19, 1927:21, 1933:4, 1936:5, 1938:24, 1939:6, 1940:3, 1944:2, 1944:16, 1947:2, 1949:9, 1949:17, 1950:10, 1950:15, 1951:19, 1951:24, 1957:22, 1958:4, 1961:19, 1964:3, 1965:18, 1969:2, 1970:8, 1973:14, 1977:8, 1979:1, 1986:6, 1986:10
**Novacek's** [4] - 1902:16, 1903:15, 1903:17, 1940:23
**November** [4] - 1700:21, 1705:12, 1903:23, 1929:14
**nowhere** [1] - 1722:12
**NPR** [2] - 1881:10, 1881:13
**number** [47] - 1705:16, 1717:2, 1724:25, 1729:20, 1738:5, 1738:7, 1755:22, 1755:23, 1760:4, 1761:15, 1771:20, 1772:2, 1794:3, 1794:10, 1801:1, 1812:19, 1831:21, 1831:22, 1843:15, 1861:5, 1862:24, 1863:15, 1864:9, 1865:5, 1865:6, 1877:17, 1922:1, 1922:6, 1923:24, 1947:19, 1948:12, 1964:19, 1973:25, 1974:1, 1984:10, 1985:20, 1986:17, 1987:10, 1988:2, 1988:16, 1988:19, 1990:12, 1993:20, 1996:12, 1996:18, 2006:1
**Number** [15] - 1781:21, 1804:20, 1819:21, 1844:11, 1878:13, 1939:13,

1948:8, 1948:16, 1952:12, 1958:12, 1995:24, 1996:10, 1996:11, 2016:10
**numbered** [4] - 1951:25, 1959:2, 1968:9, 1995:17
**numbers** [12] - 1692:8, 1755:12, 1755:13, 1755:18, 1854:11, 1892:4, 1892:6, 1904:1, 1904:3, 1952:9, 1958:25
**numerical** [1] - 1863:14

## O

**oath** [6] - 1666:22, 1668:12, 1726:12, 1900:21, 1950:24, 1980:23
**object** [2] - 1664:7, 1790:2
**objected** [1] - 1949:21
**objection** [7] - 1657:7, 1657:16, 1759:7, 1759:8, 1946:21, 1949:25, 2010:6
**objectionable** [1] - 1876:22
**objections** [1] - 1656:7
**objectives** [1] - 1705:15
**observation** [1] - 2016:21
**observations** [1] - 1681:14
**observed** [2] - 1693:18, 1895:16
**obvious** [1] - 1896:11
**obviously** [13] - 1657:5, 1715:15, 1736:8, 1801:4, 1817:8, 1820:14, 1829:4, 1861:11, 1863:14, 1870:2, 1969:22, 2017:16, 2019:1
**occasionally** [1] - 1919:3
**occur** [1] - 1979:13
**occurred** [3] - 1666:9, 1742:6, 1969:14
**occurs** [1] - 1859:21
**October** [12] - 1698:11, 1716:11, 1716:14, 1853:11, 1858:15, 1858:19, 1858:23, 1859:11, 1904:9, 1927:11, 1969:8, 1970:20
**odd** [1] - 1735:12
**Odetics** [2] - 1656:12, 1657:11
**OF** [20] - 1653:1, 1658:6, 1665:11, 1666:15, 1667:19, 1669:13, 1669:14, 1708:4, 1725:11, 1727:1, 1727:2, 1779:17, 1797:1, 1878:6, 1902:18, 1902:19, 1950:13, 1981:22, 1981:23, 2020:19
**off-the-shelf** [2] - 1695:24, 1696:8
**offense** [2] - 1808:7, 1817:23
**offer** [3] - 1831:6, 1846:5, 1904:8
**offered** [5] - 1808:4, 1859:7, 1860:17, 1936:3, 2020:6
**Office** [13] - 1660:24, 1661:5, 1661:9, 1661:22, 1666:21, 1667:6, 1716:8, 1716:9, 1716:14, 1716:17, 1897:15, 1897:17, 1987:1
**office** [1] - 1989:2
**OFFICER** [2] - 1823:17, 1823:20
**offices** [2] - 1988:1, 1989:3
**official** [1] - 1719:14
**often** [5] - 1710:1, 1717:9, 1742:25,

1743:9
**old** [9] - 1738:21, 1741:17, 1745:25, 1747:7, 1747:9, 1762:10, 1762:17, 1997:16, 2019:23
**older** [1] - 1683:16
**Olympics** [1] - 1905:14
**ON** [5] - 1669:14, 1727:2, 1902:19, 1981:23, 2020:17
**on-air** [34] - 1903:1, 1903:22, 1906:24, 1907:15, 1907:18, 1909:19, 1910:11, 1911:4, 1911:5, 1913:24, 1914:8, 1914:18, 1914:24, 1915:19, 1916:2, 1916:11, 1917:4, 1917:10, 1917:11, 1917:20, 1917:22, 1918:11, 1918:17, 1918:19, 1919:5, 1919:7, 1919:14, 1921:18, 1928:22, 1929:13, 1929:14, 1947:17, 1971:7
**On-The-Go** [4] - 1722:3, 1722:7, 1722:8, 1722:17
**once** [21] - 1697:20, 1700:22, 1721:13, 1723:1, 1732:25, 1734:18, 1736:22, 1815:17, 1815:20, 1816:15, 1816:16, 1838:24, 1870:1, 1870:10, 1896:7, 1909:24, 1910:20, 1915:3, 2008:19, 2013:19
**one** [267] - 1657:4, 1661:15, 1665:9, 1667:16, 1668:15, 1668:20, 1671:13, 1674:17, 1675:1, 1676:4, 1681:16, 1682:8, 1683:21, 1686:14, 1694:4, 1694:10, 1694:21, 1695:16, 1697:18, 1708:15, 1709:6, 1709:14, 1718:10, 1720:13, 1721:5, 1723:10, 1724:1, 1724:2, 1724:4, 1724:6, 1724:8, 1724:10, 1724:19, 1725:5, 1726:17, 1727:12, 1727:13, 1728:21, 1729:8, 1729:21, 1729:25, 1730:13, 1730:22, 1730:24, 1732:1, 1732:3, 1733:15, 1738:22, 1738:25, 1741:3, 1741:19, 1742:7, 1742:8, 1744:15, 1745:19, 1747:9, 1747:11, 1747:13, 1748:3, 1748:4, 1751:14, 1752:16, 1752:24, 1755:16, 1755:17, 1756:4, 1758:19, 1760:13, 1763:24, 1763:25, 1764:1, 1765:21, 1767:25, 1769:17, 1772:22, 1773:3, 1773:16, 1774:5, 1776:23, 1777:6, 1778:17, 1782:8, 1782:20, 1786:3, 1789:2, 1800:13, 1805:9, 1806:6, 1806:8, 1806:14, 1809:7, 1810:19, 1811:4, 1812:4, 1813:16, 1814:14, 1814:16, 1814:24, 1817:25, 1818:24, 1819:16, 1819:25, 1820:4, 1820:13, 1821:9, 1822:5, 1822:13, 1823:23, 1825:13, 1828:24, 1830:23, 1831:14, 1831:24, 1832:4, 1832:22, 1833:19, 1834:11, 1835:10, 1835:19, 1837:8, 1837:22, 1837:25, 1838:22, 1839:8, 1841:10, 1841:23, 1842:3, 1844:10, 1847:4, 1847:10, 1847:14, 1847:18, 1848:12, 1848:20, 1849:5, 1849:17, 1851:24, 1852:22, 1854:18, 1855:16, 1860:7, 1861:25, 1862:23,

1865:5, 1865:12, 1868:17, 1868:21, 1869:12, 1870:8, 1871:21, 1872:22, 1875:16, 1876:6, 1878:21, 1882:2, 1882:12, 1882:22, 1882:25, 1883:2, 1884:9, 1886:5, 1889:14, 1889:19, 1889:21, 1891:9, 1893:7, 1894:7, 1894:16, 1901:2, 1901:23, 1902:25, 1903:1, 1904:20, 1907:1, 1907:5, 1907:10, 1907:22, 1908:21, 1910:24, 1911:14, 1912:7, 1913:2, 1913:15, 1914:11, 1915:7, 1917:24, 1918:7, 1918:11, 1919:21, 1919:22, 1920:15, 1922:12, 1923:4, 1923:10, 1923:25, 1924:6, 1926:10, 1928:4, 1928:8, 1928:9, 1928:16, 1930:16, 1930:20, 1932:23, 1933:1, 1933:24, 1934:2, 1934:7, 1934:12, 1935:15, 1938:12, 1938:15, 1940:20, 1947:21, 1948:6, 1951:14, 1951:16, 1953:21, 1957:15, 1961:21, 1961:22, 1961:24, 1962:2, 1962:11, 1963:5, 1966:19, 1969:6, 1974:15, 1978:25, 1983:1, 1986:5, 1987:4, 1989:13, 1990:2, 1990:22, 1990:24, 1992:16, 1993:9, 1993:18, 1994:8, 1994:11, 1998:17, 2000:2, 2000:23, 2001:5, 2001:7, 2001:9, 2001:15, 2007:24, 2008:1, 2008:22, 2009:24, 2010:3, 2010:18, 2016:12, 2016:20, 2017:14, 2017:16, 2017:21, 2019:14

**one-level** [1] - 1882:12
**one-sentence** [1] - 2016:20
**ones** [21] - 1722:15, 1723:18, 1735:4, 1801:12, 1826:17, 1830:14, 1830:19, 1831:2, 1834:6, 1834:24, 1838:2, 1874:4, 1882:25, 1891:8, 1892:15, 1922:20, 1998:23, 2019:18, 2019:21, 2019:23
**OPEN** [1] - 1656:4
**open** [19] - 1672:8, 1672:11, 1707:3, 1726:22, 1739:20, 1748:10, 1748:19, 1753:19, 1756:9, 1766:25, 1805:6, 1871:1, 1911:8, 1917:10, 1943:20, 1948:4, 1948:21, 1953:22, 1962:25
**opened** [5] - 1708:20, 1755:10, 1755:11, 1793:23, 1794:17
**opening** [4] - 1756:23, 1756:24, 1773:25, 1901:17
**opens** [2] - 1769:5, 1771:9
**operate** [2] - 1733:14, 1735:20
**operated** [1] - 1738:1
**operates** [4] - 1784:5, 1788:7, 1788:21, 1821:13
**operating** [2] - 2004:11, 2005:22
**operation** [3] - 1771:18, 1936:19, 1979:15
**operational** [1] - 1959:7
**operations** [1] - 1972:14
**operators** [1] - 2018:10
**opinion** [10] - 1829:7, 1859:17, 1859:18, 1868:9, 1988:22, 2000:15,

2001:8, 2007:6, 2009:13, 2013:2
**opinions** [6] - 1802:19, 1808:5, 1868:1, 1987:9, 1987:14, 1989:7
**opportunity** [7] - 1707:15, 1847:9, 1926:2, 1943:10, 1986:8, 1987:17, 1987:25
**opposed** [5] - 1735:14, 1809:12, 1827:22, 2000:8, 2014:15
**opposing** [1] - 1767:11
**Oprah** [1] - 1905:9
**option** [3] - 1721:2, 1774:16, 1774:17
**optional** [1] - 1657:1
**options** [3] - 1674:16, 1674:23
**or..** [1] - 1773:10
**order** [24] - 1734:7, 1743:19, 1751:12, 1769:16, 1799:23, 1800:3, 1801:17, 1802:16, 1803:7, 1807:2, 1825:23, 1844:4, 1851:1, 1851:19, 1863:1, 1932:23, 1938:12, 1938:19, 1939:9, 1939:10, 2005:10, 2005:19, 2005:20, 2014:19
**Order** [4] - 1802:11, 1939:12, 1939:14
**ordered** [3] - 1889:19, 1938:15, 2005:1
**ordering** [2] - 2004:25, 2005:15
**orders** [3] - 1840:19, 1865:12, 1932:7
**ordinarily** [1] - 2012:8
**organization** [2] - 1924:15, 1964:22
**organizations** [1] - 1905:5
**organized** [2] - 1895:22, 1896:3
**original** [5] - 1668:15, 1669:19, 1702:8, 1703:8, 1931:8
**originally** [4] - 1691:10, 1712:2, 1789:19, 1982:6
**OS10** [1] - 1789:17
**otherwise** [2] - 1787:11, 2012:7
**ourselves** [1] - 1686:13
**outdated** [1] - 1931:22
**outlet** [1] - 1683:2
**outline** [1] - 1688:8
**outlined** [1] - 1689:13
**outside** [5] - 1686:17, 1978:9, 1978:20, 2008:17, 2019:12
**overall** [2] - 1823:2, 1967:5
**overcome** [1] - 1686:9
**overlap** [2] - 1745:1, 1794:12
**overlying** [1] - 1861:15
**overrule** [12] - 1825:10, 1825:14, 1827:9, 1828:22, 1829:2, 1829:9, 1859:19, 1859:23, 1860:8, 1862:16, 1867:24, 1869:1
**overruled** [4] - 1664:9, 1800:4, 1838:24, 1952:21
**Overview** [1] - 1688:25
**overview** [1] - 1689:2
**own** [6] - 1819:11, 1868:22, 1880:15, 1888:25, 1944:14, 2017:4
**owner** [3] - 1798:15, 1799:3, 1857:1
**ownership** [8] - 1798:13, 1798:16, 1798:21, 1799:13, 1799:14, 1799:15, 1799:18

**owns** [2] - 1799:25, 1928:12

# P

**p.m** [9] - 1798:1, 1870:25, 1874:12, 1943:16, 1943:19, 2008:16, 2020:15
**P.R** [2] - 1691:11, 1719:16
**P68** [2] - 1679:3, 1691:20
**pacer** [2] - 1913:4, 1913:16
**Pacific** [1] - 1861:6
**Packard** [2] - 1660:6, 1660:11
**page** [130] - 1658:20, 1658:21, 1688:9, 1689:16, 1690:3, 1690:4, 1691:23, 1691:25, 1694:19, 1695:13, 1696:22, 1701:6, 1705:13, 1705:21, 1706:4, 1706:10, 1719:18, 1761:22, 1782:7, 1783:4, 1789:4, 1795:20, 1796:6, 1796:7, 1796:15, 1796:16, 1796:17, 1811:7, 1812:6, 1812:7, 1812:15, 1818:3, 1825:2, 1825:17, 1833:1, 1834:13, 1835:9, 1835:12, 1836:5, 1838:3, 1838:6, 1838:20, 1839:3, 1841:6, 1842:5, 1844:8, 1844:11, 1844:13, 1844:17, 1852:2, 1852:5, 1852:8, 1852:12, 1852:15, 1857:17, 1864:9, 1874:3, 1886:20, 1887:7, 1887:9, 1888:14, 1932:24, 1934:19, 1934:20, 1934:21, 1934:22, 1934:23, 1934:25, 1937:25, 1940:14, 1940:16, 1940:18, 1940:22, 1944:19, 1944:21, 1945:6, 1945:25, 1947:19, 1947:23, 1947:24, 1952:5, 1952:9, 1952:14, 1956:12, 1956:14, 1957:12, 1957:16, 1958:11, 1958:12, 1958:22, 1958:24, 1959:3, 1960:2, 1962:23, 1962:24, 1964:16, 1967:11, 1967:14, 1967:19, 1968:7, 1968:16, 1968:20, 1972:3, 1972:4, 1972:6, 1973:25, 1974:1, 1974:5, 1974:10, 1974:16, 1974:17, 1975:11, 1975:17, 1976:4, 1977:15, 1977:18, 1977:19, 1977:25, 1978:4, 1978:5, 1983:3, 1991:18, 1993:6, 2015:22, 2015:23, 2016:9
**PAGE** [1] - 1653:2
**pages** [22] - 1720:12, 1781:21, 1841:13, 1852:17, 1932:22, 1933:3, 1934:14, 1934:15, 1937:4, 1937:7, 1937:8, 1937:11, 1937:16, 1937:22, 1957:17, 1957:18, 1964:14, 1966:1, 1966:5, 1966:19, 1991:19, 2016:5
**pagination** [1] - 1811:6
**Paice** [1] - 1857:13
**Paice/Toyota** [1] - 1847:17
**paid** [6] - 1861:13, 1862:8, 1868:21, 1930:1, 1953:6, 1953:11
**pain** [3] - 1682:2, 1683:24, 1692:20
**pair** [1] - 1675:19
**paper** [8] - 1665:23, 1759:2, 1821:11, 1932:19, 1934:15, 1985:4, 1985:7
**parade** [1] - 1802:20

**paragraph** [9] - 1658:22, 1719:23, 1883:1, 1967:19, 1967:20, 1967:22, 2014:25, 2017:3, 2018:7

**paragraphs** [1] - 1882:20

**parents** [1] - 1671:20

**parklegal** [1] - 1954:7

**part** [65] - 1656:18, 1656:20, 1656:22, 1657:11, 1659:20, 1667:1, 1668:16, 1672:19, 1689:25, 1707:13, 1710:17, 1714:25, 1729:16, 1729:18, 1737:2, 1737:3, 1740:6, 1740:10, 1741:10, 1764:24, 1773:15, 1776:8, 1795:5, 1795:6, 1795:24, 1796:8, 1801:15, 1802:4, 1802:6, 1806:14, 1808:12, 1810:17, 1813:1, 1822:12, 1822:24, 1827:10, 1835:25, 1838:3, 1842:19, 1844:21, 1859:23, 1862:21, 1863:25, 1869:6, 1869:23, 1875:20, 1912:17, 1931:12, 1932:9, 1949:11, 1982:14, 1983:25, 1984:11, 1987:13, 1995:5, 1996:14, 2002:6, 2009:13, 2013:24, 2014:4, 2014:5, 2014:6, 2017:5, 2019:24

**part-time** [1] - 1982:14

**partial** [1] - 2015:18

**participate** [1] - 1779:22

**participation** [1] - 1803:16

**particular** [47] - 1656:9, 1752:9, 1754:13, 1812:13, 1817:6, 1820:10, 1827:10, 1828:13, 1829:24, 1830:1, 1831:10, 1842:8, 1844:24, 1847:17, 1857:21, 1864:19, 1869:8, 1879:2, 1892:14, 1924:24, 1934:25, 1965:19, 1965:20, 1965:21, 1977:16, 1984:20, 1986:2, 1987:16, 1988:3, 1990:13, 1991:9, 1991:14, 1995:16, 1996:5, 1997:11, 1997:20, 1998:8, 2000:3, 2000:17, 2000:19, 2000:21, 2000:24, 2001:4, 2007:11, 2010:6, 2012:12

**particularized** [10] - 1817:18, 1826:2, 1831:7, 1834:21, 1841:16, 1845:2, 1849:10, 1857:25, 1858:1, 1858:9

**particularly** [3] - 1841:15, 1865:21, 1926:25

**parties** [5] - 1707:3, 1753:19, 1800:2, 1871:1, 1943:20

**PARTIES** [1] - 1656:4

**partners** [1] - 1942:13

**parts** [15] - 1656:17, 1695:24, 1696:8, 1734:11, 1740:6, 1741:22, 1741:24, 1741:25, 1765:15, 1780:23, 1836:12, 1851:19, 1857:23, 1993:25, 1994:18

**party** [1] - 1798:19

**Pasadena** [1] - 1670:12

**Pascal** [5] - 1758:3, 1758:10, 1758:12, 1997:14, 1997:15

**pass** [8] - 1665:8, 1707:21, 1725:8, 1776:4, 1779:16, 1796:22, 1949:18, 1979:25

**passed** [1] - 1869:10

**passwords** [3] - 1753:10, 1754:6,

1935:24

**past** [4] - 1670:6, 1852:20, 1862:8, 1862:9

**Patent** [16] - 1660:23, 1661:5, 1661:9, 1661:22, 1666:21, 1667:6, 1716:8, 1716:9, 1716:14, 1716:16, 1878:13, 1897:15, 1987:1, 2010:8, 2010:10, 2013:3

**patent** [93] - 1658:18, 1660:19, 1661:4, 1665:15, 1666:1, 1666:17, 1666:21, 1667:8, 1708:23, 1708:24, 1712:22, 1712:23, 1713:11, 1798:15, 1798:20, 1799:1, 1799:3, 1804:21, 1807:12, 1821:16, 1821:17, 1821:23, 1822:2, 1822:6, 1823:3, 1827:25, 1828:5, 1828:9, 1833:4, 1833:20, 1838:6, 1839:16, 1840:13, 1840:17, 1840:19, 1845:11, 1853:25, 1854:5, 1856:1, 1856:3, 1856:5, 1856:20, 1857:1, 1866:15, 1867:2, 1876:1, 1877:4, 1877:21, 1879:2, 1884:25, 1892:8, 1892:14, 1892:23, 1892:25, 1893:7, 1895:21, 1898:1, 1898:7, 1898:8, 1898:15, 1898:21, 1899:12, 1899:16, 1899:19, 1899:23, 1945:18, 1945:20, 1953:14, 1955:13, 1955:15, 1955:23, 1965:15, 1981:6, 1985:1, 1986:22, 1987:3, 1991:20, 1992:3, 1992:11, 1992:13, 1992:16, 1992:23, 1993:3, 1995:15, 1997:7, 1997:13, 1998:17, 1998:23, 2007:22, 2008:3, 2008:4, 2010:8

**patentable** [1] - 1864:21

**patented** [8] - 1817:20, 1862:4, 1864:16, 1864:24, 1865:23, 1868:3, 1873:3, 1986:3

**patentee** [3] - 1856:3, 1861:16, 1879:9

**Patents** [2] - 1946:1, 1965:4

**patents** [71] - 1660:23, 1661:9, 1661:12, 1661:15, 1662:2, 1662:11, 1662:12, 1662:13, 1662:15, 1662:17, 1662:19, 1662:21, 1662:23, 1670:23, 1680:8, 1708:11, 1708:15, 1709:3, 1709:8, 1709:9, 1709:19, 1709:21, 1709:24, 1710:15, 1710:19, 1712:9, 1712:14, 1713:6, 1713:9, 1713:10, 1725:13, 1779:1, 1780:8, 1800:1, 1801:14, 1802:17, 1803:10, 1809:7, 1819:16, 1826:21, 1856:22, 1858:18, 1875:3, 1878:21, 1879:4, 1892:10, 1892:12, 1892:13, 1892:18, 1893:4, 1893:8, 1895:20, 1897:7, 1897:14, 1899:10, 1899:20, 1945:15, 1955:18, 1981:10, 1981:11, 1984:22, 1984:24, 1984:25, 1985:24, 1986:1, 1986:3, 1986:14, 1986:21, 1991:11, 1998:18

**patents-in-suit** [7] - 1780:8, 1801:14, 1803:10, 1899:10, 1985:24, 1986:14

**path** [3] - 1714:16, 1781:22, 1847:2

**Patsy** [7] - 1745:6, 1776:14, 1777:4, 1778:4, 1778:8, 1778:12, 1999:4

**Paul** [1] - 1929:16

**Pause** [1] - 1899:19

**pause** [1] - 1912:18

**paused** [1] - 1761:4

**Pausing** [3] - 1718:21, 1951:7, 1970:11

**pay** [5] - 1696:12, 1866:1, 1892:5, 1928:19

**paying** [2] - 1672:5, 1952:23

**payloads** [1] - 1983:25

**PBK** [1] - 1915:1

**PC** [17] - 1703:11, 1879:16, 1879:22, 1880:1, 1880:5, 1880:10, 1880:11, 1880:13, 1880:17, 1880:23, 1885:3, 1888:1, 1891:7, 1897:2, 1897:5, 1903:1, 1929:14

**PCs** [4] - 1880:12, 1886:16, 1902:25, 1928:25

**penalty** [1] - 1783:8

**pending** [1] - 1798:20

**people** [54] - 1668:22, 1669:3, 1670:5, 1676:8, 1676:12, 1676:20, 1677:4, 1678:16, 1685:23, 1686:3, 1686:12, 1686:17, 1686:19, 1687:1, 1691:14, 1691:16, 1692:4, 1695:11, 1695:23, 1698:2, 1698:4, 1698:21, 1698:22, 1699:20, 1699:21, 1700:18, 1700:25, 1704:11, 1705:18, 1706:16, 1706:19, 1712:14, 1713:11, 1724:11, 1724:22, 1724:25, 1725:25, 1728:11, 1735:12, 1744:1, 1757:17, 1776:25, 1789:1, 1912:15, 1933:16, 1947:8, 1961:21, 1966:24, 1982:7, 1984:21, 1988:2, 2006:22

**people's** [1] - 1994:15

**per** [5] - 1818:17, 1868:9, 1873:5

**per-unit** [2] - 1868:9, 1873:5

**percent** [13] - 1862:24, 1863:14, 1863:17, 1864:6, 1864:15, 1865:7, 1865:13, 1866:1, 1866:6, 1866:21, 1867:11, 1867:15, 1867:20

**perfect** [1] - 1929:22

**perform** [12] - 1803:13, 1811:17, 1812:14, 1813:10, 1835:12, 1836:4, 1841:12, 1842:9, 1976:20, 1977:2, 1993:10, 1995:13

**performance** [4] - 1745:21, 1745:24, 1892:5

**performed** [3] - 1899:22, 1994:21

**perhaps** [5] - 1759:4, 1794:9, 1961:14, 1996:4, 1996:5

**period** [2] - 1698:4, 1858:25

**perjury** [1] - 1783:9

**permanently** [1] - 1733:18

**persisted** [1] - 1761:13

**persistent** [16] - 1790:22, 1791:24, 1792:2, 1792:4, 1792:6, 1793:6, 1793:7, 1826:7, 1827:1, 1827:2, 1827:3, 1827:8, 1828:23, 1976:15, 2004:13, 2005:17

**person** [9] - 1684:22, 1724:19, 1772:3, 1815:6, 1866:17, 1897:4,

2005:22, 2012:15, 2015:6
  **PERSONAL** [1] - 1656:1
  **Personal** [57] - 1660:23, 1679:24,
1708:11, 1709:18, 1712:9, 1778:23,
1778:25, 1779:13, 1781:10, 1781:20,
1798:4, 1798:15, 1799:2, 1799:25,
1801:13, 1803:9, 1807:1, 1814:12,
1819:21, 1827:13, 1829:20, 1844:1,
1845:18, 1849:14, 1853:10, 1854:23,
1855:18, 1858:14, 1858:20, 1858:25,
1860:10, 1860:16, 1860:21, 1862:20,
1864:14, 1869:4, 1869:20, 1871:3,
1871:16, 1872:9, 1874:14, 1875:6,
1875:11, 1875:14, 1877:3, 1878:2,
1879:2, 1895:5, 1897:10, 1952:15,
1987:9, 1989:18, 1990:23, 1991:10,
2008:18, 2020:7
  **personal** [6] - 1663:13, 1921:18,
2015:1, 2017:4, 2017:11, 2017:24
  **personalized** [2] - 1779:12, 1877:7
  **personally** [1] - 1712:17
  **persons** [1] - 2012:8
  **perspective** [2] - 1670:1, 1712:20
  **pertained** [1] - 1829:2
  **Perusing** [2] - 1782:2, 1937:18
  **phase** [2] - 1690:24, 1902:5
  **PhD** [2] - 1941:8, 1983:10
  **Phil** [1] - 1674:11
  **phone** [1] - 1933:10
  **phonograph** [1] - 1745:25
  **photo** [6] - 1747:2, 1765:2, 1765:8,
1765:21, 1766:24
  **photos** [7] - 1703:18, 1703:25,
1704:19, 1765:14, 1765:16, 1950:4,
1950:8
  **phrase** [1] - 1769:14
  **phrased** [1] - 1834:9
  **physically** [3] - 1766:21, 1780:17,
1989:22
  **pick** [5] - 1674:23, 1683:5, 1857:20,
1915:6, 1990:2
  **picked** [2] - 1674:24, 1991:6
  **Pickett** [2] - 1921:15, 1921:16
  **picture** [3] - 1763:17, 1796:9, 1887:12
  **pictures** [2] - 1765:6, 1894:11
  **pie** [1] - 1872:22
  **piece** [11] - 1733:3, 1746:16, 1854:19,
1875:21, 1908:17, 1922:24, 1928:21,
1997:13, 1998:17, 2001:2, 2008:24
  **pieces** [14] - 1736:22, 1740:13,
1746:25, 1757:17, 1851:20, 1893:11,
1902:17, 1912:4, 1919:4, 1922:20,
1935:14, 1990:20, 1995:16, 2002:9
  **pile** [1] - 1822:13
  **pillar's** [1] - 1669:5
  **pipeline** [2] - 1985:10, 1985:12
  **Pixo** [2] - 1747:9, 1747:10
  **PIXO** [1] - 1747:9
  **place** [6] - 1745:15, 1796:11, 1918:4,
1936:2, 1952:1, 2013:13

  **places** [6] - 1803:4, 1833:6, 1905:8,
1934:7, 1935:6, 1964:19
  **plain** [1] - 1757:21
  **plaintiff** [7] - 1668:4, 1668:9, 1679:24,
1799:17, 1847:20, 1861:10, 1946:16
  **Plaintiff's** [67] - 1653:4, 1653:5, 1653:6,
1653:7, 1653:8, 1653:9, 1653:10,
1653:11, 1653:12, 1653:13, 1653:14,
1653:15, 1653:16, 1653:17, 1653:18,
1653:19, 1653:20, 1653:21, 1653:22,
1653:23, 1653:24, 1653:25, 1654:1,
1654:2, 1654:3, 1654:4, 1654:5, 1654:6,
1654:7, 1654:8, 1654:9, 1654:10,
1654:11, 1659:7, 1665:22, 1708:18,
1708:19, 1708:21, 1708:22, 1708:23,
1712:21, 1718:25, 1781:14, 1795:18,
1795:20, 1796:16, 1797:4, 1852:21,
1940:11, 1941:20, 1942:20, 1943:24,
1953:18, 1958:24, 1959:12, 1964:10,
1964:17, 1967:12, 1967:14, 1968:8,
1972:3, 1973:24, 1977:19, 1991:25,
1992:10, 1997:9, 1998:18
  **plaintiff's** [1] - 1964:13
  **plaintiffs** [13] - 1759:5, 1801:4,
1807:14, 1812:10, 1825:22, 1834:1,
1834:20, 1836:2, 1836:23, 1837:18,
1838:10, 1839:9, 1842:10
  **plan** [2] - 1730:11, 1885:6
  **planets** [1] - 1984:2
  **planned** [2] - 1712:2, 1885:7
  **planning** [2] - 1671:9, 1926:3
  **Planning** [1] - 2015:18
  **plans** [2] - 1942:12, 1942:13
  **plants** [2] - 1926:23
  **plastic** [5] - 1748:23, 1748:24, 1749:1,
1749:2, 1753:8
  **play** [66] - 1692:24, 1703:20, 1723:12,
1732:21, 1737:17, 1738:4, 1738:6,
1738:8, 1740:8, 1743:21, 1745:13,
1745:18, 1745:22, 1750:14, 1750:22,
1777:6, 1785:22, 1785:25, 1790:14,
1790:15, 1876:11, 1881:22, 1884:12,
1886:15, 1889:22, 1890:6, 1895:14,
1904:11, 1904:16, 1904:19, 1904:20,
1908:4, 1910:19, 1910:21, 1911:25,
1912:17, 1912:21, 1912:23, 1912:25,
1913:5, 1913:14, 1913:16, 1914:16,
1918:14, 1918:21, 1919:17, 1919:19,
1919:22, 1920:6, 1922:22, 1923:3,
1925:1, 1947:16, 1948:24, 1948:25,
1961:21, 1962:12, 1963:6, 1971:17,
1986:9, 2001:7, 2006:13
  **play/pause** [1] - 1761:2
  **Playback** [7] - 1886:21, 1911:18,
1915:2, 1915:4, 1917:14, 1971:21,
1972:19
  **playback** [43] - 1740:2, 1740:12,
1740:16, 1740:17, 1740:19, 1740:22,
1741:1, 1741:7, 1741:10, 1742:6,
1742:13, 1742:17, 1742:20, 1743:23,
1744:11, 1745:8, 1745:9, 1746:9,

1760:23, 1760:24, 1764:8, 1764:15,
1773:23, 1813:20, 1814:4, 1814:14,
1814:15, 1814:17, 1837:17, 1837:21,
1886:19, 1911:17, 1911:21, 1912:9,
1914:12, 1914:13, 1914:23, 1915:5,
1915:8, 1916:17, 1918:14, 2005:19,
2005:20
  **playback_lookahead** [5] - 1972:9,
1972:12, 1972:21, 1973:15, 1973:16
  **played** [8] - 1746:5, 1876:20, 1890:17,
1996:5, 2000:22, 2006:3, 2007:2
  **Player** [1] - 1741:18
  **player** [68] - 1676:21, 1679:12,
1680:17, 1683:19, 1685:2, 1692:13,
1693:25, 1696:6, 1696:20, 1700:12,
1700:17, 1715:21, 1716:5, 1716:17,
1729:23, 1730:23, 1740:3, 1740:4,
1740:5, 1740:7, 1740:20, 1741:8,
1741:9, 1741:13, 1741:17, 1742:4,
1743:1, 1744:12, 1744:20, 1744:25,
1745:10, 1745:13, 1746:2, 1760:22,
1764:5, 1764:6, 1764:11, 1764:17,
1773:17, 1773:22, 1773:23, 1780:6,
1790:19, 1820:2, 1820:3, 1823:4,
1851:15, 1851:17, 1851:18, 1869:25,
1870:10, 1877:8, 1877:21, 1880:7,
1880:22, 1880:23, 1881:5, 1881:18,
1881:21, 1882:10, 1884:24, 1885:3,
1886:14, 1887:24, 1891:25, 1912:19,
1915:1
  **Player.c** [1] - 1741:18
  **players** [41] - 1676:9, 1676:10,
1679:19, 1681:1, 1681:6, 1681:16,
1681:17, 1681:18, 1682:8, 1682:9,
1682:10, 1682:11, 1683:9, 1683:13,
1683:16, 1683:21, 1684:15, 1686:1,
1689:5, 1689:6, 1689:14, 1692:5,
1694:9, 1694:24, 1695:5, 1695:20,
1695:21, 1695:25, 1697:7, 1697:14,
1715:7, 1715:8, 1715:10, 1715:11,
1715:12, 1715:13, 1715:14, 1715:23,
1790:15, 1887:23, 1960:4
  **playing** [45] - 1683:1, 1743:8, 1744:24,
1744:25, 1745:2, 1761:3, 1761:6,
1761:7, 1763:15, 1764:22, 1773:6,
1773:9, 1773:10, 1774:8, 1775:2,
1777:2, 1777:12, 1812:19, 1882:4,
1887:6, 1887:13, 1905:14, 1909:12,
1909:18, 1911:21, 1912:24, 1913:12,
1913:19, 1918:25, 1919:16, 1920:13,
1921:11, 1921:17, 1922:6, 1947:15,
1948:19, 1971:19, 1996:15, 1996:22,
1996:24, 1998:4, 2000:24, 2002:20,
2004:16
  **playlist** [122] - 1721:25, 1722:1, 1722:2,
1722:5, 1722:18, 1722:20, 1723:6,
1735:1, 1736:18, 1737:2, 1737:9,
1737:18, 1762:4, 1771:14, 1773:7,
1773:9, 1773:10, 1773:13, 1777:4,
1778:3, 1778:5, 1778:10, 1782:11,
1782:20, 1806:5, 1869:13, 1869:14,

1869:22, 1869:23, 1870:5, 1870:6, 1870:9, 1870:13, 1883:6, 1883:8, 1883:9, 1883:12, 1883:20, 1886:17, 1886:18, 1886:24, 1887:5, 1887:15, 1888:8, 1888:15, 1890:5, 1890:17, 1890:21, 1895:9, 1904:23, 1905:3, 1908:4, 1909:18, 1910:11, 1910:19, 1911:22, 1911:23, 1911:24, 1912:21, 1913:18, 1914:3, 1914:16, 1914:18, 1914:21, 1914:23, 1915:6, 1915:11, 1915:15, 1915:25, 1916:2, 1916:16, 1916:21, 1917:15, 1917:25, 1918:9, 1918:12, 1918:13, 1918:16, 1919:21, 1919:24, 1920:2, 1920:23, 1921:2, 1921:6, 1921:10, 1921:13, 1921:14, 1922:2, 1922:7, 1922:12, 1922:19, 1923:2, 1923:10, 1923:13, 1923:22, 1924:7, 1924:13, 1924:16, 1924:23, 1948:7, 1948:20, 1971:17, 1971:20, 1973:17, 1974:7, 1974:9, 1974:16, 1974:21, 1978:8, 1979:2, 1979:6, 1979:16, 1979:18, 2000:19, 2000:21, 2001:4, 2002:19, 2002:22, 2003:5
  **Playlist** [4] - 1722:8, 1887:8, 1887:11
  **Playlist.c** [1] - 1776:9
  **Playlists** [1] - 1877:25
  **playlists** [71] - 1663:21, 1664:5, 1664:25, 1665:4, 1715:22, 1717:20, 1718:1, 1720:17, 1720:21, 1721:6, 1721:8, 1721:11, 1721:12, 1721:14, 1723:2, 1723:5, 1725:23, 1726:1, 1734:22, 1735:3, 1737:16, 1737:17, 1750:25, 1751:8, 1772:2, 1780:7, 1785:22, 1785:25, 1792:9, 1792:11, 1804:8, 1804:14, 1805:3, 1816:6, 1869:9, 1869:12, 1869:21, 1869:24, 1870:1, 1870:5, 1870:8, 1871:15, 1875:12, 1875:14, 1875:15, 1877:15, 1883:19, 1884:11, 1886:15, 1887:25, 1888:19, 1904:16, 1904:18, 1904:19, 1910:16, 1910:17, 1917:16, 1917:18, 1917:22, 1918:5, 1947:13, 1968:17, 1971:17, 1972:22, 2002:19, 2003:10, 2003:11, 2004:24, 2005:1, 2005:18
  **plays** [11] - 1740:5, 1744:12, 1773:5, 1814:9, 1889:14, 1890:21, 1907:18, 1907:21, 1972:24, 1973:7, 1996:19
  **Plays** [1] - 1886:24
  **plenty** [2] - 1657:14, 1800:25
  **plug** [8] - 1684:3, 1697:18, 1752:10, 1754:16, 1788:7, 1791:17, 1792:24, 1796:10
  **plugged** [4] - 1749:12, 1749:14, 1754:14, 1897:3
  **plum** [1] - 1872:22
  **plus** [5] - 1829:14, 1830:2, 1830:12, 1831:21, 1832:7, 1833:15, 1874:6, 1898:11, 1898:13, 1898:17, 1928:22, 1993:25, 1994:17, 1994:19, 1995:12
  **Pocket** [1] - 1694:21
  **pocket** [7] - 1669:6, 1682:19, 1693:15,

1695:2, 1695:9, 1699:19, 1722:11
  **pocket-sized** [3] - 1693:15, 1695:2, 1699:19
  **Pocket-sized** [1] - 1694:21
  **podcast** [1] - 1894:23
  **podcasting** [2] - 1894:19, 1895:4
  **podcasts** [1] - 1878:1
  **point** [59] - 1671:24, 1677:20, 1704:7, 1710:10, 1710:12, 1719:6, 1721:20, 1736:2, 1738:20, 1741:3, 1742:5, 1753:25, 1755:21, 1755:23, 1755:24, 1766:13, 1808:22, 1809:15, 1810:22, 1810:23, 1812:25, 1815:16, 1818:20, 1819:22, 1820:21, 1822:5, 1823:23, 1823:24, 1824:2, 1824:11, 1830:4, 1831:15, 1848:17, 1850:25, 1852:8, 1852:11, 1856:25, 1857:21, 1862:6, 1864:8, 1864:22, 1871:6, 1871:14, 1873:12, 1874:14, 1891:11, 1894:7, 1918:2, 1942:5, 1957:11, 1976:19, 1976:20, 1977:2, 1979:10, 2017:12, 2019:18, 2020:8
  **point-blank** [1] - 1819:22
  **pointed** [5] - 1768:6, 1823:11, 1830:3, 1831:9, 1832:16
  **pointer** [3] - 1911:16, 1994:2, 1994:5
  **pointing** [2] - 1831:1, 1889:12
  **points** [3] - 1718:10, 1870:12, 1871:12
  **policy** [1] - 1861:12
  **poor** [1] - 1695:21
  **popped** [1] - 1768:12
  **popular** [3] - 1701:18, 1701:19, 1704:12
  **populated** [2] - 1761:25, 1762:3
  **port** [15] - 1795:25, 1796:2, 1796:11, 1818:2, 1824:2, 1824:12, 1824:13, 1824:17, 1824:19, 1824:21, 1845:20, 1848:8, 1849:6, 1849:16
  **portability** [3] - 1670:8, 1684:14, 1694:23
  **portable** [16] - 1677:1, 1678:1, 1679:11, 1680:17, 1681:22, 1682:18, 1685:2, 1692:5, 1692:12, 1693:15, 1694:20, 1700:8, 1715:6, 1715:8, 1715:11, 1715:14
  **PortalPlayer** [3] - 1740:25, 1741:1, 1741:6
  **portion** [5] - 1694:2, 1864:23, 1865:22, 1948:21, 1992:18
  **portions** [2] - 1758:25, 1991:6
  **pos** [1] - 1922:3
  **position** [19] - 1662:18, 1672:8, 1672:11, 1672:12, 1672:14, 1673:9, 1673:10, 1803:8, 1819:14, 1833:25, 1839:9, 1860:5, 1868:24, 1922:3, 1922:10, 1922:11, 1962:11, 1963:4, 1982:16
  **Position** [1] - 1922:4
  **positive** [1] - 1698:24
  **possession** [2] - 1957:23, 1970:1
  **possibilities** [1] - 1841:24

  **possible** [12] - 1702:19, 1802:21, 1876:21, 1883:5, 1966:9, 1966:13, 1969:22, 1969:24, 1978:19, 2004:22, 2011:11, 2011:12
  **potential** [3] - 1943:10, 1946:8, 2012:21
  **potentially** [2] - 1674:17, 1674:21
  **Power** [3] - 1673:14, 1673:22, 1677:7
  **power** [18] - 1733:17, 1737:25, 1738:9, 1738:12, 1749:24, 1792:24, 1796:1, 1814:16, 1815:14, 1815:17, 1815:22, 1892:1, 1897:4, 2004:15, 2004:18, 2004:21, 2006:11, 2006:12
  **powerful** [1] - 1695:3
  **PowerPoint** [1] - 1821:7
  **practice** [4] - 2012:17, 2013:25, 2014:14, 2019:25
  **practices** [5] - 2013:7, 2013:11, 2013:13, 2015:2, 2018:2
  **pre** [1] - 1722:7
  **pre-created** [1] - 1722:7
  **precious** [1] - 1801:7
  **precise** [4] - 1825:23, 1862:7, 1863:18
  **preconfigured** [1] - 1915:4
  **precursors** [1] - 1894:22
  **predated** [1] - 1854:20
  **predicate** [2] - 1862:22, 1871:18
  **predict** [1] - 1914:15
  **prefer** [2] - 1916:6, 2019:16
  **preferences** [2] - 1761:11, 1923:17
  **prejudice** [1] - 1801:4
  **Preliminary** [1] - 1701:7
  **preliminary** [2] - 1937:25, 1938:4
  **premised** [3] - 1858:19, 1872:13, 1872:19
  **prepare** [5] - 1759:19, 1759:23, 1978:16, 1982:23, 2014:6
  **prepared** [6] - 1667:11, 1906:2, 1978:8, 1978:13, 1978:20
  **PrepareForDiskMode** [2] - 1764:7, 1764:19
  **presence** [3] - 1836:3, 2008:18, 2019:12
  **PRESENT** [2] - 1656:4, 1656:5
  **Present** [1] - 1852:20
  **present** [17] - 1707:3, 1707:4, 1737:17, 1753:19, 1753:20, 1835:4, 1843:9, 1843:10, 1871:1, 1871:2, 1912:11, 1943:20, 1943:21, 1990:14, 1994:24
  **presentation** [4] - 1657:2, 1698:16, 1828:25, 1900:10
  **presented** [3] - 1720:8, 1878:4, 1981:12
  **presenting** [1] - 1826:10
  **president** [1] - 1945:8
  **PRESIDING** [1] - 1656:3
  **press** [10] - 1718:19, 1719:3, 1719:11, 1719:14, 1719:21, 1720:19, 1793:3, 1814:17, 1814:18, 1889:21
  **pressed** [3] - 1774:6, 1774:9, 1816:20

**pressure** [2] - 1711:2, 1711:25
**pretrial** [4] - 1799:23, 1800:25, 1801:17, 1802:16
**Pretrial** [1] - 1802:11
**pretty** [17] - 1675:22, 1690:16, 1692:18, 1727:15, 1738:3, 1765:3, 1781:22, 1784:3, 1786:9, 1786:11, 1791:9, 1848:23, 1851:13, 1870:16, 1879:13, 1929:7, 2011:8
**preview** [1] - 1989:11
**previous** [10] - 1723:7, 1723:8, 1740:8, 1887:7, 1888:8, 1921:12, 1921:15, 1921:17, 1960:9, 1961:8
**previously** [2] - 1762:17, 1779:20
**price** [2] - 1704:6, 1928:6
**prima** [2] - 1799:12, 1799:13
**primarily** [4] - 1679:17, 1852:18, 1911:21, 1970:16
**primary** [2] - 1930:16, 1948:1
**principle** [3] - 1697:4, 1867:2, 1867:4
**print** [6] - 1931:21, 1931:23, 1932:6, 1932:10, 1933:2, 1934:13
**printed** [14] - 1922:19, 1932:17, 1932:18, 1934:5, 1966:1, 1966:5, 1966:8, 2009:18, 2009:19, 2011:23, 2012:1, 2016:12, 2016:16
**printout** [1] - 2018:12
**priority** [1] - 1853:11
**privacy** [1] - 1984:20
**private** [1] - 1933:23
**problem** [16] - 1682:14, 1736:6, 1764:10, 1811:6, 1814:1, 1814:2, 1818:15, 1822:3, 1946:20, 2009:20, 2011:9, 2012:12, 2013:22, 2014:11, 2014:16, 2017:2
**problematic** [1] - 1989:24
**problems** [9] - 1715:25, 1819:20, 1847:4, 1855:9, 1921:11, 1984:20, 1990:16, 2012:21, 2014:12
**procedural** [1] - 1804:5
**procedure** [2] - 1804:4, 1914:20
**proceed** [2] - 1760:19, 1908:19
**proceeded** [1] - 1698:18
**Proceedings** [1] - 2020:15
**PROCEEDINGS** [1] - 2020:19
**process** [22] - 1734:8, 1743:7, 1761:21, 1762:25, 1766:11, 1767:6, 1771:3, 1788:21, 1789:11, 1792:12, 1793:16, 1843:4, 1843:16, 1843:19, 1844:1, 1844:5, 1865:11, 1926:21, 1979:18, 1986:15, 1987:13, 1987:22
**processed** [2] - 1733:4, 1772:19
**processes** [2] - 1771:10, 1771:11
**processing** [7] - 1834:10, 1834:23, 1835:6, 1835:17, 1835:18, 1839:2, 1840:24
**processor** [7] - 1733:20, 1734:4, 1736:20, 1772:14, 1786:20, 1786:24, 1787:5, 1791:5, 1813:22, 1836:16, 1840:13, 1841:5, 1842:12, 1891:4,

**processor's** [1] - 1771:12
**processors** [3] - 1791:8, 1891:5
**Prodigy** [2] - 1933:24, 1934:8
**produced** [2] - 1780:13, 1787:1
**producing** [1] - 1714:16
**product** [85] - 1668:20, 1668:22, 1669:9, 1669:23, 1673:4, 1673:21, 1673:22, 1674:3, 1674:10, 1678:15, 1685:23, 1685:24, 1688:8, 1688:22, 1689:8, 1689:23, 1690:9, 1690:15, 1690:18, 1690:25, 1691:2, 1692:6, 1693:10, 1695:7, 1696:6, 1697:4, 1698:19, 1699:5, 1699:16, 1700:6, 1700:19, 1701:1, 1701:21, 1702:14, 1704:2, 1704:13, 1704:23, 1705:17, 1705:19, 1705:24, 1705:25, 1706:2, 1706:18, 1710:24, 1711:14, 1711:18, 1712:12, 1713:16, 1713:18, 1713:24, 1714:3, 1714:5, 1714:23, 1714:25, 1718:20, 1719:4, 1732:9, 1740:4, 1779:13, 1803:15, 1807:9, 1830:22, 1855:20, 1855:21, 1855:25, 1856:24, 1857:2, 1858:23, 1864:20, 1866:5, 1869:16, 1873:4, 1877:6, 1877:12, 1877:14, 1879:8, 1884:6, 1899:4, 1899:24, 1945:13, 1960:20, 2004:7
**Product** [6] - 1689:17, 1690:4, 1691:10, 1691:14, 1691:20, 1694:3
**production** [2] - 1928:22, 1959:8
**products** [72] - 1670:4, 1679:21, 1680:18, 1680:22, 1680:25, 1682:22, 1686:1, 1686:2, 1693:11, 1695:19, 1696:13, 1698:23, 1714:8, 1714:15, 1717:19, 1732:8, 1735:19, 1751:6, 1751:8, 1803:12, 1804:8, 1804:13, 1804:16, 1805:16, 1807:15, 1812:11, 1818:9, 1828:3, 1828:10, 1828:12, 1828:14, 1829:12, 1829:22, 1831:3, 1831:24, 1832:18, 1832:20, 1836:1, 1838:15, 1839:11, 1842:21, 1843:9, 1843:11, 1845:12, 1845:16, 1856:11, 1856:13, 1856:14, 1856:20, 1859:2, 1859:5, 1859:8, 1872:14, 1872:24, 1902:13, 1928:25, 1981:8, 1985:23, 1986:13, 1988:16, 1988:19, 1989:20, 2002:21, 2002:25, 2003:14, 2003:16, 2004:3, 2004:6, 2007:7, 2007:12, 2007:13
**profession** [2] - 1982:12, 1984:13
**professional** [4] - 1673:14, 1673:24, 1947:11, 1984:10
**professor** [6] - 1982:3, 1982:13, 1982:14, 1982:17, 1982:18, 2014:4
**professorial** [1] - 2014:5
**professors** [1] - 1984:11
**profile** [2] - 1940:14, 1941:5
**profit** [2] - 1860:22, 1864:23
**profitability** [1] - 1867:14
**profits** [8] - 1862:25, 1864:7, 1864:16, 1864:19, 1866:6, 1866:11, 1867:3,

1867:5
**program** [32] - 1669:2, 1752:9, 1758:21, 1804:11, 1804:17, 1804:21, 1805:22, 1812:20, 1836:14, 1843:17, 1880:23, 1885:21, 1886:17, 1894:2, 1894:8, 1908:12, 1909:22, 1912:3, 1955:2, 1971:13, 1971:14, 1971:18, 1978:9, 1978:15, 1978:16, 1978:20, 1992:22, 1992:24, 1996:15, 1996:22, 2001:25, 2002:2
**Program** [1] - 2015:16
**ProgramID** [5] - 1812:20, 1843:18, 1996:22, 1999:20, 2000:3
**programmed** [10] - 1811:17, 1811:24, 1812:14, 1835:11, 1836:4, 1836:10, 1841:12, 1842:9, 1844:16, 1995:13
**programmers** [1] - 1772:17
**programming** [5] - 1786:4, 1786:5, 1791:6, 1998:25, 1999:2
**programs** [11] - 1728:10, 1746:17, 1804:23, 1804:24, 1877:7, 1907:17, 1923:2, 1935:4, 1959:24, 1972:24, 1993:9
**progress** [9] - 1770:2, 1770:7, 1770:10, 1770:12, 1770:16, 1770:21, 1772:3, 1816:8
**Project** [1] - 1677:17
**project** [28] - 1674:14, 1674:19, 1674:20, 1674:24, 1675:2, 1675:15, 1675:18, 1675:25, 1677:3, 1677:17, 1678:1, 1679:1, 1680:12, 1685:18, 1686:20, 1686:24, 1711:4, 1711:25, 1712:16, 1713:2, 1713:6, 1714:7, 1714:13, 1715:4, 1784:14, 1886:14, 1887:24, 1901:7
**projecting** [1] - 1911:2
**prominently** [1] - 1966:15
**promise** [1] - 1924:19
**promises** [1] - 1880:16
**promote** [1] - 1821:21
**prongs** [1] - 1808:9
**proof** [5] - 1822:25, 1824:5, 1825:23, 1832:16, 1856:2
**proper** [10] - 1656:16, 1807:21, 1813:12, 1832:11, 1842:22, 1846:3, 1860:4, 1871:18, 1935:6, 2011:6
**properly** [1] - 1786:17
**property** [2] - 1861:19, 1944:16
**propose** [2] - 1676:15, 1759:2
**proposition** [2] - 1865:1, 2017:10
**proprietary** [1] - 1738:23
**prosecuting** [1] - 1897:14
**prosecution** [1] - 1849:16
**protect** [1] - 1831:15
**protection** [1] - 1695:11
**protocol** [8] - 1766:17, 1787:24, 1788:6, 1789:7, 1789:13, 1789:25, 1885:13, 1885:15
**prototype** [3] - 1880:22, 1881:4
**proud** [4] - 1707:13, 1707:16, 1707:18,

1949:15

**prove** [12] - 1798:21, 1799:15, 1799:18, 1810:10, 1814:1, 1839:10, 1843:21, 1857:1, 1859:1, 1860:6, 2009:1, 2009:18
**proved** [2] - 1799:16, 1860:11
**proven** [5] - 1801:13, 1803:9, 1804:7, 1853:10, 1987:20
**provide** [9] - 1659:14, 1705:3, 1714:3, 1716:24, 1796:1, 1834:21, 1860:14, 1931:4, 2011:3
**provided** [5] - 1883:11, 1956:15, 1956:21, 1956:24, 1966:23
**provider** [1] - 1822:20
**provides** [2] - 1746:25, 1822:21
**providing** [2] - 1684:25, 1782:21
**proving** [2] - 1808:20, 1832:7
**Prudential** [1] - 1884:20
**psychology** [1] - 1671:8
**PTO** [1] - 1799:5
**public** [18] - 1678:4, 1685:18, 1719:8, 1719:9, 1720:4, 1720:14, 1720:14, 1720:15, 1904:9, 1912:12, 1933:22, 1935:1, 1935:3, 1936:25, 1937:5, 1940:14, 2009:19, 2012:5
**publication** [4] - 2009:18, 2009:19, 2011:23, 2012:1
**publicly** [2] - 2018:5, 2018:12
**publish** [2] - 1932:11, 1935:6
**published** [4] - 1936:24, 1937:11, 1937:22, 1938:6
**pull** [9] - 1733:8, 1734:19, 1737:12, 1749:2, 1753:4, 1766:21, 1782:21, 1806:18, 1876:16
**pulled** [1] - 1696:2
**pulling** [2] - 1669:25, 1891:9
**pulls** [2] - 1737:15, 1769:6
**punched** [1] - 1932:20
**Purchase** [1] - 1706:13
**purchase** [1] - 1938:12
**purchased** [1] - 1705:20
**purchaser** [1] - 1934:4
**purchasing** [2] - 1706:15, 1714:15
**Purdue** [1] - 1983:9
**PURGE** [1] - 1972:15
**purpose** [21] - 1688:5, 1688:6, 1691:19, 1732:7, 1811:16, 1811:23, 1812:14, 1824:18, 1835:11, 1836:4, 1836:7, 1836:8, 1836:16, 1841:12, 1842:8, 1842:12, 1844:16, 1844:19, 1995:7, 1995:12, 2010:14
**purposely** [1] - 1932:18
**purposes** [2] - 1792:15, 1891:23
**pursuant** [3] - 1798:9, 1799:6, 1849:14
**push** [9] - 1723:12, 1734:15, 1787:11, 1881:21, 1881:22, 1912:25, 1961:21, 1962:6, 1964:6
**pushed** [2] - 1962:10, 1963:4
**pushing** [3] - 1805:9, 1960:6, 1960:9
**put** [66] - 1659:17, 1661:14, 1668:15,

1668:22, 1676:18, 1695:9, 1695:11, 1696:13, 1705:18, 1708:13, 1714:19, 1715:20, 1716:1, 1718:1, 1719:4, 1743:6, 1751:18, 1765:9, 1765:24, 1767:18, 1771:12, 1772:21, 1780:14, 1780:18, 1780:19, 1786:20, 1786:23, 1792:13, 1793:15, 1810:9, 1813:2, 1813:21, 1815:22, 1821:10, 1821:15, 1824:6, 1824:16, 1825:22, 1829:6, 1834:1, 1846:9, 1847:5, 1853:25, 1854:8, 1856:18, 1856:21, 1869:9, 1873:24, 1876:19, 1880:1, 1892:15, 1897:2, 1900:23, 1924:7, 1932:12, 1951:25, 1959:1, 1964:5, 1965:7, 1965:11, 1967:15, 1972:6, 1977:23, 1979:5, 2014:21
**puts** [1] - 1769:6
**putting** [9] - 1735:2, 1762:4, 1801:5, 1805:22, 1830:9, 1874:22, 1892:7, 1892:17, 1991:5
**PX** [1] - 1781:17

## Q

**Q1** [1] - 1701:16
**qualify** [1] - 2011:7
**quality** [7] - 1693:16, 1695:14, 1696:11, 1696:13, 1696:18, 1706:1, 1891:20
**quarter** [9] - 1686:3, 1701:15, 1701:17, 1706:23, 1706:25, 1822:9, 1943:15, 1943:17, 1957:17
**quasi** [1] - 1804:5, 2010:11
**questioned** [1] - 1947:11
**questioning** [1] - 1863:9
**questions** [30] - 1667:15, 1692:11, 1692:14, 1692:17, 1693:18, 1693:23, 1725:9, 1736:14, 1778:22, 1782:19, 1790:12, 1797:10, 1796:21, 1797:3, 1877:17, 1877:22, 1897:9, 1898:8, 1924:22, 1925:11, 1940:9, 1950:20, 1967:9, 1970:24, 1985:19, 1985:20, 1985:21, 1988:5, 1990:24, 2009:23
**quibble** [1] - 1836:16
**Quick** [1] - 1794:25
**quick** [6] - 1775:11, 1781:24, 1857:10, 1937:2, 1937:17, 2006:19
**quickly** [7] - 1699:4, 1849:4, 1866:8, 1932:8, 1934:13, 1937:1, 2011:10
**quiet** [2] - 1727:15, 1918:23
**quietly** [1] - 1963:18
**quite** [12] - 1686:25, 1710:1, 1730:4, 1811:16, 1864:17, 1879:21, 1953:23, 1965:22, 1973:1, 2004:19, 2020:3, 2020:4
**quote** [1] - 1718:23
**quoted** [1] - 1719:21

## R

**radar** [1] - 1854:25
**radio** [24] - 1744:19, 1779:12, 1823:4, 1855:22, 1875:13, 1880:7, 1881:21, 1881:23, 1882:3, 1883:17, 1883:19, 1884:2, 1884:7, 1884:14, 1884:16, 1884:21, 1884:22, 1907:20, 1929:15, 1929:18, 1959:13, 1959:18, 1961:20, 1961:21
**raise** [2] - 1844:6, 1849:5
**raised** [5] - 1832:15, 1832:19, 1865:11, 1873:18, 2010:7
**raising** [1] - 1833:17
**RAM** [42] - 1733:9, 1733:11, 1733:12, 1733:19, 1733:25, 1734:2, 1734:4, 1734:20, 1735:2, 1736:19, 1737:11, 1737:19, 1762:4, 1762:8, 1762:13, 1765:9, 1765:15, 1769:7, 1786:23, 1791:3, 1791:4, 1792:13, 1793:10, 1793:14, 1814:8, 1815:23, 1817:2, 1826:6, 1975:4, 1975:6, 1975:13, 2003:8, 2003:11, 2004:11, 2004:14, 2004:17, 2005:14, 2006:24, 2007:1
**ramp** [1] - 1900:24
**ran** [5] - 1715:25, 1720:6, 1783:25, 1880:13, 1880:23
**random** [1] - 1791:2
**randomly** [1] - 1736:22
**range** [4] - 1849:15, 1867:13, 1867:14, 1867:15
**Ranger** [2] - 1920:17, 1920:19
**Rangers** [1] - 1905:18
**rare** [1] - 1972:18
**rate** [2] - 1930:6, 1930:8
**rates** [2] - 1683:18, 1861:13
**rather** [4] - 1830:5, 1866:12, 1917:4, 1918:23
**rating** [1] - 1731:10
**rational** [1] - 1865:24
**rationalized** [1] - 1868:10
**RCS** [2] - 1884:3, 1884:4
**re** [6] - 1737:21, 1924:22, 1925:6, 2012:2, 2012:3, 2016:22
**re-read** [1] - 1737:21
**re-reading** [1] - 2016:22
**re-take** [2] - 1924:22, 1925:6
**reaction** [3] - 1698:20, 1698:23, 1700:1
**read** [37] - 1680:23, 1732:25, 1733:4, 1733:6, 1734:13, 1737:21, 1743:14, 1744:2, 1770:5, 1793:12, 1795:7, 1796:13, 1815:1, 1879:3, 1893:16, 1896:17, 1922:24, 1943:6, 1949:2, 1952:17, 1954:22, 1955:18, 1955:21, 1955:23, 1959:8, 1963:18, 1963:21, 1973:4, 1973:7, 1973:10, 1975:23, 1976:6, 1987:5, 1987:17, 2001:25
**read-once** [1] - 1732:25
**readable** [3] - 1786:16, 1931:16, 1931:17

**ReadDulcimerDB** [2] - 1771:2, 1771:21
**readily** [1] - 1933:17
**reading** [14] - 1700:10, 1732:3, 1735:4, 1768:5, 1770:5, 1770:15, 1915:21, 1919:3, 1952:19, 1963:19, 1997:19, 2011:24, 2012:13, 2016:22
**reads** [3] - 1743:17, 1769:5, 1975:6
**ready** [8] - 1711:15, 1730:8, 1734:13, 1745:13, 1798:3, 1873:9, 1911:25, 1918:14
**real** [11] - 1676:3, 1781:24, 1798:19, 1801:6, 1820:2, 1898:1, 1926:5, 1946:7, 1946:18, 2006:21, 2015:12
**realistic** [1] - 1945:9
**reality** [2] - 1800:8, 1867:1
**realize** [2] - 1671:18, 1892:11
**realized** [4] - 1684:10, 1685:25, 1695:23, 1702:20
**really** [135] - 1664:24, 1666:19, 1667:3, 1670:2, 1670:6, 1670:7, 1671:10, 1671:23, 1671:25, 1673:4, 1673:6, 1675:2, 1676:11, 1676:24, 1677:12, 1677:21, 1678:2, 1678:16, 1679:20, 1680:14, 1681:1, 1681:4, 1681:5, 1681:15, 1681:20, 1682:7, 1682:18, 1682:21, 1682:23, 1683:3, 1683:5, 1683:23, 1684:12, 1684:17, 1684:25, 1686:10, 1686:11, 1686:12, 1686:18, 1687:6, 1688:6, 1688:7, 1688:20, 1689:1, 1689:6, 1689:13, 1690:9, 1690:24, 1691:1, 1692:5, 1692:8, 1692:11, 1692:19, 1693:9, 1694:25, 1695:21, 1696:2, 1696:17, 1697:21, 1698:23, 1699:4, 1699:20, 1700:4, 1700:7, 1700:17, 1701:22, 1702:8, 1702:17, 1702:18, 1702:25, 1703:25, 1704:8, 1706:18, 1717:18, 1724:16, 1724:21, 1724:23, 1725:1, 1725:5, 1730:7, 1734:15, 1734:17, 1738:2, 1738:3, 1738:9, 1743:9, 1743:20, 1744:5, 1745:4, 1746:16, 1755:19, 1776:24, 1812:9, 1823:3, 1829:7, 1829:8, 1841:20, 1854:25, 1859:7, 1864:6, 1864:7, 1879:3, 1879:10, 1881:9, 1884:5, 1892:10, 1893:13, 1895:15, 1895:22, 1895:25, 1896:5, 1896:22, 1896:24, 1897:22, 1912:12, 1924:6, 1931:16, 1940:19, 1942:11, 1945:3, 1946:14, 1961:7, 1964:11, 1965:1, 1979:14, 1990:15, 1990:20, 2001:1, 2013:8, 2015:21, 2020:6, 2020:8
**reason** [17] - 1670:5, 1675:24, 1678:13, 1678:14, 1706:15, 1706:16, 1720:24, 1800:5, 1800:20, 1816:22, 1816:23, 1855:4, 1879:23, 1881:14, 1915:8, 1965:11, 1966:16
**Reason** [1] - 1706:12
**reasonable** [11] - 1861:18, 1862:10, 1862:11, 1862:14, 1866:13, 1866:17, 1867:6, 1872:23, 2012:9

**reasons** [6] - 1675:1, 1814:14, 1830:6, 1839:25, 1867:10, 1892:1
**reboot** [2] - 1793:8, 1793:9
**recalled** [1] - 1800:8
**receive** [4] - 1663:21, 1869:25, 1870:8, 1877:15
**received** [4] - 1656:6, 1855:6, 1925:20, 1983:10
**receiving** [7] - 1818:1, 1818:8, 1822:17, 1824:1, 1824:9, 1832:23, 1833:2
**recent** [11] - 1723:18, 1756:2, 1756:4, 1798:16, 1799:3, 1863:16, 1895:8, 1984:24, 1984:25, 1985:1, 2003:16
**recess** [6] - 1706:25, 1753:17, 1870:24, 1943:17, 2019:11, 2020:14
**Recess** [4] - 1707:2, 1753:18, 1870:25, 1943:19
**reclaiming** [1] - 1767:10
**reclaims** [1] - 1768:25
**recognizable** [1] - 1880:17
**recognize** [2] - 1687:23, 1867:10
**recollection** [9] - 1658:17, 1663:5, 1716:6, 1878:19, 1878:23, 1880:19, 1886:12, 1892:9, 1892:14
**recommendation** [2] - 1685:1, 1685:15
**recommendations** [1] - 1685:6
**recommended** [1] - 1685:11
**reconfigure** [1] - 1806:15
**reconfiguring** [1] - 1806:17
**reconnect** [1] - 1925:3
**RECORD** [1] - 2020:19
**record** [50] - 1657:24, 1735:12, 1746:2, 1754:22, 1759:6, 1763:13, 1768:5, 1769:13, 1773:19, 1774:12, 1792:15, 1798:16, 1799:4, 1799:21, 1800:19, 1812:18, 1831:16, 1843:7, 1843:15, 1843:21, 1849:23, 1850:21, 1851:11, 1853:1, 1857:9, 1858:1, 1858:23, 1871:7, 1878:9, 1911:19, 1914:25, 1917:3, 1961:15, 1967:13, 1992:1, 1992:11, 1996:12, 1996:17, 1997:20, 1999:16, 1999:20, 1999:25, 2001:24, 2002:2, 2012:13, 2012:18, 2014:1, 2016:15, 2017:19, 2020:9
**recordation** [1] - 1799:12
**recorded** [2] - 1799:5, 1967:23
**recording** [1] - 1911:20
**records** [8] - 1746:1, 2015:2, 2016:6, 2016:7, 2017:7, 2017:10, 2017:12, 2017:14
**recovered** [1] - 1870:24
**RECROSS** [1] - 1666:15
**RECROSS-EXAMINATION** [1] - 1666:15
**red** [3] - 1915:20, 1915:22, 1919:3
**REDIRECT** [4] - 1665:11, 1667:19, 1725:11, 1797:1
**redirect** [2] - 1819:23, 1980:4
**refer** [2] - 1917:3, 1917:19

**reference** [9] - 1665:19, 1712:22, 1821:11, 1821:24, 1852:25, 1915:9, 1998:7, 1998:15, 2011:25
**references** [2] - 1873:20, 1874:2
**referred** [6] - 1708:22, 1708:24, 1939:12, 1947:24, 1948:17, 1948:24
**referring** [7] - 1666:2, 1666:5, 1760:16, 1947:4, 1947:9, 1968:11, 1977:5
**refers** [1] - 1948:11
**reflect** [2] - 1754:22, 1872:20
**reflected** [1] - 1868:7
**reflecting** [3] - 1762:9, 1917:17, 1917:23
**refresh** [4] - 1658:17, 1878:19, 1878:23, 1886:12
**regard** [8] - 1898:6, 1963:21, 1987:19, 1989:16, 1991:2, 1999:14, 2005:1, 2005:3
**regarding** [4] - 1965:2, 1987:21, 1989:6, 1998:4
**regards** [1] - 1971:15
**register** [1] - 1945:1
**registered** [4] - 1944:24, 1945:4, 1964:20, 1965:2
**regular** [5] - 1773:1, 1973:25, 2012:17, 2013:25, 2014:13
**regularly** [2] - 2012:16, 2016:15
**relate** [2] - 1938:16, 1942:1
**related** [7] - 1679:11, 1693:17, 1740:23, 1742:1, 1787:15, 1803:23, 1893:11
**relates** [5] - 1732:11, 1803:5, 1876:1, 1896:5, 2000:14
**relating** [5] - 1744:8, 2001:19, 2002:13, 2007:4, 2014:24
**relationship** [1] - 1939:24
**relative** [2] - 1892:15, 1911:6
**relatively** [1] - 1681:18
**relays** [1] - 1984:2
**release** [6] - 1718:19, 1719:3, 1719:12, 1719:14, 1719:22, 1720:19
**ReleaseDrive** [4] - 1766:2, 1766:7, 1768:18
**relevance** [1] - 1946:22
**relevant** [9] - 1736:4, 1783:13, 1806:10, 1816:4, 1816:23, 1855:16, 1861:13, 1861:14, 1901:25
**reliability** [1] - 1743:22
**reliable** [1] - 1860:15
**relied** [7] - 1818:12, 1822:7, 1860:21, 1862:21, 1868:3, 1868:4, 1868:15
**relies** [3] - 1783:17, 1814:19, 1868:6
**rely** [8] - 1783:18, 1784:9, 1805:11, 1858:4, 1863:2, 2008:24, 2009:3, 2009:8
**relying** [5] - 1810:22, 1824:21, 1827:16, 1851:24, 1853:5, 1857:9, 2009:2, 2009:4
**remand** [1] - 1847:10
**remember** [49] - 1660:22, 1665:23,

1682:5, 1698:24, 1721:22, 1753:2, 1781:12, 1784:20, 1787:16, 1797:4, 1797:23, 1808:24, 1810:16, 1814:23, 1815:6, 1815:11, 1817:1, 1853:21, 1853:22, 1863:5, 1863:22, 1879:3, 1883:24, 1884:16, 1884:18, 1884:21, 1886:5, 1891:7, 1892:20, 1896:12, 1896:14, 1914:13, 1916:14, 1918:3, 1918:18, 1919:1, 1946:11, 1951:8, 1951:9, 1968:18, 1969:10, 1969:13, 1969:17, 2004:12, 2004:14, 2008:7, 2008:10, 2010:8

**remembers** [1] - 2010:9

**remembrance** [1] - 1895:20

**remind** [2] - 1993:21, 1999:1

**reminded** [2] - 1823:7, 1823:24

**remitted** [1] - 1872:10

**removable** [1] - 1685:10

**remove** [15] - 1663:11, 1663:13, 1663:14, 1663:15, 1663:16, 1663:18, 1664:6, 1721:2, 1723:22, 1724:20, 1724:21, 1725:1, 1725:3, 1725:5, 1947:15

**removed** [6] - 1663:4, 1664:10, 1720:25, 1822:8, 1822:9, 1919:12

**removing** [6] - 1663:20, 1663:24, 1664:17, 1720:24, 1723:15, 1724:21

**rendered** [1] - 1839:19

**renew** [2] - 1840:1, 1849:13

**reopen** [1] - 1832:12

**reorganize** [1] - 1724:7

**repeat** [20] - 1712:13, 1721:4, 1740:9, 1775:17, 1776:19, 1776:21, 1776:22, 1776:23, 1776:25, 1777:1, 1777:6, 1777:9, 1777:11, 1777:15, 1777:22, 1806:9, 1833:11, 1890:14, 1917:8, 1962:20

**repeating** [1] - 1997:6

**RepeatOne** [1] - 1775:16

**Repeats** [1] - 1890:16

**repeats** [1] - 2005:21

**repetitive** [1] - 1876:21

**replace** [4] - 1912:14, 1932:22, 1933:2, 1961:25

**replaced** [2] - 1659:4, 1667:2

**replacement** [2] - 1702:12, 1704:10

**replacing** [1] - 1704:12

**report** [5] - 1705:23, 1985:11, 2012:14, 2012:18, 2014:1

**REPORTER** [2] - 1668:8, 1870:15

**reporter** [3] - 1878:12, 1926:18, 1932:2

**REPORTER'S** [2] - 1656:1, 2020:16

**reports** [2] - 1853:17, 1987:10, 1987:15, 1987:17

**repository** [1] - 1756:14

**represent** [1] - 1878:20

**representation** [3] - 1688:22, 1913:5, 1913:8

**representative** [2] - 1662:16, 1788:24

**represents** [1] - 2012:1

**reproducing** [5] - 1807:18, 1808:1, 1810:16, 1811:8, 1812:1

**reproduction** [3] - 1995:10, 1996:15, 1996:16

**request** [10] - 1849:13, 1849:20, 1849:24, 1851:10, 1852:24, 1857:10, 1897:25, 1990:1, 1990:5, 1990:8

**require** [5] - 1804:9, 1804:23, 1824:20, 1991:8, 2007:11

**required** [16] - 1656:11, 1656:25, 1803:7, 1825:23, 1846:22, 1914:17, 1935:24, 1945:1, 1976:22, 1990:13, 1990:18, 1991:7, 1993:23, 1994:19, 1994:23, 1995:11

**requirement** [3] - 1926:7, 2015:5, 2015:24

**requirements** [14] - 1669:25, 1687:6, 1687:7, 1688:1, 1690:19, 1691:15, 1705:3, 1714:19, 1714:21, 1714:23, 1714:24, 1832:7, 1992:20, 2015:18

**requires** [2] - 1835:11, 1992:25

**requiring** [1] - 1829:23

**research** [10] - 1679:23, 1684:8, 1684:18, 1689:2, 1690:1, 1984:14, 1984:16, 2008:9, 2014:5

**researched** [1] - 1714:8

**resend** [1] - 1908:18

**reserve** [17] - 1798:24, 1805:25, 1806:22, 1810:13, 1817:5, 1830:19, 1837:12, 1837:24, 1838:16, 1839:14, 1839:20, 1841:25, 1842:16, 1845:6, 1853:6, 1855:15, 1857:3

**reset** [10] - 1790:23, 1792:5, 1792:16, 1792:19, 1792:21, 1816:16, 1816:17, 1843:14, 1996:17, 1996:19

**resets** [2] - 1792:8, 1792:11

**resetting** [4] - 1810:19, 1812:18, 1996:11, 1998:4

**reside** [3] - 1918:16, 1982:9, 2003:11

**resources** [1] - 1686:22

**respect** [36] - 1735:2, 1798:13, 1799:1, 1803:6, 1803:19, 1804:22, 1807:12, 1811:15, 1811:25, 1815:5, 1818:7, 1822:6, 1825:1, 1825:5, 1827:11, 1827:14, 1828:2, 1828:19, 1829:11, 1829:12, 1829:13, 1830:21, 1840:11, 1840:12, 1840:25, 1841:15, 1845:9, 1845:11, 1848:10, 1849:15, 1858:17, 1859:2, 1859:6, 1859:8, 1902:16, 1986:16

**respond** [2] - 1781:9, 1907:2

**responded** [1] - 1939:23

**responding** [2] - 1897:17, 1987:14

**responds** [1] - 1992:24

**response** [7] - 1700:22, 1700:24, 1799:20, 1842:3, 1941:23, 1993:10, 2020:8

**responses** [4] - 1783:7, 1797:5, 1797:9, 1987:18

**responsible** [5] - 1669:18, 1719:20, 1728:14, 1729:21, 1945:10

**responsibly** [1] - 1795:16

**responsive** [6] - 1812:4, 1817:7, 1834:11, 1834:23, 1838:1, 1995:9

**rest** [6] - 1771:24, 1798:3, 1811:14, 1811:25, 1828:9, 1828:12

**restate** [1] - 1970:13

**rested** [1] - 1874:14

**restrict** [1] - 1808:22

**restricted** [1] - 1845:18

**restrictions** [1] - 1935:21

**rests** [1] - 1798:5

**result** [15] - 1808:12, 1810:11, 1825:6, 1825:24, 1829:21, 1831:7, 1837:1, 1838:12, 1843:16, 1843:18, 1845:4, 1849:8, 1850:14, 1872:11, 1964:1

**resulted** [1] - 1798:20

**results** [2] - 1684:21, 1684:24

**retentions** [1] - 1710:1

**retrieve** [1] - 2018:4

**retrieving** [2] - 1816:13, 1971:17

**return** [3] - 1658:12, 1772:7, 1866:5

**returns** [1] - 1776:5

**revenues** [1] - 1864:19

**review** [6] - 1847:23, 1847:24, 1988:14, 1989:1, 2015:2, 2017:6

**reviews** [4] - 1680:24, 1700:4, 1700:17, 1700:25

**revisions** [1] - 1822:1

**revisit** [1] - 1840:18

**rewrite** [5] - 1740:22, 1741:22, 1741:24, 1742:6

**rewriting** [2] - 1742:21, 1785:12

**rewrote** [17] - 1730:18, 1730:21, 1731:24, 1738:18, 1739:2, 1740:19, 1740:20, 1741:7, 1741:8, 1741:12, 1741:13, 1741:14, 1741:15, 1742:4, 1742:20, 1744:12, 1747:6

**richer** [1] - 1896:11

**rid** [2] - 1665:5, 1765:4

**right-hand** [1] - 1738:16

**ring** [2] - 1884:4, 1932:21

**rise** [3] - 1829:25, 1830:5, 1830:13

**risk** [2] - 1831:17, 1866:3

**Robbin** [2] - 1901:20, 1901:21

**robust** [1] - 1947:10

**role** [10] - 1679:15, 1679:17, 1680:11, 1680:13, 1687:5, 1690:24, 1705:1, 1705:2, 1716:22, 1892:7

**roll** [1] - 1985:8

**rolled** [1] - 1926:25

**Roman** [1] - 1958:25

**RON** [1] - 1656:3

**room** [4] - 1698:22, 1698:25, 1699:7, 1902:24

**roughly** [2] - 1869:14, 2006:20

**route** [1] - 1740:12

**routine** [5] - 1756:19, 1756:25, 1759:14, 1767:3, 1772:10

**Row** [1] - 2016:10

**Roy** [1] - 2013:23

**royalty** [15] - 1860:11, 1860:17, 1860:23, 1860:24, 1861:1, 1861:3, 1861:9, 1864:1, 1864:22, 1867:6, 1867:9, 1867:16, 1868:5, 1868:10, 1872:23

**royalty-type** [1] - 1861:9

**Rs** [2] - 1944:20, 1944:21

**rubric** [2] - 1810:10, 1871:19

**Ruffin** [1] - 2020:10

**Rule** [3] - 1798:9, 1798:23, 1840:5

**rule** [7] - 1832:1, 1862:21, 1863:2, 1863:18, 1866:20, 2009:10, 2013:24

**ruled** [1] - 1855:5

**rules** [4] - 1847:1, 2010:4, 2010:12, 2013:3

**ruling** [23] - 1805:25, 1806:22, 1810:13, 1817:5, 1830:19, 1832:15, 1833:5, 1837:12, 1837:24, 1838:16, 1839:1, 1839:14, 1840:9, 1841:25, 1842:16, 1845:7, 1853:7, 1855:8, 1855:15, 1857:4, 1864:8, 2010:14, 2017:21

**rulings** [1] - 1830:18

**rumors** [1] - 1678:12

**run** [14] - 1722:14, 1735:13, 1744:1, 1752:5, 1764:9, 1767:4, 1779:12, 1782:24, 1786:24, 1815:23, 1831:16, 1908:12, 1916:22, 1978:15

**running** [31] - 1681:9, 1681:22, 1682:20, 1684:4, 1695:12, 1733:21, 1744:4, 1773:13, 1775:15, 1785:23, 1791:18, 1791:19, 1860:11, 1860:17, 1860:23, 1860:24, 1861:1, 1861:3, 1908:13, 1917:13, 1938:18, 1940:1, 1947:3, 1970:13, 1973:16, 1978:14, 1978:21, 1979:8, 1990:8, 2004:9

**runs** [3] - 1772:20, 1852:4, 1971:3

## S

**sacrifice** [1] - 1698:5

**sacrifices** [1] - 1707:17

**safety** [2] - 1795:9, 1795:13

**sake** [1] - 2013:4

**sale** [2] - 1904:9, 1936:3

**sales** [9] - 1701:2, 1701:13, 1713:15, 1871:18, 1872:3, 1931:19, 1945:8, 1946:6, 1966:6

**Sales** [2] - 1939:12, 1939:14

**Samsung** [2] - 1741:5, 1741:6

**San** [2] - 1727:9, 1933:10

**sat** [3] - 1673:23, 1698:18, 1783:21

**satellite** [1] - 1984:1

**satellites** [2] - 1983:19, 1983:20

**satisfactory** [1] - 2012:6

**satisfied** [4] - 1705:18, 1825:6, 1871:4, 1871:9

**satisfy** [2] - 1932:7, 2007:18

**save** [9] - 1815:14, 1888:18, 1888:21, 1888:22, 1888:23, 1888:24, 1889:3, 1889:4, 1932:19

**Save** [1] - 1888:15

**saves** [1] - 1815:22

**saving** [1] - 1942:16

**saw** [11] - 1693:12, 1694:8, 1821:11, 1877:25, 1884:14, 1900:8, 1927:16, 1940:1, 1949:2, 1986:6, 1986:10

**SBE** [2] - 1927:12, 1930:20

**scale** [1] - 1984:18

**scan** [10] - 1772:22, 1843:5, 1843:6, 1924:23, 1937:1, 1937:2, 1937:15, 1999:15, 1999:21, 1999:25

**scanning** [14] - 1812:16, 1817:12, 1835:13, 1843:4, 1843:7, 1843:16, 1843:19, 1989:19, 1991:9, 1995:20, 1998:8, 1999:9, 2001:6, 2001:10

**scarier** [1] - 1754:11

**scattered** [1] - 1763:3

**schedule** [2] - 1686:5, 1925:1

**scheduled** [1] - 1789:19

**scheme** [1] - 1892:23

**Schiller** [5] - 1674:11, 1675:16, 1676:1, 1676:14, 1676:23

**School** [1] - 2015:17

**school** [19] - 1671:3, 1671:5, 1671:22, 1727:19, 1728:17, 1728:20, 1728:22, 1758:7, 1758:13, 1780:9, 1786:13, 1925:14, 1925:15, 1927:6, 1941:7, 1983:5, 1983:7, 1997:17

**schooling** [1] - 1925:22

**schools** [2] - 1672:21, 1672:24

**Schutz** [10] - 1665:15, 1802:10, 1803:20, 1827:17, 1848:11, 1848:25, 1850:24, 1869:20, 1900:22, 2016:24

**SCHUTZ** [36] - 1658:5, 1658:7, 1659:13, 1659:20, 1660:1, 1664:13, 1665:8, 1666:14, 1666:16, 1667:15, 1707:22, 1707:25, 1708:3, 1708:5, 1725:8, 1798:4, 1798:7, 1799:22, 1800:22, 1802:14, 1848:15, 1851:3, 1853:15, 1854:7, 1854:13, 1869:21, 1871:6, 1871:10, 1876:12, 1876:25, 2008:19, 2016:12, 2016:18, 2016:20, 2016:25, 2017:22

**science** [9] - 1727:23, 1728:1, 1758:8, 1925:20, 1941:7, 1982:4, 1982:20, 1982:21, 1984:17

**Science** [1] - 2015:19

**Sciences** [1] - 2015:17

**Scientific** [1] - 1984:8

**scratch** [2] - 1715:2, 1715:5

**screen** [32] - 1658:21, 1659:17, 1661:15, 1703:17, 1728:12, 1728:14, 1732:17, 1752:1, 1752:3, 1761:6, 1761:8, 1765:25, 1768:7, 1773:12, 1782:12, 1782:14, 1792:25, 1900:23, 1901:7, 1908:6, 1910:24, 1911:13, 1917:9, 1922:1, 1939:9, 1948:22, 1959:1, 1967:15, 1972:6, 1977:23, 1985:21, 2001:19

**screens** [4] - 1704:19, 1730:17, 1746:19

**scroll** [6] - 1694:16, 1699:10, 1699:17, 1703:7, 1759:17, 1921:8

**scrollable** [5] - 1855:23, 1889:21, 1890:5, 1912:1, 1921:5

**se** [1] - 1818:17

**sealed** [1] - 1759:6

**seamless** [3] - 1697:21, 1745:18, 1745:23

**seamlessly** [2] - 1693:16, 1696:23

**search** [10] - 1757:4, 1757:6, 1769:12, 1769:14, 1769:17, 1833:8, 1923:16, 1924:1, 1924:15, 2018:8

**searched** [1] - 1979:2

**searches** [1] - 1771:7

**searching** [7] - 1781:3, 1924:11, 2013:17, 2018:5, 2018:6, 2018:9, 2018:10

**season** [4] - 1685:25, 1686:7, 1698:6, 1711:6

**Second** [3] - 1921:8, 1921:14, 1922:4

**second** [26] - 1663:16, 1674:18, 1678:13, 1703:6, 1704:7, 1719:22, 1724:2, 1738:11, 1739:25, 1741:4, 1742:7, 1742:8, 1745:1, 1745:12, 1778:15, 1833:19, 1842:3, 1844:10, 1849:17, 1936:12, 1972:13, 1986:11, 1987:4, 1989:24, 2001:2, 2003:12

**secondly** [1] - 1676:14

**seconds** [8] - 1734:12, 1734:14, 1734:16, 1737:25, 1793:4, 1913:2, 1964:6, 1964:7

**secret** [6] - 1678:6, 1678:11, 1678:15, 1678:19, 1685:21, 1719:6

**secretary** [1] - 1984:8

**section** [16] - 1688:24, 1689:17, 1693:4, 1693:5, 1694:1, 1694:3, 1694:20, 1695:13, 1696:22, 1706:12, 1887:8, 1888:13, 1932:24, 1934:9, 1968:2, 1977:17

**Section** [1] - 2011:24

**sections** [1] - 1730:18

**secure** [1] - 1752:20

**SECURITY** [2] - 1823:17, 1823:20

**security** [1] - 1984:20

**See** [1] - 1819:17

**see** [172] - 1660:14, 1660:15, 1665:2, 1680:25, 1681:3, 1681:5, 1681:10, 1681:13, 1684:21, 1688:13, 1688:14, 1691:20, 1695:14, 1701:9, 1702:6, 1702:10, 1706:13, 1706:14, 1708:17, 1708:24, 1709:1, 1712:14, 1712:24, 1712:25, 1713:6, 1714:9, 1716:11, 1716:12, 1718:25, 1719:17, 1719:24, 1720:19, 1724:9, 1725:3, 1728:12, 1728:13, 1730:16, 1733:22, 1736:14, 1745:19, 1746:18, 1746:19, 1751:4, 1751:17, 1756:15, 1760:6, 1761:22, 1762:23, 1765:10, 1765:13, 1765:19, 1767:23, 1769:4, 1771:8, 1772:9, 1774:7, 1774:15, 1775:1, 1777:21, 1778:25, 1782:6, 1782:11, 1787:11,

1795:9, 1795:14, 1796:2, 1796:13, 1811:20, 1832:25, 1855:16, 1868:12, 1873:17, 1874:8, 1875:8, 1875:24, 1877:23, 1878:25, 1882:3, 1886:9, 1886:11, 1886:19, 1886:21, 1886:25, 1887:9, 1887:16, 1888:16, 1889:13, 1890:14, 1890:17, 1892:8, 1892:24, 1893:12, 1894:1, 1894:2, 1894:3, 1894:4, 1894:17, 1895:7, 1895:8, 1896:17, 1899:20, 1899:22, 1899:24, 1900:23, 1900:24, 1907:1, 1907:4, 1907:7, 1907:9, 1908:7, 1910:24, 1911:1, 1911:5, 1911:12, 1911:15, 1911:22, 1912:24, 1915:1, 1915:13, 1915:20, 1915:23, 1916:3, 1916:8, 1917:13, 1918:11, 1919:2, 1920:8, 1922:23, 1923:4, 1932:2, 1934:11, 1937:15, 1938:1, 1939:13, 1939:18, 1940:24, 1944:20, 1944:22, 1946:2, 1952:5, 1957:19, 1966:22, 1966:24, 1967:20, 1967:21, 1967:24, 1967:25, 1975:24, 1978:5, 1978:10, 1983:13, 1985:21, 1987:12, 1988:6, 1988:10, 1989:19, 1991:12, 1992:6, 1992:22, 1994:2, 1994:3, 1994:12, 1997:10, 1998:7, 1999:22, 2000:16, 2001:5, 2003:5, 2008:15, 2009:25

**seeing** [8] - 1835:16, 1848:5, 1883:24, 1915:9, 1939:9, 1950:3, 1967:6, 2014:12

**seeking** [1] - 1892:18
**seem** [3] - 1675:2, 1892:3, 1970:25
**sees** [1] - 1911:6
**segment** [8] - 1812:20, 1881:25, 1882:1, 1882:7, 1996:15, 1996:22, 1998:25, 1999:3
**segments** [3] - 1804:11, 1804:17, 1804:21
**select** [2] - 1889:20, 1921:6
**selected** [4] - 1804:10, 1804:16, 1804:21, 1979:5
**selecting** [3] - 1890:5, 1920:21, 1967:22
**selection** [1] - 1992:25
**Selection_Record** [27] - 1810:19, 1812:17, 1812:19, 1813:19, 1814:4, 1814:12, 1814:21, 1817:12, 1835:14, 1837:4, 1837:17, 1837:18, 1843:3, 1843:15, 1995:21, 1996:3, 1996:6, 1996:13, 1996:18, 1996:23, 1997:1, 1997:8, 1997:12, 1997:19, 1997:24, 1998:2, 1999:10
**Selection_Records** [7] - 1804:11, 1804:16, 1804:22, 1813:24, 1814:6, 1996:2, 2007:4
**selector** [1] - 1890:14
**sell** [6] - 1668:18, 1721:3, 1805:18, 1903:8, 1903:10, 1930:23
**selling** [7] - 1700:20, 1700:23, 1718:10, 1905:6, 1943:7, 1944:5, 1944:11
**semester** [1] - 1728:22

**semicolon** [1] - 1811:22
**send** [1] - 1767:7
**sends** [2] - 1803:24, 1850:10
**senior** [2] - 1669:22, 1704:23
**sense** [5] - 1696:5, 1700:7, 1848:4, 1861:21, 1967:11
**sensor** [2] - 1984:19, 1985:1
**sensors** [6] - 1985:5, 1985:6, 1985:11, 1985:13, 1985:15
**sent** [4] - 1677:8, 1929:20, 1941:23, 1967:23
**sentence** [5] - 1784:20, 1942:7, 1978:12, 1978:19, 2016:20
**separate** [2] - 1730:21, 1805:24, 1808:8, 1808:9, 1847:14, 1960:21
**separately** [4] - 1791:14, 1816:14, 1904:23, 1904:25
**September** [7] - 1732:4, 1742:10, 1798:18, 1937:10, 1937:13, 1970:17, 1970:22, 1970:23, 2018:3
**sequel** [17] - 1738:18, 1738:25, 1739:2, 1739:3, 1739:8, 1739:13, 1739:17, 1739:21, 1740:21, 1742:3, 1785:9, 1793:12, 1837:19, 2003:1, 2003:3, 2003:14, 2004:4
**sequence** [3] - 1833:3, 1904:19, 1996:3
**sequencing** [12] - 1810:19, 1812:16, 1835:13, 1844:4, 1894:4, 1894:9, 1894:12, 1995:21, 2002:14, 2002:17, 2002:18, 2007:5
**serial** [3] - 1659:1, 1904:1, 1904:3
**series** [1] - 1742:16
**served** [3] - 1781:10, 1899:12, 1984:9
**server** [47] - 1675:2, 1813:13, 1823:10, 1879:17, 1880:1, 1880:2, 1885:3, 1885:16, 1903:2, 1907:22, 1908:8, 1908:9, 1908:13, 1910:23, 1911:6, 1912:8, 1913:20, 1913:22, 1913:23, 1913:25, 1914:4, 1914:6, 1914:17, 1914:21, 1915:12, 1915:16, 1915:24, 1916:9, 1916:12, 1916:24, 1916:25, 1917:4, 1917:9, 1917:11, 1918:2, 1918:4, 1918:6, 1918:10, 1919:1, 1919:8, 1919:14, 1928:9, 1928:22, 1971:11, 2018:13
**server's** [1] - 1971:10
**servers** [2] - 1674:20, 1675:4
**serves** [1] - 1907:23
**service** [4] - 1822:20, 1879:15, 1881:15, 1984:12
**set** [36] - 1682:8, 1682:9, 1699:6, 1699:8, 1731:10, 1750:19, 1750:20, 1764:13, 1776:22, 1776:23, 1777:6, 1777:9, 1777:15, 1794:23, 1806:13, 1812:12, 1812:15, 1818:4, 1833:9, 1833:14, 1834:7, 1835:12, 1838:9, 1838:13, 1839:25, 1841:6, 1842:7, 1842:9, 1844:15, 1844:17, 1900:17, 1913:13, 1965:25, 1985:13, 2013:4, 2020:1
**sets** [2] - 1733:20, 1770:24

**setting** [6] - 1770:2, 1770:7, 1776:22, 1777:22, 1805:2, 1900:19
**settings** [3] - 1777:20, 1777:21, 2006:1
**setups** [1] - 1699:22
**seven** [2] - 1686:6, 1698:3
**several** [14] - 1698:14, 1699:1, 1734:12, 1745:22, 1758:25, 1807:16, 1830:3, 1832:17, 1832:18, 1914:11, 1937:15, 1997:15, 1998:20, 2007:21
**shaking** [1] - 1744:3
**shape** [1] - 1701:13
**shaped** [1] - 1749:8
**share** [3] - 1684:21, 1684:23, 1948:2
**shared** [1] - 1807:3
**sheet** [1] - 1985:4
**shelf** [3] - 1695:24, 1696:8, 2013:20
**shelved** [2] - 2016:8, 2016:11
**shifts** [1] - 1856:25
**ship** [3] - 1749:23, 1754:5, 1932:23
**shipment** [1] - 1931:20
**shipped** [6] - 1711:15, 1751:6, 1751:8, 1787:9, 1932:20, 1934:14
**shock** [1] - 1695:11
**short** [1] - 1922:3
**shortly** [1] - 1713:1
**shortwave** [1] - 1880:6
**Show** [1] - 1905:9
**show** [53] - 1726:23, 1737:8, 1746:24, 1750:1, 1752:23, 1754:18, 1763:15, 1765:24, 1767:19, 1767:22, 1770:15, 1773:6, 1773:14, 1799:21, 1809:23, 1814:2, 1819:3, 1820:17, 1826:5, 1826:8, 1853:21, 1855:1, 1856:3, 1856:6, 1858:9, 1860:15, 1866:10, 1873:25, 1875:7, 1877:23, 1881:23, 1896:13, 1902:8, 1908:3, 1909:21, 1909:22, 1910:14, 1910:18, 1914:11, 1924:9, 1924:12, 1927:18, 1930:18, 1930:22, 1930:23, 1930:24, 1931:1, 1947:25, 1964:3, 1964:5, 1964:8, 1977:17, 2009:9
**showed** [7] - 1661:12, 1665:15, 1665:22, 1718:8, 1761:7, 1780:12, 1819:16, 1876:8, 1877:10, 1899:1, 1917:16, 1949:4, 1949:7, 1962:7, 1977:14, 1979:16, 1979:21
**showing** [5] - 1829:14, 1894:12, 1909:12, 1928:21, 1932:2, 2012:6, 2018:1
**shown** [10] - 1692:14, 1790:14, 1796:12, 1825:24, 1826:15, 1947:23, 1948:9, 1998:19, 2000:19, 2012:19
**shows** [15] - 1767:17, 1767:20, 1773:6, 1823:7, 1833:16, 1835:3, 1883:11, 1910:6, 1930:13, 1930:15, 1930:20, 1930:21, 1997:1, 2016:10
**shuffle** [1] - 1755:5
**shut** [1] - 1760:11
**sic** [7] - 1755:11, 1781:15, 1840:2, 1865:6, 1868:15, 1954:12, 2020:10

**sic**] [2] - 1659:8, 1868:21
**side** [14] - 1675:20, 1675:21, 1677:10, 1743:1, 1744:11, 1770:12, 1891:18, 1900:23, 1901:2, 1901:23, 1911:17, 1913:7, 1948:9, 1988:13
**sided** [2] - 1932:19, 2019:4
**sides** [8] - 1656:11, 1818:25, 1830:9, 1874:16, 1876:18, 1876:19, 1989:21, 2018:18
**sign** [3] - 1666:22, 1754:8, 1897:21
**Signal** [1] - 1799:9
**signal** [2] - 1820:5, 1850:11
**signals** [3] - 1820:3, 1839:7, 1880:8
**signed** [5] - 1783:4, 1783:9, 1798:17, 1800:2, 1897:25
**significant** [6] - 1730:13, 1761:20, 1813:23, 1822:25, 1828:17, 1858:16
**significantly** [2] - 1703:14, 1868:6
**signing** [1] - 1897:22
**signs** [1] - 1932:2
**silence** [3] - 1745:11, 1746:6, 1746:10
**silent** [1] - 1843:21
**Silicon** [1] - 1660:5
**silicon** [1] - 1825:21
**silicon-based** [1] - 1825:21
**Silver** [1] - 1747:13
**silver** [2] - 1742:9, 1773:22
**similar** [11] - 1745:9, 1798:25, 1833:6, 1834:19, 1835:10, 1840:14, 1841:10, 1848:13, 1874:5, 1895:13, 1992:22
**similarities** [1] - 1836:25
**similarly** [2] - 1885:25, 1888:7
**simple** [5] - 1692:11, 1692:18, 1697:6, 1697:18, 1868:20
**simply** [19] - 1808:10, 1808:20, 1822:16, 1822:24, 1828:9, 1844:25, 1860:6, 1861:2, 1861:20, 1908:12, 1910:5, 1916:17, 1945:24, 1990:6, 2000:23, 2001:5, 2001:6, 2001:15, 2010:1
**Sinatra** [5] - 1777:5, 1778:4, 1778:9, 1778:13, 1778:16
**Singapore** [1] - 1930:21
**single** [8] - 1682:4, 1776:13, 1778:9, 1808:11, 1915:14, 1932:11, 2007:17, 2007:19
**sit** [8] - 1662:8, 1717:6, 1809:21, 1813:25, 1901:4, 1906:12, 1988:4, 1989:3
**site** [2] - 1795:7, 1856:21
**sits** [2] - 1837:19, 1990:7
**sitting** [3] - 1743:13, 1907:6, 1931:21
**situation** [1] - 1975:19
**situations** [1] - 1681:8
**six** [7] - 1722:13, 1727:11, 1745:1, 1761:10, 1776:11, 1793:4, 1881:2
**six-second** [1] - 1745:1
**sixth** [7] - 1703:22, 1724:10, 1742:14, 1747:19, 1748:1, 1992:7, 1993:8
**size** [4] - 1695:8, 1704:16, 1706:1,

1706:18
**sized** [4] - 1693:15, 1694:21, 1695:2, 1699:19
**skilled** [1] - 2012:8
**skim** [1] - 1781:24
**skip** [31] - 1665:5, 1723:3, 1723:4, 1723:13, 1774:5, 1774:9, 1776:11, 1776:13, 1776:15, 1778:14, 1778:15, 1778:18, 1814:18, 1855:22, 1882:5, 1882:9, 1882:16, 1882:20, 1882:24, 1920:1, 1921:6, 1921:12, 1960:5, 1960:9, 1960:18, 1960:22, 1961:7, 1992:24
**skip"back** [1] - 1960:22
**skip-around** [1] - 1723:13
**skipped** [2] - 1888:1, 1901:19
**skipping** [9] - 1816:25, 1882:25, 1883:1, 1888:7, 1959:22, 1959:23, 1959:24, 1999:14
**skips** [1] - 1773:16
**slapping** [2] - 1682:19, 1695:24
**sleep** [2] - 1759:20, 1759:23
**slides** [1] - 1982:24
**slideware** [5] - 1991:5, 1993:20, 1999:8, 2000:14, 2000:16
**slight** [1] - 1908:17
**slightly** [6] - 1833:21, 1834:10, 1871:23, 1907:11, 1929:4, 1970:14
**slim** [1] - 1821:23
**slog** [1] - 1784:3
**slogging** [1] - 1874:20
**slot** [3] - 1912:22, 1912:23, 1912:24
**slow** [4] - 1666:8, 1683:17, 1795:11, 1931:25
**slower** [1] - 1892:2
**small** [14] - 1676:19, 1681:18, 1683:6, 1695:7, 1699:19, 1702:19, 1724:25, 1738:3, 1749:3, 1912:4, 1934:13, 1975:16, 1982:6, 1982:10
**smaller** [5] - 1676:16, 1685:12, 1704:5, 1704:17, 1907:24
**smallest** [1] - 1695:4
**smarter** [1] - 1742:24
**smooth** [1] - 1745:5
**SMusicLibrary** [1] - 1760:17
**snap** [1] - 1749:9
**soccer** [1] - 1905:17
**social** [1] - 1940:14
**societies** [1] - 1984:11
**Society** [1] - 1927:12
**sock** [1] - 1985:10
**software** [69] - 1676:5, 1726:19, 1729:17, 1729:19, 1729:25, 1730:1, 1730:7, 1730:13, 1730:19, 1739:19, 1740:1, 1746:16, 1752:9, 1755:8, 1755:14, 1755:15, 1755:16, 1755:22, 1756:3, 1756:18, 1757:18, 1758:1, 1758:20, 1766:4, 1766:5, 1766:17, 1768:19, 1768:23, 1773:2, 1787:10, 1788:3, 1789:16, 1792:22, 1880:1,

1881:4, 1883:21, 1883:24, 1884:24, 1885:9, 1886:13, 1887:23, 1891:2, 1893:18, 1901:21, 1905:21, 1922:5, 1926:20, 1926:22, 1927:9, 1927:14, 1933:18, 1938:18, 1939:22, 1940:1, 1969:3, 1970:8, 1970:13, 1970:17, 1970:19, 1970:20, 1971:3, 1988:8, 1989:18, 1990:23, 2000:11, 2000:25, 2001:2, 2007:6
**softwares** [1] - 1782:10
**sold** [23] - 1686:2, 1701:17, 1748:14, 1748:17, 1749:16, 1804:7, 1804:9, 1804:13, 1804:15, 1804:24, 1805:3, 1805:16, 1806:13, 1806:16, 1858:23, 1868:10, 1903:23, 1904:4, 1928:2, 1929:15, 1929:19, 1966:6
**sole** [1] - 1856:22
**someone** [6] - 1692:11, 1693:24, 1861:19, 1861:24, 1986:2, 2014:15
**sometimes** [7] - 1683:15, 1734:21, 1771:14, 1778:5, 1868:13, 1872:17, 2019:21
**somewhat** [2] - 1700:3, 1809:2
**somewhere** [6] - 1659:10, 1772:15, 1775:8, 1775:24, 1888:1, 2011:15
**son** [2] - 1670:20, 1926:15
**Song** [7] - 1744:23, 1744:24, 1744:25, 1745:10, 1745:12, 1745:13
**song** [47] - 1723:6, 1723:7, 1723:8, 1723:10, 1731:11, 1742:25, 1743:5, 1743:6, 1743:15, 1744:22, 1745:16, 1746:6, 1761:7, 1763:15, 1773:16, 1774:5, 1774:8, 1775:21, 1775:23, 1776:13, 1776:16, 1777:6, 1777:13, 1777:14, 1778:15, 1778:16, 1785:15, 1813:7, 1813:8, 1816:11, 1816:12, 1904:14, 1918:23, 1919:22, 1920:2, 1920:14, 1920:21, 1921:6, 1921:12, 1921:15, 1921:17, 1924:1, 1962:12, 1963:5, 1999:3
**SongCatcher** [2] - 1855:20, 1855:25
**songs** [60] - 1669:6, 1681:19, 1681:21, 1681:24, 1681:25, 1682:1, 1682:12, 1682:24, 1683:19, 1692:22, 1694:9, 1703:24, 1706:3, 1706:17, 1715:15, 1715:16, 1715:17, 1720:17, 1721:6, 1722:4, 1722:11, 1722:13, 1722:17, 1731:7, 1731:8, 1732:11, 1740:5, 1742:24, 1745:2, 1745:5, 1745:22, 1762:10, 1763:10, 1763:12, 1776:12, 1777:1, 1777:11, 1778:6, 1782:11, 1782:20, 1790:20, 1792:7, 1804:24, 1805:3, 1816:6, 1816:14, 1855:21, 1855:23, 1904:20, 1912:4, 1912:6, 1912:7, 1916:3, 1923:16, 1924:3, 1925:1, 1979:5, 2006:20
**soon** [7] - 1672:7, 1675:22, 1677:15, 1820:13, 1870:16, 1935:5
**sophisticated** [2] - 1744:10, 1894:10
**sorry** [55] - 1659:24, 1660:4, 1661:24, 1668:10, 1677:22, 1680:13, 1687:13,

1691:19, 1712:13, 1715:3, 1721:4,
1724:15, 1730:24, 1734:2, 1737:11,
1742:15, 1743:11, 1743:14, 1756:5,
1765:18, 1771:20, 1795:12, 1799:7,
1799:11, 1807:24, 1824:9, 1828:3,
1835:21, 1840:4, 1844:2, 1857:7,
1870:17, 1875:23, 1896:23, 1909:17,
1911:1, 1931:24, 1932:1, 1936:7,
1936:8, 1936:13, 1940:5, 1940:19,
1952:11, 1957:14, 1957:15, 1958:10,
1962:15, 1962:23, 1968:11, 1976:19,
1991:22, 2005:2, 2010:21

**sort** [26] - 1710:16, 1766:10, 1784:14,
1786:16, 1788:15, 1793:1, 1864:1,
1864:5, 1880:13, 1880:14, 1893:23,
1894:20, 1895:2, 1895:3, 1896:10,
1984:3, 1984:4, 1985:9, 1985:18,
1987:2, 1990:19, 1997:6, 2002:22,
2004:24, 2005:6, 2005:10

**sorts** [1] - 1692:7

**Sound** [1] - 1875:22, 1876:1, 1877:12,
1877:13, 1877:19, 1886:6, 1886:9,
1893:15, 1893:18, 1894:2, 1894:5,
1894:8, 1894:11, 1898:23, 1899:9

**sound** [33] - 1693:15, 1695:14,
1695:21, 1696:18, 1706:1, 1808:4,
1808:18, 1808:25, 1809:2, 1809:3,
1809:8, 1809:17, 1810:16, 1810:22,
1811:11, 1811:14, 1811:15, 1811:18,
1839:6, 1839:11, 1841:11, 1841:19,
1841:20, 1886:9, 1891:19, 1921:21,
1921:23, 1924:10, 1924:12, 1924:14,
2003:19

**sounded** [1] - 1878:1

**sounding** [2] - 1679:13, 1696:5

**sounds** [5] - 1727:15, 1745:23,
1818:24, 1907:16, 1911:19

**Source** [1] - 1768:7

**source** [48] - 1752:20, 1753:6, 1756:14,
1756:15, 1756:17, 1772:19, 1773:21,
1780:12, 1780:14, 1780:16, 1780:17,
1781:11, 1781:23, 1783:13, 1783:19,
1784:4, 1785:20, 1786:16, 1786:25,
1787:15, 1823:25, 1824:18, 1870:6,
1877:23, 1902:1, 1905:21, 1905:23,
1956:1, 1956:7, 1956:15, 1956:16,
1956:21, 1956:24, 1957:5, 1957:8,
1957:23, 1975:19, 1975:20, 1976:12,
1976:18, 1976:22, 1976:23, 1976:25,
1988:19, 1988:25, 1989:1

**sourced** [1] - 1739:20

**south** [2] - 1670:12, 1982:6

**South** [1] - 1925:15

**Southern** [1] - 1983:11

**Southfield** [2] - 1925:13, 1927:22

**space** [5] - 1675:14, 1677:1, 1692:13,
1696:16, 1716:1

**spacecraft** [1] - 1983:21

**spaghetti** [1] - 1697:9

**spare** [1] - 1902:2

**speakers** [1] - 1839:8

**special** [2] - 1754:5, 1880:14

**specially** [3] - 1824:1, 1824:17,
1824:20

**specific** [31] - 1677:21, 1678:2, 1690:8,
1690:15, 1733:3, 1782:7, 1784:20,
1810:20, 1813:13, 1823:25, 1831:6,
1831:23, 1838:8, 1843:6, 1844:14,
1844:15, 1846:6, 1868:2, 1874:4,
1877:6, 1899:4, 1991:2, 1991:9,
1992:18, 1992:20, 1992:25, 1994:20,
2003:22, 2004:24, 2005:10

**specifically** [20] - 1673:8, 1741:25,
1784:16, 1786:22, 1791:10, 1811:2,
1817:9, 1828:18, 1829:12, 1835:2,
1849:22, 1849:23, 1851:7, 1898:6,
1917:19, 1959:7, 1976:12, 1977:13,
1991:7, 1995:19

**specifics** [2] - 1803:22, 1812:22

**specified** [1] - 1894:5

**specifying** [1] - 1941:6

**specs** [1] - 1692:7

**speculated** [1] - 1860:23

**speed** [4] - 1821:13, 1822:19, 1826:6,
1986:18

**spell** [1] - 1878:8

**spend** [3] - 1696:20, 1893:15, 1984:21

**spending** [1] - 1683:25

**spent** [1] - 1875:15

**spin** [4] - 1738:4, 1743:14, 2004:20,
2006:25

**spinning** [3] - 1734:12, 1743:25,
2006:25

**spins** [1] - 1738:10

**spit** [1] - 1837:15

**spot** [1] - 1771:8

**spring** [1] - 1930:18

**stability** [1] - 1947:12

**stack** [4] - 1699:3, 1699:18, 1912:16,
1961:20

**stadiums** [2] - 1905:13, 1905:16

**staff** [2] - 2015:4, 2017:8

**stake** [1] - 1895:25

**stale** [2] - 1762:8, 1762:9

**stamped** [2] - 1934:23, 2018:24

**STAN** [3] - 1669:13, 1708:4, 1725:11

**Stan** [2] - 1668:5, 1668:14

**stand** [6] - 1712:15, 1823:1, 1902:11,
1903:14, 1924:23, 1925:6

**standard** [5] - 1660:12, 1666:6, 1739:4,
1788:1, 1818:19

**standby** [2] - 1947:7, 1947:8

**standing** [4] - 1699:9, 1798:14,
1798:21, 1799:18

**stands** [7] - 1732:18, 1840:9, 1864:25,
1865:16, 1884:3, 1885:13, 1904:3

**star** [1] - 1731:10

**start** [46] - 1658:2, 1663:10, 1673:4,
1700:20, 1702:5, 1715:2, 1715:4,
1716:4, 1731:2, 1733:4, 1733:6,
1736:24, 1737:25, 1740:16, 1744:25,

1755:20, 1760:10, 1760:14, 1769:5,
1770:6, 1771:3, 1771:18, 1773:9,
1792:22, 1801:2, 1807:11, 1856:10,
1859:22, 1874:22, 1881:22, 1881:23,
1887:6, 1894:21, 1897:5, 1900:19,
1906:19, 1915:9, 1919:25, 1921:3,
1980:20, 1983:4, 1989:13, 1997:11,
2008:12, 2008:14, 2020:14

**Start** [1] - 1794:25

**started** [24] - 1673:14, 1675:18,
1675:21, 1677:14, 1677:15, 1687:6,
1700:23, 1702:9, 1702:17, 1711:4,
1713:2, 1726:25, 1728:17, 1729:5,
1729:15, 1780:1, 1780:2, 1781:8,
1905:6, 1927:11, 1931:8, 1940:20,
1963:7, 2002:8

**starting** [12] - 1675:7, 1684:20,
1700:13, 1715:24, 1761:10, 1762:5,
1859:3, 1864:22, 1902:5, 1910:20,
1910:23, 1963:2

**starts** [13] - 1711:8, 1752:10, 1758:22,
1761:23, 1763:3, 1767:13, 1770:13,
1801:7, 1851:15, 1867:13, 1882:4,
1908:15, 1995:6

**StartUsingDisk** [10] - 1767:14, 1768:3,
1768:23, 1769:2, 1769:9, 1769:15,
1769:16, 1769:19, 1769:24, 1769:25

**state** [6] - 1831:16, 1831:17, 1859:20,
1878:8, 2014:25, 2017:5

**statement** [12] - 1668:6, 1726:14,
1815:20, 1820:9, 1820:11, 1834:19,
1874:24, 1876:14, 1901:10, 1968:22,
1968:23, 1980:25

**statements** [3] - 1783:7, 1860:18,
2009:16

**states** [1] - 2013:13

**States** [1] - 1984:7

**stating** [1] - 1973:1

**station** [7] - 1884:19, 1884:22,
1907:20, 1929:16, 1929:18, 1961:21

**stations** [11] - 1699:2, 1875:13,
1883:17, 1883:19, 1884:8, 1884:15,
1884:17, 1884:21, 1959:13, 1959:18,
1961:20

**status** [9] - 1728:13, 1746:20, 1746:22,
1761:2, 1770:3, 1770:5, 1771:25,
1772:7, 1927:13

**statute** [2] - 1858:25, 1867:4

**stay** [3] - 1674:13, 1730:10, 1926:4

**stayed** [1] - 1670:6

**staying** [1] - 1833:20

**stays** [1] - 1792:2

**stealing** [1] - 1861:19

**step** [15] - 1668:1, 1726:5, 1726:11,
1750:13, 1758:19, 1797:19, 1811:3,
1847:18, 1906:6, 1980:1, 1980:11,
1980:19, 1995:25, 2005:4, 2010:21

**STEPHEN** [1] - 1981:22

**Stephen** [1] - 1982:2

**Stephens** [12] - 1669:12, 1707:5,
1817:2, 1856:16, 1898:7, 1899:1,

1908:15, 1952:23, 1954:1, 1955:12, 1964:12, 1968:9

**STEPHENS** [63] - 1669:15, 1687:9, 1687:11, 1687:15, 1687:17, 1688:9, 1688:11, 1689:16, 1689:20, 1691:4, 1691:6, 1691:23, 1691:24, 1701:24, 1702:1, 1705:7, 1705:9, 1705:13, 1705:14, 1705:21, 1705:22, 1706:4, 1706:6, 1706:9, 1706:11, 1707:6, 1707:7, 1707:21, 1725:9, 1725:12, 1856:18, 1900:13, 1900:16, 1900:20, 1901:6, 1902:20, 1906:5, 1906:10, 1906:13, 1906:17, 1907:13, 1909:16, 1911:11, 1925:5, 1925:9, 1936:11, 1936:14, 1938:21, 1938:23, 1939:4, 1939:5, 1943:23, 1944:1, 1946:24, 1947:1, 1949:18, 1949:23, 1950:7, 1952:8, 1952:11, 1952:19, 1980:3, 1980:8

**Stephens'** [2] - 1953:1, 1953:21
**steps** [5] - 1812:16, 1813:10, 1817:11, 1837:11, 1995:20
**stepwise** [1] - 1807:5
**Steve** [3] - 1902:10, 1980:18, 1981:3
**Stewart** [2] - 1865:6, 1868:21
**Stewart's** [1] - 1868:15
**sticker** [4] - 1749:4, 1794:3, 1794:5
**stickers** [1] - 1795:1
**still** [34] - 1656:23, 1671:2, 1673:5, 1676:18, 1676:19, 1677:7, 1685:20, 1701:18, 1713:14, 1715:25, 1721:3, 1725:20, 1728:17, 1746:10, 1748:5, 1763:21, 1764:12, 1765:11, 1790:23, 1792:6, 1793:5, 1793:10, 1805:9, 1821:7, 1824:8, 1919:16, 1927:22, 1929:21, 1944:14, 1947:17, 1953:20, 1992:3, 2009:10
**Still** [2] - 1924:4, 1924:6
**stipulate** [2] - 1800:10, 1800:11
**stipulated** [2] - 1800:2, 1801:6
**stipulation** [1] - 1800:24
**stipulations** [5] - 1799:23, 1800:6, 1801:2, 1801:8, 1801:15
**stood** [1] - 1805:12
**Stop** [1] - 1760:22
**stop** [17] - 1737:13, 1744:22, 1754:21, 1755:10, 1757:20, 1760:23, 1761:16, 1764:8, 1764:17, 1767:20, 1772:14, 1912:18, 1932:16, 1987:4, 1995:4, 1995:23, 2000:2
**stopped** [3] - 1761:4, 1859:1, 1915:23
**stops** [4] - 1760:24, 1761:1, 1761:5, 1761:18
**StopUsingDisk** [19] - 1752:11, 1752:13, 1754:15, 1756:19, 1757:1, 1757:4, 1757:9, 1757:12, 1758:17, 1758:22, 1759:13, 1764:24, 1766:10, 1767:3, 1768:17, 1772:10, 1772:12, 1787:15, 1787:19
**Storage** [1] - 1656:12
**storage** [28] - 1670:8, 1676:19, 1683:7,

1683:8, 1684:15, 1702:19, 1703:23, 1704:15, 1706:2, 1731:15, 1790:19, 1791:14, 1791:24, 1792:2, 1792:6, 1793:6, 1793:7, 1826:5, 1826:6, 1826:7, 1826:20, 1827:2, 1827:4, 1828:19, 1828:23, 1892:4, 1910:7, 1967:23
**store** [16] - 1693:22, 1706:3, 1718:11, 1733:8, 1733:10, 1733:13, 1734:20, 1748:8, 1750:4, 1790:18, 1790:20, 1790:21, 1889:6, 1910:4, 1910:9, 1976:13
**stored** [26] - 1731:11, 1731:14, 1731:15, 1756:15, 1790:23, 1791:13, 1791:24, 1792:6, 1904:13, 1904:15, 1904:18, 1904:23, 1910:16, 1912:6, 1923:11, 1923:12, 1968:17, 1968:21, 2003:7, 2004:1, 2004:2, 2004:5, 2004:8, 2005:11, 2005:16, 2007:5
**stores** [2] - 1700:21, 1922:6
**storing** [3] - 1822:18, 1825:16, 1828:17, 1828:20, 1833:2
**straight** [2] - 1739:7, 1935:8
**straightforward** [1] - 2000:23
**strange** [1] - 1677:13
**strengths** [3] - 1679:21, 1681:3, 1689:11
**stress** [1] - 1932:3
**stretch** [1] - 1675:5
**strides** [1] - 1700:13
**string** [1] - 1757:15
**stripped** [1] - 1772:21
**strong** [1] - 1820:4
**structural** [6] - 1656:15, 1656:24, 1827:22, 1829:16, 1829:18, 1846:14
**structure** [58] - 1656:11, 1656:16, 1656:18, 1656:19, 1656:20, 1656:22, 1656:23, 1656:25, 1657:5, 1657:6, 1738:24, 1807:14, 1807:16, 1807:22, 1812:10, 1812:12, 1812:24, 1818:9, 1818:10, 1818:11, 1819:4, 1822:2, 1823:11, 1826:9, 1827:5, 1827:6, 1828:14, 1828:15, 1829:24, 1831:2, 1834:19, 1835:3, 1838:9, 1841:11, 1842:7, 1846:11, 1846:18, 1847:22, 1889:1, 1893:1, 1990:13, 1993:23, 1994:22, 1994:23, 1994:25, 1995:5, 1995:11, 1997:1, 1997:8, 1997:21, 1999:10, 2005:7, 2005:8, 2005:15
**structured** [1] - 1948:3
**structures** [26] - 1736:25, 1737:19, 1742:1, 1760:14, 1761:25, 1762:2, 1763:7, 1772:1, 1793:17, 1807:16, 1808:21, 1809:5, 1813:15, 1817:20, 1821:19, 1825:13, 1829:23, 1836:25, 1838:14, 1990:17, 1998:3, 2002:8, 2003:10, 2006:5, 2006:7, 2006:9
**stuck** [1] - 1752:3
**student** [2] - 2014:7, 2014:8
**studied** [6] - 1671:8, 1727:23, 1786:12, 1987:8, 1987:12, 1988:23
**studies** [1] - 1925:16

**studio** [1] - 1959:8
**study** [5] - 1671:7, 1727:22, 1986:18, 1986:21, 1989:4
**stuff** [34] - 1675:4, 1692:8, 1692:10, 1696:2, 1713:9, 1717:13, 1717:16, 1717:18, 1718:14, 1733:19, 1734:19, 1736:1, 1755:1, 1764:15, 1767:8, 1767:13, 1770:1, 1775:15, 1781:7, 1789:25, 1792:13, 1823:3, 1879:6, 1879:14, 1880:2, 1891:22, 1893:5, 1894:21, 1895:8, 1908:7, 1915:22, 1967:7, 1980:12, 1996:4
**stuffing** [1] - 1682:19
**subject** [15] - 1830:18, 1845:21, 1846:10, 1923:17, 1942:24, 1996:8, 1998:24, 1999:1, 1999:14, 1999:16, 1999:19, 1999:24, 2012:9, 2019:15
**subjects** [1] - 2000:2
**submit** [1] - 1874:10
**submitted** [2] - 1759:5, 2015:24
**Submitted** [1] - 2015:16
**subparagraph** [2] - 1799:24, 1799:25
**subpoena** [1] - 1900:8
**subpoenaed** [1] - 1877:2
**subscription** [1] - 1879:15
**subset** [2] - 1737:18, 1793:18
**substance** [1] - 1804:2
**substantial** [1] - 1847:24
**substantiality** [2] - 1837:2, 1864:1
**substantially** [2] - 1990:17, 2001:13
**substantive** [1] - 1897:14
**substitute** [3] - 1820:22, 1821:6, 1950:4
**success** [1] - 1669:5
**successful** [1] - 1674:6
**succession** [2] - 1884:13, 1992:21
**successive** [1] - 1749:20
**sues** [1] - 1713:11
**sufficiency** [2] - 1828:2, 1849:6
**sufficient** [5] - 1817:16, 1834:1, 1839:10, 1850:18, 1860:14
**sufficiently** [1] - 2012:5
**suggest** [12] - 1663:20, 1802:2, 1824:19, 1825:5, 1837:2, 1850:21, 1851:21, 1860:23, 1867:8, 1888:18, 1889:20
**suggested** [1] - 1663:2
**suggesting** [2] - 1847:15, 1855:6
**suggestion** [2] - 1846:21, 1848:21
**suit** [8] - 1709:10, 1780:8, 1801:14, 1803:10, 1899:10, 1985:24, 1986:14
**sum** [1] - 1867:23
**summarize** [1] - 1771:17
**summary** [3] - 1840:1, 1840:7, 1840:18
**summer** [13] - 1674:4, 1697:23, 1728:18, 1728:21, 1729:6, 1730:7, 1730:9, 1747:4, 1747:17, 1753:2, 1785:1, 1966:25, 1984:7
**supplemented** [1] - 1865:5
**supplied** [1] - 1741:1

**suppliers** [2] - 1696:8, 1711:22
**supply** [3] - 1711:12, 1847:22, 1873:19
**support** [10] - 1690:10, 1730:16,
1804:17, 1824:16, 1828:12, 1829:7,
1841:17, 1847:25, 1860:5, 1861:3
**supported** [1] - 1703:8
**supporting** [3] - 1672:4, 1860:19,
1868:23
**suppose** [1] - 1832:3
**supposed** [3] - 1699:14, 1871:19,
1881:20
**supposedly** [3] - 1679:12, 2013:12,
2018:19
**surely** [1] - 1856:10
**surprise** [5] - 1678:16, 1678:18,
1853:16, 1883:14, 1883:15
**surprised** [2] - 1789:2, 1820:3
**surprisingly** [1] - 1695:20
**surrounding** [1] - 1980:6
**survey** [7] - 1705:11, 1705:15, 1868:2,
1868:7, 1868:21
**surveys** [7] - 1705:5, 1865:3, 1865:5,
1866:9, 1868:14, 1872:16, 1873:1
**sustain** [1] - 1657:7
**sustained** [2] - 1790:5, 1946:23
**sweet** [1] - 1679:13
**sweet-sounding** [1] - 1679:13
**switch** [1] - 1793:22
**switched** [2] - 1731:22, 1741:4
**sworn** [1] - 1726:11
**symbol** [2] - 1888:14, 1964:20
**symphonies** [1] - 1745:20
**sync** [5] - 1749:6, 1751:13, 1765:2,
1788:20, 1868:25
**sync'd** [4] - 1732:11, 1734:23, 1735:4,
1737:7
**syncing** [5] - 1788:16, 1788:25,
1869:22, 1869:23, 1870:5
**system** [75] - 1729:16, 1740:2, 1740:3,
1740:12, 1740:16, 1740:17, 1740:20,
1740:22, 1741:2, 1741:7, 1741:10,
1742:6, 1742:13, 1742:17, 1742:20,
1744:11, 1764:8, 1764:15, 1764:23,
1773:22, 1806:15, 1814:3, 1816:16,
1816:17, 1816:24, 1826:6, 1877:20,
1884:12, 1893:5, 1902:7, 1902:23,
1903:2, 1903:10, 1903:19, 1904:7,
1906:2, 1906:20, 1908:4, 1908:24,
1909:5, 1913:24, 1916:1, 1923:24,
1924:10, 1924:16, 1928:4, 1928:12,
1929:11, 1929:21, 1929:23, 1931:4,
1932:25, 1933:4, 1934:4, 1935:11,
1935:22, 1936:1, 1938:14, 1938:16,
1939:1, 1939:25, 1940:15, 1947:3,
1948:13, 1960:13, 1961:25, 1962:1,
1965:16, 1969:12, 1969:15, 1969:16,
1970:1, 1974:25, 1985:3
**Systems** [1] - 1903:13
**systems** [14] - 1672:15, 1672:16,
1672:19, 1673:14, 1673:15, 1789:16,

1884:2, 1902:16, 1903:8, 1928:2,
1929:19, 1933:16, 1936:2

# T

**T-type** [1] - 1923:7
**tab** [10] - 1659:7, 1687:19, 1708:14,
1749:2, 1936:15, 1938:8, 1941:20,
1942:19, 1951:24, 1957:15
**Tab** [6] - 1708:17, 1952:3, 1952:12,
1956:10, 1958:12, 1960:1
**tabbed** [1] - 1781:16
**table** [5] - 1690:4, 1701:7, 1702:6,
1753:25, 1998:15
**tabs** [1] - 1951:25
**talks** [11] - 1660:12, 1660:13, 1666:1,
1692:1, 1809:8, 1810:18, 1823:8,
1875:25, 1967:22, 1984:1, 2013:16
**tape** [5] - 1681:6, 1715:7, 1912:14,
1912:19, 1961:22
**tapes** [2] - 1891:2, 1961:20
**task** [1] - 1686:15
**tasked** [2] - 1680:15, 1684:25
**taught** [1] - 1758:6
**tax** [1] - 1891:21
**teach** [1] - 1982:3
**teacher** [1] - 1671:13
**teachers** [1] - 1672:21
**teaching** [2] - 1983:12, 2014:4
**Team** [1] - 1913:1
**team** [28] - 1668:15, 1677:3, 1677:4,
1680:14, 1686:11, 1686:16, 1687:7,
1688:7, 1690:22, 1697:24, 1707:17,
1719:16, 1728:18, 1728:23, 1729:21,
1730:6, 1735:23, 1739:24, 1788:10,
1789:17, 1848:25, 1905:17, 1942:9,
1954:21, 1955:2, 1955:10, 2008:19,
2014:5
**teams** [2] - 1691:12, 1728:7
**tech** [3] - 1931:9, 1931:11, 1935:4
**technical** [7] - 1668:18, 1675:20,
1680:14, 1692:1, 1692:7, 1714:25,
1981:3
**technically** [3] - 1721:15, 1832:11,
1975:5
**technicians** [1] - 1933:19
**technology** [20] - 1660:14, 1672:22,
1676:16, 1680:16, 1683:17, 1697:12,
1788:8, 1818:21, 1821:21, 1862:3,
1862:4, 1865:22, 1885:25, 1866:5,
1879:13, 1891:17, 1893:12, 1928:6,
1933:16
**Technology** [3] - 1656:13, 1925:17,
2015:20
**television** [8] - 1907:17, 1907:19,
1912:3, 1912:5, 1958:5, 1958:17
**Television** [1] - 1926:18
**temporarily** [1] - 1972:24
**temporary** [1] - 1972:13
**ten** [8] - 1670:7, 1681:19, 1681:21,

1681:23, 1683:19, 1692:22, 1694:9,
1893:7
**Tennessee** [1] - 1929:16
**tens** [2] - 1703:24, 1703:25
**term** [4] - 1718:19, 1870:14, 1879:9,
1926:5
**terms** [18] - 1663:11, 1685:1, 1711:12,
1716:25, 1736:19, 1740:1, 1827:25,
1830:6, 1831:13, 1844:23, 1878:25,
1879:1, 1879:5, 1894:4, 1900:6, 1917:8,
2005:20, 2018:3
**test** [7] - 1680:25, 1735:13, 1810:11,
1831:8, 1837:1, 1845:5, 2018:12
**testified** [15] - 1666:10, 1797:13,
1803:11, 1803:14, 1816:14, 1851:25,
1852:23, 1853:24, 1854:5, 1860:13,
1862:23, 1988:3, 1998:10, 2009:22,
2009:24
**testifies** [2] - 1759:3, 1817:15
**testify** [11] - 1667:11, 1708:10, 1709:2,
1710:3, 1801:20, 1804:12, 1813:18,
1875:12, 1876:7, 1998:13, 2017:10
**testifying** [1] - 1869:9
**testimony** [46] - 1736:6, 1784:15,
1785:1, 1785:2, 1789:12, 1797:24,
1806:16, 1808:12, 1809:6, 1814:6,
1817:19, 1819:11, 1820:14, 1825:3,
1825:11, 1827:7, 1831:6, 1834:22,
1845:2, 1851:16, 1851:24, 1852:8,
1857:20, 1857:23, 1857:25, 1858:1,
1858:9, 1859:8, 1860:3, 1860:14,
1868:16, 1870:11, 1875:7, 1876:13,
1878:4, 1902:14, 1948:17, 1980:6,
1981:12, 1988:15, 1999:6, 1999:9,
2001:17, 2002:11, 2011:11, 2012:19
**TESTIMONY** [1] - 1878:6
**TEXAS** [1] - 1656:3
**Texas** [4] - 1905:16, 1905:18, 1920:16,
1920:18
**text** [8] - 1656:7, 1757:7, 1757:14,
1760:2, 1760:5, 1780:23, 1889:7,
1978:4
**thankfully** [1] - 1700:24
**Thanksgiving** [1] - 1711:8
**THAT** [1] - 2020:17
**that..** [1] - 1945:11
**THE** [349] - 1656:6, 1657:14, 1657:19,
1658:1, 1659:19, 1659:23, 1664:9,
1667:18, 1668:1, 1668:7, 1668:8,
1669:14, 1687:16, 1706:20, 1706:25,
1707:5, 1707:24, 1708:2, 1726:5,
1726:9, 1726:15, 1727:2, 1730:24,
1730:25, 1735:7, 1736:2, 1736:11,
1747:23, 1752:21, 1753:12, 1753:17,
1753:21, 1759:7, 1759:9, 1782:14,
1782:16, 1790:5, 1792:15, 1794:6,
1794:10, 1794:13, 1794:15, 1795:11,
1795:12, 1796:15, 1796:18, 1796:24,
1797:19, 1798:2, 1798:6, 1798:11,
1798:24, 1799:7, 1799:10, 1799:20,
1800:4, 1800:10, 1800:16, 1800:24,

1801:23, 1802:10, 1802:18, 1803:22, 1804:3, 1805:2, 1805:17, 1806:4, 1806:11, 1806:17, 1806:20, 1806:22, 1807:7, 1807:24, 1808:2, 1808:17, 1808:24, 1809:18, 1810:8, 1810:13, 1811:1, 1811:9, 1811:18, 1812:2, 1812:6, 1812:21, 1814:5, 1814:22, 1815:6, 1815:9, 1815:11, 1815:19, 1816:2, 1817:1, 1817:14, 1817:21, 1817:24, 1818:3, 1818:6, 1818:23, 1819:7, 1819:9, 1819:25, 1820:6, 1820:9, 1821:1, 1821:3, 1822:4, 1822:11, 1822:14, 1823:2, 1823:13, 1823:18, 1823:21, 1824:7, 1824:10, 1824:25, 1825:10, 1825:18, 1826:4, 1826:12, 1826:17, 1826:19, 1826:22, 1826:25, 1827:9, 1827:17, 1827:21, 1827:24, 1828:21, 1829:16, 1829:25, 1830:25, 1831:9, 1831:13, 1831:19, 1832:21, 1833:13, 1833:23, 1834:4, 1834:12, 1834:14, 1834:17, 1835:1, 1835:8, 1835:15, 1835:20, 1835:22, 1836:6, 1836:12, 1836:18, 1836:21, 1837:6, 1837:12, 1837:22, 1837:24, 1838:5, 1838:16, 1838:21, 1838:23, 1839:4, 1839:13, 1839:17, 1839:22, 1840:3, 1840:6, 1840:9, 1840:15, 1840:23, 1841:2, 1841:8, 1841:18, 1841:25, 1842:5, 1842:11, 1842:16, 1842:19, 1843:8, 1843:23, 1844:9, 1844:12, 1844:18, 1844:21, 1845:6, 1845:13, 1845:16, 1845:23, 1846:13, 1846:18, 1847:12, 1848:1, 1848:3, 1848:11, 1848:16, 1849:3, 1849:17, 1850:5, 1850:8, 1850:24, 1851:5, 1851:9, 1852:3, 1852:6, 1852:12, 1852:15, 1852:23, 1853:6, 1853:13, 1853:20, 1854:2, 1854:10, 1854:17, 1855:8, 1855:15, 1856:2, 1856:17, 1857:3, 1857:12, 1857:16, 1858:6, 1858:10, 1859:12, 1859:15, 1859:19, 1860:8, 1861:4, 1863:5, 1863:9, 1863:12, 1864:3, 1864:9, 1864:12, 1864:25, 1865:19, 1866:7, 1867:17, 1868:8, 1868:14, 1869:7, 1869:19, 1870:11, 1870:15, 1870:17, 1870:21, 1871:3, 1871:8, 1871:11, 1871:21, 1871:24, 1872:1, 1872:4, 1872:25, 1873:9, 1873:14, 1873:23, 1874:8, 1874:13, 1874:25, 1876:15, 1900:11, 1900:15, 1900:18, 1900:22, 1901:2, 1901:8, 1901:11, 1902:19, 1906:7, 1906:9, 1906:14, 1906:15, 1906:25, 1907:3, 1907:6, 1908:21, 1908:25, 1909:1, 1909:3, 1909:4, 1909:6, 1909:7, 1909:8, 1909:10, 1909:11, 1909:15, 1911:1, 1911:3, 1925:7, 1925:8, 1936:10, 1938:22, 1943:12, 1943:17, 1943:22, 1946:23, 1950:3, 1950:11, 1952:10, 1952:21, 1961:10, 1961:12, 1961:14, 1980:1, 1980:5, 1980:9,

1980:10, 1980:11, 1980:12, 1980:14, 1980:19, 1981:1, 1981:17, 1981:21, 1981:23, 1993:12, 1993:16, 1994:5, 1994:6, 1994:10, 1994:12, 1994:13, 2008:5, 2008:17, 2008:21, 2009:7, 2010:18, 2010:20, 2010:22, 2010:24, 2011:8, 2011:14, 2011:18, 2011:21, 2014:10, 2015:8, 2016:2, 2016:22, 2017:9, 2018:18, 2018:22, 2018:25, 2019:3, 2019:5, 2019:8, 2019:17, 2019:22, 2020:7, 2020:13, 2020:18

**theatre** [2] - 1698:17, 1720:7

**themselves** [5] - 1747:1, 1805:16, 1904:21, 1909:9, 1986:22

**theoretically** [1] - 1824:22

**theory** [1] - 1868:12

**therefore** [15] - 1799:18, 1801:20, 1802:7, 1804:14, 1804:18, 1804:25, 1825:8, 1845:1, 1845:20, 1849:11, 1859:4, 1862:9, 1863:3, 2007:23, 2011:7

**thermometer** [2] - 1770:11

**thesis** [13] - 1855:4, 1926:8, 1926:9, 2008:24, 2012:10, 2013:12, 2013:14, 2014:23, 2015:15, 2015:24, 2015:25, 2018:23

**they've** [6] - 1749:18, 1805:13, 1824:16, 1833:24, 1850:6, 1856:8

**thick** [2] - 1708:17, 1958:23

**thin** [1] - 1985:3

**thinking** [9] - 1676:20, 1688:18, 1693:24, 1735:13, 1835:1, 1847:11, 1851:7, 1851:9, 1945:15

**thinner** [1] - 1703:14

**third** [16] - 1674:20, 1703:13, 1724:4, 1729:7, 1731:17, 1747:18, 1753:1, 1755:6, 1777:12, 1777:13, 1811:3, 1844:6, 1869:15, 1875:2, 1928:21, 1949:11

**THIS** [1] - 2020:17

**Thompson** [2] - 1939:19, 1939:20

**thorough** [2] - 2020:1, 2020:3

**thousand** [3] - 1669:6, 1722:11, 1931:21

**thousands** [3] - 1703:24, 1703:25, 1738:11

**three** [32] - 1657:23, 1662:1, 1674:6, 1674:16, 1683:1, 1683:22, 1683:25, 1702:5, 1702:14, 1727:25, 1730:19, 1730:20, 1749:5, 1764:3, 1777:11, 1812:16, 1813:10, 1837:11, 1875:3, 1893:4, 1923:9, 1932:19, 1932:21, 1934:7, 1948:23, 1949:7, 1950:17, 1989:15, 1990:15, 1990:20, 1996:21, 2001:9

**three-hole** [1] - 1932:19

**three-ring** [1] - 1932:21

**threw** [1] - 1741:9

**throughout** [3] - 1966:25, 1997:1, 1998:3

**throw** [3] - 1760:14, 1762:5, 1763:20

**throwing** [6] - 1761:24, 1763:9, 1763:16, 1765:1, 1765:14, 1765:15

**thrown** [2] - 1765:6, 1765:9

**throws** [2] - 1763:22, 1765:23

**THURSDAY** [1] - 1656:2

**Ticking** [2] - 1912:2, 1913:17

**ticking** [1] - 1915:10

**tidy** [1] - 1901:14

**tie** [1] - 1902:11

**tied** [3] - 1740:11, 1868:2, 1994:25

**tight** [1] - 1994:13

**timed** [1] - 1949:4

**timeline** [2] - 1685:23, 1747:15

**timelines** [3] - 1712:19, 1712:21, 1712:23

**timer** [1] - 1964:5

**timing** [3] - 1923:6, 1923:7, 2016:7

**tip** [1] - 1770:11

**tired** [1] - 1845:24

**Title** [1] - 1888:13

**title** [5] - 1704:22, 1728:5, 1731:8, 2018:6, 2018:8

**titled** [1] - 1696:22

**titles** [1] - 1657:9

**today** [26] - 1701:18, 1721:7, 1725:20, 1783:11, 1797:7, 1797:12, 1868:16, 1868:23, 1878:8, 1892:11, 1899:1, 1903:7, 1905:22, 1932:14, 1933:20, 1934:2, 1936:12, 1938:17, 1944:14, 1947:11, 1947:17, 1974:8, 1982:24, 1988:4, 1990:6, 2018:11

**together** [20] - 1668:16, 1669:25, 1676:4, 1696:3, 1714:19, 1765:24, 1782:21, 1805:18, 1805:23, 1830:5, 1892:7, 1892:13, 1892:15, 1902:12, 1927:7, 1932:17, 1933:5, 1933:7, 1933:8, 1991:5

**toggle** [1] - 1777:23

**tomorrow** [4] - 1986:12, 2008:11, 2011:1, 2011:11

**ton** [2] - 1717:12, 1735:25

**Tony** [2] - 1677:22, 1680:13

**took** [14] - 1673:3, 1676:12, 1697:8, 1758:12, 1793:24, 1807:9, 1807:11, 1811:22, 1828:7, 1847:18, 1874:16, 1929:22, 1950:17, 1988:22

**top** [24] - 1678:6, 1685:21, 1688:12, 1691:25, 1702:13, 1732:1, 1739:23, 1742:9, 1746:20, 1759:15, 1760:3, 1795:4, 1812:15, 1816:9, 1835:12, 1836:5, 1866:8, 1887:9, 1912:22, 1912:24, 1919:25, 1921:3, 1977:25, 1978:4

**top-secret** [2] - 1678:6, 1685:21

**topic** [8] - 1665:9, 1790:7, 1793:22, 1818:22, 1882:17, 1996:8, 1998:25, 1999:2

**Toshiba** [3] - 1676:15, 1685:12, 1694:15

**total** [2] - 1862:25, 1877:20

**totally** [1] - 1678:6
**touch** [9] - 1672:10, 1703:7, 1703:14, 1748:13, 1896:3, 1918:8, 1920:7, 1920:16, 1921:16
**touched** [1] - 2005:5
**tough** [3] - 1684:12, 1724:23, 1725:5
**tougher** [1] - 1724:11
**toward** [1] - 1941:9
**towards** [1] - 1771:23
**town** [3] - 1698:17, 1982:6, 1982:10
**Toyota** [1] - 1857:14
**TPodMediaPlayer** [6] - 1741:19, 1761:15, 1764:20, 1784:18, 1784:24, 1785:13
**TPodMediaPlayer.cpp** [4] - 1741:20, 1773:18, 1773:24, 1774:2
**TPodMediaPlayer::Next** [1] - 1774:12
**track** [13] - 1736:25, 1775:21, 1776:5, 1776:24, 1882:9, 1904:3, 1904:4, 1924:24, 1934:17, 1960:5, 1960:9, 2001:21
**Track** [5] - 1744:21, 1744:22, 1745:3, 1745:4
**tracks** [5] - 1740:8, 1744:12, 1744:20, 1745:17, 1882:13
**trade** [4] - 1929:20, 1929:22, 1930:13, 1930:15
**trademark** [4] - 1867:3, 1867:4, 1944:24, 1945:2
**Trademark** [1] - 1987:1
**trademarks** [2] - 1945:4, 1965:2
**traditional** [3] - 1808:13, 1810:11, 1861:9
**traffic** [1] - 1972:12
**trained** [1] - 1786:17
**transcript** [14] - 1736:7, 1851:8, 1851:19, 1852:2, 1852:9, 1863:7, 1873:19, 1873:20, 1874:2, 1951:23, 1956:11, 1957:12, 1960:2, 1963:22
**TRANSCRIPT** [1] - 2020:18
**transfer** [21] - 1681:25, 1682:1, 1683:18, 1683:20, 1683:23, 1697:8, 1697:13, 1697:19, 1718:3, 1780:17, 1849:25, 1850:12, 1850:14, 1850:22, 1851:11, 1851:22, 1885:10, 1885:12, 1885:13, 1886:2, 1914:7
**transferred** [5] - 1717:21, 1718:13, 1791:19, 1885:2, 1885:3
**transferring** [1] - 1684:1
**transfers** [1] - 1718:18
**transition** [2] - 1745:5, 1901:10
**transitional** [2] - 1668:5, 1980:25
**transitioned** [1] - 1673:20
**translated** [1] - 2003:9
**translates** [4] - 1861:1, 1974:21, 1974:23, 1974:24
**translating** [1] - 1839:3
**translation** [2] - 1976:21, 1977:2
**transmit** [1] - 1879:18
**trash** [1] - 1768:11

**travel** [2] - 1969:22, 1969:24
**tray** [4] - 1749:1, 1749:2, 1794:24
**trial** [8] - 1657:22, 1789:20, 1800:11, 1800:19, 1802:23, 1875:7, 1956:4, 1998:13
**TRIAL** [1] - 1656:2
**triangle** [1] - 1889:12
**tried** [8] - 1700:6, 1711:6, 1882:23, 1883:2, 1912:19, 1928:25, 1951:1, 1951:25
**tries** [1] - 1766:24
**trivializing** [1] - 1893:22
**troubled** [2] - 1989:16, 1990:9
**true** [17] - 1715:20, 1749:16, 1749:19, 1751:3, 1783:7, 1783:18, 1784:8, 1804:20, 1804:22, 1958:20, 1965:5, 1965:12, 1965:18, 1968:5, 1968:22, 1968:23, 1971:16
**truly** [2] - 1682:18, 1693:15
**Truly** [1] - 1694:20
**trust** [1] - 1709:4
**trustworthy** [2] - 1947:10, 2017:20
**truth** [2] - 1951:1, 1951:2
**try** [27] - 1666:21, 1681:4, 1681:10, 1682:20, 1685:12, 1686:15, 1686:19, 1687:1, 1697:22, 1698:5, 1698:22, 1699:5, 1699:10, 1735:15, 1744:2, 1749:23, 1773:3, 1773:14, 1807:2, 1807:5, 1866:23, 1907:24, 1914:15, 1932:6, 1952:4, 1968:3, 1987:2
**trying** [20] - 1668:18, 1674:7, 1690:22, 1736:3, 1783:15, 1800:5, 1818:24, 1847:8, 1863:6, 1882:8, 1882:18, 1891:19, 1892:23, 1892:24, 1893:14, 1912:14, 1952:15, 1955:3, 1961:25, 2000:7
**turn** [37] - 1669:11, 1687:18, 1688:9, 1689:16, 1691:23, 1705:13, 1705:21, 1706:4, 1728:12, 1733:19, 1749:22, 1753:10, 1781:13, 1790:7, 1790:22, 1792:25, 1796:6, 1822:23, 1828:2, 1881:18, 1881:21, 1882:3, 1906:16, 1913:6, 1936:5, 1940:10, 1941:19, 1944:19, 1951:22, 1956:10, 1958:11, 1958:22, 1960:1, 1967:11, 1980:21, 1981:14, 2003:6
**turned** [3] - 1777:19, 1816:21, 2003:9
**Turner** [2] - 1927:5, 1931:7
**Turner's** [1] - 1939:15
**turning** [3] - 1857:5, 1858:12, 1881:20
**Turns** [2] - 1921:1
**TV** [2] - 1959:13, 1959:18
**twice** [2] - 1869:10, 1891:9
**Twin** [1] - 1727:21
**two** [77] - 1657:20, 1661:12, 1662:15, 1662:16, 1662:25, 1670:19, 1673:1, 1676:22, 1677:4, 1680:14, 1681:15, 1686:12, 1708:15, 1709:21, 1710:5, 1710:15, 1716:7, 1727:12, 1737:24, 1739:7, 1740:6, 1744:19, 1745:17, 1753:8, 1754:4, 1770:6, 1770:8, 1774:7,

1775:4, 1779:25, 1789:7, 1803:10, 1809:24, 1819:20, 1834:24, 1835:18, 1836:12, 1838:1, 1859:13, 1864:17, 1870:20, 1871:11, 1882:16, 1882:24, 1892:11, 1902:25, 1908:10, 1909:2, 1909:12, 1919:13, 1926:13, 1931:7, 1933:8, 1933:22, 1935:14, 1935:16, 1937:20, 1939:8, 1947:2, 1948:1, 1948:6, 1953:11, 1953:13, 1957:17, 1969:3, 1974:12, 1974:13, 1975:9, 1985:21, 1987:18, 1993:25, 1994:18, 1997:21, 1997:25, 2001:9, 2004:12
**two-man** [1] - 1680:14
**type** [31] - 1733:12, 1861:9, 1885:12, 1899:15, 1899:16, 1903:10, 1922:12, 1922:21, 1922:22, 1923:3, 1923:7, 1923:8, 1923:11, 1923:15, 1924:24, 1948:16, 1948:19, 1948:22, 1948:24, 1949:1, 1949:3, 1949:4, 1949:5, 1976:23, 1976:25, 1977:5, 1997:20, 1999:21, 2001:24, 2002:2
**typed** [2] - 1757:9, 1769:16
**types** [7] - 1685:9, 1923:9, 1948:23, 1949:7, 1949:8, 1983:22, 1989:19
**typical** [1] - 1887:18
**typical-looking** [1] - 1887:18
**typically** [1] - 1682:15
**typing** [1] - 1769:14

# U

**U.S** [3] - 1878:13, 1946:1, 1965:4
**uh-oh** [1] - 1863:23
**UI** [11] - 1732:13, 1732:16, 1732:17, 1736:23, 1737:8, 1737:17, 1792:13, 1793:16, 1793:20, 1880:24
**ultimately** [3] - 1668:23, 1690:12, 1955:1
**unaccused** [3] - 1869:16, 1871:15, 1871:17
**unavailable** [1] - 1766:23
**uncontested** [2] - 1799:24, 1856:6
**undated** [1] - 1854:15
**under** [31] - 1711:24, 1783:8, 1798:13, 1798:22, 1799:19, 1799:23, 1802:16, 1808:14, 1813:12, 1829:14, 1831:11, 1840:5, 1841:17, 1845:25, 1848:12, 1848:17, 1856:20, 1856:21, 1863:15, 1888:13, 1888:16, 1948:9, 1950:24, 1978:5, 1990:20, 2009:11, 2011:5, 2011:7, 2011:23, 2013:3, 2015:13
**undergraduate** [1] - 1983:8
**understood** [8] - 1700:7, 1846:15, 1879:8, 1891:24, 1906:9, 1932:4, 1980:8, 2020:12
**undisclosed** [1] - 1854:19
**unexpected** [1] - 1762:19
**unfair** [1] - 2020:3
**unfortunately** [3] - 1672:9, 1674:5, 1725:21

**unhappy** [2] - 1724:22, 1725:1
**Uniloc** [2] - 1865:15, 1865:16
**unique** [3] - 1696:10, 1862:4, 1948:12
**unit** [7] - 1868:9, 1868:10, 1873:5, 1913:9, 1959:6
**United** [1] - 1984:6
**units** [2] - 1701:16, 1701:17
**universal** [1] - 1659:1
**University** [9] - 1671:6, 1727:20, 1899:21, 1925:17, 1939:18, 1982:3, 1983:8, 1983:9, 1983:11
**university** [2] - 1671:16, 1925:16
**UNIX** [1] - 1885:12
**UNIX-type** [1] - 1885:12
**unless** [3] - 1817:6, 1817:14, 1853:16
**unlike** [1] - 1733:15
**unlikely** [2] - 1966:15, 1969:17
**unmount** [2] - 1766:20, 1768:20
**unmounted** [1] - 1766:15
**unmounting** [1] - 1767:9
**unmounts** [2] - 1766:3, 1768:18
**unpack** [1] - 1748:20
**unproven** [2] - 1868:4, 1868:13
**unreliable** [1] - 1868:13
**unroll** [1] - 1985:10
**unwrapped** [1] - 1749:11
**up** [167] - 1659:6, 1659:17, 1666:14, 1667:4, 1670:10, 1670:11, 1670:12, 1671:4, 1673:2, 1675:19, 1676:9, 1679:2, 1679:5, 1679:7, 1679:9, 1682:6, 1682:25, 1684:1, 1687:10, 1697:5, 1697:24, 1699:12, 1701:13, 1703:23, 1704:19, 1707:14, 1708:14, 1712:19, 1715:21, 1716:10, 1717:23, 1718:2, 1718:8, 1718:16, 1719:6, 1721:24, 1726:10, 1726:11, 1726:22, 1727:8, 1732:8, 1735:15, 1736:15, 1737:12, 1737:25, 1738:4, 1739:10, 1743:14, 1745:4, 1745:6, 1745:14, 1745:17, 1745:22, 1746:22, 1748:2, 1749:20, 1749:25, 1750:3, 1751:4, 1751:19, 1752:14, 1753:4, 1753:25, 1755:11, 1756:7, 1757:8, 1760:2, 1760:11, 1764:13, 1767:17, 1767:19, 1767:21, 1768:12, 1768:23, 1769:5, 1770:2, 1770:7, 1770:24, 1771:25, 1777:15, 1782:12, 1790:9, 1792:25, 1793:23, 1795:11, 1795:24, 1796:8, 1800:12, 1801:2, 1805:6, 1806:18, 1809:22, 1810:10, 1813:2, 1814:2, 1814:17, 1815:17, 1821:9, 1821:25, 1823:7, 1826:25, 1828:22, 1832:9, 1832:13, 1843:22, 1847:8, 1848:24, 1849:23, 1850:9, 1851:12, 1857:20, 1859:1, 1860:6, 1861:24, 1863:6, 1869:9, 1874:5, 1875:4, 1875:11, 1876:5, 1893:3, 1900:17, 1900:19, 1901:7, 1901:14, 1906:8, 1907:7, 1908:15, 1908:23, 1910:20, 1910:23, 1915:1, 1919:24, 1921:3, 1924:16, 1925:11, 1925:12, 1927:4, 1935:14, 1939:13,

1943:24, 1948:21, 1950:3, 1957:16, 1959:1, 1967:15, 1977:20, 1977:23, 1982:22, 1985:8, 1986:2, 1986:18, 1990:24, 1993:2, 1994:11, 1997:1, 1999:12, 2000:5, 2000:14, 2003:8, 2005:14, 2008:12, 2008:17, 2008:23, 2014:22
**up-front** [1] - 1875:11
**up-to-speed** [1] - 1986:18
**update** [6] - 1770:7, 1770:15, 1773:12, 1932:24, 1934:5, 1934:13
**updated** [6] - 1932:22, 1933:2, 1935:7, 1935:17, 1966:11
**updates** [6] - 1746:23, 1755:21, 1932:12, 1933:18, 1934:6, 1934:14
**updating** [1] - 1773:12
**upgrade** [1] - 1929:20
**upper** [4] - 1738:16, 1741:10, 1939:13, 1939:18
**upper-level** [1] - 1741:10
**usage** [2] - 1872:19, 1873:1
**USB** [32] - 1683:16, 1683:17, 1749:6, 1749:14, 1751:13, 1766:17, 1787:21, 1787:24, 1788:1, 1788:6, 1789:8, 1789:13, 1789:15, 1789:25, 1794:20, 1795:19, 1795:25, 1796:2, 1803:24, 1805:6, 1806:1, 1818:2, 1818:16, 1818:18, 1819:4, 1821:9, 1849:24, 1850:9, 1850:19, 1850:21, 1851:12
**USB-connected** [1] - 1789:8
**USC** [1] - 2011:23
**useful** [3] - 1668:23, 1972:12, 2006:15
**user** [40] - 1721:11, 1732:18, 1732:19, 1732:20, 1734:15, 1750:5, 1750:14, 1750:16, 1750:19, 1750:22, 1751:11, 1751:17, 1751:23, 1770:17, 1782:10, 1795:6, 1795:9, 1795:14, 1795:17, 1795:25, 1802:3, 1806:12, 1806:14, 1855:23, 1881:17, 1882:19, 1895:23, 1922:25, 1923:16, 1932:24, 1933:9, 1959:15, 1972:19, 1975:19, 1993:11, 2004:6, 2004:23, 2005:23, 2006:2, 2006:5
**user's** [3] - 1760:25, 1796:7, 1886:8
**users** [5] - 1755:20, 1912:18, 1931:14, 1935:11, 1948:2
**uses** [9] - 1732:23, 1734:4, 1766:17, 1770:4, 1809:1, 1812:24, 1813:22, 1905:9, 2004:15
**utility** [2] - 1885:12, 1993:9

**V**

**vacations** [1] - 1730:11
**valid** [6] - 1662:4, 1821:7, 1868:19, 1873:3, 1955:15, 1986:1
**validity** [1] - 1853:17
**Valley** [1] - 1660:5
**value** [5] - 1724:17, 1724:18, 1862:21, 1863:2, 1873:3

**variable** [10] - 1757:14, 1810:20, 1812:18, 1843:14, 1922:5, 1922:10, 1962:11, 1963:5, 1996:12, 1996:17
**variables** [3] - 1759:17, 1770:24, 1775:14
**varied** [1] - 1928:6
**variety** [4] - 1983:20, 1998:22, 2000:17, 2006:15
**various** [9] - 1702:5, 1731:9, 1740:13, 1782:19, 1783:3, 1824:3, 1870:12, 1987:12, 1988:9
**Vegas** [4] - 1876:5, 1876:9, 1896:14, 1930:18
**vendors** [2] - 1740:23, 1942:13
**vendors'** [1] - 1927:15
**verbatim** [1] - 1955:1
**verdict** [2] - 1846:9, 1848:22
**verification** [1] - 1783:5
**verify** [3] - 1782:25, 1783:1, 1971:1
**versa** [1] - 1820:19
**versed** [1] - 1788:20
**Version** [1] - 1936:19
**version** [15] - 1755:9, 1755:18, 1756:2, 1756:8, 1905:23, 1957:24, 1965:19, 1965:20, 1965:21, 1966:11, 1966:14, 1966:16, 1969:3, 1969:5, 1970:10
**versions** [7] - 1755:14, 1755:16, 1859:13, 1934:17, 1965:22, 1966:10, 1966:24
**versus** [5] - 1656:12, 1846:14, 1857:13, 1894:12, 2017:25
**via** [1] - 1878:4
**vice** [2] - 1820:19, 1945:8
**vice-president** [1] - 1945:8
**video** [10] - 1703:20, 1703:25, 1704:21, 1873:13, 1875:8, 1875:24, 1876:11, 1900:10, 1908:17, 2000:5
**videos** [1] - 1704:19
**videotape** [1] - 1878:5
**view** [5] - 1657:10, 1703:17, 1805:18, 1810:5, 1850:25
**viewed** [1] - 2013:20
**vinyl** [1] - 1745:25
**Virginia** [2] - 1983:6, 1983:8
**virtually** [1] - 1768:15
**visible** [1] - 1895:23
**Vision** [1] - 1689:18
**vision** [2] - 1690:13, 1690:14
**visited** [6] - 1876:3, 1883:17, 1883:19, 1884:7, 1884:17
**visual** [1] - 1880:23
**vital** [1] - 1706:18
**voice** [7] - 1670:3, 1673:7, 1705:2, 1714:1, 1881:8, 1881:14, 1906:8
**volatile** [1] - 1975:15
**voltage** [1] - 1851:14
**volume** [4] - 1745:3, 1745:4, 1913:8, 1913:9
**VOLUME** [1] - 1656:2
**VP** [2] - 1674:10, 1946:6

**VU** [1] - 1913:9

# W

**wait** [16] - 1734:16, 1795:11, 1811:18, 1824:7, 1826:4, 1835:15, 1838:5, 1846:13, 1908:14, 1953:24, 1957:12, 2000:2
**waiting** [2] - 1699:4, 1920:15
**walk** [2] - 1774:4, 1989:13
**walked** [1] - 1693:22
**Walker** [2] - 1920:16, 1920:18
**Walkmans** [2] - 1681:6, 1715:8
**wall** [2] - 1683:2, 1684:5
**Wally** [1] - 1884:22
**wants** [1] - 1750:7
**War** [2] - 1924:4, 1927:1
**was..** [1] - 1885:24
**waste** [5] - 1714:17, 1801:5, 1866:12, 1876:22, 1934:15
**wasted** [1] - 1801:7
**watch** [2] - 1699:11, 1877:22
**wav** [5] - 1886:24, 1887:12, 1887:15, 1888:2, 1888:8
**ways** [6] - 1685:8, 1686:20, 1694:10, 1746:25, 1774:7, 1883:3, 1914:11, 1947:3
**weak** [1] - 1820:12
**weakness** [2] - 1860:25, 1861:1
**weaknesses** [3] - 1679:21, 1681:4, 1689:12
**Weather** [1] - 1905:9
**weather** [2] - 1922:24, 1949:2
**Web** [11] - 1720:12, 1795:7, 1805:7, 1805:8, 1856:21, 1932:13, 1932:14, 1984:21, 2016:13, 2016:17, 2018:13
**week** [4] - 1671:17, 1698:3, 1698:13, 1992:15
**weekend** [2] - 2008:11, 2008:14
**weekends** [1] - 1730:10
**weekly** [1] - 1684:20
**weeks** [4] - 1657:23, 1727:14, 1832:10, 1931:20
**weekwise** [1] - 1657:22
**weight** [1] - 1829:9
**weird** [1] - 1923:5
**welcome** [2] - 1658:2, 1708:3
**well-funded** [1] - 1894:25
**well-known** [1] - 1786:9
**West** [1] - 1671:4
**western** [2] - 1776:16, 1982:10
**wheel** [9] - 1694:16, 1699:10, 1699:17, 1703:7, 1703:15, 1729:9, 1750:6, 1752:5
**whichever** [1] - 1787:20
**white** [3] - 1700:5, 1922:23, 1949:1
**whole** [19] - 1699:18, 1715:1, 1716:3, 1763:2, 1777:1, 1807:20, 1831:15, 1836:24, 1843:2, 1857:20, 1882:25, 1892:12, 1915:22, 2007:25, 2015:11,

2016:22, 2017:12, 2019:18
**wholly** [1] - 1843:21
**WICKER** [1] - 1981:22
**Wicker** [23] - 1656:8, 1902:11, 1956:25, 1957:4, 1980:18, 1981:3, 1982:2, 1982:5, 1982:12, 1983:5, 1984:4, 1984:15, 1984:22, 1985:17, 1987:13, 1991:20, 1993:18, 1995:4, 1995:23, 1998:2, 1998:16, 2001:8, 2009:3
**wide** [3] - 1983:20, 1998:22, 2006:15
**widely** [2] - 1786:11, 1894:19
**wife** [9] - 1673:2, 1675:8, 1678:21, 1678:24, 1707:9, 1707:17, 1926:3, 1943:6, 1981:13
**WiFi** [7] - 1666:5, 1667:3, 1820:1, 1820:3, 1820:4, 1821:2, 1821:5
**willing** [7] - 1691:1, 1696:12, 1696:19, 1929:8, 2013:5, 2015:11
**win** [1] - 1946:11
**wind** [1] - 1874:5
**window** [1] - 1760:2
**Windows** [10] - 1880:13, 1885:22, 1885:25, 1886:5, 1886:8, 1887:18, 1887:20, 1887:21, 1888:21, 1889:4
**Windows-looking** [1] - 1887:21
**Winfree** [1] - 1905:9
**wipe** [1] - 1681:25
**wired** [1] - 1819:17
**wireless** [10] - 1659:4, 1660:13, 1665:19, 1666:1, 1666:6, 1666:20, 1667:2, 1667:22, 1819:18, 1819:22
**Wisconsin** [1] - 1727:9
**wishes** [1] - 1853:1
**withdraw** [1] - 1801:1
**withdrawn** [1] - 1790:4
**witness** [36] - 1658:3, 1659:14, 1665:8, 1668:3, 1707:21, 1707:22, 1710:3, 1710:7, 1710:11, 1710:12, 1725:8, 1726:6, 1752:15, 1779:16, 1789:4, 1789:19, 1789:23, 1796:22, 1798:3, 1814:23, 1815:12, 1816:20, 1838:10, 1859:7, 1873:11, 1900:12, 1906:5, 1949:18, 1950:10, 1951:20, 1958:23, 1979:25, 1980:2, 1980:9, 1980:16, 1980:17
**WITNESS** [19] - 1708:2, 1730:25, 1782:16, 1795:12, 1906:9, 1906:14, 1907:6, 1908:25, 1909:3, 1909:6, 1909:8, 1909:11, 1911:1, 1925:7, 1980:10, 1980:12, 1994:6, 1994:12, 2010:22
**witnesses** [8] - 1817:3, 1819:11, 1860:13, 1872:17, 1876:6, 1902:14, 1981:6, 1998:13
**WMC** [1] - 1929:15
**won** [1] - 1946:15
**wonder** [2] - 1896:8, 1955:9
**wondered** [1] - 1895:19
**wondering** [3] - 1942:9, 1954:20, 1955:2

**word** [5] - 1809:12, 1914:14, 1924:2, 1979:3, 1994:4
**words** [19] - 1765:25, 1808:12, 1809:2, 1821:17, 1830:2, 1830:25, 1831:19, 1833:6, 1841:21, 1850:1, 1873:23, 1898:21, 1922:4, 1978:14, 1987:19, 1996:18, 2003:8, 2007:10, 2009:22
**works** [16] - 1726:18, 1726:22, 1726:24, 1765:3, 1772:23, 1774:14, 1783:19, 1786:15, 1788:15, 1788:19, 1788:25, 1863:13, 1954:12, 1954:13, 1971:14, 1979:20
**workstation** [16] - 1903:22, 1906:24, 1907:15, 1907:23, 1911:4, 1915:19, 1916:11, 1917:10, 1917:12, 1919:5, 1919:14, 1929:13, 1973:17, 1975:4, 1976:2, 1978:16
**workstation'** [1] - 1976:9
**workstation's** [5] - 1914:5, 1917:22, 1918:11, 1918:17, 1918:19
**workstations** [4] - 1907:24, 1919:13, 1933:5, 1947:14
**world** [4] - 1678:20, 1755:19, 1926:6, 1946:9
**World** [2] - 1921:1
**worlds** [2] - 1684:11, 1685:14
**Worldwide** [1] - 1701:7
**worldwide** [4] - 1669:22, 1704:23, 1928:3, 1930:21
**worried** [3] - 1758:11, 1896:22, 1896:24
**worry** [3] - 1684:1, 1711:14, 1897:1
**worrying** [1] - 1891:14
**worth** [8] - 1664:1, 1664:4, 1724:13, 1724:16, 1928:7, 1929:3, 1929:6, 1929:7
**wow** [6] - 1671:24, 1682:4, 1684:10, 1697:11, 1743:17, 1926:20
**wrap** [2] - 1748:24, 2008:12
**wrapped** [3] - 1748:18, 1748:23, 1749:18
**wrapping** [1] - 1748:6
**write** [13] - 1719:13, 1739:24, 1784:23, 1786:15, 1851:1, 1927:16, 1931:15, 1962:19, 1962:21, 1963:10, 1963:12, 1963:14, 1987:18
**writer** [3] - 1931:9, 1931:11, 1935:4
**writing** [4] - 1761:11, 1784:17, 1931:8, 2019:16
**writings** [1] - 1987:12
**written** [15] - 1719:16, 1720:10, 1736:5, 1737:10, 1757:21, 1791:21, 1800:6, 1926:9, 1939:14, 1962:6, 1962:9, 1963:3, 1963:8, 1997:14, 2009:23
**wrote** [15] - 1688:2, 1691:10, 1735:23, 1735:24, 1735:25, 1736:11, 1738:22, 1738:23, 1738:25, 1739:15, 1739:16, 1747:13, 1782:24, 1959:4, 1959:6
**www.apple.com/support** [1] - 1795:10
**www.apple.com/support/manuals/**

iPod [1] - 1795:15
  Wysocki [7] - 1788:13, 1788:15,
1789:6, 1789:18, 1901:20, 1988:13

## Y

  y'all [1] - 1874:18
  Yahoo [1] - 1943:8
  Yale [1] - 1671:5
  year [16] - 1673:10, 1709:12, 1709:13,
1709:17, 1730:15, 1758:11, 1758:13,
1784:19, 1822:8, 1822:9, 1853:14,
1853:22, 1855:2, 1865:17, 1930:19
  years [26] - 1661:7, 1661:21, 1661:23,
1670:7, 1672:9, 1673:1, 1716:7,
1716:16, 1727:11, 1730:2, 1730:3,
1740:2, 1740:18, 1821:25, 1846:7,
1883:13, 1895:18, 1897:21, 1940:19,
1970:2, 1983:14, 1983:18, 1985:14,
2017:13, 2017:15
  yellow [1] - 1957:14
  yesterday [8] - 1656:15, 1658:13,
1658:15, 1658:25, 1659:15, 1660:10,
1661:13, 1869:8
  York [1] - 1982:10
  young [1] - 1671:10
  younger [1] - 1703:1
  yourself [8] - 1681:5, 1697:22, 1727:6,
1805:5, 1895:17, 1941:12, 1954:24,
1981:25
  yourselves [1] - 1797:25
  youth [1] - 1702:23

## Z

  zero [8] - 1755:21, 1822:22, 1824:6,
1910:7, 1910:17, 1913:3

## ¶

  ¶6 [2] - 1808:14, 1846:24