2072

1                    UNITED STATES DISTRICT COURT
                     EASTERN DISTRICT OF TEXAS
2                         LUFKIN DIVISION

3   PERSONAL AUDIO, LLC          |  DOCKET 9:09CV111
                                 |
4                                |  JULY 1, 2011
    VS.                          |
5                                |  8:23 A.M.
                                 |
6   APPLE, INC., ET AL           |  BEAUMONT, TEXAS

7   ------------------------------------------------------------

8         VOLUME 7 OF __, PAGES 2072 THROUGH 2266

9          REPORTER'S TRANSCRIPT OF JURY TRIAL

10          BEFORE THE HONORABLE RON CLARK
        UNITED STATES DISTRICT JUDGE, AND A JURY
11
    ------------------------------------------------------------
12

13

14  APPEARANCES:

15  FOR THE PLAINTIFF:      RONALD J. SCHUTZ
                            JACOB M. HOLDREITH
16                          CYRUS A. MORTON
                            ROBINS KAPLAN MILLER & CIRESI - MN
17                          800 LASALLE AVENUE
                            SUITE 2800
18                          MINNEAPOLIS, MINNESOTA  55402

19                          ANNIE HUANG
                            ROBINS KAPLAN MILLER & CIRESI - NY
20                          601 LEXINGTON AVENUE
                            SUITE 3400
21                          NEW YORK, NEW YORK  10022

22                          LAWRENCE LOUIS GERMER
                            GERMER GERTZ
23                          550 FANNIN
                            SUITE 400
24                          BEAUMONT, TEXAS  77701

25

2073

```
 1  FOR THE DEFENDANTS:      RUFFIN B. CORDELL
                             FISH & RICHARDSON - WASHINGTON DC
 2                           1425 K STREET NW
                             SUITE 1100
 3                           WASHINGTON, DC  20005

 4                           GARLAND T. STEPHENS
                             BENJAMIN C. ELACQUA
 5                           FISH & RICHARDSON
                             1221 MCKINNEY
 6                           28TH FLOOR
                             HOUSTON, TEXAS  77010
 7
                             KELLY C. HUNSAKER
 8                           FISH & RICHARDSON
                             500 ARGUELLO STREET
 9                           SUITE 500
                             REDWOOD CITY, CALIFORNIA  94063
10
                             JUSTIN BARNES
11                           FISH & RICHARDSON
                             12390 EL CAMINO REAL
12                           SAN DIEGO, CALIFORNIA  92130

13                           J. THAD HEARTFIELD
                             THE HEARTFIELD LAW FIRM
14                           2195 DOWLEN ROAD
                             BEAUMONT, TEXAS  77706
15

16
    COURT REPORTER:          CHRISTINA L. BICKHAM, CRR, RMR
17                           FEDERAL OFFICIAL REPORTER
                             300 WILLOW, SUITE 221
18                           BEAUMONT, TEXAS  77701

19

20
       PROCEEDINGS REPORTED USING COMPUTERIZED STENOTYPE;
21    TRANSCRIPT PRODUCED VIA COMPUTER-AIDED TRANSCRIPTION.

22

23

24

25
```

2074

INDEX

PAGE

CONTINUED DIRECT EXAM OF STEPHEN WICKER          2081

CONCORDANCE INDEX                                2242


INDEX OF EXHIBITS

Plaintiff's Exhibit 88                           2085

Plaintiff's Exhibit 1                            2093

Plaintiff's Exhibit 1                            2099

Plaintiff's Exhibit 1                            2119

Plaintiff's Exhibit 2                            2141

Plaintiff's Exhibit 2                            2223


Defendant's Exhibit 30                           2079

Defendant's Exhibit 2                            2079

Defendant's Exhibit 427                          2106

Defendant's Exhibit 42                           2122

Defendant's Exhibit 176                          2124

Defendant's Exhibit 103                          2128

Defendant's Exhibit 97                           2128

Defendant's Exhibit 1                            2140

Defendant's Exhibit 1                            2142

Defendant's Exhibit 1                            2146

Defendant's Exhibit 1                            2147

Defendant's Exhibit 1                            2151

2075

| 1  | Defendant's Exhibit 1                 | 2153 |
| 2  | Defendant's Exhibit 1                 | 2154 |
| 3  | Defendant's Exhibit 1                 | 2156 |
| 4  | Defendant's Exhibit 1                 | 2161 |
| 5  | Defendant's Exhibit 1                 | 2163 |
| 6  | Defendant's Exhibit 3                 | 2176 |
| 7  | Defendant's Exhibit 3 through 9       | 2181 |
| 8  | Defendant's Exhibit 3                 | 2182 |
| 9  | Defendant's Exhibit 3                 | 2187 |
| 10 | Defendant's Exhibit 3                 | 2194 |
| 11 | Defendant's Exhibit 3                 | 2195 |
| 12 | Defendant's Exhibit 33                | 2209 |
| 13 | Defendant's Exhibit 32                | 2210 |
| 14 | Defendant's Exhibit 32                | 2212 |
| 15 | Defendant's Exhibit 2                 | 2212 |
| 16 | Defendant's Exhibit 27                | 2213 |
| 17 | Defendant's Exhibit 32                | 2213 |
| 18 | Defendant's Exhibit 32                | 2213 |
| 19 | Defendant's Exhibit 32                | 2214 |
| 20 | Defendant's Exhibit 32                | 2215 |
| 21 | Defendant's Exhibit 27                | 2215 |
| 22 | Defendant's Exhibit 27                | 2216 |
| 23 | Defendant's Exhibit 32                | 2217 |
| 24 | Defendant's Exhibit 8                 | 2217 |
| 25 | Defendant's Exhibit 8                 | 2219 |

2076

```
 1              (REPORTER'S NOTES PERSONAL AUDIO V. APPLE,
 2   JURY TRIAL, VOLUME 7, 8:23 A.M., FRIDAY, JULY 1, 2011,
 3   BEAUMONT, TEXAS, HON. RON CLARK PRESIDING.)
 4              (OPEN COURT, ALL PARTIES PRESENT, JURY NOT
 5   PRESENT.)
 6              THE COURT:  As long as you're here,
 7   Mr. Cordell, yesterday you raised some I think maybe
 8   20 -- some large number -- I haven't been able to call
 9   them up yet -- motions for JMOL; and there certainly is
10   authority for the proposition that one who makes
11   innumerable objections basically has buried whatever good
12   ones are in the mess of all of them.
13              Can you identify for me your top four?
14              MR. CORDELL:  Let's see if I can do that on
15   the fly, your Honor.  I guess the --
16              THE COURT:  Well, I'll let you do it at the
17   next break if you wish.  I mean, take a look at them; but
18   what are your top four?  Because the idea of objecting I
19   think virtually to almost every claim on almost every
20   basis, almost every claim term and plus damages gets to
21   the point where it's almost, one, not helpful to the
22   court but, two, not in keeping with the spirit of the
23   rule which is to identify deficiencies that could be
24   rectified by the other side if they asked to reopen the
25   case.  And basically, based on that range of motions,
```

1   they would have had to just say, "We need to start over

2   again from the beginning."  That's not what the rule is

3   intended to do.

4            As you went through them, it appeared there

5   might have been one or two good ones in there; but it

6   would be arrogant of me to pick out what are your best

7   arguments because you've studied them much more than I

8   have.  So, what I'd like at the next break is let me know

9   what your top four are.

10           MR. CORDELL:  Absolutely, your Honor.  I

11  appreciate that.  And recent case law from the Federal

12  Circuit has reminded us all of the necessity to make

13  those Rule 50 motions; so, that's part of our --

14           THE COURT:  Right.  But by the time it gets to

15  the Federal Circuit, with their briefing rules, you have

16  a limited number of pages; and having sat on two

17  different Court of Appeals, anybody who brings 20 or 30

18  points, there's a lot of laughter in the back room when

19  the judges are there, or grumbling.  Any good appellate

20  lawyer will focus on their top ones.  And they very well

21  can say that, yes, it's perfectly okay since they're just

22  going to get a few of them.  But like I say, there's

23  authority to the contrary; and, so, I'd like to know what

24  your top four are.

25           MR. CORDELL:  Absolutely, your Honor.  Thank

1  you.

2           THE COURT:  Okay.  And as to the declaration

3  of Diane Geraci, as I stated yesterday -- I went back and

4  reviewed my notes on the research.  It's obvious that a

5  single thesis, such as a doctoral thesis or this thesis,

6  can be sufficient if it is shown to be substantially

7  accessible; and that's the *in re Hall* case, 781 F.2d 897.

8           What this is is an evidentiary problem under

9  Rule 803(6).  And actually the new outline of the rules

10 that has been sent forward -- the new rewriting sets out

11 the Requirements A, B, C, D and makes it a little bit

12 easier to read.  But the record -- it has to be

13 established by the affidavit that the record was made at

14 or near the time from someone with knowledge.  And

15 Mr. Elacqua pointed out to me -- and I think correctly --

16 I had been focusing mostly on Exhibit C, the thesis

17 itself.  There were two other attachments which basically

18 were going to be used for the foundation of C.

19           But Ms. Geraci never says either A or B, it

20 was a record made at or near the time from someone with

21 knowledge; and she doesn't say she's someone with

22 knowledge necessarily.

23           She does say they're kept during the regular

24 course of business; but then the third requirement

25 that -- making the record as a regular course of

1  procedure at MIT, that's lacking for Exhibits A and B

2  also.  She never says that.

3        She also doesn't say that -- and it might not

4  have been as important since the idea was to bring in

5  Exhibit C, the thesis itself -- that he had knowledge.

6  But there clearly is nothing in there saying that the

7  record -- making that record, that thesis was a part of

8  the regular course of business at MIT unless you read

9  Exhibits A and B to say that.  But Exhibits A and B don't

10  get past the hearsay rule.  So, on that basis, I'm going

11  to sustain the hearsay objection as to Defendant's

12  Exhibit 30 with Attachments A, B, and C; namely, the

13  catalog listing -- or A is the discussion from the

14  institute of archives and special collections.  B is the

15  catalog; and C was the, I think, first page with the

16  attachment of the thesis which is marked separately as

17  Defendant's Exhibit 2.  And, so, at this time the ruling

18  that I had in the motion *in limine* will stand; and I've

19  not seen the predicate for that to come in.

20        Okay.  Are we ready, then, to start with

21  Dr. Wicker?

22        MR. ELACQUA:  Yes, your Honor.

23        THE COURT:  We've got the visual all up and

24  ready?

25        DEPUTY CLERK:  Yes.

1          THE COURT:  All right.  As soon as they all
2    show up, bring them on down.
3          Dr. Wicker, you may or may not realize from
4    that ruling I just made; but basically what I'm saying is
5    until there is more predicate, you can't bring in this
6    thesis from the MIT library.
7          THE WITNESS:  Yes, your Honor.
8          THE COURT:  You don't get to talk about it or
9    mention it or hint at it.
10         THE WITNESS:  Yes, sir.
11         MR. HOLDREITH:  Your Honor, I'm sure this is
12   made clear to Dr. Wicker; but the other thing that's not
13   in the case obviously is the reexamination proceedings.
14   Those are in the report.  I'm sure they won't come up.  I
15   just wanted to --
16         THE COURT:  Right.  We're not talking about
17   reexam at this point.
18         THE WITNESS:  Yes, your Honor.
19         (The jury enters the courtroom, 8:34 a.m.)
20         THE COURT:  Good morning, ladies and
21   gentlemen.  Welcome back.
22         Go ahead, Mr. Elacqua.
23         MR. ELACQUA:  Thank you, your Honor.
24         Good morning, ladies and gentlemen.
25                         *

2081

1        CONTINUED DIRECT EXAMINATION OF STEPHEN WICKER

2    BY MR. ELACQUA:

3    Q.    Dr. Wicker, good morning.

4    A.    Good morning.

5    Q.    I want to back up just a little bit from what we

6    were talking about yesterday regarding the software

7    method we've been talking about for the last about week

8    and a half.  Up on the screen here is a slide, and if you

9    could explain to the jury sort of what we're going to

10   talk about here through this slide.

11   A.    Okay.  What we're going to talk about here is the

12   database, the Dulcimer database that's stored on the hard

13   drive of all these devices.

14   Q.    Okay.  And that's the little red dot there on the

15   bottom in the middle; is that right?

16   A.    Yes, right here (indicating).

17   Q.    Okay.  So, what just happened there?

18   A.    I accidentally got someone with the pointer.

19         Dulcimer DB is right here (indicating), that

20   is the name of the database that's stored on the hard

21   drive.  And I want to note Dulcimer DB is actually stored

22   on all of the accused products.  In some cases it's

23   stored in a compressed form.

24   Q.    Okay.

25   A.    It's used for a slightly different purpose.  But

2082

1  it's on all of them.

2  Q.    And which product is that that it's stored in a

3  compressed form?

4  A.    I believe it's nano Generation 5.

5  Q.    Okay.  Now, when -- back up just a little bit.  I

6  see that the iPod was off there.  When it gets turned on,

7  what happens with those arrows and what is happening

8  there?

9  A.    Okay.  In all but the nano Generation 5, when you

10  turn on one of these devices, the disk spins and it pulls

11  that Dulcimer database slowly out of memory.  There are a

12  number of software handlers that do different things, and

13  they take different pieces of that database and build

14  them into RAM.  So, for example, it would pull out and

15  build playlists in memory, linking them together so that

16  you can then play your music in the order that you wish

17  to play it.

18  Q.    Now, when the iPod goes to actually play a

19  playlist, is it playing from data in the Dulcimer

20  database or is it playing from data in memory?

21  A.    No.  No.  As has been emphasized -- in fact,

22  Mr. Boettcher talked about this quite a lot.  You don't

23  want to spin the disk unless you absolutely have to.  One

24  of the key features of these devices is that they'll play

25  music for 10, 12 hours.  So, we try not -- or Apple tries

2083

1  not to spin the disk unless it absolutely has to.

2          So, the Dulcimer database is slowly unfolded.

3  Bits and pieces are taken out, processed, and put into

4  RAM which you see here.  RAM is the very low-power, fast

5  memory that processing units like to work with.

6  Q.    Okay.

7  A.    It's the most efficient way to do this process.

8  Q.    Thank you, Dr. Wicker.

9          Now, when you're actually going through the

10  playlists and you're going from one track to the next, is

11  that going down into what's on the hard drive, the

12  Dulcimer database; or is it going into -- is it using

13  what's in memory?

14  A.    The navigation, the manipulation of the playlist

15  is all going on in memory.  The only time that the iPods

16  will go back to the hard disk is to pull out more music,

17  not playlists but music.  And that's about once every 20

18  minutes.

19  Q.    Okay.  Now, we've seen this before but just to

20  reacquaint ourselves from yesterday, this is the software

21  method that involves the different steps.  And,

22  Dr. Wicker, are all the accused products the same with

23  regard to how they go -- how they're operated from

24  turning it on to skipping through songs and things like

25  that?

1  A.    There are some slight differences.  As I mentioned

2  before, there is something called a "sequel database."

3  It's a little different way of operating with regard to

4  the Dulcimer database.  And, again, that's nano Gen 5

5  that has the sequel.

6           But the essence remains the same.  In other

7  words, as you play a playlist, you go from one thing to

8  another.  There's no scanning to see if it's appropriate.

9  There's no searching for an appropriate LocType.  You

10 simply start at the top and play your way down, unless

11 you put it on shuffle.  But that's something we haven't

12 talked about.

13 Q.    Now, you were here for Mr. Boettcher's testimony.

14 That's right?

15 A.    Yes, I was.

16 Q.    And he talked a little bit about how the source

17 code has changed over time through the different

18 generations?

19 A.    Yes.

20 Q.    Now, is it your understanding that the source code

21 is the same in all of the products?

22 A.    No.  It's definitely not the same in all the

23 products.

24 Q.    Okay.  Now --

25           MR. ELACQUA:  If we could switch over to the

1  exhibits.  And if I could get Plaintiff's Exhibit 88,

2  please.

3  BY MR. ELACQUA:

4  Q.    Now, as part of your process, Dr. Wicker, did you

5  rely on any responses from Apple employees?

6                MR. ELACQUA:  Page 16, please.

7                MR. HOLDREITH:  Your Honor, no objection to

8  the substantive answers in the exhibit; but I understand

9  Mr. Elacqua will redact the portions that are not germane

10 to this discussion.

11               MR. ELACQUA:  We're only going to rely on

12 certain pages, your Honor; and we'll make sure it's just

13 those pages.

14               THE COURT:  Okay.

15               MR. ELACQUA:  If you could blow up there the

16 iPod application on the iPod classic Generation 4.

17               Thank you.

18 BY MR. ELACQUA:

19 Q.    I just want to focus on a couple differences with

20 some of the generations.  In the second paragraph down,

21 it talks about "application start-up establishes a

22 handler for a collection of transport commands via the

23 View layer."

24               Is this View layer the same throughout all the

25 different products?

2086

1  A.     No, it's not.

2  Q.     Okay.  And this I believe references source code

3  found in means-plus-function MP3 player example script;

4  is that right?

5  A.     Yes.  That's correct.

6  Q.     Okay.

7          MR. ELACQUA:  Now let's move to page 27,

8  please.  And that's the iPod application on the nano

9  Generation 3.  I think maybe Mr. Boettcher talked a

10 little bit about this one.  This might have been the one

11 up on the screen.

12 BY MR. ELACQUA:

13 Q.     Now, on the second paragraph down, this talks

14 about a different View layer.  What is that describing?

15 A.     Okay.  So, this is a different View layer.  What

16 it's talking about is how the elements within the View

17 layer respond to next/fast-forward releases.

18          Basically what that means is when you

19 release -- here's a particular iPod.  I don't believe

20 this is -- this isn't a nano Gen 3; but when you touch a

21 button and release, that's when the software actuates.

22 And, so, what this is describing is how that software is

23 invoked by releasing a button, in this particular case,

24 the next or fast-forward button.

25          THE COURT:  Excuse me just a minute.

1          Was this one of the interrogatory answers that

2  came in earlier or --

3          MR. ELACQUA:  Yes, your Honor.

4          THE COURT:  It has?  Did you use it --

5          MR. HOLDREITH:  No.

6          THE COURT:  -- before or not?

7          MR. HOLDREITH:  We have not offered this

8  exhibit.

9          THE COURT:  Okay.  But it is one of your

10  exhibits, and you're not objecting to it --

11          MR. HOLDREITH:  Provided the portions that are

12  not germane are redacted and --

13          MR. ELACQUA:  I believe a redacted version

14  might have been in earlier.

15          THE COURT:  What we're talking about, ladies

16  and gentlemen, these interrogatories and admissions and

17  things will have usually pages and pages of objections

18  from the lawyers, remarks, other things that have nothing

19  to do with the case; and I just want to be sure -- I've

20  told the lawyers that I want all of that cut out.  You've

21  got enough to deal with to not have to handle all of

22  that.  So, it's not that I'm trying to hide anything from

23  you; but you can see all these files everywhere.  You

24  don't need all of them back in the jury room.  I can tell

25  you.  You need the ones that are important to the case.

1      Go ahead, counsel.

2          MR. ELACQUA:  Thank you, your Honor.

3          If we could go back to the slides for a

4  minute, please.

5          Thank you.

6  BY MR. ELACQUA:

7  Q.     I think we've already talked a little bit about

8  this.  Another product with some differences is the nano

9  fifth generation?

10  A.     That's correct.

11  Q.     You said there is a compressed Dulcimer database

12  stored on the hard drive there; is that right?

13  A.     That's right.

14  Q.     Is that used during any playback?

15  A.     No.  What happened with the fifth generation is

16  they built a new kind of database, something called the

17  "sequel database," SQL; and I believe Mr. Boettcher

18  talked about that.  Well, they kept the old Dulcimer

19  database as a way for the *iTunes* -- the computer running

20  the *iTunes* to know what had to be synchronized and what

21  could be deleted.  But the iPod itself doesn't use the

22  Dulcimer anymore, at least in Generation 5.

23          So, what *iTunes* does is it creates the

24  Dulcimer database and then stores it in compressed form

25  on the iPod, the nano Gen 5, and then it's never used, at

 1  least by the iPod.

 2          The next time you hook the iPod up, *iTunes*

 3  will go and find that compressed Dulcimer database and

 4  then use it.  So, basically to summarize, *iTunes* likes to

 5  see it; but the iPod doesn't use it.

 6  Q.     Okay.  And that --

 7  A.     It just sits there.

 8  Q.     And that's just the nano fifth generation; is that

 9  right?

10  A.     That's correct.

11  Q.     Okay.  Now, do you have an opinion, Dr. Wicker, as

12  to whether this method regarding all these different

13  steps with Selection_Records, LocType, and the scanning

14  are present in the accused products?

15  A.     I do have an opinion.  They are definitely not

16  present.

17  Q.     And how about under equivalents?  Are they present

18  under equivalents?

19  A.     I can't see anything that would be equivalent to

20  what's called for in the claim construction.

21  Q.     Okay.  Now, again, to remind the jury, we're

22  talking about the '076 and the '178 patent.  Let's talk

23  about the '076 first.  If they're not there literally

24  under equivalents, what does that mean?

25  A.     Okay.  If they're not there -- for example, the

1 fourth and the fifth -- excuse me -- the fourth and the

2 sixth limitations of claim 1, since these limitations

3 aren't satisfied, claim 1 of the '076 patent is not

4 infringed.

5 Q.    Now, that's the claims up there.  I think we also

6 talked about the '178.  What's the effect on the '178?

7 A.    Okay.  With regard to the '178, I've shown that

8 the fifth element of claim 1 is not present.  The first

9 element of claim 6 and the sixth element of claim 14,

10 element F, is not present.  If an element is not present,

11 the claim can't be infringed.

12           So, what I've shown you is that claims 1, 6,

13 and 14 of the '178 patent are not infringed by the

14 accused products.

15 Q.    Now, in talking about the '076 and the '178, you

16 said they're not there under the equivalents.  What are

17 some of the differences, and why are they substantial?

18 A.    Well, the differences are substantial, in part,

19 because what's called for in the patent is the ability to

20 scan forward and to find something of a particular type,

21 a particular subject, a particular topic, a particular

22 kind of program.  These devices simply don't do that.

23 They just play one thing after another.  And in my mind

24 that's a big difference.

25           You heard Mr. Call talk about how that very

2091

1  intricate interaction scanning for LocType works.  It's a

2  very powerful process.  These devices simply don't do

3  that.  They simply play one thing after another.  I think

4  that's a substantial difference.

5  Q.    Okay.  Let's talk next about another limitation in

6  the '076 and the '178 patent.  Explain for the jury,

7  please, what the last Selection_Record limitation there

8  involves.

9  A.    Okay.  The last Selection_Record has to do with

10 continuously playing.  You hit the bottom of the

11 Selection_Record.  You go back to the top, and you just

12 keep going.  You go in a big continuous loop.  And this

13 is how the patent says it's to be -- how you implement

14 this particular feature.  It's through a means for

15 continuously reproducing or, in the '178 patent, the

16 fifth limitation, a processor for continuously

17 delivering.

18        Basically the way this is done, according to

19 the claim construction, is through something called the

20 "last Selection_Record."  It's a particular

21 Selection_Record that's at the bottom of the sequence

22 file that says -- through its LocType it says, "Go back

23 to the top and start all over again."

24 Q.    Okay.

25        MR. ELACQUA:  And for the record, we're

1  talking about the '076 patent, claim 1D and the '178

2  that's claim 1E.

3  BY MR. ELACQUA:

4  Q.    Let's look at the Figure 5 here and a callout from

5  the '076 patent.  Explain for the jury, please, what

6  we're looking at here.

7  A.    Okay.  What I'm showing here is a portion -- I

8  believe it's Figure 3.  And what we're seeing here is

9  (reading) the end of the selections file 351 is marked

10 with an R Selection_Record 380.

11         So, if you could blow this up, it might be a

12 little easier to see.  I think it's not "blow-upable."

13 Q.    Is that Figure 5?

14 A.    Oh, Figure 5.  I'm sorry.  I misspoke.

15 Q.    We can do that.

16         MR. ELACQUA:  Thank you, Mr. Barnes.

17 A.    Yeah.  You can see right there it says "Figure 5."

18         Okay.  So, this last Selection_Record is right

19 here (indicating).  It's an R record.  That's the LocType

20 that tells us this is a Selection_Record that causes us

21 to go all the way back to the top, to just under this R

22 record (indicating).

23         So, we go back to this first Selection_Record

24 that's associated with this ProgramID.  So, basically the

25 last Selection_Record sends us back to the top.  That's

2093

1  how we continuously reproduce.  You never stop just

2  because you hit the bottom.  You keep going and going.

3  BY MR. ELACQUA:

4  Q.    Now, on Figure 5, the reference on the bottom, is

5  that 380?

6  A.    Yes.  That 380 is the number that was referenced

7  in the cite from the patent that was on top of the

8  previous slide.

9  Q.    Okay.

10             MR. ELACQUA:  If we could go back to the

11  slides, please, Mr. Barnes.

12             Thank you.

13             And I believe the cite, for the record, is

14  column 35 at lines 40 through 42 of Plaintiff's

15  Exhibit 1.

16  BY MR. ELACQUA:

17  Q.    Let's keep moving, and let's talk now about what's

18  been accused here.  Okay?  Can you explain for the jury

19  what we're going to see here?

20  A.    Okay.  So, this is a playlist and actually will be

21  roughly the same for all the accused devices.  It's a

22  listing of songs, and this happens to be Nineties music.

23  There's five entries.  And, so, this is what would be in

24  RAM in that fast memory on one of these devices.

25             Now, there are a number of ways you can play

1  this; and it's all under the user's control.  The user

2  makes this choice by making a selection on the iPod,

3  whether it will play from beginning to end and stop --

4  and I think -- let's see.  I'll need my glasses for that.

5            Okay.  Okay.  So, if you'll look right here

6  (indicating), it's kind of hard to read; but it says

7  "play current playlist once."  Okay.  The user of the

8  iPod has made this selection; and, so, when the playlist

9  is played, we'll start with "Building Bridges," go down

10 to "Amanda" and then it's just going to stop.

11           MR. ELACQUA:  I just wanted to note this is

12 DDX 424, for the record, we're looking at.

13 BY MR. ELACQUA:

14 Q.    On the top left there where it says "off," is that

15 something that's the -- is that something that comes out

16 of the box as default or is that something that the user

17 has to turn off?

18 A.    Okay.  This is the way it comes out of the box.

19 The default -- I think Mr. Boettcher opened up a box and

20 had an iPod in it.  Were he to actually go and have

21 *iTunes* play a playlist on it, this would initially be set

22 to "off."  That's simply the way it comes out of the box.

23 There are no playlists on the device when it comes out of

24 the box; but if he put one on, it would initially be

25 "repeat off."  So, it would play once and then stop.

2095

1  Q.    Okay.  So, these are some of the user settings

2  then.

3          Let's look at what another setting is.  What's

4  this next setting we're looking at?

5  A.    Okay.  This next setting is one of the repeat

6  settings.  And, so, right here it says "repeat current

7  song."  So, what's going to happen now, you'll start with

8  "Building Bridges."  And "Building Bridges" will play

9  over and over and over again.  That's all that will

10  happen forever until you stop -- well, until it runs out

11  of batteries.

12  Q.    Okay.  What about this last setting here?  It says

13  "repeat all."

14          MR. ELACQUA:  I guess, Mr. Barnes, if you

15  could blow that up again real quick.

16          No?  Okay.  That's all right.

17  A.    That's okay.  I can see it on my screen.  What it

18  says here is "repeat current playlist."  So, what's going

19  to happen with this third setting is we'll go from

20  "Building Bridges" down to "Amanda" and then we'll go

21  back to the top and start over again.

22  BY MR. ELACQUA:

23  Q.    So, Dr. Wicker, does this "repeat all" setting --

24  does this store some sort of record in the playlist?

25  A.    No.  The repeat, whether it's "repeat song" or

2096

1  "repeat all," it's the user that makes that choice.  It's

2  not part of the playlist.  The playlist can be played at

3  least three different ways.

4  Q.     Okay.  Now, Dr. Wicker, what's your opinion with

5  respect to this last Selection_Record and compared to how

6  the accused products work?

7  A.     The last Selection_Record is simply not there.

8  Q.     Is that -- what's your opinion with respect to

9  whether it's not there identically or under the

10  equivalents?

11  A.     Well, certainly identically, it's not there.  It's

12  simply not there.

13          With regard to equivalents, I believe this is

14  a substantial difference because if we look at Figure 5

15  in the patent, what happens is we have this one fixed

16  choice.  You start at the top, you go down to the bottom,

17  and then you repeat and you repeat.  It's part of the

18  Selection_Record.  You can't take it out; you can't

19  change it using the player.

20          Whereas, here the playlist doesn't have any

21  such thing; but we've got all kinds of options.  We can

22  not repeat.  We can repeat the song.  We can repeat the

23  whole playlist.  I think that's substantially different.

24  Q.     Okay.  So, here again are the limitations we're

25  talking about from the '076 patent and the '178 patent;

1  and, Dr. Wicker, what's your opinion with respect to

2  these limitations?

3  A.    Okay.  Well, these limitations, as I've shown, are

4  not present, whether literally or as an equivalent.

5  There is no identical structure, nor is there an

6  equivalent structure.

7          Since these limitations aren't met, claim 1 of

8  the '076 and claim 1 of the '178 are not infringed, nor

9  are any of the dependent claims.

10 Q.    And does that differ across any of the products

11 we've been talking about, the different groupings or any

12 of the other -- any of the products?

13 A.    Well, the software may vary across all of these

14 products; but none of them have a last Selection_Record

15 or anything like it in their playlist.

16 Q.    Okay.  Dr. Wicker, let's talk about the next

17 question that we previewed yesterday.  Explain for the

18 jury what we're going to talk about in this next section.

19 A.    Okay.  A number of the asserted claims require the

20 ability to download from a server.  There is a portion of

21 the claims that literally says download -- and I'm

22 paraphrasing -- download music and/or a playlist from a

23 server.  That download request has a particular

24 construction according to the court.  It requires that

25 the player request something from the server.

1  Q.    Okay.  Well, let's talk first about what claims

2  we're talking about.  Does this come up in both patents

3  or just one of the patents?

4  A.    I believe it's primarily one patent, the

5  '178 patent.

6  Q.    Okay.  And this is claim 1 of the '178 patent; is

7  that right?

8  A.    That's correct.

9  Q.    Okay.  And does it also show up in another claim

10 in the '178 patent?

11 A.    Yes.  In fact, there is the specific word

12 "downloading" right there (indicating).  This is claim 14

13 of the '178 patent.

14 Q.    Okay.  What are we looking at here?  And if you

15 could explain for the jury what these sections of the

16 patent talk about.

17 A.    Okay.  These portions of the patent are part of or

18 at least underlay the claim construction that said that

19 there has to be a request.  What we see here are a number

20 of places in the patent where the request comes from the

21 player.

22           "In response to requests from the player

23 103" -- I'm reading from Column 5, lines 47 to 53.

24           And then Column 6, 51 to 53, receiving a

25 request from the player.

2099

1        Column 7, lines 10 through 13, talks about the

2   player issues download requests.

3        It simply makes it clear that when you're

4   talking about downloading, there has to be a request from

5   the player.

6        MR. ELACQUA:  And for the record, those cites

7   come from Plaintiff's Exhibit 1, the '076 patent.

8   BY MR. ELACQUA:

9   Q.   You mentioned before the court has a specific

10  definition for the downloading from the server.  Explain

11  for the jury, please, the definition and what we're going

12  to talk about.

13  A.   Okay.  This is a portion of the court's claim

14  construction, and I note it's in the jury notebook at

15  page 9.

16        On the left you see the claim language,

17  "downloading a plurality of separate digital compressed

18  audio program files and a separate sequencing file from

19  one or more server computers."

20        And on the right we have the definition.

21  Basically what it requires is "transferring a plurality

22  of separate digital compressed audio program files and a

23  separate sequencing file from the memory of one or more

24  separate computers to the memory of the player" -- and

25  then we get the language that I've highlighted -- "upon a

2100

1    request by the player.  Request means a communication to

2    initiate the transfer."

3    Q.    Okay.  Now, Dr. Wicker, I think we're looking at

4    Figure 1 of the patent here; is that right?

5    A.    That's right.

6    Q.    And I think we've brought a board of Figure 1.

7          MR. ELACQUA:  Your Honor, can Dr. Wicker step

8    down to the well to explain Figure 1?

9          THE COURT:  You may.  Please just remember to

10   keep your voice up when you're away from the microphone.

11         THE WITNESS:  Yes, your Honor.

12   BY MR. ELACQUA:

13   Q.    Dr. Wicker, Figure 1 comes from the patent; is

14   that right?

15   A.    Yes, it does.  And you can see that right here

16   (indicating).  It's the first of the figures that are at

17   the very beginning of the patent.

18   Q.    Okay.  Can you explain for the jury sort of just

19   the layout as to what we're looking at regarding this

20   idea of downloading via request from a player to a

21   server?

22   A.    Yes.  I know when I first looked at this, I

23   thought it was dreadfully confusing.  There are lots of

24   parts and lots of numbers.

25         But actually there are three main parts to

2101

1  this.  There is a player -- and it's helpful that we've

2  got a -- (illustrating).  A nice rectangular box around

3  it.  So, I'm going to mark this as "player."

4         If you start to look at the individual pieces,

5  it will start to look familiar.  It looks like a

6  computer -- well, unfortunately our computers are no

7  longer here.  But there is a keyboard.  There is a

8  display.  There's memory.  Deep inside there is a chip

9  that does most of the work.  This is the central

10  processing unit.  It's the brains of the computer.  And,

11  so, this is a computer that you may have at home.

12         I'll note that this computer has a modem.

13  This is the way the computer talks to the outside world.

14  So, today that might be a cable modem, something you pay

15  monthly to Time Warner or, you know, whoever your

16  provider is.  In the old days -- well, actually they're

17  still around -- it could be a telephone modem, in other

18  words, basically your way of dialing in through the

19  telephone network to your Internet service provider.

20  Q.    So, Dr. Wicker, when the player makes a request

21  and it goes -- it goes through the modem or it goes

22  through whatever the Internet -- that line that goes up

23  top, can you explain for the jury how it goes out and

24  goes back into the server -- or goes out to the server, I

25  should say?

2102

1  A.    Okay.  So, from here your signals go out into the

2  outside world.  And, again, it could be a cable modem,

3  could even be a satellite modem.  I lived out in the

4  country for a while, and I had a satellite.  It's the

5  only way I could connect to the outside world.

6        But however it is, you go through a connection

7  that's something called an "Internet service provider,"

8  an "ISP."  This is Time Warner or HughesNet or whoever is

9  providing your connection to the Internet.

10        And from the Internet service provider we

11  actually get to the Internet.  It looks so small here.

12  It's actually huge.  It's worldwide.  We'll put a box

13  around it so it's more substantial.  But that's the

14  Internet.  Okay?  The whole world, Amazon, everybody

15  else.

16  Q.    When you go out to make the request, when it gets

17  to the server, what happens when it gets to the server?

18  A.    Okay.  The Internet actually consists of a huge

19  number of servers.  It's a lot of networks; and each

20  network has various servers on it, other people's

21  computers.  This is just one server.  And it looks big,

22  and it is pretty big (illustrating).  But this is just

23  one piece of the Internet.

24        So, for example, if you were sitting at home

25  and you turned your computer on and you opened your

1 browser and you went to say *amazon.com*, you would type in

2 "*amazon.com*" or click on a link -- I actually have it on

3 a link because I buy a lot of books.

4          But anyway, you click on a link; and what

5 happens is a command goes through the Internet service

6 provider out over the Internet to a particular server.

7 It's got a certain address that your computer figures out

8 for you.  And that server may have a lot of pieces to it.

9 We see a lot of pieces here.  There's a lot of memory --

10 audio programs, advertising, text, announcements, all

11 kinds of stuff, Web pages.  Okay?  So, that's where the

12 Web page would make its way through -- actually it's like

13 this (indicating).

14          But basically this is all at the server site.

15 Q.    Okay.  Dr. Wicker, there are different types of

16 networks; is that right?

17 A.    Excuse me.  I forgot to write "server" up there.

18          Yeah.  There are many different networks, lots

19 of network technologies.

20 Q.    So, regarding the request that we're talking about

21 from the player to the server, does that work the same

22 essentially?  We talked about the Internet; but even if

23 you're on some other type of network, it still has to go

24 from the player to the server?

25 A.    Right.  The basics are all still there.  We have

2104

1  something called a "client-server relationship" by which

2  when the client wants something, if you want the Amazon

3  Web page or the local news -- maybe you can read that on

4  the Web -- what will happen is you will click a link

5  using your mouse -- a mouse isn't shown.  You may click

6  something on the keyboard.  However you do it, though, a

7  request will go through your modem, through the Internet

8  service provider to the server.  Whatever the technology

9  is, that's what's going to happen.  The request will go

10  from the player through the Internet to the server and

11  then the server will respond, perhaps by sending you a

12  Web page, so that you can see what the news is or what's

13  available at this particular store or whatever it is.

14  Q.     Okay.

15          MR. ELACQUA:  Your Honor, can Dr. Wicker

16  re-take his seat?

17          THE COURT:  Please.

18          THE WITNESS:  Thank you.

19  BY MR. ELACQUA:

20  Q.     Thank you, Dr. Wicker, for that explanation.

21          We're still on Figure 1.  Let's move on to the

22  next slide, please.  Explain for the jury -- just sort of

23  summarize what we were talking about.

24  A.     Yes.  This is a simple summary.  On the right we

25  have a player computer.  On the left we have a host

2105

1  server.  And I've repeated the court's claim

2  construction, the definition of "downloading" here.  And

3  what we see is that the request -- we have "upon a

4  request by the player.  Request means a communication to

5  initiate the transfer."

6            The player computer makes a request of the

7  host server.

8  Q.    Now, we've been talking, I think, about the USB

9  and FireWire cables that come with iPods; is that right?

10 A.    That's right.

11 Q.    Okay.  And what's your understanding as to whether

12 there's any dispute as to whether the iPods are USB

13 devices?

14 A.    There is no dispute.

15 Q.    Now, regarding USB, there is a specification for

16 USB.  Explain sort of what the specification -- what is

17 that?

18 A.    Okay.  When you have a technology like USB or even

19 the technology we were talking about with regard to

20 talking to the Internet, standards are written.  They're

21 basically big documents -- in fact, they're often several

22 times bigger than this notebook, sometimes shorter.  But

23 basically these are documents so that everyone knows how

24 this particular technology works.

25            So, if I want to form a little company and be

2106

1    able to connect through USB, I'll go get the USB standard

2    and I'll study it and I'll build according to what that

3    standard says and that way I'm guaranteed that my product

4    will work.

5           Standards basically allow lots of companies to

6    get involved with making products that can talk to each

7    other without fear of being incompatible.

8    Q.    Okay.  And this is the USB standard.

9           MR. ELACQUA:  For the record, it's Defendant's

10   Exhibit 427 at page 46.

11   BY MR. ELACQUA:

12   Q.    What's this -- it looks like one line of text.

13   What does this mean, Dr. Wicker?

14   A.    Right.  This is just one line from a rather long

15   document, from the USB standard that everyone builds to.

16   What it says is that.  "The USB is a polled bus."  It's

17   basically a fancy way of saying that you can't do

18   anything until the host controller asks you to.  "The

19   Host Controller initiates all data transfers."  So,

20   anytime data is going to be moved, it starts with the

21   host; and the host is what runs on the server as opposed

22   to the client.

23   Q.    Now, we've heard a little bit of testimony about a

24   connect signal; is that right?

25   A.    Yes.

2107

1  Q.    Explain for the jury -- if you could sort of

2  summarize what we've heard and whether you agree with

3  that or not.

4  A.    Okay.  Basically the connect signal is the way the

5  device tells the computer "I'm here."  So, if I have my

6  laptop in front of me and I want to hook up a keyboard or

7  I want to hook up a mouse or I want to hook up my iPod,

8  basically what I'll do is I'll take a USB cable and plug

9  it into the iPod, for example, plug it into the computer;

10 and then there is a voltage change that tells the

11 computer something's there.  That's the connect signal.

12 It basically says there's something that's been plugged

13 in.

14 Q.    Now, is that a request to initiate a transfer of

15 data?

16 A.    No.  No.  It's simply an indication that

17 something -- keyboard, mouse, iPod, whatever -- is there.

18 Q.    Is it something equivalent to a request?

19 A.    No.  No.  It's something -- the connect signal is

20 common to anything you plug into your computer, whether

21 it's a disk drive, a keyboard, a mouse.  It simply says

22 "I'm here."

23 Q.    Now, I see some of these USB devices you've just

24 mentioned.  Do these all work the same?

25 A.    Okay.  There's a couple things here.  On the left

1  you've got an iPod with a USB cable.  But over here

2  (indicating) we have a mouse, for example.  That looks

3  like a floppy drive, a hard drive, a keyboard.  All of

4  these devices follow the USB standard.  All of them when

5  you plug them in say "I'm here."

6            The "I'm here" signal, the connect signal,

7  can't mean initiate data transfer.  It wouldn't make any

8  sense.  For example, this floppy drive -- I think that's

9  a floppy drive -- plugging that in, why would it be

10  requesting a data transfer?  Why would a keyboard or a

11  mouse be requesting a data transfer?  It doesn't make

12  sense.  It's simply saying "I'm here."

13  Q.    How are these -- how is that different from a

14  request as far as the connect signal?

15  A.    Well, it's passive.  It's simply saying "I'm

16  here," and then it's up to the computer to decide what to

17  do with that mouse or keyboard.

18            If it's a mouse, for example, the computer

19  will interrogate it, find out what kind of mouse, find

20  out if there is any special software that has to be run

21  to make the mouse work.  It's all up to the computer to

22  do the work.

23  Q.    Is that a minor difference?  A medium?  Or is that

24  a large difference?

25  A.    Well, I think it's about as large as a difference

1  can be because instead of going one way with a request,

2  you're going the other way.  It's completely backwards.

3  Q.    Now, do you have an opinion as to whether the

4  accused iPods actually either -- I believe we're only

5  talking about the doctrine of equivalents with regard to

6  this claim; is that right?

7  A.    That's my understanding, yes.

8             MR. HOLDREITH:  Objection to form.  I believe

9  this is a structural equivalents.

10             MR. ELACQUA:  I don't think so.

11             MR. HOLDREITH:  Am I on the wrong claim

12  limitation?

13             MR. ELACQUA:  Yes.

14             MR. HOLDREITH:  I'm sorry.  I withdraw the

15  objection.

16             MR. ELACQUA:  Now you've got me confused.

17             MS. HOLDREITH:  I apologize.

18             THE COURT:  I thought I was following it.

19  Back up a step.

20             MR. ELACQUA:  Certainly.

21  BY MR. ELACQUA:

22  Q.    So, we're talking about the doctrine of

23  equivalents, right, Dr. Wicker?

24  A.    That was my understanding, yes.

25  Q.    Okay.  And this is on claims 1 and 14 of the

2110

1  '178 patent?

2  A.      That's right.

3  Q.      Okay.  And do you have an opinion as to whether

4  these limitations under the doctrine of equivalents are

5  met?

6  A.      Yes, I do.

7  Q.      And what is that, Dr. Wicker?

8  A.      I don't believe they are met at all.  For example,

9  the way requests are done -- again, the claim language as

10 construed by the court, a request goes from the player

11 computer to the host server.  The way it's done in the

12 accused products is it goes from a host computer running

13 *iTunes* to the iPod.  That's exactly backwards.  In my

14 mind, that's a substantial difference.  I don't know how

15 it could be more substantial than to be completely

16 backwards.

17 Q.      Thank you, Dr. Wicker.  Now, based upon that, do

18 you have an opinion as to whether these claims are

19 infringed or not?

20 A.      They are not infringed because any claim

21 limitation that calls for downloading -- for example, the

22 first limitation of claim 1, the second limitation of

23 claim 14.  The court has said the request must go from

24 the player to the server.  In the accused products they

25 do it exactly the other way around.  Those limitations

2111

1  are not met; so, those claims are not infringed.

2  Q.    Now, is this opinion regarding the doctrine of

3  equivalents on '178 patent claims 1 and 14 -- is that

4  different than what we were talking about earlier with

5  regard to the software method?

6  A.    The difference -- you mean with regard to what

7  kind of equivalents has been argued?

8  Q.    Correct.

9  A.    Okay.  So, when you have a means-plus-function

10 claim, the equivalents were structural equivalents.  It

11 was a question of whether the structure in the accused

12 device is equivalent to the structure the court requires

13 for the means-plus-function claim.  So, that's structural

14 equivalents.

15        This isn't structural equivalents.  This is

16 doctrine of equivalents, which is unfortunately the same

17 word.  But in the doctrine of equivalents, we're asking a

18 different question, is what's in the accused product

19 substantially different from what that limitation calls

20 for.  That's my understanding.

21 Q.    Okay.  Now, I think this takes care of the

22 '178 patent, claims 1 and 14.  Let's move on to an

23 additional question we talked about yesterday.  Explain

24 for the jury, please, what we're going to talk about in

25 the next section.

2112

1  A.    Okay.  Well, this actually takes us back to

2  structural equivalents.  There were several arguments

3  made that certain structures that were required by the

4  claim construction were somehow equivalent to what's

5  actually in the accused devices, and I'd like to talk

6  about four of those arguments because I don't think

7  they're right.

8  Q.    Okay.  Are these the four we're going to talk

9  about?

10  A.    Yes.  That's right.

11  Q.    Okay.  Let's talk about the first one if we could.

12  What's the first one, and what claims are we talking

13  about here?

14  A.    Okay.  This has to do with the means for

15  reproducing or means for translation.  And one of the

16  structural requirements was for a sound card.  And I

17  think that was discussed in some detail, what a sound

18  card is.  But basically these -- sound cards are required

19  as structures to implement the means in the fourth

20  limitation of claim 1 -- and I'll again note the jury

21  notebook citations are on the right -- the fourth

22  limitation of claim 14, processing means for translating;

23  the fifth limitation of claim 1 of the '178 patent and

24  that's "a processor for continuously delivering."

25          So, again, claims 1 and 14 of the '076,

2113

1  claim 1 of the '178 patent.

2  Q.     Thank you, Dr. Wicker.  What's that up on the

3  left-hand side of the screen?

4  A.     That's a sound card.  Now, a sound card --

5  actually all cards look something like this.  They'll

6  have some sort of connectors on the outside.  Here we

7  have some connectors for -- let's see.  I can't see it

8  terribly well.  But there will be connectors for

9  speakers, perhaps a connector for a microphone or a

10 headphone.

11          This (indicating) is a larger connector that

12 allows for an external audio connection of some kind.

13          This (indicating) is the internal connection.

14 This piece right along here (indicating) is the way the

15 sound card connects directly into the computer.  I think

16 yesterday I talked a little bit about how in a computer

17 you've got an information highway.  It's called a

18 "bus" -- at least I think I talked about that yesterday.

19 But, anyway, this is the way the sound card connects to

20 the information highway in the computer so that all of

21 these chips on the card can talk to the rest of the

22 computer.

23 Q.     Now, roughly in size -- about what sort of size

24 are sound cards?

25 A.     Well, they vary in size.  This one looks like a

2114

1   half size; so, we've got basically 3 inches this way

2   (indicating) and perhaps 3 or 4 inches going that way

3   (indicating).

4            In the old days we might have had cards that

5   were this big (indicating), you know.  Those were

6   full-size cards.  Now they keep getting smaller.  But

7   that's a basic card right there.

8   Q.    And the connectors you were talking about before,

9   those are the different colors up there?

10  A.    This (indicating) is the connector right here.

11  This is what slides into a socket, a standardized socket,

12  by the way, that then allows this card to talk on the

13  information highway to the rest of the computer.

14           And I just want to point out while I'm here,

15  this (indicating) is a chip.  Okay?  Chips are soldered

16  onto cards, or sometimes they're put onto a socket so

17  they can be removed.

18           That's another chip.

19           And then we have discrete components.  These

20  (indicating) happen to be capacitors.

21           And then there is what looks like some

22  switches of some kind.  But basically there are lots of

23  parts.  We have cards so that we can collect a bunch of

24  parts together and sell them separately so that we can

25  add functionality to our computers.

2115

1  Q.    Okay.  And, Dr. Wicker, I think we talked a little

2  bit about the size of a sound card.  I think you said

3  they're a few inches to sometimes larger.  About how much

4  larger are we talking about?

5  A.    Oh, they can be as much as -- going by memory now.

6  We don't see them this big quite as much anymore,

7  although some video cards are pretty big; so, they could

8  be as much as 10 inches long.

9  Q.    Okay.  Now, what is your understanding,

10  Dr. Wicker, as to whether the accused iPods actually have

11  a sound card?

12  A.    They don't.

13  Q.    And what's been accused to meet this limitation?

14  Do you know?

15  A.    It's been suggested that the -- that there is a

16  chip -- a small converter chip, codec chip, excuse me --

17  codec -- there it is right there.  "Codec" stands for

18  coder/decoder.  Okay?  So, that's an integrated circuit

19  that does the coding and decoding of the voice.  It was

20  suggested that this little chip is structurally

21  equivalent to this entire card.

22  Q.    And is it your opinion that it is?

23  A.    No, it's not.  For a number of reasons.

24         First off, I'll note that chips -- there is a

25  chip right there (indicating) that sits on the entire

1 card.  The structure that's called for is not the chip.

2 It's the entire card.  A chip cannot be equivalent to a

3 card.  Chips sit on cards.  They're not the same thing or

4 even equivalent.

5 Q.    I think we talked a little bit about the first

6 bullet up there, the size.

7         Let's talk a little bit more about the second

8 bullet.  Explain for the jury, please, what we're talking

9 about there.

10 A.    Okay.  So, this second bullet here, what I'm

11 talking about is the way these chips and boards connect

12 to the computer, the way they can do their processing.

13         Now, as I noted before, the sound card has

14 this connector right here (indicating).  That's the way

15 it basically slides into a slot and can talk to the

16 computer.  Chips don't have connectors like that.  Chips

17 have little pins -- it's really hard to see.  And those

18 pins allow the chip -- here (indicating) you can see it a

19 little better -- the chip to be mounted onto the card.

20 But chips and cards don't connect the same way.  Cards

21 have standardized pins that go into sockets in the

22 computer.  Chips have to be mounted on boards before they

23 can talk to the rest of the computer.

24 Q.    Now, I see up here you have something that says

25 they're not interchangeable.  What exactly does that

2117

1  mean?

2  A.    That means you can't just take a card out and

3  stick in a chip.  It won't work.  They do different

4  things.  They connect in different ways.  You can't swap

5  them out.

6  Q.    Now, the last bullet, is that describing one of

7  the different things they do?

8  A.    Yes.  This has to do with the fact that sound

9  cards are typically sold in the mass market.  In other

10  words, they do basic sound stuff, for example, sound for

11  video games, things like that.  Sound cards don't play

12  proprietary audio formats.  So, for example, advanced

13  audio coding, ACC, you won't find that -- or at least you

14  wouldn't find that on a sound card in 2000-2001.

15  Q.    Okay.  Now, a sound card is something more sort of

16  off-the-shelf; is that right?

17  A.    Yes.  That's what I meant by "mass consumer

18  produced."  It's something you'd go to Best Buy or

19  Circuit City or something like that to purchase.

20  Q.    Okay.  Now let's move on to the next limitation,

21  which is the means for receiving.  I think we've talked a

22  little bit about this throughout the last couple of days;

23  is that right?

24  A.    That's right.

25  Q.    Okay.  Now, this relates to the '076 patent; is

2118

1  that right?

2  A.    That's correct.

3  Q.    Okay.  What limitation are we talking about here,

4  Dr. Wicker?

5  A.    Okay.  That's the second limitation of claim 1.

6  It's the means for receiving.

7  Q.    And there is a long definition for this.  Are all

8  of these numbers -- are we going to have to discuss all

9  of these, Dr. Wicker?

10  A.    No.  Just to quickly note, here we've got the

11  means for receiving.  That's the claim language right

12  there.  Means for -- as the court has construed them,

13  this is a means-plus-function limitation.  So, we have a

14  function that's required; and then we have all of these

15  possible structures, 1 through 6.  The only one of these

16  structures that's been discussed as being found in the

17  accused devices is 4, and even within 4 you've got two

18  choices.  The focus has been on this infrared link.

19         So, a couple of days ago, there was discussion

20  of IrDA.  IrDA is an infrared standard.  That had to do

21  with the suggestion that the accused device's USB was

22  actually structurally equivalent to this infrared link

23  that's called for in the court's claim construction.

24  Q.    Okay, Dr. Wicker.  Now, I see the claim

25  construction.  Is it just about infrared versus USB, or

1  is there a little bit more?

2  A.    Well, it's not just infrared versus USB.  It's a

3  question of tying back the structure to what's required;

4  namely, receiving and storing a file of data establishing

5  a sequence.  And that connection is provided by the

6  patent itself, the written description of the patent.

7  Q.    Okay.  Now, you just mentioned the patent, I

8  think.  Is there any discussion in the patent relating to

9  this infrared, or IrDA, connection we've been talking

10 about?

11 A.    Yes.  There's one place in the patent where

12 infrared's discussed.  It's Plaintiff's Exhibit 1,

13 Column 7, 44 through 57.  And so far I don't think this

14 context has been read.  It might have been read once.

15        When the patent talks about infrared, it's

16 talking right here about (reading) facilitating the use

17 of the system in an automobile, a player computer may be

18 linked to the Internet via a local communications server

19 computer via a radio or infrared link when the car is

20 parked at the subscriber's home or office.

21        All right.  So, to unpack all that stuff,

22 you're in your car.  You've got your player.  The player

23 connects to a local communications server in your garage;

24 and then that local communications server connects to the

25 Internet so you can download your programs, your audio

1  programs that are described in the patent.

2  Q.    Dr. Wicker, regarding this claim construction and

3  the means for receiving, is the player going directly to

4  the Internet; or does it have to pass through something

5  else?

6  A.    It has to pass through something else.  Once

7  again, there is an infrared connection from the player in

8  the car to a server in the garage.  And then the server

9  in the garage is what talks to the Internet, as described

10  here.

11  Q.    Now, I think I have a slide up here that sort of

12  shows that.  Dr. Wicker, what's your understanding as to

13  what's been accused of meeting this limitation?

14  A.    What's been accused of meeting this limitation --

15  or at least being structurally equivalent -- is the USB

16  connection, the USB cable.

17  Q.    Okay, doctor.  And do you have an opinion as to

18  whether these two are equivalent?

19  A.    They're not equivalent.  In fact, I wish I had a

20  USB cable up here.  But you can just imagine using a USB

21  cable in your car to connect to a server in your garage.

22  It would be a little cumbersome.

23  Q.    And this, Dr. Wicker, is a USB cable right here

24  (indicating) that I'm holding up?

25  A.    That's right.

2121

1  Q.     Okay.  Now, let's talk about some of the

2  differences, if we can.  What's the first difference that

3  we're talking about here, Dr. Wicker?

4  A.     Okay.  The first difference -- and I think this

5  has been discussed -- has to do with speed.  How long

6  does it take you to download your data?  Well, FireWire

7  even in 2000-2001 was quite fast, 400 megabits per

8  second.  And, again, that's 400 million bits per second.

9           IrDA at the time was 4 megabits per second at

10  best, or 4 million.  So, you can just go from 400 to 4.

11  It's a factor of a hundred, or two orders of magnitude.

12  Q.     Is that difference a substantial difference,

13  Dr. Wicker?

14  A.     Very substantial, because what it means is if

15  you're downloading a file of a given size through

16  FireWire, it's going to take one one-hundredth the time

17  it will take you to do it with IrDA.  So, instead of ten

18  minutes, it will be a thousand minutes with IrDA.  That's

19  a big difference.

20  Q.     Now, would you -- as someone who is one of

21  ordinary skill in the art, would you be able to

22  substitute these two for one another?

23  A.     No.  No.  There's far more than just the speed.

24  One is wired; the other is an actual optical beam that

25  has to be lined up.  There are lots of issues that would

2122

1 tell me that you can't just swap one for the other.

2 Q.    Okay.  Let's take a look at --

3            MR. ELACQUA:  I think we've looked at this

4 exhibit already; but this is Defendant's Exhibit 42, for

5 the record, at page 10.

6 BY MR. ELACQUA:

7 Q.    What is this, Dr. Wicker?

8 A.    Okay.  I think this came up during Mr. Fadell's --

9 Tony Fadell's presentation.  This is a Dulcimer market

10 requirements document.  So, here we see the Dulcimer.

11 That is the original code name for the iPod.  And the

12 original iPod had 5 gigabytes of storage.  That's

13 5 billion, with a "B," bytes.  So, it's pretty large.  It

14 was a hard disk, as we've talked about.

15            To fully load this thing up at 80 megabits per

16 second using FireWire takes 8 minutes.  If you go slower,

17 as you can see with these other technologies, it's taking

18 longer, three hours, nine hours.  If we used IrDA --

19 remember that factor of a hundred -- we'd be at 800

20 minutes.

21 Q.    Okay.  Now, I think you mentioned that -- started

22 to touch on this.  Regarding IrDA and how IrDA works,

23 being a substitute or not, explain that to the jury,

24 please.

25 A.    With regard to being a substitute, there is a

1  problem with optical systems, especially infrared

2  systems.  Infrared systems -- you've used them.  They're

3  your channel changer and your garage door opener.

4  Imagine you're trying to change the channel and someone

5  walks in front of you.  You're blocked.  It won't work.

6  You've got to get them out of the way or go around.

7  That's a problem with infrared systems.  They're easily

8  interfered with.

9       There's also the problem of misalignment.  If

10 you've got the TV in front of you and you're trying to

11 change the channel and you point the wrong way, it's not

12 going to work.  Now, that problem gets worse with the

13 high-speed infrared.  You've got to be really accurate

14 with the alignment for something called "direct beam

15 infrared" to have a good connection.  You can't be off,

16 or it's not going to work.

17 Q.    Okay.  Now, what about another difference here?

18 What is this in relationship to, Dr. Wicker?

19 A.    Okay.  This is another big difference.  Using USB

20 or FireWire, you can actually charge your device while

21 you're synchronizing it.  So, when you plug one of these

22 things into USB or FireWire and hook it up to your

23 computer, not only are you synchronizing files, but

24 you're charging up the battery so you can use it for

25 another 11 or 12 hours or so.  Infrared won't do that.

2124

1  Infrared doesn't have the capability -- or at least at

2  these power levels -- doesn't have the capability to

3  charge the battery.  You've got to have a cable to charge

4  the battery.

5  Q.    These differences we've been talking about,

6  Dr. Wicker, are those minor differences?

7  A.    They seem very substantial to me.  Basically

8  you've got speed.  You've got problems of alignment.

9  You've got the ability to charge versus not being able to

10  charge.  Those are substantial differences.

11  Q.    And what's this we're looking at?  I think we saw

12  this before.  Explain for the jury anything else you

13  considered in relationship to this limitation.

14  A.    Okay.  As Mr. Fadell testified, FireWire was the

15  initial choice for iPods; and FireWire was a new, novel

16  technology.  In fact, Apple has 25 -- actually more than

17  25 patents on FireWire.  So, in determining whether or

18  not FireWire was somehow equivalent to IrDA, I noticed

19  that FireWire was so novel and different that there were

20  all of these patents on it at the time.  And, so, that

21  told me that was another area of difference with regard

22  to IrDA.

23  Q.    Okay.  Thank you, Dr. Wicker.

24        MR. ELACQUA:  And for the record, that was

25  Defendant's Exhibit 176.

2125

1  BY MR. ELACQUA:

2  Q.    So, Dr. Wicker, I think we've already talked about

3  this; but if you could summarize, please, your opinion

4  with regard to this limitation and whether USB is the

5  same or equivalent to IrDA.

6  A.    Well, this basically sums it up.  IrDA is simply

7  not equivalent to FireWire or USB.  There's just lots of

8  reasons why the two are substantially different.

9  Q.    Let's move on, Dr. Wicker, if we can, to the next

10  limitation, the means for accepting.  What limitations in

11  the patent are we talking about in the means for

12  accepting?

13  A.    Okay.  In the means for accepting, we're talking

14  about the third limitation of claim 1 of the '076, the

15  means for accepting, and the input means, which is the

16  second limitation of claim 14 of the '076.

17  Q.    Okay.  And I see on the left-hand side that's a

18  keyboard; is that right?

19  A.    That's right.

20  Q.    Okay.  And is it your understanding as to -- that

21  is one of the structures that's been accused as being the

22  same or equivalent to the scroll wheel?

23  A.    That's right.

24  Q.    Okay.  You've got a bunch of iPods in front of

25  you.  Do those all have some type of scroll wheel?

2126

1  A.     Yes, they do.

2  Q.     Okay.  Now, are they all the same?

3  A.     There are some differences, particularly with

4  regard to size.

5  Q.     Okay.  Now, with regard to some of -- the feel and

6  whether some are mechanical or touch or things like that,

7  are there any differences there?

8  A.     The basic feel is the same for all of them, and

9  the ability to scroll by basically taking your thumb and

10  moving it around and such.  So, they're basically -- they

11  have similarities, strong similarities.

12  Q.     I see under the keyboard there you have some

13  letters.  What does that mean, Dr. Wicker?

14  A.     Okay.  QWERTY -- those are the first six letters

15  on the upper left of the keyboard.  That's how keyboards

16  are basically described.

17          A QWERTY keyboard is a standard keyboard that

18  you're used to typing on and doing your work on,

19  et cetera.  It's what comes with most people's computers.

20  Q.     So, Dr. Wicker, I see this is Dr. Almeroth's

21  opinion with regard to the keyboard.  And what is your

22  understanding as to his opinion?

23  A.     Well, he's saying that a scroll wheel, which you

24  see on the right, is structurally equivalent to the

25  keyboard on the left.

2127

1  Q.     And what is your opinion as to whether that is

2  true or not?

3  A.     I don't agree with him.  I think there are

4  substantial differences.  I think the scroll wheel can do

5  far more than a standard QWERTY keyboard with regard to,

6  you know, moving or accelerating through a playlist,

7  while the QWERTY keyboard is capable of -- you know, you

8  can write an email.  You can write a letter home.  You

9  can do all kinds of stuff that you can't do with a scroll

10 wheel.  They're just very different.

11 Q.     Is there any other evidence you considered with

12 regard to the differences?

13 A.     Okay.  This patent is a patent for an accelerated

14 scrolling.  It's a scroll wheel -- basically what -- this

15 is a bigger one.  It's easier to see.

16           As you move your finger around

17 (demonstrating) -- and by the way, this particular one,

18 it actually moves; whereas, on some of the others, they

19 don't move.  It actually senses that your finger is

20 moving across it.  So, I think I'll use this one.

21           As I move faster, you could actually see it

22 accelerate.  In other words, I'll actually move more

23 quickly through the playlist.  So, if you've got a really

24 long playlist -- let's suppose for some reason you put

25 200 songs on it, or 300.  That's a lot.  But rather than

 1  having to go absolutely through every single one, by

 2  moving my finger more quickly it will actually

 3  accelerate.  It will go faster through that playlist so I

 4  can find whatever I'm looking for much more quickly and

 5  much more efficiently.

 6  Q.    Which iPod are you holding there?  I think the

 7  exhibit stickers are on the back.

 8  A.    This is Defendant's Exhibit 103.

 9  Q.    Okay.  And the one before that you were talking

10  about, which exhibit number is that?

11  A.    It is a much earlier iPod.  It's Defendant's

12  Exhibit 97.

13  Q.    Okay.  Let's move on, if we can, to the next

14  limitation here, the means for storing.  And this shows

15  up in what claim, Dr. Wicker?

16  A.    Let's see.  That shows up -- if we can go to the

17  next slide.

18            The '076 patent, claim 1.  It's the very first

19  element, means for storing.

20  Q.    Okay.  And this is the definition again of the

21  means for storing?

22  A.    That's right.  Here we have the "means for"

23  language from the claim (indicating).

24            Here we have the judge's statement.  It's a

25  means-plus-function limitation.  In the court's claim

2129

1  construction that was defined as a function and a

2  structure.

3          And in this case the structure that's required

4  is either (reading) a data storage system consisting of

5  both high-speed RAM and a persistent mass storage device

6  or a replaceable media, such as an optical disk

7  cartridge.

8  Q.    And, Dr. Wicker -- now, some of the accused

9  products use only what's called "flash"; is that right?

10 A.    That's right.

11 Q.    Okay.  And is it your opinion, Dr. Wicker, as to

12 whether flash is the same or equivalent to high-speed --

13 I'm sorry -- persistent mass storage?

14 A.    First off --

15 Q.    Let me start that question --

16 A.    Okay.

17          THE COURT:  Counsel, maybe this is a good time

18 to take a break.

19          Ladies and gentlemen, we're going to go ahead

20 and take a break.  I'll ask you to be back at quarter of.

21          (The jury exits the courtroom, 9:31 a.m.)

22          THE COURT:  We'll be in recess until quarter

23 of.

24          (Recess, 9:32 a.m. to 9:46 a.m.)

25          (Open court, all parties present, jury not

2130

 1  present.)

 2           THE COURT:  After this you have your damages

 3  expert and whom?

 4           MR. CORDELL:  That will conclude our case,

 5  your Honor.

 6           THE COURT:  Okay.

 7           (The jury enters the courtroom, 9:47 a.m.)

 8           THE COURT:  Go ahead, counsel.

 9           MR. ELACQUA:  Thank you, your Honor.

10  BY MR. ELACQUA:

11  Q.    Welcome back.

12           Dr. Wicker, when we left, we were talking

13  about the means for storing.  And just so we're on the

14  same page here, this is only relating to the flash

15  products; is that right?

16  A.    That's correct.

17  Q.    Okay.  Now, is there -- do the flash products

18  persistently store data?

19  A.    Yes, they do.

20  Q.    Now --

21           THE COURT:  Just for record purposes, you

22  might want to state what flash products we're talking

23  about.

24           MR. ELACQUA:  Thank you, your Honor.  I

25  believe that's the iPod nanos.

2131

1    THE COURT:  Is that right, Dr. Wicker?

2    THE WITNESS:  Yes, your Honor.  That's

3  correct.

4    THE COURT:  Okay.

5  BY MR. ELACQUA:

6  Q.    Now, Dr. Wicker, in 2001 would someone consider a

7  flash to be a substitute for a hard drive?

8  A.    No, they would not.  The primary reason being that

9  the hard drives -- and, again, Mr. Fadell went into this

10  in some detail.  The hard drives would store the same

11  amount, 5 gigabytes, but at a much, much lower price.

12    Had they chosen to use flash in the original

13  iPods, the devices would have cost more than $2,000.

14  Q.    Now, Dr. Wicker, we've just gone through about

15  four different structures in the '076 and '178 patents.

16  Just to summarize, Dr. Wicker, is it your opinion -- what

17  is your opinion as to whether these structures on the

18  right-hand side, the accused structures, are the same as

19  the structures on the left-hand side?

20  A.    Okay.  They are certainly not the same.  The

21  identified structures in the accused devices are not

22  identical to what the court has required in its claim

23  construction.

24  Q.    How about under the equivalents?  And we're

25  talking about, again, the equivalent structure now.

2132

1   A.      For all the reasons I've discussed, I don't think

2   they're equivalent.  I think they're substantially

3   different.  In every case there were significant

4   differences that told me that they are not structurally

5   equivalent.

6   Q.      Now, how about whether any of them would be a

7   substitute for one another?

8   A.      They would not be substitutes for one another.

9            MR. ELACQUA:  And for the record, we're

10  talking about DDX 463.

11  BY MR. ELACQUA:

12  Q.      Now, Dr. Wicker, the last question -- I think that

13  answers the last question.  Let's sort of summarize where

14  we've been now since yesterday and today regarding the

15  independent claims of the '076 patent and your reasons

16  that we talked about yesterday and today.

17            Regarding the independent claims, explain for

18  the jury how that affects the independent and then the

19  dependent claims.

20  A.      Okay.  Well, for all the reasons we've been

21  talking about for the last couple hours, there are a

22  number of limitations in the independent claims -- that's

23  claim 1 and claim 14 of the '076 patent -- a number of

24  limitations that simply aren't met.  And even if just one

25  limitation is not met, the entire claim is not infringed.

2133

1  So, that's why I've put a big "X" through claims 1 and

2  14.  They are not infringed.

3  Q.    Now, there are some additional claims that are

4  asserted that are not independent claims; is that right?

5  A.    That's right.

6  Q.    Okay.  So, how does your opinions regarding the

7  independent claims have an influence on the dependent

8  claims?

9  A.    Okay.  All of those dependent claims start with a

10  line that says something like "a player as in claim 1" --

11  let's see.  I'll need my glasses for that one.

12           "A player as set forth in claim 1."  So, claim

13  2 requires everything that's in claim 1 plus some other

14  stuff.  Well, if it requires everything that's in claim 1

15  and claim 1 is not infringed, then claim 2 is not

16  infringed.

17           Claim 3 requires everything in claim 2, which

18  requires everything in claim 1.  If claim 1 is not

19  infringed, then claim 2 is not infringed and claim 3

20  cannot be infringed.

21  Q.    And is that the same for claim 15 of the

22  '076 patent?

23  A.    That's right.  Claim 15 has this language here, "a

24  programmed digital computer for reproducing audio

25  programs as set forth in claim 14."

2134

1           So, if 14 is not infringed, 15 requires it;

2    it's not infringed.

3    Q.    Okay.  Now, regarding the '178 patent, is that the

4    same type of analysis with independent and dependent

5    claims?

6    A.    Yes, the exact same.  There are a number of

7    limitations of claim 1 of the '178 patent that are not

8    met by the accused products.  Claim 1 is not infringed.

9           The same for claim 14.  There are a number of

10   limitations that aren't met by the accused products.

11   Claim 14 is not infringed -- of the '178 patent.

12   Q.    Now, I see a graph of claims coming down here.

13   Are those all dependent claims?

14   A.    There are a bunch of dependent claims.  Claim 2

15   depends on claim 1.  Claim 3 depends on claim 2.  Claim 4

16   depends on claim 3.  Claim 5 depends on claim 4.  6

17   depends on 5.

18           1 is not infringed, so 2 is not infringed, so

19   3 is not infringed, so 4 is not infringed, so 5 is not

20   infringed, so 6 is not infringed.  It's sort of a

21   cascading effect.

22   Q.    And 6 is the only independent -- dependent claim

23   that we're talking about in this graph, right?  2, 3, 4,

24   and 5 are not asserted; is that right?

25   A.    That's right.  But you sort of have to trace

2135

1  through them to understand -- since 6 depends on 5,

2  you've got to look at 5; 5 depends on 4, et cetera.  So,

3  to determine whether or not 6 is infringed, you've got to

4  trace back through to see what it depends on.

5  Q.    Okay.  And the same goes for claim 13; is that

6  right?

7  A.    That's right.  Claim 13 depends from claim 9.  9

8  is not infringed.  9 depends on --

9            Let me start that over again.

10            13 depends on 9.  9 depends on 1.  Since 1 is

11  not infringed, 9 cannot be infringed, 13 cannot be

12  infringed.

13  Q.    Okay.  Dr. Wicker, I think this sort of concludes

14  kind of one section of the case.  We're going to move

15  into another section if that's okay.

16  A.    That's fine.

17            MR. ELACQUA:  So, your Honor, I think I've

18  already passed out some additional notebooks.

19            THE COURT:  All right.

20            MR. ELACQUA:  Except for yourself.

21            THE COURT:  Please.

22            MR. CORDELL:  May I, your Honor?

23            THE COURT:  Please.

24            MR. ELACQUA:  Thank you, Mr. Cordell.

25                        *

2136

1  BY MR. ELACQUA:

2  Q.    Dr. Wicker, this slide says "invalidity."  And I

3  believe the next slide is one of the -- the second of the

4  primary questions we talked about yesterday.  Explain for

5  the jury, please, sort of what we're going to talk about

6  now and maybe even how that relates to what we probably

7  first heard about in the Patent Office video.

8  A.    That's right.  There was -- the video talked about

9  someone's ability to say, "Not only do I not infringe

10  that patent, but that patent is invalid.  Someone else

11  came up with these ideas before these folks went to the

12  Patent Office."

13  Q.    Now, Dr. Wicker, explain here what we're going to

14  talk about as far as what's on the right-hand side.  And

15  I think on the left is what we just finished talking

16  about.

17  A.    Right.  The left is all of that analysis we just

18  did that showed that these products don't infringe the

19  asserted claims, "these products" being all of the iPods

20  to my left.

21        The next thing that we're going to talk about

22  is whether or not Personal Audio's patents -- or at least

23  the asserted claims in this case of the '076 and

24  '178 patents -- whether they're valid.

25  Q.    Okay.  Now, the two things up there, what's on the

2137

1  top?

2  A.    Okay.  The first thing that I put on this slide is

3  the DAD system, digital audio delivery.  That's what was

4  demonstrated here in court yesterday by Mr. Novacek, Gene

5  Novacek.

6  Q.    Okay.  On the bottom, what's that a picture of?

7  A.    That's something there has been a little

8  discussion of, something called the "Sound Blaster."

9  This is a computer program and a sound card that ran on

10  windows machines back in '95, that era.

11  Q.    Okay.  Now, Dr. Wicker, was any of this -- and

12  this is prior art; is that right?

13  A.    That's correct.

14  Q.    Was any of this considered by the Patent Office

15  before the claims in these two patents were issued?

16  A.    No.  And the reason I know that is that the

17  patents list everything that the examiner considered.  If

18  you look at either one of the patents, there will be a

19  list of references.  It's mostly patents, but sometimes

20  there are other articles and things like that.  These two

21  things aren't on that list.  The patent examiner didn't

22  have the opportunity to compare these systems to -- or

23  that manual on the left -- to the claims of the patent --

24  Q.    Okay.

25  A.    -- the asserted claims of the patent.

2138

1  Q.     Thank you, Dr. Wicker.  Let's talk about what's on

2  the left-hand side.  I think the jury has seen the

3  demonstration yesterday, but we haven't talked about the

4  manual.  And this is the DAD system.

5          Now, Dr. Wicker, you were here yesterday for

6  Mr. Novacek's demonstration; is that right?

7  A.     Yes, I was.

8  Q.     And have you also reviewed the DAD manual in this

9  case?

10 A.     Yes, I have.

11 Q.     Okay.  So, Dr. Wicker, as far as the timing here,

12 were these things before the patents-in-suit were filed?

13 A.     Yes.  This timeline, as you can see, runs from '93

14 to 2002.  This is the filing date, October, '96, for the

15 '076 patent.  The DAD system and the manual -- at least

16 the versions we're talking about -- are back here

17 (indicating), in August and September, '95.  So, they are

18 at least a year before the filing date for the

19 application that turned into the '076 patent.  And, of

20 course, they're well before the filing date -- March,

21 2001 -- of the '076 patent.

22          But I should note that for our purposes here,

23 this is the date (indicating) that I focused on, October,

24 '96.

25          THE COURT:  Wait a minute.

2139

1          MR. ELACQUA:  Just for the record -- yeah, I

2  heard that, too, your Honor.

3  BY MR. ELACQUA:

4  Q.    I think the issue date was March of 2001; is that

5  right?

6  A.    That's correct -- I'm sorry.

7  Q.    And the filing was October, '96.

8  A.    I misspoke.  What is shown here.  This

9  (indicating) is the date.

10          Thank you, sir.

11          This (indicating) is the date the patent was

12  applied for.  This (indicating) is the date that '076

13  actually issued.

14  Q.    Okay.  I think what we want to do here,

15  Dr. Wicker, explain for the jury sort of how we're going

16  to go through the DAD system and the DAD manual starting

17  with the first claim of the '178 patent.

18  A.    Okay.  So, what I have to do if this is indeed the

19  case that the DAD system anticipates, is I have to find

20  every single limitation, just like an infringement.  I

21  have to find every single limitation in the DAD device to

22  show anticipation.

23  Q.    Okay.  Hold on one second.  You just used the word

24  "anticipates."  Explain for the jury, you know, what that

25  means.

2140

1  A.    "Anticipation" means that there is a device or a

2  system or a reference that was available before the issue

3  date -- excuse me -- before the application date of the

4  patent -- I keep getting those confused -- that has each

5  and every limitation of the claims.

6             Okay?  So, to anticipate a claim, every single

7  element of that claim must be found in the prior art.

8  Q.    Okay.  Now let's start with the first one, the

9  '178 claim 1, the audio program player.  I think there is

10 a definition for this; is that right?

11 A.    That's correct.

12 Q.    Okay.  And I think we've looked at these

13 definitions a lot; but just for reference, what is the

14 audio program player definition regarding?

15 A.    It's a device that "reproduces sound from digital

16 audio content."

17 Q.    Now, Dr. Wicker, do you have an opinion as to

18 whether the DAD manual meets this limitation?

19 A.    Okay.  What I've shown here is page 16 of

20 Defendant's Exhibit 1, the DAD manual.  And you can see

21 that there's discussion of "high quality (CD/DAT)" --

22 that's digital audio tape -- "stereo audio stored

23 digitally."  There's record and playback capability,

24 high-quality random access audio, standard record and

25 playback functions.

2141

1              So, clearly DAD is a device that reproduces

2    sound from digital audio.

3    Q.    Okay.  And these are from the DAD manual.  How

4    about the DAD system?

5    A.    Well, as we saw yesterday, it was sitting

6    here reproducing digital sound -- well, we didn't see.

7    We heard that it was reproducing digital sound.

8    Q.    Okay.  Now let's keep moving through the

9    '178 patent if we can.  This is claim 1A of the

10   '178 patent, Plaintiff's Exhibit 2.  The next few slides,

11   Dr. Wicker, are these some of the claim constructions?

12   A.    Yes.  This is the claim language or the

13   construction -- excuse me -- for a "communications port

14   for establishing a data communications link for

15   downloading."

16   Q.    Okay.  And the next claim construction is just the

17   downloading one that we've been talking about via

18   request?

19   A.    That's correct.

20   Q.    And the sequencing file limitation, this is also

21   found in the '178 patent in some of the other claims as

22   well?

23   A.    Yes, that's correct.

24   Q.    Now, explain for the jury, please, starting with

25   the communications port for downloading.  Where in the

1  DAD manual are you looking here?

2  A.    Okay.  So, for the communications port, I've noted

3  pages 221 and 310 of the DAD manual.

4        First there is discussion of networked

5  workstations.  Yesterday in court we saw how Mr. Novacek

6  actually networked his two DAD systems together.  In

7  fact, he networked them and then un-networked them by

8  removing a cable.  Well, that cable -- I think he held it

9  up.  That cable is actually the cable that's discussed

10 here.  It's an Ethernet cable with an RG-58 coax

11 connection.  That's not a popular connection anymore; but

12 back in '94-'95, that would have been a typical Ethernet

13 connection for networking workstations.

14 Q.    What's the next slide we're looking at here with

15 digital compressed audio program files?  Where in the DAD

16 manual?

17        MR. ELACQUA:  And that's again Defendant's

18 Exhibit 1 for the record.

19 A.    Okay.  This is page 50 where we have some

20 discussion of data compression.  So, this is the claim

21 language, "digital compressed audio program files" and I

22 looked at page 50 and I see "data compression,"

23 "compression is applied to the digitized audio

24 information," "a number of compression formats are

25 available."  So, it's telling me that DAD does indeed

2143

1  include this claim limitation.

2  BY MR. ELACQUA:

3  Q.    How about the sequencing file we've been talking

4  about?

5  A.    Okay.  The sequencing file would be the playlists

6  that Mr. Novacek downloaded and played and manipulated

7  here in court.  Turning to the document which describes

8  the system, this is pages 69 and 330.

9         69 describes how there is a separate

10  sequencing file.  We touch the "play" button on the

11  playback machine, and your playlist will begin playing.

12         On page 330 it shows that the playlists to

13  access their music and the audio cuts are stored in

14  different places.  Now, this is a little cryptic, but

15  basically this is an address in the files system.  What

16  it shows me is there is a separate place for playlists

17  among the files from the cuts which are files.  So,

18  playlists and cuts are stored in two different places.

19  Q.    Okay.  Now, how about the downloading that we've

20  been talking about which comes via request from the

21  player?  Is that met by the DAD manual?

22  A.    Yes, it is.

23  Q.    Okay.  Now, can you explain for the jury some of

24  the citations in the DAD manual that you're talking

25  about?

2144

1  A.     Okay.   These cites are from pages 283, 221, and

2  183.

3        The first is the playback_lookahead and that

4  was something that Mr. Novacek demonstrated yesterday.

5  Basically "this feature copies audio files from the

6  network to the local hard drive in the background."

7  Basically it looks ahead of what's playing and downloads

8  that music ahead of time so when it comes time to play

9  it, it will be there and available.

10  Q.     Okay.   Now, how about the next cite, in the middle

11  there?  What is that talking about?

12  A.     Okay.   This says, "We recommend that a standby

13  playlist and related standby audio cuts be kept in the

14  local hard drives."  So, it's basically saying we suggest

15  that once they're downloaded they be stored locally just

16  in case there is a network failure.

17  Q.     Okay.   And let's move on now to downloading the

18  sequencing file.   Is it your opinion that this limitation

19  is met by the DAD manual, DAD system?

20  A.     Yes.   We saw the downloading of a sequencing file

21  yesterday.   He downloaded a sequence file from -- let's

22  see, from your perspective, the computer on the right to

23  the computer on the left.   The on-air computer downloaded

24  it from the server.

25        And, so, here in the manual we see a

1  description of the same things.  There is an import -- an

2  "import" button is used to import playlists from the

3  server to the on-air machine.

4          Here is a command that says "download

5  playlist.  Download playlist from remote system."

6  "Remote system" in this case would have been the server

7  on the right.  So, you know, that was a relatively short

8  cable.  The server from which he was downloading could

9  have been in another room, could have been in another

10 city.

11 Q.    Okay.

12 A.    It still would have worked.

13 Q.    So, Dr. Wicker, is it your opinion that the

14 limitations -- what is your opinion with respect to the

15 limitations of the '178 patent claim 1 -- in the first

16 part, 1A, with regard to the DAD manual?

17 A.    They're clearly present, both in the DAD manual

18 and in the DAD system.

19 Q.    Okay.  Now let's move on to 1B.  1B, Dr. Wicker,

20 is the digital memory unit limitation?

21 A.    Yes.

22 Q.    Okay.  So, where in the DAD manual are we looking

23 for this limitation?

24 A.    Okay.  This is in page 83, and the persistent

25 storage is found in the DAD manual in the form of the

2146

1  disk drives.

2          Here is a reference to a local drive.  The

3  local drive is the disk drive that's on the on-air

4  computer.  It's local in the sense that it's on the

5  computer that's in front of you.  Okay?  And, again,

6  that's a form -- the disk drive is a form of persistent

7  storage.  It's a hard disk.

8  Q.    Now, yesterday we saw the DAD system in court.

9  Was the hard drive in the DAD system in court?

10  A.    Yes, it was.

11  Q.    Okay.  What's your opinion, Dr. Wicker, regarding

12  this limitation of the '178 patent, 1B?

13  A.    It is present, both in the system and in the

14  manual.

15  Q.    Now let's move on to 1C if we could, the audio

16  output unit.  Where in the DAD manual are you looking for

17  this limitation?

18  A.    This is page 314 of the DAD manual and it talks

19  about audio outputs and it references stereo headphones.

20  On the actual system you can use headphones, and we also

21  saw demonstrated yesterday the use of speakers so that we

22  could all hear what Mr. Novacek was playing.

23  Q.    Okay.  Just for the record, again, the DAD manual

24  you're referring to is Defendant's Exhibit 1?

25  A.    Yes.  I'm sorry about that.

2147

1  Q.     That's okay.  I just wanted to make sure we're

2  clear.

3          Now, the manual controls of the DAD manual or

4  DAD system, are those present?

5  A.     Yes.  The fourth element of claim 1 requires one

6  or more manual controls.  Apparently this is something

7  there is no dispute about.  We saw lots of manual

8  controls in the form of keyboards.  Mr. Novacek had a

9  keyboard in front of him, and he was typing away.

10 Q.     Okay.  Now, the next limitation -- this is one of

11 the software methods; is that right?

12 A.     That's correct.

13 Q.     Okay.  Now, again for the jury, this is the larger

14 algorithm we've been talking about; is that right?

15 A.     Yes.  That's correct.

16 Q.     Okay.  Now, where in the DAD manual are you

17 looking to see whether this limitation is met?  Let's

18 first talk about the function, which is the continuously

19 delivering function.

20 A.     Okay.  So, this is on pages 107 and 67 of

21 Defendant's Exhibit 1, the DAD manual.

22          And here it says, "Each cut will play in

23 succession" -- they'll play one after another -- "with no

24 further input."  The machine will play through the last

25 cut and then rotate to the top of the playlist and begin

2148

1  again.

2           So, what that tells me is there is a big loop.

3  It will continue to play music over and over again in the

4  playlist until you make it stop.

5           Here is another reference that talks about

6  "automatically play one cut after another."

7  Q.    Now let's talk about the structure.

8           MR. HOLDREITH:  Your Honor, I have an

9  objection -- I have no objection to showing these slides

10 but they keep getting popped up before the witness is

11 testifying and I think the slides are leading the

12 witness.

13          THE COURT:  The questions might lead him.  I'm

14 not sure that -- overruled.  With an expert witness --

15 you might establish how these slides came into being.

16          MR. ELACQUA:  Yes, your Honor.  We can talk

17 about that again.

18 BY MR. ELACQUA:

19 Q.    Dr. Wicker, as part of your presentation yesterday

20 and today, did you help prepare some demonstrative slides

21 to assist the jury?

22 A.    Yes.  I took cites from my expert report,

23 material --

24          THE COURT:  No, wait.  The question is:  Did

25 you help prepare these slides?

1          THE WITNESS:  Yes, your Honor.

2          THE COURT:  Not just some slides.

3          MR. ELACQUA:  Yes.

4          THE COURT:  Okay.  Overruled.

5    BY MR. ELACQUA:

6    Q.    Dr. Wicker, what are we talking about on this

7    slide here?

8    A.    Okay.  So, up at the --

9          THE COURT:  Hold up.

10          And, ladies and gentlemen, he's prepared the

11   slides.  These are part of his opinion.  They're not

12   evidence.  They're not facts.  It's part of his opinion.

13   He gets to explain to you, just like the other experts

14   have.  Please keep in mind that just because an expert or

15   someone has prepared a slide -- you're going to evaluate

16   that based on the witness' testimony and your evaluation

17   of the witness' testimony just like you have with all of

18   the other experts.  But you're allowed to view them

19   because it would be very hard to understand all of this

20   if someone just sat here and talked without any pictures.

21   That would be almost unworkable.

22          So, go ahead, counsel.

23          MR. ELACQUA:  Thank you, your Honor.

24   BY MR. ELACQUA:

25   Q.    Dr. Wicker, again, this is part of the structure.

2150

1  Explain for the jury, please, what we're talking about in

2  the DAD manual.

3  A.    Okay.  So, this is part of the structure that

4  calls for a general purpose computer with a sound card.

5  We talked about sound cards a little while back -- and a

6  digital-to-audio converter.

7          So, when I look at page 310, for example, of

8  the DAD manual, I see lots of evidence that tells me

9  that, first off, it's a general purpose computer.  Once

10 again, the writing is kind of small.  What this says here

11 is "80486DX, 50 megahertz."  That tells me we're dealing

12 with a basic desktop computer of about the 1994-'95 time

13 frame.

14         Now, the next thing I note is there's a lot of

15 analog and digital.  That's telling me we're working with

16 sound, perhaps music, as it turns out.  And specifically

17 there is a dynamic range of 92 DB.  What that tells me is

18 there is a D-to-A converter and that D-to-A converter has

19 roughly 16 bits of resolution.

20 Q.    Now, regarding a sound card, do you have an

21 opinion as to whether a sound card is present in the DAD

22 manual -- in the DAD system?

23 A.    Yes.  There's definitely a sound card present.  If

24 you go to the --

25 Q.    How do you know that?

2151

1  A.      Go to the next slide, please.

2          Now, this is a discussion of a particular

3  audio adapter.  It's a particular sound card.  There were

4  several versions.  I just picked this one to show you.

5  This is page 315 of Defendant's Exhibit 1, the DAD

6  manual.

7          First off, I want to note -- you remember when

8  I showed you that picture of the sound card earlier?  I

9  said there are lots of connectors.  Well, if you'll look

10 here, there's lots of connectors.  Here we have an analog

11 connector -- that's a 9-pin D connector.

12          A digital connector, an analog connector.

13 There are lots and lots of connectors.

14          But if we can actually go back to the other

15 again.

16          We also see that there are -- thank you -- a

17 number of processors.  And in particular I want to note

18 this line that's not highlighted (indicating).  It says

19 "Quantization:  16 bits."  That's what I got from the

20 previous slide.  It happens to be verified here.  This is

21 telling me it's a card with lots of connectors that does

22 digital-to-analog conversion.  It's a sound card.

23 Q.      Now, Dr. Wicker, regarding the rest of the

24 structure, in particular some of the structure relating

25 to the Selection_Records and scanning, were those present

2152

1  in the DAD manual, the DAD system?

2  A.     Yes, they were.

3          If we can go to the next slide, please.

4          What this shows is the Selection_Record as

5  found in the DAD manual.  This is page 330 of the DAD

6  manual; and it shows it's a data structure, like the

7  structure we had in the patent.  It said a

8  Selection_Record has to have two things.  Well, this

9  particular structure has lots of things; but it has the

10 two that are required by the court.  We have a ProgramID;

11 a "cut" identifier; and we have a type, a LocType, that

12 tells me what kind of Selection_Record this is within the

13 playlist.

14 Q.     Now, how about some of the other structures?

15 There was a structure, if I recall, called "CurrentPlay"?

16 A.     Yes.  That's right.

17         Again, if you'll go to the next slide, you'll

18 note that Mr. Novacek talked about this.  This

19 (indicating) is the position variable.  It's the number

20 that tells us what this particular next entry is, this

21 Selection_Record that's about to be played.  So, it's the

22 "playlist position number of the cut currently displayed

23 in the highlight bar."

24 Q.     Okay.  Now, in regards to that CurrentPlay

25 variable, does that stay the same or does that change as

1  you go through a DAD playlist?

2  A.    No.  It increments as you go through the list.

3  Q.    And where in the DAD manual here are you looking

4  for the record again, Defendant's Exhibit 1?

5  A.    Okay.  This is page 107.  It says, "Each cut will

6  play in succession, with no further input.  The machine

7  will play through the last cut, and then rotate to the

8  top of the playlist and begin again."

9  Q.    Okay.  Let's go back to the previous slide.  How

10 would that work with regard to the position number in the

11 CurrentPlay variable?

12 A.    Okay.  So, as we finish a particular entry, this

13 number here (indicating) will increment.

14         Let's see.  Is that a 2?  It will go from 2 to

15 3 to 4 as it moves through this playlist (indicating).

16 Q.    Now, with regard to the scanning in these

17 limitations, is that present in the DAD manual, DAD

18 system?

19 A.    Yes, it is.

20 Q.    Let's sort of move on to the second half of the

21 '178 patent claim 1, if we can.  What are we looking at

22 here, Dr. Wicker?

23 A.    Okay.  This is the claim language associated with

24 "a processor for discontinuing the reproduction of the

25 currently playing audio program file."  So, we're getting

2154

1  into the part where you skip ahead or you skip back,

2  depending on which controls you actuate.

3  Q.    Okay.  Now, this is the "go" command that we've

4  been talking about throughout the last week or so?

5  A.    That's correct.

6  Q.    Okay.

7  A.    It's "next" in the DAD system.

8  Q.    And where in the DAD system are you looking for

9  this limitation?

10  A.    Okay.  This is the screen that we saw in

11  Mr. Novacek's system.  This is actually from -- this is a

12  screenshot that's in Defendant's Exhibit 1.  This

13  selection of text is from page 108.

14        It says, "Note that you can load any cut in

15  the playlist by placing it in the black highlight bar and

16  then touching the 'next' button."

17        Okay.  That's the "next" button (indicating).

18  That's an "N."  And, so, by moving through and selecting

19  a particular entry and hitting "N," you'll jump right to

20  it.  So, that's a way of navigating through and quickly

21  jumping, whether forward or backward, to whatever song

22  you want to listen to.

23  Q.    Now, when you select a song, does it actually go

24  and play it or does it do something else?

25  A.    When you select the song, you then have to hit the

1  "N" and it will play it.

2  Q.    Okay.  I think this might conclude the '178 patent

3  claim 1, Dr. Wicker.

4         What is your opinion with respect to the

5  '178 patent claim 1 in regards to the DAD manual?

6  A.    Okay.  Well, I was able to find each and every

7  limitation of claim 1 in the DAD manual as well as the

8  DAD system.  So, that told me that since the DAD system

9  and manual were older than the application date for

10 claim 1, that they anticipated claim 1.

11 Q.    Okay.  And, again, anticipated -- just to remind

12 the jury, what does that mean?

13 A.    It means each and every element of the asserted

14 claim has been found in a single document or a single

15 device.

16 Q.    Okay.  Let's move to the next asserted claim.

17 What's the next asserted claim, Dr. Wicker?

18 A.    That would be claim 6 --

19 Q.    Okay.

20 A.    -- of the '178 patent.

21 Q.    And this is a dependent claim?

22 A.    That's right.

23 Q.    Okay.  So, in order to find claim 6, would you

24 have to go through all of the other claims?

25 A.    Yes, you would.

2156

1  Q.    Okay.  Let's look at claim 2, if we can, first.

2  What are we looking at here, Dr. Wicker?

3  A.    Okay.  Claim 2 calls for "a display screen for

4  displaying a scrollable listing."  And, of course, that's

5  exactly what we see right here (indicating).  There is a

6  display screen with a scrollable listing.  I'm pointing

7  to Defendant's Exhibit 1, page 16.

8  Q.    And on the left-hand side there, is that the DAD

9  system?

10 A.    Yes, it is.  That's what we saw in court.  I think

11 the black box was actually underneath, but that was the

12 system.

13 Q.    Now, what about the next part of claim 2?  This is

14 2B.

15 A.    Okay.  Claim 2 -- the second element of claim 2

16 calls for "said listener-selected audio program file is

17 chosen by said listener by employing one or more of said

18 manual controls."

19        Well, we certainly saw that happening.  We saw

20 him -- Mr. Novacek scrolling through using his keyboard

21 and then selecting something to be played.

22 Q.    Okay.

23 A.    Or his mouse, as the case may be.

24 Q.    Now, how about claim 3 of the '178 patent?

25 A.    Claim 3 calls for (reading) a display screen

2157

1  providing a visible indication of said currently playing

2  audio program file.

3          Well, that's what we see right here

4  (indicating).  That is the indication of what's being

5  played right now, right in that portion of that screen.

6  Q.    Now, in the DAD system we saw yesterday in the

7  demonstration, was that one of the -- was that the

8  playlist or was that some other screen?

9  A.    It showed the playlist, and what was being played

10 was above the playlist.

11 Q.    What's the next limitation that we have to talk

12 about, Dr. Wicker?

13 A.    Okay.  This is claim 3 -- I'm sorry.  This is

14 claim 4 which depends from 3.  The "processor responds to

15 a skip forward program selection command" and instead of

16 continuing" -- let me back up.

17         "Processor responds to a skip forward program

18 selection command accepted from said listener by

19 discontinuing the reproduction of said currently playing

20 audio program file" -- it stops what's playing now --

21 "and instead continuing the reproduction at the beginning

22 of that audio program file which follows" what's been

23 playing.

24         So, basically you stop what you're playing

25 now, go to the next song, and start there.

1  Q.    Now, this is one of the limitations that has one

2  of the algorithms; is that right?

3  A.    That's correct.

4  Q.    Okay.  And describe for the jury again some of the

5  elements of this claim construction.

6  A.    Okay.  So, we have a function that's been read

7  several times; and then there's an algorithm that has to

8  be performed.  And the algorithm requires "scanning

9  forward in the sequencing file to locate the next

10  Selection_Record of the appropriate LocType."

11  Q.    Now, I see there are some words highlighted up

12  there.  Have we talked about any of those words in the

13  DAD manual already?

14  A.    Yes, we have, some of them.

15  Q.    For example, the Selection_Record structure, we

16  discussed that?

17  A.    Yes.  The Selection_Record is the entry in the

18  playlist.

19  Q.    Now, how about the scanning forward for the

20  LocType?  Have we talked about that?

21  A.    A little bit, yes.

22  Q.    Okay.  If you could talk a little bit more about

23  how the DAD manual or DAD system describes that.

24  A.    Okay.  I think it's on the next slide.

25  Q.    I think the next is skip to the beginning.

2159

1  A.    Oh, skip to the beginning.  Okay.

2         So, what happens, the LocType -- the type is

3  within a file.  As I showed before, there's actually

4  several entries for a given song or a given playlist

5  entry.  But that included the ProgramID and the LocType.

6         So, what will happen is that as we scan

7  forward, if it's something playable, it will have a

8  particular LocType associated with it and it will play

9  that.  But if it's a comment, for example -- we saw an

10 example where it's telling the operator to read something

11 or we've got a timed entry.  These are different entries

12 into the playlist.  Those are different LocTypes and will

13 not be played as we're scanning forward.

14 Q.    Okay.  Now, how about the next limitation,

15 claim 5?  What is this limitation describing?

16 A.    Okay.  This is skipping backwards.  So, we've

17 talked about skipping forwards.  Here the processor

18 responds to a skip backward program selection and

19 basically stops what's playing now and goes back to that

20 file and plays it.

21 Q.    And this has an additional claim construction

22 we've talked about?

23 A.    Yes, it does.

24 Q.    Okay.  Now, there are some structures here.  Are

25 any of these structures different than the structures

2160

1  we've been talking about?

2  A.    No.

3  Q.    And how about claim 6 for the '178 patent?  I

4  think this is the actual asserted claim; is that right?

5  A.    That's right.  And again it depends on 5 which

6  depends on 4, and it just goes back and back to claim 1.

7        Claim 6 says "The audio program player as set

8  forth in claim 5 wherein said processor responds to a

9  skip backward program selection command accepted from

10 said listener."

11       And, so, it's going to stop what's playing now

12 "and instead continuing the reproduction at the beginning

13 of a program segment which precedes" -- skip backwards --

14 "the currently playing program segment."

15 Q.    Okay.  And this has an additional claim

16 construction that we've talked about; is that right?

17 A.    Yes, that's correct.

18 Q.    And what does that claim construction involve?

19 A.    It basically -- as we can see here, it's got the

20 function that we've read and then it's got a general

21 purpose computer running a specific algorithm, the

22 algorithm including "scanning backward in the sequencing

23 file to locate the previous Selection_Record of the

24 appropriate LocType."

25 Q.    Now, the '178 patent, claims 4, 5, and 6, where do

1  you find support in the DAD manual for these skipping

2  claims?

3  A.    Okay.  That would be the portion I think that's on

4  the next slide which talks about the structure of the

5  files.

6          So, once again, this is 108, Defendant's

7  Exhibit 1.  We have a cut identifier, and then down here

8  (indicating) we have the type which I have associated

9  with the LocType.

10         So, then when we read the text, it says, "Note

11  that you can load any cut in the playlist by placing it

12  in the back highlight bar and then touching the 'next'

13  button at the right-hand side of the playback slot.  If a

14  cut is currently playing, the machine will segue to the

15  highlighted cut."

16         So, if you want to skip backwards, you'll go

17  higher in the playlist by toggling here (indicating) and

18  then highlight it, hit "next."  You'll jump back.  If

19  it's the appropriate LocType, it will be played.

20         If you want to skip forward, you go forward in

21  the playlist, highlight it, hit "next."  If it's the

22  appropriate LocType, it will be played.

23  Q.    Now, was that sort of functionality demonstrated

24  yesterday?

25  A.    Yes, it was.

2162

1  Q.     Now, Dr. Wicker, what is your opinion with respect

2  to the asserted claim 6 of the '178 patent regarding the

3  DAD manual?

4  A.     All of the limitations of claim 6 can be found in

5  the manual as well as in the system itself.

6  Q.     Are there any other claims asserted in the

7  '178 patent that depend on claim 1, which we've already

8  talked about?

9  A.     Let's see.  I believe there were.  Here we have

10  claim 9.  Claim 9 of the '178 patent depends from

11  claim 1, "The audio program player as set forth in

12  claim 1."  It's got an additional limitation, "program

13  selections accepted from said listener."

14          Claim 13 depends from claim 9.  So, it goes

15  from 13 to 9 to 1.  13 requires everything in 9 as well

16  as "at least some of said separate digital compressed

17  audio program files downloaded from said server computer

18  are selected by said server computer based on data

19  describing the preferences of or past requests submitted

20  by said listener."

21          So, here (indicating) we have program

22  selections accepted from the listener, and here

23  (indicating) we have the use of preferences on the part

24  of the listener.

25  Q.     Do you find any support in the manual for these

2163

1  limitations?

2  A.    Yes, I do.

3  Q.    And where is that?

4  A.    If we go to the next slide, this is pages 111 and

5  93 of Defendant's Exhibit 1.

6           111 says, "The left area displays the contents

7  of the library or of a group within the library from

8  which cuts may be selected for inclusion in the

9  playlist."  So, this is where the user can go to the

10  library, look stuff up -- I think he was looking for love

11  songs yesterday.  You can look up a particular category

12  and add that music to the playlist.

13           The search -- this is page 93 -- "displays a

14  popup enabling the operator to search the library list

15  area for cuts that contain a particular character

16  string."  Such as the word "love."  So, that was how he

17  found a variety of -- I think it was three songs that

18  came up that had the word "love" in the title.

19  Q.    Dr. Wicker, do you have an opinion as to whether

20  the DAD manual meets the limitations of claims 9 and 13

21  of the '178 patent?

22  A.    It does.

23  Q.    And why is that?

24  A.    It allows you to include the user's choice, and it

25  works on the user's preference.

2164

1  Q.     How about the DAD system that we saw yesterday?

2  A.     The manual does describe the system, but we saw

3  the system demonstrated; so, we can answer that question,

4  either way, as yes.

5  Q.     Okay.  Now, the next claim that's asserted is the

6  '178 patent claim 14.  I see you have a graph up here.

7  First explain for the jury sort of how you're going to

8  talk about the '178 claim 14.

9  A.     Okay.  Claim 14 has a lot of the same ideas that

10 are in earlier claims.  So, rather than read it all to

11 you over again and show you the same proof over and over

12 again, what I did was I associated the various claim

13 elements with my earlier discussions.

14         So, for example, for the audio program player,

15 some 20, 30 minutes ago I discussed that very thing when

16 I talked about '178 patent claim 1.  So, I'll just point

17 to the earlier argument if that's okay.

18 Q.     Yes, it is.  Thank you.

19         And if you could walk the jury through this

20 claim 14 then.

21 A.     Okay.  So, the memory unit for storing a plurality

22 of audio program files, claims 1A and 1B.

23         We'll skip that B for a second here

24 (indicating).

25         For the separately stored playback session

2165

1  sequencing file and the communications port, we discussed

2  that under claim 1A of the '178.

3           For the selected by said listener from a

4  library of audio program files, we talked about that in

5  the context of claims 9 and 13 of the '178.

6           And then, finally, the one or more controls

7  for accepting input commands, that's actually not

8  contested; but I'll note that it is the mouse and the

9  keyboard.

10 Q.    And is there some additional sections of the

11 '178 patent?

12 A.    Yes.  This is the part that I said I did not cover

13 earlier.  It's the program description data including

14 displayable text.  So, this is the program description

15 data (indicating).  All kinds of information, according

16 to the field name regarding the cuts.

17 Q.    I think we should continue, Dr. Wicker, on the

18 '178 patent.  It's a long claim.  But if you can walk the

19 jury through the rest of the '178 patent, please.

20 A.    Okay.  Once again I'll point to the earlier

21 arguments rather than take up the court's time.

22           A display screen, we talked about that with

23 regard to claim 2 of the '178 patent.

24           Audio playback unit, continuously reproducing,

25 in the ordered sequence, I talked about that with regard

2166

 1  to claim 1E of the '178 patent.

 2         A processor for executing, 1E of the

 3  '178 patent.

 4         Selected audio program, discontinue the

 5  reproduction of the currently playing audio program,

 6  instead continuing at the beginning of said selected

 7  audio program, we just talked about that a few minutes

 8  ago, claims 1E and 2 of the '178 patent.

 9  Q.    Now, there are some remaining limitations of the

10  '178 patent?

11  A.    There are.  It's a long one.

12         So, this is the portion of claim 14 that deals

13  with discontinuing the reproduction of said currently

14  playing audio program file and instead continuing.  '178

15  claim 4 is where we talked about that.  That's skip

16  forward.

17         Here for element C, discontinuing the

18  reproduction and continuing at the beginning of the

19  currently playing audio program file, that's where we go

20  back to the beginning of what we're playing now.  That's

21  skip back to beginning of current, claim 5 of the '178.

22  Q.    And the last limitation of the '178 patent?

23  A.    The last one has to do with skip to previous.

24  Discontinuing the reproduction of the currently playing

25  program file and continuing at the beginning of that

1    audio program file which precedes, skip to previous.

2    That was claim 6 of the '178.

3    Q.    Now, have we missed any of the limitations in the

4    '178 patent?

5    A.    I don't think so.

6    Q.    Do you have an opinion, Dr. Wicker, on the

7    '178 patent and the asserted claims and particularly the

8    one we just went through, claim 14?

9    A.    Well, as I've just shown, every single element of

10   all of the asserted claims for the '178 patent can be

11   found in the DAD system or the DAD manual.

12   Q.    Now, I think that concludes the '178 patent.  If

13   it's okay, we can talk about the '076 patent now.

14   A.    That's fine.

15   Q.    Okay.  Now, I see something similar to what we

16   just talked about.  Explain for the jury, please, how

17   we're going to talk about the '076 patent.

18   A.    Well, I'm going to do it the same way as I dealt

19   with the last couple claims.  Rather than, you know,

20   dragging you through the same material over and over

21   again, I'm simply going to point to the earlier

22   discussion so you'll see that I covered it without us

23   having to actually do it again.

24   Q.    Let's start with the top of it, "A player for

25   reproducing selected audio program segments comprising,

2168

1  in combination" -- the means limitations.

2  A.    Okay.  So, a player, that's the first thing we

3  talked about, '178 claim 1.

4              Means for storing, 178 claim B.

5              Means for receiving and storing, '178 1A.

6              The means for accepting control commands

7  uncontested, it's the mouse or keyboard.

8              Means for continuously reproducing, '178 1E.

9              Means for detecting a first command indicative

10 of a request to skip forward, that's uncontested; but we

11 have talked about it.

12             And then, finally, continuing reproduction at

13 the beginning of a program segment which follows said

14 currently playing program.  That's skip to next, claim 4

15 of the '178.

16 Q.    Now, Dr. Wicker, there is an additional limitation

17 here I think we've talked about before, the means for

18 receiving.  Let's look at that construction if we can.

19 Remind the jury what the "means for receiving and

20 storing" construction relates to.

21 A.    Okay.  So, the "means for receiving and storing a

22 file of data establishing a sequence," this is a

23 means-plus-function element, claim element.  The function

24 is "receiving and storing a file of data establishing a

25 sequence."

2169

1          Now, this was the structure.  There were a

2    number of different options that can be followed,

3    everything from a conventional high-speed data modem,

4    modem dialup software, et cetera, all of the way down to

5    a replaceable media such as an optical disk cartridge.

6    Lots of options.

7    Q.    Okay.  Now, do you have any additional opinions

8    with respect to this limitation in the '076 patent?

9    A.    Yes.  I think we'll see that there is identical

10   function and identical structure.

11          With regard to the structure, DAD included a

12   means to receive and store sequencing files.  The floppy

13   diskette that we talked about, that is a means for

14   receiving and storing as structure was defined by the

15   court.

16          Here we have removable storage devices, such

17   as a magneto-optical or floppy disk.  That's explicitly

18   what was described in the last of the structure options

19   in the court's claim construction.

20   Q.    Okay.  Dr. Wicker, with regard to '076 patent

21   claim 1, do you have an opinion with respect to the DAD

22   manual?

23   A.    Yes.  Every element of claim 1 can be found in the

24   DAD manual as well as in the system.

25   Q.    Now, we've been talking a little bit, for the last

2170

1  little while, about the DAD manual and DAD system.

2  You're viewing those separately; is that right?

3  A.    That's right.

4  Q.    So, explain that to the jury, if you would,

5  because you said the "DAD manual" and the "DAD system."

6  A.    Okay.  I was told there are different kinds of

7  prior art.  You can have a book, a single reference; or

8  you can have an actual system.

9         Now, the DAD manual describes the DAD system;

10 but I treated them as two different things.  If I had to

11 find a particular limitation, I'd look for it in the

12 manual.  And if it was there, that job would be -- you

13 know, I'd have found it.  But I then had to go to the

14 system and find it again.  So, I had to find the claim

15 elements -- all of the claim elements in both

16 individually in order to say that they were

17 anticipated -- say that the claims were anticipated.

18 Q.    Thank you, Dr. Wicker.  Let's move on, if we can,

19 to a few additional claims in the '076 patent, if that's

20 okay.

21 A.    Sure.

22 Q.    And what's the next claim we're going to talk

23 about?

24 A.    Okay.  If we'll go to the next slide, please.

25 This is claims 2 and 3 of the '076.

2171

1        Now, once again, they depend on claim 1.

2   Claim 3 depends on claim 2.  So, we have to do them all.

3        Going back to the beginning, a player, well,

4   we already talked about that.  '076 claim 1E.  We talked

5   about claim 1, the entire thing.

6        "Means responsive to a single one of said

7   second commands," that's skip to beginning, claim 5 of

8   the '178.

9        Going to claim 3, now we're going to go to the

10  beginning of a program segment which precedes.  That's

11  skip to previous.  We talked about that with regard to

12  the '178 patent claim 6.

13  Q.    Okay.  Now, I notice there is some means for

14  detecting relating to the claim 6; is that right?

15  A.    That's correct.

16  Q.    Okay.  Now, there is a specific construction for

17  that?

18  A.    There is.  Once again, "means for detecting a

19  second command indicative of a request to skip backward."

20  The court defined the function, "detecting a second

21  command"; and then there were structures.  So, the

22  structure in this case is a general purpose computer

23  running an algorithm; and the algorithm performs these

24  two steps (indicating).

25  Q.    And how in DAD does DAD detect whether something

1  is a command or not?

2  A.    Basically it's a software routine running on the

3  computer that detects inputs from the keyboard.

4         And, so, here we have a discussion of that

5  exact process.  "Primary control of a DAD workstation is

6  accomplished via the graphic user interface and an

7  associated touchscreen, mouse or other pointing device."

8  In addition, we've got the keyboard.

9         So, when we look to the structures that have

10 been defined, the keyboard is right there as well as the

11 other elements that we've talked about.

12 Q.    Now, Dr. Wicker, let's move on, if we can --

13 actually, before that, I think that concludes claims 2

14 and 3 of the '076 patent; is that right?

15 A.    That's correct.

16 Q.    And do you have an opinion, Dr. Wicker, as to

17 whether those limitations are present in the DAD manual?

18 A.    They are present in the DAD manual.  All of them

19 are present in both the manual and in the system.

20 Q.    And, Dr. Wicker, again, just for clarification, is

21 it the same -- are you combining those together, or are

22 they separate?

23 A.    They're separate.  Once again, when I'm talking

24 about these two things, I found everything, all of the

25 claim limitations, in the system and then I found all of

2173

1  the limitations in the manual.  I did not combine those

2  references.

3  Q.    Okay.  Thank you, Dr. Wicker.

4         Now let's talk about some additional claims of

5  the '076 patent if we can.  What's the next claim we're

6  going to talk about?

7  A.    If we can bring up the next slide, please.

8         This is claim 14.  Claim 14 is independent.

9  "A programmed digital computer for reproducing audio

10  programs."  Well, we've talked about that a lot.  I've

11  showed the proof for this first piece of claim 14 of the

12  '076 when I talked about claim 1E of the '178.

13         The mass storage device, claim 1A of the '076.

14         These next three are uncontested.  We've got

15  the input means for accepting control commands -- we

16  talked about those structures just a moment ago -- the

17  output means for producing audible sounds, and then

18  finally the processing means for translating.

19  Q.    Okay.  What about some remaining limitations in

20  the '076 claim 14?

21  A.    Okay.  If you'd go to the next slide.

22         We have "processing means responsive to a

23  first one of said control commands" and, let's see,

24  instead of continuing the translation at the beginning --

25  oh, excuse me -- "and instead continuing the translation

2174

1   at the beginning of the next program segment."  So,

2   that's skip forward, claim 4 of the '178.

3           This is skip to the beginning of the current,

4   go back to the beginning of said currently playing

5   program, '178 patent, claim 5.

6   Q.    Okay.  Dr. Wicker, regarding the DAD manual, do

7   you have an opinion with respect to the DAD manual and

8   claim 14 and 15 of the '076 patent?

9   A.    Yes.  Pointing to all of those previous arguments,

10  all of those limitations are present in the DAD manual.

11  Q.    And regarding the DAD system -- do you have a

12  separate opinion with respect to the DAD system?

13  A.    Yes.  I was also able to find all of those

14  limitations in the DAD system.

15  Q.    Okay.  Thank you, Dr. Wicker.

16          Now, in conclusion with DAD, again, what is

17  your opinion with respect to the DAD manual and all of

18  the asserted claims of the '076 and '178 patents?

19  A.    Okay.  So, we just went through every single

20  limitation of all of the asserted claims; and I showed

21  that all of those limitations could be found in the DAD

22  manual.

23  Q.    And how about the DAD system?

24  A.    I had the same conclusion.  I was able to find

25  every single limitation of all of those asserted claims

1   in the DAD system.

2   Q.    And, Dr. Wicker, if all of the claims are present,

3   what does that mean as far as some of the terms in patent

4   law that we've talked about earlier?

5   A.    Okay.  So, anticipation is basically finding every

6   single element of a claim within a single reference or

7   system.

8          In this case I showed you that every single

9   element of the asserted claims were found in the DAD

10  manual.  So, the DAD manual anticipates all of the

11  asserted claims of the '076 and '178 patents.

12  Q.    Now, Dr. Wicker, what's this next section we're

13  going to get into?  I think you've previewed this before,

14  Sound Blaster.  What is Sound Blaster?  And explain for

15  the jury how we're going to talk about Sound Blaster.

16  A.    Okay.  Sound Blaster is a little different.  I

17  wasn't able to find every single limitation in Sound

18  Blaster.  There were some limitations that weren't there.

19  So, I had to ask myself would a person of skill know how

20  to do that, would it have been obvious for them to add

21  that to Sound Blaster.

22          I also had to ask another question, was there

23  another reference that a user might have combined with

24  Sound Blaster in order to get all of the limitations.

25  So, it's not anticipation.  I did not find anticipation

2176

1  for this.  What I did find was something called

2  "obviousness."  I think a person of skill would have

3  taken Sound Blaster and known how to add whatever was

4  missing or to get something that was missing from another

5  reference.

6  Q.    Okay.  Now, just to clarify, Dr. Wicker, you said

7  a couple times "a person of skill."  Is that sort of any

8  person, or is that some particular person for this case?

9  A.    No.  It's -- well, it's a particular group of

10 people who have a certain amount of education and a

11 certain amount of technical experience.  It's basically

12 the audience for the patent.  It's the people who would

13 have read the patent and understood it given their

14 education and their background.

15 Q.    Okay.  Now, do you qualify under the court's

16 definition as "a person of ordinary skill"?

17 A.    Yes.

18 Q.    Okay.  Let's start with Sound Blaster.

19        MR. ELACQUA:  Just real quick, if I could have

20 Defendant's Exhibit 9, please -- I'm sorry.  It's not

21 Exhibit 9.  It's Defendant's Exhibit 3, Mr. Barnes.

22 Thank you.

23 BY MR. ELACQUA:

24 Q.    What are we looking at here?

25 A.    This is the user guide for Sound Blaster.  Sound

 1  Blaster is both software and a sound card.  It's actually

 2  a sound card of the kind we've talked about, and this is

 3  a piece of prior art.  This existed before -- well before

 4  the patents in this case were applied for.

 5  Q.    What's that up on the top?

 6         MR. ELACQUA:  Mr. Barnes, if you could

 7  highlight the top section, "user's guide."

 8  BY MR. ELACQUA:

 9  Q.    What is that describing the user's guide for?

10  A.    Okay.  That tells us that this user's guide is

11  intended for the use of Sound Blaster with a PC that's

12  running *Windows 95*.  And as you might imagine, this is

13  the 1995 time period.  It is an older version of *Windows*.

14         MR. ELACQUA:  Mr. Barnes, could you please go

15  to page 3, if you could?

16  BY MR. ELACQUA:

17  Q.    And on the bottom left-hand side there where it

18  says the "copyright," what does that tell you,

19  Dr. Wicker?

20  A.    Okay.  Right here this tells me that this was a

21  document that was copyrighted in 1995.  So, it's a

22  document that was produced in the 1995 time period.

23  Q.    And how about just below that?

24         MR. ELACQUA:  Scroll down, Mr. Barnes, please.

25                          *

2178

1  BY MR. ELACQUA:

2  Q.    In the version here -- what version of this manual

3  are we looking at?

4  A.    It's the first full version, 1.0; and it was

5  published in September, 1995.

6  Q.    Okay.  Thank you, Dr. Wicker.

7           MR. ELACQUA:  Mr. Barnes, could we go back to

8  the slides, please?

9  BY MR. ELACQUA:

10  Q.    And was Sound Blaster, Dr. Wicker, considered by

11  the Patent Office in regards to the two patents we've

12  been talking about, the '076 and the '178 patent?

13  A.    No, it was not.

14  Q.    Okay.  And, so, I think we just looked at some of

15  the dates; but was Sound Blaster -- was the manual before

16  or after the filing date of the patents-in-suit?

17  A.    It was before.

18  Q.    Okay.  Now, I think we're going to do something

19  similar to what we did before -- is that right -- with

20  regard to the claims and the claim limitations?

21  A.    That's right.  Although, the next thing I have in

22  my slides was just a demonstration that September, '95,

23  for Sound Blaster is more than a year before October,

24  '96, when the '076 was applied for.

25  Q.    Okay.  And what are we going to do next in regards

1  to the limitations we've been talking about with DAD?

2  Are we going to do something similar with Sound Blaster?

3  A.    Yes.  So, what I'll do is I'll go through all

4  those limitations again and I'll show you which ones are

5  in Sound Blaster and I'll tell you which ones aren't.

6  Q.    Okay.  Now, in applying your opinions to Sound

7  Blaster, are you using the same constructions we talked

8  about with DAD and we've been hearing throughout the

9  case, the ones in the juror notebooks?

10  A.    Yes.  Whether you're doing infringement or

11  invalidity, you've got to treat the claims the same way.

12  So, you use the court's claim construction exactly the

13  same way whether you're applying it to these devices or

14  to DAD or to Sound Blaster.

15  Q.    Okay.  Now let's talk about the first limitation

16  of claim 1 of the '178 patent again.  Remind the jury

17  what we're talking about here and how we're going to walk

18  through Sound Blaster.

19  A.    Okay.  So, we've got to go through each and every

20  claim, each and every element; and I'll show you what

21  I've found in Sound Blaster.

22          THE COURT:  Okay.  Counsel, we're going to

23  take a break.

24          Ladies and gentlemen, I'll ask you to be back

25  at 11:00.

1          (The jury exits the courtroom, 10:46 a.m.)

2          THE COURT:  What are the -- you've probably

3  provided this list before, but what are the references

4  that you're intending to bring along with Sound Blaster

5  to make it obvious?

6          MR. ELACQUA:  The primary reference, your

7  Honor, is a *Windows 95* resource kit.  That was the

8  exhibit, I believe, that --

9          THE COURT:  Okay.  All right.  Very good.

10  We'll be in recess until 11:00.

11          (Recess, 10:47 a.m. to 11:00 a.m.)

12          (Open court, all parties present, jury

13  present.)

14          THE COURT:  Please continue, Mr. Elacqua.

15          MR. ELACQUA:  Thank you, your Honor.

16          Welcome back.

17  BY MR. ELACQUA:

18  Q.    Dr. Wicker, when we left off, we were talking

19  about Sound Blaster; is that right?

20  A.    That's correct.

21  Q.    Okay.  If you could, explain to the jury what

22  we're going to talk about next with reference to the

23  '178 patent.

24  A.    Okay.  Once again we're going to go through the

25  claims one limitation at a time, and I'll tell you what I

2181

1  was able to find in Sound Blaster and what I wasn't able

2  to find.

3  Q.    Okay.  And how about claim 1 in the first

4  limitation of the Sound Blaster?

5  A.    Okay.  Claim 1 starts with "an audio program

6  player comprising."

7             If we could go to the next slide, please.

8             What we see here is that Sound Blaster is

9  clearly a device that reproduces sound.  Here we have a

10  description.  This is Defendant's Exhibit 3 through 9 and

11  looking at -- this is Figure 1.5 -- 1-5.  And then I've

12  got segments from 25 and page 5.

13             So, here we have the statement, "Your Sound

14  Blaster 16 audio card" -- so, that tells us right there

15  that Sound Blaster is a sound card.  What it does is it

16  "delivers the next wave of sound to your PC...including

17  the highest CD-quality digital audio."

18             So, Sound Blaster is a system -- a device that

19  reproduces sound from digital audio.

20  Q.    And how about claim 1A of the '178 patent?

21  A.    This is claim 1A.  It calls for the communications

22  port that we've talked about many times.

23  Q.    And do you find any support in Sound Blaster for

24  this limitation?

25  A.    Yes.

1  Q.     And where do you find that, Dr. Wicker?

2  A.     If you could go to the next slide.

3         What we see here -- actually this is digital

4  compressed audio; so, I'll just go ahead and explain it.

5         The computers on which Sound Blaster runs are

6  standard PCs running *Windows 95*.  These PCs have ports.

7  They have communication ports that are built in, RS-232

8  ports, specifically.

9  Q.     And how about the sequencing file limitation,

10 Dr. Wicker?

11 A.     Okay.  The sequencing file takes the form, as you

12 see here, of a playlist.  So, here we have a playlist

13 that's been formed with Sound Blaster.  This is

14 Figure 1-14 of Exhibit 3.

15 Q.     Now, you said -- are there playlists within Sound

16 Blaster, the Sound Blaster program?

17 A.     Yes, there are.

18 Q.     Now, the Sound Blaster, you said, is running on a

19 computer, the Sound Blaster manual here.  Some of these

20 limitations require some downloading and things like

21 that; is that right?

22 A.     That's correct.

23 Q.     Now, does Sound Blaster -- the Sound Blaster

24 manual we're talking about, Defendant's Exhibit 3 --

25 disclose those things or not?

A.      The Sound Blaster manual itself does not talk
about downloading.

Q.      Okay.  So, because the Sound Blaster manual
doesn't talk about downloading, what does that mean to
you?

A.      Okay.  What that means is Sound Blaster by itself
does not meet those limitations that call for
downloading.  It's not there.

Q.      So, in response to that, are you looking somewhere
else for those limitations?

A.      Yes.  The first thing that I asked myself was
given that it's not there, would a person of skill have
looked somewhere else in the normal scope of his or her
work to find -- to add downloading to Sound Blaster.  And
the answer to that was yes, and I believe it's on the
next slide.

        Here what we're talking about is an additional
reference.  Now, Sound Blaster runs on a *Windows 95*
machine.  We highlighted that part earlier.  If you want
to know about *Windows 95*, you can go to a nice large book
called the "Windows Resource Kit."  It's a very large
book, and it tells you about all the stuff that's
available in *Windows*.

        So, if we look in this resource kit, we find
that there are means for downloading files.  In fact,

 1 it's the exact same way files are downloaded in the

 2 patents-in-suit, FTP, the file transfer protocol.

 3           So, here it says (reading) using FTP to browse

 4 and download files.  It talks about downloading from an

 5 FTP site.

 6 Q.    Now, Dr. Wicker, just describe for the jury

 7 exactly how you would use FTP.

 8 A.    Okay.  FTP is an old protocol that was developed

 9 for the Internet.  It's called the "file transfer

10 protocol" because that's literally what it does.  You

11 would get on a terminal or a computer, and you would go

12 through the Internet to access a server.  File transfer

13 protocol would be the way you would grab a file off that

14 server and pull it back to you on your own machine.  It's

15 a way of downloading.  You make a request to the server

16 and then pull a file off that server.  And the file could

17 be music.  It could be an image.  It could be all kinds

18 of things.

19 Q.    Now, I notice you put these two references

20 together.  Why would you put these two references

21 together?

22 A.    Well, this is something that a person of skill

23 would have known to do.  They would have been motivated

24 to do this.  Once again, I'll point out that Sound

25 Blaster ran on *Windows 95*.  So, if a person of skill was

1  looking to add to Sound Blaster, he or she would have

2  automatically looked to the Windows Resource Kit to see

3  what *Windows 95* could do.

4  Q.    Now, using FTP for the downloading, is that via a

5  request?

6  A.    Yes.  The file transfer protocol starts at the

7  terminal, or the player, and reaches out and makes a

8  request of a server.  You literally type in "FTP" and a

9  file name.  I want this file, and the server gets it to

10 you.

11 Q.    So, with regard to this limitation of the

12 '178 patent, Dr. Wicker, do you have an opinion as to

13 whether 1A is disclosed by Sound Blaster combined with

14 the Windows Resource Kit?

15 A.    Yes.  When you combine the two, then the

16 limitation is there.  Okay?  That's how it comes in

17 through obviousness as opposed to anticipation.

18 Q.    Okay.  And, again, just explain for the jury what

19 we're talking about when you say "obviousness as opposed

20 to anticipation."

21 A.    Okay.  There are two different kinds of

22 invalidity.  If we found everything in the asserted

23 claims -- or in one of the asserted claims in Sound

24 Blaster alone, then that would be anticipation.  But as I

25 told you, it's not all there.  I did not find it all.

1        Obviousness is, okay, if there is something

2  missing, would a person of skill know how to do that,

3  would they be motivated to do that; or is there a

4  reference that an -- an additional reference that

5  provides it, can I combine two references that will give

6  me that missing element.

7  Q.    And is it your opinion that you can combine these

8  two references, Sound Blaster and Windows Resource Kit?

9  A.    Yes.  I think a person of skill would have been

10  motivated to go to the Windows Resource Kit because that

11  tells them how *Windows* works, and that's -- Sound Blaster

12  was written for *Windows*.

13  Q.    Okay.  Now, what's the next limitation of the

14  '178 patent we're going to discuss?

15  A.    Okay.  If we can go to the next slide, please.

16  This is the second limitation, "a digital memory unit

17  coupled to said communications port for persistently

18  storing."  So, this is the persistent storage limitation.

19  Q.    And is this limitation found in Sound Blaster?

20  A.    Yes, it is.  Sound Blaster is using the hard drive

21  of the computer to store music and to store playlists.

22        Here we have a playlist that's shown, and the

23  individual files are also stored persistently on the hard

24  disk of the computer on which Sound Blaster is running.

25  Q.    And what's the citation in the Sound Blaster

1  manual, for the record?

2  A.     Okay.  That figure is Figure 1-14 of Exhibit 3.

3  Q.     Okay.  And I believe that's at page 15, for the

4  record.

5  A.     Page 15, yes.

6  Q.     And what's the next limitation of Sound Blaster

7  here?

8  A.     Okay.  If we could go to the next slide, it's the

9  third element of claim 1, "an audio output unit including

10  at least one speaker or headset for reproducing said

11  audio program files."  It's the speaker or headset

12  limitation.  It's how you can actually hear the music

13  that's being reproduced.

14  Q.     Okay.  Did you find this limitation in Sound

15  Blaster?

16  A.     Yes.  If you'll go to the next slide.

17          There's discussion of delivering the next wave

18  of sound to your PC, adjusting the volume.  Clearly the

19  music is being reproduced through headphones or

20  earphones.  This is page 5 and 16 of Defendant's

21  Exhibit 3.

22  Q.     And what's the next limitation we're going to talk

23  about?

24  A.     Okay.  Next slide, please.

25          This is the fourth limitation, "one or more

1  manual controls for accepting commands."  Okay.  The

2  manual controls would be the mouse that's controlling the

3  pointing and/or the keyboard with the computer running

4  Sound Blaster.

5  Q.    Okay.  How about the next limitation?  I believe

6  this limitation is one that there is no dispute about; is

7  that right?

8  A.    That's right.  Personal Audio said that the Sound

9  Blaster includes manual controls.

10  Q.    And this is the algorithm we've talked about?

11  A.    Yes.

12  Q.    And what's the first part of the algorithm, the

13  continuously delivering?

14  A.    Okay.  "A processor for continuously delivering a

15  succession of said audio program files."

16         It's basically playing files in succession

17  from a playlist.

18  Q.    Now --

19  A.    I should say --

20  Q.    -- did you find support in Sound Blaster for this?

21  A.    Yes, I did.

22  Q.    And where is that?

23  A.    If we could go to the next slide, please.  This is

24  from page 10.  It's a remote mode selector.  It repeats

25  the current playing track or the whole playlist.  So, we

1  get continuous play by repeating the entire playlist over

2  and over again through this repeat mode selector.

3  Q.     Now, what about the general purpose computer sound

4  card -- I believe Sound Blaster has a sound card; is that

5  right?

6  A.     Yes, that's correct.

7  Q.     Explain for the jury, please, where you find

8  support for these limitations.

9  A.     Okay.  So, the general purpose computer lies in

10  the fact that the Sound Blaster card is literally put

11  into a PC that's running *Windows 95*.  So, the general

12  purpose computer is the PC, or at least the -- well, it

13  is the PC.

14  Q.     Now, this limitation requires some algorithm

15  structures; is that right?

16  A.     That's correct.

17  Q.     And does Sound Blaster have all of those

18  structures or not?

19  A.     It has most of them.  We do have a ProgramID, for

20  example.

21  Q.     Now, I noticed -- let me stop you for a second,

22  doctor.  I noticed you don't have anything up here about

23  a LocType.

24  A.     That's correct.

25  Q.     Dr. Wicker, is it your opinion that Sound Blaster

1   has or does not have this LocType?

2   A.     It does not have a LocType.  It's not there.

3   Q.     And because it's not there, how does that affect

4   your opinion with regard to Sound Blaster?

5   A.     Well, as with the accused products, if there is no

6   LocType, there are a number of claims -- well, all of the

7   asserted claims cannot be infringed or anticipated in

8   this case.  So, there are a number of claim elements that

9   simply can't be met without that LocType.

10  Q.     But in regard to Sound Blaster, do you have an

11  opinion as to whether Sound Blaster through some other

12  means would disclose this limitation?

13  A.     Well, we've heard testimony in this case that the

14  accused products somehow meet those limitations that call

15  for the LocType even though it's not there.  Basically by

16  playing one thing after another, it's been said that, you

17  know, there is a -- they're all the same LocType.

18  There's no need for the LocType.

19  Q.     Let me stop you for a second.  Is that the

20  algorithm relating to the software method of scanning

21  through the Selection_Records and incrementing the

22  CurrentPlay variable and things like that?

23  A.     Exactly.

24  Q.     So, with regard to Sound Blaster, Dr. Wicker,

25  what's your opinion with respect to those parts of the

1  software method and whether Sound Blaster through some

2  other means discloses those?

3  A.    Okay.  So, if one follows the argument that the

4  accused devices do this, then Sound Blaster does that

5  because Sound Blaster plays its playlist exactly like the

6  accused products do.

7  Q.    And what about the CurrentPlay which we just

8  talked about, whether the CurrentPlay was in Sound

9  Blaster or not?

10  A.    Okay.  So, the CurrentPlay is not there.  There is

11  a position indication, but I wasn't able to connect that

12  to the requirements of the claim limitations.  But I

13  would note that we do "save settings on exit."  There

14  were preferences including "play on start" or stop

15  playing on exit -- "stop playback on exit," which lets a

16  user continue to play the last file in the playlist when

17  returning to Sound Blaster.  So, it's clear that Sound

18  Blaster does retain an idea of where we are in the

19  playlist.  So, there is an indication of a CurrentPlay

20  variable of some kind.

21  Q.    Now, I noticed you have here -- it says

22  "CurrentPlay variable was Obvious."  What does that mean?

23  There's not another reference we're talking about here

24  like the Windows Resource Kit?

25  A.    That's right.  One way that one can find something

1  obvious is to use what a person of skill in the art would

2  have known.  This is a person who's got a certain amount

3  of education and a certain amount of experience in

4  industry.  That person would have known just from their

5  tool kit, just from what they know in their head from

6  their experience, that given what we see here, the

7  incorporation of a CurrentPlay variable would be an

8  obvious thing to do.

9  Q.    Okay.  Now, is that with regard to the whole

10 overall software method we've been talking about with

11 respect to the skipping claims that skip to a selected

12 song or previous or back or forward?

13 A.    Yes.  Exactly.

14 Q.    Now, within Sound Blaster does Sound Blaster

15 actually -- would Sound Blaster play the audio?

16 A.    Yes.  Sound Blaster does play the audio.

17 Q.    Okay.  I think we might have already -- you might

18 have already touched on this slide, but again just remind

19 the jury of what we're talking about here.

20 A.    Okay.  So, what we see here is the playlist screen

21 that Sound Blaster provides.  We have a playlist.  It's

22 got three songs here (indicating), and it's going to play

23 them one after another.

24         Now, if we want to, we can move to different

25 songs and start them accordingly.  We can move forward or

1   move backwards.

2   Q.    Okay.  Now, with respect to the last part of the

3   limitation of Sound Blaster, what's the last part of the

4   limitation?

5   A.    Okay.  The last part is the "skip to selected"

6   part.  Actually I just mentioned that.  "Discontinuing

7   the reproduction of the currently playing audio program

8   file and instead continuing the reproduction at the

9   beginning of a listener-selected one."  So, it's

10  basically "skip to selected."  You pick one, and you

11  start the play there.

12  Q.    So, this also includes that algorithm method we've

13  been talking about; is that right?

14  A.    That's exactly right.

15  Q.    And does your opinion differ in any way with

16  respect to that method and obviousness?

17  A.    No, it does not.

18  Q.    Okay.  Now, I think that concludes '178 claim 1.

19  What was your opinion, Dr. Wicker, in regards to Sound

20  Blaster and the Windows Resource Kit and the knowledge of

21  one of ordinary skill in the art?

22  A.    Okay.  Again, Sound Blaster by itself didn't

23  disclose all of the elements of claim 1; but when I took

24  into account what a person of skill would know and in

25  particular that a person of skill would have gone to the

2194

*Windows* resource guide, that told me that with that

combination, claim 1 was obvious.

Q.    Now let's move on to the next claim that's

asserted.  Is that claim 6?

A.    Yes, it is.

Q.    Okay.  And again this depends on a bunch of

claims; is that right?

A.    Yeah.  6 is the one that depends on 5 which

depends on 4, all the way back to 1.

Q.    Okay.  So, where are we going to start?  After

claim 1, we're going to go to claim 2?

A.    That's right.  That's the natural way to do it.

Q.    And please describe for the jury where in Sound

Blaster you find support for this limitation.

A.    Okay.  This is the Sound Blaster manual,

Defendant's Exhibit 3, at page 15.

        Over here (indicating) -- and the reason I'm

pointing to this is that claim 2 calls for everything in

claim 1 -- we've talked about that -- and "a display

screen for displaying a scrollable listing."

        Well, that's what we're seeing right there

(indicating).  It's a little small, but that's our

scrollable listing of a short playlist.

Q.    Now, display screens and scrollable listings, is

that something that was known around the time of the

1 filing of the patents-in-suit?

2 A.    Yes, definitely.

3 Q.    How about claim 3?

4 A.    Okay.  Claim 3, which again depends from claim 2,

5 has a display screen that provides a visible indication

6 of what's currently playing.

7           All right.  So, now once again I have

8 Figure 1-14 on page 15 of Defendant's Exhibit 3; and it

9 shows you -- it's highlighted -- what's currently

10 playing.

11 Q.    And the next claim limitation we're going to talk

12 about, Dr. Wicker?

13 A.    The next claim limitation -- let's go to the next

14 slide, please -- is claim 4 which depends on 3.  This is

15 the skip forward limitation.  So, the processor responds

16 to a skip forward program selection command by stopping

17 what's playing now and moving ahead to what's been

18 chosen.

19 Q.    Okay.  And claim 5, that's a similar skip demand?

20 A.    This is skip backwards.  Again, claim 5 depends on

21 claim 4.  Basically what you do is you stop what you're

22 playing now and go back and play something that's

23 previously on the playlist.

24 Q.    Okay.  And how about the asserted claim, claim 6?

25 A.    Claim 6 is on the next slide, and this is "skip to

1  previous."  The processor responds to a skip backward

2  command, and it involves "has not yet played for said

3  predetermined amount of time for discontinuing the

4  reproduction of the currently playing program and instead

5  continuing the reproduction at the beginning of a program

6  segment which precedes the currently playing program

7  segment."

8  Q.     Now, with these claims 4, 5, and 6, these are all

9  either skipping forward or skipping backward; is that

10 right?

11 A.     That's correct.

12 Q.     And do you find any support in Sound Blaster for

13 the skipping limitations?

14 A.     Yes, I do.

15 Q.     And where is that, Dr. Wicker?

16 A.     If we'll go to the next slide, please.

17         Sound Blaster has a number of controls.  Now,

18 this is actually on the screen.  Okay?  It's not like a

19 stereo sitting in a cabinet or something.  It's actually

20 on the screen.  But these buttons can be actuated using

21 the mouse.  Now, there are a couple buttons, including

22 one for a playlist that I'll point out in a bit.  But the

23 ones I want to focus on are these (indicating).

24         This button, it's a left-pointing triangle and

25 a bar -- it plays the previous wav file in the playlist.

1          By the way, wav is an audio format.  You'll

2   see that a lot.  It's simply saying it's a particular

3   kind of audio file that you can play.  In fact, they're

4   still around.  You can still see them.  Not as popular,

5   but they're around.

6          This one (indicating) plays the next track.

7   It's a triangle pointing to the right with a bar, and it

8   just plays the next track.

9          So, this (indicating) is what's doing the

10  skip -- this is the skip backwards, and that's the skip

11  forwards.

12  Q.    Now, those relate to the functions of skipping

13  forward or backward; is that right?

14  A.    That's correct.

15  Q.    How about the structures for those skip claims?

16  Do you find those in Sound Blaster?

17  A.    Okay.  I think the structures --

18          THE COURT:  Do you want to mention what slide

19  that was?

20          MR. ELACQUA:  This is DDX 694 -- let me --

21          THE COURT:  Well, in my book it's -- are you

22  sure?  Are there two sets with different numbers?

23          MR. ELACQUA:  Your Honor, what happened was

24  based upon the discussion this morning, we --

25          THE COURT:  Oh, changed some of the numbers.

1 All right.

2          MR. ELACQUA:  We didn't have time to print

3 them.

4          THE COURT:  Then it probably is even more

5 important to mention the numbers for the record.

6          MR. ELACQUA:  I will.  Thank you, your Honor.

7 BY MR. ELACQUA:

8 Q.    Dr. Wicker, with regard to the structures we

9 talked about before and whether some of the structures

10 were there or some were there based upon your knowledge

11 of being one of skill in the art, does that -- has your

12 opinion changed with respect to the skipping forward or

13 backward commands?

14 A.    No.  My opinion remains the same.  Some of the

15 structure is not there.  Particularly the appropriate

16 LocType element is not there.

17 Q.    And how about the CurrentPlay and the scanning

18 limitations, that overall software method?

19 A.    That overall method, again, is not there.  The

20 structures are not there.

21 Q.    And --

22 A.    Or at least they're not described in the manual.

23 Q.    Right.  They're not described, but is it still

24 your opinion that the Sound Blaster manual would be

25 obvious?

1  A.    Yes.  It would still have been obvious to a person

2  of skill to incorporate these things.

3  Q.    And I think this is the end of claim 6,

4  Dr. Wicker.  What is your opinion with respect to the

5  asserted claim 6 of the Sound Blaster manual?

6  A.    Again, everything is not there; but the things

7  that are missing would have been obvious to a person of

8  skill to include.  So, overall I found that the claim

9  would have been obvious to a person of skill in the art.

10 Q.    Let's move on to some additional claims in the

11 '178 patent, claims 9 and 13.  Is that okay?

12 A.    That's fine.

13 Q.    Okay.  Now, again, what types of claims are we

14 talking about here?  These are dependent upon what claim?

15 A.    Okay.  9 is dependent on claim 1, and 13 is

16 dependent on 9.  So, again we have that chain.  13

17 depends on 9 which depends on 1.

18 Q.    Okay.  Now, Dr. Wicker, do you have an opinion

19 with respect to these two limitations?

20 A.    Yes.  Audio program -- actually can we go back to

21 the previous slide, please?

22         So, what we have here is a requirement that

23 "collection specified by said sequencing file is selected

24 in accordance with program preference data or program

25 selections accepted from said listener"; and I'll show

2200

1  you where that is.

2         Down here for 13, we have "downloaded from

3  said server computer are selected by said server computer

4  based on data describing the preferences."

5         So, we're going to see 9 -- if we'll go to the

6  next slide.

7         Okay.  The Sound Blaster player does use

8  program reference data or program selections in the sense

9  that the user can add wav files to the playlist as he or

10 she wishes or add all of the wav files that have been

11 selected to the playlist.  The user is able, on Sound

12 Blaster, to add to the playlist based on whatever you'd

13 like to hear.

14 Q.    Now, I noticed in claims 9 and 13, they relate to

15 the downloading again.  Dr. Wicker, is it your opinion

16 that Sound Blaster discloses the downloading?

17 A.    No, it does not.  That goes back to my earlier

18 discussion where you won't find it in Sound Blaster by

19 itself, but Sound Blaster runs on *Windows 95*.  So, you go

20 to the *Windows 95* reference; and it tells you about,

21 among other things, FTP.

22 Q.    Okay.  And what is your opinion, Dr. Wicker,

23 relating to claims 9 and 13 of the '178 patent in regard

24 to Sound Blaster and the *Windows 95* Resource Kit?

25 A.    Well, when you combine Sound Blaster with the

1   *Windows 95*, then these claims are obvious.  They would

2   have been known -- understandable to a person of skill.

3   A person of skill would have known how to fill in

4   whatever was missing from Sound Blaster.

5   Q.     Now, does that conclude the '178 patent?

6   A.     Yes, it does.

7   Q.     Okay.  I apologize.  I think that concluded

8   claim 13 of the '178 patent.  Is there an additional

9   claim in the '178 patent?

10  A.     Yes, there is.  Thank you.

11  Q.     Okay.  And how do you describe that claim,

12  Dr. Wicker?

13  A.     Okay.  If we can go to the next slide, please.

14          I'm going to do the same thing that I did

15  before so I won't be saying the same things over and over

16  again even more so.

17          Claim 14 has a number of elements that we've

18  already discussed in the context of other claims.  So,

19  what I've done here is, for example, audio program

20  player, that's in the '178 patent claim 1.

21          If we look at these first three pieces of the

22  first main element, a memory unit, audio program files,

23  and displayable text, well, those are simply uncontested;

24  but we've talked about them already.

25          We'll have to say a little bit about

2202

1  separately stored playback in a moment.

2  Q.     And this is the remaining part of claim 14?

3  A.     Yes, it is.  We've got -- I didn't think I

4  finished the previous parts.

5  Q.     I'm sorry.

6  A.     No worries.

7          So, claim 1A deals with the separately

8  storing, the communications port.

9          Claims 9 and 13 of the '178 for the selected

10  by said listener.

11          And then it's uncontested that there's one or

12  more controls.

13          Okay.  Next slide, please.

14          Display screen and displayable text, claim 2

15  of the '178.

16          Audio playback, continuously reproducing,

17  claim 1E.

18          Processor for executing, claim 1E.

19          Selected audio program files, discontinue the

20  reproduction of the currently playing file, and instead

21  continue the beginning of said selected audio program

22  file, that's skip to selected, claims 1E and 2.

23  Q.     Okay.  There are some remaining limitations of the

24  '178 patent?

25  A.     There are.  Element B, discontinuing, et cetera,

1  the skip forward portion.  We talked about that in the

2  context of claim 4 of the '178.

3          Skip to beginning of current, claim 5 of the

4  '178.

5  Q.    Okay.  And I believe there's one remaining

6  limitation of the '178 patent; is that right?

7  A.    Yes, that's right.

8          This is the skip to previous portion, and we

9  discussed that in the context of claim 6 of the '178.

10 Q.    Okay.  Now, Dr. Wicker, with regard to claim 14 of

11 the '178 patent, what is your opinion relating to Sound

12 Blaster?

13 A.    In my opinion it would have been obvious to a

14 person of skill to combine Sound Blaster with *Windows*

15 reference.

16 Q.    Okay.  How about the '076?

17 A.    Okay.  So, we're going to do the same thing as we

18 did before.

19         If we could bring up the next slide, please.

20         All right.  So, walking through it quickly,

21 the player, '178 claim 1.  This is claim 1 of the '076.

22 The first element I talked about in the context of '178

23 claim 1.

24         The means for storing is uncontested.

25         Means for receiving, I talked about that in

2204

1  the context of 1A of the '178.

2          The means for accepting control commands is

3  uncontested.

4          Continuously reproducing, claim 1E of the

5  '178.

6          Means for detecting, uncontested.

7          And then the skip forward portion was

8  discussed in the context of claim 4 of the '178.

9  Q.     Now, relating to the downloading again, are all

10 of -- and the means for receiving, was that in the Sound

11 Blaster reference?

12 A.     The downloading, no, it was not.

13 Q.     Okay.  And where do you go to find that?

14 A.     The *Windows* reference, the big thick document that

15 tells you all about *Windows 95*.

16 Q.     Now, what additional claims in the '076 patent are

17 we going to talk about?

18 A.     Okay.  If we can go to the next slide, please.

19         Here we have 2 and 3, and we do have to go

20 through several.

21         2, the player, is uncontested.  It is a

22 player.

23         The skip to beginning of current, that was

24 talked about in the context of claim 5 of the '178.

25         Going to claim 3, the skip to previous, that

2205

1  was discussed in the context of '178 claim 6.

2  Q.    Okay.  Now how about claim 14 of the '076 patent?

3  A.    Okay.  The programmed digital computer, we talked

4  about that in some detail in the context of 1E of the

5  '178.

6           The mass storage device and then the receiving

7  and storing a file of data establishing a sequence, we

8  talked about that in the context of 1A of the '178.

9           And then the rest was uncontested:  the input

10 means, the output means, and the processing means.

11 Q.    And some remaining limitations in the '076 patent,

12 Dr. Wicker?

13 A.    Yes.

14 Q.    What are those?

15 A.    Next slide, please.

16           We have the skip forward, that was discussed

17 in the context of claim 4; and the skip to beginning of

18 current, that was discussed in the context of claim 5.

19 Q.    Okay.  And how about the last limitation, which is

20 the asserted claim 15?

21 A.    Okay.  If we can go to that, please.

22           This is the skip to previous; and, of course,

23 it depends on 14 which we just went through.  I discussed

24 the skip to previous in the context of '178 claim 6; and,

25 of course, we talked about '076 claim 14.

2206

1  Q.    Now, Dr. Wicker, regarding the Sound Blaster

2  manual, again, what is your opinion with respect to Sound

3  Blaster and the asserted claims of the '076 and

4  '178 patents?

5  A.    Okay.  Again, some of the elements were missing.

6  Since some of the elements are missing, I can't tell you

7  that Sound Blaster by itself anticipates the asserted

8  claims.  But as a person of skill, when you take Sound

9  Blaster and you look to the Windows Resource Kit, the

10  Windows Operating System that's running on your computer,

11  or was in 1995, then it's all there.  And this means that

12  to a person of skill, those asserted claims would have

13  been obvious in light of that combination.

14  Q.    Thank you, Dr. Wicker.

15        Before we move on, your Honor, I'd like to

16  move for admission as a Rule 1006 summary the slides that

17  relate to the claim limitation and the citations from the

18  references for the DAD manual and the Sound Blaster

19  system.

20        THE COURT:  Okay.  And, again, I think we

21  discussed this in connection with the other expert.  It's

22  one thing to allow them to go back and with proper

23  instructions that they're not evidence as a 1006 summary

24  might be.  That's what I thought we had done with the

25  slides on Dr. Almeroth, or his summary.

2207

1      MR. HOLDREITH:  Your Honor, the summary for

2  Dr. Almeroth that was admitted, I believe, is a summary

3  of source code where he summarized voluminous source

4  code.  There was, I believe --

5      THE COURT:  All right.  Well, let's take this

6  up after -- we can discuss the exact way it's going to

7  come in or not come in when the jury is gone.

8      MR. ELACQUA:  Okay.

9      THE COURT:  Let's go ahead and -- if you'll

10 remind me at the close, I'll deal with that.

11     MR. ELACQUA:  Thank you, your Honor.

12 BY MR. ELACQUA:

13 Q.   And the next section, Dr. Wicker, we're going to

14 talk about, what's the next sort of part of the

15 discussion that we're going to discuss with the jury?

16 A.   Okay.  So, now I think we're going to move on from

17 obviousness to talk about some other issues.

18      If we could go to the next slide, please.

19      We're going to talk about the general issue of

20 obviousness.  I talked a lot about what a person of skill

21 would have known at the time the patent was applied for.

22 And, so, what I'd like to do now is talk generally to

23 show you that some of these concepts were well-known to

24 all of us really back in the '95-'96 time frame.

25 Q.   I noticed, Dr. Wicker, this slide has some things

2208

1  that I would say probably predate the '95-'96 time frame;

2  is that right?

3  A.     Actually one of them by quite a lot.  These are

4  jukeboxes; and the point here is that, you know, we've

5  all known playlists for a long time.  The one on the

6  left, I think, is a CD jukebox.  You know, it says

7  "Compact Disc."  So, this is going back a little bit but

8  not as far as this one (indicating).  This one is

9  actually phonograph records.

10             And if you'll recall, when you used a jukebox

11  in the past, you'd go in and put in a nickel or quarter

12  or whatever the case may be and pick a song; and, of

13  course, you weren't the only one doing it.  Lots of

14  people were doing it.

15             And what the jukeboxes did and actually still

16  do would keep a queue.  In other words, there would be a

17  long playlist of everything everyone had entered and it

18  would slowly work its way through one song at a time and,

19  so, that concept of a playlist goes back -- I've actually

20  seen descriptions of jukeboxes from the 1920s.  In fact,

21  there were jukeboxes that played wax cylinders back

22  before there were phonograph records.

23             So, this idea of sequencing what you're going

24  to play is very old, close to 90 years old.

25  Q.     Now, how about downloading and storing playlists

1  on audio?

2  A.     Okay.  That was well-known, too.  Basically

3  downloading was part of the original Internet.  Long

4  before we were able to use it, long before it was

5  commercial, people were downloading files of various

6  kinds through the Internet.  So, it's an old concept.

7  Q.     Okay.  Now, how about commands like skip forward

8  and skip backward and skip to the previous song?  Were

9  those known at the time of the filing of these patents?

10  A.     Yes.  Well, this has been a basic idea for

11  handheld players for a long time.

12          If you could go to the next slide.

13          This is a note where it talks about skipping

14  forward and backward.  This is from a particular

15  reference, Defendant's Exhibit 33, page 18.  It's with

16  regard to this player right here (indicating).  I think

17  it's a Discman.  I can't see it all.

18          But basically if you press this (indicating)

19  button repeatedly, the player locates the previous

20  selections.  It skips back.

21          If you press this (indicating) button

22  repeatedly, the player locates the next selections.

23          This has been part of handheld devices,

24  compact disk players, Discmen and whatnot, for quite some

25  time, 20, 30 years.

Jury Trial, Volume 7

2210

1  Q.    Now, this is a -- you said "a Discman"; is that

2  right?

3  A.    Yes.

4  Q.    Okay.

5         MR. ELACQUA:  And, your Honor, can I approach

6  Dr. Wicker?

7         THE COURT:  You may.

8  BY MR. ELACQUA:

9  Q.    Dr. Wicker, I'm handing you what's marked as

10 Defendant's Exhibit 32.  Describe for the jury what that

11 is, please.

12 A.    Yes.  This is a nice old Discman.  It's a compact

13 disk player.  I'll see if I can open it without injuring

14 it.  (Demonstrating.)

15         It's got a disk in it.  And basically this was

16 one of the original means for playing back CDs using a

17 portable device.

18         Now, the reason we're looking at it is it does

19 have the "skip" buttons on it.  Basically you're able to

20 jump around.  There is a skip back.  It's hard to see,

21 but there is that -- that button right there

22 (indicating), the skip backwards, is right here

23 (indicating).  Okay.  Again I'm sorry it's so hard to

24 see.

25         That button right there (indicating) is this

1   one (indicating).  It's the skip forward.

2           And, so, if I've got a compact disk playing, I

3   can press this button (indicating) repeatedly and it will

4   skip back through the CD.  If I press this button

5   (indicating) repeatedly, it will skip forward through

6   the CD.

7   Q.    And when you're pressing -- just for the record,

8   Dr. Wicker, describe for the jury what the "skip" buttons

9   look like.  Are they something similar to what's on the

10  screen, or is it something different?

11  A.    It's exactly what's on the screen.  So, this

12  button right here (indicating) -- and I hope you can see

13  it a little bit -- that's right there (indicating).

14  Q.    And are those arrows in one direction or the

15  other?

16  A.    Yes.  I'm sorry.  I should have been more

17  specific.

18          So, what I'm highlighting on Exhibit 33 here

19  (indicating) is two left-pointing triangles and a bar.

20  That's skip backwards.  That's exactly what's right here

21  (indicating).

22          This one that I'm now highlighting

23  (indicating), again on Exhibit 33, is two right-pointing

24  triangles and a bar.  That's skip forwards.  That's right

25  here (indicating).

2212

1  Q.    Is that -- when you say "right here," is that

2  on -- what exhibit are you looking at and what's the

3  button -- what are the arrows on the button that you're

4  looking at?

5  A.    Okay.  I'm looking at Defendant's Exhibit 32; and

6  for skip back, I've been pointing to -- how should I

7  describe it? -- top row of buttons on the right side, two

8  left-pointing triangles and a bar.

9         For skip forward I'm looking at the top row

10  all the way over on the right, two right-pointing

11  triangles and a bar.

12  Q.    Okay.  Now, that's a physical device.  Were there

13  other skip commands that might have been on other types

14  of devices?

15  A.    Yes.  In fact, we've seen examples from Sound

16  Blaster.  These commands have been known for many

17  software players of various kinds.

18         This is *Musicshop*.  This actually ran on a

19  Macintosh.  This is Defendant's Exhibit 2, page 4.  And

20  there we see those same buttons.  Two left-pointing

21  triangles and a bar is skip backwards; two right-pointing

22  triangles and a bar is skip ahead.  These had basically

23  become standardized by the mid Nineties.  They were used

24  in a number of different products to mean skip ahead and

25  skip back.

1  Q.    And what's the functionality that's described in

2  the Defendant's Exhibit 27?

3  A.    Okay.  What it says here, "clicking skip ahead

4  will move the cursor and counter to the beginning of the

5  next sequence in the arrangement list.  Clicking skip

6  back will place the cursor and counter to the beginning

7  of the current sequence."

8  Q.    Now, Dr. Wicker, on the previous exhibit we were

9  looking at -- was that Defendant's Exhibit 32, the

10 Discman?

11 A.    Yes.

12 Q.    What date is that?  Is there a date on the front

13 or the back of that?

14 A.    I think there is.  There is a manufacture date --

15 it's really hard to see, even with my reading glasses.

16 Q.    Is this Defendant's Exhibit 32 right here?

17 A.    Yes.

18        THE WITNESS:  Oh, thank you.

19        MR. ELACQUA:  It's still hard for me to see.

20 Maybe you could blow that up.

21        THE WITNESS:  A lot.  Okay thank you.

22 A.    It says "August, 1993."

23 BY MR. ELACQUA:

24 Q.    Okay.

25 A.    It's right there.

1          MR. ELACQUA:  Thank you, Mr. Barnes.

2          If we could go back to the slides.

3          MR. HOLDREITH:  I'm sorry, your Honor.  I

4   didn't understand if that's an exhibit that's being

5   offered that we just saw on the screen.

6          THE COURT:  I didn't hear it be offered.

7          MR. ELACQUA:  Defendant's Exhibit 32, your

8   Honor, is what Dr. Wicker is holding.  We'll replace that

9   with a photograph later.

10  BY MR. ELACQUA:

11  Q.    Dr. Wicker, now, relating to skip commands, are

12  there some additional technologies we've been talking

13  about today that were available during the time the

14  patents-in-suit were filed?

15  A.    That's correct, a great deal of technology

16  actually.

17  Q.    And what are some of the additional technologies

18  we've been talking about?

19  A.    If we'll go to the next slide, please.

20          This has to do with display screens and

21  scrollable listings providing program description data.

22  All this was known.  In fact, what I'm going to quote

23  from here is the actual file history of the '178 patent.

24  This is something called an "Office Action."  It's the

25  Patent Office telling the applicant what the Patent

2215

1  Office has decided to do.

2          And what the Patent Office said was, "simple

3  LCD screenings and menus were notoriously well-known to

4  be included on portable music players such as CD players

5  for... showing the time of the track, and other options

6  of the device via menus."

7          So, the Patent Office is basically saying the

8  screens that do these sort of things were very

9  well-known.

10          And, in fact, we have an example right here.

11  This is a screen that, were this actually playing

12  something, would show the selection number and a variety

13  of other information.

14  Q.     And when you say "right here," what exhibit are

15  you pointing to, Dr. Wicker?

16  A.     I'm sorry.  I'm pointing to the screen that's on

17  the front of Defendant's Exhibit 32.

18  Q.     Okay.  Now, there's something I forgot to discuss.

19  Let me go back real quick.  The functionality that's

20  described in this Opcode Musicshop manual, Defendant's

21  Exhibit 27 at page 4, describe for the jury what the

22  functionality relating to these "skip back" buttons

23  regards.

24  A.     Okay.  Well, basically what they do is they allow

25  you to move through an arrangement list or a playlist,

2216

1  whether skipping backwards or skipping forwards,

2  depending on which button is selected.  This (indicating)

3  is skip back, and that's (indicating) skip ahead.

4  Q.    And now in the last sentence of that, it says, "If

5  you quickly click again, you will move to the beginning

6  of the previous sequence."  What does that mean?

7  A.    Okay.  So, basically if you just click once on --

8  let's use skip back.  If I just click once, I'll skip

9  back once.  But if I punch it twice, it will actually go

10  back through the previous and basically move to the

11  beginning of the previous sequence.

12          So, I push it once, it goes back to the

13  beginning of what's playing.  I push it again, and it

14  goes back to the previous selection.

15  Q.    Okay.  And again that's Defendant's Exhibit 27 at

16  page 4.

17          I think we've talked about the display

18  screens.  How about some of the other features we've been

19  talking about, such as repeat features?

20  A.    Okay.  If we can go to the next slide, please.

21          This has to do with repeating playlists at the

22  end of the playlist.  In other words, when you get to the

23  end of the playlist, starting over again.

24          And what I found was that that was very

25  well-known.  For example, the Discman -- the various

1 versions of the Discmen had a "repeat play" button.

2 Q.    Okay.  Does that include the Discman you have up

3 there, Defendant's Exhibit 32?

4 A.    I believe it does.  Let me see if I can find it.

5        Yes.  There is a play mode; and I can move the

6 play mode -- this button (indicating) on the bottom

7 left -- to a point where it says "repeat," "repeat play."

8 Q.    Okay.  Now, Dr. Wicker, is there an additional --

9 any additional references that you are relying on for

10 some of the asserted claims in this case?

11 A.    Yes.

12        MR. ELACQUA:  Mr. Barnes, can we have

13 Defendant's Exhibit 8, please?

14 BY MR. ELACQUA:

15 Q.    What does this reference, Dr. Wicker?

16 A.    Okay.  This is an article entitled "Architecting

17 Personalized Delivery of Multimedia Information."  This

18 is by -- it's the Loeb reference.  The first name is

19 Shoshana.

20        MR. ELACQUA:  Okay.  Mr. Barnes, could you

21 pull up in the bottom there right near the number where

22 it shows you the date?

23 BY MR. ELACQUA:

24 Q.    Dr. Wicker, what does this describe?

25 A.    Okay.  The *Communications of the ACM* is the

2218

1  flagship journal of the Association of Computing

2  Machinery.  It's read by literally hundreds of thousands

3  of people.

4          December, 1992, was the particular issue, and

5  then it says Volume 35, Number 12.  So, this would have

6  been published to people like me in December, 1992, by

7  the ACM.

8  Q.    Okay.

9          MR. ELACQUA:  We can go back to the slides,

10  Mr. Barnes.  Thank you.

11  BY MR. ELACQUA:

12  Q.    And is there a particular section of this Loeb

13  article that you've been looking at?

14  A.    Yes, there is.  And this is the highlighted

15  portion here (indicating).  This is from page 45 of the

16  article -- I should say page 45 of the proceedings.

17          And what's described here is the LyricTime

18  Personalized Music System.  Basically what's shown here

19  is that -- the Loeb article is showing that incorporating

20  preferences into a playlist was well-known back in 1992

21  because what's said here is "The LyricTime personalized

22  music system...selects songs from a database and plays

23  them for the listener.  More specifically, to select

24  songs from the database, it" -- the music system -- "uses

25  the information filter which implements the model

2219

1  described in the previous section, using descriptions of

2  the songs, a listener profile, and feedback from the

3  listener."

4         So, what this article is saying back in 1992

5  is that it was known to use user preferences to pick

6  songs out from a database so you'd have a playlist that

7  was something a user might want to hear, was more likely

8  to want to hear, because it incorporated his or her

9  preferences.

10  Q.    Dr. Wicker, for the record, we're talking about

11  Defendant's Exhibit 8 and that's pages 6 through 7; is

12  that right?

13  A.    That's right.

14  Q.    Okay.

15  A.    The number "45" is the actual journal page.

16  Q.    Now, we've just talked about a handful of

17  references, the Loeb article, the Discman, the Discman

18  manual, and some other playlists and things like that.

19  Dr. Wicker, do you have an opinion as to whether some of

20  these references and concepts could be combined with the

21  DAD manual or DAD system and Sound Blaster?

22  A.    Yes.

23  Q.    And what is that?

24  A.    What these show is generally what was known in the

25  art at the time the patent was applied for.  All these

1  concepts were known, as we've shown here; so, they all

2  were available to a person of skill to put together with

3  Sound Blaster, for example, to realize the asserted

4  claims in this case.

5          All this stuff was known.  A person of skill

6  would have known how to put these things together to find

7  each and every one of the asserted claims in this case.

8  Q.    Now, if they did put them together, how does that

9  affect the DAD manual, DAD system, or Sound Blaster?

10 A.    Well, if we put them altogether with, for example,

11 Sound Blaster, what it shows is that the claims are

12 obvious.

13 Q.    Okay.

14 A.    In other words, we're incorporating what a person

15 knows into an existing reference and realizing the

16 invention.

17 Q.    Okay.  Let's take a look at some more specifics if

18 we can.  Okay?  Describe for the jury sort of how you

19 laid out some of these rows and columns, please.

20 A.    Okay.  This is basically my chart that talks about

21 obviousness in terms of some specific concepts.  So, here

22 we are in this column (indicating) prior art.  These were

23 things like networks, CD players, et cetera, that you

24 could have accessed and learned about, built, played with

25 before the patents were applied for.

1        This column (indicating), the middle column,

2   is specific patent limitations.  These are specific

3   requirements called for amongst those patent limitations.

4   These are all things we've talked about.

5        And over here on the right (indicating), these

6   are the specific claims that are affected.  In other

7   words, these are the claims that call for these

8   particular limitations.

9   Q.    Okay.  And, Dr. Wicker, regarding putting some of

10  these things together, what is your basis to put some of

11  these things together?

12  A.    Well, the basis for putting them together is first

13  that they're all basically in the same area.  They're all

14  dealing with communications, with reproducing music, with

15  creating simple systems that will give a user a

16  particular experience.

17  Q.    Okay.  If we could just walk through maybe some of

18  the limitations and the claim numbers as to how some of

19  these technologies work.  If you could do that.  I just

20  want to make sure we have all of this in the record.

21  Let's start with the skip commands, which is the second

22  one down.  What limitations do the CD players and things

23  like that affect?

24  A.    Okay.  So, these skip commands can be found in the

25  '076 patent -- excuse me -- the '076 patent, claims 1, 3,

1 and 15 and the '178 patent, claims 4 through 6 and 14.

2 Q.    Okay.  Now, how about the display screens with the

3 scrollable listing?

4 A.    Okay.  So, we talked about display screens with

5 scrollable listings.  That would affect the '178 patent,

6 claims 2 and 3.

7 Q.    Okay.  I think there's a couple more up there,

8 which is regarding the repeat functions.  What

9 limitations do those affect?

10 A.    Okay.  We talked about "repeat at end of

11 playlist."  That's going to affect '076 patent claim 1

12 and '178 patent claim 1.

13 Q.    Okay.  And the references, the Loeb article, what

14 limitations do those specifically discuss?

15 A.    Okay.  The Loeb article talked about incorporating

16 preferences.  That would affect '178 patent claims 9 and

17 13.

18 Q.    Okay.  Now, Dr. Wicker, I know we've talked before

19 about how this prior art was not before the Patent

20 Office; is that right?

21 A.    That's correct.

22 Q.    Okay.  Now, there was some prior art before the

23 Patent Office with respect to some of these claims.  Do

24 you understand that?

25 A.    Yes, I do.

2223

1  Q.    Okay.  Do you have an opinion as to whether any of

2  the prior art we've been discussing today is the same as

3  or how it affects what was already before the Patent

4  Office?

5  A.    It's not the same.  There's actually more in this

6  prior art than what the Patent Office had in front of it.

7  Q.    Now, did the Patent Office have the DAD manual?

8  A.    No.  It did not have the DAD manual.

9  Q.    Now, do you know if it had anything relating to

10 DAD before it, in the '076 or the '178 patents?

11 A.    I think in one case there was a brochure for DAD.

12 Q.    Okay.  Now --

13 A.    I'd have to take a look at the listing of the

14 references on the front of the two patents.

15 Q.    Sure.  We can take a look at it.

16         MR. ELACQUA:  Plaintiff's Exhibit 2, please,

17 which I believe is the '178 patent.  And I think it's

18 page 2.  If you could pull up under "Other Publications."

19 It might go onto the next page, page 3.

20         Go onto the next page, please.  Yeah.  Under

21 "Other Publications" to the right, Mr. Barnes.

22         There you go.

23 BY MR. ELACQUA:

24 Q.    Now, I see right there it says ENCO America.  That

25 is Mr. Novacek's company?

A.      That's correct.

Q.      Okay.  Now, it says "7 unnumbered pages."  Do you know whether that is the actual 300-page operators manual we've been talking about today?

A.      Well, no.  It's clearly not.  It's simply seven pages.  The DAD manual is over 300 pages long.

Q.      Okay.  Do you have an understanding as to whether those two things are the same as each other or the content is the same?

A.      There's far more content in the DAD manual, which is the point I was making.  The DAD manual, for example, has a lot more information than what the Patent Office had.  In this case they just had seven pages of product description for DAD.

Q.      Okay.

        MR. ELACQUA:  We can go back to the slides, Mr. Barnes; and we can finish up here.

BY MR. ELACQUA:

Q.      There are a couple of additional questions you were asked to consider in this case; is that right?

A.      That's correct.

Q.      Okay.

A.      Go on to the next slide, please.

        It had to do with licenses and patents that were already in existence, in particular what are called

1  "technically comparable Apple patent licenses."  I was

2  also asked about Personal Audio's playlist patent.

3  Q.    Okay.  Let's talk about the first one first, if we

4  could do that.  Okay?

5          Are these the two license agreements that you

6  looked at?

7  A.    Yes, E-Data and Digeo.

8  Q.    Now, just so we're clear here, you're not giving

9  any opinions related to the financial terms or anything

10 like that; is that right?

11 A.    Not at all.

12 Q.    What did you look at first with E-Data?

13 A.    What I looked at, I was simply looking to see if

14 the technology was comparable, in other words, was this

15 something that was comparable to what's being discussed

16 here in court for the last week or two.

17 Q.    Okay.  And do you have an opinion as to whether

18 the E-Data license has comparable technology to the

19 patents-in-suit?

20 A.    Yes.  In my opinion it does.

21 Q.    Okay.  Now let's move on to the next patent, which

22 is the Digeo -- next license, the Digeo patents.  Do you

23 have an opinion with respect to the Digeo patents?

24 A.    Yes.  It would be the same.  This is comparable to

25 the patents that are in suit here today.  Digeo '823

1  patent describes "Systems and Apparatus For Electronic

2  Communication and Storage of Information."  It's an

3  Information distribution system just as has been claimed

4  by the patents we're dealing with in court.

5  Q.    Okay.  Let me just back up real quick with the

6  E-Data patent.  Why is it your opinion that the E-Data is

7  comparable?

8  A.    Okay.  Same reason.  E-Data is a "System for

9  Reproducing Information in Material Objects at a Point of

10  Sale Location."  So, basically it's distributing

11  information from a centralized point to a point of sale

12  location.

13  Q.    Okay.  And I think there was another patent on the

14  Digeo; is that right?

15  A.    Yes, there is.

16  Q.    And what's your opinion with respect to this

17  patent, Dr. Wicker?

18  A.    Okay.  This is the Digeo '891 patent, and my

19  conclusion was the same.  I think the technology that's

20  described in the Digeo '891 is comparable to what we're

21  discussing here in court.

22  Q.    Okay.  Now, in the last question, Dr. Wicker --

23  we've heard some about the playlist patent.  Do you have

24  an opinion about whether the playlist patent of Mr. Logan

25  is comparable to the patents-in-suit?

1  A.    I believe it is comparable, and I think we have a

2  picture of it.

3         What Mr. Logan's patent describes is "methods

4  and apparatus for distributing and using metadata via the

5  Internet."  Well, playlists are metadata.  Metadata is,

6  of course, more than that.  It could include all kinds of

7  information about the material that's going to be played,

8  but I felt that this was comparable based on that

9  distributing metadata over the Internet."

10         MR. ELACQUA:  Thank you, your Honor.  I pass

11  the witness.

12         THE COURT:  Maybe it would be easier for you

13  to start on Tuesday?

14         MR. HOLDREITH:  Whatever the court prefers.  I

15  can get a few minutes in now, or I can start on Tuesday.

16         THE COURT:  I think, ladies and gentlemen,

17  we'll go ahead and -- unless you've got a violent

18  preference.

19         MR. HOLDREITH:  No.  It's the July 4th

20  weekend, your Honor.  I don't think that I would like to

21  hold the ladies and gentlemen up today.

22         THE COURT:  Do you have one killer question

23  that you want to just snap out right now?

24         MR. HOLDREITH:  No, sir.  Thank you.

25         THE COURT:  Those killer questions are hard

1   with experts, ladies and gentlemen.  I know from personal

2   experience.

3        All right.  Ladies and gentlemen, we're going

4   to break for the weekend.  One thing has kept coming

5   up -- and I should have picked up on this earlier -- is

6   this word "algorithm"; and, so, we're going to add a

7   definition to your book on that one.  The lawyers and

8   myself and the experts went along all this time.  We've

9   all kept using this word, and I suddenly realized that

10  maybe it needs to be defined because it's not necessarily

11  a mathematical formula like some people might think it

12  is.  So, if you'll just go ahead and put that in the

13  instructions part of your book.

14       Also, we're now going to have a long weekend

15  and, so, it's especially important that you remember my

16  instructions.  Don't go do research or talk to somebody

17  who knows about this or when someone who knows you're on

18  the jury comes up to you and says, "Well, I know all

19  about Apple.  Let me show you how to do it" or "talk

20  about it" or whatever, do not get involved in any of

21  that.

22       There may start to be on the Net and in the

23  media some indications or articles that this case is

24  going on.  If you start running across something like

25  that, stop reading it and stop looking at it.  Don't pay

1   any attention to it.

2           And finally, although it's pretty obvious

3   we're winding down and you've heard testimony from both

4   sides, it's very important that you not start making up

5   your mind.  We've got at least one more witness and then

6   finally you have to have my instructions on the law and

7   then you have to know what questions I'm going to ask

8   you.  So, you could start making up your mind and you

9   wouldn't even know exactly what question was being asked

10  and that could affect what the question will be.

11          So, please, keep an open mind; and we will --

12  we seem to be right on schedule.  We'll start again on

13  Tuesday morning at 8:30.  At this time you're excused.

14          (The jury exits the courtroom, 11:57 a.m.)

15          THE COURT:  You may step down, sir.

16          THE WITNESS:  Thank you, your Honor.

17          THE COURT:  All right.  So, we have, starting

18  on Tuesday, cross of Dr. Wicker, damages expert from

19  Apple, then Apple will probably rest; is that right?

20          MR. CORDELL:  Correct, your Honor.

21          THE COURT:  Okay.  Then what do you anticipate

22  will be left?  Are you going to do a rebuttal on

23  invalidity or --

24          MR. SCHUTZ:  Yes, your Honor.  We're going to

25  have Dr. Almeroth testify on invalidity and we may have

1  Mr. Call testify as well.  If he does, it's going to be

2  relatively short.  We've kept him sequestered during the

3  trial in the event we need him for rebuttal.

4          THE COURT:  All right.  Well, it looks like

5  it's moving along then; and it looks like we will be

6  wrapping up.

7          MR. SCHUTZ:  I was just wondering if

8  Mr. Cordell had come up with his four points yet so we

9  can focus on those.

10          THE COURT:  Okay.  I'm going to be the one who

11  is focusing on those.

12          MR. SCHUTZ:  Right.  Right.  And I promise not

13  to make an hour-and-45-minute JMOL motion, your Honor.

14          THE COURT:  Okay.  Which of the four are

15  you -- actually I have that written down so that was...

16          MR. CORDELL:  So, your Honor, with respect to

17  my priorities and, again, begging the court's indulgence,

18  I don't believe I'm waiving any of my other arguments by

19  offering these priorities but they go in this order.

20          Number 1 is our arguments under the doctrine

21  of equivalents with respect to the '178 patent's

22  communications port limitation.

23          THE COURT:  I'm sorry.  What?  Communications

24  port?

25          MR. CORDELL:  Yes.

2231

1          THE COURT:  All right.  Now -- and I'm

2    sorry -- and I could be told later that I'm wrong by a

3    higher court.  But it's this court's opinion -- and I've

4    expressed it before when objections have come up

5    especially as to evidence -- that 20 or 30 objections,

6    just like 20 or 30 JMOLs, basically are nothing.  It

7    would be technically possible to JMOL every single word

8    stated by every single witness, and what's the point of

9    having a trial?  And especially then since one of the

10   purposes and one of the main purposes of the rule is to

11   allow the plaintiff to fill in what's missing, it becomes

12   an exercise in futility.

13          Now, I well understand the concern that recent

14   cases have raised in defendants about preserving error;

15   but if what the higher court means is that a defendant is

16   now required or allowed to file a JMOL on every single

17   scrap of evidence and if you can do 25 or 30, why can't

18   you do 125 or 2,030 -- and then pick and choose which one

19   will go up to the higher court because they certainly

20   aren't going to take that many, they need to say that.

21   They need to just come out and say that because that's

22   going to start changing, I think, the way these cases are

23   handled.

24          Now, I will agree you're not admitting you're

25   waiving anything; but I want to know -- and not just "in

2232

1  general all my doctrine of equivalents."  I want to know

2  which ones you are saying are your top four.  If you can

3  show me a real good reason to go with your top five, I

4  will consider it; but given that list, it's my opinion,

5  based on many other cases I've dealt with and the

6  research I've done, that the endless list protocol is the

7  same as not filing any motion at all.

8           And I would not be insulted if you argued that

9  I'm incorrect before the higher court.  They may decide

10 differently.  But what I want to know is what are your

11 top four or five.

12           MR. CORDELL:  Absolutely, your Honor, and I --

13           THE COURT:  And I don't want it in terms of

14 just all of your '178 doctrine of equivalents so --

15           MR. CORDELL:  I was hoping I was being

16 specific, but apparently I wasn't.  Let me start again.

17           THE COURT:  All right.  Let's get right down

18 to it.

19           MR. CORDELL:  We had asked for judgment as a

20 matter of law with respect to the sufficiency of the

21 evidence as to their showing on doctrine of equivalents

22 for the "downloading a plurality of separate digital

23 compressed audio program files of a separate sequencing

24 file" construction, and that was in particular -- that

25 had to do with the request and the request being made as

 1  a communication to initiate the transfer.

 2          THE COURT:  Okay.  And the argument there

 3  was -- just to be very specific -- was the USB cable is

 4  not sending the request as I've defined that; it's just

 5  simply an electronic "Here I am" signal.

 6          MR. CORDELL:  That's right.

 7          THE COURT:  Okay.

 8          MR. CORDELL:  And Dr. Almeroth offered no --

 9  and really all of Personal Audio offered no opinion or

10  evidence as to equivalents, function-way-result.  We

11  heard none of that.

12          THE COURT:  All right.

13          MR. CORDELL:  So, all we have is the USB.  And

14  the court's claim construction, I thought, was very

15  clear, particularly in the clarifying sentence that

16  followed that said simply saying that you're here is not

17  enough.

18          THE COURT:  All right.

19          MR. CORDELL:  So, that's Number 1.

20          And, your Honor, with that, the court asked

21  the other side to cite some code -- some -- to get some

22  transcript cites for where Dr. Almeroth actually

23  addressed that issue, and I can give the court some

24  additional citations if that would be helpful on this.

25          THE COURT:  When we're through here, if you'd

2234

1  go ahead and give the citations to Ms. Mullendore, that

2  may help me review those issues.

3          MR. CORDELL:  Thank you.

4          The second one, your Honor, is we believe that

5  Personal Audio didn't put in sufficient evidence to

6  support a finding with respect to the limitation in the

7  court's claim construction relating to the general

8  purpose computer programmed with an algorithm for the

9  skipping structure.

10         Now, it gets complicated; and I apologize

11 about this because that limitation appears over and over

12 and over again throughout the claims.  And I have a list

13 of where that limitation appears if that would be

14 helpful.  But this is the one your Honor will recall that

15 has the three-step algorithm that says you have to scan

16 forward in the file looking for the Selection_Record with

17 the appropriate LocType, you have to update the

18 CurrentPlay available, and then you go off and, I think,

19 get the program segment.  There is a three-step

20 algorithm.

21         THE COURT:  And that's related to Figure 5

22 where the various kinds of LocTypes are shown in that

23 figure as an embodiment or the preferred embodiment, and

24 that's part of the structures I identified.  And what

25 you're saying, as I understand it, is the accused

2235

1  products just go ahead and go to the next song unless you

2  hit the "skip" button or run the wheel to move forward.

3           MR. CORDELL:  Correct.  And even when you hit

4  the "skip" button, they don't perform that scanning

5  Selection_Record process that's set forth in that

6  algorithm.  And then more importantly, Dr. Almeroth

7  offered us no testimony and really nothing from PA on the

8  equivalents of the claimed algorithm and what's in the

9  accused structures.

10          THE COURT:  And just to be clear, I do think

11 it's appropriate that when a term like that is used in

12 many different claims, that you can make the motion as

13 applicable to several different claims.  I'm not holding

14 you that just because it appears in lots of them --

15 you're correct.  It's the same argument dealing with the

16 same structure that appeared many times.  We show that in

17 the chart.  So, okay.  That's your second one.

18          MR. CORDELL:  I have an enumeration if you'd

19 like but --

20          THE COURT:  It might not hurt for the record

21 and for my memory if you mentioned the different claims

22 it's in -- or claim elements.

23          MR. CORDELL:  It permeates, I believe, all of

24 the claims, your Honor.  There are slight variations in

25 the algorithm.

1              THE COURT:  Well, let's --

2              MR. CORDELL:  For example, if it's skip

3    forward, it says "skip forward"; and if it's skip

4    backward, then it says "skip backward."  But then the

5    three-step algorithm follows in each case.

6              THE COURT:  Okay.  Well, if you -- I think I

7    have it here; but if you've got a specific list, why

8    don't you give it to Ms. Mullendore later because that

9    might play into what I'm doing.  Go ahead.

10             MR. CORDELL:  Okay.  The third one, your

11   Honor, is a related concept but the algorithm is

12   different and it has to do with the repeat all

13   functionality.  This appears in claim 1 of the

14   '178 patent.  It's the "processor for continuously

15   delivering audio files."

16             And the algorithm is similar but I didn't feel

17   like I could include it as part of the second on the

18   priority list and the algorithm specifically requires

19   steps.  When you get to the end of the file, you

20   automatically go up to the beginning based on the

21   Selection_Record that you find at the end of the file.

22   The court will recall that the algorithm says you have to

23   go to the first record in the Selection_Record listing.

24             THE COURT:  And the accused products do what?

25   Don't they -- won't they go back to the beginning also?

2237

1          MR. CORDELL:  There is a way that they can go

2   back to the beginning but again, your Honor, we have no

3   evidence that the software that's actually used in the

4   accused products is the equivalent of the claimed

5   algorithm and that's the deficiency in the plaintiff's

6   proof.

7          THE COURT:  All right.

8          MR. CORDELL:  The function is there; but as

9   the *Al-Site* case tells us, of course the function is

10  there.  If the function weren't there, we wouldn't be

11  talking about structural equivalents; and, so, they need

12  to make that showing of structural equivalents.

13         THE COURT:  All right.

14         MR. CORDELL:  And then the fourth one, your

15  Honor, relates to damages; and it is the fact that

16  Personal Audio included nonaccused products -- admitted

17  nonaccused products as part of their damages calculation

18  and apportionment.

19         THE COURT:  And specifically when you say

20  "products," you're talking about the *iTunes*?

21         MR. CORDELL:  I'm talking about the *iTunes* and

22  the playlists.  You'll recall Mr. Nawrocki's slides where

23  he actually relied, for about a third of his damages, on

24  the fact that these playlists were created in the *iTunes*.

25  I think they've said over and over again that those are

2238

1 not accused.  There are some other factors that played

2 into that on --

3          THE COURT:  All right.

4          MR. CORDELL:  That's my four, your Honor.  I

5 have a 4.1 just if I might, and that is the court asked

6 me if I had any support for the notion that 100 percent

7 of the profit could not be awarded to the plaintiff and I

8 do.  I have two cases for that.  One is the

9 *Georgia-Pacific* case itself that says that once they

10 have --

11          THE COURT:  Well, it talks -- it does talk

12 about that as a factor.  Right.  I mean, I'm familiar

13 with that part.

14          MR. CORDELL:  And the other is the *Lucent*

15 case, your Honor, *Lucent/Gateway* or what we call

16 "*Lucent/Microsoft*."

17          THE COURT:  Just in case -- I think Lucent has

18 been in court more than once.  If you have the cite --

19          MR. CORDELL:  I'm afraid I don't.  I

20 apologize.

21          THE COURT:  If it's the -- I mean, we could

22 all say, "Oh, yes, it's the *Lucent* case with which we're

23 all familiar"; but I may be familiar with a different

24 one.

25          MR. CORDELL:  I apologize.  And in particular,

2239

1  Judge Michel's -- the end of that opinion where he goes

2  through and says very explicitly that it's improper to

3  claim the entire market value and you need to apportion

4  damages and it truly was the foundation of the *Uniloc*

5  opinion.  And then at the end he says you can adjust the

6  royalty rate if you apportion correctly; but he makes it

7  very clear that even after you apportion, even after you

8  go through the process, there is still then an allocation

9  of the profits between the accused infringer and the

10  patentee.  And the citation, your Honor, is 580 F.3d at

11  1337 or thereabouts.

12           THE COURT:  And you think he says you have to

13  allocate it but you may not allocate it 100 percent and

14  0 percent?

15           MR. CORDELL:  That's -- well, what he says is

16  after you do the allocation, then you engage in the

17  division between the two parties.

18           THE COURT:  Right.

19           MR. CORDELL:  There is no suggestion that

20  100 percent would go to --

21           THE COURT:  But the question is:  Is there a

22  rule that it can't possibly be done?

23           MR. CORDELL:  I didn't see that; however --

24           THE COURT:  Okay.

25           MR. CORDELL:  -- again, I would --

1        THE COURT:  I'm just talking about -- there is

2   a difference between it is not allowed and -- it's going

3   to be -- as I put it, it's going to be interesting to see

4   how they support it.  Okay?  There is a difference.

5   Certain things are not allowed and there are certain

6   things that may be, but you're going to have to show it.

7        Okay.  All right.  And hopefully by Tuesday

8   you'll have those -- Personal Audio will have those

9   record citations for me to be looking at.

10        MR. HOLDREITH:  Yes, sir.

11        THE COURT:  Because that would be helpful from

12   your point of view.

13        Anything else, then, since you're standing,

14   that needs to be taken up outside the presence of the

15   jury from Apple's point of view?

16        MR. CORDELL:  Other than to thank everyone for

17   all the hard work, no, your Honor.  Thank you.

18        THE COURT:  Okay.  And from Personal Audio's

19   point of view?

20        MR. SCHUTZ:  I echo my learned colleague on

21   the other side.  Thank you very much, judge.  Nothing

22   from us.

23        THE COURT:  Okay.  Then please drive real

24   safely and be careful over the weekend, and we will see

25   you on Tuesday -- let me just ask.  Do you think that the

2241

1  witnesses we have are going to be over on Tuesday or

2  would you likely be -- I mean, we're very likely to be

3  over on Wednesday morning sometime, aren't we, before

4  lunch?

5              MR. SCHUTZ:  Certainly by Wednesday morning, I

6  think.

7              MR. CORDELL:  And I would be hopeful that it

8  would even be Tuesday, your Honor.  We have, I guess,

9  Dr. Wicker's cross and a bit of rebuttal and then our

10 damages expert which won't be more than an hour and a

11 half or two hours in total.

12             MR. SCHUTZ:  Yeah.  I mean, I've been kind of

13 plotting it out, thinking out loud that there's probably,

14 between cross and redirect --

15             THE COURT:  Okay.  We can go off the record at

16 this point.

17             (Proceedings adjourned, 12:12 p.m.)

18 COURT REPORTER'S CERTIFICATION

19             I HEREBY CERTIFY THAT ON THIS DATE, JULY 1,

20 2011, THE FOREGOING IS A CORRECT TRANSCRIPT FROM THE

21 RECORD OF PROCEEDINGS.

22

23 _____
   CHRISTINA L. BICKHAM,    CRR,    RMR

24

25

## $

**$2,000** [1] - 2131:13

## '

**'076** [52] - 2089:22, 2089:23, 2090:3, 2090:15, 2091:6, 2092:1, 2092:5, 2096:25, 2097:8, 2099:7, 2112:25, 2117:25, 2125:14, 2125:16, 2128:18, 2131:15, 2132:15, 2132:23, 2133:22, 2136:23, 2138:15, 2138:19, 2138:21, 2139:12, 2167:13, 2167:17, 2169:8, 2169:20, 2170:19, 2170:25, 2171:4, 2172:14, 2173:5, 2173:12, 2173:13, 2173:20, 2174:8, 2174:18, 2175:11, 2178:12, 2178:24, 2203:16, 2203:21, 2204:16, 2205:2, 2205:11, 2205:25, 2206:3, 2221:25, 2222:11, 2223:10
**'178** [117] - 2089:22, 2090:6, 2090:7, 2090:13, 2090:15, 2091:6, 2091:15, 2092:1, 2096:25, 2097:8, 2098:5, 2098:6, 2098:10, 2098:13, 2110:1, 2111:3, 2111:22, 2112:23, 2113:1, 2131:15, 2134:3, 2134:7, 2134:11, 2136:24, 2139:17, 2140:9, 2141:9, 2141:10, 2141:21, 2145:15, 2146:12, 2153:21, 2155:2, 2155:5, 2155:20, 2156:24, 2160:3, 2160:25, 2162:2, 2162:7, 2162:10, 2163:21, 2164:6, 2164:8, 2164:16, 2165:2, 2165:5, 2165:11, 2165:18, 2165:19, 2165:23, 2166:1, 2166:3, 2166:8, 2166:10, 2166:14, 2166:21, 2166:22, 2167:2, 2167:4, 2167:7, 2167:10, 2167:12, 2168:3, 2168:5, 2168:8, 2168:15, 2171:8, 2171:12, 2173:12, 2174:2, 2174:5, 2174:18, 2175:11, 2178:12, 2179:16, 2180:23, 2181:20, 2185:12, 2186:14, 2193:18, 2199:11, 2200:23, 2201:5, 2201:8, 2201:9, 2201:20, 2202:9, 2202:15, 2202:24, 2203:2, 2203:4, 2203:6, 2203:9, 2203:11, 2203:21, 2203:22, 2204:1, 2204:5, 2204:8, 2204:24, 2205:1, 2205:5, 2205:8, 2205:24, 2206:4, 2214:23, 2222:1, 2222:5, 2222:12, 2222:16, 2223:10, 2223:17, 2230:21, 2232:14, 2236:14
**'823** [1] - 2225:25
**'891** [2] - 2226:18, 2226:20
**'93** [1] - 2138:13
**'94-'95** [1] - 2142:12
**'95** [3] - 2137:10, 2138:17, 2178:22
**'95-'96** [1] - 2207:24, 2208:1
**'96** [4] - 2138:14, 2138:24, 2139:7, 2178:24
**'next'** [2] - 2154:16, 2161:12

## 0

**0** [1] - 2239:14

## 1

**1** [101] - 2075:1, 2075:2, 2075:3, 2075:4, 2075:5, 2076:2, 2090:2, 2090:3, 2090:8, 2090:12, 2093:15, 2097:7, 2097:8, 2098:6, 2099:7, 2100:4, 2100:6, 2100:8, 2100:13, 2104:21, 2109:25, 2110:22, 2111:3, 2111:22, 2112:20, 2112:23, 2112:25, 2113:1, 2118:5, 2118:15, 2119:12, 2125:14, 2128:18, 2132:23, 2133:1, 2133:10, 2133:12, 2133:13, 2133:14, 2133:15, 2133:18, 2134:7, 2134:8, 2134:15, 2134:18, 2135:10, 2140:9, 2140:20, 2142:18, 2145:15, 2146:24, 2147:5, 2147:21, 2151:5, 2153:4, 2153:21, 2154:12, 2155:3, 2155:5, 2155:7, 2155:10, 2156:7, 2160:6, 2161:7, 2162:7, 2162:11, 2162:12, 2162:15, 2163:5, 2164:16, 2168:3, 2169:21, 2169:23, 2171:1, 2171:5, 2179:16, 2181:3, 2181:5, 2187:9, 2193:18, 2193:23, 2194:2, 2194:9, 2194:11, 2194:19, 2199:15, 2199:17, 2201:20, 2203:21, 2203:23, 2221:25, 2222:1, 2222:12, 2230:20, 2233:19, 2236:13, 2241:19
**1-14** [3] - 2182:14, 2187:2, 2195:8
**1-5** [1] - 2181:11
**1.0** [1] - 2178:4
**1.5** [1] - 2181:11
**10** [5] - 2082:25, 2099:1, 2115:8, 2122:5, 2188:24
**100** [1] - 2238:6, 2239:13, 2239:20
**1006** [2] - 2206:16, 2206:23
**103** [2] - 2098:23, 2128:8
**107** [2] - 2147:20, 2153:5
**108** [2] - 2154:13, 2161:6
**10:46** [1] - 2180:1
**10:47** [1] - 2180:11
**11** [1] - 2123:25
**111** [2] - 2163:4, 2163:6
**11:00** [2] - 2179:25, 2180:10, 2180:11
**11:57** [1] - 2229:14
**12** [3] - 2082:25, 2123:25, 2218:5
**125** [1] - 2231:18
**12:12** [1] - 2241:17
**13** [19] - 2099:1, 2135:5, 2135:7, 2135:10, 2135:11, 2162:14, 2162:15, 2163:20, 2165:5, 2199:11, 2199:15, 2199:16, 2200:2, 2200:14, 2200:23, 2201:8, 2202:9, 2222:17
**1337** [1] - 2239:11
**14** [34] - 2090:9, 2090:13, 2098:12, 2109:25, 2110:23, 2111:3, 2111:22, 2112:22, 2112:25, 2125:16, 2132:23,

2133:2, 2133:25, 2134:1, 2134:9, 2134:11, 2164:6, 2164:8, 2164:9, 2164:20, 2166:12, 2167:8, 2173:8, 2173:11, 2173:20, 2174:8, 2201:17, 2202:2, 2203:10, 2205:2, 2205:23, 2205:25, 2222:1
**15** [10] - 2133:21, 2133:23, 2134:1, 2174:8, 2187:3, 2187:5, 2194:16, 2195:8, 2205:20, 2222:1
**16** [7] - 2085:6, 2140:19, 2150:19, 2151:19, 2156:7, 2181:14, 2187:20
**176** [1] - 2124:25
**178** [1] - 2168:4
**18** [1] - 2209:15
**183** [1] - 2144:2
**1920s** [1] - 2208:20
**1992** [4] - 2218:4, 2218:6, 2218:20, 2219:4
**1993** [1] - 2213:22
**1994-'95** [1] - 2150:12
**1995** [5] - 2177:13, 2177:21, 2177:22, 2178:5, 2206:11
**1A** [12] - 2141:9, 2145:16, 2164:22, 2165:2, 2168:5, 2173:13, 2181:20, 2181:21, 2185:13, 2202:7, 2204:1, 2205:8
**1B** [4] - 2145:19, 2146:12, 2164:22
**1C** [1] - 2146:15
**1D** [1] - 2092:1
**1E** [12] - 2092:2, 2166:1, 2166:2, 2166:8, 2168:8, 2171:4, 2173:12, 2202:17, 2202:18, 2202:22, 2204:4, 2205:4

## 2

**2** [34] - 2075:15, 2079:17, 2133:13, 2133:15, 2133:17, 2133:19, 2134:14, 2134:15, 2134:18, 2134:23, 2141:10, 2153:14, 2156:1, 2156:3, 2156:13, 2156:15, 2165:23, 2166:8, 2170:25, 2171:2, 2172:13, 2194:11, 2194:18, 2195:4, 2202:14, 2202:22, 2204:19, 2204:21, 2212:19, 2222:6, 2223:16, 2223:18
**2,030** [1] - 2231:18
**20** [7] - 2076:8, 2077:17, 2083:17, 2164:15, 2209:25, 2231:5, 2231:6
**200** [1] - 2127:25
**2000-2001** [2] - 2117:14, 2121:7
**2001** [3] - 2131:6, 2138:21, 2139:4
**2002** [1] - 2138:14
**2011** [2] - 2076:2, 2241:20
**2153** [1] - 2075:1
**2154** [1] - 2075:2
**2156** [1] - 2075:3
**2161** [1] - 2075:4
**2163** [1] - 2075:5
**2176** [1] - 2075:6
**2181** [1] - 2075:7

**2182** [1] - 2075:8
**2187** [1] - 2075:9
**2194** [1] - 2075:10
**2195** [1] - 2075:11
**2209** [1] - 2075:12
**221** [2] - 2142:3, 2144:1
**2210** [1] - 2075:13
**2212** [2] - 2075:14, 2075:15
**2213** [3] - 2075:16, 2075:17, 2075:18
**2214** [1] - 2075:19
**2215** [2] - 2075:20, 2075:21
**2216** [1] - 2075:22
**2217** [2] - 2075:23, 2075:24
**2219** [1] - 2075:25
**25** [4] - 2124:16, 2124:17, 2181:12, 2231:17
**27** [7] - 2075:16, 2075:21, 2075:22, 2086:7, 2213:2, 2215:21, 2216:15
**283** [1] - 2144:1
**2B** [1] - 2156:14

### 3

**3** [43] - 2075:6, 2075:7, 2075:8, 2075:9, 2075:10, 2075:11, 2086:9, 2086:20, 2092:8, 2114:1, 2114:2, 2133:17, 2133:19, 2134:15, 2134:16, 2134:19, 2134:23, 2153:15, 2156:24, 2156:25, 2157:13, 2157:14, 2170:25, 2171:2, 2171:9, 2172:14, 2176:21, 2177:15, 2181:10, 2182:14, 2182:24, 2187:2, 2187:21, 2194:16, 2195:3, 2195:4, 2195:8, 2195:14, 2204:19, 2204:25, 2221:25, 2222:6, 2223:19
**30** [7] - 2077:17, 2079:12, 2164:15, 2209:25, 2231:5, 2231:6, 2231:17
**300** [2] - 2127:25, 2224:6
**300-page** [1] - 2224:3
**310** [2] - 2142:3, 2150:7
**314** [1] - 2146:18
**315** [1] - 2151:5
**32** [14] - 2075:13, 2075:14, 2075:17, 2075:18, 2075:19, 2075:20, 2075:23, 2210:10, 2212:5, 2213:9, 2213:16, 2214:7, 2215:17, 2217:3
**33** [4] - 2075:12, 2209:15, 2211:18, 2211:23
**330** [3] - 2143:8, 2143:12, 2152:5
**35** [2] - 2093:14, 2218:5
**351** [1] - 2092:9
**380** [3] - 2092:10, 2093:5, 2093:6

### 4

**4** [30] - 2085:16, 2114:2, 2118:17, 2121:9, 2121:10, 2134:15, 2134:16, 2134:19, 2134:23, 2153:15, 2157:14, 2160:6, 2160:25, 2166:15, 2168:14, 2174:2, 2194:9, 2195:14,

2195:21, 2196:8, 2203:2, 2204:8, 2205:17, 2212:19, 2215:21, 2216:16, 2222:1
**4.1** [1] - 2238:5
**40** [1] - 2093:14
**400** [3] - 2121:7, 2121:8, 2121:10
**42** [2] - 2093:14, 2122:4
**424** [1] - 2094:12
**427** [1] - 2106:10
**44** [1] - 2119:13
**45** [3] - 2218:15, 2218:16, 2219:15
**46** [1] - 2106:10
**463** [1] - 2132:10
**47** [1] - 2098:23
**4th** [1] - 2227:19

### 5

**5** [39] - 2082:4, 2082:9, 2084:4, 2088:22, 2088:25, 2092:4, 2092:13, 2092:14, 2092:17, 2093:4, 2096:14, 2098:23, 2122:12, 2122:13, 2131:11, 2134:16, 2134:17, 2134:19, 2134:24, 2135:1, 2135:2, 2159:15, 2160:5, 2160:8, 2160:25, 2166:21, 2171:7, 2174:5, 2181:12, 2187:20, 2194:8, 2195:19, 2195:20, 2196:8, 2203:3, 2204:24, 2205:18, 2234:21
**50** [4] - 2077:13, 2142:19, 2142:22, 2150:11
**51** [1] - 2098:24
**53** [2] - 2098:23, 2098:24
**57** [1] - 2119:13
**580** [1] - 2239:10

### 6

**6** [31] - 2090:9, 2090:12, 2098:24, 2118:15, 2134:16, 2134:20, 2134:22, 2135:1, 2135:3, 2155:18, 2155:23, 2160:3, 2160:7, 2160:25, 2162:2, 2162:4, 2167:2, 2171:12, 2171:14, 2194:4, 2194:8, 2195:24, 2195:25, 2196:8, 2199:3, 2199:5, 2203:9, 2205:1, 2205:24, 2219:11, 2222:1
**67** [1] - 2147:20
**69** [2] - 2143:8, 2143:9
**694** [1] - 2197:20

### 7

**7** [5] - 2076:2, 2099:1, 2119:13, 2219:11, 2224:2
**781** [1] - 2078:7

### 8

**8** [5] - 2075:24, 2075:25, 2122:16,

2217:13, 2219:11
**80** [1] - 2122:15
**800** [1] - 2122:19
**803(6)** [1] - 2078:9
**80486DX** [1] - 2150:11
**83** [1] - 2145:24
**88** [1] - 2085:1
**897** [1] - 2078:7
**8:23** [1] - 2076:2
**8:30** [1] - 2229:13
**8:34** [1] - 2080:19

### 9

**9** [27] - 2075:7, 2099:15, 2135:7, 2135:8, 2135:10, 2135:11, 2162:10, 2162:14, 2162:15, 2163:20, 2165:5, 2176:20, 2176:21, 2181:10, 2199:11, 2199:15, 2199:16, 2199:17, 2200:5, 2200:14, 2200:23, 2202:9, 2222:16
**9-pin** [1] - 2151:11
**90** [1] - 2208:24
**92** [1] - 2150:17
**93** [2] - 2163:5, 2163:13
**95** [13] - 2177:12, 2180:7, 2182:6, 2183:18, 2183:20, 2184:25, 2185:3, 2189:11, 2200:19, 2200:20, 2200:24, 2201:1, 2204:15
**97** [1] - 2128:12
**9:31** [1] - 2129:21
**9:32** [1] - 2129:24
**9:46** [1] - 2129:24
**9:47** [1] - 2130:7

### A

**a.m** [9] - 2080:19, 2129:21, 2129:24, 2130:7, 2180:1, 2180:11, 2229:14
**A.M** [1] - 2076:2
**ability** [5] - 2080:19, 2097:20, 2124:9, 2126:9, 2136:9
**able** [14] - 2076:8, 2106:1, 2121:21, 2124:9, 2155:6, 2174:13, 2174:24, 2175:17, 2181:1, 2191:11, 2200:11, 2209:4, 2210:19
**absolutely** [6] - 2077:10, 2077:25, 2082:23, 2083:1, 2128:1, 2232:12
**ACC** [1] - 2117:13
**accelerate** [2] - 2127:22, 2128:3
**accelerated** [1] - 2127:13
**accelerating** [1] - 2127:6
**accepted** [5] - 2157:18, 2160:9, 2162:13, 2162:22, 2199:25
**accepting** [9] - 2125:10, 2125:12, 2125:13, 2125:15, 2165:7, 2168:6, 2173:15, 2188:1, 2204:2
**access** [2] - 2140:24, 2143:13, 2184:12
**accessed** [1] - 2220:24
**accessible** [1] - 2078:7

**accidentally** [1] - 2081:18
**accomplished** [1] - 2172:6
**accordance** [1] - 2199:24
**according** [4] - 2091:18, 2097:24, 2106:2, 2165:15
**accordingly** [1] - 2192:25
**account** [1] - 2193:24
**accurate** [1] - 2123:13
**accused** [35] - 2081:22, 2083:22, 2089:14, 2090:14, 2093:18, 2093:21, 2096:6, 2109:4, 2110:12, 2110:24, 2111:11, 2111:18, 2112:5, 2115:10, 2115:13, 2118:17, 2118:21, 2120:13, 2120:14, 2125:21, 2129:8, 2131:18, 2131:21, 2134:8, 2134:10, 2190:5, 2190:14, 2191:4, 2191:6, 2234:25, 2235:9, 2236:24, 2237:4, 2238:1, 2239:9
 **ACM** [2] - 2217:25, 2218:7
**Action** [1] - 2214:24
**actual** [7] - 2121:24, 2146:20, 2160:4, 2170:8, 2214:23, 2219:15, 2224:3
**actuate** [1] - 2154:2
**actuated** [1] - 2196:20
**actuates** [1] - 2086:21
**adapter** [1] - 2151:3
**add** [10] - 2114:25, 2163:12, 2175:20, 2176:3, 2183:14, 2185:1, 2200:9, 2200:10, 2200:12, 2228:6
**addition** [1] - 2172:8
**additional** [22] - 2111:23, 2133:3, 2135:18, 2159:21, 2160:15, 2162:12, 2165:10, 2168:16, 2169:7, 2170:19, 2173:4, 2183:17, 2186:4, 2199:10, 2201:8, 2204:16, 2214:12, 2214:17, 2217:8, 2217:9, 2224:19, 2233:24
**address** [2] - 2103:7, 2143:15
**addressed** [1] - 2233:23
**adjourned** [1] - 2241:17
**adjust** [1] - 2239:5
**adjusting** [1] - 2187:18
**admission** [1] - 2206:16
**admissions** [1] - 2087:16
**admitted** [2] - 2207:2, 2237:16
**admitting** [1] - 2231:24
**advanced** [1] - 2117:12
**advertising** [1] - 2103:10
**affect** [8] - 2190:3, 2220:9, 2221:23, 2222:5, 2222:9, 2222:11, 2222:16, 2229:10
**affected** [1] - 2221:6
**affects** [2] - 2132:18, 2223:3
**affidavit** [1] - 2078:13
**afraid** [1] - 2238:19
**ago** [4] - 2118:19, 2164:15, 2166:8, 2173:16
**agree** [3] - 2107:2, 2127:3, 2231:24
**agreements** [1] - 2225:5
**ahead** [20] - 2080:22, 2088:1, 2129:19, 2130:8, 2144:7, 2144:8, 2149:22,

2154:1, 2182:4, 2195:17, 2207:9, 2212:22, 2212:24, 2213:3, 2216:3, 2227:17, 2228:12, 2234:1, 2235:1, 2236:9
 **air** [2] - 2144:23, 2145:3, 2146:3
 **AI** [1] - 2237:9
 **AI-Site** [1] - 2237:9
 **algorithm** [25] - 2147:14, 2158:7, 2158:8, 2160:21, 2160:22, 2171:23, 2188:10, 2188:12, 2189:14, 2190:20, 2193:12, 2228:6, 2234:8, 2234:15, 2234:20, 2235:6, 2235:8, 2235:25, 2236:5, 2236:11, 2236:16, 2236:18, 2236:22, 2237:5
 **algorithms** [1] - 2158:2
 **alignment** [2] - 2123:14, 2124:8
 **ALL** [1] - 2076:4
 **allocate** [1] - 2239:13
 **allocation** [2] - 2239:8, 2239:16
 **allow** [5] - 2106:5, 2116:18, 2206:22, 2215:24, 2231:11
 **allowed** [4] - 2149:18, 2231:16, 2240:2, 2240:5
 **allows** [3] - 2113:12, 2114:12, 2163:24
 **Almeroth** [6] - 2206:25, 2207:2, 2229:25, 2233:8, 2233:22, 2235:6
 **Almeroth's** [1] - 2126:20
 **almost** [5] - 2076:19, 2076:20, 2076:21, 2149:21
 **alone** [1] - 2185:24
 **altogether** [1] - 2220:10
 **Amanda** [2] - 2094:10, 2095:20
 **Amazon** [2] - 2102:14, 2104:2
 **amazon.com** [2] - 2103:1, 2103:2
 **America** [1] - 2223:24
 **amount** [6] - 2131:11, 2176:10, 2176:11, 2192:2, 2192:3, 2196:3
 **analog** [4] - 2150:15, 2151:10, 2151:12, 2151:22
 **analysis** [2] - 2134:4, 2136:17
 **announcements** [1] - 2103:10
 **answer** [2] - 2164:3, 2183:15
 **answers** [2] - 2085:8, 2087:1, 2132:13
 **anticipate** [2] - 2140:6, 2229:21
 **anticipated** [5] - 2155:10, 2155:11, 2170:17, 2190:7
 **anticipates** [4] - 2139:19, 2139:24, 2175:10, 2206:7
 **anticipation** [8] - 2139:22, 2140:1, 2175:5, 2175:25, 2185:17, 2185:20, 2185:24
 **anytime** [1] - 2106:20
 **anyway** [2] - 2103:4, 2113:19
 **apologize** [5] - 2109:17, 2201:7, 2234:10, 2238:20, 2238:25
 **Apparatus** [1] - 2226:1
 **apparatus** [1] - 2227:4
 **Appeals** [1] - 2077:17
 **appeared** [2] - 2077:4, 2235:16
 **appellate** [1] - 2077:19

**Apple** [7] - 2082:25, 2085:5, 2124:16, 2225:1, 2228:19, 2229:19
 **APPLE** [1] - 2076:1
 **Apple's** [1] - 2240:15
 **applicable** [1] - 2235:13
 **applicant** [1] - 2214:25
 **application** [6] - 2085:16, 2085:21, 2086:8, 2138:19, 2140:3, 2155:9
 **applied** [7] - 2139:12, 2142:23, 2177:4, 2178:24, 2207:21, 2219:25, 2220:25
 **applying** [2] - 2179:6, 2179:13
 **apporion** [3] - 2239:3, 2239:6, 2239:7
 **apportionment** [1] - 2237:18
 **appreciate** [1] - 2077:11
 **approach** [1] - 2210:5
 **appropriate** [9] - 2084:8, 2084:9, 2158:10, 2160:24, 2161:19, 2161:22, 2198:15, 2234:17, 2235:11
 **Architecting** [1] - 2217:16
 **archives** [1] - 2079:14
 **area** [4] - 2124:21, 2163:6, 2163:15, 2221:13
 **argued** [2] - 2111:7, 2232:8
 **argument** [4] - 2164:17, 2191:3, 2233:2, 2235:19
 **arguments** [7] - 2077:7, 2112:2, 2112:6, 2165:21, 2174:9, 2230:18, 2230:20
 **arrangement** [2] - 2213:5, 2215:25
 **arrogant** [1] - 2077:6
 **arrows** [3] - 2082:7, 2211:14, 2212:3
 **art** [15] - 2121:21, 2137:12, 2140:7, 2170:7, 2177:3, 2192:1, 2193:21, 2198:11, 2199:9, 2219:25, 2220:22, 2222:19, 2222:22, 2223:2, 2223:6
 **article** [8] - 2217:16, 2218:13, 2218:16, 2218:19, 2219:4, 2219:17, 2222:13, 2222:15
 **articles** [2] - 2137:20, 2228:23
 **asserted** [33] - 2097:19, 2133:4, 2134:24, 2136:19, 2136:23, 2137:25, 2155:13, 2155:16, 2155:17, 2160:4, 2162:2, 2162:6, 2164:5, 2167:7, 2167:10, 2174:18, 2174:20, 2174:25, 2175:9, 2175:11, 2185:22, 2185:23, 2190:7, 2194:4, 2195:24, 2199:5, 2205:20, 2206:3, 2206:7, 2206:12, 2217:10, 2220:3, 2220:7
 **assist** [1] - 2148:21
 **associated** [6] - 2092:24, 2153:23, 2159:8, 2161:8, 2164:12, 2172:7
 **Association** [1] - 2218:1
 **attachment** [1] - 2079:16
 **attachments** [1] - 2078:17
 **Attachments** [1] - 2079:12
 **attention** [1] - 2229:1
 **audible** [1] - 2173:17
 **audience** [1] - 2176:12
 **Audio** [5] - 2188:8, 2233:9, 2234:5, 2237:16, 2240:8

**audio** [68] - 2099:18, 2099:22, 2103:10, 2113:12, 2117:12, 2117:13, 2119:25, 2133:24, 2137:3, 2140:9, 2140:14, 2140:16, 2140:22, 2140:24, 2141:2, 2142:15, 2142:21, 2142:23, 2143:13, 2144:5, 2144:13, 2146:15, 2146:19, 2150:6, 2151:3, 2153:25, 2156:16, 2157:2, 2157:20, 2157:22, 2160:7, 2162:11, 2162:17, 2164:14, 2164:22, 2165:4, 2165:24, 2166:4, 2166:5, 2166:7, 2166:14, 2166:19, 2167:1, 2167:25, 2173:9, 2181:5, 2181:14, 2181:17, 2181:19, 2182:4, 2187:9, 2187:11, 2188:15, 2192:15, 2192:16, 2193:7, 2197:1, 2197:3, 2199:20, 2201:19, 2201:22, 2202:16, 2202:19, 2202:21, 2209:1, 2232:23, 2236:15

**AUDIO** [1] - 2076:1

**Audio's** [3] - 2136:22, 2225:2, 2240:18

**August** [2] - 2138:17, 2213:22

**authority** [2] - 2076:10, 2077:23

**automatically** [3] - 2148:6, 2185:2, 2236:20

**automobile** [1] - 2119:17

**available** [8] - 2104:13, 2140:2, 2142:25, 2144:9, 2183:23, 2214:13, 2220:2, 2234:18

**awarded** [1] - 2238:7

# B

**background** [2] - 2144:6, 2176:14

**backward** [13] - 2154:21, 2159:18, 2160:9, 2160:22, 2171:19, 2196:1, 2196:9, 2197:13, 2198:13, 2209:8, 2209:14, 2236:4

**backwards** [13] - 2109:2, 2110:13, 2110:16, 2159:16, 2160:13, 2161:16, 2193:1, 2195:20, 2197:10, 2210:22, 2211:20, 2212:21, 2216:1

**bar** [11] - 2152:23, 2154:15, 2161:12, 2196:25, 2197:7, 2211:19, 2211:24, 2212:8, 2212:11, 2212:21, 2212:22

**Barnes** [14] - 2092:16, 2093:11, 2095:14, 2176:21, 2177:6, 2177:14, 2177:24, 2178:7, 2214:1, 2217:12, 2217:20, 2218:10, 2223:21, 2224:17

**based** [11] - 2076:25, 2110:17, 2149:16, 2162:18, 2197:24, 2198:10, 2200:4, 2200:12, 2227:8, 2232:5, 2236:20

**basic** [5] - 2114:7, 2117:10, 2126:8, 2150:12, 2209:10

**basics** [1] - 2103:25

**basis** [4] - 2076:20, 2079:10, 2221:10, 2221:12

**batteries** [1] - 2095:11

**battery** [3] - 2123:24, 2124:3, 2124:4

**beam** [2] - 2121:24, 2123:14

**BEAUMONT** [1] - 2076:3

**become** [1] - 2212:23

**becomes** [1] - 2231:11

**begging** [1] - 2230:17

**begin** [3] - 2143:11, 2147:25, 2153:8

**beginning** [34] - 2077:2, 2094:3, 2100:17, 2157:21, 2158:25, 2159:1, 2160:12, 2166:6, 2166:18, 2166:20, 2166:21, 2166:25, 2168:13, 2171:3, 2171:7, 2171:10, 2173:24, 2174:1, 2174:3, 2174:4, 2193:9, 2196:5, 2202:21, 2203:3, 2204:23, 2205:17, 2213:4, 2213:6, 2216:5, 2216:11, 2216:13, 2236:20, 2236:25, 2237:2

**below** [1] - 2177:23

**best** [2] - 2077:6, 2121:10

**Best** [1] - 2117:18

**better** [1] - 2116:19

**between** [4] - 2239:9, 2239:17, 2240:2, 2241:14

**big** [13] - 2090:24, 2091:12, 2102:21, 2102:22, 2105:21, 2114:5, 2115:6, 2115:7, 2121:19, 2123:19, 2133:1, 2148:2, 2204:14

**bigger** [2] - 2105:22, 2127:15

**billion** [1] - 2122:13

**bit** [21] - 2078:11, 2081:5, 2082:5, 2084:16, 2086:10, 2088:7, 2106:23, 2113:16, 2115:2, 2116:5, 2116:7, 2117:22, 2119:1, 2158:21, 2158:22, 2169:25, 2196:22, 2201:25, 2208:7, 2211:13, 2241:9

**bits** [4] - 2083:3, 2121:8, 2150:19, 2151:19

**black** [2] - 2154:15, 2156:11

**Blaster** [109] - 2137:8, 2175:14, 2175:15, 2175:16, 2175:18, 2175:21, 2175:24, 2176:3, 2176:18, 2176:25, 2177:1, 2177:11, 2178:10, 2178:15, 2178:23, 2179:2, 2179:5, 2179:7, 2179:14, 2179:18, 2179:21, 2180:4, 2180:19, 2181:1, 2181:4, 2181:8, 2181:14, 2181:15, 2181:18, 2181:23, 2182:5, 2182:13, 2182:16, 2182:18, 2182:19, 2182:23, 2183:1, 2183:3, 2183:6, 2183:14, 2183:18, 2184:25, 2185:1, 2185:13, 2185:24, 2186:8, 2186:11, 2186:19, 2186:20, 2186:24, 2186:25, 2187:6, 2187:15, 2188:4, 2188:9, 2188:20, 2189:4, 2189:10, 2189:17, 2189:25, 2190:4, 2190:10, 2190:11, 2190:24, 2191:1, 2191:4, 2191:5, 2191:9, 2191:17, 2191:18, 2192:14, 2192:15, 2192:16, 2192:21, 2193:3, 2193:20, 2193:22, 2194:14, 2194:15, 2196:12, 2196:17, 2197:16, 2198:24, 2199:5, 2200:7, 2200:12, 2200:16, 2200:18, 2200:19, 2200:24, 2200:25, 2201:4, 2203:12, 2203:14, 2204:11, 2206:1, 2206:3, 2206:7, 2206:9, 2206:18, 2212:16, 2219:21, 2220:3, 2220:9, 2220:11

**blocked** [1] - 2123:5

**blow** [5] - 2085:15, 2092:11, 2092:12, 2095:15, 2213:20

**blow-upable** [1] - 2092:12

**board** [1] - 2100:6

**boards** [2] - 2116:11, 2116:22

**Boettcher** [4] - 2082:22, 2086:9, 2088:17, 2094:19

**Boettcher's** [1] - 2084:13

**book** [6] - 2170:7, 2183:20, 2183:22, 2197:21, 2228:7, 2228:13

**books** [1] - 2103:3

**bottom** [10] - 2081:15, 2091:10, 2091:21, 2093:2, 2093:4, 2096:16, 2137:6, 2177:17, 2217:6, 2217:21

**box** [8] - 2094:16, 2094:18, 2094:19, 2094:22, 2094:24, 2101:2, 2102:12, 2156:11

**brains** [1] - 2101:10

**break** [6] - 2076:17, 2077:8, 2129:18, 2129:20, 2179:23, 2228:4

**Bridges** [4] - 2094:9, 2095:8, 2095:20

**briefing** [1] - 2077:15

**bring** [6] - 2079:4, 2080:2, 2080:5, 2173:7, 2180:4, 2203:19

**brings** [1] - 2077:17

**brochure** [1] - 2223:11

**brought** [1] - 2100:6

**browse** [1] - 2184:3

**browser** [1] - 2103:1

**build** [3] - 2082:13, 2082:15, 2106:2

**Building** [4] - 2094:9, 2095:8, 2095:20

**builds** [1] - 2106:15

**built** [3] - 2088:16, 2182:7, 2220:24

**bullet** [4] - 2116:6, 2116:8, 2116:10, 2117:6

**bunch** [4] - 2114:23, 2125:24, 2134:14, 2194:6

**buried** [1] - 2076:11

**bus** [2] - 2106:16, 2113:18

**business** [2] - 2078:24, 2079:8

**button** [23] - 2086:21, 2086:23, 2086:24, 2143:10, 2145:2, 2154:16, 2154:17, 2161:13, 2196:24, 2209:19, 2209:21, 2210:21, 2210:25, 2211:3, 2211:4, 2211:12, 2212:3, 2216:2, 2217:1, 2217:6, 2235:2, 2235:4

**buttons** [7] - 2196:20, 2196:21, 2210:19, 2211:8, 2212:7, 2212:20, 2215:22

**Buy** [1] - 2117:18

**buy** [1] - 2103:3

**BY** [42] - 2081:2, 2085:3, 2085:18, 2086:12, 2088:6, 2092:3, 2093:3, 2093:16, 2094:13, 2095:22, 2099:8, 2100:12, 2104:19, 2106:11, 2109:21, 2122:6, 2125:1, 2130:10, 2131:5, 2132:11, 2136:1, 2139:3, 2143:2, 2148:18, 2149:5, 2149:24, 2176:23, 2177:8, 2177:16, 2178:1, 2178:9,

2180:17, 2198:7, 2207:12, 2210:8, 2213:23, 2214:10, 2217:14, 2217:23, 2218:11, 2223:23, 2224:18
  **bytes** [1] - 2122:13

# C

  **cabinet** [1] - 2196:19
  **cable** [16] - 2101:14, 2102:2, 2107:8, 2108:1, 2120:16, 2120:20, 2120:21, 2120:23, 2124:3, 2142:8, 2142:9, 2142:10, 2145:8, 2233:3
  **cable** [1] - 2105:9
  **cables** [1] - 2105:9
  **calculation** [1] - 2237:17
  **callout** [1] - 2092:4
  **cannot** [5] - 2116:2, 2133:20, 2135:11, 2190:7
  **capability** [3] - 2124:1, 2124:2, 2140:23
  **capable** [1] - 2127:7
  **capacitors** [1] - 2114:20
  **car** [4] - 2119:19, 2119:22, 2120:8, 2120:21
  **card** [36] - 2112:16, 2112:18, 2113:4, 2113:15, 2113:19, 2113:21, 2114:7, 2114:12, 2115:2, 2115:11, 2115:21, 2116:1, 2116:2, 2116:3, 2116:13, 2116:19, 2117:2, 2117:14, 2117:15, 2137:9, 2150:4, 2150:20, 2150:21, 2150:23, 2151:3, 2151:8, 2151:21, 2151:22, 2177:1, 2177:2, 2181:14, 2181:15, 2189:4, 2189:10
  **cards** [14] - 2112:18, 2113:5, 2113:24, 2114:4, 2114:6, 2114:16, 2114:23, 2115:7, 2116:3, 2116:20, 2117:9, 2117:11, 2150:5
  **care** [1] - 2111:21
  **careful** [1] - 2240:24
  **cartridge** [2] - 2129:7, 2169:5
  **cascading** [1] - 2134:21
  **case** [38] - 2076:25, 2077:11, 2078:7, 2080:13, 2086:23, 2087:19, 2087:25, 2129:3, 2130:4, 2132:3, 2135:14, 2136:23, 2138:9, 2139:19, 2144:16, 2145:6, 2156:23, 2171:22, 2175:8, 2176:8, 2177:4, 2179:9, 2190:8, 2190:13, 2208:12, 2217:10, 2220:4, 2220:7, 2223:11, 2224:13, 2224:20, 2228:23, 2236:5, 2237:9, 2238:9, 2238:15, 2238:17, 2238:22
  **cases** [5] - 2081:22, 2231:14, 2231:22, 2232:5, 2238:8
  **catalog** [2] - 2079:13, 2079:15
  **category** [1] - 2163:11
  **causes** [1] - 2092:20
  **CD** [7] - 2181:17, 2208:6, 2211:4, 2211:6, 2215:4, 2220:23, 2221:22
  **CD-quality** [1] - 2181:17
  **CD/DAT** [1] - 2140:21
  **CDs** [1] - 2210:16
  **central** [1] - 2101:9

  **centralized** [1] - 2226:11
  **certain** [9] - 2085:12, 2103:7, 2112:3, 2176:10, 2176:11, 2192:2, 2192:3, 2240:5
  **certainly** [7] - 2076:9, 2096:11, 2109:20, 2131:20, 2156:19, 2231:19, 2241:5
  **CERTIFICATION** [1] - 2241:18
  **CERTIFY** [1] - 2241:19
  **cetera** [5] - 2126:19, 2135:2, 2169:4, 2202:25, 2220:23
  **chain** [1] - 2199:16
  **change** [5] - 2096:19, 2107:10, 2123:4, 2123:11, 2152:25
  **changed** [3] - 2084:17, 2197:25, 2198:12
  **changer** [1] - 2123:3
  **changing** [1] - 2231:22
  **channel** [3] - 2123:3, 2123:4, 2123:11
  **character** [1] - 2163:15
  **charge** [5] - 2123:20, 2124:3, 2124:9, 2124:10
  **charging** [1] - 2123:24
  **chart** [2] - 2220:20, 2235:17
  **chip** [13] - 2101:8, 2114:15, 2114:18, 2115:16, 2115:20, 2115:25, 2116:1, 2116:2, 2116:18, 2116:19, 2117:3
  **chips** [9] - 2113:21, 2114:15, 2115:24, 2116:3, 2116:11, 2116:16, 2116:20, 2116:22
  **choice** [5] - 2094:2, 2096:1, 2096:16, 2124:15, 2163:24
  **choices** [1] - 2118:18
  **choose** [1] - 2231:18
  **chosen** [3] - 2131:12, 2156:17, 2195:18
  **circuit** [1] - 2115:18
  **Circuit** [3] - 2077:12, 2077:15, 2117:19
  **citation** [2] - 2186:25, 2239:10
  **citations** [6] - 2112:21, 2143:24, 2206:17, 2233:24, 2234:1, 2240:9
  **cite** [5] - 2093:7, 2093:13, 2144:10, 2233:21, 2238:18
  **cites** [4] - 2099:6, 2144:1, 2148:22, 2233:22
  **city** [1] - 2145:10
  **City** [1] - 2117:19
  **claim** [255] - 2076:19, 2076:20, 2089:20, 2090:2, 2090:3, 2090:8, 2090:9, 2090:11, 2091:19, 2092:1, 2092:2, 2097:7, 2097:8, 2098:6, 2098:9, 2098:12, 2098:18, 2099:13, 2099:16, 2105:1, 2109:6, 2109:11, 2110:9, 2110:20, 2110:22, 2110:23, 2111:10, 2111:13, 2112:4, 2112:20, 2112:22, 2112:23, 2113:1, 2118:5, 2118:11, 2118:23, 2118:24, 2120:2, 2125:14, 2125:16, 2128:15, 2128:18, 2128:23, 2128:25, 2131:22, 2132:23, 2132:25, 2133:10, 2133:12, 2133:13, 2133:14, 2133:15, 2133:17, 2133:18, 2133:19,

2133:21, 2133:23, 2133:25, 2134:7, 2134:8, 2134:9, 2134:11, 2134:14, 2134:15, 2134:16, 2134:22, 2135:5, 2135:7, 2139:17, 2140:6, 2140:7, 2140:9, 2141:9, 2141:11, 2141:12, 2141:16, 2142:20, 2143:1, 2145:15, 2147:5, 2153:21, 2153:23, 2155:3, 2155:5, 2155:7, 2155:10, 2155:14, 2155:16, 2155:17, 2155:18, 2155:21, 2155:23, 2156:1, 2156:3, 2156:13, 2156:15, 2156:24, 2156:25, 2157:13, 2157:14, 2158:5, 2159:15, 2159:21, 2160:3, 2160:4, 2160:6, 2160:7, 2160:8, 2160:15, 2160:18, 2162:2, 2162:4, 2162:7, 2162:10, 2162:11, 2162:12, 2162:14, 2164:5, 2164:6, 2164:8, 2164:9, 2164:12, 2164:16, 2164:20, 2165:2, 2165:18, 2165:23, 2166:1, 2166:12, 2166:15, 2166:21, 2167:2, 2167:8, 2168:3, 2168:4, 2168:14, 2168:23, 2169:19, 2169:21, 2169:23, 2170:14, 2170:15, 2170:22, 2171:1, 2171:2, 2171:4, 2171:5, 2171:7, 2171:9, 2171:12, 2171:14, 2172:25, 2173:5, 2173:8, 2173:11, 2173:12, 2173:13, 2173:20, 2174:2, 2174:5, 2174:8, 2175:6, 2178:20, 2179:12, 2179:16, 2179:20, 2181:3, 2181:5, 2181:20, 2181:21, 2187:9, 2190:8, 2191:12, 2193:18, 2193:23, 2194:2, 2194:3, 2194:4, 2194:11, 2194:18, 2194:19, 2195:3, 2195:4, 2195:11, 2195:13, 2195:14, 2195:19, 2195:20, 2195:21, 2195:24, 2195:25, 2199:3, 2199:5, 2199:8, 2199:14, 2199:15, 2201:8, 2201:9, 2201:11, 2201:17, 2201:20, 2202:2, 2202:7, 2202:14, 2202:17, 2202:18, 2203:2, 2203:3, 2203:9, 2203:10, 2203:21, 2203:23, 2204:4, 2204:8, 2204:24, 2204:25, 2205:1, 2205:2, 2205:17, 2205:18, 2205:20, 2205:24, 2205:25, 2206:17, 2221:18, 2222:11, 2222:12, 2233:14, 2234:7, 2235:22, 2236:13, 2239:3
  **claimed** [3] - 2226:3, 2235:8, 2237:4
  **claims** [97] - 2090:5, 2090:12, 2097:9, 2097:19, 2097:21, 2098:1, 2109:25, 2110:18, 2111:1, 2111:3, 2111:22, 2112:12, 2112:25, 2132:15, 2132:17, 2132:19, 2132:22, 2133:1, 2133:3, 2133:4, 2133:7, 2133:8, 2133:9, 2134:5, 2134:12, 2134:13, 2134:14, 2136:19, 2136:23, 2137:15, 2137:23, 2137:25, 2140:5, 2141:21, 2155:24, 2160:25, 2161:2, 2162:6, 2163:20, 2164:10, 2164:22, 2165:5, 2166:8, 2167:7, 2167:10, 2167:19, 2170:17, 2170:19, 2170:25, 2172:13, 2173:4, 2174:18, 2174:20, 2174:25, 2175:2, 2175:9, 2175:11, 2178:20, 2179:11, 2180:25, 2185:23, 2190:6, 2190:7, 2192:11,

2194:7, 2196:8, 2197:15, 2199:10, 2199:11, 2199:13, 2200:14, 2200:23, 2201:1, 2201:18, 2202:9, 2202:22, 2204:16, 2206:3, 2206:8, 2206:12, 2217:10, 2220:4, 2220:7, 2220:11, 2221:6, 2221:7, 2221:25, 2222:1, 2222:6, 2222:16, 2222:23, 2234:12, 2235:12, 2235:13, 2235:21, 2235:24

**clarification** [1] - 2172:20
**clarify** [1] - 2176:6
**clarifying** [1] - 2233:15
**CLARK** [1] - 2076:3
**classic** [1] - 2085:16
**clear** [8] - 2080:12, 2099:3, 2147:2, 2191:17, 2225:8, 2233:15, 2235:10, 2239:7
**clearly** [6] - 2079:6, 2141:1, 2145:17, 2181:9, 2187:18, 2224:5
**CLERK** [1] - 2079:25
**click** [7] - 2103:2, 2103:4, 2104:4, 2104:5, 2216:5, 2216:7, 2216:8
**clicking** [2] - 2213:3, 2213:5
**client** [3] - 2104:1, 2104:2, 2106:22
**client-server** [1] - 2104:1
**close** [2] - 2207:10, 2208:24
**coax** [1] - 2142:10
**code** [5] - 2084:17, 2084:20, 2086:2, 2122:11, 2207:3, 2207:4, 2233:21
**codec** [3] - 2115:16, 2115:17
**coder/decoder** [1] - 2115:18
**coding** [2] - 2115:19, 2117:13
**colleague** [1] - 2240:20
**collect** [1] - 2114:23
**collection** [2] - 2085:22, 2199:23
**collections** [1] - 2079:14
**colors** [1] - 2114:9
**column** [4] - 2093:14, 2220:22, 2221:1
**Column** [4] - 2098:23, 2098:24, 2099:1, 2119:13
**columns** [1] - 2220:19
**combination** [3] - 2168:1, 2194:2, 2206:13
**combine** [6] - 2173:1, 2185:15, 2186:5, 2186:7, 2200:25, 2203:14
**combined** [3] - 2175:23, 2185:13, 2219:20
**combining** [1] - 2172:21
**coming** [2] - 2134:12, 2228:4
**command** [12] - 2103:5, 2145:4, 2154:3, 2157:15, 2157:18, 2160:9, 2168:9, 2171:19, 2171:21, 2172:1, 2195:16, 2196:2
**commands** [15] - 2085:22, 2165:7, 2168:6, 2171:7, 2173:15, 2173:23, 2188:1, 2198:13, 2204:2, 2209:7, 2212:13, 2212:16, 2214:11, 2221:21, 2221:24
**comment** [1] - 2159:9
**commercial** [1] - 2209:5
**common** [1] - 2107:20

**communication** [4] - 2100:1, 2105:4, 2182:7, 2233:1
**Communication** [1] - 2226:2
**Communications** [1] - 2217:25
**communications** [14] - 2119:18, 2119:23, 2119:24, 2141:13, 2141:14, 2141:25, 2142:2, 2165:1, 2181:21, 2186:17, 2202:8, 2221:14, 2230:22, 2230:23
**Compact** [1] - 2208:7
**compact** [3] - 2209:24, 2210:12, 2211:2
**companies** [1] - 2106:5
**company** [2] - 2105:25, 2223:25
**comparable** [10] - 2225:1, 2225:14, 2225:15, 2225:18, 2225:24, 2226:7, 2226:20, 2226:25, 2227:1, 2227:8
**compare** [2] - 2137:22
**compared** [1] - 2096:5
**completely** [2] - 2109:2, 2110:15
**complicated** [1] - 2234:10
**components** [1] - 2114:19
**compressed** [12] - 2081:23, 2082:3, 2088:11, 2088:24, 2089:3, 2099:17, 2099:22, 2142:15, 2142:21, 2162:16, 2182:4, 2232:23
**compression** [4] - 2142:20, 2142:22, 2142:23, 2142:24
**comprising** [2] - 2167:25, 2181:6
**computer** [60] - 2088:19, 2101:6, 2101:10, 2101:11, 2101:12, 2101:13, 2102:25, 2103:7, 2104:25, 2105:6, 2107:5, 2107:9, 2107:11, 2107:20, 2108:16, 2108:18, 2108:21, 2110:11, 2110:12, 2113:15, 2113:16, 2113:20, 2113:22, 2114:13, 2116:12, 2116:16, 2116:22, 2116:23, 2119:17, 2119:19, 2123:23, 2133:24, 2137:9, 2144:22, 2144:23, 2146:4, 2146:5, 2150:4, 2150:9, 2150:12, 2160:21, 2162:17, 2162:18, 2171:22, 2172:3, 2173:9, 2182:19, 2184:11, 2186:21, 2186:24, 2188:3, 2189:3, 2189:9, 2189:12, 2200:3, 2205:3, 2206:10, 2234:8
**computers** [7] - 2099:19, 2099:24, 2101:6, 2102:21, 2114:25, 2126:19, 2182:5
**Computing** [1] - 2218:1
**concept** [3] - 2208:19, 2209:6, 2236:11
**concepts** [4] - 2207:23, 2219:20, 2220:1, 2220:21
**concern** [1] - 2231:13
**conclude** [3] - 2130:4, 2155:2, 2201:5
**concluded** [1] - 2201:7
**concludes** [4] - 2135:13, 2167:12, 2172:13, 2193:18
**conclusion** [3] - 2174:16, 2174:24, 2226:19
**confused** [2] - 2109:16, 2140:4
**confusing** [1] - 2100:23

**connect** [13] - 2102:5, 2106:1, 2106:24, 2107:4, 2107:11, 2107:19, 2108:6, 2108:14, 2116:11, 2116:20, 2117:4, 2120:21, 2191:11
**connection** [13] - 2102:6, 2102:9, 2113:12, 2113:13, 2119:5, 2119:9, 2120:7, 2120:16, 2123:15, 2142:11, 2142:13, 2206:21
**connector** [8] - 2113:9, 2113:11, 2114:10, 2116:14, 2151:11, 2151:12
**connectors** [9] - 2113:6, 2113:7, 2113:8, 2114:8, 2116:16, 2151:9, 2151:10, 2151:13, 2151:21
**connects** [4] - 2113:15, 2113:19, 2119:23, 2119:24
**consider** [3] - 2131:6, 2224:20, 2232:4
**considered** [5] - 2124:13, 2127:11, 2137:14, 2137:17, 2178:10
**consisting** [1] - 2129:4
**consists** [2] - 2102:18
**construction** [26] - 2089:20, 2091:19, 2097:24, 2098:18, 2099:14, 2105:2, 2112:4, 2118:23, 2118:25, 2120:2, 2129:1, 2131:23, 2141:13, 2141:16, 2158:5, 2159:21, 2160:16, 2160:18, 2168:18, 2168:20, 2169:19, 2171:16, 2179:12, 2232:24, 2233:14, 2234:7
**constructions** [2] - 2141:11, 2179:7
**construed** [2] - 2110:10, 2118:12
**consumer** [1] - 2117:17
**contain** [1] - 2163:15
**content** [3] - 2140:16, 2224:9, 2224:10
**contents** [1] - 2163:6
**contested** [1] - 2165:8
**context** [15] - 2119:14, 2165:5, 2201:18, 2203:2, 2203:9, 2203:22, 2204:1, 2204:8, 2204:24, 2205:1, 2205:4, 2205:8, 2205:17, 2205:18, 2205:24
**continue** [5] - 2148:3, 2165:17, 2180:14, 2191:16, 2202:21
**CONTINUED** [1] - 2081:1
**continuing** [12] - 2157:16, 2157:21, 2160:12, 2166:6, 2166:14, 2166:18, 2166:25, 2168:12, 2173:24, 2173:25, 2193:8, 2196:5
**continuous** [2] - 2091:12, 2189:1
**continuously** [13] - 2091:10, 2091:15, 2091:16, 2093:1, 2112:24, 2147:18, 2165:24, 2168:8, 2188:13, 2188:14, 2202:16, 2204:4, 2236:14
**contrary** [1] - 2077:23
**control** [6] - 2094:1, 2168:6, 2172:5, 2173:15, 2173:23, 2204:2
**controller** [1] - 2106:18
**Controller** [1] - 2106:19
**controlling** [1] - 2188:2
**controls** [11] - 2147:3, 2147:6, 2147:8, 2154:2, 2156:18, 2165:6, 2188:1, 2188:2, 2188:9, 2196:17, 2202:12

**conventional** [1] - 2169:3
**conversion** [1] - 2151:22
**converter** [4] - 2115:16, 2150:6, 2150:18
**copies** [1] - 2144:5
**copyright** [1] - 2177:18
**copyrighted** [1] - 2177:21
**Cordell** [3] - 2076:7, 2135:24, 2230:8
**CORDELL** [35] - 2076:14, 2077:10, 2077:25, 2130:4, 2135:22, 2229:20, 2230:16, 2230:25, 2232:12, 2232:15, 2232:19, 2233:6, 2233:8, 2233:13, 2233:19, 2234:3, 2235:3, 2235:18, 2235:23, 2236:2, 2236:10, 2237:1, 2237:8, 2237:14, 2237:21, 2238:4, 2238:14, 2238:19, 2238:25, 2239:15, 2239:19, 2239:23, 2239:25, 2240:16, 2241:7
**correct** [34] - 2086:5, 2088:10, 2089:10, 2098:8, 2111:8, 2118:2, 2130:16, 2131:3, 2137:13, 2139:6, 2140:11, 2141:19, 2141:23, 2147:12, 2147:15, 2154:5, 2158:3, 2160:17, 2171:15, 2172:15, 2180:20, 2182:22, 2189:6, 2189:16, 2189:24, 2196:11, 2197:14, 2214:15, 2222:21, 2224:1, 2224:21, 2229:20, 2235:3, 2235:15
**CORRECT** [1] - 2241:20
**correctly** [2] - 2078:15, 2239:6
**cost** [1] - 2131:13
**counsel** [5] - 2088:1, 2129:17, 2130:8, 2149:22, 2179:22
**counter** [2] - 2213:4, 2213:6
**country** [1] - 2102:4
**couple** [10] - 2085:19, 2107:25, 2117:22, 2118:19, 2132:21, 2167:19, 2176:7, 2196:21, 2222:7, 2224:19
**coupled** [1] - 2186:17
**course** [10] - 2078:24, 2078:25, 2079:8, 2138:20, 2156:4, 2205:22, 2205:25, 2208:13, 2227:6, 2237:9
**Court** [1] - 2077:17
**court** [32] - 2076:22, 2097:24, 2099:9, 2110:10, 2110:23, 2111:12, 2118:12, 2129:25, 2131:22, 2137:4, 2142:5, 2143:7, 2146:8, 2146:9, 2152:10, 2156:10, 2169:15, 2171:20, 2180:12, 2225:16, 2226:4, 2226:21, 2227:14, 2231:3, 2231:15, 2231:19, 2232:9, 2233:20, 2233:23, 2236:22, 2238:5, 2238:18
**COURT** [91] - 2076:4, 2076:6, 2076:16, 2077:14, 2078:2, 2079:23, 2080:1, 2080:8, 2080:16, 2080:20, 2085:14, 2086:25, 2087:4, 2087:6, 2087:9, 2087:15, 2100:9, 2104:17, 2109:18, 2129:17, 2129:22, 2130:2, 2130:6, 2130:8, 2130:21, 2131:1, 2131:4, 2135:19, 2135:21, 2135:23, 2138:25, 2148:13, 2148:24, 2149:2, 2149:4, 2149:9, 2179:22, 2180:2, 2180:9,

2180:14, 2197:18, 2197:21, 2197:25, 2198:4, 2206:20, 2207:5, 2207:9, 2210:7, 2214:6, 2227:12, 2227:16, 2227:22, 2227:25, 2229:15, 2229:17, 2229:21, 2230:4, 2230:10, 2230:14, 2230:23, 2231:1, 2232:13, 2232:17, 2233:2, 2233:7, 2233:12, 2233:18, 2233:25, 2234:21, 2235:10, 2235:20, 2236:1, 2236:6, 2236:24, 2237:7, 2237:13, 2237:19, 2238:3, 2238:11, 2238:17, 2238:21, 2239:12, 2239:18, 2239:21, 2239:24, 2240:1, 2240:11, 2240:18, 2240:23, 2241:15, 2241:18
**court's** [12] - 2099:13, 2105:1, 2118:23, 2128:25, 2165:21, 2169:19, 2176:15, 2179:12, 2230:17, 2231:3, 2233:14, 2234:7
**courtroom** [5] - 2080:19, 2129:21, 2130:7, 2180:1, 2229:14
**cover** [1] - 2165:12
**covered** [1] - 2167:22
**created** [1] - 2237:24
**creates** [1] - 2088:23
**creating** [1] - 2221:15
**cross** [3] - 2229:18, 2241:9, 2241:14
**cryptic** [1] - 2143:14
**cumbersome** [1] - 2120:22
**current** [10] - 2094:7, 2095:6, 2095:18, 2166:21, 2174:3, 2188:25, 2203:3, 2204:23, 2205:18, 2213:7
**CurrentPlay** [12] - 2152:15, 2152:24, 2153:11, 2190:22, 2191:7, 2191:8, 2191:10, 2191:19, 2191:22, 2192:7, 2198:17, 2234:18
**cursor** [2] - 2213:4, 2213:6
**cut** [13] - 2087:20, 2147:22, 2147:25, 2148:6, 2152:11, 2152:22, 2153:5, 2153:7, 2154:14, 2161:7, 2161:11, 2161:14, 2161:15
**cuts** [7] - 2143:13, 2143:17, 2143:18, 2144:13, 2163:8, 2163:15, 2165:16
**cylinders** [1] - 2208:21

# D

**D-to-A** [2] - 2150:18
**DAD** [109] - 2137:3, 2138:4, 2138:8, 2138:15, 2139:16, 2139:19, 2139:21, 2140:18, 2140:20, 2141:1, 2141:3, 2141:4, 2142:1, 2142:3, 2142:6, 2142:15, 2142:25, 2143:21, 2143:24, 2144:19, 2145:16, 2145:17, 2145:18, 2145:22, 2145:25, 2146:8, 2146:9, 2146:16, 2146:18, 2146:23, 2147:3, 2147:4, 2147:16, 2147:21, 2150:2, 2150:8, 2150:21, 2150:22, 2151:5, 2152:1, 2152:5, 2153:1, 2153:3, 2153:17, 2154:7, 2154:8, 2155:5, 2155:7, 2155:8, 2156:8, 2157:6, 2158:13, 2158:23, 2161:1, 2162:3,

2163:20, 2164:1, 2167:11, 2169:11, 2169:21, 2169:24, 2170:1, 2170:5, 2170:9, 2171:25, 2172:5, 2172:17, 2172:18, 2174:6, 2174:7, 2174:10, 2174:11, 2174:12, 2174:14, 2174:16, 2174:17, 2174:21, 2174:23, 2175:1, 2175:9, 2175:10, 2179:1, 2179:8, 2179:14, 2206:18, 2219:21, 2220:9, 2223:7, 2223:8, 2223:10, 2223:11, 2224:6, 2224:10, 2224:11, 2224:14
**damages** [8] - 2076:20, 2130:2, 2229:18, 2237:15, 2237:17, 2237:23, 2239:4, 2241:10
**Data** [6] - 2225:7, 2225:12, 2225:18, 2226:6, 2226:8
**data** [27] - 2082:19, 2082:20, 2106:19, 2106:20, 2107:15, 2108:7, 2108:10, 2108:11, 2119:4, 2121:6, 2129:4, 2130:18, 2141:14, 2142:20, 2142:22, 2152:6, 2162:18, 2165:13, 2165:15, 2168:22, 2168:24, 2169:3, 2199:24, 2200:4, 2200:8, 2205:7, 2214:21
**database** [19] - 2081:12, 2081:20, 2082:11, 2082:13, 2082:20, 2083:2, 2083:12, 2084:2, 2084:4, 2088:11, 2088:16, 2088:17, 2088:19, 2088:24, 2089:3, 2218:22, 2218:24, 2219:6
**date** [16] - 2138:14, 2138:18, 2138:20, 2138:23, 2139:4, 2139:9, 2139:11, 2139:12, 2140:3, 2155:9, 2178:16, 2213:12, 2213:14, 2217:22
**DATE** [1] - 2241:19
**dates** [1] - 2178:15
**days** [4] - 2101:16, 2114:4, 2117:22, 2118:19
**DB** [3] - 2081:19, 2081:21, 2150:17
**DDX** [3] - 2094:12, 2132:10, 2197:20
**deal** [3] - 2087:21, 2207:10, 2214:15
**dealing** [4] - 2150:11, 2221:14, 2226:4, 2235:15
**deals** [2] - 2166:12, 2202:7
**dealt** [2] - 2167:18, 2232:5
**December** [2] - 2218:4, 2218:6
**decide** [2] - 2108:16, 2232:9
**decided** [1] - 2215:1
**declaration** [1] - 2078:2
**decoding** [1] - 2115:19
**deep** [1] - 2101:8
**default** [2] - 2094:16, 2094:19
**defendant** [1] - 2231:15
**Defendant's** [63] - 2075:1, 2075:2, 2075:3, 2075:4, 2075:5, 2075:6, 2075:7, 2075:8, 2075:9, 2075:10, 2075:11, 2075:12, 2075:13, 2075:14, 2075:15, 2075:16, 2075:17, 2075:18, 2075:19, 2075:20, 2075:21, 2075:22, 2075:23, 2075:24, 2075:25, 2079:11, 2079:17, 2106:9, 2122:4, 2124:25, 2128:8, 2128:11, 2140:20, 2142:17, 2146:24, 2147:21, 2151:5, 2153:4, 2154:12, 2156:7, 2161:6, 2163:5, 2176:20,

**2176**:21, **2181**:10, **2182**:24, **2187**:20, **2194**:16, **2195**:8, **2209**:15, **2210**:10, **2212**:5, **2212**:19, **2213**:2, **2213**:9, **2213**:16, **2214**:7, **2215**:17, **2215**:20, **2216**:15, **2217**:3, **2217**:13, **2219**:11

**defendants** [1] - **2231**:14
**deficiencies** [1] - **2076**:23
**deficiency** [1] - **2237**:5
**defined** [6] - **2129**:1, **2169**:14, **2171**:20, **2172**:10, **2228**:10, **2233**:4
**definitely** [4] - **2084**:22, **2089**:15, **2150**:23, **2195**:2
**definition** [10] - **2099**:10, **2099**:11, **2099**:20, **2105**:2, **2118**:7, **2128**:20, **2140**:10, **2140**:14, **2176**:16, **2228**:7
**definitions** [1] - **2140**:13
**deleted** [1] - **2088**:21
**delivering** [7] - **2091**:17, **2112**:24, **2147**:19, **2187**:17, **2188**:13, **2188**:14, **2236**:15
**delivers** [1] - **2181**:16
**Delivery** [1] - **2217**:17
**delivery** [1] - **2137**:3
**demand** [1] - **2195**:19
**demonstrated** [5] - **2137**:4, **2144**:4, **2146**:21, **2161**:23, **2164**:3
**demonstrating** [2] - **2127**:17, **2210**:14
**demonstration** [4] - **2138**:3, **2138**:6, **2157**:7, **2178**:22
**demonstrative** [1] - **2148**:20
**dependent** [12] - **2097**:9, **2132**:19, **2133**:7, **2133**:9, **2134**:4, **2134**:13, **2134**:14, **2134**:22, **2155**:21, **2199**:14, **2199**:15, **2199**:16
**DEPUTY** [1] - **2079**:25
**describe** [11] - **2158**:4, **2164**:2, **2184**:6, **2194**:13, **2201**:11, **2210**:10, **2211**:8, **2212**:7, **2215**:21, **2217**:24, **2220**:18
**described** [11] - **2120**:1, **2120**:9, **2126**:16, **2169**:18, **2198**:22, **2198**:23, **2213**:1, **2215**:20, **2218**:17, **2219**:1, **2226**:20
**describes** [6] - **2143**:7, **2143**:9, **2158**:23, **2170**:9, **2226**:1, **2227**:3
**describing** [7] - **2086**:14, **2086**:22, **2117**:6, **2159**:15, **2162**:19, **2177**:9, **2200**:4
**description** [7] - **2119**:6, **2145**:1, **2165**:13, **2165**:14, **2181**:10, **2214**:21, **2224**:14
**descriptions** [2] - **2208**:20, **2219**:1
**desktop** [1] - **2150**:12
**detail** [3] - **2112**:17, **2131**:10, **2205**:4
**detect** [1] - **2171**:25
**detecting** [5] - **2168**:9, **2171**:14, **2171**:18, **2171**:20, **2204**:6
**detects** [1] - **2172**:3
**determine** [1] - **2135**:3
**determining** [1] - **2124**:17
**developed** [1] - **2184**:8

**device** [18] - **2094**:23, **2107**:5, **2111**:12, **2123**:20, **2129**:5, **2139**:21, **2140**:1, **2140**:15, **2141**:1, **2155**:15, **2172**:7, **2173**:13, **2181**:9, **2181**:18, **2205**:6, **2210**:17, **2212**:12, **2215**:6
**device's** [1] - **2118**:21
**devices** [19] - **2081**:13, **2082**:10, **2082**:24, **2090**:22, **2091**:2, **2093**:21, **2093**:24, **2105**:13, **2107**:23, **2108**:4, **2112**:5, **2118**:17, **2131**:13, **2131**:21, **2169**:16, **2179**:13, **2191**:4, **2209**:23, **2212**:14
**dialing** [1] - **2101**:18
**dialup** [1] - **2169**:4
**Diane** [1] - **2078**:3
**differ** [2] - **2097**:10, **2193**:15
**difference** [18] - **2090**:24, **2091**:4, **2096**:14, **2108**:23, **2108**:24, **2108**:25, **2110**:14, **2111**:6, **2121**:2, **2121**:4, **2121**:12, **2121**:19, **2123**:17, **2123**:19, **2124**:21, **2240**:2, **2240**:4
**differences** [14] - **2084**:1, **2085**:19, **2088**:8, **2090**:17, **2090**:18, **2121**:2, **2124**:5, **2124**:6, **2124**:10, **2126**:3, **2126**:7, **2127**:4, **2127**:12, **2132**:4
**different** [48] - **2077**:17, **2081**:25, **2082**:12, **2082**:13, **2083**:21, **2084**:3, **2084**:17, **2085**:25, **2086**:14, **2086**:15, **2089**:12, **2096**:3, **2096**:23, **2097**:11, **2103**:15, **2103**:18, **2108**:13, **2111**:4, **2111**:18, **2111**:19, **2114**:9, **2117**:3, **2117**:4, **2117**:7, **2124**:19, **2125**:8, **2127**:10, **2131**:15, **2132**:3, **2143**:14, **2143**:18, **2159**:11, **2159**:12, **2159**:25, **2169**:2, **2170**:6, **2170**:10, **2175**:16, **2185**:21, **2192**:24, **2197**:22, **2211**:10, **2212**:24, **2235**:12, **2235**:13, **2235**:21, **2236**:12, **2238**:23
**differently** [1] - **2232**:10
**Digeo** [8] - **2225**:7, **2225**:22, **2225**:23, **2225**:25, **2226**:14, **2226**:18, **2226**:20
**digital** [24] - **2099**:17, **2099**:22, **2133**:24, **2137**:3, **2140**:15, **2140**:22, **2141**:2, **2141**:6, **2141**:7, **2142**:15, **2142**:21, **2145**:20, **2150**:6, **2150**:15, **2151**:12, **2151**:22, **2162**:16, **2173**:9, **2181**:17, **2181**:19, **2182**:3, **2186**:16, **2205**:3, **2232**:22
**digital-to-analog** [1] - **2151**:22
**digital-to-audio** [1] - **2150**:6
**digitally** [1] - **2140**:23
**digitized** [1] - **2142**:23
**direct** [1] - **2123**:14
**DIRECT** [1] - **2081**:1
**direction** [1] - **2211**:14
**directly** [2] - **2113**:15, **2120**:3
**Disc** [1] - **2208**:7
**disclose** [3] - **2182**:25, **2190**:12, **2193**:23
**disclosed** [1] - **2185**:13
**discloses** [2] - **2191**:2, **2200**:16

**Discman** [8] - **2209**:17, **2210**:1, **2210**:12, **2213**:10, **2216**:25, **2217**:2, **2219**:17
**Discmen** [2] - **2209**:24, **2217**:1
**discontinue** [2] - **2166**:4, **2202**:19
**discontinuing** [8] - **2153**:24, **2157**:19, **2166**:13, **2166**:17, **2166**:24, **2193**:6, **2196**:3, **2202**:25
**discrete** [1] - **2114**:19
**discuss** [6] - **2118**:8, **2186**:14, **2207**:6, **2207**:15, **2215**:18, **2222**:14
**discussed** [18] - **2112**:17, **2118**:16, **2119**:12, **2121**:5, **2132**:1, **2142**:9, **2158**:16, **2164**:15, **2165**:1, **2201**:18, **2203**:9, **2204**:8, **2205**:1, **2205**:16, **2205**:18, **2205**:23, **2206**:21, **2225**:15
**discussing** [2] - **2223**:2, **2226**:21
**discussion** [15] - **2079**:13, **2085**:10, **2118**:19, **2119**:8, **2137**:8, **2140**:21, **2142**:4, **2142**:20, **2151**:2, **2167**:22, **2172**:4, **2187**:17, **2197**:24, **2200**:18, **2207**:15
**discussions** [1] - **2164**:13
**disk** [18] - **2082**:10, **2082**:23, **2083**:1, **2083**:16, **2107**:21, **2122**:14, **2129**:6, **2146**:1, **2146**:3, **2146**:6, **2146**:7, **2169**:5, **2169**:17, **2186**:24, **2209**:24, **2210**:13, **2210**:15, **2211**:2
**diskette** [1] - **2169**:13
**display** [13] - **2101**:8, **2156**:3, **2156**:6, **2156**:25, **2165**:22, **2194**:19, **2194**:24, **2195**:5, **2202**:14, **2214**:20, **2216**:17, **2222**:2, **2222**:4
**displayable** [3] - **2165**:14, **2201**:23, **2202**:14
**displayed** [1] - **2152**:22
**displaying** [2] - **2156**:4, **2194**:20
**displays** [2] - **2163**:6, **2163**:13
**dispute** [4] - **2105**:12, **2105**:14, **2147**:7, **2188**:6
**distributing** [3] - **2226**:10, **2227**:4, **2227**:9
**distribution** [1] - **2226**:3
**division** [1] - **2239**:17
**doctor** [2] - **2120**:17, **2189**:22
**doctoral** [1] - **2078**:5
**doctrine** [10] - **2109**:5, **2109**:22, **2110**:4, **2111**:2, **2111**:16, **2111**:17, **2230**:20, **2232**:1, **2232**:14, **2232**:21
**document** [7] - **2106**:15, **2122**:10, **2143**:7, **2155**:14, **2177**:21, **2177**:22, **2204**:14
**documents** [2] - **2105**:21, **2105**:23
**done** [7] - **2091**:18, **2110**:9, **2110**:11, **2201**:19, **2206**:24, **2232**:6, **2239**:22
**door** [1] - **2123**:3
**dot** [1] - **2081**:14
**down** [19] - **2080**:2, **2083**:11, **2084**:10, **2085**:20, **2086**:13, **2094**:9, **2095**:20, **2096**:16, **2100**:8, **2134**:12, **2161**:7,

2169:4, 2177:24, 2200:2, 2221:22, 2229:3, 2229:15, 2230:15, 2232:17

**download** [10] - 2097:20, 2097:21, 2097:22, 2097:23, 2099:2, 2119:25, 2121:6, 2145:4, 2145:5, 2184:4

**downloaded** [7] - 2143:6, 2144:15, 2144:21, 2144:23, 2162:17, 2184:1, 2200:2

**downloading** [32] - 2098:12, 2099:4, 2099:10, 2099:17, 2100:20, 2105:2, 2110:21, 2121:15, 2141:15, 2141:17, 2141:25, 2143:19, 2144:17, 2144:20, 2145:8, 2182:20, 2183:2, 2183:4, 2183:8, 2183:14, 2183:25, 2184:4, 2184:15, 2185:4, 2200:15, 2200:16, 2204:9, 2204:12, 2208:25, 2209:3, 2209:5, 2232:22

**downloads** [1] - 2144:7

**Dr** [139] - 2079:21, 2080:3, 2080:12, 2081:3, 2083:8, 2083:22, 2085:4, 2089:11, 2095:23, 2096:4, 2097:1, 2097:16, 2100:3, 2100:7, 2100:13, 2101:20, 2103:15, 2104:15, 2104:20, 2106:13, 2109:23, 2110:7, 2110:17, 2113:2, 2115:1, 2115:10, 2118:4, 2118:9, 2118:24, 2120:2, 2120:12, 2120:23, 2121:3, 2121:13, 2122:7, 2123:18, 2124:6, 2124:23, 2125:2, 2125:9, 2126:13, 2126:20, 2128:15, 2129:8, 2129:11, 2130:12, 2131:1, 2131:6, 2131:14, 2131:16, 2132:12, 2135:13, 2136:2, 2136:13, 2137:11, 2138:1, 2138:5, 2138:11, 2139:15, 2140:17, 2141:11, 2145:13, 2145:19, 2146:11, 2148:19, 2149:6, 2149:25, 2151:23, 2153:22, 2155:3, 2155:17, 2156:2, 2157:12, 2162:1, 2163:19, 2165:17, 2167:6, 2168:16, 2169:20, 2170:18, 2172:12, 2172:16, 2172:20, 2173:3, 2174:6, 2174:15, 2175:2, 2175:12, 2176:6, 2177:19, 2178:6, 2178:10, 2180:18, 2182:1, 2182:10, 2184:6, 2185:12, 2189:25, 2190:24, 2193:19, 2195:12, 2196:15, 2198:8, 2199:4, 2199:18, 2200:15, 2200:22, 2201:12, 2203:10, 2205:12, 2206:1, 2206:14, 2206:25, 2207:2, 2207:13, 2207:25, 2210:6, 2210:9, 2211:8, 2213:8, 2214:8, 2214:11, 2215:15, 2217:8, 2217:15, 2217:24, 2219:10, 2219:19, 2221:9, 2222:18, 2226:17, 2226:22, 2229:18, 2229:25, 2233:8, 2233:22, 2235:6, 2241:9

**dragging** [1] - 2167:20

**dreadfully** [1] - 2100:23

**drive** [18] - 2081:13, 2081:21, 2083:11, 2088:12, 2107:21, 2108:3, 2108:8, 2108:9, 2131:7, 2144:6, 2146:2, 2146:3, 2146:6, 2146:9, 2186:20, 2240:23

**drives** [4] - 2131:9, 2131:10, 2144:14, 2146:1

**Dulcimer** [15] - 2081:12, 2081:19, 2081:21, 2082:11, 2082:19, 2083:2, 2083:12, 2084:4, 2088:11, 2088:18, 2088:22, 2088:24, 2089:3, 2122:9, 2122:10

**during** [5] - 2078:23, 2088:14, 2122:8, 2214:13, 2230:2

**dynamic** [1] - 2150:17

# E

**E-Data** [6] - 2225:7, 2225:12, 2225:18, 2226:6, 2226:8

**earphones** [1] - 2187:20

**easier** [4] - 2078:12, 2092:12, 2127:15, 2227:12

**easily** [1] - 2123:7

**echo** [1] - 2240:20

**education** [3] - 2176:10, 2176:14, 2192:3

**effect** [2] - 2090:6, 2134:21

**efficient** [1] - 2083:7

**efficiently** [1] - 2128:5

**either** [6] - 2078:19, 2109:4, 2129:4, 2137:18, 2164:4, 2196:9

**Elacqua** [4] - 2078:15, 2080:22, 2085:9, 2180:14

**ELACQUA** [101] - 2079:22, 2080:23, 2081:2, 2084:25, 2085:3, 2085:6, 2085:11, 2085:15, 2085:18, 2086:7, 2086:12, 2087:3, 2087:13, 2088:2, 2088:6, 2091:25, 2092:3, 2092:16, 2093:3, 2093:10, 2093:16, 2094:11, 2094:13, 2095:14, 2095:22, 2099:6, 2099:8, 2100:7, 2100:12, 2104:15, 2104:19, 2106:9, 2106:11, 2109:10, 2109:13, 2109:16, 2109:20, 2109:21, 2122:3, 2122:6, 2124:24, 2125:1, 2130:9, 2130:10, 2130:24, 2131:5, 2132:9, 2132:11, 2135:17, 2135:20, 2135:24, 2136:1, 2139:1, 2139:3, 2142:17, 2143:2, 2148:16, 2148:18, 2149:3, 2149:5, 2149:23, 2149:24, 2176:19, 2176:23, 2177:6, 2177:8, 2177:14, 2177:16, 2177:24, 2178:1, 2178:7, 2178:9, 2180:6, 2180:15, 2180:17, 2197:20, 2197:23, 2198:2, 2198:6, 2198:7, 2207:8, 2207:11, 2207:12, 2210:5, 2210:8, 2213:19, 2213:23, 2214:1, 2214:7, 2214:10, 2217:12, 2217:14, 2217:20, 2217:23, 2218:9, 2218:11, 2223:16, 2223:23, 2224:16, 2224:18, 2227:10

**Electronic** [1] - 2226:1

**electronic** [1] - 2233:5

**element** [24] - 2090:8, 2090:9, 2090:10, 2128:19, 2140:7, 2147:5, 2155:13, 2156:15, 2166:17, 2167:9, 2168:23, 2169:23, 2175:6, 2175:9, 2179:20, 2186:6, 2187:9, 2198:16, 2201:22,

2202:25, 2203:22

**elements** [12] - 2086:16, 2158:5, 2164:13, 2170:15, 2172:11, 2190:8, 2193:23, 2201:17, 2206:5, 2206:6, 2235:22

**email** [1] - 2127:8

**embodiment** [2] - 2234:23

**emphasized** [1] - 2082:21

**employees** [1] - 2085:5

**employing** [1] - 2156:17

**enabling** [1] - 2163:14

**ENCO** [1] - 2223:24

**end** [10] - 2092:9, 2094:3, 2199:3, 2216:22, 2216:23, 2222:10, 2236:19, 2236:21, 2239:1, 2239:5

**endless** [1] - 2232:6

**engage** [1] - 2239:16

**entered** [1] - 2208:17

**enters** [2] - 2080:19, 2130:7

**entire** [7] - 2115:21, 2115:25, 2116:2, 2132:25, 2171:5, 2189:1, 2239:3

**entitled** [1] - 2217:16

**entries** [3] - 2093:23, 2159:4, 2159:11

**entry** [6] - 2152:20, 2153:12, 2154:19, 2158:17, 2159:5, 2159:11

**enumeration** [1] - 2235:18

**equivalent** [23] - 2089:19, 2097:4, 2097:6, 2107:18, 2111:12, 2112:4, 2115:21, 2116:2, 2116:4, 2118:22, 2120:15, 2120:18, 2120:19, 2124:18, 2125:5, 2125:7, 2125:22, 2126:24, 2129:12, 2131:25, 2132:2, 2132:5, 2237:4

**equivalents** [28] - 2089:17, 2089:18, 2089:24, 2090:16, 2096:10, 2096:13, 2109:5, 2109:9, 2109:23, 2110:4, 2111:3, 2111:7, 2111:10, 2111:14, 2111:15, 2111:16, 2111:17, 2112:2, 2131:24, 2230:21, 2232:1, 2232:14, 2232:21, 2233:10, 2235:8, 2237:11, 2237:12

**era** [1] - 2137:10

**error** [1] - 2231:14

**especially** [4] - 2123:1, 2228:15, 2231:5, 2231:9

**essence** [1] - 2084:6

**essentially** [1] - 2103:22

**establish** [1] - 2148:15

**established** [1] - 2078:13

**establishes** [1] - 2085:21

**establishing** [5] - 2119:4, 2141:14, 2168:22, 2168:24, 2205:7

**et** [5] - 2126:19, 2135:2, 2169:4, 2202:25, 2220:23

**Ethernet** [2] - 2142:10, 2142:12

**evaluate** [1] - 2149:15

**evaluation** [1] - 2149:16

**event** [1] - 2230:3

**everywhere** [1] - 2087:23

**evidence** [10] - 2127:11, 2149:12,

2150:8, 2206:23, 2231:5, 2231:17,
2232:21, 2233:10, 2234:5, 2237:3
  **evidentiary** [1] - 2078:8
  **exact** [4] - 2134:6, 2172:5, 2184:1,
2207:6
  **exactly** [13] - 2110:13, 2110:25,
2116:25, 2156:5, 2179:12, 2184:7,
2190:23, 2191:5, 2192:13, 2193:14,
2211:11, 2211:20, 2229:9
  **EXAMINATION** [1] - 2081:1
  **examiner** [2] - 2137:17, 2137:21
  **example** [25] - 2082:14, 2086:3,
2089:25, 2102:24, 2107:9, 2108:2,
2108:8, 2108:18, 2110:8, 2110:21,
2117:10, 2117:12, 2150:7, 2158:15,
2159:9, 2159:10, 2164:14, 2189:20,
2201:19, 2215:10, 2216:25, 2220:3,
2220:10, 2224:11, 2236:2
  **examples** [1] - 2212:15
  **except** [1] - 2135:20
  **excuse** [8] - 2086:25, 2090:1, 2103:17,
2115:16, 2140:3, 2141:13, 2173:25,
2221:25
  **excused** [1] - 2229:13
  **executing** [2] - 2166:2, 2202:18
  **exercise** [1] - 2231:12
  **Exhibit** [76] - 2075:1, 2075:2, 2075:3,
2075:4, 2075:5, 2075:6, 2075:7, 2075:8,
2075:9, 2075:10, 2075:11, 2075:12,
2075:13, 2075:14, 2075:15, 2075:16,
2075:17, 2075:18, 2075:19, 2075:20,
2075:21, 2075:22, 2075:23, 2075:24,
2075:25, 2078:16, 2079:5, 2079:12,
2079:17, 2085:1, 2093:15, 2099:7,
2106:10, 2119:12, 2122:4, 2124:25,
2128:8, 2128:12, 2140:20, 2141:10,
2142:18, 2146:24, 2147:21, 2151:5,
2153:4, 2154:12, 2156:7, 2161:7,
2163:5, 2176:20, 2176:21, 2181:10,
2182:14, 2182:24, 2187:2, 2187:21,
2194:16, 2195:8, 2209:15, 2210:10,
2211:18, 2211:23, 2212:5, 2212:19,
2213:2, 2213:9, 2213:16, 2214:7,
2215:17, 2215:21, 2216:15, 2217:3,
2217:13, 2219:11, 2223:16
  **exhibit** [10] - 2085:8, 2087:8, 2122:4,
2128:7, 2128:10, 2188:8, 2212:2,
2213:8, 2214:4, 2215:14
  **Exhibits** [3] - 2079:1, 2079:9
  **exhibits** [2] - 2085:1, 2087:10
  **existed** [1] - 2177:3
  **existence** [1] - 2224:25
  **existing** [1] - 2220:15
  **exit** [3] - 2191:13, 2191:15
  **exits** [2] - 2129:21, 2180:1, 2229:14
  **experience** [5] - 2176:11, 2192:3,
2192:6, 2221:16, 2228:2
  **expert** [7] - 2130:3, 2148:14, 2148:22,
2149:14, 2206:21, 2229:18, 2241:10
  **experts** [4] - 2149:13, 2149:18, 2228:1,
2228:8

  **explain** [34] - 2081:9, 2091:6, 2092:5,
2093:18, 2097:17, 2098:15, 2099:10,
2100:8, 2100:18, 2101:23, 2104:22,
2105:16, 2107:1, 2111:23, 2116:8,
2122:23, 2124:12, 2132:17, 2136:4,
2136:13, 2139:15, 2139:24, 2141:24,
2143:23, 2149:13, 2150:1, 2164:7,
2167:16, 2170:4, 2175:14, 2180:21,
2182:4, 2185:18, 2189:7
  **explanation** [1] - 2104:20
  **explicitly** [2] - 2169:17, 2239:2
  **expressed** [1] - 2231:4
  **external** [1] - 2113:12

# F

  **F.2d** [1] - 2078:7
  **F.3d** [1] - 2239:10
  **facilitating** [1] - 2119:16
  **fact** [16] - 2082:21, 2098:11, 2105:21,
2117:8, 2120:19, 2124:16, 2142:7,
2183:25, 2189:10, 2197:3, 2208:20,
2212:15, 2214:22, 2215:10, 2237:15,
2237:24
  **factor** [3] - 2121:11, 2122:19, 2238:12
  **factors** [1] - 2238:1
  **facts** [1] - 2149:12
  **Fadell** [2] - 2124:14, 2131:9
  **Fadell's** [2] - 2122:8, 2122:9
  **failure** [1] - 2144:16
  **familiar** [4] - 2101:5, 2238:12, 2238:23
  **fancy** [1] - 2106:17
  **far** [9] - 2108:14, 2119:13, 2121:23,
2127:5, 2136:14, 2138:11, 2175:3,
2208:8, 2224:10
  **fast** [4] - 2083:4, 2086:24, 2093:24,
2121:7
  **fast-forward** [1] - 2086:24
  **faster** [2] - 2127:21, 2128:3
  **fear** [1] - 2106:7
  **feature** [2] - 2091:14, 2144:5
  **features** [3] - 2082:24, 2216:18,
2216:19
  **Federal** [2] - 2077:11, 2077:15
  **feedback** [1] - 2219:2
  **felt** [1] - 2227:8
  **few** [6] - 2077:22, 2115:3, 2141:10,
2166:7, 2170:19, 2227:15
  **field** [1] - 2165:16
  **fifth** [7] - 2088:9, 2088:15, 2089:8,
2090:1, 2090:8, 2091:16, 2112:23
  **Figure** [17] - 2092:4, 2092:8, 2092:13,
2092:14, 2092:17, 2093:4, 2096:14,
2100:4, 2100:6, 2100:8, 2100:13,
2104:21, 2181:11, 2182:14, 2187:2,
2195:8, 2234:21
  **figure** [2] - 2187:2, 2234:23
  **figures** [2] - 2100:16, 2103:7
  **file** [54] - 2091:22, 2092:9, 2099:18,
2099:23, 2119:4, 2121:15, 2141:20,

2143:3, 2143:5, 2143:10, 2144:18,
2144:20, 2144:21, 2153:25, 2156:16,
2157:2, 2157:20, 2157:22, 2158:9,
2159:3, 2159:20, 2160:23, 2165:1,
2166:14, 2166:19, 2166:25, 2167:1,
2168:22, 2168:24, 2182:9, 2182:11,
2184:2, 2184:9, 2184:12, 2184:13,
2184:16, 2185:6, 2185:9, 2191:16,
2193:8, 2196:25, 2197:3, 2199:23,
2202:20, 2202:22, 2205:7, 2214:23,
2231:16, 2232:24, 2234:16, 2236:19,
2236:21
  **filed** [2] - 2138:12, 2214:14
  **files** [29] - 2087:23, 2099:18, 2099:22,
2123:23, 2142:15, 2142:21, 2143:15,
2143:17, 2144:5, 2161:5, 2162:17,
2164:22, 2165:4, 2169:12, 2183:25,
2184:1, 2184:4, 2186:23, 2187:11,
2188:15, 2188:16, 2200:9, 2200:10,
2201:22, 2202:19, 2209:5, 2232:23,
2236:15
  **filing** [6] - 2138:14, 2138:18, 2138:20,
2139:7, 2178:16, 2195:1, 2209:9,
2232:7
  **fill** [2] - 2201:3, 2231:11
  **filter** [1] - 2218:25
  **finally** [5] - 2165:6, 2168:12, 2173:18,
2229:2, 2229:6
  **financial** [1] - 2225:9
  **fine** [3] - 2135:16, 2167:14, 2199:12
  **finger** [3] - 2127:16, 2127:19, 2128:2
  **finish** [2] - 2153:12, 2224:17
  **finished** [2] - 2136:15, 2202:4
  **FireWire** [12] - 2105:9, 2121:6,
2121:16, 2122:16, 2123:20, 2123:22,
2124:14, 2124:15, 2124:17, 2124:18,
2124:19, 2125:7
  **first** [47] - 2079:15, 2089:23, 2090:8,
2092:23, 2098:1, 2100:16, 2100:22,
2110:22, 2112:11, 2112:12, 2115:24,
2116:5, 2121:2, 2121:4, 2126:14,
2128:18, 2129:14, 2136:7, 2137:2,
2139:17, 2140:8, 2142:4, 2144:3,
2145:15, 2147:18, 2150:9, 2151:7,
2156:1, 2164:7, 2168:2, 2168:9,
2173:11, 2173:23, 2178:4, 2179:15,
2181:3, 2183:11, 2188:12, 2201:21,
2201:22, 2203:22, 2217:18, 2221:12,
2225:3, 2225:12, 2236:23
  **five** [3] - 2093:23, 2232:3, 2232:11
  **fixed** [1] - 2096:15
  **flagship** [1] - 2218:1
  **flash** [7] - 2129:9, 2129:12, 2130:14,
2130:17, 2130:22, 2131:7, 2131:12
  **floppy** [5] - 2108:3, 2108:8, 2108:9,
2169:12, 2169:17
  **fly** [1] - 2076:15
  **focus** [5] - 2077:20, 2085:19, 2118:18,
2196:23, 2230:9
  **focused** [1] - 2138:23
  **focusing** [2] - 2078:16, 2230:11

**folks** [1] - 2136:11
**follow** [1] - 2108:4
**followed** [2] - 2169:2, 2233:16
**following** [1] - 2109:18
**follows** [4] - 2157:22, 2168:13, 2191:3, 2236:5
**for..** [1] - 2215:5
**FOREGOING** [1] - 2241:20
**forever** [1] - 2095:10
**forgot** [2] - 2103:17, 2215:18
**form** [10] - 2081:23, 2082:3, 2088:24, 2105:25, 2109:8, 2145:25, 2146:6, 2147:8, 2182:11
**format** [1] - 2197:1
**formats** [2] - 2117:12, 2142:24
**formed** [1] - 2182:13
**formula** [1] - 2228:11
**forth** [5] - 2133:12, 2133:25, 2160:8, 2162:11, 2235:5
**forward** [35] - 2078:10, 2086:17, 2086:24, 2090:20, 2154:21, 2157:15, 2157:17, 2158:9, 2158:19, 2159:7, 2159:13, 2161:20, 2166:16, 2168:10, 2174:2, 2192:12, 2192:25, 2195:15, 2195:16, 2196:9, 2197:13, 2198:12, 2203:1, 2204:7, 2205:16, 2209:7, 2209:14, 2211:1, 2211:5, 2212:9, 2234:16, 2235:2, 2236:3
**forwards** [4] - 2159:17, 2197:11, 2211:24, 2216:1
**foundation** [2] - 2078:18, 2239:4
**four** [12] - 2076:13, 2076:18, 2077:9, 2077:24, 2112:6, 2112:8, 2131:15, 2230:8, 2230:14, 2232:2, 2232:11, 2238:4
**fourth** [7] - 2090:1, 2112:19, 2112:21, 2147:5, 2187:25, 2237:14
**frame** [3] - 2150:13, 2207:24, 2208:1
**FRIDAY** [1] - 2076:2
**FROM** [1] - 2241:20
**front** [10] - 2107:6, 2123:5, 2123:10, 2125:24, 2146:5, 2147:9, 2213:12, 2215:17, 2223:6, 2223:14
**FTP** [8] - 2184:2, 2184:3, 2184:5, 2184:7, 2184:8, 2185:4, 2185:8, 2200:21
**full** [2] - 2114:6, 2178:4
**full-size** [1] - 2114:6
**fully** [1] - 2122:15
**function** [19] - 2086:3, 2111:9, 2111:13, 2118:13, 2118:14, 2128:25, 2129:1, 2147:18, 2147:19, 2158:6, 2160:20, 2168:23, 2169:10, 2171:20, 2233:10, 2237:8, 2237:9, 2237:10
**function-way-result** [1] - 2233:10
**functionality** [6] - 2114:25, 2161:23, 2213:1, 2215:19, 2215:22, 2236:13
**functions** [3] - 2140:25, 2197:12, 2222:8
**futility** [1] - 2231:12

# G

**games** [1] - 2117:11
**garage** [5] - 2119:23, 2120:8, 2120:9, 2120:21, 2123:3
**Gen** [3] - 2084:4, 2086:20, 2088:25
**Gene** [1] - 2137:4
**general** [10] - 2150:4, 2150:9, 2160:20, 2171:22, 2189:3, 2189:9, 2189:11, 2207:19, 2232:1, 2234:7
**generally** [2] - 2207:22, 2219:24
**generation** [3] - 2088:9, 2088:15, 2089:8
**Generation** [5] - 2082:4, 2082:9, 2085:16, 2086:9, 2088:22
**generations** [2] - 2084:18, 2085:20
**gentlemen** [10] - 2080:21, 2080:24, 2087:16, 2129:19, 2149:10, 2179:24, 2227:16, 2227:21, 2228:1, 2228:3
**Georgia** [1] - 2238:9
**Georgia-Pacific** [1] - 2238:9
**Geraci** [2] - 2078:3, 2078:19
**germane** [2] - 2085:9, 2087:12
**gigabytes** [2] - 2122:12, 2131:11
**given** [7] - 2121:15, 2159:4, 2176:13, 2183:12, 2192:6, 2232:4
**glasses** [3] - 2094:4, 2133:11, 2213:15
**grab** [1] - 2184:13
**graph** [3] - 2134:12, 2134:23, 2164:6
**graphic** [1] - 2172:6
**great** [1] - 2214:15
**group** [2] - 2163:7, 2176:9
**groupings** [1] - 2097:11
**grumbling** [1] - 2077:19
**guaranteed** [1] - 2106:3
**guess** [5] - 2076:15, 2095:14, 2241:8
**guide** [5] - 2176:25, 2177:7, 2177:9, 2177:10, 2194:1

# H

**half** [4] - 2081:8, 2114:1, 2153:20, 2241:11
**Hall** [1] - 2078:7
**hand** [9] - 2113:3, 2125:17, 2131:18, 2131:19, 2136:14, 2138:2, 2156:8, 2161:13, 2177:17
**handful** [1] - 2219:16
**handheld** [2] - 2209:11, 2209:23
**handing** [1] - 2210:9
**handle** [1] - 2087:21
**handled** [1] - 2231:23
**handler** [1] - 2085:22
**handlers** [1] - 2082:12
**hard** [25] - 2081:12, 2081:20, 2083:11, 2083:16, 2088:12, 2094:6, 2108:3, 2116:17, 2122:14, 2131:7, 2131:9, 2131:10, 2144:6, 2144:14, 2146:7, 2146:9, 2149:19, 2186:20, 2186:23,

2210:20, 2210:23, 2213:15, 2213:19, 2227:25, 2240:17
**head** [1] - 2192:5
**headphone** [1] - 2113:10
**headphones** [3] - 2146:19, 2146:20, 2187:19
**headset** [2] - 2187:10, 2187:11
**hear** [6] - 2146:22, 2187:12, 2200:13, 2214:6, 2219:7, 2219:8
**heard** [10] - 2090:25, 2106:23, 2107:2, 2136:7, 2139:2, 2141:7, 2190:13, 2226:23, 2229:3, 2233:11
**hearing** [1] - 2179:8
**hearsay** [2] - 2079:10, 2079:11
**held** [1] - 2142:8
**help** [3] - 2148:20, 2148:25, 2234:2
**helpful** [5] - 2076:21, 2101:1, 2233:24, 2234:14, 2240:11
**HEREBY** [1] - 2241:19
**hide** [1] - 2087:22
**high** [6] - 2123:13, 2129:5, 2129:12, 2140:21, 2140:24, 2169:3
**high-quality** [1] - 2140:24
**high-speed** [4] - 2123:13, 2129:5, 2129:12, 2169:3
**higher** [5] - 2161:17, 2231:3, 2231:15, 2231:19, 2232:9
**highest** [1] - 2181:17
**highlight** [6] - 2152:23, 2154:15, 2161:12, 2161:18, 2161:21, 2177:7
**highlighted** [7] - 2099:25, 2151:18, 2158:11, 2161:15, 2183:19, 2195:9, 2218:14
**highlighting** [2] - 2211:18, 2211:22
**highway** [3] - 2113:17, 2113:20, 2114:13
**hint** [1] - 2080:9
**history** [1] - 2214:23
**hit** [7] - 2091:10, 2093:2, 2154:25, 2161:18, 2161:21, 2164:22, 2235:3
**hitting** [1] - 2154:19
**hold** [3] - 2139:23, 2149:9, 2227:21
**holding** [4] - 2120:24, 2128:6, 2214:8, 2235:13
**HOLDREITH** [16] - 2080:11, 2085:7, 2087:5, 2087:7, 2087:11, 2109:8, 2109:11, 2109:14, 2109:17, 2148:8, 2207:1, 2214:3, 2227:14, 2227:19, 2227:24, 2240:10
**home** [4] - 2101:11, 2102:24, 2119:20, 2127:8
**HON** [1] - 2076:3
**Honor** [56] - 2076:15, 2077:10, 2077:25, 2079:22, 2080:7, 2080:11, 2080:18, 2080:23, 2085:7, 2085:12, 2087:3, 2088:2, 2100:7, 2100:11, 2104:15, 2130:5, 2130:9, 2130:24, 2131:2, 2135:17, 2135:22, 2139:2, 2148:8, 2148:16, 2149:1, 2149:23, 2180:7, 2180:15, 2197:23, 2198:6,

2206:15, 2207:1, 2207:11, 2210:5,
2214:3, 2214:8, 2227:10, 2227:20,
2229:16, 2229:20, 2229:24, 2230:13,
2230:16, 2232:12, 2233:20, 2234:4,
2234:14, 2235:24, 2236:11, 2237:2,
2237:15, 2238:4, 2238:15, 2239:10,
2240:17, 2241:8

**hook** [5] - 2089:2, 2107:6, 2107:7,
2123:22

**hope** [1] - 2211:12

**hopeful** [1] - 2241:7

**hopefully** [1] - 2240:7

**hoping** [1] - 2232:15

**host** [7] - 2104:25, 2105:7, 2106:18,
2106:21, 2110:11, 2110:12

**Host** [1] - 2106:19

**hour** [1] - 2241:10

**hour-and-45-minute** [1] - 2230:13

**hours** [6] - 2082:25, 2122:18, 2123:25,
2132:21, 2241:11

**huge** [2] - 2102:12, 2102:18

**HughesNet** [1] - 2102:8

**hundred** [2] - 2121:11, 2122:19

**hundreds** [1] - 2218:2

**hundredth** [1] - 2121:16

**hurt** [1] - 2235:20

## I

**idea** [6] - 2076:18, 2079:4, 2100:20,
2191:18, 2208:23, 2209:10

**ideas** [2] - 2136:11, 2164:9

**identical** [4] - 2097:5, 2131:22, 2169:9,
2169:10

**identically** [2] - 2096:9, 2096:11

**identified** [2] - 2131:21, 2234:24

**identifier** [2] - 2152:11, 2161:7

**identify** [2] - 2076:13, 2076:23

**illustrating)** [2] - 2101:2, 2102:22

**image** [1] - 2184:17

**imagine** [3] - 2120:20, 2123:4, 2177:12

**implement** [2] - 2091:13, 2112:19

**implements** [1] - 2218:25

**import** [3] - 2145:1, 2145:2

**important** [5] - 2079:4, 2087:25,
2198:5, 2208:15, 2229:4

**importantly** [1] - 2235:6

**improper** [1] - 2239:2

**inches** [4] - 2114:1, 2114:2, 2115:3,
2115:8

**include** [6] - 2143:1, 2163:24, 2199:8,
2217:2, 2227:6, 2236:17

**included** [4] - 2159:5, 2169:11, 2215:4,
2237:16

**includes** [2] - 2188:9, 2193:12

**including** [5] - 2160:22, 2165:13,
2187:9, 2191:14, 2196:21

**inclusion** [1] - 2163:8

**incompatible** [1] - 2106:7

**incorporate** [1] - 2199:2

**incorporated** [1] - 2219:8

**incorporating** [3] - 2218:19, 2220:14,
2222:15

**incorporation** [1] - 2192:7

**incorrect** [1] - 2232:9

**increment** [1] - 2153:13

**incrementing** [1] - 2190:21

**increments** [1] - 2153:2

**indeed** [2] - 2139:18, 2142:25

**independent** [9] - 2132:15, 2132:17,
2132:18, 2132:22, 2133:4, 2133:7,
2134:4, 2134:22, 2173:8

**indicating** [44] - 2081:19, 2094:6,
2108:2, 2113:11, 2113:13, 2113:14,
2114:2, 2114:5, 2114:10, 2114:15,
2114:20, 2115:25, 2116:18, 2120:24,
2138:17, 2138:23, 2139:9, 2139:11,
2139:12, 2152:19, 2153:13, 2161:8,
2161:17, 2162:21, 2162:23, 2192:22,
2194:17, 2197:6, 2197:9, 2209:18,
2209:21, 2210:22, 2210:25, 2211:3,
2211:5, 2211:12, 2211:19, 2211:23,
2216:2, 2216:3, 2217:6, 2220:22,
2221:1, 2221:5

**indicating)** [27] - 2081:16, 2092:19,
2092:22, 2098:12, 2100:16, 2103:13,
2114:3, 2116:14, 2128:23, 2151:18,
2153:15, 2154:17, 2156:5, 2157:4,
2164:24, 2165:15, 2171:24, 2194:22,
2196:23, 2208:8, 2209:16, 2210:23,
2211:1, 2211:13, 2211:21, 2211:25,
2218:15

**indication** [6] - 2107:16, 2157:1,
2157:4, 2191:11, 2191:19, 2195:5

**indications** [1] - 2228:23

**indicative** [2] - 2168:9, 2171:19

**individual** [2] - 2101:4, 2186:23

**individually** [1] - 2170:16

**indulgence** [1] - 2230:17

**industry** [1] - 2192:4

**influence** [1] - 2133:7

**information** [10] - 2113:17, 2113:20,
2114:13, 2142:24, 2165:15, 2215:13,
2218:25, 2224:12, 2226:11, 2227:7

**Information** [4] - 2217:17, 2226:2,
2226:3, 2226:9

**infrared** [16] - 2118:18, 2118:20,
2118:22, 2118:25, 2119:2, 2119:9,
2119:15, 2119:19, 2120:7, 2123:1,
2123:2, 2123:7, 2123:13, 2123:15,
2123:25, 2124:1

**infrared's** [1] - 2119:12

**infringe** [2] - 2136:9, 2136:18

**infringed** [30] - 2090:4, 2090:11,
2090:13, 2097:8, 2110:19, 2110:20,
2111:1, 2132:25, 2133:2, 2133:15,
2133:16, 2133:19, 2133:20, 2134:1,
2134:2, 2134:8, 2134:11, 2134:18,
2134:19, 2134:20, 2135:3, 2135:8,
2135:11, 2135:12, 2190:7

**infringement** [2] - 2139:20, 2179:10

**infringer** [1] - 2239:9

**initial** [1] - 2124:15

**initiate** [5] - 2100:2, 2105:5, 2107:14,
2108:7, 2233:1

**initiates** [1] - 2106:19

**injuring** [1] - 2210:13

**innumerable** [1] - 2076:11

**input** [6] - 2125:15, 2147:24, 2153:6,
2165:7, 2173:15, 2205:9

**inputs** [1] - 2172:3

**inside** [1] - 2101:8

**instead** [12] - 2109:1, 2121:17,
2157:15, 2157:21, 2160:12, 2166:6,
2166:14, 2173:24, 2173:25, 2193:8,
2194:6, 2202:20

**institute** [1] - 2079:14

**instructions** [4] - 2206:23, 2228:13,
2228:16, 2229:6

**insulted** [1] - 2232:8

**integrated** [1] - 2115:18

**intended** [2] - 2077:3, 2177:11

**intending** [1] - 2180:4

**interaction** [1] - 2091:1

**interchangeable** [1] - 2116:25

**interesting** [1] - 2240:3

**interface** [1] - 2172:6

**interfered** [1] - 2123:8

**internal** [1] - 2113:13

**Internet** [25] - 2101:19, 2101:22,
2102:7, 2102:9, 2102:10, 2102:11,
2102:14, 2102:18, 2102:23, 2103:5,
2103:6, 2103:22, 2104:7, 2104:10,
2105:20, 2119:18, 2119:25, 2120:4,
2120:9, 2184:9, 2184:12, 2209:3,
2209:6, 2227:5, 2227:9

**interrogate** [1] - 2108:19

**interrogatories** [1] - 2087:16

**interrogatory** [1] - 2087:1

**intricate** [1] - 2091:1

**invalid** [1] - 2136:10

**invalidity** [5] - 2136:2, 2179:11,
2185:22, 2229:23, 2229:25

**invention** [1] - 2220:16

**invoked** [1] - 2086:23

**involve** [1] - 2160:18

**involved** [2] - 2106:6, 2228:20

**involves** [3] - 2083:21, 2091:8, 2196:2

**iPod** [24] - 2082:6, 2082:18, 2085:16,
2086:8, 2086:19, 2088:21, 2088:25,
2089:1, 2089:2, 2089:5, 2094:2, 2094:8,
2094:20, 2107:7, 2107:9, 2107:17,
2108:1, 2110:13, 2122:11, 2122:12,
2128:6, 2128:11, 2130:25

**iPods** [9] - 2083:15, 2105:9, 2105:12,
2109:4, 2115:10, 2124:15, 2125:24,
2131:13, 2136:19

**IrDA** [13] - 2118:20, 2119:9, 2121:9,
2121:17, 2121:18, 2122:18, 2122:22,
2124:18, 2124:22, 2125:5, 2125:6

**IS** [1] - 2241:20

**ISP** [1] - 2102:8
**issue** [5] - 2139:4, 2140:2, 2207:19, 2218:4, 2233:23
  **issued** [2] - 2137:15, 2139:13
  **issues** [4] - 2099:2, 2121:25, 2207:17, 2234:2
  **itself** [11] - 2078:17, 2079:5, 2088:21, 2119:6, 2162:5, 2183:1, 2183:6, 2193:22, 2200:19, 2206:7, 2238:9
  **iTunes** [10] - 2088:19, 2088:20, 2088:23, 2089:2, 2089:4, 2094:21, 2110:13, 2237:20, 2237:21, 2237:24

**J**

**JMOL** [4] - 2076:9, 2230:13, 2231:7, 2231:16
  **JMOLs** [1] - 2231:6
  **job** [1] - 2170:12
  **journal** [2] - 2218:1, 2219:15
  **Judge** [1] - 2239:1
  **judge** [1] - 2240:21
  **judge's** [1] - 2128:24
  **judges** [1] - 2077:19
  **judgment** [1] - 2232:19
  **jukebox** [2] - 2208:6, 2208:10
  **jukeboxes** [4] - 2208:4, 2208:15, 2208:20, 2208:21
  **July** [1] - 2227:19
  **JULY** [2] - 2076:2, 2241:19
  **jump** [3] - 2154:19, 2161:18, 2210:20
  **jumping** [1] - 2154:21
  **juror** [1] - 2179:9
  **jury** [60] - 2080:19, 2081:9, 2087:24, 2089:21, 2091:6, 2092:5, 2093:18, 2097:18, 2098:15, 2099:11, 2099:14, 2100:18, 2101:23, 2104:22, 2107:1, 2111:24, 2112:20, 2116:8, 2122:23, 2124:12, 2129:21, 2129:25, 2130:7, 2132:18, 2136:5, 2138:2, 2139:15, 2139:24, 2141:24, 2143:23, 2147:13, 2148:21, 2150:1, 2155:12, 2158:4, 2164:7, 2164:19, 2165:19, 2167:16, 2168:19, 2170:4, 2175:15, 2179:16, 2180:1, 2180:12, 2180:21, 2184:6, 2185:18, 2189:7, 2192:19, 2194:13, 2207:7, 2207:15, 2210:10, 2211:8, 2215:21, 2220:18, 2228:18, 2229:14, 2240:15
  **JURY** [2] - 2076:2, 2076:4

**K**

**keep** [11] - 2091:12, 2093:2, 2093:17, 2100:10, 2114:6, 2140:4, 2141:8, 2148:10, 2149:14, 2208:16, 2229:11
  **keeping** [1] - 2076:22
  **kept** [6] - 2078:23, 2088:18, 2144:13, 2228:4, 2228:9, 2230:2

**key** [1] - 2082:24
**keyboard** [25] - 2101:7, 2104:6, 2107:6, 2107:17, 2107:21, 2108:3, 2108:10, 2108:17, 2125:18, 2126:12, 2126:15, 2126:17, 2126:21, 2126:25, 2127:5, 2127:7, 2147:9, 2156:20, 2165:9, 2168:7, 2172:3, 2172:8, 2172:10, 2188:3
  **keyboards** [2] - 2126:15, 2147:8
  **killer** [2] - 2227:22, 2227:25
  **kind** [14] - 2088:16, 2090:22, 2094:6, 2108:19, 2111:7, 2113:12, 2114:22, 2135:14, 2150:10, 2152:12, 2177:2, 2191:20, 2197:3, 2241:12
  **kinds** [11] - 2096:21, 2103:11, 2127:9, 2165:15, 2170:6, 2184:17, 2185:21, 2209:6, 2212:17, 2227:6, 2234:22
  **kit** [3] - 2180:7, 2183:24, 2192:5
  **Kit** [9] - 2183:21, 2185:2, 2185:14, 2186:8, 2186:10, 2191:24, 2193:20, 2200:24, 2206:9
  **knowledge** [6] - 2078:14, 2078:21, 2078:22, 2079:5, 2193:20, 2198:10
  **known** [23] - 2176:3, 2184:23, 2192:2, 2192:4, 2194:25, 2201:2, 2201:3, 2207:21, 2207:23, 2208:5, 2209:2, 2209:9, 2212:16, 2214:22, 2215:3, 2215:9, 2216:25, 2218:20, 2219:5, 2219:24, 2220:1, 2220:5, 2220:6
  **knows** [4] - 2105:23, 2220:15, 2228:17

**L**

**lacking** [1] - 2079:1
**ladies** [10] - 2080:20, 2080:24, 2087:15, 2129:19, 2149:10, 2179:24, 2227:16, 2227:21, 2228:1, 2228:3
  **laid** [1] - 2220:19
  **language** [9] - 2099:16, 2099:25, 2110:9, 2118:11, 2128:23, 2133:23, 2141:12, 2142:21, 2153:23
  **laptop** [1] - 2107:6
  **large** [6] - 2076:8, 2108:24, 2108:25, 2122:13, 2183:20, 2183:21
  **larger** [4] - 2113:11, 2115:3, 2115:4, 2147:13
  **last** [31] - 2081:7, 2091:7, 2091:9, 2091:20, 2092:18, 2092:25, 2095:12, 2096:5, 2096:7, 2097:14, 2117:6, 2117:22, 2132:12, 2132:13, 2132:21, 2147:24, 2153:7, 2154:4, 2166:22, 2166:23, 2167:19, 2169:18, 2169:25, 2191:16, 2193:2, 2193:3, 2193:5, 2205:19, 2216:4, 2225:16, 2226:22
  **laughter** [1] - 2077:18
  **law** [4] - 2077:11, 2175:4, 2229:6, 2232:20
  **lawyer** [1] - 2077:20
  **lawyers** [3] - 2087:18, 2087:20, 2228:7
  **layer** [5] - 2085:23, 2085:24, 2086:14,

2086:15, 2086:17
**layout** [1] - 2100:19
**LCD** [1] - 2215:3
**lead** [1] - 2148:13
**leading** [1] - 2148:11
**learned** [2] - 2220:24, 2240:20
**least** [16] - 2088:22, 2089:1, 2096:3, 2098:18, 2113:18, 2117:13, 2120:15, 2124:1, 2136:22, 2138:15, 2138:18, 2162:16, 2187:10, 2189:12, 2198:22, 2229:5
  **left** [27] - 2094:14, 2099:16, 2104:25, 2107:25, 2113:3, 2125:17, 2126:15, 2126:25, 2130:12, 2131:19, 2136:15, 2136:17, 2136:20, 2137:23, 2138:2, 2144:23, 2156:8, 2163:6, 2177:17, 2180:18, 2196:24, 2211:19, 2212:8, 2212:20, 2217:7, 2229:22
  **left-hand** [6] - 2113:3, 2125:17, 2131:19, 2138:2, 2156:8, 2177:17
  **left-pointing** [4] - 2196:24, 2211:19, 2212:8, 2212:20
  **letter** [1] - 2127:8
  **letters** [2] - 2126:13, 2126:14
  **levels** [1] - 2124:2
  **library** [6] - 2080:6, 2163:7, 2163:10, 2163:14, 2165:4
  **license** [3] - 2225:5, 2225:18, 2225:22
  **licenses** [2] - 2224:24, 2225:1
  **lies** [1] - 2189:9
  **light** [1] - 2206:13
  **likely** [3] - 2219:7, 2241:2
  **limine** [1] - 2079:18
  **limitation** [85] - 2091:5, 2091:7, 2091:16, 2109:12, 2110:21, 2110:22, 2111:19, 2112:20, 2112:22, 2112:23, 2115:13, 2117:20, 2118:3, 2118:5, 2118:13, 2120:13, 2120:14, 2124:13, 2125:4, 2125:10, 2125:14, 2125:16, 2128:14, 2128:25, 2132:25, 2139:20, 2139:21, 2140:5, 2140:18, 2141:20, 2143:1, 2144:18, 2145:20, 2145:23, 2146:12, 2146:17, 2147:10, 2147:17, 2154:9, 2155:7, 2157:11, 2159:14, 2159:15, 2162:12, 2166:22, 2168:16, 2169:8, 2170:11, 2174:20, 2174:25, 2175:17, 2179:15, 2180:25, 2181:4, 2181:24, 2182:9, 2185:11, 2185:16, 2186:13, 2186:16, 2186:19, 2187:6, 2187:12, 2187:14, 2187:22, 2187:25, 2188:5, 2188:6, 2189:14, 2190:12, 2193:3, 2193:4, 2194:14, 2195:11, 2195:13, 2195:15, 2203:6, 2205:19, 2206:17, 2230:22, 2234:6, 2234:11, 2234:13
  **limitations** [53] - 2090:2, 2096:24, 2097:2, 2097:3, 2097:7, 2110:4, 2110:25, 2125:10, 2132:22, 2132:24, 2134:7, 2134:10, 2145:14, 2145:15, 2153:17, 2158:1, 2162:4, 2163:1, 2163:20, 2166:9, 2167:3, 2168:1,

2172:17, 2172:25, 2173:1, 2173:19,
2174:10, 2174:14, 2174:21, 2175:18,
2175:24, 2178:20, 2179:1, 2179:4,
2182:20, 2183:7, 2183:10, 2189:8,
2190:14, 2191:12, 2196:13, 2198:18,
2199:19, 2202:23, 2205:11, 2221:2,
2221:3, 2221:8, 2221:18, 2221:22,
2222:9, 2222:14

**limited** [1] - 2077:16
**line** [5] - 2101:22, 2106:12, 2106:14,
2133:10, 2151:18
**lined** [1] - 2121:25
**lines** [3] - 2093:14, 2098:23, 2099:1
**link** [8] - 2103:2, 2103:3, 2103:4,
2104:4, 2118:18, 2118:22, 2119:19,
2141:14
**linked** [1] - 2119:18
**linking** [1] - 2082:15
**list** [13] - 2137:17, 2137:19, 2137:21,
2153:2, 2163:14, 2180:3, 2213:5,
2215:25, 2232:4, 2232:6, 2234:12,
2236:7, 2236:18
**listen** [1] - 2154:22
**listener** [15] - 2156:16, 2156:17,
2157:18, 2160:10, 2162:13, 2162:20,
2162:22, 2162:24, 2165:3, 2193:9,
2199:25, 2202:10, 2218:23, 2219:2,
2219:3
**listener-selected** [2] - 2156:16, 2193:9
**listing** [9] - 2079:13, 2093:22, 2156:4,
2156:6, 2194:20, 2194:23, 2222:3,
2223:13, 2236:23
**listings** [3] - 2194:24, 2214:21, 2222:5
**literally** [7] - 2089:23, 2097:4, 2097:21,
2184:10, 2185:8, 2189:10, 2218:2
**lived** [1] - 2102:3
**load** [3] - 2122:15, 2154:14, 2161:11
**local** [9] - 2104:3, 2119:18, 2119:23,
2119:24, 2144:6, 2144:14, 2146:2,
2146:3, 2146:4
**locally** [1] - 2144:15
**locate** [2] - 2158:9, 2160:23
**locates** [2] - 2209:19, 2209:22
**Location** [1] - 2226:10
**location** [1] - 2226:12
**LocType** [25] - 2084:9, 2089:13,
2091:1, 2091:22, 2092:19, 2152:11,
2158:10, 2158:20, 2159:2, 2159:5,
2159:8, 2160:24, 2161:9, 2161:19,
2161:22, 2189:23, 2190:1, 2190:2,
2190:6, 2190:9, 2190:15, 2190:17,
2190:18, 2198:16, 2234:17
**LocTypes** [2] - 2159:12, 2234:22
**Loeb** [6] - 2217:18, 2218:12, 2218:19,
2219:17, 2222:13, 2222:15
**Logan** [1] - 2226:24
**Logan's** [1] - 2227:3
**look** [27] - 2076:17, 2092:4, 2094:5,
2095:3, 2096:14, 2101:4, 2101:5,
2113:5, 2122:2, 2135:2, 2137:18,
2150:7, 2151:9, 2156:1, 2163:10,

2163:11, 2168:18, 2170:11, 2172:9,
2183:24, 2201:21, 2206:9, 2211:9,
2220:17, 2223:13, 2223:15, 2225:12
**looked** [9] - 2100:22, 2122:3, 2140:12,
2142:22, 2178:14, 2183:13, 2185:2,
2225:6, 2225:13
**looking** [34] - 2092:6, 2094:12, 2095:4,
2098:14, 2100:3, 2100:19, 2124:11,
2128:4, 2142:1, 2142:14, 2145:22,
2146:16, 2147:17, 2153:3, 2153:21,
2154:8, 2156:2, 2163:10, 2176:24,
2178:3, 2181:11, 2183:9, 2185:1,
2210:18, 2212:2, 2212:4, 2212:5,
2212:9, 2213:9, 2218:13, 2225:13,
2228:25, 2234:16, 2240:9
**looks** [10] - 2101:5, 2102:11, 2102:21,
2106:12, 2108:2, 2113:25, 2114:21,
2144:7, 2230:4, 2230:5
**loop** [2] - 2091:12, 2148:2
**loud** [1] - 2241:13
**love** [3] - 2163:10, 2163:16, 2163:18
**low** [1] - 2083:4
**low-power** [1] - 2083:4
**lower** [1] - 2131:11
**Lucent** [2] - 2238:14, 2238:17, 2238:22
**Lucent/Gateway** [1] - 2238:15
**Lucent/Microsoft** [1] - 2238:16
**lunch** [1] - 2241:4
**LyricTime** [2] - 2218:17, 2218:21

# M

**machine** [7] - 2143:11, 2145:3,
2147:24, 2153:6, 2161:14, 2183:19,
2184:14
**Machinery** [1] - 2218:2
**machines** [1] - 2137:10
**Macintosh** [1] - 2212:19
**magneto** [1] - 2169:17
**magneto-optical** [1] - 2169:17
**magnitude** [1] - 2121:11
**main** [3] - 2100:25, 2201:22, 2231:10
**manipulated** [1] - 2143:6
**manipulation** [1] - 2083:14
**manual** [94] - 2137:23, 2138:4, 2138:8,
2138:15, 2139:16, 2140:18, 2140:20,
2141:3, 2142:1, 2142:3, 2142:16,
2143:21, 2143:24, 2144:19, 2144:25,
2145:16, 2145:17, 2145:22, 2145:25,
2146:14, 2146:16, 2146:18, 2146:23,
2147:3, 2147:6, 2147:7, 2147:16,
2147:21, 2150:2, 2150:8, 2150:22,
2151:6, 2152:1, 2152:5, 2152:6, 2153:3,
2153:17, 2155:5, 2155:7, 2155:9,
2156:18, 2158:13, 2158:23, 2161:1,
2162:3, 2162:5, 2162:25, 2163:20,
2164:2, 2167:11, 2169:22, 2169:24,
2170:1, 2170:5, 2170:9, 2170:12,
2172:17, 2172:18, 2172:19, 2173:1,
2174:6, 2174:7, 2174:10, 2174:17,

2174:22, 2175:10, 2178:2, 2178:15,
2182:19, 2182:24, 2183:1, 2183:3,
2187:1, 2188:1, 2188:2, 2188:9,
2194:15, 2198:22, 2198:24, 2199:5,
2206:2, 2206:18, 2215:20, 2219:18,
2219:21, 2220:9, 2223:7, 2223:8,
2224:3, 2224:6, 2224:10, 2224:11
**manufacture** [1] - 2213:14
**March** [2] - 2138:20, 2139:4
**mark** [1] - 2101:3
**marked** [3] - 2079:16, 2092:9, 2210:9
**market** [2] - 2117:9, 2122:9, 2239:3
**mass** [6] - 2117:9, 2117:17, 2129:5,
2129:13, 2173:13, 2205:6
**Material** [1] - 2226:9
**material** [3] - 2148:23, 2167:20, 2227:7
**mathematical** [1] - 2228:11
**matter** [1] - 2232:20
**mean** [17] - 2076:17, 2089:24, 2106:13,
2108:7, 2111:6, 2117:1, 2126:13,
2155:12, 2175:3, 2183:4, 2191:22,
2212:24, 2216:6, 2238:12, 2238:21,
2241:2, 2241:12
**means** [67] - 2086:3, 2086:18, 2091:14,
2100:1, 2105:4, 2111:9, 2111:13,
2112:14, 2112:15, 2112:19, 2112:22,
2117:2, 2117:21, 2118:6, 2118:11,
2118:12, 2118:13, 2120:3, 2121:14,
2125:10, 2125:11, 2125:13, 2125:15,
2128:14, 2128:19, 2128:21, 2128:22,
2128:25, 2130:13, 2139:25, 2140:1,
2155:13, 2168:1, 2168:4, 2168:5,
2168:6, 2168:8, 2168:9, 2168:17,
2168:19, 2168:21, 2168:23, 2169:12,
2169:13, 2171:6, 2171:13, 2171:18,
2173:15, 2173:17, 2173:18, 2173:22,
2183:6, 2183:25, 2190:12, 2191:2,
2203:24, 2203:25, 2204:2, 2204:6,
2204:10, 2205:10, 2206:11, 2210:16,
2231:15
**means-plus-function** [6] - 2086:3,
2111:9, 2111:13, 2118:13, 2128:25,
2168:23
**meant** [1] - 2117:17
**mechanical** [1] - 2126:6
**media** [3] - 2129:6, 2169:5, 2228:23
**medium** [1] - 2108:23
**meet** [3] - 2115:13, 2183:7, 2190:14
**meeting** [2] - 2120:13, 2120:14
**meets** [2] - 2140:18, 2163:20
**megabits** [3] - 2121:7, 2121:9, 2122:15
**megahertz** [1] - 2150:11
**memory** [17] - 2082:11, 2082:15,
2082:20, 2083:5, 2083:13, 2083:15,
2093:24, 2099:23, 2099:24, 2101:8,
2103:9, 2115:5, 2145:20, 2164:21,
2186:16, 2201:22, 2235:21
**mention** [2] - 2080:9, 2197:18, 2198:5
**mentioned** [7] - 2084:1, 2099:9,
2107:24, 2119:7, 2122:21, 2193:6,
2235:21

**menus** [2] - 2215:3, 2215:6
**mess** [1] - 2076:12
**met** [12] - 2097:7, 2110:5, 2110:8, 2111:1, 2132:24, 2132:25, 2134:8, 2134:10, 2143:21, 2144:19, 2147:17, 2190:9
  **metadata** [4] - 2227:4, 2227:5, 2227:9
**method** [11] - 2081:7, 2083:21, 2089:12, 2111:5, 2190:20, 2191:1, 2192:10, 2193:12, 2193:16, 2198:18, 2198:19
  **methods** [2] - 2147:11, 2227:3
**Michel's** [1] - 2239:1
**microphone** [2] - 2100:10, 2113:9
**mid** [1] - 2212:23
**middle** [3] - 2081:15, 2144:10, 2221:1
**might** [24] - 2077:5, 2079:3, 2086:10, 2087:14, 2092:11, 2101:14, 2114:4, 2119:14, 2130:22, 2148:13, 2148:15, 2155:2, 2175:23, 2177:12, 2192:17, 2206:24, 2212:13, 2219:7, 2223:19, 2228:11, 2235:20, 2236:9, 2238:5
  **million** [2] - 2121:8, 2121:10
**mind** [6] - 2090:23, 2110:14, 2149:14, 2229:5, 2229:8, 2229:11
  **minor** [2] - 2108:23, 2124:6
**minute** [3] - 2086:25, 2088:4, 2138:25
**minutes** [8] - 2083:18, 2121:18, 2122:16, 2122:20, 2164:15, 2166:7, 2227:15
  **misalignment** [1] - 2123:9
**missed** [1] - 2167:3
**missing** [9] - 2176:4, 2186:2, 2186:6, 2199:7, 2201:4, 2206:5, 2206:6, 2231:11
  **misspoke** [2] - 2092:14, 2139:8
**MIT** [2] - 2079:1, 2079:8, 2080:6
**mode** [4] - 2188:24, 2189:2, 2217:5, 2217:6
  **model** [1] - 2218:25
**modem** [9] - 2101:12, 2101:14, 2101:17, 2101:21, 2102:2, 2102:3, 2104:7, 2169:3, 2169:4
  **moment** [2] - 2173:16, 2202:1
**monthly** [1] - 2101:15
**morning** [8] - 2080:20, 2080:24, 2081:3, 2081:4, 2197:24, 2229:13, 2241:3, 2241:5
  **most** [4] - 2083:7, 2101:9, 2126:19, 2189:19
**mostly** [2] - 2078:16, 2137:19
**motion** [4] - 2079:18, 2230:13, 2232:7, 2235:12
  **motions** [3] - 2076:9, 2076:25, 2077:13
**motivated** [3] - 2184:23, 2186:3, 2186:10
  **mounted** [2] - 2116:19, 2116:22
**mouse** [17] - 2104:5, 2107:7, 2107:17, 2107:21, 2108:2, 2108:11, 2108:17, 2108:18, 2108:19, 2108:21, 2156:23,

2165:8, 2168:7, 2172:7, 2188:2, 2196:21
  **move** [33] - 2086:7, 2104:21, 2111:22, 2117:20, 2125:9, 2127:16, 2127:19, 2127:21, 2127:22, 2128:13, 2135:14, 2144:17, 2145:19, 2146:15, 2153:20, 2155:16, 2170:18, 2172:12, 2192:24, 2192:25, 2193:1, 2194:3, 2199:10, 2206:15, 2206:16, 2207:16, 2213:4, 2215:25, 2216:5, 2216:10, 2217:5, 2225:21, 2235:2
  **moved** [1] - 2106:20
**moves** [2] - 2127:18, 2153:15
**moving** [9] - 2093:17, 2126:10, 2127:6, 2127:20, 2128:2, 2141:8, 2154:18, 2195:17, 2230:5
**MP3** [1] - 2086:3
**MR** [157] - 2076:14, 2077:10, 2077:25, 2079:22, 2080:11, 2080:23, 2081:2, 2084:25, 2085:3, 2085:6, 2085:7, 2085:11, 2085:15, 2085:18, 2086:7, 2086:12, 2087:3, 2087:5, 2087:7, 2087:11, 2087:13, 2088:2, 2088:6, 2091:25, 2092:3, 2092:16, 2093:3, 2093:10, 2093:16, 2094:11, 2094:13, 2095:14, 2095:22, 2099:6, 2099:8, 2100:7, 2100:12, 2104:15, 2104:19, 2106:9, 2106:11, 2109:8, 2109:10, 2109:11, 2109:13, 2109:14, 2109:16, 2109:20, 2109:21, 2122:3, 2122:6, 2124:24, 2125:1, 2130:4, 2130:9, 2130:10, 2130:24, 2131:5, 2132:9, 2132:11, 2135:17, 2135:20, 2135:22, 2135:24, 2136:1, 2139:1, 2139:3, 2142:17, 2143:2, 2148:8, 2148:16, 2148:18, 2149:3, 2149:5, 2149:23, 2149:24, 2176:19, 2176:23, 2177:6, 2177:8, 2177:14, 2177:16, 2177:24, 2178:1, 2178:7, 2178:9, 2180:6, 2180:15, 2180:17, 2197:20, 2197:23, 2198:2, 2198:6, 2198:7, 2207:1, 2207:8, 2207:11, 2207:12, 2210:5, 2210:8, 2213:19, 2213:23, 2214:1, 2214:3, 2214:7, 2214:10, 2217:12, 2217:14, 2217:20, 2217:23, 2218:9, 2218:11, 2223:16, 2223:23, 2224:16, 2224:18, 2227:10, 2227:14, 2227:19, 2227:24, 2229:20, 2229:24, 2230:7, 2230:12, 2230:16, 2230:25, 2232:12, 2232:15, 2232:19, 2233:6, 2233:8, 2233:13, 2233:19, 2234:3, 2235:3, 2235:18, 2235:23, 2236:2, 2236:10, 2237:1, 2237:8, 2237:14, 2237:21, 2238:4, 2238:14, 2238:19, 2238:25, 2239:15, 2239:19, 2239:23, 2239:25, 2240:10, 2240:16, 2240:20, 2241:5, 2241:7, 2241:12
  **MS** [1] - 2109:17
**Mullendore** [2] - 2234:1, 2236:8
**Multimedia** [1] - 2217:17
  **music** [19] - 2082:16, 2082:25,

2083:16, 2083:17, 2093:22, 2097:22, 2143:13, 2144:8, 2148:3, 2150:16, 2163:12, 2184:17, 2186:21, 2187:12, 2187:19, 2215:4, 2218:22, 2218:24, 2221:14
  **Music** [1] - 2218:18
**Musicshop** [2] - 2212:18, 2215:20
**must** [2] - 2110:23, 2140:7

**N**

**name** [5] - 2081:20, 2122:11, 2165:16, 2185:9, 2217:18
  **namely** [2] - 2079:12, 2119:4
**nano** [8] - 2082:4, 2082:9, 2084:4, 2086:8, 2086:20, 2088:8, 2088:25, 2089:8
  **nanos** [1] - 2130:25
**natural** [1] - 2194:12
**navigating** [1] - 2154:20
**navigation** [1] - 2083:14
**Nawrocki's** [1] - 2237:22
**near** [3] - 2078:14, 2078:20, 2217:21
**necessarily** [2] - 2078:22, 2228:10
**necessity** [1] - 2077:12
**need** [11] - 2077:1, 2087:24, 2087:25, 2094:4, 2133:11, 2190:18, 2230:3, 2231:20, 2231:21, 2237:11, 2239:3
  **needs** [2] - 2228:10, 2240:14
**Net** [1] - 2228:22
**network** [6] - 2101:19, 2102:20, 2103:19, 2103:23, 2144:6, 2144:16
**networked** [4] - 2142:4, 2142:6, 2142:7
**networking** [1] - 2142:13
**networks** [4] - 2102:19, 2103:16, 2103:18, 2220:23
  **never** [4] - 2078:19, 2079:2, 2088:25, 2093:1
  **new** [4] - 2078:9, 2078:10, 2088:16, 2124:15
  **news** [2] - 2104:3, 2104:12
**next** [98] - 2076:17, 2077:8, 2083:10, 2086:24, 2089:2, 2091:5, 2095:4, 2095:5, 2097:16, 2097:18, 2104:22, 2111:25, 2117:20, 2125:9, 2128:13, 2128:17, 2136:3, 2136:21, 2141:10, 2141:16, 2142:14, 2144:10, 2147:10, 2150:14, 2151:1, 2152:3, 2152:17, 2152:20, 2154:7, 2154:17, 2155:16, 2155:17, 2156:13, 2157:11, 2157:25, 2158:9, 2158:24, 2158:25, 2159:14, 2161:4, 2161:18, 2161:21, 2163:4, 2164:5, 2168:14, 2170:22, 2170:24, 2173:5, 2173:7, 2173:14, 2173:21, 2174:1, 2175:12, 2178:21, 2178:25, 2180:22, 2181:7, 2181:16, 2182:2, 2183:16, 2186:13, 2186:15, 2187:6, 2187:8, 2187:16, 2187:17, 2187:22, 2187:24, 2188:5, 2188:23, 2194:3, 2195:11, 2195:13, 2195:25, 2196:16,

2197:6, 2197:8, 2200:6, 2201:13, 2202:13, 2203:19, 2204:18, 2205:15, 2207:13, 2207:14, 2207:18, 2209:12, 2209:22, 2213:5, 2214:19, 2216:20, 2223:19, 2223:20, 2224:23, 2225:21, 2225:22, 2235:1

**next/fast** [1] - 2086:17
**next/fast-forward** [1] - 2086:17
**nice** [3] - 2101:2, 2183:20, 2210:12
**nickel** [1] - 2208:11
**nine** [1] - 2122:18
**Nineties** [2] - 2093:22, 2212:23
**nonaccused** [2] - 2237:16, 2237:17
**none** [2] - 2097:14, 2233:11
**normal** [1] - 2183:13
**NOT** [1] - 2076:4
**Note** [2] - 2154:14, 2161:10
**note** [15] - 2081:21, 2094:11, 2099:14, 2101:12, 2112:20, 2115:24, 2118:10, 2138:22, 2150:14, 2151:7, 2151:17, 2152:18, 2165:8, 2191:13, 2209:13
**notebook** [3] - 2099:14, 2105:22, 2112:21
**notebooks** [2] - 2135:18, 2179:9
**noted** [2] - 2116:13, 2142:2
**NOTES** [1] - 2076:1
**notes** [1] - 2078:4
**nothing** [5] - 2079:6, 2087:18, 2231:6, 2235:7, 2240:21
**notice** [2] - 2171:13, 2184:19
**noticed** [6] - 2124:18, 2189:21, 2189:22, 2191:21, 2200:14, 2207:25
**notion** [1] - 2238:6
**notoriously** [1] - 2215:3
**Novacek** [9] - 2137:4, 2137:5, 2142:5, 2143:6, 2144:4, 2146:22, 2147:8, 2152:18, 2156:20
**Novacek's** [3] - 2138:6, 2154:11, 2223:25
**novel** [2] - 2124:15, 2124:19
**Number** [3] - 2218:5, 2230:20, 2233:19
**number** [29] - 2076:8, 2077:16, 2082:12, 2093:6, 2093:25, 2097:19, 2098:19, 2102:19, 2115:23, 2128:10, 2132:22, 2132:23, 2134:6, 2134:9, 2142:24, 2151:17, 2152:19, 2152:22, 2153:10, 2153:13, 2169:2, 2190:6, 2190:8, 2196:17, 2201:17, 2212:24, 2215:12, 2217:21, 2219:15
**numbers** [6] - 2100:24, 2118:8, 2197:22, 2197:25, 2198:5, 2221:18

## O

**objecting** [2] - 2076:18, 2087:10
**objection** [6] - 2079:11, 2085:7, 2109:8, 2109:15, 2148:9
**objections** [4] - 2076:11, 2087:17, 2231:4, 2231:5
**Objects** [1] - 2226:9

**obvious** [15] - 2078:4, 2175:20, 2180:5, 2192:1, 2192:8, 2194:2, 2198:25, 2199:1, 2199:7, 2199:9, 2201:1, 2203:13, 2206:13, 2220:12, 2229:2
**Obvious** [1] - 2191:22
**obviously** [1] - 2080:13
**obviousness** [8] - 2176:2, 2185:17, 2185:19, 2186:1, 2193:16, 2207:17, 2207:20, 2220:21
**October** [4] - 2138:14, 2138:23, 2139:7, 2178:23
**OF** [2] - 2081:1, 2241:21
**off-the-shelf** [1] - 2117:16
**offered** [6] - 2087:7, 2214:5, 2214:6, 2233:8, 2233:9, 2235:7
**offering** [2] - 2230:19
**Office** [15] - 2136:7, 2136:12, 2137:14, 2178:11, 2214:24, 2214:25, 2215:1, 2215:2, 2215:7, 2222:20, 2222:23, 2223:4, 2223:6, 2223:7, 2224:12
**office** [1] - 2119:20
**often** [1] - 2105:21
**old** [8] - 2088:18, 2101:16, 2114:4, 2184:8, 2208:24, 2209:6, 2210:12
**older** [2] - 2155:9, 2177:13
**ON** [1] - 2241:19
**on-air** [3] - 2144:23, 2145:3, 2146:3
**once** [21] - 2083:17, 2094:7, 2094:25, 2119:14, 2120:6, 2144:15, 2150:9, 2161:6, 2165:20, 2171:1, 2171:18, 2172:23, 2180:24, 2184:24, 2195:7, 2216:7, 2216:8, 2216:9, 2216:12, 2238:9, 2238:18
**one** [120] - 2076:10, 2076:21, 2077:5, 2082:10, 2082:23, 2083:10, 2084:7, 2086:10, 2087:1, 2087:9, 2090:23, 2091:3, 2093:24, 2094:24, 2095:5, 2096:15, 2098:3, 2098:4, 2099:19, 2099:23, 2102:21, 2102:23, 2106:12, 2106:14, 2109:1, 2112:11, 2112:12, 2112:15, 2113:25, 2117:6, 2118:15, 2119:11, 2121:16, 2121:20, 2121:22, 2121:24, 2122:1, 2123:21, 2125:21, 2127:15, 2127:17, 2127:20, 2128:1, 2128:9, 2132:7, 2132:8, 2132:24, 2133:11, 2135:14, 2136:3, 2137:18, 2139:23, 2140:8, 2141:17, 2147:5, 2147:10, 2147:23, 2148:6, 2151:4, 2156:17, 2157:7, 2158:1, 2165:6, 2166:11, 2166:23, 2167:8, 2171:6, 2173:23, 2180:25, 2185:23, 2187:10, 2187:25, 2188:6, 2190:16, 2191:3, 2191:25, 2192:23, 2193:9, 2193:10, 2193:21, 2194:8, 2196:22, 2197:6, 2198:11, 2202:11, 2203:5, 2206:22, 2208:3, 2208:5, 2208:8, 2208:13, 2208:18, 2210:16, 2211:1, 2211:14, 2211:22, 2220:7, 2221:22, 2223:11, 2225:3, 2227:22, 2228:4, 2228:7, 2229:5, 2230:10, 2231:9, 2231:10, 2231:18, 2234:4, 2234:14, 2235:17,

2236:10, 2237:14, 2238:8, 2238:24
**one-hundredth** [1] - 2121:16
**ones** [9] - 2076:12, 2077:5, 2077:20, 2087:25, 2179:4, 2179:5, 2179:9, 2196:23, 2232:2
**Opcode** [1] - 2215:20
**open** [4] - 2129:25, 2180:12, 2210:13, 2229:11
**OPEN** [1] - 2076:4
**opened** [2] - 2094:19, 2102:25
**opener** [1] - 2123:3
**operated** [1] - 2083:23
**operating** [1] - 2084:3
**Operating** [1] - 2206:10
**operator** [2] - 2159:10, 2163:14
**operators** [1] - 2224:3
**opinion** [66] - 2089:11, 2089:15, 2096:4, 2096:8, 2097:1, 2109:3, 2110:3, 2110:18, 2111:2, 2115:22, 2120:17, 2125:3, 2126:21, 2126:22, 2127:1, 2129:11, 2131:16, 2131:17, 2140:17, 2144:18, 2145:13, 2145:14, 2146:11, 2149:11, 2149:12, 2150:21, 2155:4, 2162:1, 2163:19, 2167:6, 2169:21, 2172:16, 2174:7, 2174:12, 2174:17, 2185:12, 2186:7, 2189:25, 2190:4, 2190:11, 2190:25, 2193:15, 2193:19, 2198:12, 2198:14, 2198:24, 2199:4, 2199:18, 2200:15, 2200:22, 2203:11, 2203:13, 2206:2, 2219:19, 2223:1, 2225:17, 2225:20, 2225:23, 2226:6, 2226:16, 2226:24, 2231:3, 2232:4, 2233:9, 2239:1, 2239:5
**opinions** [4] - 2133:6, 2169:7, 2179:6, 2225:9
**opportunity** [1] - 2137:22
**opposed** [3] - 2106:21, 2185:17, 2185:19
**optical** [5] - 2121:24, 2123:1, 2129:6, 2169:5, 2169:17
**options** [5] - 2096:21, 2169:2, 2169:6, 2169:18, 2215:5
**order** [5] - 2082:16, 2155:23, 2170:16, 2175:24, 2230:19
**ordered** [1] - 2165:25
**orders** [1] - 2121:11
**ordinary** [3] - 2121:21, 2176:16, 2193:21
**original** [5] - 2122:11, 2122:12, 2131:12, 2209:3, 2210:16
**ourselves** [1] - 2083:20
**outline** [1] - 2078:9
**output** [4] - 2146:16, 2173:17, 2187:9, 2205:10
**outputs** [1] - 2146:19
**outside** [5] - 2101:13, 2102:2, 2102:5, 2113:6, 2240:14
**overall** [4] - 2192:10, 2198:18, 2198:19, 2199:8
**overruled** [2] - 2148:14, 2149:4

own [1] - 2184:14

# P

p.m [1] - 2241:17
PA [1] - 2235:7
Pacific [1] - 2238:9
page [42] - 2079:15, 2085:6, 2086:7, 2099:15, 2103:12, 2104:3, 2104:12, 2106:10, 2122:5, 2130:14, 2140:19, 2142:19, 2142:22, 2143:12, 2145:24, 2146:18, 2150:7, 2151:5, 2152:5, 2153:5, 2154:13, 2156:7, 2163:13, 2177:15, 2181:12, 2187:3, 2187:5, 2187:20, 2188:24, 2194:16, 2195:8, 2209:15, 2212:19, 2215:21, 2216:16, 2218:15, 2218:16, 2219:15, 2223:18, 2223:19, 2223:20
pages [16] - 2077:16, 2085:12, 2085:13, 2087:17, 2103:11, 2142:3, 2143:8, 2144:1, 2147:20, 2163:4, 2219:11, 2224:2, 2224:6, 2224:13
paragraph [2] - 2085:20, 2086:13
paraphrasing [1] - 2097:22
parked [1] - 2119:20
part [32] - 2077:13, 2079:7, 2085:4, 2090:18, 2096:2, 2096:17, 2098:17, 2145:16, 2148:19, 2149:11, 2149:12, 2149:25, 2150:3, 2154:1, 2156:13, 2162:23, 2165:12, 2183:19, 2188:12, 2193:2, 2193:3, 2193:5, 2193:6, 2202:2, 2207:14, 2209:3, 2209:23, 2228:13, 2234:24, 2236:17, 2237:17, 2238:13
particular [37] - 2086:19, 2086:23, 2090:20, 2090:21, 2091:14, 2091:20, 2097:23, 2103:6, 2104:13, 2105:24, 2127:17, 2151:2, 2151:3, 2151:17, 2151:24, 2152:9, 2152:20, 2153:12, 2154:19, 2159:8, 2163:11, 2163:15, 2170:11, 2176:8, 2176:9, 2193:25, 2197:2, 2209:14, 2218:4, 2218:12, 2221:8, 2221:16, 2224:25, 2232:24, 2238:25
particularly [4] - 2126:3, 2167:7, 2198:15, 2233:15
PARTIES [1] - 2076:4
parties [3] - 2129:25, 2180:12, 2239:17
parts [6] - 2100:24, 2100:25, 2114:23, 2114:24, 2190:25, 2202:4
pass [3] - 2120:4, 2120:6, 2227:10
passed [1] - 2135:18
passive [1] - 2108:15
past [3] - 2079:10, 2162:19, 2208:11
patent [147] - 2089:22, 2090:3, 2090:13, 2090:19, 2091:6, 2091:13, 2091:15, 2092:1, 2092:5, 2093:7, 2096:15, 2096:25, 2098:4, 2098:5, 2098:6, 2098:10, 2098:16, 2098:17, 2098:20, 2099:7, 2100:4, 2100:13, 2100:17, 2110:1, 2111:3,

2111:22, 2112:23, 2113:1, 2117:25, 2119:6, 2119:7, 2119:8, 2119:11, 2119:15, 2120:1, 2125:11, 2127:13, 2128:18, 2132:15, 2132:23, 2133:22, 2134:3, 2134:7, 2134:11, 2136:10, 2137:21, 2137:23, 2137:25, 2138:15, 2138:19, 2138:21, 2139:11, 2139:17, 2140:4, 2141:9, 2141:10, 2141:21, 2145:15, 2146:12, 2152:7, 2153:21, 2155:2, 2155:5, 2155:20, 2156:24, 2160:3, 2160:25, 2162:2, 2162:7, 2162:10, 2163:21, 2164:6, 2164:16, 2165:11, 2165:18, 2165:19, 2165:23, 2166:1, 2166:3, 2166:8, 2166:10, 2166:22, 2167:4, 2167:7, 2167:10, 2167:12, 2167:13, 2167:17, 2169:8, 2169:20, 2170:19, 2171:12, 2172:14, 2173:5, 2174:5, 2174:8, 2175:3, 2176:12, 2176:13, 2178:12, 2179:16, 2180:23, 2181:20, 2185:12, 2186:14, 2199:11, 2200:23, 2201:5, 2201:8, 2201:9, 2201:20, 2202:24, 2203:6, 2203:11, 2204:16, 2205:2, 2205:11, 2207:21, 2214:23, 2219:25, 2221:2, 2221:3, 2221:25, 2222:1, 2222:5, 2222:11, 2222:12, 2222:16, 2223:17, 2225:1, 2225:2, 2225:21, 2226:1, 2226:6, 2226:13, 2226:17, 2226:18, 2226:23, 2226:24, 2227:3, 2236:14
Patent [14] - 2136:7, 2136:12, 2137:14, 2178:11, 2214:25, 2215:2, 2215:7, 2222:19, 2222:23, 2223:3, 2223:6, 2223:7, 2224:12
patent's [1] - 2230:21
patentee [1] - 2239:10
patents [32] - 2098:2, 2098:3, 2124:17, 2124:20, 2131:15, 2136:22, 2136:24, 2137:15, 2137:17, 2137:18, 2137:19, 2138:12, 2174:18, 2175:11, 2177:4, 2178:11, 2178:16, 2184:2, 2195:1, 2206:4, 2209:9, 2214:14, 2220:25, 2223:10, 2223:14, 2224:24, 2225:19, 2225:22, 2225:23, 2225:25, 2226:4, 2226:25
patents-in-suit [7] - 2138:12, 2178:16, 2184:2, 2195:1, 2214:14, 2225:19, 2226:25
pay [2] - 2101:14, 2228:25
PC [5] - 2177:11, 2187:18, 2189:11, 2189:12, 2189:13
PC...including [1] - 2181:16
PCs [2] - 2182:6
people [7] - 2176:10, 2176:12, 2208:14, 2209:5, 2218:3, 2218:6, 2228:11
people's [2] - 2102:20, 2126:19
per [4] - 2121:7, 2121:8, 2121:9, 2122:15
percent [4] - 2238:6, 2239:13, 2239:14, 2239:20
perfectly [1] - 2077:21
perform [1] - 2235:4

performed [1] - 2158:8
performs [1] - 2171:23
perhaps [4] - 2104:11, 2113:9, 2114:2, 2150:16
period [2] - 2177:13, 2177:22
permeates [1] - 2235:23
persistent [5] - 2129:5, 2129:13, 2145:24, 2146:6, 2186:18
persistently [3] - 2130:18, 2186:17, 2186:23
person [28] - 2175:19, 2176:2, 2176:7, 2176:8, 2176:16, 2183:12, 2184:22, 2184:25, 2186:2, 2186:9, 2192:1, 2192:2, 2192:4, 2193:24, 2193:25, 2199:1, 2199:7, 2199:9, 2201:2, 2201:3, 2203:14, 2206:8, 2206:12, 2207:20, 2220:2, 2220:2, 2220:5, 2220:14
Personal [8] - 2136:22, 2188:8, 2225:2, 2233:9, 2234:5, 2237:16, 2240:8, 2240:18
PERSONAL [1] - 2076:1
personal [1] - 2228:1
Personalized [2] - 2217:17, 2218:18
personalized [1] - 2218:21
perspective [1] - 2144:22
phonograph [2] - 2208:9, 2208:22
photograph [1] - 2214:9
physical [1] - 2212:12
pick [5] - 2077:6, 2193:10, 2208:12, 2219:5, 2231:18
picked [2] - 2151:4, 2228:5
picture [3] - 2137:6, 2151:8, 2227:2
pictures [1] - 2149:20
piece [4] - 2102:23, 2113:14, 2173:11, 2177:3
pieces [6] - 2082:13, 2083:3, 2101:4, 2103:8, 2103:9, 2201:21
pins [3] - 2116:17, 2116:18, 2116:21
place [3] - 2119:11, 2143:16, 2213:6
places [3] - 2098:20, 2143:14, 2143:18
placing [2] - 2154:15, 2161:11
plaintiff [2] - 2231:11, 2238:7
plaintiff's [1] - 2237:5
Plaintiff's [6] - 2085:1, 2093:14, 2099:7, 2119:12, 2141:10, 2223:16
play [42] - 2082:16, 2082:17, 2082:18, 2082:24, 2084:7, 2084:10, 2090:23, 2091:3, 2093:25, 2094:3, 2094:7, 2094:21, 2094:25, 2095:8, 2117:11, 2143:10, 2144:8, 2147:22, 2147:23, 2147:24, 2148:3, 2148:6, 2153:6, 2153:7, 2154:24, 2155:1, 2159:8, 2189:1, 2191:14, 2191:16, 2192:15, 2192:16, 2192:22, 2193:11, 2195:22, 2197:3, 2208:24, 2217:1, 2217:5, 2217:6, 2217:7, 2236:9
playable [1] - 2159:7
playback [10] - 2088:14, 2140:23, 2140:25, 2143:11, 2161:13, 2164:25, 2165:24, 2191:15, 2202:1, 2202:16

**playback_lookahead** [1] - 2144:3
**played** [15] - 2094:9, 2096:2, 2143:6, 2152:21, 2156:21, 2157:5, 2157:9, 2159:13, 2161:19, 2161:22, 2196:2, 2208:21, 2220:24, 2227:7, 2238:1
**player** [49] - 2086:3, 2096:19, 2097:25, 2098:21, 2098:22, 2098:25, 2099:2, 2099:5, 2099:24, 2100:1, 2100:20, 2101:1, 2101:3, 2101:20, 2103:21, 2103:24, 2104:10, 2104:25, 2105:4, 2105:6, 2110:10, 2110:24, 2119:17, 2119:22, 2120:3, 2120:7, 2133:10, 2133:12, 2140:9, 2140:14, 2143:21, 2160:7, 2162:11, 2164:14, 2167:24, 2168:2, 2171:3, 2181:6, 2185:7, 2200:7, 2201:20, 2203:21, 2204:21, 2204:22, 2209:16, 2209:19, 2209:22, 2210:13
**players** [7] - 2209:11, 2209:24, 2212:17, 2215:4, 2220:23, 2221:22
**playing** [39] - 2082:19, 2082:20, 2091:10, 2143:11, 2144:7, 2146:22, 2153:25, 2157:1, 2157:19, 2157:20, 2157:23, 2157:24, 2159:19, 2160:11, 2160:14, 2161:14, 2166:5, 2166:14, 2166:19, 2166:20, 2166:24, 2168:14, 2174:4, 2188:16, 2188:25, 2190:16, 2191:15, 2193:7, 2195:6, 2195:10, 2195:17, 2195:22, 2196:4, 2196:6, 2202:20, 2210:16, 2211:2, 2215:11, 2216:13
**playlist** [71] - 2082:19, 2083:14, 2084:7, 2093:20, 2094:7, 2094:8, 2094:21, 2095:18, 2095:24, 2096:2, 2096:20, 2096:23, 2097:15, 2097:22, 2127:6, 2127:23, 2127:24, 2128:3, 2143:11, 2144:13, 2145:5, 2147:25, 2148:4, 2152:13, 2152:22, 2153:1, 2153:8, 2153:15, 2154:15, 2157:8, 2157:9, 2157:10, 2158:18, 2159:4, 2159:12, 2161:11, 2161:17, 2161:21, 2163:9, 2163:12, 2182:12, 2186:22, 2188:17, 2188:25, 2189:1, 2191:5, 2191:16, 2191:19, 2192:20, 2192:21, 2194:23, 2195:23, 2196:22, 2196:25, 2200:9, 2200:11, 2200:12, 2208:17, 2208:19, 2215:25, 2216:22, 2216:23, 2218:20, 2219:6, 2222:11, 2225:2, 2226:23, 2226:24
**playlists** [18] - 2082:15, 2083:10, 2083:17, 2094:23, 2143:5, 2143:12, 2143:16, 2143:18, 2145:2, 2182:15, 2186:21, 2208:5, 2208:25, 2216:21, 2219:18, 2227:5, 2237:22, 2237:24
**plays** [6] - 2159:20, 2191:5, 2196:25, 2197:6, 2197:8, 2218:22
**plotting** [1] - 2241:13
**plug** [5] - 2107:8, 2107:9, 2107:20, 2108:5, 2123:21
**plugged** [1] - 2107:12
**plugging** [1] - 2108:9
**plurality** [4] - 2099:17, 2099:21,

2164:21, 2232:22
**plus** [8] - 2076:20, 2086:3, 2111:9, 2111:13, 2118:13, 2128:25, 2133:13, 2168:23
**Point** [1] - 2226:9
**point** [19] - 2076:21, 2080:17, 2114:14, 2123:11, 2164:16, 2165:20, 2167:21, 2184:24, 2196:22, 2208:4, 2217:7, 2224:11, 2226:11, 2231:8, 2240:12, 2240:15, 2240:19, 2241:16
**pointed** [1] - 2078:15
**pointer** [1] - 2081:18
**pointing** [16] - 2156:6, 2172:7, 2174:9, 2188:3, 2194:18, 2196:24, 2197:7, 2211:19, 2211:23, 2212:6, 2212:8, 2212:10, 2212:20, 2212:21, 2215:15, 2215:16
**points** [2] - 2077:18, 2230:8
**polled** [1] - 2106:16
**popped** [1] - 2148:10
**popular** [2] - 2142:11, 2197:4
**popup** [1] - 2163:14
**port** [9] - 2141:13, 2141:25, 2142:2, 2165:1, 2181:22, 2186:17, 2202:8, 2230:22, 2230:24
**portable** [2] - 2210:17, 2215:4
**portion** [10] - 2092:7, 2097:20, 2099:13, 2157:5, 2161:3, 2166:12, 2203:1, 2203:8, 2204:7, 2218:15
**portions** [3] - 2085:9, 2087:11, 2098:17
**ports** [3] - 2182:6, 2182:7, 2182:8
**position** [4] - 2152:19, 2152:22, 2153:10, 2191:11
**possible** [2] - 2118:15, 2231:7
**possibly** [1] - 2239:22
**power** [2] - 2083:4, 2124:2
**powerful** [1] - 2091:2
**precedes** [4] - 2160:13, 2167:1, 2171:10, 2196:6
**predate** [1] - 2208:1
**predetermined** [1] - 2196:3
**predicate** [2] - 2079:19, 2080:5
**preference** [3] - 2163:25, 2199:24, 2227:18
**preferences** [8] - 2162:19, 2162:23, 2191:14, 2200:4, 2218:20, 2219:5, 2219:9, 2222:16
**preferred** [1] - 2234:23
**prefers** [1] - 2227:14
**prepare** [2] - 2148:20, 2148:25
**prepared** [2] - 2149:10, 2149:15
**presence** [1] - 2240:14
**present** [23] - 2089:14, 2089:16, 2089:17, 2090:8, 2090:10, 2097:4, 2129:25, 2130:1, 2145:17, 2146:13, 2147:4, 2150:21, 2150:23, 2151:25, 2153:17, 2172:17, 2172:18, 2172:19, 2174:10, 2175:2, 2180:12, 2180:13
**PRESENT** [2] - 2076:4, 2076:5
**presentation** [2] - 2122:9, 2148:19

**preserving** [1] - 2231:14
**PRESIDING** [1] - 2076:3
**press** [4] - 2209:18, 2209:21, 2211:3, 2211:4
**pressing** [1] - 2211:7
**pretty** [4] - 2102:22, 2115:7, 2122:13, 2229:2
**previewed** [2] - 2097:17, 2175:13
**previous** [25] - 2093:8, 2151:20, 2153:9, 2160:23, 2166:23, 2167:1, 2171:11, 2174:9, 2192:12, 2196:1, 2196:25, 2199:21, 2202:4, 2203:8, 2204:25, 2205:22, 2205:24, 2209:8, 2209:19, 2213:8, 2216:6, 2216:10, 2216:11, 2216:14, 2219:1
**previously** [1] - 2195:23
**price** [1] - 2131:11
**primarily** [1] - 2098:4
**primary** [4] - 2131:8, 2136:4, 2172:5, 2180:6
**print** [1] - 2198:2
**priorities** [2] - 2230:17, 2230:19
**priority** [1] - 2236:18
**problem** [5] - 2078:8, 2123:1, 2123:7, 2123:9, 2123:12
**problems** [1] - 2124:8
**procedure** [1] - 2079:1
**proceedings** [2] - 2080:13, 2218:16
**Proceedings** [1] - 2241:17
**PROCEEDINGS** [1] - 2241:21
**process** [6] - 2083:7, 2085:4, 2091:2, 2172:5, 2235:5, 2239:8
**processed** [1] - 2083:3
**processing** [7] - 2083:5, 2101:10, 2112:22, 2116:12, 2173:18, 2173:22, 2205:10
**processor** [13] - 2091:16, 2112:24, 2153:24, 2157:14, 2157:17, 2159:17, 2160:8, 2166:2, 2188:14, 2195:15, 2196:1, 2202:18, 2236:14
**processors** [1] - 2151:17
**produced** [2] - 2117:18, 2177:22
**producing** [1] - 2173:17
**product** [5] - 2082:2, 2088:8, 2106:3, 2111:18, 2224:13
**products** [32] - 2081:22, 2083:22, 2084:21, 2084:23, 2085:25, 2089:14, 2090:14, 2096:6, 2097:10, 2097:12, 2097:14, 2106:6, 2110:12, 2110:24, 2129:9, 2130:15, 2130:17, 2130:22, 2134:8, 2134:10, 2136:18, 2136:19, 2190:5, 2190:14, 2191:6, 2212:24, 2235:1, 2236:24, 2237:4, 2237:16, 2237:17, 2237:20
**profile** [1] - 2219:2
**profit** [1] - 2238:7
**profits** [1] - 2239:9
**program** [63] - 2090:22, 2099:18, 2099:22, 2137:9, 2140:9, 2140:14, 2142:15, 2142:21, 2153:25, 2156:16,

2157:2, 2157:15, 2157:17, 2157:20, 2157:22, 2159:18, 2160:7, 2160:9, 2160:13, 2160:14, 2162:11, 2162:12, 2162:17, 2162:21, 2164:14, 2164:22, 2165:4, 2165:13, 2166:14, 2166:4, 2166:5, 2166:7, 2166:14, 2166:19, 2166:25, 2167:1, 2167:25, 2168:13, 2168:14, 2171:10, 2174:1, 2174:5, 2181:5, 2182:16, 2187:11, 2188:15, 2193:7, 2195:16, 2196:4, 2196:5, 2196:6, 2199:20, 2199:24, 2200:8, 2201:19, 2201:22, 2202:19, 2202:21, 2214:21, 2232:23, 2234:19

**ProgramID** [4] - 2092:24, 2152:10, 2159:5, 2189:19
**programmed** [4] - 2133:24, 2173:9, 2205:3, 2234:8
**programs** [5] - 2103:10, 2119:25, 2120:1, 2133:25, 2173:10
**promise** [1] - 2230:12
**proof** [3] - 2164:11, 2173:11, 2237:6
**proper** [1] - 2206:22
**proposition** [1] - 2076:10
**proprietary** [1] - 2117:12
**protocol** [6] - 2184:2, 2184:8, 2184:10, 2184:13, 2185:6, 2232:6
**provided** [3] - 2087:11, 2119:5, 2180:3
**provider** [6] - 2101:16, 2101:19, 2102:7, 2102:10, 2103:6, 2104:8
**provides** [3] - 2186:5, 2192:21, 2195:5
**providing** [3] - 2102:9, 2157:1, 2214:21
**Publications** [2] - 2223:18, 2223:21
**published** [2] - 2178:5, 2218:6
**pull** [6] - 2082:14, 2083:16, 2184:14, 2184:16, 2217:21, 2223:18
**pulls** [1] - 2082:10
**punch** [1] - 2216:9
**purchase** [1] - 2117:19
**purpose** [9] - 2081:25, 2150:4, 2150:9, 2160:21, 2171:22, 2189:3, 2189:9, 2189:12, 2234:8
**purposes** [4] - 2130:21, 2138:22, 2231:10
**push** [2] - 2216:12, 2216:13
**put** [20] - 2083:3, 2084:11, 2094:24, 2102:12, 2114:16, 2127:24, 2133:1, 2137:2, 2184:19, 2184:20, 2189:10, 2208:11, 2220:2, 2220:6, 2220:8, 2220:10, 2221:10, 2228:12, 2234:5, 2240:3
**putting** [2] - 2221:9, 2221:12

## Q

**qualify** [1] - 2176:15
**quality** [3] - 2140:21, 2140:24, 2181:17
**Quantization** [1] - 2151:19
**quarter** [3] - 2129:20, 2129:22, 2208:11
**questions** [5] - 2136:4, 2148:13, 2224:19, 2227:25, 2229:7

**queue** [1] - 2208:16
**quick** [4] - 2095:15, 2176:19, 2215:19, 2226:5
**quickly** [7] - 2118:10, 2127:23, 2128:2, 2128:4, 2154:20, 2203:20, 2216:5
**quite** [5] - 2082:22, 2115:6, 2121:7, 2208:3, 2209:24
**quote** [1] - 2214:22
**QWERTY** [4] - 2126:14, 2126:17, 2127:5, 2127:7

## R

**radio** [1] - 2119:19
**raised** [2] - 2076:7, 2231:14
**RAM** [5] - 2082:14, 2083:4, 2093:24, 2129:5
**ran** [3] - 2137:9, 2184:25, 2212:18
**random** [1] - 2140:24
**range** [2] - 2076:25, 2150:17
**rate** [1] - 2239:6
**rather** [5] - 2106:14, 2127:25, 2164:10, 2165:21, 2167:19
**re** [2] - 2078:7, 2104:16
**re-take** [1] - 2104:16
**reaches** [1] - 2185:7
**reacquaint** [1] - 2083:20
**read** [13] - 2078:12, 2079:8, 2094:6, 2104:3, 2119:14, 2158:6, 2159:10, 2160:20, 2161:10, 2164:10, 2176:13, 2218:2
**reading** [8] - 2092:9, 2098:23, 2119:16, 2129:4, 2156:25, 2184:3, 2213:15, 2228:25
**ready** [2] - 2079:20, 2079:24
**real** [6] - 2095:15, 2176:19, 2215:19, 2226:5, 2232:3, 2240:23
**realize** [2] - 2080:3, 2220:3
**realized** [1] - 2228:9
**realizing** [1] - 2220:15
**really** [7] - 2116:17, 2123:13, 2127:23, 2207:24, 2213:15, 2233:9, 2235:7
**reason** [7] - 2127:24, 2131:8, 2137:16, 2194:17, 2210:18, 2226:8, 2232:3
**reasons** [5] - 2115:23, 2125:8, 2132:1, 2132:15, 2132:20
**rebuttal** [3] - 2229:22, 2230:3, 2241:9
**receive** [1] - 2169:12
**receiving** [15] - 2098:24, 2117:21, 2118:6, 2118:11, 2119:4, 2120:3, 2168:5, 2168:18, 2168:19, 2168:21, 2168:24, 2169:14, 2203:25, 2204:10, 2205:6
**recent** [2] - 2077:11, 2231:13
**recess** [2] - 2129:22, 2180:10
**Recess** [2] - 2129:24, 2180:11
**recommend** [1] - 2144:12
**RECORD** [1] - 2241:21
**record** [34] - 2078:12, 2078:13, 2078:20, 2078:25, 2079:7, 2091:25,

2092:19, 2092:22, 2093:13, 2094:12, 2095:24, 2099:6, 2106:9, 2122:5, 2124:24, 2130:21, 2132:9, 2139:1, 2140:23, 2140:24, 2142:18, 2146:23, 2153:4, 2187:1, 2187:4, 2198:5, 2211:7, 2219:10, 2221:20, 2235:20, 2236:23, 2240:9, 2241:15
**records** [2] - 2208:9, 2208:22
**rectangular** [1] - 2101:2
**rectified** [1] - 2076:24
**red** [1] - 2081:14
**redact** [1] - 2085:9
**redacted** [2] - 2087:12, 2087:13
**redirect** [1] - 2241:14
**reexam** [1] - 2080:17
**reexamination** [1] - 2080:13
**reference** [24] - 2093:4, 2140:2, 2140:13, 2146:2, 2148:5, 2170:7, 2175:6, 2175:23, 2176:5, 2180:6, 2180:22, 2183:18, 2186:4, 2191:23, 2200:8, 2200:20, 2203:15, 2204:11, 2204:14, 2209:15, 2217:15, 2217:18, 2220:15
**referenced** [1] - 2093:6
**references** [15] - 2086:2, 2137:19, 2146:19, 2173:2, 2180:3, 2184:19, 2184:20, 2186:5, 2186:8, 2206:18, 2217:9, 2219:17, 2219:20, 2222:13, 2223:14
**referring** [1] - 2146:24
**regard** [34] - 2083:23, 2084:3, 2090:7, 2096:13, 2105:19, 2109:5, 2111:5, 2111:6, 2122:25, 2124:21, 2125:4, 2126:4, 2126:5, 2126:21, 2127:5, 2127:12, 2145:16, 2153:10, 2153:16, 2165:23, 2165:25, 2169:11, 2169:20, 2171:11, 2178:20, 2185:11, 2190:4, 2190:10, 2190:24, 2192:9, 2198:8, 2200:23, 2203:10, 2209:16
**regarding** [23] - 2081:6, 2089:12, 2100:19, 2103:20, 2105:15, 2111:2, 2120:2, 2122:22, 2132:14, 2132:17, 2133:6, 2134:3, 2140:14, 2146:11, 2150:20, 2151:23, 2162:2, 2165:16, 2174:6, 2174:11, 2206:1, 2221:9, 2222:8
**regards** [6] - 2152:24, 2155:5, 2178:11, 2178:25, 2193:19, 2215:23
**regular** [3] - 2078:23, 2078:25, 2079:8
**relate** [3] - 2197:12, 2200:14, 2206:17
**related** [4] - 2144:13, 2225:9, 2234:21, 2236:11
**relates** [4] - 2117:25, 2136:6, 2168:20, 2237:15
**relating** [12] - 2119:8, 2130:14, 2151:24, 2171:14, 2190:20, 2200:23, 2203:11, 2204:9, 2214:11, 2215:22, 2223:9, 2234:7
**relationship** [3] - 2104:1, 2123:18, 2124:13
**relatively** [2] - 2145:7, 2230:2

**release** [2] - 2086:19, 2086:21
**releases** [1] - 2086:17
**releasing** [1] - 2086:23
**relied** [1] - 2237:23
**rely** [2] - 2085:5, 2085:11
**relying** [1] - 2217:9
**remaining** [6] - 2166:9, 2173:19, 2202:2, 2202:23, 2203:5, 2205:11
**remains** [2] - 2084:6, 2198:14
**remarks** [1] - 2087:18
**remember** [4] - 2100:9, 2122:19, 2151:7, 2228:15
**remind** [6] - 2089:21, 2155:11, 2168:19, 2179:16, 2192:18, 2207:10
**reminded** [1] - 2077:12
**remote** [3] - 2145:5, 2145:6, 2188:24
**removable** [1] - 2169:16
**removed** [1] - 2114:17
**removing** [1] - 2142:8
**reopen** [1] - 2076:24
**repeat** [22] - 2094:25, 2095:5, 2095:6, 2095:13, 2095:18, 2095:23, 2095:25, 2096:1, 2096:17, 2096:22, 2098:2, 2216:19, 2217:1, 2217:7, 2222:8, 2222:10, 2236:12
**repeated** [1] - 2105:1
**repeatedly** [4] - 2209:19, 2209:22, 2211:3, 2211:5
**repeating** [2] - 2189:1, 2216:21
**repeats** [1] - 2188:24
**replace** [1] - 2214:8
**replaceable** [2] - 2129:6, 2169:5
**report** [2] - 2080:14, 2148:22
**REPORTER'S** [2] - 2076:1, 2241:18
**reproduce** [1] - 2093:1
**reproduced** [2] - 2187:13, 2187:19
**reproduces** [4] - 2140:15, 2141:1, 2181:9, 2181:19
**Reproducing** [1] - 2226:9
**reproducing** [13] - 2091:15, 2112:15, 2133:24, 2141:6, 2141:7, 2165:24, 2167:25, 2168:8, 2173:9, 2187:10, 2202:16, 2204:4, 2221:14
**reproduction** [14] - 2153:24, 2157:19, 2157:21, 2160:12, 2166:5, 2166:13, 2166:18, 2166:24, 2168:12, 2193:7, 2193:8, 2196:4, 2196:5, 2202:20
**request** [34] - 2097:23, 2097:25, 2098:19, 2098:20, 2098:25, 2099:4, 2100:1, 2100:20, 2101:20, 2102:16, 2103:20, 2104:7, 2104:9, 2105:3, 2105:4, 2105:6, 2107:14, 2107:18, 2108:14, 2109:1, 2110:10, 2110:23, 2141:18, 2143:20, 2168:10, 2171:19, 2184:15, 2185:5, 2185:8, 2232:25, 2233:4
**requesting** [2] - 2108:10, 2108:11
**requests** [4] - 2098:22, 2099:2, 2110:9, 2162:19
**require** [2] - 2097:19, 2182:20

**required** [8] - 2112:3, 2112:18, 2118:14, 2119:3, 2129:3, 2131:22, 2152:10, 2231:16
**requirement** [2] - 2078:24, 2199:22
**requirements** [4] - 2112:16, 2122:10, 2191:12, 2221:3
**Requirements** [1] - 2078:11
**requires** [13] - 2097:24, 2099:21, 2111:12, 2133:13, 2133:14, 2133:17, 2133:18, 2134:1, 2147:5, 2158:8, 2162:15, 2189:14, 2236:18
**research** [3] - 2078:4, 2228:16, 2232:6
**resolution** [1] - 2150:19
**resource** [3] - 2180:7, 2183:24, 2194:1
**Resource** [9] - 2183:21, 2185:2, 2185:14, 2186:8, 2186:10, 2191:24, 2193:20, 2200:24, 2206:9
**respect** [26] - 2096:5, 2096:8, 2097:1, 2145:14, 2155:4, 2162:1, 2169:8, 2169:21, 2174:7, 2174:12, 2174:17, 2190:25, 2192:11, 2193:2, 2193:16, 2198:12, 2199:4, 2199:19, 2206:2, 2222:23, 2225:23, 2226:16, 2230:16, 2230:21, 2232:20, 2234:6
**respond** [2] - 2086:17, 2104:11
**responds** [6] - 2157:14, 2157:17, 2159:18, 2160:8, 2195:15, 2196:1
**response** [2] - 2098:22, 2183:9
**responses** [1] - 2085:5
**responsive** [2] - 2171:6, 2173:22
**rest** [7] - 2113:21, 2114:13, 2116:23, 2151:23, 2165:19, 2205:9, 2229:19
**result** [1] - 2233:10
**retain** [1] - 2191:18
**returning** [1] - 2191:17
**review** [1] - 2234:2
**reviewed** [2] - 2078:4, 2138:8
**rewriting** [1] - 2078:10
**RG-58** [1] - 2142:10
**right-hand** [3] - 2131:18, 2136:14, 2161:13
**right-pointing** [3] - 2211:23, 2212:10, 2212:21
**RON** [1] - 2076:3
**room** [3] - 2077:18, 2087:24, 2145:9
**rotate** [2] - 2147:25, 2153:7
**roughly** [3] - 2093:21, 2113:23, 2150:19
**routine** [1] - 2172:2
**row** [2] - 2212:7, 2212:9
**rows** [1] - 2220:19
**royalty** [1] - 2239:6
**RS-232** [1] - 2182:7
**Rule** [3] - 2077:13, 2078:9, 2206:16
**rule** [5] - 2076:23, 2077:2, 2079:10, 2231:10, 2239:22
**rules** [2] - 2077:15, 2078:9
**ruling** [2] - 2079:17, 2080:4
**run** [2] - 2108:20, 2235:2
**running** [13] - 2088:19, 2110:12,

2160:21, 2171:23, 2172:2, 2177:12, 2182:6, 2182:18, 2186:24, 2188:3, 2189:11, 2206:10, 2228:24
**runs** [6] - 2095:10, 2106:21, 2138:13, 2182:5, 2183:18, 2200:19

---

# S

---

**safely** [1] - 2240:24
**Sale** [1] - 2226:10
**sale** [1] - 2226:11
**sat** [2] - 2077:16, 2149:20
**satellite** [2] - 2102:3, 2102:4
**satisfied** [1] - 2090:3
**save** [1] - 2191:13
**saw** [16] - 2124:11, 2141:5, 2142:5, 2144:20, 2146:8, 2146:21, 2147:7, 2154:10, 2156:10, 2156:19, 2157:6, 2159:9, 2164:1, 2164:2, 2214:5
**scan** [3] - 2090:20, 2159:6, 2234:15
**scanning** [12] - 2084:8, 2089:13, 2091:1, 2151:25, 2153:16, 2158:8, 2158:19, 2159:13, 2160:22, 2190:20, 2198:17, 2235:4
**schedule** [1] - 2229:12
**SCHUTZ** [6] - 2229:24, 2230:7, 2230:12, 2240:20, 2241:5, 2241:12
**scope** [1] - 2183:13
**scrap** [1] - 2231:17
**screen** [22] - 2081:8, 2086:11, 2095:17, 2113:3, 2154:10, 2156:3, 2156:6, 2156:25, 2157:5, 2157:8, 2165:22, 2192:20, 2194:20, 2195:5, 2196:18, 2196:20, 2202:14, 2211:10, 2211:11, 2214:5, 2215:11, 2215:16
**screenings** [1] - 2215:3
**screens** [6] - 2194:24, 2214:20, 2215:8, 2216:18, 2222:2, 2222:4
**screenshot** [1] - 2154:12
**script** [1] - 2086:3
**scroll** [8] - 2125:22, 2125:25, 2126:9, 2126:23, 2127:4, 2127:9, 2127:14, 2177:24
**scrollable** [8] - 2156:4, 2156:6, 2194:20, 2194:23, 2194:24, 2214:21, 2222:3, 2222:5
**scrolling** [2] - 2127:14, 2156:20
**search** [2] - 2163:13, 2163:14
**searching** [1] - 2084:9
**seat** [1] - 2104:16
**second** [26] - 2085:20, 2086:13, 2110:22, 2116:7, 2116:10, 2118:5, 2121:8, 2121:9, 2122:16, 2125:16, 2136:3, 2139:23, 2153:20, 2156:15, 2164:23, 2171:7, 2171:19, 2171:20, 2186:16, 2189:21, 2190:19, 2221:21, 2234:4, 2235:17, 2236:17
**section** [9] - 2097:18, 2111:25, 2135:14, 2135:15, 2175:12, 2177:7, 2207:13, 2218:12, 2219:1

**sections** [2] - 2098:15, 2165:10
**see** [81] - 2076:14, 2082:6, 2083:4, 2084:8, 2087:23, 2089:5, 2089:19, 2092:12, 2092:17, 2093:19, 2094:4, 2095:17, 2098:19, 2099:16, 2100:15, 2103:9, 2104:12, 2105:3, 2107:23, 2113:7, 2115:6, 2116:17, 2116:18, 2116:24, 2118:24, 2122:10, 2122:17, 2125:17, 2126:12, 2126:20, 2126:24, 2127:15, 2127:21, 2128:16, 2133:11, 2134:12, 2135:4, 2138:13, 2140:20, 2141:6, 2142:22, 2144:22, 2144:25, 2147:17, 2150:8, 2151:16, 2153:14, 2156:5, 2157:3, 2158:11, 2160:19, 2162:9, 2164:6, 2167:15, 2167:22, 2169:9, 2173:23, 2181:8, 2182:3, 2182:12, 2185:2, 2192:6, 2192:20, 2197:2, 2197:4, 2200:5, 2209:17, 2210:13, 2210:20, 2210:24, 2211:12, 2212:20, 2213:15, 2213:19, 2217:4, 2223:24, 2225:13, 2239:23, 2240:3, 2240:24
**seeing** [2] - 2092:8, 2194:21
**seem** [2] - 2124:7, 2229:12
**segment** [8] - 2160:13, 2160:14, 2168:13, 2171:10, 2174:1, 2196:6, 2196:7, 2234:19
**segments** [2] - 2167:25, 2181:12
**segue** [1] - 2161:14
**select** [3] - 2154:23, 2154:25, 2218:23
**selected** [19] - 2156:16, 2162:18, 2163:8, 2165:3, 2166:4, 2166:6, 2167:25, 2192:11, 2193:5, 2193:9, 2193:10, 2199:23, 2200:3, 2200:11, 2202:9, 2202:19, 2202:21, 2202:22, 2216:2
**selecting** [2] - 2154:18, 2156:21
**selection** [10] - 2094:2, 2094:8, 2154:13, 2157:15, 2157:18, 2159:18, 2160:9, 2195:16, 2215:12, 2216:14
**Selection_Record** [26] - 2091:7, 2091:9, 2091:11, 2091:20, 2091:21, 2092:10, 2092:18, 2092:20, 2092:23, 2092:25, 2096:5, 2096:7, 2096:18, 2097:14, 2152:4, 2152:8, 2152:12, 2152:21, 2158:10, 2158:15, 2158:17, 2160:23, 2234:16, 2235:5, 2236:21, 2236:23
**Selection_Records** [3] - 2089:13, 2151:25, 2190:21
**selections** [7] - 2092:9, 2162:13, 2162:22, 2199:25, 2200:8, 2209:20, 2209:22
**selector** [2] - 2188:24, 2189:2
**sell** [1] - 2114:24
**sending** [2] - 2104:11, 2233:4
**sends** [1] - 2092:25
**sense** [4] - 2108:8, 2108:12, 2146:4, 2200:8
**senses** [1] - 2127:19
**sent** [1] - 2078:10

**sentence** [2] - 2216:4, 2233:15
**separate** [12] - 2099:17, 2099:18, 2099:22, 2099:23, 2099:24, 2143:9, 2143:16, 2162:16, 2172:22, 2172:23, 2174:12, 2232:22, 2232:23
**separately** [6] - 2079:16, 2114:24, 2164:25, 2170:2, 2202:1, 2202:7
**September** [3] - 2138:17, 2178:5, 2178:22
**sequel** [3] - 2084:2, 2084:5, 2088:17
**sequence** [11] - 2091:21, 2119:5, 2144:21, 2165:25, 2168:22, 2168:25, 2205:7, 2213:5, 2213:7, 2216:6, 2216:11
**sequencing** [17] - 2099:18, 2099:23, 2141:20, 2143:3, 2143:5, 2143:10, 2144:18, 2144:20, 2158:9, 2160:22, 2165:1, 2169:12, 2182:9, 2182:11, 2199:23, 2208:23, 2232:23
**sequestered** [1] - 2230:2
**server** [46] - 2097:20, 2097:23, 2097:25, 2099:10, 2099:19, 2100:21, 2101:24, 2102:17, 2102:21, 2103:6, 2103:8, 2103:14, 2103:17, 2103:21, 2103:24, 2104:1, 2104:8, 2104:10, 2104:11, 2105:1, 2105:7, 2106:21, 2110:11, 2110:24, 2119:18, 2119:23, 2119:24, 2120:8, 2120:21, 2144:24, 2145:3, 2145:6, 2145:8, 2162:17, 2162:18, 2184:12, 2184:14, 2184:15, 2184:16, 2185:8, 2185:9, 2200:3
**servers** [2] - 2102:19, 2102:20
**service** [5] - 2101:19, 2102:7, 2102:10, 2103:5, 2104:8
**session** [2] - 2164:25
**set** [6] - 2094:21, 2133:12, 2133:25, 2160:7, 2162:11, 2235:5
**sets** [2] - 2078:10, 2197:22
**setting** [6] - 2095:3, 2095:4, 2095:5, 2095:12, 2095:19, 2095:23
**settings** [3] - 2095:1, 2095:6, 2191:13
**seven** [2] - 2224:5, 2224:13
**several** [7] - 2105:21, 2112:2, 2151:4, 2158:7, 2159:4, 2204:20, 2235:13
**shelf** [1] - 2117:16
**short** [3] - 2145:7, 2194:23, 2230:2
**shorter** [1] - 2105:22
**Shoshana** [1] - 2217:19
**show** [15] - 2080:2, 2098:9, 2139:22, 2151:4, 2164:11, 2179:4, 2179:20, 2199:25, 2207:23, 2215:12, 2219:24, 2228:19, 2232:3, 2235:16, 2240:6
**showed** [6] - 2136:18, 2151:8, 2157:9, 2159:3, 2173:11, 2174:20, 2175:8
**showing** [6] - 2092:7, 2148:9, 2215:5, 2218:19, 2232:21, 2237:12
**shown** [12] - 2078:6, 2090:7, 2090:12, 2097:3, 2104:5, 2139:8, 2140:19, 2167:9, 2186:22, 2218:18, 2220:1, 2234:22
**shows** [10] - 2120:12, 2128:14,

2128:16, 2143:12, 2143:16, 2152:4, 2152:6, 2195:9, 2217:22, 2220:11
**shuffle** [1] - 2084:11
**side** [13] - 2076:24, 2113:3, 2125:17, 2131:18, 2131:19, 2136:14, 2138:2, 2156:8, 2161:13, 2177:17, 2212:7, 2233:21, 2240:21
**sides** [1] - 2229:4
**signal** [8] - 2106:24, 2107:4, 2107:11, 2107:19, 2108:6, 2108:14, 2233:5
**signals** [1] - 2102:1
**significant** [1] - 2132:3
**similar** [6] - 2167:15, 2178:19, 2179:2, 2195:19, 2211:9, 2236:16
**similarities** [2] - 2126:11
**simple** [3] - 2104:24, 2215:2, 2221:15
**simply** [28] - 2084:10, 2090:22, 2091:2, 2091:3, 2094:22, 2096:7, 2096:12, 2099:3, 2107:16, 2107:21, 2108:12, 2108:15, 2125:6, 2132:24, 2167:21, 2190:9, 2197:2, 2201:23, 2224:5, 2225:13, 2233:5, 2233:16
**single** [19] - 2078:5, 2128:1, 2139:20, 2139:21, 2140:6, 2155:14, 2167:9, 2170:7, 2171:6, 2174:19, 2174:25, 2175:6, 2175:8, 2175:17, 2231:7, 2231:8, 2231:16
**sit** [1] - 2116:3
**site** [2] - 2103:14, 2184:5
**Site** [1] - 2237:9
**sits** [2] - 2089:7, 2115:25
**sitting** [3] - 2102:24, 2141:5, 2196:19
**six** [1] - 2126:14
**sixth** [2] - 2090:2, 2090:9
**size** [9] - 2113:23, 2113:25, 2114:1, 2114:6, 2115:2, 2116:6, 2121:15, 2126:4
**skill** [26] - 2121:21, 2175:19, 2176:2, 2176:7, 2176:16, 2183:12, 2184:22, 2184:25, 2186:2, 2186:9, 2192:1, 2193:21, 2193:24, 2193:25, 2198:11, 2199:2, 2199:8, 2199:9, 2201:2, 2201:3, 2203:14, 2206:8, 2206:12, 2207:20, 2220:2, 2220:5
**skip** [82] - 2154:1, 2157:15, 2157:17, 2158:25, 2159:1, 2159:18, 2160:9, 2160:13, 2161:16, 2161:20, 2164:23, 2166:15, 2166:21, 2166:23, 2167:1, 2168:10, 2168:14, 2171:7, 2171:11, 2171:19, 2174:2, 2174:3, 2192:11, 2193:5, 2193:10, 2195:15, 2195:16, 2195:19, 2195:20, 2195:25, 2196:1, 2197:10, 2197:15, 2202:22, 2203:1, 2203:3, 2203:8, 2204:7, 2204:23, 2204:25, 2205:16, 2205:17, 2205:22, 2205:24, 2209:7, 2209:8, 2210:19, 2210:20, 2210:22, 2211:1, 2211:4, 2211:5, 2211:8, 2211:20, 2211:24, 2212:6, 2212:9, 2212:13, 2212:21, 2212:22, 2212:24, 2212:25, 2213:3, 2213:5, 2214:11, 2215:22, 2216:3,

2216:8, 2221:21, 2221:24, 2235:2, 2235:4, 2236:2, 2236:3, 2236:4
**skipping** [14] - 2083:24, 2159:16, 2159:17, 2161:1, 2192:11, 2196:9, 2196:13, 2197:12, 2198:12, 2209:13, 2216:1, 2234:9
**skips** [1] - 2209:20
**slide** [49] - 2081:8, 2081:10, 2093:8, 2104:22, 2120:11, 2128:17, 2136:2, 2136:3, 2137:2, 2142:14, 2149:7, 2149:15, 2151:1, 2151:20, 2152:3, 2152:17, 2153:9, 2158:24, 2161:4, 2163:4, 2170:24, 2173:7, 2173:21, 2181:7, 2182:2, 2183:16, 2186:15, 2187:8, 2187:16, 2187:24, 2188:23, 2192:18, 2195:14, 2195:25, 2196:16, 2197:18, 2199:21, 2200:6, 2201:13, 2202:13, 2203:19, 2204:18, 2205:15, 2207:18, 2207:25, 2209:12, 2214:19, 2216:20, 2224:23
**slides** [20] - 2088:3, 2093:11, 2114:11, 2116:15, 2141:10, 2148:9, 2148:11, 2148:15, 2148:20, 2148:25, 2149:2, 2149:11, 2178:8, 2178:22, 2206:16, 2206:25, 2214:2, 2218:9, 2224:16, 2237:22
**slight** [2] - 2084:1, 2235:24
**slightly** [1] - 2081:25
**slot** [2] - 2116:15, 2161:13
**slower** [1] - 2122:16
**slowly** [3] - 2082:11, 2083:2, 2208:18
**small** [4] - 2102:11, 2115:16, 2150:10, 2194:22
**smaller** [1] - 2114:6
**snap** [1] - 2227:23
**socket** [3] - 2114:11, 2114:16
**sockets** [1] - 2116:21
**software** [18] - 2081:6, 2082:12, 2083:20, 2086:21, 2086:22, 2097:13, 2108:20, 2111:5, 2147:11, 2169:4, 2172:2, 2177:1, 2190:20, 2191:1, 2192:10, 2198:18, 2212:17, 2237:3
**sold** [1] - 2117:9
**soldered** [1] - 2114:15
**someone** [11] - 2078:14, 2078:20, 2078:21, 2081:18, 2121:20, 2123:4, 2131:6, 2136:10, 2149:15, 2149:20, 2228:17
**something's** [1] - 2107:11
**sometime** [1] - 2241:3
**sometimes** [4] - 2105:22, 2114:16, 2115:3, 2137:19
**somewhere** [2] - 2183:9, 2183:13
**song** [13] - 2095:7, 2095:25, 2096:22, 2154:21, 2154:23, 2154:25, 2157:25, 2159:4, 2192:12, 2208:12, 2208:18, 2209:8, 2235:1
**songs** [11] - 2083:24, 2093:22, 2127:25, 2163:11, 2163:17, 2192:22, 2192:25, 2218:22, 2218:24, 2219:2, 2219:6

**soon** [1] - 2080:1
**sorry** [14] - 2092:14, 2109:14, 2129:13, 2139:6, 2146:25, 2157:13, 2176:20, 2202:5, 2210:23, 2211:16, 2214:3, 2215:16, 2230:23, 2231:2
**sort** [23] - 2081:9, 2095:24, 2100:18, 2104:22, 2105:16, 2107:1, 2113:6, 2113:23, 2117:15, 2120:11, 2132:13, 2134:20, 2134:25, 2135:13, 2136:5, 2139:15, 2153:20, 2161:23, 2164:7, 2176:7, 2207:14, 2215:8, 2220:18
**Sound** [109] - 2137:8, 2175:14, 2175:15, 2175:16, 2175:17, 2175:21, 2175:24, 2176:3, 2176:18, 2176:25, 2177:11, 2178:10, 2178:15, 2178:23, 2179:2, 2179:5, 2179:6, 2179:14, 2179:18, 2179:21, 2180:4, 2180:19, 2181:1, 2181:4, 2181:8, 2181:13, 2181:15, 2181:18, 2181:23, 2182:5, 2182:13, 2182:15, 2182:16, 2182:18, 2182:19, 2182:23, 2183:1, 2183:3, 2183:6, 2183:14, 2183:18, 2184:24, 2185:1, 2185:13, 2185:23, 2186:8, 2186:11, 2186:19, 2186:20, 2186:24, 2186:25, 2187:6, 2187:14, 2188:4, 2188:8, 2188:20, 2189:4, 2189:10, 2189:17, 2189:25, 2190:4, 2190:10, 2190:11, 2190:24, 2191:1, 2191:4, 2191:5, 2191:8, 2191:17, 2192:14, 2192:15, 2192:16, 2192:21, 2193:3, 2193:19, 2193:22, 2194:13, 2194:15, 2196:12, 2196:17, 2197:16, 2198:24, 2199:5, 2200:7, 2200:11, 2200:16, 2200:18, 2200:19, 2200:24, 2200:25, 2201:4, 2203:11, 2203:14, 2204:10, 2206:1, 2206:2, 2206:7, 2206:8, 2206:18, 2212:15, 2219:21, 2220:3, 2220:9, 2220:11
**sound** [40] - 2112:16, 2112:17, 2112:18, 2113:4, 2113:15, 2113:19, 2113:24, 2115:2, 2115:11, 2116:13, 2117:8, 2117:10, 2117:11, 2117:14, 2117:15, 2137:9, 2140:15, 2141:2, 2141:6, 2141:7, 2150:4, 2150:5, 2150:16, 2150:20, 2150:21, 2150:23, 2151:3, 2151:8, 2151:22, 2177:1, 2177:2, 2181:9, 2181:15, 2181:16, 2181:19, 2187:18, 2189:3, 2189:4
**sounds** [1] - 2173:17
**source** [5] - 2084:16, 2084:20, 2086:2, 2207:3
**speaker** [2] - 2187:10, 2187:11
**speakers** [2] - 2113:9, 2146:21
**special** [2] - 2079:14, 2108:20
**specific** [12] - 2098:11, 2099:9, 2160:21, 2171:16, 2211:17, 2220:21, 2221:2, 2221:6, 2232:16, 2233:3, 2236:7
**specifically** [6] - 2150:16, 2182:8, 2218:23, 2222:14, 2236:18, 2237:19
**specification** [2] - 2105:15, 2105:16

**specifics** [1] - 2220:17
**specified** [1] - 2199:23
**speed** [7] - 2121:5, 2121:23, 2123:13, 2124:8, 2129:5, 2129:12, 2169:3
**spin** [2] - 2082:23, 2083:1
**spins** [1] - 2082:10
**spirit** [1] - 2076:22
**SQL** [1] - 2088:17
**stand** [1] - 2079:18
**standard** [10] - 2106:1, 2106:3, 2106:8, 2106:15, 2108:4, 2118:20, 2126:17, 2127:5, 2140:24, 2182:6
**standardized** [3] - 2114:11, 2116:21, 2212:23
**standards** [2] - 2105:20, 2106:5
**standby** [2] - 2144:12, 2144:13
**standing** [1] - 2240:13
**stands** [1] - 2115:17
**start** [32] - 2077:1, 2079:20, 2084:10, 2085:21, 2091:23, 2094:9, 2095:7, 2095:21, 2096:16, 2101:4, 2101:5, 2129:15, 2133:9, 2135:9, 2140:8, 2157:25, 2167:24, 2176:18, 2191:14, 2192:25, 2193:11, 2194:10, 2221:21, 2227:13, 2227:15, 2228:22, 2228:24, 2229:4, 2229:8, 2229:12, 2231:22, 2232:16
**start-up** [1] - 2085:21
**started** [1] - 2122:21
**starting** [4] - 2139:16, 2141:24, 2216:23, 2229:17
**starts** [3] - 2106:20, 2181:5, 2185:6
**state** [1] - 2130:22
**statement** [2] - 2128:24, 2181:13
**stay** [1] - 2152:25
**stay** [1] - 2152:25
**step** [6] - 2100:7, 2109:19, 2229:15, 2234:15, 2234:19, 2236:5
**STEPHEN** [1] - 2081:1
**steps** [4] - 2083:21, 2089:13, 2171:24, 2236:19
**stereo** [3] - 2140:22, 2146:19, 2196:19
**stick** [1] - 2117:3
**stickers** [1] - 2128:7
**still** [12] - 2101:17, 2103:23, 2103:25, 2104:21, 2145:12, 2197:4, 2198:23, 2199:1, 2208:15, 2213:19, 2239:8
**stop** [15] - 2093:1, 2094:3, 2094:10, 2094:25, 2095:10, 2148:4, 2157:24, 2160:11, 2189:21, 2190:19, 2191:14, 2191:15, 2195:21, 2228:25
**stopping** [1] - 2195:16
**stops** [2] - 2157:20, 2159:19
**storage** [10] - 2122:12, 2129:4, 2129:5, 2129:13, 2145:25, 2146:7, 2169:16, 2173:13, 2186:18, 2205:6
**Storage** [1] - 2226:2
**store** [7] - 2095:24, 2104:13, 2130:18, 2131:10, 2169:12, 2186:21
**stored** [13] - 2081:12, 2081:20, 2081:21, 2081:23, 2082:2, 2088:12,

2140:22, 2143:13, 2143:18, 2144:15, 2164:25, 2186:23, 2202:1
**stores** [1] - 2088:24
**storing** [17] - 2119:4, 2128:14, 2128:19, 2128:21, 2130:13, 2164:21, 2168:4, 2168:5, 2168:20, 2168:21, 2168:24, 2169:14, 2186:18, 2202:8, 2203:24, 2205:7, 2208:25
**string** [1] - 2163:16
**strong** [1] - 2126:11
**structural** [8] - 2109:9, 2111:10, 2111:13, 2111:15, 2112:2, 2112:16, 2237:11, 2237:12
**structurally** [5] - 2115:20, 2118:22, 2120:15, 2126:24, 2132:4
**structure** [29] - 2097:5, 2097:6, 2111:11, 2111:12, 2116:1, 2119:3, 2129:2, 2129:3, 2131:25, 2148:7, 2149:25, 2150:3, 2151:24, 2152:6, 2152:7, 2152:9, 2152:15, 2158:15, 2161:4, 2169:1, 2169:10, 2169:11, 2169:14, 2169:18, 2171:22, 2198:15, 2234:9, 2235:16
**structures** [26] - 2112:3, 2112:19, 2118:15, 2118:16, 2125:21, 2131:15, 2131:17, 2131:18, 2131:19, 2131:21, 2152:14, 2159:24, 2159:25, 2171:21, 2172:9, 2173:16, 2189:15, 2189:18, 2197:15, 2197:17, 2198:8, 2198:9, 2198:20, 2234:24, 2235:9
**studied** [1] - 2077:7
**study** [1] - 2106:2
**stuff** [8] - 2103:11, 2117:10, 2119:21, 2127:9, 2133:14, 2163:10, 2183:22, 2220:5
**subject** [1] - 2090:21
**submitted** [1] - 2162:19
**subscriber's** [1] - 2119:20
**substantial** [12] - 2090:17, 2090:18, 2091:4, 2096:14, 2102:13, 2110:14, 2110:15, 2121:12, 2121:14, 2124:7, 2124:10, 2127:4
**substantially** [5] - 2078:6, 2096:23, 2111:19, 2125:8, 2132:2
**substantive** [1] - 2085:8
**substitute** [5] - 2121:22, 2122:23, 2122:25, 2131:7, 2132:7
**substitutes** [1] - 2132:8
**succession** [2] - 2147:23, 2153:6, 2188:15, 2188:16
**suddenly** [1] - 2228:9
**sufficiency** [1] - 2232:20
**sufficient** [2] - 2078:6, 2234:5
**suggest** [1] - 2144:14
**suggested** [2] - 2115:15, 2115:20
**suggestion** [2] - 2118:21, 2239:19
**suit** [8] - 2138:12, 2178:16, 2184:2, 2195:1, 2214:14, 2225:19, 2225:25, 2226:25
**summarize** [6] - 2089:4, 2104:23, 2107:2, 2125:3, 2131:16, 2132:13

**summarized** [1] - 2207:3
**summary** [6] - 2104:24, 2206:16, 2206:23, 2206:25, 2207:1, 2207:2
**sums** [1] - 2125:6
**support** [10] - 2161:1, 2162:25, 2181:23, 2188:20, 2189:8, 2194:14, 2196:12, 2234:6, 2238:6, 2240:4
**suppose** [1] - 2127:24
**sustain** [1] - 2079:11
**swap** [2] - 2117:4, 2122:1
**switch** [1] - 2084:25
**switches** [1] - 2114:22
**synchronized** [1] - 2088:20
**synchronizing** [2] - 2123:21, 2123:23
**System** [3] - 2206:10, 2218:18, 2226:8
**system** [57] - 2119:17, 2129:4, 2137:3, 2138:4, 2138:15, 2139:16, 2139:19, 2140:2, 2141:4, 2143:8, 2143:15, 2144:19, 2145:5, 2145:6, 2145:18, 2146:8, 2146:9, 2146:13, 2146:20, 2147:4, 2150:22, 2152:1, 2153:18, 2154:7, 2154:8, 2154:11, 2155:8, 2156:9, 2156:12, 2157:6, 2158:23, 2162:5, 2164:1, 2164:2, 2164:3, 2167:11, 2169:24, 2170:1, 2170:5, 2170:8, 2170:9, 2170:14, 2172:19, 2172:25, 2174:11, 2174:12, 2174:14, 2174:23, 2175:1, 2175:7, 2181:18, 2206:19, 2218:24, 2219:21, 2220:9, 2226:3
**system...selects** [1] - 2218:22
**Systems** [1] - 2226:1
**systems** [7] - 2123:1, 2123:2, 2123:7, 2137:22, 2142:6, 2221:15

## T

**talks** [13] - 2085:21, 2086:13, 2099:1, 2101:13, 2119:15, 2120:9, 2146:18, 2148:5, 2161:4, 2184:4, 2209:13, 2220:20, 2238:11
**tape** [1] - 2140:22
**technical** [1] - 2176:11
**technically** [2] - 2225:1, 2231:7
**technologies** [5] - 2103:19, 2122:17, 2214:12, 2214:17, 2221:19
**technology** [9] - 2104:8, 2105:18, 2105:19, 2105:24, 2124:16, 2214:15, 2225:14, 2225:18, 2226:19
**telephone** [2] - 2101:17, 2101:19
**ten** [1] - 2121:17
**term** [2] - 2076:20, 2235:11
**terminal** [2] - 2184:11, 2185:7
**terms** [4] - 2175:3, 2220:21, 2225:9, 2232:13
**terribly** [1] - 2113:8
**testified** [1] - 2124:14
**testify** [2] - 2229:25, 2230:1
**testifying** [1] - 2148:11
**testimony** [7] - 2084:13, 2106:23,

2149:16, 2149:17, 2190:13, 2229:3, 2235:7
**TEXAS** [1] - 2076:3
**text** [7] - 2103:10, 2106:12, 2154:13, 2161:10, 2165:14, 2201:23, 2202:14
**THAT** [1] - 2241:19
**THE** [101] - 2076:6, 2076:16, 2077:14, 2078:2, 2079:23, 2080:1, 2080:7, 2080:8, 2080:10, 2080:16, 2080:18, 2080:20, 2085:14, 2086:25, 2087:4, 2087:6, 2087:9, 2087:15, 2100:9, 2100:11, 2104:17, 2104:18, 2109:18, 2129:17, 2129:22, 2130:2, 2130:6, 2130:8, 2130:21, 2131:1, 2131:2, 2131:4, 2135:19, 2135:21, 2135:23, 2138:25, 2148:13, 2148:24, 2149:1, 2149:2, 2149:4, 2149:9, 2179:22, 2180:2, 2180:9, 2180:14, 2197:18, 2197:21, 2197:25, 2198:4, 2206:20, 2207:5, 2207:9, 2210:7, 2213:18, 2213:21, 2214:6, 2227:12, 2227:16, 2227:22, 2227:25, 2229:15, 2229:16, 2229:17, 2229:21, 2230:4, 2230:10, 2230:14, 2230:23, 2231:1, 2232:13, 2232:17, 2233:2, 2233:7, 2233:12, 2233:18, 2233:25, 2234:21, 2235:10, 2235:20, 2236:1, 2236:6, 2236:24, 2237:7, 2237:13, 2237:19, 2238:3, 2238:11, 2238:17, 2238:21, 2239:12, 2239:18, 2239:21, 2239:24, 2240:1, 2240:11, 2240:18, 2240:23, 2241:15, 2241:20
**thereabouts** [1] - 2239:11
**thesis** [8] - 2078:5, 2078:16, 2079:5, 2079:7, 2079:16, 2080:6
**they've** [1] - 2237:25
**thick** [1] - 2204:14
**thinking** [1] - 2241:13
**third** [6] - 2078:24, 2095:19, 2125:14, 2187:9, 2236:10, 2237:23
**THIS** [1] - 2241:19
**thousand** [1] - 2121:18
**thousands** [1] - 2218:2
**three** [10] - 2096:3, 2100:25, 2122:18, 2163:17, 2173:14, 2192:22, 2201:21, 2234:15, 2234:19, 2236:5
**three-step** [3] - 2234:15, 2234:19, 2236:5
**throughout** [5] - 2085:24, 2117:22, 2154:4, 2179:8, 2234:12
**thumb** [1] - 2126:9
**timed** [1] - 2159:11
**timeline** [1] - 2138:13
**timing** [1] - 2138:11
**title** [1] - 2163:18
**today** [9] - 2101:14, 2132:14, 2132:16, 2148:20, 2214:13, 2223:2, 2224:4, 2225:25, 2227:21
**together** [20] - 2082:15, 2114:24, 2142:6, 2172:21, 2184:20, 2184:21, 2220:2, 2220:6, 2220:8, 2221:10,

2221:11, 2221:12
**toggling** [1] - 2161:17
**Tony** [1] - 2122:9
**took** [2] - 2148:22, 2193:23
**tool** [1] - 2192:5
**top** [26] - 2076:13, 2076:18, 2077:9, 2077:20, 2077:24, 2084:10, 2091:11, 2091:23, 2092:21, 2092:25, 2093:7, 2094:14, 2095:21, 2096:16, 2101:23, 2137:1, 2147:25, 2153:8, 2167:24, 2177:5, 2177:7, 2212:7, 2212:9, 2232:2, 2232:3, 2232:11
**topic** [1] - 2090:21
**total** [1] - 2241:11
**touch** [4] - 2086:20, 2122:22, 2126:6, 2143:10
**touched** [1] - 2192:18
**touching** [2] - 2154:16, 2161:12
**touchscreen** [1] - 2172:7
**trace** [2] - 2134:25, 2135:4
**track** [5] - 2083:10, 2188:25, 2197:6, 2197:8, 2215:5
**TRANSCRIPT** [1] - 2241:20
**transcript** [1] - 2233:22
**transfer** [11] - 2100:2, 2105:5, 2107:14, 2108:7, 2108:10, 2108:11, 2184:2, 2184:9, 2184:12, 2185:6, 2233:1
**transferring** [1] - 2099:21
**transfers** [1] - 2106:19
**translating** [1] - 2112:22, 2173:18
**translation** [3] - 2112:15, 2173:24, 2173:25
**transport** [1] - 2085:22
**treat** [1] - 2179:11
**treated** [1] - 2170:10
**trial** [2] - 2230:3, 2231:9
**TRIAL** [1] - 2076:2
**triangle** [2] - 2196:24, 2197:7
**triangles** [6] - 2211:19, 2211:24, 2212:8, 2212:11, 2212:21, 2212:22
**tries** [1] - 2082:25
**true** [1] - 2127:2
**truly** [1] - 2239:4
**try** [1] - 2082:25
**trying** [3] - 2087:22, 2123:4, 2123:10
**Tuesday** [8] - 2227:13, 2227:15, 2229:13, 2229:18, 2240:7, 2240:25, 2241:1, 2241:8
**turn** [2] - 2082:10, 2094:17
**turned** [3] - 2082:6, 2102:25, 2138:19
**turning** [2] - 2083:24, 2143:7
**turns** [1] - 2150:16
**TV** [1] - 2123:10
**twice** [1] - 2216:9
**two** [41] - 2076:22, 2077:5, 2077:16, 2078:17, 2118:17, 2120:18, 2121:11, 2121:22, 2125:8, 2136:25, 2137:15, 2137:20, 2142:6, 2143:18, 2152:8, 2152:10, 2170:10, 2171:24, 2172:24, 2178:11, 2184:19, 2184:20, 2185:15,

2185:21, 2186:5, 2186:8, 2197:22, 2199:19, 2211:19, 2211:23, 2212:7, 2212:10, 2212:20, 2212:21, 2223:14, 2224:8, 2225:5, 2225:16, 2238:8, 2239:17, 2241:11
**tying** [1] - 2119:3
**type** [9] - 2090:20, 2103:1, 2103:23, 2125:25, 2134:4, 2152:11, 2159:2, 2161:8, 2185:8
**types** [3] - 2103:15, 2199:13, 2212:13
**typical** [1] - 2142:12
**typically** [1] - 2117:9
**typing** [2] - 2126:18, 2147:9

## U

**un-networked** [1] - 2142:7
**uncontested** [10] - 2168:7, 2168:10, 2173:14, 2201:23, 2202:11, 2203:24, 2204:3, 2204:6, 2204:21, 2205:9
**under** [16] - 2078:8, 2089:17, 2089:18, 2089:24, 2090:16, 2092:21, 2094:1, 2096:9, 2110:4, 2126:12, 2131:24, 2165:2, 2176:15, 2223:18, 2223:20, 2230:20
**underlay** [1] - 2098:18
**underneath** [1] - 2156:11
**understandable** [1] - 2201:2
**understood** [1] - 2176:13
**unfolded** [1] - 2083:2
**unfortunately** [2] - 2101:6, 2111:16
**Uniloc** [1] - 2239:4
**unit** [8] - 2101:10, 2145:20, 2146:16, 2164:21, 2165:24, 2186:16, 2187:9, 2201:22
**units** [1] - 2083:5
**unless** [6] - 2079:8, 2082:23, 2083:1, 2084:10, 2227:17, 2235:1
**unnumbered** [1] - 2224:2
**unpack** [1] - 2119:21
**unworkable** [1] - 2149:21
**up** [78] - 2076:9, 2079:23, 2080:2, 2080:14, 2081:5, 2081:8, 2082:5, 2085:15, 2085:21, 2086:11, 2089:2, 2090:5, 2092:11, 2094:19, 2095:15, 2098:2, 2098:9, 2100:10, 2101:22, 2103:17, 2107:6, 2107:7, 2108:16, 2108:21, 2109:19, 2113:2, 2114:9, 2116:6, 2116:24, 2120:11, 2120:20, 2120:24, 2121:25, 2122:8, 2122:15, 2123:22, 2123:24, 2125:6, 2128:15, 2128:16, 2136:11, 2136:25, 2142:9, 2148:10, 2149:8, 2149:9, 2157:16, 2158:11, 2163:10, 2163:11, 2163:18, 2164:6, 2165:21, 2173:7, 2177:5, 2189:22, 2203:19, 2207:6, 2213:20, 2217:2, 2217:21, 2222:7, 2223:18, 2224:17, 2226:5, 2227:21, 2228:5, 2228:18, 2229:4, 2229:8, 2230:6, 2230:8, 2231:4, 2231:19, 2236:20,

2240:14
**upable** [1] - 2092:12
**update** [1] - 2234:17
**upper** [1] - 2126:15
**USB** [28] - 2105:8, 2105:12, 2105:15, 2105:16, 2105:18, 2106:1, 2106:8, 2106:15, 2106:16, 2107:8, 2107:23, 2108:1, 2108:4, 2118:21, 2118:25, 2119:2, 2120:15, 2120:16, 2120:20, 2120:23, 2123:19, 2123:22, 2125:4, 2125:7, 2233:3, 2233:13
**user** [15] - 2094:1, 2094:7, 2094:16, 2095:1, 2096:1, 2163:9, 2172:6, 2175:23, 2176:25, 2191:16, 2200:9, 2200:11, 2219:5, 2219:7, 2221:15
**user's** [6] - 2094:1, 2163:24, 2163:25, 2177:7, 2177:9, 2177:10
**uses** [1] - 2218:24

## V

**valid** [1] - 2136:24
**value** [1] - 2239:3
**variable** [7] - 2152:19, 2152:25, 2153:11, 2190:22, 2191:20, 2191:22, 2192:7
**variations** [1] - 2235:24
**variety** [2] - 2163:17, 2215:12
**various** [5] - 2102:20, 2164:12, 2209:5, 2212:17, 2216:25, 2234:22
**vary** [2] - 2097:13, 2113:25
**verified** [1] - 2151:20
**version** [5] - 2087:13, 2177:13, 2178:2, 2178:4
**versions** [3] - 2138:16, 2151:4, 2217:1
**versus** [3] - 2118:25, 2119:2, 2124:9
**via** [10] - 2085:22, 2100:20, 2119:18, 2119:19, 2141:17, 2143:20, 2172:6, 2185:4, 2215:6, 2227:4
**video** [4] - 2115:7, 2117:11, 2136:7, 2136:8
**view** [4] - 2149:18, 2240:12, 2240:15, 2240:19
**View** [5] - 2085:23, 2085:24, 2086:14, 2086:15, 2086:16
**viewing** [1] - 2170:2
**violent** [1] - 2227:17
**virtually** [1] - 2076:19
**visible** [2] - 2157:1, 2195:5
**visual** [1] - 2079:23
**voice** [2] - 2100:10, 2115:19
**voltage** [1] - 2107:10
**volume** [1] - 2187:18
**VOLUME** [1] - 2076:2
**Volume** [1] - 2218:5
**voluminous** [1] - 2207:3

## W

**wait** [2] - 2138:25, 2148:24
**waiving** [2] - 2230:18, 2231:25
**walk** [4] - 2164:19, 2165:18, 2179:17, 2221:17
**walking** [1] - 2203:20
**walks** [1] - 2123:5
**wants** [1] - 2104:2
**Warner** [2] - 2101:15, 2102:8
**was..** [1] - 2230:15
**wav** [4] - 2196:25, 2197:1, 2200:9, 2200:10
**wave** [2] - 2181:16, 2187:17
**wax** [1] - 2208:21
**ways** [3] - 2093:25, 2096:3, 2117:4
**Web** [5] - 2103:11, 2103:12, 2104:3, 2104:4, 2104:12
**Wednesday** [2] - 2241:3, 2241:5
**week** [3] - 2081:7, 2154:4, 2225:16
**weekend** [4] - 2227:20, 2228:4, 2228:14, 2240:24
**welcome** [3] - 2080:21, 2130:11, 2180:16
**well-known** [6] - 2207:23, 2209:2, 2215:3, 2215:9, 2216:25, 2218:20
**whatnot** [1] - 2209:24
**wheel** [7] - 2125:22, 2125:25, 2126:23, 2127:4, 2127:10, 2127:14, 2235:2
**whereas** [2] - 2096:20, 2127:18
**wherein** [1] - 2160:8
**whole** [4] - 2096:23, 2102:14, 2188:25, 2192:9
**Wicker** [131] - 2079:21, 2080:3, 2080:12, 2081:3, 2083:8, 2083:22, 2085:4, 2089:11, 2095:23, 2096:4, 2097:1, 2097:16, 2100:3, 2100:7, 2100:13, 2101:20, 2103:15, 2104:15, 2104:20, 2106:13, 2109:23, 2110:7, 2110:17, 2113:2, 2115:1, 2115:10, 2118:4, 2118:9, 2118:24, 2120:2, 2120:12, 2120:23, 2121:3, 2121:13, 2122:7, 2123:18, 2124:6, 2124:23, 2125:2, 2125:9, 2126:13, 2126:20, 2128:15, 2129:8, 2129:11, 2130:12, 2131:1, 2131:6, 2131:14, 2131:16, 2132:12, 2135:13, 2136:2, 2136:13, 2137:11, 2138:1, 2138:5, 2138:11, 2139:15, 2140:17, 2141:11, 2145:13, 2145:19, 2146:11, 2148:19, 2149:6, 2149:25, 2151:23, 2153:22, 2155:3, 2155:17, 2156:2, 2157:12, 2162:1, 2163:19, 2165:17, 2167:6, 2168:16, 2169:20, 2170:18, 2172:12, 2172:16, 2172:20, 2173:3, 2174:6, 2174:15, 2175:2, 2175:12, 2176:6, 2177:19, 2178:6, 2178:10, 2180:18, 2182:1, 2182:10, 2184:6, 2185:12, 2189:25, 2190:24, 2193:19, 2195:12, 2196:15, 2198:8, 2199:4, 2199:18, 2200:15, 2200:22, 2201:12, 2203:10, 2205:12, 2206:1, 2206:14, 2207:13, 2207:25, 2210:6, 2210:9, 2211:8, 2213:8, 2214:8, 2214:11, 2215:15, 2217:8, 2217:15, 2217:24, 2219:10, 2219:19, 2221:9, 2222:18, 2226:17, 2226:22, 2229:18
**WICKER** [1] - 2081:1
**Wicker's** [1] - 2241:9
**winding** [1] - 2229:3
**windows** [1] - 2137:10
**Windows** [29] - 2177:12, 2177:13, 2180:7, 2182:6, 2183:18, 2183:20, 2183:21, 2183:23, 2184:25, 2185:2, 2185:3, 2185:14, 2186:8, 2186:10, 2186:11, 2186:12, 2189:11, 2191:24, 2193:20, 2194:1, 2200:19, 2200:20, 2200:24, 2201:1, 2203:14, 2204:14, 2204:15, 2206:9, 2206:10
**wired** [1] - 2121:24
**wish** [3] - 2076:17, 2082:16, 2120:19
**wishes** [1] - 2200:10
**withdraw** [1] - 2109:14
**witness** [6] - 2148:10, 2148:12, 2148:14, 2227:11, 2229:5, 2231:8
**WITNESS** [10] - 2080:7, 2080:10, 2080:18, 2100:11, 2104:18, 2131:2, 2149:1, 2213:18, 2213:21, 2229:16
**witness'** [2] - 2149:16, 2149:17
**witnesses** [1] - 2241:1
**wondering** [1] - 2230:7
**word** [8] - 2098:11, 2111:17, 2139:23, 2163:16, 2163:18, 2228:6, 2228:9, 2231:7
**words** [11] - 2084:7, 2101:18, 2117:10, 2127:22, 2158:11, 2158:12, 2208:16, 2216:22, 2220:14, 2221:7, 2225:14
**works** [5] - 2091:1, 2105:24, 2122:22, 2163:25, 2186:11
**workstation** [1] - 2172:5
**workstations** [2] - 2142:5, 2142:13
**world** [4] - 2101:13, 2102:2, 2102:5, 2102:14
**worldwide** [1] - 2102:12
**worries** [1] - 2202:6
**worse** [1] - 2123:12
**wrapping** [1] - 2230:6
**write** [3] - 2103:17, 2127:8
**writing** [1] - 2150:10
**written** [4] - 2105:20, 2119:6, 2186:12, 2230:15

## Y

**year** [2] - 2138:18, 2178:23
**years** [2] - 2208:24, 2209:25
**yesterday** [25] - 2076:7, 2078:3, 2081:6, 2083:20, 2097:17, 2111:23, 2113:16, 2113:18, 2132:14, 2132:16, 2136:4, 2137:4, 2138:3, 2138:5, 2141:5, 2142:5, 2144:4, 2144:21, 2146:8, 2146:21, 2148:19, 2157:6, 2161:24, 2163:11, 2164:1
**yourself** [1] - 2135:20