**United States District Court**
**Eastern District of Texas**
**Lufkin Division**

| | |
|---|---|
| Personal Audio, LLC, </br></br>  Plaintiff, </br></br> v. </br></br> Apple Inc., </br></br> Sirius XM Radio, Inc., </br></br> Coby Electronics, Corp., </br></br> Archos, Inc., </br></br>  Defendants. | Case 9:09-cv-00111-RC |

**Personal Audio, LLC's Amended Notice of Appeal**

Personal Audio submits this amended notice of appeal. Personal Audio, LLC, the Plaintiff in this case, hereby appeals to the United States Court of Appeals for the Federal Circuit from the order denying Personal Audio a new trial on damages (Docket No. 552), and the final judgment entered in this action on August 30, 2011 (Docket No. 522) and from all orders and decisions leading to and subsumed within that final judgment. The orders and decisions appealed from, therefore, include, but are not limited to:

 1. Order Denying Plaintiff's Motion for a New Trial on Damages, dated September 19, 2011 (Docket No. 552);

 2. Order Denying Plaintiff's Motion for an Ongoing Royalty, dated August 22, 2011 (Docket No. 515);

 3. Order Re: Apple's Motions for JMOL, dated August 19, 2011 (Docket No. 512);

4. Amended Order Re: Personal Audio's Motion for JMOL, dated July 29, 2011 (Docket No. 494);

5. Amended Memorandum and Order Re: Lump Sum Damages, dated July 29, 2011 (Docket No. 492);

6. Jury Verdict, dated July 8, 2011 (Docket No. 470);

7. Jury Instructions, dated July 7, 2011 (Docket No. 469);

8. Order on Personal Audio's Motions in Limine, dated June 21, 2011 (Docket No. 437);

9. Order Denying Defendant's Primary Motion for Summary Judgment of Noninfringement, dated June 21, 2011 (Docket No. 430);

10. Order on Apple's Motions in Limine, dated June 14, 2011 (Docket No. 419);

11. Order Granting in Part and Denying in Part Plaintiff's Motion to Partially Exclude the Testimony of Defendant's Damages Expert, dated June 13, 2011 (Docket No. 418);

12. Order Granting in Part and Denying in Part Plaintiff's Motion for Reconsideration of Order Denying Defendant's Motion for Summary Judgment of Indefiniteness, dated May 18, 2011 (Docket No. 358);

13. Order Re: Future Damages, dated April 15, 2011 (Docket No. 330);

14. Order Denying Defendant's Motion for Summary Judgment of Indefiniteness, dated January 31, 2011 (Docket No. 292);

15. Order Construing Claim Terms of United States Patent Nos. 6,199,076 and 1,509,178, dated December 21, 2010 (Docket No. 258).

| | |
|---|---|
| Dated: September 21, 2011 | Respectfully submitted, |

By: /s/ Charles W. Goehringer Jr.
**Robins, Kaplan, Miller & Ciresi L.L.P.**
Ronald J. Schutz  (MN Bar No. 130849)
(Eastern District of Texas Member)
(Lead Counsel)
Jake M. Holdreith  (MN Bar No. 211011)
(Eastern District of Texas Member)
Cyrus A. Morton (MN Bar No. 287325)
(Eastern District of Texas Member)
David A. Prange (MN Bar No. 329976)
(Eastern District of Texas Member)
Patrick M. Arenz  (MN Bar No. 0386537)
(Eastern District of Texas Member)
Daniel R. Burgess (MN Bar No. 0389976)
(Eastern District of Texas Member)
800 LaSalle Avenue, Suite 2800
Minneapolis, Minnesota 55402
Telephone: (612) 349-8500
Facsimile:  (612) 339-4181
E-mail:   RJSchutz@rkmc.com
             JMHoldreith@rkmc.com
             CAMorton@rkmc.com
             DAPrange@rkmc.com
             PMArenz@rkmc.com
             DRBurgess@rkmc.com

**Germer Gertz, L.L.P.**
Lawrence Louis Germer
(TX Bar # 07824000)
Charles W. Goehringer, Jr.
(TX Bar # 00793817)
550 Fannin, Suite 400
P.O. Box 4915
Beaumont, Texas 77701
Telephone: (409) 654-6700
Telecopier: (409) 835-2115
E-Mail:   llgermer@germer.com
             cwgoehringer@germer.com

**Attorneys for Plaintiff Personal Audio, LLC**

2

## Certificate of Service

  I hereby certify that on September 21, 2011, I caused a true and correct copy of this document (Personal Audio, LLC's Amended Notice of Appeal) to be served on all counsel of record via Electronic Case Filing (ECF) pursuant to Local Rule CV-5(a).

Date: September 21, 2011      /s/  Charles W. Goehringer Jr.