**United States District Court**
**Eastern District of Texas**
**Lufkin Division**

| | | |
|---|---|---|
| Personal Audio, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Apple Inc., | ) | Case 9:09-cv-00111-RC |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

## Joint Motion for Judgment of Dismissal
## Between Plaintiff, Personal Audio, LLC and Defendant, Apple, Inc.

---

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff Personal Audio, LLC and Defendant Apple Inc. jointly move the Court to dismiss this case according to the terms of the attached Order of Dismissal. Personal Audio and Apple agree that each party shall bear its own attorneys' fees and costs.

Agreed to and respectfully submitted on this 21st day of December, 2011.

**Robins, Kaplan, Miller & Ciresi L.L.P.**

By: /s/ Charles W. Goehringer Jr.
Ronald J. Schutz (MN Bar No. 130849)
(Eastern District of Texas Member)
(Lead Counsel)
Jake M. Holdreith (MN Bar No. 211011)
(Eastern District of Texas Member)
Cyrus A. Morton (MN Bar No. 287325)
(Eastern District of Texas Member)
David A. Prange (MN Bar No. 329976)
(Eastern District of Texas Member)
Patrick M. Arenz (MN Bar No. 0386537)
(Eastern District of Texas Member)
Daniel R. Burgess (MN Bar No. 0389976)
(Eastern District of Texas Member)

800 LaSalle Avenue, Suite 2800
Minneapolis, Minnesota 55402
Telephone: (612) 349-8500
Facsimile: (612) 339-4181
E-mail: RJSchutz@rkmc.com
        JMHoldreith@rkmc.com
        CAMorton@rkmc.com
        DAPrange@rkmc.com
        PMArenz@rkmc.com
        DRBurgess@rkmc.com

Annie Huang (MN Bar No. 0327979)
(Eastern District of Texas Member)
601 Lexington Avenue, Suite 3400
New York, NY 10022
Telephone: 212-980-7400
Facsimile: 212-980-7499
E-mail:  AHuang@rkmc.com

**Germer Gertz, L.L.P.**
Lawrence Louis Germer
(TX Bar # 07824000)
Charles W. Goehringer, Jr.
(TX Bar # 00793817)
550 Fannin, Suite 400
P.O. Box 4915
Beaumont, Texas 77701
Tel:    (409) 654-6700
Fax:    (409) 835-2115

**Fish & Richardson P.C.**

By: /s/ Benjamin C. Elacqua
Garland T. Stephens (24053910)
David J Healey (09327980)
John R. Lane(24057958)
Benjamin C. Elacqua (24055443)
Wasif H Qureshi (24048155)

1221 McKinney Street, Ste 2800
Houston, TX 77010
713-652-0115
Fax: 713-652-0109
healey@fr.com
stephens@fr.com
jlane@fr.com
elacqua@fr.com
qureshi@fr.com

Ruffin Cordell (04820550)
1425 K St. NW, Suite 1100
Washington, DC 20005
202-783-5070
Fax: 202-783-2331
Email: cordell@fr.com

Kelly C. Hunsaker (pro hac vice)
Scott A. Penner (pro hac vice)
Jerry T. Yen (CA 247988)
500 Arguello St., Suite 500
Redwood City, CA 94063
650-839-5070
Fax: 16508395071
Email: yen@fr.com

Justin M. Barnes (pro hac vice)
12390 El Camino Real
San Diego, CA 92130
858-678-5070
Fax: 858-678-5099
Email: barnes@fr.com

J. Thad Heartfield (09346800)
M. Dru Montgomery (24010800)
The Heartfield Law Firm
2195 Dowlen Road

E-Mail:  llgermer@germer.com
cwgoehringer@germer.com

**Attorneys for Plaintiff Personal Audio, LLC**

Beaumont, TX 77706
409-866-3318
Fax: 409-866-5789
Email: thad@jth-law.com
Email: dru@jth-law.com

Deron R. Dacus (00790553)
Ramey & Flock
100 East Ferguson, Ste. 500
Tyler, TX 75702
903-597-3301
Fax: 903-597-2413
Email: ddacus@rameyflock.com

**Attorneys for Defendant Apple Inc.**

**Certificate of Service**

I hereby certify that on December 21, 2011, I caused a true and correct copy of this document (Joint Motion for Judgment of Dismissal Between Plaintiff, Personal Audio, LLC and Defendant, Apple, Inc.) to be served on all counsel of record via Electronic Case Filing (ECF) pursuant to Local Rule CV-5(a).


Date:   December 21, 2011                         /s/ Charles W. Goehringer Jr.
                                                 Charles W. Goehringer, Jr.