NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2011-1574, 2012-1067

PERSONAL AUDIO, LLC,

Plaintiff-Appellant,

v.

APPLE INC.,

Defendant-Cross Appellant.

Appeals from the United States District Court for the Eastern District of Texas in case no. 09-CV-0111, Judge Ron Clark.

ON MOTION

ORDER

Upon consideration of the parties' "Joint Dismissal Agreement," which the court treats as a joint motion to voluntarily dismiss these appeals from <u>Personal Audio, LLC v. Apple Inc.</u>, case no. 09-CV-0111 (E.D. Tex.),

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.

FOR THE COURT

JAN 05 2012
Date

Jan Horbaly
Clerk

cc: Ronald J. Schutz, Esq.
Thomas G. Hungar, Esq.

ISSUED AS A MANDATE: JAN 05 2012

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JAN 05 2012

JAN HORBALY
CLERK

m2